**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**FRED KENNEY,**

**Plaintiff,**

**v.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, f/k/a LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, d/b/a LINCOLN FINANCIAL GROUP,**

**Defendant.**

**Case No. 4:23-cv-00285-JM**

**District Judge James M. Moody, Jr.**
**Magistrate Judge J. Thomas Ray**

**PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Plaintiff, Fred Kenney ("Plaintiff"), by and through its counsel, hereby moves this Court for an order permitting him to file certain documents, or portions of documents, filed in connection with his Complaint for Wrongful Denial of Plan Benefits, Breach of Fiduciary Duty and Breach of Duty to Perform Full and Fair Review under seal pursuant to Fed. R. Civ. P. 5.2 and the CM/ECF Policies and Procedures of this Court, Sections III(I) and IV(B). In the event this Motion is granted, an unredacted copy of the documents will be delivered to the Clerk of Court in a sealed envelope.

This Motion is supported by Plaintiff's Memorandum of Law in Support of his Motion for Leave to File Documents Under Seal, and a proposed order will be sent to chambers pursuant to the CM/ECF Policies and Procedures of this Court.

DATED: March 29, 2023

Respectfully submitted,

Joe P. Leniski, Jr., ABA #2022269
HERZFELD, SUETHOLZ, GASTEL,
LENISKI, and WALL PLLC
The Freedom Center
223 Rosa Parks Avenue, Suite 300
Nashville, Tennessee 37203
Telephone: (615) 800-6225
Email: joey@hsglawgroup.com

James A. Streett, ABA #2007092
107 West Main
Russellville, AR 72801
Telephone: 479-968-2030
Facsimile: 479-968-6253
Email: james@streettlaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was sent via U.S. Mail, postage prepaid to the following:

The Lincoln National Life Insurance Company f/k/a
Lincoln Life Assurance Company of Boston d/b/a
Lincoln Financial Group
c/o Registered Agent: Corporation Service Company
300 Spring Building
300 S. Spring Street, Suite 900
Little Rock, Arkansas 72201

Joe P. Leniski, Jr., ABA #2022269