**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| **FRED KENNEY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, f/k/a LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, d/b/a LINCOLN FINANCIAL GROUP,**<br><br>**Defendant.** | **Case No. 4:23-cv-00285-JM**<br><br>**District Judge James M. Moody, Jr.**<br>**Magistrate Judge J. Thomas Ray** |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Comes now the Plaintiff Fred Kenney ("Plaintiff"), by and through undersigned counsel, and hereby respectfully submits this Memorandum in Support of his Motion for Leave to File Under Seal the Exhibits relating to his Complaint for Wrongful Denial of Plan Benefits, Breach of Fiduciary Duty and Breach of Duty to Perform Full and Fair Review against Defendant, The Lincoln National Life Insurance Company, f/k/a Lincoln Life Assurance Company of Boston, d/b/a Lincoln Financial Group ("Defendant").

**PRELIMINARY STATEMENT**

Plaintiff in this action alleges that Defendant wrongfully denied benefits Plaintiff was entitled to under the applicable plan and breached its fiduciary duty and duty to perform full and fair review of Plaintiff's claim for benefits in violation of the Employee Retirement Security Act of 1974. (*See* Dkt. No. 1, generally). Plaintiff redacted certain portions of his Exhibits, marked as A through E, that included personal identifying information and personal health information

("PHI"), in accordance with Fed. R. Civ. P. 5.2 and the filing requirements of this Court. Accordingly, good cause exists to permit Plaintiff to protect the Plaintiff's PHI by filing his exhibits to the Complaint under seal.

**ARGUMENT**

Good cause exists to maintain the material redacted from the exhibits under seal because the documents contain PHI and should be protected from disclosure to protect the Plaintiff's privacy and conform to federal law. It is well established that PHI is protected from disclosure by federal law. *See generally* 42 U.S.C. §§ 1320d to 1320d-9 (requiring the establishment of the HIPAA Privacy Rule and providing penalties for violations of the same). This district has recognized that protecting the confidentiality of healthcare patients' PHI is a priority. *See Catar Clinic of Hot Springs, LLC v. Robinson*, No. 4:17-CV-520-DPM, 2018 WL 1369915, at *5 (E.D. Ark. Mar. 16, 2018) (instructing the parties to "take every reasonable step to maintain the confidentiality of patients' protected health information," including redacting PHI where possible or filing materials under seal). It has also recognized that redacting PHI or filing documents under seal is an appropriate method of maintaining that confidentiality. *Id.*

Further, this Court's own filing procedures require that Plaintiff redact and file under seal any personal identifying information such as medical records, treatment and diagnosis, and individual financial information (SSN#), which is specifically what Plaintiff has redacted here.

Therefore, Plaintiff requests that certain portions of its exhibits, marked A through E, be maintained at least partially under seal. The redacted portions of these documents contain only those portions which contain confidential information, either PHI or personally identifying information. Accordingly, there is good cause to keep this redacted information under seal.

## CONCLUSION

Plaintiff has identified and seeks to file under seal only necessary documents, his exhibits, which contain confidential information, and has made a good faith effort to avoid any excessive or unnecessary redactions therein. As such, Plaintiff respectfully requests that the Court grant its Motion for Leave to File Documents Under Seal, consisting of the partially redacted documents marked as exhibits A through F to Plaintiff's original Complaint. (Dkt. No. 1).

DATED: March 29, 2023

Respectfully submitted,

Joe P. Leniski, Jr., ABA #2022269
HERZFELD, SUETHOLZ, GASTEL, LENISKI, and WALL PLLC
The Freedom Center
223 Rosa Parks Avenue, Suite 300
Nashville, Tennessee 37203
Telephone: (615) 800-6225
Email: joey@hsglawgroup.com

James A. Streett, ABA #2007092
107 West Main
Russellville, AR 72801
Telephone: 479-968-2030
Facsimile: 479-968-6253
Email: james@streettlaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was sent via U.S. Mail, postage prepaid to the following:

The Lincoln National Life Insurance Company f/k/a
Lincoln Life Assurance Company of Boston d/b/a
Lincoln Financial Group
c/o Registered Agent: Corporation Service Company
300 Spring Building
300 S. Spring Street, Suite 900
Little Rock, Arkansas 72201

Joe P. Leniski, Jr., ABA #2022269