**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**FRED KENNEY,**

**Plaintiff,**

**v.**

**Case No. 4:23-cv-00285-JM**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, f/k/a LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, d/b/a LINCOLN FINANCIAL GROUP,**

**District Judge James M. Moody, Jr.**

**Defendant.**

**ORDER**

Plaintiff has filed a Motion for Leave to File Under Seal exhibits to his Complaint for Wrongful Denial of Plan Benefits, Breach of Fiduciary Duty and Breach of Duty to Perform Full and Fair Review. (ECF No. 3). The Motion for Leave is hereby DENIED. The Court often allows an administrative record containing medical records to be filed under seal in an ERISA case. Any other document related to Plaintiff's ERISA claim should be redacted as required under Rule 5.2(a) unless specific reasons are produced for the Court's review.

**IT IS SO ORDERED** this 5th day of April. 2023.

Hon. James M. Moody, Jr.
U.S. District Court Judge