**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| **FRED KENNEY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, f/k/a LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, d/b/a LINCOLN FINANCIAL GROUP,**<br><br>**Defendant.** | **Case No. 4:23-cv-00285-JM**<br><br>**District Judge James M. Moody, Jr.**<br>**Magistrate Judge J. Thomas Ray** |

## NOTICE OF FILING OF EXHIBITS

PLEASE TAKE NOTICE that, pursuant to the Court's Order (Dkt. No. 5), Plaintiff, Fred Kenney ("Plaintiff"), hereby files these Exhibits to Plaintiff's Complaint (Dkt. No. 1), filed on March 24, 2023, attached hereto as **Exhibits A, B**, **C, D, E, and F.** These Exhibits are redacted in accordance with Fed. R. Civ. P. Rule 5.2(a).

DATED: April 10, 2023

Respectfully submitted,

Joe P. Leniski, Jr., ABA #2022269
HERZFELD, SUETHOLZ, GASTEL,
LENISKI, and WALL PLLC
The Freedom Center
223 Rosa Parks Avenue, Suite 300
Nashville, Tennessee 37203
Telephone: (615) 800-6225
Email: joey@hsglawgroup.com

James A. Streett, ABA #2007092
107 West Main
Russellville, AR 72801
Telephone: 479-968-2030
Facsimile: 479-968-6253
Email: james@streettlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was sent via U.S. Mail, postage prepaid to the following:

The Lincoln National Life Insurance Company f/k/a
Lincoln Life Assurance Company of Boston d/b/a
Lincoln Financial Group
c/o Registered Agent: Corporation Service Company
300 Spring Building
300 S. Spring Street, Suite 900
Little Rock, Arkansas 72201

Joe P. Leniski, Jr., ABA #2022269