# EXHIBIT B

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

January 28, 2020

Mr. Wesley F. Kenney
[redacted]

RE: Long Term Disability (LTD) Benefits
OGE Energy Corp.
Claim #: 8205360

Dear Mr. Wesley Kenney:

This letter is in regards to your Long Term Disability Claim. Per your request please find the letter that was sent to you on January 17, 2020.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erika Vega
Ltd Specialist I
Phone No.: (800) 320-7585 Ext. 41649
Secure Fax No.: (603) 422-0119

Attachments: 8205360-CLOSE-FREEFORM-01.17.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

January 18, 2020

Mr. Wesley F. Kenney
[redacted]

RE: Long Term Disability (LTD) Benefits
OGE Energy Corp.
Claim #: 8205360

Dear Mr. Wesley Kenney:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under OGE Energy Corp.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond January 16, 2020. Oge Energy Corporation's LTD Policy requires that to receive benefits you must meet the following definition of disability:

*"**Disability**" or "**Disabled**" means:*

*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

*Applicable to Class 2:*

*a. if the Covered Person is eligible for the Maximum Own Occupation benefit, "**Disability**" or "**Disabled**" means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to perform the Material and Substantial Duties of his Own Occupation.*

*Applicable to Class 1:*

*b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, "**Disability**" or "**Disabled**" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

***"Disability"** or **"Disabled"** means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

***"Own Occupation"** means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.*

You have been receiving LTD benefits for your disability since September 12, 2018. You submitted a claim for a Brain Tumor and Right Hemifacial Muscle Spasms.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

We spoke with you on August 16, 2019 and you advised us that you were receiving treatment from Dr. Phillips and Dr. Adjei. We requested medical records for the period of December 1, 2018 to present. The following information has been received:

- Medical records from Dr. Phillips for the period of March 1, 2019 through June 6, 2019
- Office visit note from Dr. Adjei dated March 7, 2019 and Attending Physician Statement dated October 24, 2019.

In order to clarify the severity of your condition and your level of functionality, your file was referred for review and assessment by a consulting physician, specializing in Internal Medicine. The results of your review are summarized as follows:

**<u>Internal Medicine Review, Completed December 31, 2019</u>**

*Based on medical records, claimant has paroxysmal atrial fibrillation requiring long term use of an anticoagulant, dizziness, brain tumor and right hemifacial muscle spasm. Per office visit note on 3/7/2019 with Dr. Adjei, cardiologist, claimant's atrial fibrillation was stable on medication but still required daily anti-coagulant. Claimant's dizziness was reported as none occurring recently, and physical exam was normal except for facial asymmetry. Per claimant's office visit with Tonya Phillips, 6/6/2019, in the review of systems there are no reports of balance issues, falls, or dizziness and claimant was treated with Botox for his facial asymmetry and was to follow up in 3 months.*

*Medical records, claimant's chronic use of anti-coagulants for paroxysmal atrial fibrillation and dizziness are resulting in restrictions and limitations of no climbing except stairs or working from heights or other activity that would increase risk of falls or imbalance from 12/7/2019 into foreseeable future.*

**<u>Attempts to reach Attending Physician</u>**

The consulting physician attempted to contact Dr. Phillips on December 11, 2019 and December 12, 2019. On December 12, 2019 an individual returned the call for Dr. Phillips and restrictions from a

neurology point of view were discussed. It was recommended to speak with your cardiologist for any further restrictions.

On December 12, 2019 a voicemail was left with Dr. Adjei. On December 13, 2019 an individual returned the call and confirmed Dr. Adjei would not complete and disability forms or sign any letter as you are seen annually and does not want to recommend any restrictions or limitations.

**PHYSICAL DEMANDS**

This occupation is most often performed at the light and medium levels of physical demand based on the Department of Labor descriptions found in the DOT, with opportunities at both levels.

The Department of Labor defines Light work as,

"**L-Light Work** - Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible." Positional requirements in light environments include:

- **Frequent** sitting, standing, walking, reaching, handling and fingering
- **Occasional** bending/stooping and twisting
- **No** crawling, crouching/squatting, climbing, balancing or kneeling

**Conclusion**

We conducted a thorough review of your entire claim. Based on the medical documentation we received and confirmation you no longer meet the definition of disability outlined above and benefits are no longer payable beyond January 16, 2020 and we must close your claim.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with Liberty, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should Liberty receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

All office visit notes, test results, lab results, prescription histories, hospital records, discharge summaries, x-ray reports, consulting physician reports, pharmacy records, physical and occupational therapy notes, MRI results, CT scan results, mental health status evaluations, and treatment plans, and specific restrictions and limitations from March 2018 to the present from any and all other treating providers you have treated with for your medical condition.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį' dóó ná'ookąąh níiní'ąągo naaltsoos níiníłtsoozígíí hazho'ó bik'idi'deeshtį́įł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erika Vega
Ltd Specialist I
Phone No.: (800) 320-7585 Ext. 41649
Secure Fax No.: (603) 422-0119