# EXHIBIT C

CFF LAW

REX W. CHRONISTER
RON FIELDS
ANDREW FLAKE
MEGEN C. PREWITT

CHRONISTER, FIELDS & FLAKE, PLLC
ATTORNEYS AT LAW

Telepho ie 479-783-4060
Facsimile 479-783-1571

309 N. 7th Street
Post Office Box 66
Fort Smith, Arkansas 72902

May 20, 2020

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Lincoln Life Insurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
PO Box 7213
London, Kentucky 40742-7213

Re: Welsey F. Kenny -- Long Term Disability Benefits
OGE Energy Corp.
Claim #: 8205360

Dear Sirs:

Please consider our formal request for review of the denial issued to Mr. Wesley F. Kenny on or about January 18, 2020. According to the documentation you submitted, it was determined that Mr. Kenny did not meet the definition of disabled under the policy effective January 16, 2020. It appears that you determined that Mr. Kenny is not disabled because he can engage in light work which includes frequent sitting, standing, walking, reaching, handling and fingering, occasional bending, stooping and twisting with no crawling, crouching, squatting, climbing, balancing or kneeling.

This conclusion is unsupported by the medical documentation specifically including the Residual Functional Capacity evaluation performed by Dr. Tonya Phillips on or about April 6, 2020. I am enclosing a copy of this Residual Functional capacity form for your review. I would also note that your decision did not include any information from Dr. Phillips.

Per Dr. Phillips evaluation, Mr. Kenny has severe dizziness due to a non-malignant brain tumor. This was confirmed by an MRI of the brain on 4/12/18 which shows a 2.2 centimeter mass adjacent to the brain stem. This results in extreme dizziness. According to Dr. Phillips, Mr. Kenny would have difficulty performing any bending, squatting, kneeling or turning any part of the body. It would not be safe for him

to travel alone due to severe dizziness. He cannot engage in any lifting, pulling or holding of objects. He can only set upright if he does not move his head. He cannot stand unless he does not move his head. I would particularly note finding 21 on the RFC evaluation which indicates that Mr. Kenny cannot return to current or previous employment and based on his extreme dizziness there is no other work given his skills which he could perform. Finally, this disability is "not likely to change".

Based on the above, we would ask that you immediately undertake a review or Mr. Kenny's disability claim considering the additional information set forth in Dr. Phillips Residual Functional Capacity evaluation and immediately reinstate Mr. Kenny's disability with corresponding back pay through January 16, 2020.

Further, correspondence related to this claim should be forwarded to my office on behalf of Mr. Kenny. I thank you for your consideration.

Very truly yours,

REX W. CHRONISTER
Attorney at Law

RWC/mc
Enclosure

CC: Mr. Wesley Kenny

12073-000

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lincoln Life Insurance Co of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
PO Box 7213
London, Kentucky 40742-7213

9590 9402 2498 6306 9654 97

2. Article Number *(Transfer from service label)*

7014 2120 0001 2627 2632

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X ☐ Agent ☐ Addressee

JEFF NEAL

B. Received by *(Printed Name)* C. Date of Delivery

JUN 01 2020

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

SCANNED

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt