# EXHIBIT D

968-6253

Residual Functional Capacity Form

**Patient:** Fred W. Kenney **SS #:** [redacted]

**Date of Birth:** [redacted] 73

**Dear Doctor:** Tonya Phillips

Please respond to the following questions regarding your patient's disability. This will be used as medical evidence for a Social Security disability claim or a private long-term disability claim.

**Please be specific with regards to your patient's medical ailments and how they affect his or her daily activities both at work and at home:**

**1. With regards to your contact with the patient, please describe the frequency and purpose:**

Patient is seen Q 3 months for Botox injections due to hemifacial spasms

**2. Please describe the patient's symptoms as completely as possible:**

Patient has severe dizzyness due to CP Angle Tumor

**3. Please state all clinical findings and any medical test results and/or laboratory results:**

MRI Brain 4-12-18 shows stable 2.2 cm mass in (L) cerebellopontine angle c̄ signal.

**4. What is your diagnosis of the patients symptoms and test results?**

Patient has extreme dizziness



Apr 06 2020 07:14PM HP Fax

**5. Please describe any treatment done so far and the results of treatment:**

Patient was sent to Dr Knight for eval

**6. What is your prognosis for this patient?** fair

**7. Would you expect the patient's disability or impairment to last one year or more, or has it already lasted one year?**

Yes X No _____

**8. Does the disability or impairment prevent the patient from standing for six to eight hours?**

Yes ✓ No _____

Can the patient stand at all, and if so for how long? when patient get dizzy he will have to sit.

**9. Does the disability or impairment prevent the patient from sitting upright for six to eight hours?**

Yes _____ No _____ As long as patient does not move his head he is OK

Can the patient sit at all, and if so for how long?

**10. If the patient cannot stand and/or sit upright for six to eight hours, what is the reason?**

As long as he doesn't move his head but if becomes dizzy will have to sit

**11. Does the disability or impairment require the patient to lie down during the day?**

Yes ✓ No ______

If the answer is yes, please explain why:

**12. How far can the patient walk without stopping?** NA

**13. Please check the frequency with which the patient can perform the following activities:**

| Percentage of Time | Rarely 0-30% | Frequently 30-70% | Consistently 70-100% |
|---|---|---|---|
| Reach Up Above Shoulders | | | |
| Reach Down to Waist Level | | | |
| Reach Down Towards Floor | | | |
| Carefully Handle Objects | | | |
| Handle with Fingers | | | |

**14. In pounds, how much weight can the patient lift and carry during an eight-hour period?**

_____ Less than 5 _____ 5-10 _____ 11-20 _____ 21-50 _____ over 50 N/A

**15. In pounds, how much weight can the patient lift and carry regularly/daily?**

_____ Less than 5 _____ 5-10 _____ 11-20 _____ 21-50 _____ over 50

**16. Does the patient's disability or impairment prevent the him or her from performing certain motions such as lifting, pulling, holding objects, etc.?**

Yes

**17. Does the patient have any difficulty performing the motions below? (Please include any range of motion information.)**

Bending ✓

Squatting ✓

Kneeling ✓

Turning any parts of the body ✓

**18. Would the patient's disability or impairment prevent him or her from traveling alone?**
**Yes** ✓ **No** ______ **Why?**

**19. Are there any other factors not addressed in the above questions that you believe may affect the patient's ability to work, or function normally in daily life?**

**20. If the patient has any complaints of pain, please address the following questions:**

What is the nature of the pain? NA

How frequent is the pain?

How would you describe the level of pain?

How would you rate the patient's creditability with regards to claims of pain?

Is there an objective medical reason for the pain? N/A

**21. Given your experience with the patient, your diagnosis, and the patient's disability or impairment, do you believe he or she could continue or resume work at current or previous employment?**

Yes _____ No __✓__

If not, please explain why: has extreme dizziness

Is there other work the patient could do given his or her skills and disability or impairment?

no

**22. How would you expect the patient's diagnosis/disability to change over time?**

__✓__Disability is Not Likely to Change

_____Disability is Temporary, From: __________To: ____________

23. When would you expect the patient to be able to return to work, with and/or without any restrictions?

Ø

Please enclose all relevant medical, clinical, and laboratory records you have for this patient, and use the space below for any additional comment or information you feel is relevant.