AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Arkansas

| | | |
|---|---|---|
| FRED KENNEY<br>*Plaintiff(s)*<br>v.<br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, f/k/a LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, d/b/a LINCOLN FINANCIAL GROUP<br>*Defendant(s)* | ) | Civil Action No. 4:23-CV-285-JM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, f/k/a LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, d/b/a LINCOLN FINANCIAL GROUP
C/O Registered Agent: Corporation Service Company, 300 Spring Building, 300 S. Spring Street, Suite 900, Little Rock, Arkansas 72201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joe P. Leniski, Jr. of Herzfeld, Suetholz, Gastel, Leniski and Wall PLLC, 223 Rosa L. Parks Ave., Ste 300, Nashville, TN 37203
and
James A. Streett of Streett Law Firm PA, 107 W Main Street, Russellville, Arkansas 72801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**TAMMY H. DOWNS**

*CLERK OF COURT*

Date: 3/24/2023

[signature]
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* The Lincoln National Life Ins. Company was received by me on *(date)* 03/27/2023 .

☐ I personally served the summons on the individual at *(place)* ____________ on *(date)* ____________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Corporation Service Company , who is designated by law to accept service of process on behalf of *(name of organization)* The Lincoln National Life Insurance Company on *(date)* 04/03/2023 ; or

☐ I returned the summons unexecuted because ____________ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/11/2023

[signature]
*Server's signature*

Trina Scott, Legal Assistant
*Printed name and title*

**Herzfeld, Suetholz, Gastel,**
**Leniski & Wall, PLLC**
**The Freedom Center**
**223 Rosa L. Parks Ave., Ste 300**
**Nashville, TN 372036**
*Server's address*

Additional information regarding attempted service, etc: