**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Lincoln National Life Insurance Company f/k/a
Lincoln Life Assurance Company of Boston d/b/a
Lincoln Financial Group
c/o Registered Agent: Corporation Service Company
300 Spring Building
300 S. Spring Street, Suite 900
Little Rock, Arkansas 72201

9590 9402 8027 2305 5603 96

2. Article Number *(Transfer from service label)*

7021 0950 0000 0283 5394

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

LITTLE ROCK MAIN OFFICE
APR - 3 2023
LITTLE ROCK 72202 USPS

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

USPS TRACKING #

NASHVILLE TN 370
6 APR 2023 PM 5 L

9590 9402 8027 2305 5603 96

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

HSG LAW

The Freedom Center
223 Rosa L. Parks Ave.
Ste 300
Nashville, TN 37203

Attn: Trina
3/29/23

Kenney
23192