**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

FRED KENNEY PLAINTIFF

v. No. 4:23-cv-00285-JM

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY DEFENDANT

**ERISA SCHEDULING ORDER**

A review of the initial pleadings in this case reveals that the instant action involves a claim for benefits under the Employee Retirement Income Security Act of 1974, 29 U.S.C. §1001 *et seq.* [ERISA]. The Court's function in ERISA cases is to conduct a review, using one of two standards. If the plan language does not give the insurer the discretion to determine eligibility for plan benefits or to construe the terms of the plan, the Court should conduct a de novo review of the administrative record. *Farley v Benefit Trust Life Ins. Co.*, 979 F.2d 653, 660 (8th Cir. 1992) (citing *Firestone Tire and Rubber Co. v. Bruch*, 489 U.S. 101, 115 (1989)). If, however, the plan gives the administrator or fiduciary discretionary authority to determine eligibility for benefits or to construe the terms of the plan, the abuse of discretion standard is applied by the Court. *Bruch* at 115.

In either event, the Court's review is limited to a review of the record made before the administrator of the plan. Thus, a trial is not necessary. The parties should stipulate to what the administrative record is and file briefs. All factual assertions contained in the briefs should make specific reference to the stipulated record.

Accordingly, this case will proceed on the following schedule:

(a) The stipulated record must be filed within sixty (60) days of the date of this Order (if the record is submitted electronically, counsel must provide a paper copy to chambers);

(b) Plaintiff's brief must be filed within fourteen (14) days thereafter;

(c) Defendants' brief must be filed within fourteen (14) days thereafter.

(d) A reply brief, if plaintiff wishes to file one, must be filed seven (7) days thereafter. No surresponses or surreplies will be allowed unless leave of the Court has been granted.

The Court will conduct its review upon receipt of the material outlined herein.

Dated this 2nd day of May, 2023.

AT THE DIRECTION OF THE COURT
Tammy H. Downs, Clerk

By: /s/ Kacie Glenn
Courtroom Deputy