**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| **FRED KENNEY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, f/k/a LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, d/b/a LINCOLN FINANCIAL GROUP,**<br><br>**Defendant.** | **Case No. 4:23-cv-00285-JM**<br><br>**District Judge James M. Moody, Jr.**<br>**Magistrate Judge J. Thomas Ray** |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE THE STIPULATED RECORD AND AMEND THE SCHEDULING ORDER (D.E. 12)**

Plaintiff, Fred Kenney ("Plaintiff"), and Defendant, The Lincoln National Life Insurance Company, f/k/a Lincoln Life Assurance Company of Boston, d/b/a Lincoln Financial Group hereby move this Court for an order extending the deadline for the parties to file the stipulated record an additional seven (7) days to July 10, 2023, and to revise the Court's scheduling order based upon this extension. To date, Counsel have been working together to finalize the stipulated record. However, other matters have required prioritization and the parties require additional time to reach an agreement on the contents. Accordingly, the parties propose the following amended schedule:

- July 10, 2023 – Stipulated record due;
- July 24, 2023 – Plaintiff's brief due;
- August 7, 2023 – Defendant's brief due;
- August 14, 2023 – Plaintiff's reply brief due.

Therefore, the parties request that the Court grant a one-week extension of the upcoming deadline to file the joint record in this case on July 3, 2023, and extend said deadline to Monday, July 10, 2023, and revise the Court's scheduling order (D.E. 12) in accordance with the above proposal.

DATED: June 30, 2023

Respectfully submitted,

Joe P. Leniski, Jr.
ABA #2022269
HERZFELD, SUETHOLZ, GASTEL, LENISKI, and WALL PLLC
The Freedom Center
223 Rosa Parks Avenue, Suite 300
Nashville, Tennessee 37203
Telephone: (615) 800-6225
Email: joey@hsglawgroup.com

James A. Streett
ABA #2007092
STREETT LAW FIRM, P.A.
107 West Main
Russellville, AR 72801
Telephone: 479-968-2030
Facsimile: 479-968-6253
Email: james@streettlaw.com

*Attorneys for Plaintiff*

Iwana Rademaekers
Texas Bar # 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorney for Defendant*