**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

**FRED KENNEY,**

**PLAINTIFF**

**v.** **CIVIL ACTION NO. 4:23-cv-00285-JM**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, f/k/a LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, d/b/a LINCOLN FINANCIAL GROUP,**

**DEFENDANT**

**DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD**

Defendant The Lincoln National Life Insurance Company files Defendant's Submission of Administrative Record. Pursuant to the ERISA Scheduling Order entered by the Court on May 2, 2023 (Document 12), the Parties were to file a stipulated record within sixty (60) days of the entry of the ERISA Scheduling Order. However, the Parties are still working on an agreement regarding the Record and were unable to file a joint submission by this date, and instead filed a Joint Motion for Extension of Time to File the Stipulated Record and Amend the Scheduling Order on June 30, 2023 (Document 14). As the Court has not yet ruled on that motion, and out of an abundance of caution, the Parties have agreed to file separate Records at this time while they continue to come to an agreement regarding the record. Defendant reserves the right to object to or supplement Plaintiff's Submission of Administrative Record.

A. Group Disability Income Policy (Liberty/Kenney 001-048);

B. Denial of Appeal Correspondence (Liberty/Kenney 068-077); and

C. Administrative Record (Liberty/Kenney 049-067 and 078-469).

Dated: July 3, 2023.

Respectfully submitted,

By: /s/ Iwana Rademaekers

Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Arkansas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Joe P. Leniski, Jr.
Email: joey@hsglawgroup.com

James A. Streett
Email: james@streettlaw.com

July 3, 2023
Date

/s/ Iwana Rademaekers
Iwana Rademaekers