**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| **FRED KENNEY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, f/k/a LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, d/b/a LINCOLN FINANCIAL GROUP,**<br><br>**Defendant.** | **Case No. 4:23-cv-00285-JM**<br><br>**District Judge James M. Moody, Jr.**<br>**Magistrate Judge J. Thomas Ray** |

**NOTICE OF FILING OF PLAINTIFF'S PROPOSED ADMINISTRATIVE RECORD**

COMES NOW Plaintiff, Fred Kenney ("Plaintiff"), by and through undersigned counsel, and hereby files his Proposed Administrative Record, pursuant to the ERISA Scheduling Order (D.E. 12). On June 30, 2023, the Parties filed a Joint Motion for Extension of Time to File the Stipulated Record and Amend the Scheduling Order (D.E. 14) because the meet and confer process to reach agreement is not yet complete. However, the order granting extension has not been entered. Therefore, the Parties will file their own respective version of what they contend is the Administrative Record, with each side reserving the right to the object or supplement.

DATED: July 3, 2023

Respectfully submitted,

/s/ Joe P. Leniski, Jr.
Joe P. Leniski, Jr.
ABA #2022269
HERZFELD, SUETHOLZ, GASTEL, LENISKI, and WALL PLLC
The Freedom Center
223 Rosa Parks Avenue, Suite 300
Nashville, Tennessee 37203
Telephone: (615) 800-6225

Email: joey@hsglawgroup.com

James A. Streett
ABA #2007092
STREETT LAW FIRM, P.A.
107 West Main
Russellville, AR 72801
Telephone: 479-968-2030
Facsimile: 479-968-6253
Email: james@streettlaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2023, a copy of the foregoing Notice of Filing of Stipulated Record was served via the Court's CM/ECF System upon the following counsel of record:

Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Email: iwana@rademaekerslaw.com

*/s/ Joe P. Leniski, Jr.*
Joe P. Leniski, Jr.