# GROUP DISABILITY INCOME POLICY

**Sponsor:** **OGE Energy Corp.**

**Policy Number:** **GF3-890-435421-01**

**Effective Date:** **January 1, 2005**

**Governing Jurisdiction** is **Oklahoma** and subject to the laws of that State.

**Premiums** are due and payable monthly on the first day of each month.

**Policy Anniversaries** shall occur each January 1st beginning in 2006.

Liberty Life Assurance Company of Boston (hereinafter referred to as Liberty) agrees to pay benefits provided by this policy in accordance with its provisions. This policy provides Long Term Disability coverage.

**PLEASE READ THIS POLICY CAREFULLY FOR FULL DETAILS.**

This policy is a legal contract and is issued in consideration of the Application of the Sponsor, a copy of which is attached, and of the payment of premiums by the Sponsor.

For purposes of this policy, the Sponsor acts on its own behalf or as the Covered Person's agent. Under no circumstances will the Sponsor be deemed the agent of Liberty.

This policy is delivered in and governed by the laws of the governing jurisdiction and to the extent applicable by The Employee Retirement Income Security Act of 1974 (ERISA) and any subsequent amendments.

The following pages including any amendments, riders or endorsements are a part of this policy.

Signed at Liberty's Home Office, 175 Berkeley Street, Boston, Massachusetts, 02117

**WARNING: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.**

**NON-PARTICIPATING**

# TABLE OF CONTENTS

SECTION 1 ........ SCHEDULE OF BENEFITS

SECTION 2 ........ DEFINITIONS

SECTION 3 ........ ELIGIBILITY AND EFFECTIVE DATES

SECTION 4 ........ DISABILITY INCOME BENEFITS

SECTION 5 ........ EXCLUSIONS

SECTION 6 ........ TERMINATION PROVISIONS

SECTION 7 ........ GENERAL PROVISIONS

SECTION 8 ........ PREMIUMS

SECTION 9 ........ APPLICATION

# SECTION 1 - SCHEDULE OF BENEFITS

## ELIGIBILITY REQUIREMENTS FOR INSURANCE BENEFITS

**Minimum Hourly Requirement:**

Employees working a minimum of 30 regularly scheduled hours per week

**Long Term Disability Benefits:**

Class 1: All Active full-time and part-time Employees except Executives electing Long Term Disability Coverage

Class 2: All Active full-time Executives electing Long Term Disability Coverage

**Note:** Temporary and seasonal Employees and Employees who are not United States citizens or legal residents working in the United States are not covered under this policy.

**Eligibility Waiting Period:**

1. If the Covered Person is employed by the Sponsor on the policy effective date - First of the month following the date of hire

2. If the Covered Person begins employment for the Sponsor after the policy effective date - First of the month following the date of hire

**Employee Contributions Required:**

Yes

**Name of Associated Companies:**

Oklahoma Gas & Electric
321 N. Harvey Avenue
Oklahoma City, OK 73102 USA

Enogex
321 N. Harvey Avenue
Oklahoma City, OK 73102 USA

# SECTION 1 - SCHEDULE OF BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE**

**Elimination Period:**

The greater of:

a. the end of the Covered Person's Short Term Disability Benefits; or

b. 180 days

**Amount of Insurance:**

Applicable to Class 1:

60.00% of Basic Monthly Earnings not to exceed a Maximum Monthly Benefit of $6,000.00 less Other Income Benefits and Other Income Earnings as outlined in Section 4.

Applicable to Class 2:

60.00% of Basic Monthly Earnings not to exceed a Maximum Monthly Benefit of $25,000.00 less Other Income Benefits and Other Income Earnings as outlined in Section 4.

**Maximum Basic Monthly Earnings on which the Benefit is Based:**

| | |
|---|---|
| Applicable to Class 1: | $10,000.00 |
| Applicable to Class 2: | $41,666.67 |

**Own Occupation Duration:**

Applicable to Class 1:

24 Month Own Occupation

Applicable to Class 2:

Maximum Own Occupation

## SECTION 1 - SCHEDULE OF BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Minimum Monthly Benefit:**

The Minimum Monthly Benefit is $100.00.

**Maximum Benefit Period:**

| Age at Disability | Maximum Benefit Period |
|---|---|
| Less than age 60 | To age 65 |
| 60 - 64 | 5 years |
| 65 - 69 | To age 70 (but not less than 1 year) |
| 70 and over | 1 year |

# SECTION 2 - DEFINITIONS

In this section Liberty defines some basic terms needed to understand this policy. The male pronoun whenever used in this policy includes the female.

**"Active Employment"** means the Employee must be actively at work for the Sponsor:

1. on a full-time or part-time basis and paid regular earnings;

2. for at least the minimum number of hours shown in the Schedule of Benefits; and either perform such work:

   a. at the Sponsor's usual place of business; or
   b. at a location to which the Sponsor's business requires the Employee to travel.

An Employee will be considered actively at work if he was actually at work on the day immediately preceding:

1. a weekend (except where one or both of these days are scheduled work days);
2. holidays (except when the holiday is a scheduled work day);
3. paid vacations;
4. any non-scheduled work day;
5. an excused leave of absence (except medical leave for the Covered Person's own disabling condition and lay-off); and
6. an emergency leave of absence (except emergency medical leave for the Covered Person's own disabling condition).

**"Administrative Office"** means Liberty Life Assurance Company of Boston, 9 Riverside Road, Weston, MA 02493.

**"Annual Enrollment Period"** or **"Enrollment Period"** means the period before each policy anniversary so designated by the Sponsor and Liberty during which an Employee may enroll for coverage under this policy.

## SECTION 2 - DEFINITIONS
(Continued)

**"Any Occupation"** means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.

**"Application"** is the document designated in Section 9; it is attached to and is made a part of this policy.

**"Appropriate Available Treatment"** means care or services which are:

1. generally acknowledged by Physicians to cure, correct, limit, treat or manage the disabling condition;
2. accessible within the Covered Person's geographical region;
3. provided by a Physician who is licensed and qualified in a discipline suitable to treat the disabling Injury or Sickness;
4. in accordance with generally accepted medical standards of practice.

**"Basic Monthly Earnings"** means the Covered Person's monthly rate of earnings from the Sponsor in effect immediately prior to the date Disability or Partial Disability begins. However, such earnings will not include bonuses, commissions, overtime pay and extra compensation.

**"Consumer Price Index"** means the government publication "The Consumer Price Index for Urban Wage Earners and Clerical Workers" provided monthly by the U.S. Department of Labor, or its successor or in the event of no successor a similar Index of comparable purpose chosen by Liberty.

**"Covered Person"** means an Employee insured under this policy.

## SECTION 2 - DEFINITIONS
(Continued)

**"Disability"** or **"Disabled"** means:

1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:

Applicable to Class 2:

a. if the Covered Person is eligible for the Maximum Own Occupation benefit, **"Disability"** or **"Disabled"** means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to perform the Material and Substantial Duties of his Own Occupation.

Applicable to Class 1:

b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, **"Disability"** or **"Disabled"** means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and

ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.

2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:

**"Disability"** or **"Disabled"** means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.

**"Disability Benefits under a Retirement Plan"** means money which:

1. is payable under a Retirement Plan due to Disability as defined in that plan; and
2. does not reduce the amount of money which would have been paid as retirement benefits at the normal retirement age under the plan if the Disability had not occurred. (If the payment does cause such a reduction, it will be deemed a Retirement Benefit as defined in this policy.)

## SECTION 2 - DEFINITIONS
(Continued)

**"Eligibility Date"** means the date an Employee becomes eligible for insurance under this policy. Eligibility Requirements are shown in the Schedule of Benefits.

**"Eligible Survivor"** means the Covered Person's spouse, if living, otherwise the Covered Person's children under age 25.

**"Eligibility Waiting Period"** means the continuous length of time an Employee must be in Active Employment in an eligible class to reach his Eligibility Date.

**"Elimination Period"** means a period of consecutive days of Disability or Partial Disability for which no benefit is payable. The Elimination Period is shown in the Schedule of Benefits and begins on the first day of Disability.

If the Covered Person returns to work for any thirty or fewer days during the Elimination Period and cannot continue, Liberty will count only those days the Covered Person is Disabled or Partially Disabled to satisfy the Elimination Period.

**"Employee"** means a person in Active Employment with the Sponsor.

**"Enrollment Form"** is the document completed by the Covered Person, if required, when enrolling for coverage. This form must be satisfactory to Liberty.

**"Evidence of Insurability"** means a statement of proof of an Employee's medical history upon which acceptance for insurance will be determined by Liberty.

## SECTION 2 - DEFINITIONS
(Continued)

**"Extended Treatment Plan"** means continued care that is consistent with the American Psychiatric Association's standard principles of Treatment, and is in lieu of confinement in a Hospital or Institution. It must be approved in writing by a Physician.

**"Family and Medical Leave"** means a leave of absence for the birth, adoption or foster care of a child, or for the care of the Covered Person's child, spouse or parent or for the Covered Person's own serious health condition as those terms are defined by the Federal Family and Medical Leave Act of 1993 (FMLA) and any amendments, or by applicable state law.

**"Family Status Change"** means any one of the following events that may occur:
1. the Employee's marriage or divorce;
2. the birth of a child to the Employee;
3. the adoption of a child by the Employee;
4. the death of the Employee's spouse or child;
5. the commencement or termination of employment of the Employee's spouse;
6. the change from part-time employment to full-time employment by the Employee or the Employee's spouse;
7. the change from full-time employment to part-time employment by the Employee or the Employee's spouse;
8. the taking of unpaid leave of absence by the Employee or the Employee's spouse.

**"Gross Monthly Benefit"** means the Covered Person's Monthly Benefit before any reduction for Other Income Benefits and Other Income Earnings.

**"Hospital"** or **"Institution"** means a facility licensed to provide Treatment for the condition causing the Covered Person's Disability.

## SECTION 2 - DEFINITIONS
(Continued)

**"Indexed Basic Monthly Earnings"** means the Covered Person's Basic Monthly Earnings in effect just prior to the date Disability or Partial Disability began adjusted on the first anniversary of benefit payments and each anniversary thereafter.

**"Initial Enrollment Period"** means one of the following periods during which an Employee may first enroll for coverage under this policy:

1. for an Employee who is eligible for insurance on the policy effective date, a period before the policy effective date set by the Sponsor and Liberty.

2. for an Employee who becomes eligible for insurance after the policy effective date, the period which ends 31 days after his Eligibility Date.

**"Injury"** means bodily impairment resulting directly from an accident and independently of all other causes. For the purpose of determining benefits under this policy:

1. any Disability which begins more than 60 days after an Injury will be considered a Sickness; and

2. any Injury which occurs before the Covered Person is covered under this policy, but which accounts for a medical condition that arises while the Covered Person is covered under this policy will be treated as a Sickness.

**"Last Monthly Benefit"** means the gross Monthly Benefit payable to the Covered Person prior to his death without any reduction for earnings received from employment.

**"Material and Substantial Duties"** means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.

## SECTION 2 - DEFINITIONS
(Continued)

**"Mental Illness"** means a psychiatric or psychological condition classified as such in the most current edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM) regardless of the underlying cause of the Mental Illness. If the DSM is discontinued, Liberty will use the replacement chosen or published by the American Psychiatric Association.

**"Monthly Benefit"** means the monthly amount payable by Liberty to the Disabled or Partially Disabled Covered Person.

**"Non-Verifiable Symptoms"** means the Covered Person's subjective complaints to a Physician which cannot be diagnosed using tests, procedures or clinical examinations typically accepted in the practice of medicine. Such symptoms may include, but are not limited to, dizziness, fatigue, headache, loss of energy, numbness, pain, ringing in the ear, and stiffness.

**"Own Occupation"** means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.

## SECTION 2 - DEFINITIONS
(Continued)

**"Partial Disability" or "Partially Disabled"** means the Covered Person, as a result of Injury or Sickness, is able to:

1. perform one or more, but not all, of the Material and Substantial Duties of his Own Occupation or Any Occupation on an Active Employment or a part-time basis; or
2. perform all of the Material and Substantial Duties of his Own Occupation or Any Occupation on a part-time basis; and
3. earn between 20.00% and 80.00% of his Basic Monthly Earnings.

**"Physician"** means a person who:

1. is licensed to practice medicine and is practicing within the terms of his license; or
2. is a licensed practitioner of the healing arts in a category specifically favored under the health insurance laws of the state where the Treatment is received and is practicing within the terms of his license.

It does not include a Covered Person, any family member or domestic partner.

## SECTION 2 - DEFINITIONS
(Continued)

**"Proof"** means the evidence in support of a claim for benefits and includes, but is not limited to, the following:

1. a claim form completed and signed (or otherwise formally submitted) by the Covered Person claiming benefits;

2. an attending Physician's statement completed and signed (or otherwise formally submitted) by the Covered Person's attending Physician; and

3. the provision by the attending Physician of standard diagnosis, chart notes, lab findings, test results, x-rays and/or other forms of objective medical evidence in support of a claim for benefits.

Proof must be submitted in a form or format satisfactory to Liberty.

**"Regular Attendance"** means the Covered Person's personal visits to a Physician which are medically necessary according to generally accepted medical standards to effectively manage and treat the Covered Person's Disability or Partial Disability.

**"Retirement Benefit under a Retirement Plan"** means money which:

1. is payable under a Retirement Plan either in a lump sum or in the form of periodic payments;

2. does not represent contributions made by an Employee (payments which represent Employee contributions are deemed to be received over the Employee's expected remaining life regardless of when such payments are actually received); and

3. is payable upon:

   a. early or normal retirement; or
   b. Disability, if the payment does reduce the amount of money which would have been paid under the plan at the normal retirement age.

## SECTION 2 - DEFINITIONS
(Continued)

**"Retirement Plan"** means a plan which provides retirement benefits to Employees and which is not funded wholly by Employee contributions. The term shall not include a profit-sharing plan, informal salary continuation plan, registered retirement savings plan, stock ownership plan, 401(K) or a non-qualified plan of deferred compensation.

**"Schedule of Benefits"** means the section of this policy which shows, among other things, the Eligibility Requirements, Eligibility Waiting Period, Elimination Period, Amount of Insurance, Minimum Benefit, and Maximum Benefit Period.

**"Sickness"** means illness, disease, pregnancy or complications of pregnancy.

**"Sponsor"** means the entity to whom this policy is issued.

**"Sponsor's Retirement Plan"** is deemed to include any Retirement Plan:

1. which is part of any Federal, State, Municipal or Association retirement system; or

2. for which the Employee is eligible as a result of employment with the Sponsor.

**"Substance Abuse"** means alcohol and/or drug abuse, addiction or dependency.

**"Treatment"** means consulting, receiving care or services provided by or under the direction of a Physician including diagnostic measures, being prescribed drugs and/or medicines, whether the Covered Person chooses to take them or not, and taking drugs and/or medicines.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES

**Eligibility Requirements for Insurance Benefits**

The eligibility requirements for insurance benefits are shown in the Schedule of Benefits.

**Eligibility Date for Insurance Benefits**

An Employee in an eligible class will qualify for insurance on the later of:

1. this policy's effective date; or

2. the day after the Employee completes the Eligibility Waiting Period shown in the Schedule of Benefits.

**Initial Enrollment Period**

During the Initial Enrollment Period an Employee can enroll in any one coverage or coverage option shown in the Schedule of Benefits. If he does not choose any coverage or coverage option, he will not be enrolled for any coverage. If an Employee's Initial Enrollment Period takes place during or after the Annual Enrollment Period, but before the policy anniversary his coverage option will apply for (a) the rest of the policy year in which he first becomes eligible; and (b) the next policy year.

**Annual Enrollment Period**

During each Annual Enrollment Period, a Covered Person may keep his coverage at the same level or make one of the following changes in coverage for the next policy year:

1. a decrease in coverage;

2. an increase in coverage subject to Evidence of Insurability and the Pre-Existing Condition Exclusion defined herein.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Family Status Change**

When an Employee experiences a Family Status Change, he may keep his coverage at the same level or make one of the following changes in coverage:

1. a decrease in coverage;

2. an increase in coverage by one level without Evidence of Insurability subject to the Pre-Existing Condition Exclusion defined herein.

The Covered Person must apply for the change in coverage within 31 Days of the date of the Family Status Change. Such changes in coverage must be due to or consistent with the reason that the change in coverage was permitted. A change in coverage is consistent with a Family Status Change only if it is necessary or appropriate as the result of the Family Status Change.

**Effective Date of Insurance**

Insurance will be effective at 12:01 A.M. Standard Time in the governing jurisdiction on the day determined as follows, but only if the Employee's application or enrollment for insurance is made with Liberty through the Sponsor in a form or format satisfactory to Liberty.

1. For Coverage Applied for During Initial Enrollment Periods:

   a. an Employee will be insured on the date the Employee makes application for insurance if he enrolls on or before the 31st day after his Eligibility Date; or
   b. an Employee who does not enroll on or before the 31st day after his Eligibility Date, or terminated his insurance while continuing to be eligible must submit an application and Evidence of Insurability to Liberty for approval, at the Employee's expense. The Employee will be insured on the date Liberty gives its approval.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Effective Date of Insurance** (Continued)

2. For Contributory Coverage Applied for During Annual Enrollment Periods

   An Employee will be insured for the selected contributory coverage on the later of these dates:

   a. the first day of the next policy anniversary; or
   b. the date Liberty gives its approval, if the Employee:

      i. increases his coverage option; or
      ii. terminated his insurance while continuing to be eligible.

   In the case of i. and ii. above, the Employee must submit an application and Evidence of Insurability to Liberty for approval. This will be at the Employee's expense.

3. For Coverage Applied for Due to a Family Status Change

   An Employee will be insured for the selected coverage on the later of the following dates, provided he applies or enrolls for the change in coverage before the end of the 31st Day following the Family Status Change:

   a. the date of the Family Status Change;
   b. the date the Employee applies or enrolls for the change in coverage; or
   c. the date Liberty gives its approval, if the Employee:

      i. increases his coverage option; or
      ii terminated his insurance while continuing to be eligible.

   In the case of i. and ii. above, the Employee must submit an application and Evidence of Insurability to Liberty for approval. This will be at the Employee's expense.

**Delayed Effective Date for Insurance**

The effective date of any initial, increased or additional insurance will be delayed for an individual if he is not in Active Employment because of Injury or Sickness. The initial, increased or additional insurance will begin on the date the individual returns to Active Employment.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES

(Continued)

**Family and Medical Leave**

An Employee's coverage may be continued under this policy for an approved family or medical leave of absence for up to 12 weeks following the date coverage would have terminated, subject to the following:

1. the authorized leave is in writing;

2. the required premium is paid;

3. the Covered Person's benefit level, or the amount of earnings upon which the Covered Person's benefit may be based, will be that in effect on the date before said leave begins; and

4. continuation of coverage will cease immediately if any one of the following events should occur:

    a. the Covered Person returns to work;
    b. this group insurance policy terminates;
    c. the Covered Person is no longer in an eligible class;
    d. nonpayment of premium when due by the Sponsor or the Covered Person;
    e. the Covered Person's employment terminates.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Leave of Absence**

The Sponsor may continue the Covered Person's coverage(s) by paying the required premiums, if the Covered Person is given a leave of absence.

The Covered Person's coverage will not continue beyond the end of the policy month following the policy month in which the leave of absence begins. In continuing such coverage under this provision, the Sponsor agrees to treat all Covered Persons equally.

**Lay-off**

The Sponsor may continue the Covered Person's coverage(s) by paying the required premiums, if the Covered Person is temporarily laid off.

The Covered Person's coverage will not continue beyond the end of the policy month in which the lay-off begins. In continuing such coverage under this provision, the Sponsor agrees to treat all Covered Persons equally.

**Associated Companies**

Companies, corporations, firms or individuals that are subsidiary to, or affiliated with, the Sponsor will be called Associated Companies. The Associated Companies, if any, are listed in the Schedule of Benefits. Employees of Associated Companies will be considered Employees of the Sponsor for purposes of this policy.

As they relate to this policy, all actions, agreements and notices between Liberty and the Sponsor will be binding on the Associated Companies.

If any Associated Companies cease to be Associated Companies for any reason, its Employees will be deemed to have transferred to a class of Employees not eligible for coverage under this policy.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Transfer Provision**

In order to prevent loss of coverage for an individual because of transfer of insurance carriers, this policy will provide coverage for certain individuals as follows:

**Failure to be In Active Employment Due to Injury or Sickness:**

Subject to premium payments, this policy will cover individuals who:

1. at the time of transfer are covered under the prior carrier's policy; and

2. are not in Active Employment due to Injury or Sickness on the effective date of this policy.

Benefits will be determined based on the lesser of:

1. the amount of the Disability benefit that would have been payable under the prior policy and subject to any applicable policy limitations; or

2. the amount of Disability benefits payable under this policy. If benefits are payable under the prior policy for the Disability, no benefits are payable under this policy.

**Disability Due to a Pre-Existing Condition**

If an individual was insured under the prior carrier's policy at the time of transfer and was in Active Employment and insured under this policy on its effective date, benefits may be payable for a Disability due to a Pre-Existing Condition.

If the individual can satisfy this policy's Pre-Existing Condition Exclusion, the benefit will be determined according to this policy.

If the individual cannot satisfy this policy's Pre-Existing Condition Exclusion, then:

1. Liberty will apply the Pre-Existing Condition Exclusion of the prior carrier's policy and;

2. if the individual would have satisfied the prior carrier's pre-existing condition exclusion, giving consideration towards continuous time coverage under this policy; and the prior carrier's policy, the benefit will be determined according to this policy. However, the Maximum Monthly Benefit amount payable under this policy shall not exceed the maximum monthly benefit payable under the prior carrier's policy.

No benefit will be paid if the individual cannot satisfy the Pre-Existing Condition Exclusions of either policy.

## SECTION 4 - DISABILITY INCOME BENEFITS

**LONG TERM DISABILITY COVERAGE**

**Disability Benefit**

When Liberty receives Proof that a Covered Person is Disabled due to Injury or Sickness and requires the Regular Attendance of a Physician, Liberty will pay the Covered Person a Monthly Benefit after the end of the Elimination Period, subject to any other provisions of this policy. The benefit will be paid for the period of Disability if the Covered Person gives to Liberty Proof of continued:

1. Disability;
2. Regular Attendance of a Physician; and
3. Appropriate Available Treatment.

The Proof must be given upon Liberty's request and at the Covered Person's expense. In determining whether the Covered Person is Disabled, Liberty will not consider employment factors including, but not limited to, interpersonal conflict in the workplace, recession, job obsolescence, paycuts, job sharing and loss of a professional or occupational license or certification.

For purposes of determining Disability, the Injury must occur and Disability must begin while the Employee is insured for this coverage.

The Monthly Benefit will not:

1. exceed the Covered Person's Amount of Insurance; or
2. be paid for longer than the Maximum Benefit Period.

The Amount of Insurance and the Maximum Benefit Period are shown in the Schedule of Benefits.

**Amount of Disability Monthly Benefit**

To figure the amount of Monthly Benefit:

1. Take the lesser of:
   a. the Covered Person's Basic Monthly Earnings multiplied by the benefit percentage shown in the Schedule of Benefits; or
   b. the Maximum Monthly Benefit shown in the Schedule of Benefits; and then
2. Deduct Other Income Benefits and Other Income Earnings, (shown in the Other Income Benefits and Other Income Earnings provision of this policy), from this amount.

The Monthly Benefit payable will not be less than the Minimum Monthly Benefit shown in the Schedule of Benefits. However, if an overpayment is due to Liberty, the Minimum Monthly Benefit otherwise payable under this provision will be applied toward satisfying the overpayment.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Partial Disability**

When Liberty receives Proof that a Covered Person is Partially Disabled and has experienced a loss of earnings due to Injury or Sickness and requires the Regular Attendance of a Physician, he may be eligible to receive a Monthly Benefit, subject to any other provisions of this policy. To be eligible to receive Partial Disability benefits, the Covered Person may be employed in his Own Occupation or another occupation, must satisfy the Elimination Period and must be earning between 20.00% and 80.00% of his Basic Monthly Earnings.

A Monthly Benefit will be paid for the period of Partial Disability if the Covered Person gives to Liberty Proof of continued:

1. Partial Disability;
2. Regular Attendance of a Physician; and
3. Appropriate Available Treatment.

The Proof must be given upon Liberty's request and at the Covered Person's expense. In determining whether the Covered Person is Partially Disabled, Liberty will not consider employment factors including, but not limited to, interpersonal conflict in the workplace, recession, job obsolescence, paycuts, job sharing and loss of a professional or occupational license or certification.

For purposes of determining Partial Disability, the Injury must occur and Partial Disability must begin while the Employee is insured for this coverage.

**Proportionate Loss Monthly Calculation with Work Incentive Benefit**

For the first 12 Months, the work incentive benefit will be an amount equal to the Covered Person's Basic Monthly Earnings multiplied by the benefit percentage shown in the Schedule of Benefits, without any reductions from earnings. The work incentive benefit will only be reduced, if the Monthly Benefit payable plus any earnings exceed 100% of the Covered Person's Basic Monthly Earnings. If the combined total is more, the Monthly Benefit will be reduced by the excess amount so that the Monthly Benefit plus the Covered Person's earnings does not exceed 100% of his Basic Monthly Earnings.

Thereafter, to figure the Amount of Monthly Benefit the formula (A divided by B) x C will be used.

A = The Covered Person's Basic Monthly Earnings minus the Covered Person's earnings received while he is Partially Disabled. This figure represents the amount of lost earnings.

B = The Covered Person's Basic Monthly Earnings.

C = The Monthly Benefit as figured in the Disability provision of this policy plus the Covered Person's earnings received while he is Partially Disabled, (but, not including adjustments under the Cost of Living Adjustment Benefit, if included).

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Partial Disability** (Continued)

**Proportionate Loss Monthly Calculation with Work Incentive Benefit** (Continued)

On the first anniversary of benefit payments and each anniversary thereafter, for the purpose of calculating the benefit, the term "Basic Monthly Earnings" is:

1. replaced by "Indexed Basic Monthly Earnings"; and

2. increased annually by 20.00%, or the current annual percentage increase in the Consumer Price Index, whichever is less.

The Monthly Benefit payable will not be less than the Minimum Monthly Benefit shown in the Schedule of Benefits. However, if an overpayment is due to Liberty, the Minimum Monthly Benefit otherwise payable under this provision will be applied toward satisfying the overpayment.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Mental Illness and/or Substance Abuse and/or Non-Verifiable Symptoms Limitation**

The benefit for Disability due to Mental Illness and/or Substance Abuse and/or Non-Verifiable Symptoms Limitation will not exceed a combined period of 24 months of Monthly Benefit payments while the Covered Person is insured under this policy.

If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the combined period of 24 months, the Monthly Benefit will be paid during the confinement.

If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a combined period of 36 months.

In no event will the Monthly Benefit be payable beyond the Maximum Benefit Period shown in the Schedule of Benefits.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Rehabilitation Incentive Benefit**

Liberty will pay an increased Monthly Benefit while a Covered Person is fully participating in a Rehabilitation Program. Liberty must first approve the Rehabilitation Program in writing before a Covered Person can be considered for this benefit. If Liberty does not approve a Rehabilitation Program, the regular Disability benefit will be payable provided the Covered Person is Disabled under the terms of this policy. To be eligible for a Rehabilitation Incentive Benefit, the Covered Person must:

1. be Disabled and receiving benefits under this policy; and

2. be fully participating in a Rehabilitation Program approved by Liberty.

**Increased Monthly Benefit**

If the Covered Person is eligible for a Rehabilitation Incentive Benefit, the benefit percentage shown in the Schedule of Benefits, will be increased to 80.00%. The increased benefit will begin on the first day of the month after Liberty receives written Proof of the Covered Person's full participation in the Rehabilitation Program.

**Decreased Monthly Benefit**

If the Covered Person, at any time, declines to fully participate in an approved Rehabilitation Program recommended by Liberty, the benefit percentage shown in the Schedule of Benefits will be reduced to 40.00% beginning on the first day of the month following the Covered Person's declination to fully participate in the approved Rehabilitation Program. If Liberty recommends rehabilitation, benefits will be paid at the reduced amount from the date recommendation is made until Liberty receives the Covered Person's written agreement to fully participate in the Rehabilitation Program.

**Discontinuation of the Rehabilitation Incentive Benefit**

The Rehabilitation Incentive Benefit will cease:

1. when the Covered Person is no longer fully participating in a Rehabilitation Program approved by Liberty;

2. in accordance with the provision[s] entitled "Discontinuation of the Long Term Disability Benefit"; or

3. when the Rehabilitation Program ends.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Rehabilitation Incentive Benefit** (Continued)

For the purpose of this provision, **"Rehabilitation Program"** means a comprehensive individually tailored, goal oriented program to return a Disabled Covered Person to gainful employment. The services offered may include, but are not limited to, the following:

1. physical therapy;
2. occupational therapy;
3. work hardening programs;
4. functional capacity evaluations;
5. psychological and vocational counseling;
6. rehabilitative employment; and
7. vocational rehabilitation services.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Three Month Survivor Benefit**

Liberty will pay a lump sum benefit to the Eligible Survivor when Proof is received that a Covered Person died:

1. after Disability had continued for 180 or more consecutive days; and
2. while receiving a Monthly Benefit.

The lump sum benefit will be an amount equal to three times the Covered Person's Last Monthly Benefit.

If the survivor benefit is payable to the Covered Person's children, payment will be made in equal shares to the children, including step children and legally adopted children. However, if any of said children are minors or incapacitated, payment will be made on their behalf to the court appointed guardian of the children's property. This payment will be valid and effective against all claims by others representing or claiming to represent the children.

If there is no Eligible Survivor, the benefit is payable to the estate.

If an overpayment is due to Liberty at the time of a Covered Person's death, the benefit payable under this provision will be applied toward satisfying the overpayment.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Workplace Modification Benefit**

If a Covered Person is Disabled or Partially Disabled and receiving a benefit from Liberty, a benefit may be payable to the Sponsor as part of the Covered Person's benefit for modifications to the workplace to accommodate the Covered Person's return to work or to assist the Covered Person in remaining at work.

Liberty will reimburse the Sponsor for up to 100% of reasonable costs the Sponsor incurs for the modification, up to the greater of:

1. $1,000.00; or
2. the equivalent of 2 months of the Covered Person's Monthly Benefit.

To qualify for this benefit:

1. the Disability or Partial Disability must prevent the Covered Person from performing some or all of the Material and Substantial Duties of his occupation; and
2. any proposed modifications must be approved in writing and signed by the Covered Person, the Sponsor and Liberty; and
3. the Sponsor must agree to make the modifications to the workplace to reasonably accommodate the Covered Person's return to work or to assist the Covered Person in remaining at work.

The Sponsor's costs for the approved modifications will be reimbursed after:

1. the proposed modifications have been made; and
2. written proof of the expenses incurred by the Sponsor has been provided to Liberty; and
3. Liberty has received proof that the Covered Person has returned to and/or remains at work.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Other Income Benefits and Other Income Earnings**

**Other Income Benefits** means:

1. The amount for which the Covered Person is eligible under:

    a. Workers' or Workmen's Compensation Laws;
    b. Occupational Disease Law;
    c. Title 46, United States Code Section 688 (The Jones Act);
    d. any work loss provision in mandatory "No-Fault" auto insurance;
    e. Railroad Retirement Act;
    f. any governmental compulsory benefit act or law; or
    g. any other act or law of like intent.

2. The amount of any Disability benefits which the Covered Person is eligible to receive under:
    a. any other group insurance plan of the Sponsor;
    b. any governmental retirement system as a result of his employment with the Sponsor ; or
    c. any individual insurance plan where the premium is wholly or partially paid by the Sponsor. However, Liberty will only reduce the Monthly Benefit if the Covered Person's Monthly Benefit under this policy, plus any benefits that the Covered Person is eligible to receive under such individual insurance plan exceed 100% of the Covered Person's Basic Monthly Earnings. If this sum exceeds 100% of Basic Monthly Earnings, the Covered Person's Monthly Benefit under this policy will be reduced by such excess amount.

3. The amount of benefits the Covered Person receives under the Sponsor's Retirement Plan as follows:

    a. the amount of any Disability Benefits under a Retirement Plan, or Retirement Benefits under a Retirement Plan the Covered Person voluntarily elects to receive as retirement payment under the Sponsor's Retirement Plan; and
    b. the amount the Covered Person receives as retirement payments when he reaches the later of age 62, or normal retirement age as defined in the Sponsor's plan.

4. The amount of Disability and/or Retirement Benefits under the United States Social Security Act, the Canada Pension Plan, the Quebec Pension Plan, or any similar plan or act, which:

    a. the Covered Person receives or is eligible to receive; and
    b. his spouse, child or children receives or are eligible to receive because of his Disability; or
    c. his spouse, child or children receives or are eligible to receive because of his eligibility for retirement benefits.

5. Any amount the Covered Person receives from any unemployment benefits.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Other Income Benefits and Other Income Earnings** (Continued)

**Other Income Earnings** means:

1. the amount of earnings the Covered Person earns or receives from any form of employment including severance; and

2. any amount the Covered Person receives from any formal or informal sick leave or salary continuation plan(s).

Other Income Benefits, except retirement benefits, must be payable as a result of the same Disability for which Liberty pays a benefit. The sum of Other Income Benefits and Other Income Earnings will be deducted in accordance with the provisions of this policy.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Estimation of Benefits**

Liberty will reduce the Covered Person's Disability or Partial Disability benefits by the amount of Other Income Benefits that we estimate are payable to the Covered Person and his dependents.

The Covered Person's Disability benefit will not be reduced by the estimated amount of Other Income Benefits if the Covered Person:

1. provides satisfactory proof of application for Other Income Benefits;

2. signs a reimbursement agreement under which, in part, the Covered Person agrees to repay Liberty for any overpayment resulting from the award or receipt of Other Income Benefits;

3. if applicable, provides satisfactory proof that all appeals for Other Income Benefits have been made on a timely basis to the highest administrative level unless Liberty determines that further appeals are not likely to succeed; and

4. if applicable, submits satisfactory proof that Other Income Benefits have been denied at the highest administrative level unless Liberty determines that further appeals are not likely to succeed.

Liberty will not estimate or reduce for any benefits under the Sponsor's pension or retirement benefit plan according to applicable law, until the Covered Person actually receives them.

In the event that Liberty overestimates the amount payable to the Covered Person from any plans referred to in the Other Income Benefits and Other Income Earnings provision of this policy, Liberty will reimburse the Covered Person for such amount upon receipt of written proof of the amount of Other Income Benefits awarded (whether by compromise, settlement, award or judgement) or denied (after appeal through the highest administrative level).

**Social Security Assistance**

Liberty may help a Covered Person in applying for Social Security Disability Income Benefits. In order to be eligible for assistance the Covered Person must be receiving a Monthly Benefit from Liberty. Such assistance will be provided only if Liberty determines that assistance would be beneficial.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Lump Sum Payments**

Other Income Benefits from a compromise, settlement, award or judgement which are paid to the Covered Person in a lump sum and are meant to compensate the Covered Person for any one or more of the following:

1. loss of past or future wages;
2. impaired earnings capacity;
3. lessened ability to compete in the open labor market;
4. any degree of permanent impairment; and
5. any degree of loss of bodily function or capacity;

will be prorated on a monthly basis as follows:

1. over the period of time such benefits would have been paid if not in a lump sum; or

2. if such period of time cannot be determined, the lesser of:

    a. the remainder of the Maximum Benefit Period; or
    b. 5 years.

**Cost of Living Freeze**

After the first deduction for each of the Other Income Benefits, the Monthly Benefit will not be further reduced due to any cost of living increases payable under the Other Income Benefits and Other Income Earnings provision of this policy. This provision does not apply to increases received from any form of employment.

**Prorated Benefits**

For any period for which a Long Term Disability benefit is payable that does not extend through a full month, the benefit will be paid on a prorated basis. The rate will be 1/30th for each day for such period of Disability.

**Discontinuation of the Long Term Disability Benefit**

The Monthly Benefit will cease on the earliest of:

1. the date the Covered Person fails to provide Proof of continued Disability or Partial Disability and Regular Attendance of a Physician;

2. the date the Covered Person fails to cooperate in the administration of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Discontinuation of the Long Term Disability Benefit** (Continued)

The Monthly Benefit will cease on the earliest of: (Continued)

3. the date the Covered Person refuses to be examined or evaluated at reasonable intervals;

4. the date the Covered Person refuses to receive Appropriate Available Treatment;

5. the date the Covered Person refuses a job with the Sponsor where workplace modifications or accommodations were made to allow the Covered Person to perform the Material and Substantial Duties of the job;

6. the date the Covered Person is able to work in his Own Occupation on a part-time basis, but chooses not to;

7. the date the Covered Person's current Partial Disability earnings exceed 80.00% of his Indexed Basic Monthly Earnings;

   Because the Covered Person's current earnings may fluctuate, Liberty will average earnings over three consecutive months rather than immediately terminating his benefit once 80.00% of Indexed Basic Monthly Earnings has been exceeded.

8. the date the Covered Person is no longer Disabled according to this policy;

9. the end of the Maximum Benefit Period; or

10. the date the Covered Person dies.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Successive Periods of Disability**

With respect to this policy, **"Successive Periods of Disability"** means a Disability which is related or due to the same cause(s) as a prior Disability for which a Monthly Benefit was payable.

A Successive Period of Disability will be treated as part of the prior Disability if, after receiving Disability benefits under this policy, a Covered Person:

1. returns to his Own Occupation on an Active Employment basis for less than six continuous months; and

2. performs all the Material and Substantial Duties of his Own Occupation.

To qualify for a Successive Periods of Disability benefit, the Covered Person must experience more than a 20% loss of Basic Monthly Earnings.

Benefit payments will be subject to the terms of this policy for the prior Disability.

If a Covered Person returns to his Own Occupation on an Active Employment basis for six continuous months or more, the Successive Period of Disability will be treated as a new period of Disability. The Covered Person must complete another Elimination Period.

If a Covered Person becomes eligible for coverage under any other group long term disability coverage, this Successive Period of Disability provision will cease to apply to that Covered Person.

# SECTION 5 - EXCLUSIONS

## GENERAL EXCLUSIONS

This policy will not cover any Disability due to:

1. war, declared or undeclared, or any act of war;

2. intentionally self-inflicted injuries, while sane or insane;

3. active Participation in a Riot;

4. the committing of or attempting to commit a felony or misdemeanor;

5. cosmetic surgery unless such surgery is in connection with an Injury or Sickness sustained while the individual is a Covered Person; or

6. a gender change, including, but not limited to, any operation, drug therapy or any other procedure related to a gender change.

No benefit will be payable during any period of incarceration.

With respect to this provision, **Participation** shall include promoting, inciting, conspiring to promote or incite, aiding, abetting, and all forms of taking part in, but shall not include actions taken in defense of public or private property, or actions taken in defense of the Covered Person, if such actions of defense are not taken against persons seeking to maintain or restore law and order including, but not limited to police officers and fire fighters.

With respect to this provision, **Riot** shall include all forms of public violence, disorder or disturbance of the public peace, by three or more persons assembled together, whether or not acting with a common intent and whether or not damage to persons or property or unlawful act or acts is the intent or the consequence of such disorder.

# SECTION 5 - EXCLUSIONS
(Continued)

**LONG TERM DISABILITY COVERAGE**

**Pre-Existing Condition Exclusion**

This policy will not cover any Disability or Partial Disability:

1. which is caused or contributed to by, or results from, a Pre-Existing Condition; and
2. which begins in the first 12 months immediately after the Covered Person's effective date of coverage.

**"Pre-Existing Condition"** means a condition resulting from an Injury or Sickness for which the Covered Person is diagnosed or received Treatment within six months prior to the Covered Person's effective date of coverage.

# SECTION 6 - TERMINATION PROVISIONS

**Termination of a Covered Person's Insurance**

A Covered Person will cease to be insured on the earliest of the following dates:

1. the date this policy terminates, but without prejudice to any claim originating prior to the time of termination;

2. the date the Covered Person is no longer in an eligible class;

3. the date the Covered Person's class is no longer included for insurance;

4. the last day for which any required Employee contribution has been made;

5. the date employment terminates. Cessation of Active Employment will be deemed termination of employment, except the insurance will be continued for an Employee absent due to Disability during:

    a. the Elimination Period; and
    b. any period during which premium is being waived.

6. the date the Covered Person ceases active work due to a labor dispute, including any strike, work slowdown, or lockout.

Liberty reserves the right to review and terminate all classes insured under this policy if any class(es) cease(s) to be covered.

## SECTION 6 - TERMINATION PROVISIONS
(Continued)

**Policy Termination**

1. Termination of this policy under any conditions will not prejudice any claim which occurs while this policy is in force.

2. If the Sponsor fails to pay any premium within the grace period, this policy will terminate at 12:00 midnight Standard Time on the last day of the grace period. The Sponsor may terminate this policy by advance written notice delivered to Liberty at least 31 days prior to the termination date. This policy will not terminate during any period for which premium has been paid. The Sponsor will be liable to Liberty for all premiums due and unpaid for the full period for which this policy is in force.

3. Liberty may terminate this policy on any premium due date by giving written notice to the Sponsor at least 31 days in advance if:

    a. the number of Employees insured is fewer than 10; or

    b. less than 75.00% of all the Employees eligible for any contributory insurance are insured for it; or

    c. the Sponsor fails:

        i. to furnish promptly any information which Liberty may reasonably require; or
        ii. to perform any other obligations pertaining to this policy.

4. Liberty may terminate this policy or any coverage(s) afforded hereunder and for any class of covered Employees on any premium due date after it has been in force for 12 months. Liberty will provide written notice of such termination to the Sponsor at least 31 days before the termination is effective.

5. Termination may take effect on an earlier date if agreed to by the Sponsor and Liberty.

## SECTION 7 - GENERAL PROVISIONS

**Assignment**

No assignment of any present or future right or benefit under this policy will be allowed.

**Complete Contract - Policy Changes**

1. This policy is the entire contract. It consists of:

   a. all of the pages; and
   b. the attached signed Application of the Sponsor; and
   c. if contributory each Employee's signed application for insurance.

2. This policy may be changed in whole or in part. Only an officer of Liberty can approve a change. The approval must be in writing and endorsed on or attached to this policy.

3. No other person, including an agent, may change this policy or waive any part of it.

**Conformity with State Statutes**

Any provision of this policy which, on its effective date, is in conflict with the statutes of the governing jurisdiction of this policy is hereby amended to conform to the minimum requirements of such statute.

**Employee's Certificate**

Liberty will provide a Certificate to the Sponsor for delivery to Covered Persons. It will state:

1. the name of the insurance company and the policy number;
2. a description of the insurance provided;
3. the method used to determine the amount of benefits;
4. to whom benefits are payable;
5. limitations or reductions that may apply;
6. the circumstances under which insurance terminates; and
7. the rights of the Covered Person upon termination of this policy.

If the terms of a Certificate and this policy differ, this policy will govern.

**Examination**

Liberty, at its own expense, may have the right and opportunity to have a Covered Person, whose Injury or Sickness is the basis of a claim, examined or evaluated at reasonable intervals deemed necessary by Liberty. This right may be used as often as reasonably required.

## SECTION 7 - GENERAL PROVISIONS
(Continued)

**Furnishing of Information - Access to Records**

1. The Sponsor will furnish at regular intervals to Liberty:

   a. information relative to Employees:

      i. who qualify to become insured;
      ii. whose amounts of insurance change; and/or
      iii. whose insurance terminates.

   b. any other information about this policy that may be reasonably required.

   The Sponsor's records which, in the opinion of Liberty, have a bearing on the insurance will be opened for inspection at any reasonable time.

2. Clerical error or omission will not:

   a. deprive an Employee of insurance;
   b. affect an Employee's Amount of Insurance; or
   c. effect or continue an Employee's insurance which otherwise would not be in force.

**Interpretation of the Policy**

Liberty shall possess the authority to construe the terms of this policy and to determine benefit eligibility hereunder. Liberty's decisions regarding construction of the terms of this policy and benefit eligibility shall be conclusive and binding.

**Incontestability**

The validity of this policy shall not be contested, except for non-payment of premiums, after it has been in force for two years from the date of issue. The validity of this policy shall not be contested on the basis of a statement made relating to insurability by any person covered under this policy after such insurance has been in force for two years during such person's lifetime, and shall not be contested unless the statement is contained in a written instrument signed by the person making such statement.

**Legal Proceedings**

A claimant or the claimant's authorized representative cannot start any legal action:

1. until 60 days after Proof of claim has been given; or

2. more than three years after the time Proof of claim is required.

## SECTION 7 - GENERAL PROVISIONS
(Continued)

**Misstatement of Age**

If a Covered Person's age has been misstated, an equitable adjustment will be made in the premium. If the amount of the benefit is dependent upon an Employee's age, the amount of the benefit will be the amount an Employee would have been entitled to if his correct age were known.

A refund of premium will not be made for a period more than 12 months before the date Liberty is advised of the error.

**Notice and Proof of Claim**

1. **Notice**

    a. Notice of claim must be given to Liberty within 30 days of the date of the loss on which the claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.

    b. When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Liberty written Proof of claim without waiting for the forms.

2. **Proof**

    a. Satisfactory Proof of loss must be given to Liberty no later than 30 days after the end of the Elimination Period.

    b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.

    c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.

Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory.

**Payment of Claims**

The benefit is payable to the Covered Person. But, if a benefit is payable to a Covered Person's estate, a Covered Person who is a minor, or who is not competent, Liberty has the right to pay up to $2,000 to any of the Covered Person's relatives or any other person whom Liberty considers entitled thereto by reason of having incurred expense for the maintenance, medical attendance or burial of the Covered Person. If Liberty in good faith pays the benefit in such a manner, any such payment shall fulfill Liberty's responsibility for the amount paid.

## SECTION 7 - GENERAL PROVISIONS
(Continued)

**Right of Recovery**

Liberty has the right to recover any overpayment of benefits caused by, but not limited to, the following:

1. fraud;
2. any error made by Liberty in processing a claim; or
3. the Covered Person's receipt of any Other Income Benefits.

Liberty may recover an overpayment by, but not limited to, the following:

1. requesting a lump sum payment of the overpaid amount;
2. reducing any benefits payable under this policy;
3. taking any appropriate collection activity available including any legal action needed; and
4. placing a lien, if not prohibited by law, in the amount of the overpayment on the proceeds of any Other Income Benefits, whether on a periodic or lump sum basis.

It is required that full reimbursement be made to Liberty.

**Statements**

In the absence of fraud, all statements made in any application are considered representations and not warranties (absolute guarantees). No representation by:

1. the Sponsor in applying for this policy will make it void unless the representation is contained in the signed Application; or

2. any Employee in enrolling for insurance under this policy will be used to reduce or deny a claim unless a copy of the Enrollment Form, signed by the Employee if required, is or has been given to the Employee.

**Subrogation and Reimbursement**

When a Covered Person's Injury or Sickness appears to be someone else's fault, benefits otherwise payable under this policy for loss of time as a result of that Injury or Sickness will not be paid unless the Covered Person or his legal representative agree(s):

1. to repay Liberty for such benefits to the extent they are for losses for which compensation is paid to the Covered Person by or on behalf of the person at fault;

2. to allow Liberty a lien on such compensation and to hold such compensation in trust for Liberty; and

3. to execute and give to Liberty any instruments needed to secure the rights under 1. and 2. above.

Further, when Liberty has paid benefits to or on behalf of the injured Covered Person, Liberty will be subrogated to all rights of recovery that the Covered Person has against the person at fault. These subrogation rights will extend only to recovery of the amount Liberty has paid. The Covered Person must execute and deliver any instruments needed and do whatever else is necessary to secure those rights to Liberty.

## SECTION 7 - GENERAL PROVISIONS
(Continued)

**Workers' Compensation**

This policy and the coverages provided are not in lieu of, nor will they affect any requirements for coverage under any Workers' Compensation Law or other similar law.

# SECTION 8 - PREMIUMS

**Premium Rates**

Liberty has set the premiums that apply to the coverage(s) provided under this policy. Those premiums are shown in a notice given to the Sponsor with or prior to delivery of this policy.

A change in the initial premium rate(s) will not take effect within the first 36 months except that Liberty may change premium rates at any time for reasons which affect the risk assumed, including those reasons shown below:

1. a change occurs in the policy design;

2. a division, subsidiary or Associated Company is added to or deleted from this policy;

3. when the number of Covered Persons changes by 15.00% or more from the number insured on this policy's effective date; or

4. a change in existing law which affects this policy.

No premium may be changed unless Liberty notifies the Sponsor at least 31 days in advance. Premium changes may take effect on an earlier date when both Liberty and the Sponsor agree.

**Payment of Premiums**

1. All premiums due under this policy, including adjustments, if any, are payable by the Sponsor on or before their due dates at Liberty's Administrative Office, or to Liberty's agent. The due dates are specified on the first page of this policy.

2. All payments made to or by Liberty shall be in United States dollars.

3. If premiums are payable on a monthly basis, premiums for additional or increased insurance becoming effective during a policy month will be charged from the next premium due date.

4. The premium charge for insurance terminated during a policy month will cease at the end of the policy month in which such insurance terminates. This manner of charging premium is for accounting purposes only. It will not extend insurance coverage beyond a date it would have otherwise terminated as shown in the "Termination of a Covered Person's Insurance" provision of this policy.

5. If premiums are payable on other than a monthly basis, premiums for additional, increased, reduced or terminated insurance will cause a prorated adjustment on the next premium due date.

6. Except for fraud and premium adjustments, refunds of premiums or charges will be made only for:

    1. the current policy year; and

    2. the immediately preceding policy year.

## SECTION 8 - PREMIUMS
(Continued)

**Grace Period**

This is the 45 days following a premium due date, other than the first, during which premium payment may be made. During the grace period this policy shall continue in force, unless the Sponsor has given Liberty written notice 31 days in advance of discontinuance of this policy.

**Waiver of Premium**

Premium payments for a Covered Person are waived during any period for which benefits are payable. If coverage is to be continued, premium payments must be resumed following a period during which they were waived.

# AMENDMENT NO. 1

It is agreed the following changes are hereby made to this policy: GF3-890-435421-01

| Changes | Additions | Deletions |
|---|---|---|
| Revised the class 1 eligibility description in Section 1 to include part-time employees, re-formatted the Schedule of Benefits and separated the forms in Section 2 | Form ADOP-SCH-1 R (1)<br>Form ADOP-SCH-3 R (1)<br>Form ADOP-SCH-4 R (1)<br>Form ADOP-DEF-1 R (1)<br>Form ADOP-DEF-2 R (1) | Form ADOP-SCH-1<br>Form ADOP-SCH-2<br>Form ADOP-DEF-1<br>Form ADOP-DEF-2 |
| Removed wording from Section 3 that does not apply due to the allowance of late enrollment | Form ADOP-ELG-4 R (1) | Form ADOP-ELG-4 |

The effective date of this change is July 1, 2011.

The changes will only apply to Disabilities or Partial Disabilities which start on or after the effective date of this change.

This policy's terms and provisions will apply other than as stated in this amendment.

Dated this 22nd day of June, 2011.

Issued to and Accepted by:

OGE Energy Corp.
**Sponsor**

By ________________________________________
**Signature and Title of Officer**

**Liberty Life Assurance Company of Boston**

# AMENDMENT NO. 2

It is agreed the following changes are hereby made to this policy: GF3-890-435421-01

| Changes | Additions | Deletions |
|---|---|---|
| Corrected the Annual Enrollment Evidence of Insurability requirement in Section 3. | Form ADOP-ELG-4 R (2) | Form ADOP-ELG-4 R (1) |

The effective date of this change is January 1, 2005.

The changes will only apply to Disabilities or Partial Disabilities which start on or after the effective date of this change.

This policy's terms and provisions will apply other than as stated in this amendment.

Dated this 30th day of March, 2012.

Issued to and Accepted by:

OGE Energy Corp.
**Sponsor**

By ______________________________
**Signature and Title of Officer**

**Liberty Life Assurance Company of Boston**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

REX CHRONISTER
CFF LAW
309 N. 7TH STREET
PO BOX 66
FORT SMITH AR 72902

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

September 22, 2020

Rex W. Chronister
Cff Law
309 N. 7TH STREET
PO BOX 66
FORT SMITH, AR 72902

RE: Long Term Disability (LTD) Benefits
OGE Energy Corp.
Claim #: 8205360
Claimant: Wesley Kenney

Dear Rex Chronister:

We reviewed your appeal request for Long Term Disability ("LTD") benefits on behalf of Wesley Kenney and maintained the decision to deny benefits beyond January 16, 2020.

**<u>Initial Claim Decision</u>**

Ms. Kenney submitted a claim for his absence from work as of March 16, 2018, as a result of dizziness and balance issues due to CP Angle tumor. LTD benefits were approved from September 12, 2018 through January 16, 2020. Benefits beyond January 16, 2020 were denied as the evaluation concluded Mr. Kenney was no longer disabled as defined by the Policy.

The basis for the decision was outlined in a letter dated January 18, 2020. Mr. Kenney was provided an opportunity to request an appeal review of the denial, stating the reasons why he felt that his claim should not have been denied, and submit additional information to support his claim. Specifically, he was advised to submit the following information: *"All office visit notes, test results, lab results, prescription histories, hospital records, discharge summaries, x-ray reports, consulting physician reports, pharmacy records, physical and occupational therapy notes, MRI results, CT scan results, mental health status evaluations, and treatment plans, and specific restrictions and limitations from March 2018 to the present from any and all other treating providers you have treated with for your medical condition. You should also provide any additional information that you feel will support your claim."*

**<u>Appeal</u>**

We received your letter of appeal dated May 20, 2020 on behalf of Mr. Kenney. In support of Mr. Kenney's claim, the following additional information was submitted:

- *Residual Functional Capacity Form completed by Dr. Tonya Phillips*

This appeal review and analysis considered all the medical and claim documentation contained in your Long Term Disability administrative record, whether or not specifically referenced in this document.

Appeal Evaluation

During the claim evaluation of ongoing benefits, Mr. Kenney's claim was reviewed by Dr. Jennifer A. King, an independent physician who is board certified in Family Medicine. Following a complete review of Mr. Kenney's file, Dr. King concluded the available medical evidence supports restrictions and limitations of no climbing except stairs or working from heights or other activity that would increase risk of falls or imbalance related to Mr. Kenney's claimant's chronic use of anti-coagulants for paroxysmal atrial fibrillation and dizziness. Further, Dr. King stated,

> *Per medical records, claimant has paroxysmal atrial fibrillation requiring long term use of an anticoagulant, dizziness, brain tumor and right hemifacial muscle spasm. Per office visit note on 3/7/2019 with Dr. Adjei, cardiologist, claimant's atrial fibrillation was stable on medication but still required daily anti-coagulant. Claimant's dizziness was reported as none occurring recently, and physical exam was normal except for facial asymmetry. Per claimant's office visit with Tonya Phillips, 6/6/2019, in the review of systems there are no reports of balance issues, falls, or dizziness and claimant was treated with Botox for his facial asymmetry and was to follow up in 3 months.*
>
> *Per medical records, claimant's daily use of anti-coagulant therapy would result in restrictions and limitations of no climbing except stairs or working from heights or other activity that would risk falls or imbalance due to risk of bleeding if an injury were to occur. Claimant could supervise this type of work but should be very careful lifting or using heavy equipment.*

Mr. Kenney's file was also reviewed by a Vocational Case Manager, who completed an Occupational Analysis in order to compare his job, Foreman A Transmission to the occupation in the National Economy, per the DOT of Maintenance-Mechanic Supervisor and Maintenance Superintendent as it is normally performed in the national economy. The analysis showed Mr. Kenney's occupation is most often performed at the light and medium levels of physical demand based on the Department of Labor descriptions found in the DOT, with opportunities at both levels.

The Department of Labor defines Light work as,

***"L-Light Work*** *- Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be*

*and is physically demanding of a worker even though the amount of force exerted is negligible."*

*Positional requirements in light environments include:*

***Frequent*** *sitting, standing, walking, reaching, handling and fingering*
***Occasional*** *bending/stooping and twisting*
***No*** *crawling, crouching/squatting, climbing, balancing or kneeling*

Following these reviews, the disability case manager determined Mr. Kenney was no longer Disabled as defined by the Policy and that no further benefits were payable beyond January 16, 2020.

During the review of Mr. Kenney's appeal, his claim was reviewed by Dr. Mark A. Sims, an independent physician Board Certified in Cardiovascular Disease and Internal Medicine. Dr. Sims attempted to contact Mr. Kenney's primary care provider, Dr. Westbrook and cardiologist, Dr. Adjei to discuss his case. Dr. Westbrook's office advised that Dr. Westbrook does not engage in disability assessments. Telephone contact with Dr. Adjei was not successful.

Following a complete review of Mr. Kenney's file, Dr. Sims concluded the available medical evidence supports diagnoses of paroxysmal atrial fibrillation, hypertension, and bradycardia. However, Dr. Sims opined no restrictions other than no work at unprotected heights due to treatment with Xarelto
are warranted. Further Dr. Sims stated,

> *This review is from a Cardiovascular Disease perspective. The claimant is a 46-year-old male who has reported date of disability of 3/16/18. The claimant has a diagnosis of neoplasm of unspecified behavior of brain. The period in review is from 01/17/20 to the present.*
>
> *The claimant does experience paroxysmal atrial fibrillation however the records provided for review are limited and do not address the issues of structural heart disease, recent recurrence of arrhythmia, other cardiovascular comorbidities such as coronary artery disease or LV dysfunction and do not provide a test based assessment of functional capacity such as stress testing or Cardiopulmonary stress testing.*
>
> *Due to a lack of data the claimant's cardiovascular-based functional capacity is not addressed by the limited records provided for review therefore cardiovascular based impairment is not supported. If additional data should become available that would alter/impact this assessment it should be considered.*
>
> *Medical information not in the file that if it became available, could be helpful are:*
>
> *1. Event monitoring*
> *2. Echocardiography*
> *3. Stress Testing*
> *4. NT ProBNP determinations*
>
> *Based on review of the totality of provided medical records.*

During the review of Mr. Kenney's appeal, his claim was also reviewed by Dr. Norman Burns, an independent physician Board Certified in Neurology. Dr. Burns attempted to contact Mr. Kenney's neurologist, Dr. Tonya Phillips, however, telephone contact was not successful.

Based on his review of the medical records, Dr. Burns indicated diagnoses include CP angle mass, vertigo, and hemifacial spasm. However, there was no documentation to support a neurologic diagnosis or impairment leading to restrictions or limitations from January 17, 2020 to present. Further Dr. Burns stated,

> *This review is from a Neurological perspective. The claimant is a 46 year old male who has a listed diagnosis of "neoplasm of unspecified behavior of brain." This review is to determine if the claimant was functionally impaired from 01/17/2020 to present. The claimant's date of disability was noted to be 03/16/2018.*
>
> *The claimant has a long history of right hemifacial spasm well controlled with serial Botox injections. The claimant has known right CP angle benign lipoma that is stable over an 8 year period. The claimant developed dizziness and vertigo.*
>
> *MRI noted a stable CP angle tumor with no change in 8 years. Neurosurgical evaluation did not warrant any surgical intervention. Botox treatments have continued.*
>
> *The medical documentation does not support any medical condition alone, or in combination, that would preclude the claimant from sustained occupational functioning on a full-time basis from 01/17/2020 to present*
>
> *The medical records do not support any neurologic diagnosis or impairment for the timeframe of 01/17/2020 to present. There were no medical records provided since June of 2019 (seen for Botox injections).*
>
> *Updated medical records from 01/17/2020 to present that document a neurological diagnosis and examination/evaluation findings would be helpful.*

Since telephone contact with Dr. Phillips was not successful, Dr. Burns faxed a question letter to Dr. Burns on July 02, 2020. A response was received via fax from Dr. Phillips on July 09, 2020 indicating that she has followed Mr. Kenney for several years for right hemifacial spasm. She indicated he has also had progressive difficulty with dizziness to the point that it affects his balance, his ability to drive, and his ability to work. Dr. Phillips stated that Mr. Kenney has difficulty climbing at any height as well as working on a computer for prolonged periods of time due to visual symptoms and vertigo. She noted he has a very large 2.2 cm right CP angle tumor which at this time is not felt to be resectable and is being monitored. He has been evaluated by neurosurgery. At this time she stated he is being treated symptomatically with Botox injection for his hemifacial spam which have been effective. Dr. Phillips indicated he has been given various medications for the dizziness none which have been very effective and cause more side effects. She stated his last visit was June 17, 2020 and he is followed every three months.

On July 07, 2020, we sent you a letter which included a copy of the clinical reviews performed in connection with Mr. Kenney's request for appeal. You were given an opportunity to review and

respond with any additional information that you would like considered before a final determination was made on the appeal. A deadline for response was given of July 28, 2020.

We received a letter from your office dated July 21, 2020 in response to the clinical reviews completed in connection with Mr. Kenney's request for appeal. In your letter you indicated that the medical reviews allege to be for the period of January 17, 2020 through June 20, 2020, however, medical records which occurred during that timeframe were not considered. You stated there is no reference to the consideration of the Residual Functional Capacity Evaluation by Dr. Phillips dated April 01, 2020. You also indicated that requests were made to Dr. Abdul-Nasser Adjei, however, Mr. Kenney changed cardiology physicians to Dr. Sastry V. Trayaga.

We also received a voice message from you on July 20, 2020. During a telephone conversation on July 21, 2020, you reported that you would require additional time and were in the process of obtaining additional medical information from Mr. Kenney's treating providers. At that time, we granted an extension and requested that any additional documentation you wished to have considered for Mr. Kenney's appeal be submitted no later than August 18, 2020.

On August 20, 2020, we contacted your office by phone to inquire as to whether you were still in the process of obtaining additional documentation to be considered for Mr. Kenney's appeal. A message was left with Brooklyn at that time. To date, we have not received a return call or any additional documentation from your office.

Mr. Kenney's file was referred for an addendum review by independent neurology physician, Dr. Norman Burns. Dr. Burns indicated there was no change to his prior assessment. The clinical review concluded the medical records do not support a neurologic impairment warranting restrictions or limitations for the time of January 17, 2020 and continuing. Mr. Kenney has a diagnosis of hemifacial spasms, which is specifically documented as "effective." Dr. Burns indicated there is no documentation of how the neurologic diagnosis leads to any physical or functional impairment. In addition, Mr. Kenney has a diagnosis of a CP angle tumor. This has been stable for 8 years with no surgical intervention needed. Dr. Burns indicated there is no documentation supporting an impairment from the neurologic diagnosis or how it would prevent the Mr. Kenney from performing his occupation.

The additional information received with Ms. Kenney's appeal has been considered. However, there were no new diagnostic test results, office treatment notes, treatment plans, or evaluations included to change the prior assessment.

Determinations made by Lincoln Financial Group are based on the provisions outlined in the OGE Energy Corp. LTD Policy. These provisions are not contingent on decisions made by either the Social Security Administration or other disability-determining entities. Therefore, an award of Social Security Disability Benefits is not determinative of entitlement to benefits under the specific terms and conditions of the Group Disability Income Policy.

**<u>Conclusion</u>**

We conducted a thorough and independent review of Mr. Kenney's entire claim. In summary, we acknowledge that he may have continued to experience some symptoms associated with his condition beyond January 16, 2020. However, the information does not contain exam findings,

diagnostic test results or other forms of medical documentation supporting his impairments and symptoms remained of such severity, frequency and duration that they resulted in restrictions or limitations rendering him unable to perform the duties of his occupation after that date.

Having carefully considered all of the information submitted in support of Mr. Kenney's claim, our position remains that proof of his continued disability in accordance with the Policy provisions after January 16, 2020 has not been provided. Therefore, no further benefits are payable.

This claim decision reflects an evaluation of the claim facts and Policy provisions.

**Policy Provisions**

In order to continue receiving benefits, you must satisfy the requirements of all Policy provisions that state, in part:

***Disability Benefit***

*When Liberty receives Proof that a Covered Person is Disabled due to Injury or Sickness and requires the Regular Attendance of a Physician, Liberty will pay the Covered Person a Monthly Benefit after the end of the Elimination Period, subject to any other provisions of this policy. The benefit will be paid for the period of Disability if the Covered Person gives to Liberty Proof of continued:*

*1. Disability;*
*2. Regular Attendance of a Physician; and*
*3. Appropriate Available Treatment.*

*The Proof must be given upon Liberty's request and at the Covered Person's expense. In determining*
*whether the Covered Person is Disabled, Liberty will not consider employment factors including, but*
*not limited to, interpersonal conflict in the workplace, recession, job obsolescence, paycuts, job sharing and loss of a professional or occupational license or certification.*

*For purposes of determining Disability, the Injury must occur and Disability must begin while the Employee is insured for this coverage.*

***"Disability"*** *or* ***"Disabled"*** *means:*

*Applicable to Class 1:*

*b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit,* ***"Disability"*** *or* ***"Disabled"*** *means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

***"Material and Substantial Duties"*** *means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*

***"Own Occupation"*** *means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.*

***" "Proof"*** *means the evidence in support of a claim for benefits and includes, but is not limited to, the following:*

*1. a claim form completed and signed (or otherwise formally submitted) by the Covered Person claiming benefits;*
*2. an attending Physician's statement completed and signed (or otherwise formally submitted) by the Covered Person's attending Physician; and*
*3. the provision by the attending Physician of standard diagnosis, chart notes, lab findings, test results, x-rays and/or other forms of objective medical evidence in support of a claim for benefits.*

*Proof must be submitted in a form or format satisfactory to Liberty.*

***Discontinuation of the Long Term Disability Benefit***

*The Monthly Benefit will cease on the earliest of:*

*1. the date the Covered Person fails to provide Proof of continued Disability or Partial Disability and Regular Attendance of a Physician;*
*2. the date the Covered Person fails to cooperate in the administration of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.*
*3. the date the Covered Person refuses to be examined or evaluated at reasonable intervals;*
*4. the date the Covered Person refuses to receive Appropriate Available Treatment;*
*5. the date the Covered Person refuses a job with the Sponsor where workplace modifications or accommodations were made to allow the Covered Person to perform the Material and Substantial Duties of the job;*
*6. the date the Covered Person is able to work in his Own Occupation on a part-time basis, but chooses not to;*
*7. the date the Covered Person's current Partial Disability earnings exceed 80.00% of his Indexed Basic Monthly Earnings;*
*Because the Covered Person's current earnings may fluctuate, Liberty will average earnings over three consecutive months rather than immediately terminating his benefit once 80.00% of Indexed Basic Monthly Earnings has been exceeded.*
*8. the date the Covered Person is no longer Disabled according to this policy;*
*9. the end of the Maximum Benefit Period; or*
*10. the date the Covered Person dies.*

Under the Employee Retirement Income Security Act (ERISA) appeal guidelines, you were entitled to appeal the decision made by Lincoln Financial Group, and to submit any additional information you wished to be considered as part of the appeal. Lincoln Financial Group has conducted a full and fair review of your appeal and accompanying materials, and has concluded that the denial of benefits will be maintained.

At this time, your administrative right to review has been exhausted; no further review will be conducted by Lincoln Financial Group and your claim will remain closed. You may request to receive, free of charge, copies of all documents relevant to your claim. You have the right to bring a civil action under section 502(a) of ERISA following an adverse benefit determination on review.

The OGE Energy Corp. Group Disability Income Policy contains the below provision:

***Legal Proceedings***

*A claimant or the claimant's authorized representative cannot start any legal action:*

*1. until 60 days after Proof of claim has been given; or*
*2. more than three years after the time Proof of claim is required.*

If your plan is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency. In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under applicable law. Your employer's plan has a contractual limitations period of three years, which means that a lawsuit must be brought within three years after the date written proof of claim or proof of continued disability was required. The date on which the contractual limitations period expires for this claim is October 21, 2023.

This information is provided for purposes of this claim only, as the time proof of claim is required may differ based on claim specifics and applicable policy language.

Nothing in this letter should be construed as a waiver of any Lincoln Financial Group rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

Decisions made by Lincoln Financial Group are based on the provisions outlined in the OGE Energy Corp. LTD Policy. These provisions are not contingent on decisions made by either the Social Security Administration or other disability-determining entities. No internal rules, guidelines, protocols, standard or other similar criteria were relied upon in rendering the claim determination.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį́į' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́įł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya Valliere
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 422-7909

**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 8205360 Claim Last Updated 09/21/2020 Printed On 4/5/2023

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | WESLEY F KENNEY | SSN | XXX-XX-0034 | Birth Date | 09/04/1973 |
| Address | 518 COUNTY RD 2731 | Salary Amount $ | 7642.27 | Mode | M |
| | | Date of Hire | 11/20/2000 | | |
| | | Last Work Date | 03/15/2018 | | |
| | LONDON, AR 72846-0000 | Federal Tax | Employee Option | State Tax | No |
| Phone | (479) 209-1114 | Phys Demands | Light | | |

JobDesc FOREMAN A TRANSMISSION

| | | | | | | |
|---|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Not TD Own Occ | Received Date | 06/22/2018 | |
| Disability Date | 03/16/2018 | Close Date | 01/17/2020 | Reopen Date | | |
| Sick Days Left | | Max Ben Date | 09/03/2038 | RTW FT / PT | | |
| Ben Begin Date | 09/12/2018 | Apprv Thru Date | 01/16/2020 | Gross Ben $ | | |

Diagnosis 1 Code/Desc D49.6 Neoplasm of unspecified behavior of brain

Diagnosis 2 Code/Desc R42 Dizziness and giddiness

Policyholder Information

Customer ID 09 - 435421 OGE ENERGY CORP.

Subsidiary 0000

Location 00000000 OGE ENERGY CORP.

Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2005

Class 01 ALL ACTIVE FULL-TIME AND PART TIME EMPLOYEES EXCEPT EXECUTIVES ELECT

Waiting Period: New/Mode-Current/Mode 0 | | 0 | | Days in WRKWK

Elimination Period: Days/Type 180 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 6 Month SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP+ Survivor Ben Months/Wait Period 3 180

Non-Verifiable Symptoms Limit 24 Own Occupation Definition Limit 24 M/N Limit 24

Benefit % Max Benefit $ Min Benefit $ Employer Contr % 45.00 Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 01 | 12/01/2000 |

Additional Information:

**Note Report**

Report | Clear | Print | Help

AS Accom | AS Event | Add Note | Appeal | Claim | Coord Claim Note | Correspond | Doc List | Employee | Leave | Life Claim | Lve Addtl Info | Lve Correspondence | Lve Program | Lve Work Sched | Medical | Medical History | Note | SPELL Letters | Scheduled Pmt | Task Print | Task Rpt | Tasks

Claim

* **Claim/Event/Leave Number** 8205360 **Accommodation Number**

**Note type:**

Primary Sort Order: Note Type / Note Number / ● Note Date/Time / Accm. No.

Sec ●

**04/04/2023 11:25 AM - CLAIM Note 81**
Claim/Event/Leave: 8205360
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [04/04/2023 - MAINELLI, DEBRA]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**02/08/2022 10:56 AM - PHONE Note 25**
Claim/Event/Leave: 8205360
NoteSubject : Other Called
Other Subject :
Text: [02/08/2022 - VALLIERE, TAWNYA]RECEIVED FOLLOW UP CALL FROM ATTORNEY REX CHRONISTER. HE INDICATED HE RECEIVED THE LETTER VIA FAX WHICH WAS SENT THE OTHER DAY, HOWEVER, WANTED TO ADVISE MR. KENNEY HAS BEEN AWARDED SSDI BENEFITS RETROACTIVELY TO 2018AND SEE IF THERE IS AN OPTION FOR MEDIATION RATHER THAN FILING SUIT. ARC ADVISED ATTY THAT WE CANNOT ALTER THE APPEAL DECISION AT THIS TIME AND NEXT STEP WOULD BE TO PURSUE LEGAL PROCEEDINGS AT PER APPEAL DECISION LETTER. ATTY STATED 'OK, WE'LL DOTHIS THE HARD WAY', CALL ENDED.

**02/02/2022 3:22 PM - PHONE Note 24**
Claim/Event/Leave: 8205360
NoteSubject : Called Other
Other Subject : ATTORNEY
Text: [02/02/2022 - VALLIERE, TAWNYA]ATTEMPTED TO PLACE RETURN CALL TO ATTORNEY REX CRONISTER AT 479-783-4060. RECEIVED A GENERAL VOICEMAIL GREETING. LEFT A V/M ADVISING I WAS RETURNING HIS CALL. ADVISED WE ARE NOT ABLE TO REOPEN CLAIM OR RE-EVALUATE ASTHE APPEAL DECISION WAS FINALIZED IN 09/2020 AND NO FURTHER REVIEW WILL BE COMPLETED AT THIS TIME. ADVISED NEXT STEP SHOULD HE CHOOSE TO DISPUTE THE DECISION FURTHER WOULD BE TO FILE SUIT. INVITED RETURN CALL WITH ANY FURTHER QUESTIONS.

**02/02/2022 3:17 PM - PHONE Note 23**
Claim/Event/Leave: 8205360
NoteSubject : Other Called
Other Subject : ATTY R. CRONISTER
Text: [02/02/2022 - VALLIERE, TAWNYA]RETRIEVED VOICE MESSAGE LEFT BY ATTORNEY REX CRONISTER AT 5:07 PM ON 2/1/22 REQUESTING A RETURN CALL TO 479-783-4060 TO DISCUSS WHETHER WE CAN REOPEN THE DISCUSSION REGARDING THIS CLAIM PRIOR TO HIM FILING SUIT AS CLMTHAS NOW BEEN AWARDED SOCIAL SECURITY BENEFITS AND THEY HAVE FURTHER SUPPORTING DOCUMENTATION.

**09/21/2020 4:01 PM - CLAIM Note 80**
Claim/Event/Leave: 8205360
NoteSubject : Appeal
Other Subject : OUT
Text: [09/21/2020 - VALLIERE, TAWNYA]MAINTAIN DENIAL BEYOND 1/16/2020. THE REVIEW OF THE FILE AND THE INFORMATION RECEIVED ON APPEAL DOES NOT ALTER THE PREVIOUS CLAIM DETERMINATION. NOTIFIED ATTY.

**09/21/2020 2:53 PM - CLAIM Note 79**
Claim/Event/Leave: 8205360
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [09/21/2020 - VALLIERE, TAWNYA]ISSUED VENDOR PAYMENT IN THE AMT OF $157.50 PAYABLE TO RRS FOR NEUROLOGY PEER ADDENDUM, INVOICE # 54114-1 DATED: 9/16/2020

**09/09/2020 11:50 AM - CLAIM Note 78**
Claim/Event/Leave: 8205360

NoteSubject : Appeal
Other Subject : STATUS
Text: [09/09/2020 - VALLIERE, TAWNYA]AWAITING NEUROLOGY PEER ADDENDUM

**08/20/2020 2:31 PM - PHONE Note 22**
Claim/Event/Leave: 8205360
NoteSubject : Called Other
Other Subject : RTR FOLLOW UP
Text: [08/20/2020 - VALLIERE, TAWNYA]T/C TO ATTY REX CHRONISTER'S OFFICE TO FOLLOW UP AS TO WHETHER THEY ARE STILL IN THE PROCESS OF OBTAINING ADDT'L MEDICAL DOCUMENTATION FOR THE CLAIM. S/W BROOKLYN AND WAS PLACED ON HOLD FOR APPROX. 5 MINUTES. SHE CAMEBACK ON THE LINE AND ADVISED THAT NEITHER REX OR MINDY ARE AVAILABLE. EXPLAINED TO HER THE PURPOSE OF THE CALL AND SHE AGREED TO HAVE MINDY CALL ME BACK TO CONFIRM WHETHER THEY ARE STILL OBTAINING ADDT'L MED INFO AND WHETHER ADDT'L TIME IS REQUIRED.

**07/23/2020 8:23 AM - CLAIM Note 77**
Claim/Event/Leave: 8205360
NoteSubject : Social Security
Other Subject : ALJ DENIED
Text: [07/23/2020 - VALLIERE, TAWNYA]REC'D NOTICE FROM THE ADVOCATOR GROUP THAT THE CLAIM WAS DENIED BY AN ALJ JUDGE ON 6/24/20. CLMT HAS CHOSEN NOT TO APPEAL THIS DECISION OR START A NEW INITIAL CLAIM FOR SSDI. FILE HAS BEEN CLOSED IN THEIR OFFICE.

**07/23/2020 8:22 AM - CLAIM Note 76**
Claim/Event/Leave: 8205360
NoteSubject : Other
Other Subject : LETTER FROM ATTY
Text: [07/23/2020 - VALLIERE, TAWNYA]REC'D LETTER FROM ATTORNEY REX CHRONISTER DATED 7/21/20 IN RESPONSE TO CLINICAL REVIEW

**07/21/2020 11:13 AM - PHONE Note 21**
Claim/Event/Leave: 8205360
NoteSubject : Called Other
Other Subject : ATTY R. CHRONISTER
Text: [07/21/2020 - VALLIERE, TAWNYA]T/C TO ATTORNEY REX CHRONISTER IN RESPONSE TO V/M LEFT AT 4:51 PM ON 7/20/20 REQUESTING ADDT'L TIME TO PROVIDE INFORMATION IN RESPONSE TO CLINICAL REVIEWS. HE INDICATED HE HAS BEEN IN AND OUT OF THE OFFICE DUE TO A KNEE REPLACEMENT SURGERY AND HE IS HAVING THE OTHER KNEE REPLACED ON 7/22/20. HE IN THE PROCESS OF OBTAINING ADDT'L MEDICAL RECORDS FOR THE CLAIM.**S/W ATTY R. CHRONISTER AND ACKNOWLEDGED HIS REQUEST FOR AN EXTENSION OF TIME TO PROVIDE FURTHER EVIDENCE.ADVISED WE CAN PROVIDE AN EXTENSION OF TIME. INQUIRED AS TO WHETHER AN ADDT'L 21 DAY PERIOD FROM THE PRIOR DUE DATE WOULD BE SUFFICIENT; THAT WOULD BRING US TO 8/18/20. HE STATED HE FELT THAT WOULD BE SUFFICIENT. HE IS PLANNING TO SEND A LETTERTO THIS OFFICE TODAY ABOUT THE REQUEST FOR AN EXTENSION AND EXPLAINING THAT HE HAS REQUESTED RECORDS FROM THE CLMT'S NEW CARDIOLOGIST AND ALSO FROM DR. PHILLIPS AS WELL. ADVISED UPON RECEIPT OF HIS LETTER, I WILL PROVIDE WRITTEN CONFIRMATION OF THEEXTENSION TO 8/18/20. ASKED THAT HE NOTIFY THIS OFFICE IF ADDT'L TIME IS REQUIRED AND WISHED HIM WELL WITH HIS UPCOMING SURGERY.

**07/15/2020 9:14 AM - CLAIM Note 75**
Claim/Event/Leave: 8205360
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [07/15/2020 - YEREMIAN, KEVORK]INVOICE RECEIVED ON 07/02/2020 AND DATED 06/30/2020 FROM EXAMWORKS INC. INV# 51670-1, IN THE AMOUNT OF $787.50 FOR PEER REVIEW PERFORMED BY MARK A SIMS WITH A SPECIALTY OF CARDIOVASCULAR DISEASE. PAID INVOICE IN FULL

**07/14/2020 8:10 AM - CLAIM Note 74**
Claim/Event/Leave: 8205360
NoteSubject : Med Records Rcvd
Other Subject : DR. TONYA PHILLIPS
Text: [07/14/2020 - VALLIERE, TAWNYA]REC'D LETTER DATED 7/9/2020 FROM DR. TONYA PHILLIPS (BAPTIST HEALTH NEUROLOGY CLINIC) IN RESPONSE TO QUESTION LETTER SENT BY PEER ON 7/2/2020

**07/09/2020 10:22 AM - CLAIM Note 73**
Claim/Event/Leave: 8205360
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [07/09/2020 - MITCHELL, CATHERINE]INVOICE DATED 7/2/2020 FROM RRS INV #51671-1 IN THE AMT OF $682.50 FOR NEUROLOGY PEER REVIEW INVOICE PAID IN FULL.

**07/07/2020 11:20 AM - CLAIM Note 72**
Claim/Event/Leave: 8205360
NoteSubject : Appeal
Other Subject : STATUS
Text: [07/07/2020 - VALLIERE, TAWNYA]COPY OF NEUROLOGY AND CARDIOLOGY PEER REVIEWS AS WELL AS PEER QUESTION LETTERS SENT TO ATTY FOR REVIEW AND RESPONSE W/IN 21 DAYS, BY 7/28/2020

**07/07/2020 10:54 AM - CLAIM Note 71**
Claim/Event/Leave: 8205360
NoteSubject : Other
Other Subject : PEER INVOICE
Text: [07/07/2020 - VALLIERE, TAWNYA]REC'D NEUROLOGY PEER REVIEW INVOICE IN THE AMT OF $682.50 FROM RRS, INVOICE # 51671-1 DATED: 7/2/2020, FORWARDED FOR PAYMENT PROCESSING.

**07/02/2020 1:54 PM - CLAIM Note 70**
Claim/Event/Leave: 8205360
NoteSubject : Appeal
Other Subject : STATUS
Text: [07/02/2020 - VALLIERE, TAWNYA]CARDIOLOGY PEER REVIEW RECEIVED. AWAITING RESULTS OF NEUROLOGY PEER REVIEW AT THIS TIME.

**07/02/2020 1:51 PM - CLAIM Note 69**
Claim/Event/Leave: 8205360
NoteSubject : Other
Other Subject : PEER INVOICE
Text: [07/02/2020 - VALLIERE, TAWNYA]REC'D INVOICE IN THE AMT OF $787.50 FROM RRS FOR CARDIOLOGY PEER REVIEW, INVOICE # 51670-1 DATED 6/30/2020, FORWARDED FOR PAYMENT PROCESSING

**06/24/2020 11:36 AM - CLAIM Note 68**
Claim/Event/Leave: 8205360
NoteSubject : Other
Other Subject : COPY JOB
Text: [06/24/2020 - PILAR, SARAH]COPY OF DOC LIST EXCEPT OUTBOUND CORRESPONDENCE SENT TO RRS CSR@RELIABLERS.COM VIA ONE DRIVE.

**06/23/2020 8:50 PM - CLAIM Note 67**
Claim/Event/Leave: 8205360
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 6/23/2020 - REFERRED TO RELIABLE REVIEW SERVICES FOR PEER REVIEW.

**06/23/2020 9:44 AM - CLAIM Note 66**
Claim/Event/Leave: 8205360
NoteSubject : Appeal
Other Subject : INITIAL REVIEW
Text: [06/23/2020 - VALLIERE, TAWNYA]PRESCREEN COMPLETED. CODING IS ACCURATE. LTD FI ERISA. CLAIM FILED 06/22/2018. JD ON FILE. AUTH ON FILE. CLAIM DENIED NOT TD OWN OCC AS OF 1/17/2020, DATE OF DENIAL WAS 01/18/2020. APPEAL TIMEFRAME IS 180 DAYS, APPEAL DUE 07/16/2020. LETTER OF APPEAL RECEIVED 06/02/2020. ATTORNEY REPRESENTED BY REX CHRONISTER. ACTION PLAN: DETERMINATION FOR PHYSICIAN LEVEL REVIEW WITH NEUROLOGY AND CARDIOLOGY; REFERRALS IN PROCESS.

**06/23/2020 9:23 AM - CLAIM Note 65**
Claim/Event/Leave: 8205360
NoteSubject : Appeal
Other Subject : ADDT'L INFO REC'D
Text: [06/23/2020 - VALLIERE, TAWNYA]REC'D FAX FROM ATTORNEY REX CHRONISTER DATED 6/21/2020. FAX INCLUDED SIGNED AUTH FROM CLMT TO RELEASE INFO TO THEIR OFFICE AND COPY OF THE RESIDUAL FUNCTIONAL CAPACITY FORM FROM DR. TONYA PHILLIPS.

**06/15/2020 1:55 PM - CLAIM Note 64**
Claim/Event/Leave: 8205360
NoteSubject : LTR to Atty
Other Subject :
Text: [06/15/2020 - VALLIERE, TAWNYA]FAXED REQUEST TO ATTY FOR SIGNED LETTER OF REP AND COPY OF RESIDUAL FUNCTIONAL CAPACITY EVALUATION WHICH WAS TO BE ENCLOSED W/ THE 5/20/2020 APPEAL LETTER.

**06/15/2020 1:38 PM - PHONE Note 20**
Claim/Event/Leave: 8205360
NoteSubject : Called Other
Other Subject : ATTORNEY
Text: [06/15/2020 - VALLIERE, TAWNYA]INITIAL CALL TO ATTORNEY REX CHRONISTER'S OFFICE. REC'D OFFICE VOICEMAIL GREETING. LEFT A V/M ADVISING WE DID NOT REC'D THE ENCLOSURE W/ THE 5/20/2020 APPEAL LETTER. REQUESTED THAT THEY RESEND THE RESIDUAL FUNCTIONALCAPACITY EVALUATION COMPLETED BY DR. TONYA PHILLIPS TO THIS OFFICE VIA FAX TO 603-422-7909. PROVIDED MY TEL # FOR CALL BACK IF NEEDED.

**06/04/2020 10:40 AM - CLAIM Note 63**
Claim/Event/Leave: 8205360
NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: [06/04/2020 - AVERILL, REBECCA]ASSIGNED TO TAWNYA VALLIERE

**06/03/2020 8:50 PM - CLAIM Note 62**
Claim/Event/Leave: 8205360
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 6/3/2020 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**06/03/2020 7:27 PM - CLAIM Note 61**
Claim/Event/Leave: 8205360
NoteSubject : Ref to Appeals
Other Subject : ARU
Text: [06/03/2020 - VEGA, ERIKA]REFERRED TO ARU ON 6.3.20

**06/03/2020 12:59 PM - CLAIM Note 60**
Claim/Event/Leave: 8205360
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [06/03/2020 - MUNGUIA, KRISTIAN]AGREE WITH REFERRAL TO ARU

**06/03/2020 11:41 AM - CLAIM Note 59**
Claim/Event/Leave: 8205360
NoteSubject : Action Plan
Other Subject : ARU
Text: [06/03/2020 - VEGA, ERIKA]45 YOM JT, FOREMAN TRANSMISSION OA CONFIRMED LIGHT TO MEDIUM FOR JOB TITLE MAINTENANCE SUPERVISOR - SUPERINTENDENT (MACHINE) **EE OOW DUE TO INOPERABLE TUMOR THAT IS CAUSING DIMNESS** MED RCVD FROM DR. ADJEI FOR THE PERIOD OF 3.7.19-10.24.19. PER MEDICAL RECORDS, CLAIMANT HAS PAROXYSMAL ATRIAL FIBRILLATION REQUIRING LONG TERM USE OF AN ANTICOAGULANT, DIZZINESS, BRAIN TUMOR AND RIGHT HEMIFACIAL MUSCLE SPASM. PER OFFICE VISIT NOTE ON 3/7/2019 WITH DR. ADJEI, CARDIOLOGIST,CLAIMANT S ATRIAL FIBRILLATION WAS STABLE ON MEDICATION BUT STILL REQUIRED DAILY ANTI-COAGULANT. CLAIMANT S DIZZINESS WAS REPORTED AS NONE OCCURRING RECENTLY, AND PHYSICAL EXAM WAS NORMAL EXCEPT FOR FACIAL ASYMMETRY. PER CLAIMANT S OFFICE VISIT WITHTONYA PHILLIPS, 6/6/2019, IN THE REVIEW OF SYSTEMS THERE ARE NO REPORTS OF BALANCE ISSUES, FALLS, OR DIZZINESS AND CLAIMANT WAS TREATED WITH BOTOX FOR HIS FACIAL ASYMMETRY AND WAS TO FOLLOW UP IN 3 MONTHS. PER MEDICAL RECORDS, CLAIMANT S CHRONIC USE OF ANTI-COAGULANTS FOR PAROXYSMAL ATRIAL FIBRILLATION AND DIZZINESS ARE RESULTING IN RESTRICTIONS AND LIMITATIONS OF NO CLIMBING EXCEPT STAIRS OR WORKING FROM HEIGHTS OR OTHER ACTIVITY THAT WOULD INCREASE RISK OF FALLS OR IMBALANCE FROM 12/7/2019 INTOFORESEEABLE FUTURE. BASED OFF THE EE OCCUPATION AS LIGHT AND JOB DUTIES NOT INCLUDING CLIMBING OR WORKING FROM HEIGHTS. REASONABLE FOR DCM TO PROCEED W/ LTD CLOSURE AS NO FURTHER BENEFITS WOULD BE PAYABLE BEYOND 1.16.20. REFERRED TO M1 FOR REVIEW. CLAIM CLOSED 1.17.20, RECOMMENDING TO ARU FOR FURTHER HANDLING. DCM REFERRED TO M1 FOR REVIEW.

**06/03/2020 11:37 AM - CLAIM Note 58**
Claim/Event/Leave: 8205360
NoteSubject : Appeal
Other Subject : NOTICE TO APPEAL
Text: [06/03/2020 - VEGA, ERIKA]NOTICE TO APPEAL RCVD 6/3/20

**01/28/2020 11:58 AM - CLAIM Note 57**
Claim/Event/Leave: 8205360
NoteSubject : LTR to AP
Other Subject : CLOSURE
Text: [01/28/2020 - VEGA, ERIKA]LETTER SENT VIA EMAIL.

**01/28/2020 11:55 AM - PHONE Note 19**
Claim/Event/Leave: 8205360
NoteSubject : EE Called
Other Subject : LETTER REQUEST
Text: [01/28/2020 - VEGA, ERIKA]EE CONTACTED DCM REGARDING CLOSURE LETTER AS IT HAS NOT YET BEEN RCVD. DCM CONFIRMED LETTER WAS SENT ON 1.17.20. EE PROVIDED EMAIL AS DCM CONFIRMED LETTER WILL BE SENT VIA EMAIL. EE THANKED DCM AND ENDED CALL.

**01/17/2020 1:03 PM - PHONE Note 18**
Claim/Event/Leave: 8205360
NoteSubject : Called EE
Other Subject : CLOSURE
Text: [01/17/2020 - VEGA, ERIKA]DCM CONTACTED EE TO ADVISE OF DECISION AS MEDICAL NO LONGER SUPPORTED BEYOND 1.16.20. DCM ADVISED BENEFITS WILL BE PAYABLE THRU 1.16.20 AND CLAIM HAS BEEN CLOSED. EE HAD CONCERNS TO WHY MEDICAL PREVIOUSLY SUPPORTED AND NOTHING HAS CHANGED AND NOW NO LONGER SUPPORTS. DCM ADVISED BASED OFF R/L'S WITHIN OO. DCM ADVISED EE CAN SUBMIT ADDITIONAL INFORMATION OR SEND IN LETTER TO APPEAL AS HE CONFIRMED WILL SUBMIT APPEAL LETTER. EE THANKED AND ENDED CALL

**01/17/2020 12:54 PM - CLAIM Note 56**
Claim/Event/Leave: 8205360
NoteSubject : LTR to EE
Other Subject : CLOSE
Text: [01/17/2020 - VEGA, ERIKA]LETTER SENT

**01/16/2020 6:39 PM - CLAIM Note 55**
Claim/Event/Leave: 8205360
NoteSubject : Other
Other Subject : M2 REVIEW
Text: [01/16/2020 - CHANDRA, JUANITA]AGREE WITH CLOSURE - NOT TD OWN OCC.

**01/16/2020 2:55 PM - CLAIM Note 54**
Claim/Event/Leave: 8205360
NoteSubject : Action Plan
Other Subject : CLOSE NOT TD OO
Text: [01/16/2020 - VEGA, ERIKA]45 YOM JT, FOREMAN TRANSMISSION OA CONFIRMED LIGHT TO MEDIUM FOR JOB TITLE MAINTENANCE SUPERVISOR - SUPERINTENDENT (MACHINE) **EE OOW DUE TO INOPERABLE TUMOR THAT IS CAUSING DIMNESS** MED RCVD FROM DR. ADJEI FOR THE PERIOD OF 3.7.19-10.24.19. PER MEDICAL RECORDS, CLAIMANT HAS PAROXYSMAL ATRIAL FIBRILLATION REQUIRING LONG TERM USE OF AN ANTICOAGULANT, DIZZINESS, BRAIN TUMOR AND RIGHT HEMIFACIAL MUSCLE SPASM. PER OFFICE VISIT NOTE ON 3/7/2019 WITH DR. ADJEI, CARDIOLOGIST,CLAIMANT S ATRIAL FIBRILLATION WAS STABLE ON MEDICATION BUT STILL REQUIRED DAILY ANTI-COAGULANT. CLAIMANT S DIZZINESS WAS REPORTED AS NONE OCCURRING RECENTLY, AND PHYSICAL EXAM WAS NORMAL EXCEPT FOR FACIAL ASYMMETRY. PER CLAIMANT S OFFICE VISIT WITHTONYA PHILLIPS, 6/6/2019, IN THE REVIEW OF SYSTEMS THERE ARE NO REPORTS OF BALANCE ISSUES, FALLS, OR DIZZINESS AND CLAIMANT WAS TREATED WITH BOTOX FOR HIS FACIAL ASYMMETRY AND WAS TO FOLLOW UP IN 3 MONTHS. PER MEDICAL RECORDS, CLAIMANT S CHRONIC USE OF ANTI-COAGULANTS FOR PAROXYSMAL ATRIAL FIBRILLATION AND DIZZINESS ARE RESULTING IN RESTRICTIONS AND LIMITATIONS OF NO CLIMBING EXCEPT STAIRS OR WORKING FROM HEIGHTS OR OTHER ACTIVITY THAT WOULD INCREASE RISK OF FALLS OR IMBALANCE FROM 12/7/2019 INTO FORESEEABLE FUTURE. BASED OFF THE EE OCCUPATION AS LIGHT AND JOB DUTIES NOT INCLUDING CLIMBING OR WORKING FROM HEIGHTS. REASONABLE FOR DCM TO PROCEED W/ LTD CLOSURE AS NO FURTHER BENEFITS WOULD BE PAYABLE BEYOND 1.16.20. REFERRED TO M1 FOR REVIEW.

**12/31/2019 4:43 PM - CLAIM Note 53**
Claim/Event/Leave: 8205360
NoteSubject : Med Records Rcvd
Other Subject : AP RESPONSE
Text: [12/31/2019 - VEGA, ERIKA]RCVD AND REFERRED FOR ADDENDUM TO PEER REVIEW

**12/07/2019 4:02 PM - CLAIM Note 52**
Claim/Event/Leave: 8205360
NoteSubject : Ref to Managed Care
Other Subject : FULL FILE REVIEW
Text: [12/07/2019 - VEGA, ERIKA]REFERRED INTERNAL MED

**11/25/2019 2:37 PM - MDS Note**
Claim/Leave: 8205360
Episode #: 2
Nurse Name: MILLAY, JULIA
Service #: 16861572
Service Date: 11/25/2019
Activity: SUMMARY, FINAL CASE SUMMARY
Contact Information: CLAIMS, ERIKA, VEGA
Note Type: INFORMATION OBTAINED DESC
Text: THE EE WITH A LARGE CP ANGLE TUMOR TO THE BRAIN AFFECTING THE 8TH CRANIAL NERVE, AND CLONIC HEMIFACIAL SPASM. NDC CONTACTED THE OFFICE OF DR. PHILLIPS AND SENT A LETTER WITH QUESTIONS. AS OF 11/25/19 THERE HAS BEEN NO RESPONSE. THEREFORE, ONGOING R&LS REMAIN UNCLEAR. NDC RECOMMENDS THAT THE CCM RE-REFER THE CLAIM TO THIS NDC IF A RESPONSE TO THE LETTER IS OBTAINED. CCM NOTIFIED. NO FURTHER NDC ACTION NEEDED FILE REMOVED FROM NDC ASSIGNMENT.

**11/21/2019 4:24 PM - CLAIM Note 51**
Claim/Event/Leave: 8205360
NoteSubject : Action Plan
Other Subject : RTW OO DEC 2019
Text: [11/21/2019 - VEGA, ERIKA]45 YOM JT, FOREMAN TRANSMISSION OA CONFIRMED LIGHT TO MEDIUM FOR JOB TITLE MAINTENANCE SUPERVISOR - SUPERINTENDENT (MACHINE) **EE OOW DUE TO INOPERABLE TUMOR THAT IS CAUSING DIMNESS**NEURO PEER REVIEW 7/24/18: BASED ON THE DOCUMENTATION PROVIDED, AND FROM A NEUROLOGICAL PERSPECTIVE ONLY, THE CLAIMANT HAS RESTRICTIONS AND LIMITATIONS AS A RESULT OF THE CP ANGLE MASS. THE CLAIMANT HAS SYMPTOMS OF DIZZINESS. ON EXAM, THERE IS DOCUMENTATION OF UNSTEADINESS. AS A RESULT,AS AMATTER OF SAFETY ONLY, THE CLAIMANT HAD THE FOLLOWING RESTRICTIONS AND LIMITATIONS: HE COULD NOT CLIMB, HE COULD NOT WORK AROUND HEIGHTS AND HE WOULD NOT BE ABLE TO SAFELY WORK AROUND ELECTRICAL OR MECHANICAL HAZARDS. THERE ARE NO OTHER RESTRICTIONSOR LIMITATIONS. THE DURATION OF THE RESTRICTIONS AND LIMITATIONS IS NOT KNOWN DUE TO THE NATURE OF HIS CONDITION. REASSESSMENT IN SIX MONTHS FROM THE DATE OF THIS REPORT IS REASONABLE. THE PROGNOSIS IS NOT KNOWN DUE TO THE NATURE OF HIS CONDITION.**OA OUTLINES EE OCC DUTIES AS DIRECTLY SUPERVISE AND COORDINATE ACTIVITIES OF MECHANICS, INSTALLERS, AND REPAIRERS BY INSPECTING, TESTING AND MEASURING COMPLETED WORK, USING DEVICES SUCH AS HAND TOOLS OR GAUGES TO VERIFY CONFORMANCE TO STANDARDSORREPAIR REQUIREMENTS, AND EXAMINING TOOLS AND EQUIPMENT. *** UPDATED RECORDS ON FILE BY NEUROLOGY THRU 11/30/18 REFERRED TO MDS FOR UPDATED REVIEW. COMPLETED 3/12/19 W/ FINDINGS THAT SUPPORTED ONGOING R/LS AS NOTED ABOVE FROM PRIOR PEER REVIEW UNTILERTW8/29/19 (AS NOTED BY AP IN APS ON FILE). NOTED EE NOT A SURGICAL CANDIDATE. **ACTION: CLAIM

REMAINS APPROVED ONGOING, BASED ON EE'S OCC REQUIRES EE TO WORK AROUND ELECTRICAL AND MECHANICAL AREAS, EE REMAINS PRECLUDED FROM PERFORMING OWN OCCUNTIL ERTW8/29/19. ** PLAN: F/U WITH EE IN AUGUST TO CF RTW PLAN. IF NO RTW, UPDATE RECORDS ON FILE AND REVIEW. 03/12/2019 - LESAGE, MORGAN ***PROOF OF FILING RECON APP FOR SSDI THRU TAG ON FILE 2/11/19. WILL F/U WITH TAG FOR SSDI STATUS UPDATES 09/06/2019 -VEGA, ERIKA * 11/06/2019 - VEGA, ERIKA REFERRED TO MDS 11.5.19. DCM OBTAINING OVN FROM DR. FERDOWSIAN DL 12.6.19. DCM TO REFER FOR FULL FILE REVIEW IF NOTE NOT RCVD

**11/21/2019 4:20 PM - CLAIM Note 50**
Claim/Event/Leave: 8205360
NoteSubject : LTR to AP
Other Subject : DR. FERDOWSIAN
Text: [11/21/2019 - VEGA, ERIKA]MED REQUEST SENT , REQUESTING MED DATED 11.1.19-PRESENT *1ST VISIT 11.12.19**

**11/21/2019 4:13 PM - PHONE Note 17**
Claim/Event/Leave: 8205360
NoteSubject : EE Called
Other Subject : UPDATE
Text: [11/21/2019 - VEGA, ERIKA]EE CONTACTED DCM TO ADVISE WAS SEEN BY DR. FERDOWSIAN P#479.964.4000 1ST VISIT WAS ON 11.12.19 AND NOV IS 1 MONTH AFTER LOV AS BONE SPUR WAS FOUND ON HEEL AS EE WILL POTENTIALLY NEED SX TO HAVE REMOVED AS EE WAS GIVEN INSERTS TO HELP AND INSERTS HAVE NOT HELPED SO SX WILL MOST LIKELY TAKE PLACE. DCM ADVISED OVN WILL BE OBTAINED. EE THANKED DCM HAD NO FURTHER QUESTIONS AND ENDED CALL.

**11/13/2019 6:06 PM - CLAIM Note 49**
Claim/Event/Leave: 8205360
NoteSubject : Other
Other Subject : DIRECTOR REVIEW
Text: [11/13/2019 - GRABER, JILL]46 YEAR OLD FOREMAN TRANSMISSION LIGHT TO MED OCCUPATION. CLAIMANT OUT FOR LARGE CP ANGLE TUMOR TO BRAIN THAT CANNOT BE OPERATED ON AS IN THE STEM OF BRAIN. CLAIMANT REPORTS PERIOD OF EPISODES OF VERTIGO AND VISUAL DISTURBANCE WHICH COULD BE FROM MIGRAINES. WE HAVE SENT LETTERS TO HIS PHYSICIANS TO CONFIRM HIS R&L ONE TO NEUROLOGIST AND ONE TO CARDIO DOCTOR. WE JUST SENT THE LETTER TO DR. PHILLIPS AND WE GAVE HIM UNTIL 11/19 TO RESPOND. THE NURSE IS FOLLOWING UPON THE STATUS OF THE LETTER. I RECOMMEND WAITING UNTIL 11/19 OR 11/20 BEFORE WE SEND THIS FILE FOR A PEER REVIEW.

**11/12/2019 2:58 PM - CLAIM Note 48**
Claim/Event/Leave: 8205360
NoteSubject : Ref to Other
Other Subject : FULL FILE REVIEW
Text: [11/12/2019 - VEGA, ERIKA]45 YOM JT, FOREMAN TRANSMISSION OA CONFIRMED LIGHT TO MEDIUM FOR JOB TITLE MAINTENANCE SUPERVISOR - SUPERINTENDENT (MACHINE) **EE OOW DUE LARGE CP ANGLE TUMOR TO THE BRAIN AFFECTING THE 8TH CRANIAL NERVE, AND CLONIC HEMIFACIAL SPASM. EE WAS SEEN ON 3/1/19 AND UNDERWENT BOTOX INJECTIONS TO THE FACE BILATERALLY FOR HEMIFACIAL SPASM. THE AP REPORTS THAT EPISODES OF VERTIGO AND VISUAL DISTURBANCE MAY BE ALL MIGRAINE PHENOMENON DOING BETTER BUT CERTAINLY DO WORRY ABOUT THE POSSIBILITY OF TIA. EE REPORTING NO RECENT PALPITATIONS, SHORTNESS OF BREATH OR DIZZINESS. ABLE TO DO HIS DAILY ACTIVITIES WITHOUT ANY DIFFICULTY. MDS REVIEW COMPLETED ON 11.7.19 ONGOING R&LS ARE UNCLEAR DUE TO LACK OF ABNORMAL EXAM FINDINGS. RECOMMENDING FULL FILE REVIEW TO CONFIRM IMPAIRMENT.

**11/12/2019 11:25 AM - MDS Note**
Claim/Leave: 8205360
Episode #: 2
Nurse Name: MILLAY, JULIA
Service #: 16855764
Service Date: 11/12/2019
Activity: SUMMARY, INTERIM SUMMARY
Contact Information: NO CONTACT, ,
Note Type: INFORMATION OBTAINED DESC
Text: NDC RECEIVED A RESPONSE TO THE LETTER FROM DR. ADJEI HE WILL DEFER TO PCP FOR LTD BENEFIT. NDC WILL FOLLOW UP FOR RESPONSE FROM DR. PHILLIPS.

**11/11/2019 3:21 PM - MDS Note**
Claim/Leave: 8205360
Episode #: 2
Nurse Name: MILLAY, JULIA
Service #: 16855305
Service Date: 11/11/2019
Activity: LETTERS, PREPARE LETTERS
Contact Information: PROVIDER, ABDUL-NASSER, ADJEI
Note Type: INFORMATION OBTAINED DESC
Text: NDC PREPARED AND SENT A LETTER TO THE PROVIDER WITH QUESTIONS AND AUTHORIZATION. NDC WILL FOLLOW UP ON 11/18/19 FOR A RESPONSE.

**11/11/2019 3:19 PM - MDS Note**
Claim/Leave: 8205360
Episode #: 2
Nurse Name: MILLAY, JULIA
Service #: 16855304

Service #: 16855304
Service Date: 11/11/2019
Activity: PHONE CONTACT, PHYSICIAN
Contact Information: PROVIDER, ABDUL-NASSER, ADJEI
Note Type: INFORMATION OBTAINED DESC
Text: NDC CONTACTED THE OFFICE OF DR. ADJEI AND SPOKE WITH MELISSA TO OBTAIN ONGOING R&L S FROM A CARDIOLOGY STANDPOINT, ONGOING TREATMENT PLAN, MOST RECENT OFFICE VISIT, RETURN TO WORK DATE. NDC WAS ASKED TO SEND A LETTER AND AUTHORIZATION.

**11/11/2019 3:03 PM - MDS Note**
Claim/Leave: 8205360
Episode #: 2
Nurse Name: MILLAY, JULIA
Service #: 16855290
Service Date: 11/11/2019
Activity: LETTERS, PREPARE LETTERS
Contact Information: PROVIDER, TONYA, PHILLIPS
Note Type: INFORMATION OBTAINED DESC
Text: NDC PREPARED AND SENT A LETTER TO THE PROVIDER WITH QUESTIONS. NDC WILL FOLLOW UP ON 11/18/19 FOR A RESPONSE.

**11/11/2019 2:52 PM - MDS Note**
Claim/Leave: 8205360
Episode #: 2
Nurse Name: MILLAY, JULIA
Service #: 16855284
Service Date: 11/11/2019
Activity: PHONE CONTACT, PHYSICIAN
Contact Information: PROVIDER, TONYA, PHILLIPS
Note Type: INFORMATION OBTAINED DESC
Text: NDC CONTACTED THE OFFICE OF DR. PHILLIPS TO OBTAIN IF THE EE HAS R&LS IN REGARDS TO A NEUROLOGY PROSPECTIVE, MOST RECENT OFFICE VISIT, TREATMENT PLAN AND ERTW DATE. NDC WAS ON HOLD FOR AN EXTENDED PERIOD OF TIME. NDC WILL SEND A LETTER.

**11/07/2019 8:58 AM - MDS Note**
Claim/Leave: 8205360
Episode #: 2
Nurse Name: MILLAY, JULIA
Service #: 16853759
Service Date: 11/07/2019
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, ERIKA, VEGA
Note Type: INFORMATION OBTAINED DESC
Text: FILE REVIEW COMPLETED. NURSE MEMO PLACED IN THE DOC LIST. CCM NOTIFIED.

**11/05/2019 11:05 AM - CLAIM Note 47**
Claim/Event/Leave: 8205360
NoteSubject : Ref to Managed Care
Other Subject : TO MDS-
Text: [11/05/2019 - VEGA, ERIKA]**LEVEL 1 REVIEW** 1. PLEASE CONFIRM IMPAIRING DX AND ANY ASSOCIATED ICD 10 CODES. 2. PLEASE INDICATE IF THE RECORDS ON FILE ARE SUFFICIENT TO COMMENT ON WHAT REASONABLE R&LS MAY APPLY. 3. IF SO, WHAT IS A REASONABLE TIMEFRAME FOR THESE R&L'S TO BE IMPOSED?

**11/05/2019 11:04 AM - CLAIM Note 46**
Claim/Event/Leave: 8205360
NoteSubject : Med Records Rcvd
Other Subject : DR. ADJEI
Text: [11/05/2019 - VEGA, ERIKA]OVN 3.7.19 RCVD AND APS FORM DATED 10.24.19 RCVD

**11/02/2019 11:16 AM - CLAIM Note 45**
Claim/Event/Leave: 8205360
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [11/02/2019 - HERTERICH, KIMBERLY]INVOICE DATED 10/7/2019 FROM SHARECARE, LLC. INV #253011 , IN THE AMT OF $22.93 FOR MEDICAL RECORDS FROM SPARKS CLINIC- NEUROLOGY . INVOICE PAID IN FULL.

**10/29/2019 1:50 PM - CLAIM Note 44**
Claim/Event/Leave: 8205360
NoteSubject : Other
Other Subject : INVOICE RCVD
Text: [10/29/2019 - VEGA, ERIKA]INVOICE RCVD FROM CARDIOLOGY CENTER AT SPARKS, INVOICE # 288351 -- AND PAID IN THE AMOUNT OF $18.43

**10/28/2019 1:41 PM - PHONE Note 16**
Claim/Event/Leave: 8205360

NoteSubject : EE Called
Other Subject : MED UPDATE
Text: [10/28/2019 - VEGA, ERIKA]EE CONTACTED DCM TO F.UP REGARDING STATUS OF MEDICAL RECORDS AS HE F.UP W/ DR.ADJEI OFFICE ON 10.25.19 AND WAS ADVISED TO COMPLETE A REQUEST FOR MEDICAL RECORDS AND ONCE COMPLETED MED WOULD BE SENT. EE STATED HE PHYSICALLY WENT INTO OFFICE AND COMPLETED AUTH. DCM ADVISED DOCUMENTATION WILL BE MADE. EE THANKED DCM AND ENDED CALL

**10/17/2019 2:46 PM - CLAIM Note 43**
Claim/Event/Leave: 8205360
NoteSubject : LTR to AP
Other Subject : DR. ADJEI
Text: [10/17/2019 - VEGA, ERIKA]SUBSEQUENT MED REQUEST SENT.

**10/17/2019 2:25 PM - PHONE Note 15**
Claim/Event/Leave: 8205360
NoteSubject : EE Called
Other Subject : MED UPDATE
Text: [10/17/2019 - VEGA, ERIKA]EE CONTACTED DCM REGARDING MEDICAL RECORDS. EE WANTED TO CONFIRM IF MEDICAL WAS RCVD FROM DR. ADJEI. DCM CONFIRMED MED HAS NOT YET BEEN RCVD AND DCM WILL SEND F/UP REQUEST TO OBTAIN MEDICAL. EE STATED HE WILL F.UP W/ FACILITY IF MED IS NOT RCVD TO OBTAIN MEDICAL IF PROVIDER DOES NOT RELEASE INFORMATION. EE ALSO ADVISED DCM HEARING DATE FOR SSDB HAS BEEN SCHEDULED FOR 3.31.20. DCM ADVISED DOCUMENTATION WILL BE MADE AND EE HAD NOT FURTHER QUESTIONS THANKED DCM FOR TIME AND ENDED CALL.

**10/08/2019 11:50 AM - CLAIM Note 42**
Claim/Event/Leave: 8205360
NoteSubject : Other
Other Subject : INVOICE RCVD
Text: [10/08/2019 - VEGA, ERIKA]INVOICE RCVD FROM SPARKS CLINIC-NEUROLOGY INVOICE #253011 IN THE AMOUNT OF $22.93 --AND REFERRED.

**09/30/2019 6:23 PM - CLAIM Note 41**
Claim/Event/Leave: 8205360
NoteSubject : LTR to AP
Other Subject : MED REQUEST
Text: [09/30/2019 - VEGA, ERIKA]MED REQUEST SENT TO DR. PHILLIPS

**09/30/2019 5:59 PM - PHONE Note 14**
Claim/Event/Leave: 8205360
NoteSubject : EE Called
Other Subject : FAX UPDATE
Text: [09/30/2019 - VEGA, ERIKA]EE CONTACTED DCM AND PROVIDED NEW FAX NUMBER FOR CARDIOLOGIST 479.709.7310 AS EE F.UP AND MED REQUEST WAS NOT RCVD. DCM ADVISED DOCUMENTATION WILL BE MADE AND REQUEST WILL BE SENT. EE THANKED FOR TIME AND ENDED CALL.

**09/27/2019 5:32 PM - PHONE Note 13**
Claim/Event/Leave: 8205360
NoteSubject : Called EE
Other Subject : RETURN VM
Text: [09/27/2019 - VEGA, ERIKA]DCM RETURNED EE VM AS HE WANTED TO CONFIRM AUTH WAS RCVD. DCM CONFIRMED AUTH WAS RCVD AND MED REQUEST WAS SENT TO DR. ADJEI ON 9.25.19 EE WAS MORE THAN WELCOME TO F.UP W/ OFFICE TO CONFIRM REQUEST RCVD. EE STATED HE WILL F/UP AS HE WANTS TO STAY COMPLIANT W/ LTD AND ENSURE INFO IS RCVD. EE THANKED DCM FOR RETURNING CALL AND ENDED.

**09/25/2019 7:18 PM - CLAIM Note 40**
Claim/Event/Leave: 8205360
NoteSubject : LTR to AP
Other Subject : DR. ADJEI
Text: [09/25/2019 - VEGA, ERIKA]MED REQUEST SENT PERIOD OF 12.1.18-PRESENT REQUESTED

**09/16/2019 1:57 PM - PHONE Note 12**
Claim/Event/Leave: 8205360
NoteSubject : Called EE
Other Subject : 30 DAY
Text: [09/16/2019 - VEGA, ERIKA]DCM CONTACTED EE TO DISCUSS STATUS OF CLAIM AS MEDICAL FROM DR. ADJEI REMAINS PENDING AS AUTH WAS REJECTED D/T FRED KENNEY BEING LISTED ON AUTH. DCM ADVISED EE AUTH CAN BE RE-SENT FOR COMPLETION AS EE AGREED. DCM CONFIRMED MEDICAL FROM DR. PHILLIPS HAS BEEN RCVD. DCM ADVISED EE AUTH WILL BE SENT AND DL REMAINS THE SAME 10.29.19, EE UNDERSTOOD THANKED DCM FOR TIME AND ENDED CALL.

**09/16/2019 1:38 PM - CLAIM Note 39**
Claim/Event/Leave: 8205360
NoteSubject : LTR to EE
Other Subject : 30 DAY
Text: [09/16/2019 - VEGA, ERIKA]SENT

Text: [09/16/2019 - VEGA, ERIKA]SENT

**08/23/2019 11:54 AM - CLAIM Note 38**
Claim/Event/Leave: 8205360
NoteSubject : Med Records Rcvd
Other Subject : DR. PHILLIPS
Text: [08/23/2019 - VEGA, ERIKA]MED RCVD PERIOD OF 3.1.19-6.6.19

**08/20/2019 6:05 PM - CLAIM Note 37**
Claim/Event/Leave: 8205360
NoteSubject : Medical Status
Other Subject : SPARKS CLINIC NEUROL
Text: [08/20/2019 - VEGA, ERIKA]PLEASE BE ADVISED, THE REQUEST SHOWS WE ARE NEEDING RECORDS FOR A PATIENT WESLEY KENNEY, HOWEVER, THE AUTHORIZATION HAS FRED W. KENNEY AS THE NAME OF THE PATIENT. IT MIGHT BE THAT THE REQUEST SHOWS THE MIDDLE NAME OF THE PATIENT, BUT SUCH DISCREPANCY MAY LEAD TO OUR REQUEST BEING REJECTED. KINDLY ALLOW US TO MAKE SOME ADJUSTMENTS ON THE REQUEST TO MATCH THE AUTHORIZATION, OTHERWISE, LET US KNOW HOW YOU'D LIKE TO PROCEED.

**08/20/2019 1:09 PM - CLAIM Note 36**
Claim/Event/Leave: 8205360
NoteSubject : Medical Status
Other Subject : DR. ADJEI
Text: [08/20/2019 - VEGA, ERIKA]PLEASE BE ADVISED, THE REQUEST SHOWS WE ARE NEEDING RECORDS FOR A PATIENT WESLEY KENNEY, HOWEVER, THE AUTHORIZATION HAS FRED W. KENNEY AS THE NAME OF THE PATIENT. IT MIGHT BE THAT THE REQUEST SHOWS THE MIDDLE NAME OF THE PATIENT, BUT SUCH DISCREPANCY MAY LEAD TO OUR REQUEST BEING REJECTED. KINDLY ALLOW US TO MAKE SOME ADJUSTMENTS ON THE REQUEST TO MATCH THE AUTHORIZATION, OTHERWISE, LET US KNOW HOW YOU'D LIKE TO PROCEED.

**08/16/2019 6:35 PM - CLAIM Note 35**
Claim/Event/Leave: 8205360
NoteSubject : LTR to EE
Other Subject : N&P-MEDICAL
Text: [08/16/2019 - VEGA, ERIKA]SENT W/ DL 10.29.19

**08/16/2019 6:33 PM - CLAIM Note 34**
Claim/Event/Leave: 8205360
NoteSubject : Ref to Managed Care
Other Subject : MED REQUEST
Text: [08/16/2019 - VEGA, ERIKA]MED REQUEST SENT VIA RELEASEPOINT // DR. PHILLIPS AND DR. ADJEI PERIOD OF 12.1.18-PRESENT

**08/16/2019 6:26 PM - PHONE Note 11**
Claim/Event/Leave: 8205360
NoteSubject : Called EE
Other Subject : TX UPDATE
Text: [08/16/2019 - VEGA, ERIKA]DCM CONTACTED EE TO DISCUSS TX UPDATE AND ADVISED UPDATED MEDICAL WILL BE REQUESTED FROM PROVIDERS, EE UNDERSTOOD. EE STATED HE REMAINS RCVNG TX FROM DR. PHILLIPS LOV - LESS THAN 3 MONTHS AGO AND NOV-COUPLE WEEKS, EE IS ALSORCVNG TX FROM CARDIOLOGIST DR. ADJEI P#479.709.7235 LOV-MARCH AND NOV-FEBRUARY. DR. PHILLIPS IS RESTRICTING PROVIDER AND HAS NOT YET BEEN RELEASED TO RTW. DCM ADVISED MEDICAL WILL BE REQUESTED FOR THE PERIOD OF 12.1.18-PRESENT, EE UNDERSTOOD AND ADVISED CORRESPONDENCE WILL BE SENT ADVISING EE OF REQUEST. EE UNDERSTOOD, HAD NO FURTHER QUESTIONS THANKED DCM FOR TIME AND ENDED CALL.

**06/20/2019 6:06 PM - CLAIM Note 33**
Claim/Event/Leave: 8205360
NoteSubject : Other
Other Subject : SSD DENIED
Text: [06/20/2019 - VEGA, ERIKA]SSD DENIED AT RECONSIDERATION AS OF 5.31.19, LETTER ON FILE.

**04/26/2019 7:20 PM - CLAIM Note 32**
Claim/Event/Leave: 8205360
NoteSubject : LTR to EE
Other Subject :
Text: [04/26/2019 - PACHECO, KATIE]SENT CHANGE IN DCM LTR

**03/18/2019 12:02 PM - CLAIM Note 31**
Claim/Event/Leave: 8205360
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [03/18/2019 - MUELLER, JACQUELINE]INVOICE RECEIVED ON 03/02/2019 FROM RELEASEPOINT. INV #709444, IN THE AMOUNT OF $50.56 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**03/12/2019 3:32 PM - CLAIM Note 30**
Claim/Event/Leave: 8205360
NoteSubject : Action Plan

NoteSubject : Action Plan
Other Subject : RTW OO NOV 2019
Text: [03/12/2019 - LESAGE, MORGAN]45 YOM JT, FOREMAN TRANSMISSION OA CONFIRMED LIGHT TO MEDIUM FOR JOB TITLE MAINTENANCE SUPERVISOR - SUPERINTENDENT (MACHINE) **EE OOW DUE TO INOPERABLE TUMOR THAT IS CAUSING DIMNESS**NEURO PEER REVIEW 7/24/18: BASED ON THE DOCUMENTATION PROVIDED, AND FROM A NEUROLOGICAL PERSPECTIVE ONLY, THE CLAIMANT HAS RESTRICTIONS AND LIMITATIONS AS A RESULT OF THE CP ANGLE MASS. THE CLAIMANT HAS SYMPTOMS OF DIZZINESS. ON EXAM, THERE IS DOCUMENTATION OF UNSTEADINESS. AS A RESULT,AS A MATTER OF SAFETY ONLY, THE CLAIMANT HAD THE FOLLOWING RESTRICTIONS AND LIMITATIONS: HE COULD NOT CLIMB, HE COULD NOT WORK AROUND HEIGHTS AND HE WOULD NOT BE ABLE TO SAFELY WORK AROUND ELECTRICAL OR MECHANICAL HAZARDS. THERE ARE NO OTHER RESTRICTIONS OR LIMITATIONS. THE DURATION OF THE RESTRICTIONS AND LIMITATIONS IS NOT KNOWN DUE TO THE NATURE OF HIS CONDITION. REASSESSMENT IN SIX MONTHS FROM THE DATE OF THIS REPORT IS REASONABLE. THE PROGNOSIS IS NOT KNOWN DUE TO THE NATURE OF HIS CONDITION.** OA OUTLINES EE OCC DUTIES AS DIRECTLY SUPERVISE AND COORDINATE ACTIVITIES OF MECHANICS, INSTALLERS, AND REPAIRERS BY INSPECTING, TESTING AND MEASURING COMPLETED WORK, USING DEVICES SUCH AS HAND TOOLS OR GAUGES TO VERIFY CONFORMANCE TO STANDARDSORREPAIR REQUIREMENTS, AND EXAMINING TOOLS AND EQUIPMENT. *** UPDATED RECORDS ON FILE BY NEUROLOGY THRU 11/30/18 REFERRED TO MDS FOR UPDATED REVIEW. COMPLETED 3/12/19 W/ FINDINGS THAT SUPPORTED ONGOING R/LS AS NOTED ABOVE FROM PRIOR PEER REVIEW UNTILERTW 8/29/19 (AS NOTED BY AP IN APS ON FILE). NOTED EE NOT A SURGICAL CANDIDATE. **ACTION: CLAIM REMAINS APPROVED ONGOING, BASED ON EE'S OCC REQUIRES EE TO WORK AROUND ELECTRICAL AND MECHANICAL AREAS, EE REMAINS PRECLUDED FROM PERFORMING OWN OCCUNTIL ERTW 8/29/19. ** PLAN: F/U WITH EE IN AUGUST TO CF RTW PLAN. IF NO RTW, UPDATE RECORDS ON FILE AND REVIEW.[03/12/2019 - LESAGE, MORGAN]***PROOF OF FILING RECON APP FOR SSDI THRU TAG ON FILE 2/11/19. WILL F/U WITH TAG FOR SSDI STATUS UPDATES[09/06/2019 - VEGA, ERIKA]*[11/06/2019 - VEGA, ERIKA]REFERRED TO MDS 11.5.19

**03/12/2019 3:24 PM - MDS Note**
Claim/Leave: 8205360
Episode #: 1
Nurse Name: HABBERSHAW, REBECCA
Service #: 16732814
Service Date: 03/12/2019
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, MORGAN, LESAGE
Note Type: INFORMATION OBTAINED DESC
Text: CLMT WITH CP ANGLE MASS (TUMOR IN THE BRAIN AFFECTING THE 8TH CRANIAL NERVE-D49.6) AND CLONIC HEMIFACIAL SPASM (UNCONTROLLED SPASMS IN THE FACIAL MUSCLE THAT CONTROLS VISION-G51.3) UNDER THE CARE OF DR. TONYA PHILLIPS (NEUROLOGIST), DR. ADJEI ABDUL-NASSER(CARDIOLOGIST), DR. KRIST (NEUROSURGEON) AND DR. MICHAEL WESTBROOK (PCP). CO-MORBIDS OF MORBID OBESITY, ATRIAL FIBRILLATION (IRREGULAR HEART RHYTHM) AND TIA (STROKE SYMPTOMS THAT RESOLVE WITHIN 48-72 HOURS). CP REVIEW DONE BY NEUROLOGY DATED 7/24/18 WAS REVIEWED WHICH SUPPORTED THROUGH 1/7/19 (6 MONTHS). UPDATED MEDICAL RECEIVED SINCE CP REVIEW INCLUDES OVNS FROM NEUROLOGY INCLUDING OVN 8/29/18 NOTING THE CLMT CONTINUES WITH DIZZINESS AND SPASMS IN THE FACE AND WAS GIVEN BOTOX INJECTIONS AND WAS ADVISED F/U IN 3 MONTHS. THE NEUROSURGEON INDICATED PREVIOUSLY THAT THE CLMT WAS NOT A CANDIDATE FOR SURGERY. APS NOTED CLASS 5 PHYSICAL AND CLASS 3 MENTAL/NERVOUS (MODERATE LIMITATIONS) WITH ERTW OF 8/29/19. THE CLMT HAD F/U ON 11/30/18 WITH NEUROLOGIST AND CONTINUES WITH THE SAME SYMPTOMS. THE CLMT WAS AGAIN GIVEN BOTOX INJECTIONS AND WILL F/U ON 3/1/19 PER S1. THERE ARE NO ADDITIONAL OVNS ON FILE FOR REVIEW. BASED ON THE CURRENT MEDICAL EVIDENCE ON FILE FOR REVIEW WITH NOTED PERSISTENT ABNORMAL SYMPTOMS, ALONG WITH A TUMOR THAT IS COMPRESSING THE 7TH AND 8TH CRANIAL NERVE RESPONSIBLE FOR VISION, AND NEED FOR BOTOX INJECTIONS AND F/U WITH THE NEUROLOGIST, R&LS OF NO CLIMB, NO WORK FROM HEIGHTS, NO WORK AROUND ELECTRICAL OR MECHANICAL HAZARDS WOULD CONTINUE TO BE SUPPORTED UNTIL THE SYMPTOMS OF DIZZINESS AND FACIAL SPASMS ARE RESOLVED AS THE CLMT IS NOT A SURGICAL CANDIDATE. NCM RECOMMENDS DCM OBTAIN UPDATED MEDICAL RECORDS FROM THE NEUROLOGIST AND PCP IF NO RTW AFTER 8/29/19 (DATE AP INDICATED AS ERTWON APS FORM) AND CONSIDER RE-REFERRAL TO MDS IF IMPAIRMENT IS UNCLEAR. NO FURTHER ACTIVITY BY NCM. UPDATED DCM AND REMOVED FROM ASSIGNMENT.

**03/11/2019 5:20 PM - CLAIM Note 29**
Claim/Event/Leave: 8205360
NoteSubject : Ref to Managed Care
Other Subject : MDS
Text: [03/11/2019 - LESAGE, MORGAN]PLEASE REVIEW UPDATED MEDICAL TO DETERMINE IF ONGOING R/L'S ARE SUPPORTED. IF SO, PLEASE COMMENT ON APPROPRIATE DURATION OF R/LS. AP CONTACT RECOMMEND IF DETERMINED NECESSARY BY NCM. IF UNKNOWN OR UNCLEAR, PLEASE PROVIDECP/PEER SPECIALTY(IES) BEST SUITED TO REVIEW.

**02/14/2019 10:20 AM - CLAIM Note 28**
Claim/Event/Leave: 8205360
NoteSubject : Med Records Rcvd
Other Subject : SPARKS CLINIC
Text: [02/14/2019 - HENNING, ANDRE]8/29-11/30 OVN

**02/12/2019 9:40 AM - CLAIM Note 27**
Claim/Event/Leave: 8205360
NoteSubject : Social Security
Other Subject : TAG
Text: [02/12/2019 - LESAGE, MORGAN]LETTER FROM TAG (SSDI ATTY VENDOR) DATED 2/11/19 CF FILED RECON APP W/ SSA POST INITIAL CLAIM DENIAL 1/22/19.

**01/30/2019 10:41 AM - CLAIM Note 26**
Claim/Event/Leave: 8205360
NoteSubject : Social Security
Other Subject : DENIAL
Text: [01/30/2019 - LESAGE, MORGAN]RECVD COPY OF DENIAL SSDI LETTER DATED 1/22/19. DCM ALREADY REFERRED EE FILE TO TAG ON 1/26/19.

**01/26/2019 2:33 AM - CLAIM Note 25**
Claim/Event/Leave: 8205360
NoteSubject : Ref to SS Vendor
Other Subject : SCORE REFERRAL
Text: 1/25/2019 - REFERRED TO THE ADVOCATOR GROUP AS SS ADVOCATE.

**01/25/2019 3:30 PM - CLAIM Note 24**
Claim/Event/Leave: 8205360
NoteSubject : Ref to Other
Other Subject : RP
Text: [01/25/2019 - LESAGE, MORGAN]REQ RECORDS VIA RELEASEPOINT FROM PROVIDER DR. PHILLIPS FOR 7/1/18 - PRESENT. LM AUTH WAS ATTACHED

**01/25/2019 3:22 PM - PHONE Note 10**
Claim/Event/Leave: 8205360
NoteSubject : EE Called
Other Subject : UPDATE
Text: [01/25/2019 - LESAGE, MORGAN]RECVD CALL FROM EE W/`UPDATE ON STATUS OF SSDI, SSDI WAS DENIED. WILL FAX COPY OF DENIAL LTR TO DCM. EE AGREED TO REFERRAL TO TAG FOR ASSISTANCE ON APPEALING SSDI DECISION. EE PROVIDED UPDATE - HAD ANOTHER STROKE IN NOVEMBER 201, HOWEVER DID NOT GET SEEN BY AP YET, EE STS TOOK MEDICATIONS ALREADY PX AND DID NOT GO TO AP RIGHT AWAY. CF TX PROVIDER IS STILL DR. PHILLIPS - LOV 1/1/19 NOV 3/1/19. DR. ADJAI - CARDIO LOV 1/YEAR AGO NOV 3/7/19. NO LONGER TREATING W/ DR. KRIST. DCM ACK. THANKED FOR UPDATE. NFQ CC.

**10/09/2018 6:55 PM - PHONE Note 9**
Claim/Event/Leave: 8205360
NoteSubject : Called EE
Other Subject : 60 DAY 1ST ATT
Text: [10/09/2018 - LESAGE, MORGAN]PC TO EE FOR 60 DAY FU . LVM FOR EE RRTC FOR UPDATE. THANKED NFQ CC.

**08/28/2018 11:14 AM - CLAIM Note 23**
Claim/Event/Leave: 8205360
NoteSubject : Other
Other Subject : FORMS
Text: [08/28/2018 - LESAGE, MORGAN]SSRA AND W4-S RECVD, EE ALREADY HAS TAX WITHHELD WITH SAME AMOUNT ALREADY BEING OFFSET. NO ACTION NEEDED.

**08/22/2018 1:17 PM - CLAIM Note 22**
Claim/Event/Leave: 8205360
NoteSubject : Other
Other Subject : ADD DD
Text: [08/22/2018 - HOLTZ, JORDAN]ACCT 2001009410 ROUTING 082907273

**08/21/2018 3:56 PM - PHONE Note 8**
Claim/Event/Leave: 8205360
NoteSubject : Called EE
Other Subject :
Text: [08/21/2018 - LESAGE, MORGAN]RECVD VM FROM EE WONDERING IF HAD RIGHT UNDERSTANDING OF HAVING TO FILE FOR SSDI WITHIN 1 YEAR AND WHAT HAPPENS TO LTD PAY IF THEY APPROVE OR DISAPPROVE AFTER THAT. THANKED NFQ CC ------ RTVM TO EE ANSWERED EE'S Q ABOUT SSDI OFFSETS, AND PAYMENTS, EE ACK HAD NFQ THANKED CC.

**08/20/2018 8:17 AM - CLAIM Note 21**
Claim/Event/Leave: 8205360
NoteSubject : Other
Other Subject : BENEFIT CALCULATION
Text: [08/20/2018 - CANNEY, SHEILA]SET UP SCHEDULED PAYMENT BASED ON EARNINGS IN DOC LIST PPE 3/11/18 $44.09 HOURLY X 80 HOURS X 26 WEEKS / 12 MONTHS = $7642.27 BME. THE BENEFIT IS 60% OR $4,585.36. FEDERAL TAX WITHHOLDING HAS BEEN SET UP IN THE AMOUNT OF$88.00 PER W-4S IN DOC LIST. THE INITIAL PAYMENT WORKSHEET HAS BEEN SAVED TO THE DOC LIST.

**08/17/2018 3:39 PM - CLAIM Note 20**
Claim/Event/Leave: 8205360
NoteSubject : Other
Other Subject : REQUEST FOR EARNINGS
Text: [08/17/2018 - CANNEY, SHEILA]EMAILED ER REQUESTING EARNINGS. EMAIL IN DOC LIST

**08/16/2018 1:46 PM - PHONE Note 7**
Claim/Event/Leave: 8205360

Claim/Event/Leave: 8205360
NoteSubject : Called EE
Other Subject : LVM
Text: [08/16/2018 - LESAGE, MORGAN]PC TO EE PER EE REQ TO CALL BACK ON 8/16. LVM FOR EE ADV C/B WITH ANY SPECIFIC QUESTIONS THAT EE HAD FOR DCM TO ANSWER. THANKED NFQ CC.

**08/15/2018 7:23 PM - PHONE Note 6**
Claim/Event/Leave: 8205360
NoteSubject : Called EE
Other Subject : RTVM
Text: [08/15/2018 - LESAGE, MORGAN]RECVD VM FROM EE RRTC ------ RTVM TO EE. EE STS NOT A GOOD TIME TO SPEAK. REQ C/B IN MORNING ON 8/16/18. DCM ACK . THANKED NFQ CC.

**08/14/2018 1:29 PM - PHONE Note 5**
Claim/Event/Leave: 8205360
NoteSubject : EE Called
Other Subject : UPDATE ADDRESS
Text: [08/14/2018 - LESAGE, MORGAN]RECVD VM FROM EE STATING ADDRESS IS WRONG SHOULD BE IN LONDON AR, NOT LANDON. THANKED NFQ CC. *** DCM CORRECTED ADDRESS ON FILE.

**08/09/2018 2:28 AM - CLAIM Note 19**
Claim/Event/Leave: 8205360
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO SHEILA CANNEY.

**08/08/2018 2:30 AM - CLAIM Note 18**
Claim/Event/Leave: 8205360
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION.

**08/07/2018 3:32 PM - PHONE Note 4**
Claim/Event/Leave: 8205360
NoteSubject : Called EE
Other Subject :
Text: [08/07/2018 - LESAGE, MORGAN]PC TO EE FOR APPROVAL, ADV APPR AND BENEFIT INFO. EE THANKED NFQ CC.

**08/07/2018 3:27 PM - CLAIM Note 17**
Claim/Event/Leave: 8205360
NoteSubject : Ref to Other
Other Subject : PS
Text: [08/07/2018 - LESAGE, MORGAN]REF TO PS FOR INITIAL CALCS

**08/07/2018 3:16 PM - CLAIM Note 16**
Claim/Event/Leave: 8205360
NoteSubject : Other
Other Subject : M1 REVIEW
Text: [08/07/2018 - CHANDRA, JUANITA]AGREE WITH APPROVAL

**08/07/2018 1:41 PM - CLAIM Note 15**
Claim/Event/Leave: 8205360
NoteSubject : Action Plan
Other Subject : RTW OO MAR 2019
Text: [08/07/2018 - LESAGE, MORGAN]45 YOM JT, FOREMAN TRANSMISSION OA CONFIRMED LIGHT TO MEDIUM FOR JOB TITLE MAINTENANCE SUPERVISOR - SUPERINTENDENT (MACHINE) **EE OOW DUE TO INOPERABLE TUMOR THAT IS CAUSING DIMNESS**NEURO PEER REVIEW 7/24: BASED ON THE DOCUMENTATION PROVIDED, AND FROM A NEUROLOGICAL PERSPECTIVE ONLY, THE CLAIMANT HAS RESTRICTIONS AND LIMITATIONS AS A RESULT OF THE CP ANGLE MA S. THE CLAIMANT HAS SYMPTOMS OF DIZZINESS. ON EXAM, THERE IS DOCUMENTATION OF UNSTEADINESS. AS A RESULT, ASA MATTER OF SAFETY ONLY, THE CLAIMANT HAD THE FOLLOWING RESTRICTIONS AND LIMITATIONS: HE COULD NOT CLIMB, HE COULD NOT WORK AROUND HEIGHTS AND HE WOULD NOT BE ABLE TO SAFELY WORK AROUND ELECTRICAL OR MECHANICAL HAZARDS. THERE ARE NO OTHER RESTRICTIONS OR LIMITATIONS. THE DURATION OF THE RESTRICTIONS AND LIMITATIONS IS NOT KNOWN DUE TO THE NATURE OF HIS CONDITION. REASSESSMENT IN SIX MONTHS FROM THE DATE OF THIS REPORT IS REASONABLE. THE PROGNOSIS IS NOT KNOWN DUE TO THE NATURE OF HIS CONDITION.** OA OUTLINES EE OCC DUTIES AS DIRECTLY SUPERVISE AND COORDINATE ACTIVITIES OF MECHANICS, INSTALLERS, AND REPAIRERS BY INSPECTING, TESTING AND MEASURING COMPLETED WORK, USING DEVICES SUCH AS HAND TOOLS OR GAUGES TO VERIFY CONFORMANCE TO STANDARDS ORREPAIR REQUIREMENTS, AND EXAMINING TOOLS AND EQUIPMENT. *** BASED ON EE'S OCC REQUIRES EE TO WORK AROUND ELECTRICAL AND MECHANICAL AREAS, WHICH IS A SUPPORTED R/L NOTED IN PEER REVIEW, EE IS PRECLUDED FROM PERFORMING OWN OCC UNTIL 2/2019 (6 MO FROM REPORT). *** CLAIM REF TO M1 FOR OWN OCC APPROVAL. *** PLAN: F/U WITH EE IN 60 DAYS FOR UPDATE ON ONGOING TX PLAN

**08/01/2018 7:35 PM - CLAIM Note 14**
Claim/Event/Leave: 8205360

NoteSubject : LTR to EE
Other Subject :
Text: [08/01/2018 - LESAGE, MORGAN]MAILED EE CHANGE IN DCM LTR

**08/01/2018 5:47 PM - CLAIM Note 13**
Claim/Event/Leave: 8205360
NoteSubject : Action Plan
Other Subject : PENDING
Text: [08/01/2018 - MCGRATH, SEAN]45 YOM FOREMAN TRANSMISSION OA CONFIRMED LIGHT TO MEDIUM**EE OOW DUE TO INOPERABLE TUMOR THAT IS CAUSING DIMNESS**NEURO PEER REVIEW 7/24: BASED ON THE DOCUMENTATION PROVIDED, AND FROM A NEUROLOGICAL PERSPECTIVE ONLY, THE CLAIMANT HAS RESTRICTIONS AND LIMITATIONS AS A RESULT OF THE CP ANGLE MASS. THE CLAIMANT HAS SYMPTOMS OF DIZZINESS. ON EXAM, THERE IS DOCUMENTATION OF UNSTEADINESS. AS A RESULT, AS A MATTER OF SAFETY ONLY, THE CLAIMANT HAD THE FOLLOWING RESTRICTIONS AND LIMITATIONS: HE COULD NOT CLIMB, HE COULD NOT WORK AROUND HEIGHTS AND HE WOULD NOT BE ABLE TO SAFELY WORK AROUND ELECTRICAL OR MECHANICAL HAZARDS. THERE ARE NO OTHER RESTRICTIONS OR LIMITATIONS. THE DURATION OF THE RESTRICTIONS AND LIMITATIONS ISNOT KNOWN DUE TO THE NATURE OF HIS CONDITION. REASSESSMENT IN SIX MONTHS FROM THE DATE OF THIS REPORT IS REASONABLE. THE PROGNOSIS IS NOT KNOWN DUE TO THE NATURE OF HIS CONDITION.**F/U WITH VOC TO CONFIRM SPECIFIC OCC REQUIREMENTS

**07/27/2018 4:50 PM - CLAIM Note 12**
Claim/Event/Leave: 8205360
NoteSubject : Voc Rehab
Other Subject : OA
Text: [07/27/2018 - CACIOPPO, ROSE]OA COMPLETED AND PLACED IN S1 W/NOTIFICATION TO DCM.

**07/27/2018 3:37 PM - CLAIM Note 11**
Claim/Event/Leave: 8205360
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [07/27/2018 - MICHAUD, ROBIN]INVOICE RECEIVED ON 7/25/2018 AND DATED 7/24/2018 FROM MLS GRP. INVOICE #360376 IN THE AMOUNT OF $420.00 FOR NEUROLOGY PEER REVIEW COMPLETED BY DAVID HOENIG . INVOICE PAID IN FULL

**07/27/2018 2:29 AM - CLAIM Note 10**
Claim/Event/Leave: 8205360
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 7/26/2018-REFERRAL RECEIVED BY VCM AND ASSIGNED TO CACIOPPO, ROSE. CLAIM/AS EVENT IS PENDING REVIEW.

**07/26/2018 2:29 AM - CLAIM Note 9**
Claim/Event/Leave: 8205360
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 7/25/2018 - REFERRED TO THE VOC UNIT FOR OCCUPATIONAL ANALYSIS.

**07/17/2018 2:29 AM - CLAIM Note 8**
Claim/Event/Leave: 8205360
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 7/16/2018 - REFERRED TO MLS GROUP OF COMPANIES FOR PEER REVIEW.

**07/16/2018 6:16 PM - CLAIM Note 7**
Claim/Event/Leave: 8205360
NoteSubject : Ref to Other
Other Subject : PEER REVIEW
Text: [07/16/2018 - MCGRATH, SEAN]REFERRED FOR NEURO PEER REVIEW

**06/29/2018 5:30 PM - CLAIM Note 6**
Claim/Event/Leave: 8205360
NoteSubject : LTR to AP
Other Subject : DR. PHILLIPS
Text: [06/29/2018 - MCGRATH, SEAN]REQUESTED MEDICAL FROM 8/1/17 - PRESENT

**06/29/2018 5:24 PM - PHONE Note 3**
Claim/Event/Leave: 8205360
NoteSubject : EE Called
Other Subject : INITIAL
Text: [06/29/2018 - MCGRATH, SEAN]EE REPORTS HAVING PROBLEMS WITH DIZZINESS AND BALANCE FOR A FEW YEARS THAT HAS GOTTEN PROGRESSIVELY WORSE**PROVIDERS THINK THAT IT CAUSED FROM NON-CANCEROUS TUMOR ON BRAIN STEM**HAS UNCONTROLLED FACIAL MOVEMENT**EE REPORTSPROBLEMS WITH VISION OR FOCUSING, SYPTOMS SIMILAR TO CARSICKNESS ALL THE TIME**EE HAS TRIED MEDICAL THAT HAS NOT HELPED**UNABLE TO HAVE IT SURGICAL REMOVED**EE IS TREATING WITH DR. PHILLIPS ONLY CURRENTLY**EE IS NOT TAKING ANY MEDICATION AND CONDITION IS NOT EXPECTED TO IMPROVE**EE DOES NOT THINK HE WILL BE ABLE TO RTW WITH CURRENT SYMPTOMS**HAS NOT APPLIED FOR SSDB**REVIEWED LTD PROCESS AND ACK LETTER GOING OUT**WILL F/U FOR MEDICAL RECORDS

**06/29/2018 4:55 PM - PHONE Note 2**
Claim/Event/Leave: 8205360
NoteSubject : Called EE
Other Subject : LEFT VM
Text: [06/29/2018 - MCGRATH, SEAN]REQUESTED CB TO DISCUSS CLAIM

**06/28/2018 10:50 AM - CLAIM Note 5**
Claim/Event/Leave: 8205360
NoteSubject : LTR to EE
Other Subject : ACK LETTER
Text: [06/28/2018 - MCGRATH, SEAN]SENT ACK LETTER TO EE

**06/28/2018 9:37 AM - CLAIM Note 4**
Claim/Event/Leave: 8205360
NoteSubject : Other
Other Subject : REFERRAL
Text: [06/28/2018 - BREWSTER, TRISHA]BASED ON DX, SYMPTOMS AND OCC DEMANDS, CLAIM CAN REMAIN ASSIGNED TO CURRENT DCM

**06/28/2018 2:29 AM - CLAIM Note 3**
Claim/Event/Leave: 8205360
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 6/27/2018 - REFERRED TO TCMS FOR REVIEW AND POTENTIAL MANAGEMENT.

**06/27/2018 6:25 PM - CLAIM Note 2**
Claim/Event/Leave: 8205360
NoteSubject : Ref to Other
Other Subject : TCMS
Text: [06/27/2018 - MCGRATH, SEAN]REFERRED FRO ONGOING REVIEW

**06/27/2018 6:23 PM - PHONE Note 1**
Claim/Event/Leave: 8205360
NoteSubject : Initial EE Interview
Other Subject : LEFT VM
Text: [06/27/2018 - MCGRATH, SEAN]REQUESTED CB TO DISCUSS CLAIM

**06/25/2018 11:17 AM - CLAIM Note 1**
Claim/Event/Leave: 8205360
NoteSubject : Initial Entry
Other Subject :
Text: [06/25/2018 - NEWTON, CYNTHIA]CLAIM CREATED PER EMAIL PLEASE VERIFY CITY.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688

REX CHRONISTER
CFF LAW
309 N. 7TH STREET
PO BOX 66
FORT SMITH AR 72902

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

February 3, 2022

Rex W. Chronister
Cff Law
309 N. 7TH STREET
PO BOX 66
FORT SMITH, AR 72902

RE: Long Term Disability (LTD) Benefits
OGE Energy Corp.
Claim #: 8205360
Claimant: Wesley Kenney

Dear Rex Chronister:

We are writing in response to a message received from you on February 01, 2022 regarding the Long Term Disability appeal for Mr. Wesley Kenney.

Mr. Kenney's Long Term Disability claim was denied on January 18, 2020. He was advised of his right to appeal the decision under ERISA guidelines. On May 20, 2020, you appealed the decision on behalf of Mr. Kenney. Our office conducted a full and fair review of Mr. Kenney's appeal and a decision was rendered on September 21, 2020 to uphold the denial of benefits.

Pursuant to ERISA Regulations, Mr. Kenney was afforded an opportunity to appeal the denial of his claim and to submit additional documentation to support his claim. Lincoln Financial Group reviewed this appeal and rendered our final decision on Mr. Kenney's claim. Mr. Kenney has exhausted his administrative remedies under ERISA. Therefore, his claim remains closed and no further action will be taken by Lincoln Financial Group.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya Valliere
Appeals Specialist
Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 422-7909

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

| | |
|---|---|
| Date: | February 2, 2022 |
| To: | REX CHRONISTER<br>CFF LAW<br>309 N. 7TH STREET<br>PO BOX 66<br>FORT SMITH AR 72902 |
| Attn: | |
| Fax: | (479) 783-1571 |
| From: | Tawnya Valliere<br>Appeals Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 422-7909 |
| Total Pages<br>(Including Cover): | 2 |
| RE:<br><br>Claim #: 8205360<br>Claimant: Wesley Kenney<br><br>OGE Energy Corp. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

February 2, 2022

Rex W. Chronister
Cff Law
309 N. 7TH STREET
PO BOX 66
FORT SMITH, AR 72902

RE: Long Term Disability (LTD) Benefits
OGE Energy Corp.
Claim #: 8205360
Claimant: Wesley Kenney

Dear Rex Chronister:

We are writing in response to a message received from you on February 01, 2022 regarding the Long Term Disability appeal for Mr. Wesley Kenney.

Mr. Kenney's Long Term Disability claim was denied on January 18, 2020. He was advised of his right to appeal the decision under ERISA guidelines. On May 20, 2020, you appealed the decision on behalf of Mr. Kenney. Our office conducted a full and fair review of Mr. Kenney's appeal and a decision was rendered on September 21, 2020 to uphold the denial of benefits.

Pursuant to ERISA Regulations, Mr. Kenney was afforded an opportunity to appeal the denial of his claim and to submit additional documentation to support his claim. Lincoln Financial Group reviewed this appeal and rendered our final decision on Mr. Kenney's claim. Mr. Kenney has exhausted his administrative remedies under ERISA. Therefore, his claim remains closed and no further action will be taken by Lincoln Financial Group.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya Valliere
Appeals Specialist
Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 422-7909

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

| | |
|---|---|
| Date: | September 21, 2020 |
| To: | REX CHRONISTER<br>CFF LAW<br>309 N. 7TH STREET<br>PO BOX 66<br>FORT SMITH AR 72902 |
| Attn: | |
| Fax: | (479) 783-1571 |
| From: | Tawnya Valliere<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 422-7909 |
| Total Pages<br>(Including Cover): | 10 |
| RE:<br><br>Claim #: 8205360<br>Claimant: Wesley Kenney<br><br>OGE Energy Corp. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

September 21, 2020

Rex W. Chronister
Cff Law
309 N. 7TH STREET
PO BOX 66
FORT SMITH, AR 72902

RE: Long Term Disability (LTD) Benefits
OGE Energy Corp.
Claim #: 8205360
Claimant: Wesley Kenney

Dear Rex Chronister:

We reviewed your appeal request for Long Term Disability ("LTD") benefits on behalf of Wesley Kenney and maintained the decision to deny benefits beyond January 16, 2020.

**<u>Initial Claim Decision</u>**

Ms. Kenney submitted a claim for his absence from work as of March 16, 2018, as a result of dizziness and balance issues due to CP Angle tumor. LTD benefits were approved from September 12, 2018 through January 16, 2020. Benefits beyond January 16, 2020 were denied as the evaluation concluded Mr. Kenney was no longer disabled as defined by the Policy.

The basis for the decision was outlined in a letter dated January 18, 2020. Mr. Kenney was provided an opportunity to request an appeal review of the denial, stating the reasons why he felt that his claim should not have been denied, and submit additional information to support his claim. Specifically, he was advised to submit the following information: "*All office visit notes, test results, lab results, prescription histories, hospital records, discharge summaries, x-ray reports, consulting physician reports, pharmacy records, physical and occupational therapy notes, MRI results, CT scan results, mental health status evaluations, and treatment plans, and specific restrictions and limitations from March 2018 to the present from any and all other treating providers you have treated with for your medical condition. You should also provide any additional information that you feel will support your claim.*"

**<u>Appeal</u>**

We received your letter of appeal dated May 20, 2020 on behalf of Mr. Kenney. In support of Mr. Kenney's claim, the following additional information was submitted:

- *Residual Functional Capacity Form completed by Dr. Tonya Phillips*

This appeal review and analysis considered all the medical and claim documentation contained in your Long Term Disability administrative record, whether or not specifically referenced in this document.

Appeal Evaluation

During the claim evaluation of ongoing benefits, Mr. Kenney's claim was reviewed by Dr. Jennifer A. King, an independent physician who is board certified in Family Medicine. Following a complete review of Mr. Kenney's file, Dr. King concluded the available medical evidence supports restrictions and limitations of no climbing except stairs or working from heights or other activity that would increase risk of falls or imbalance related to Mr. Kenney's claimant's chronic use of anti-coagulants for paroxysmal atrial fibrillation and dizziness. Further, Dr. King stated,

> *Per medical records, claimant has paroxysmal atrial fibrillation requiring long term use of an anticoagulant, dizziness, brain tumor and right hemifacial muscle spasm. Per office visit note on 3/7/2019 with Dr. Adjei, cardiologist, claimant's atrial fibrillation was stable on medication but still required daily anti-coagulant. Claimant's dizziness was reported as none occurring recently, and physical exam was normal except for facial asymmetry. Per claimant's office visit with Tonya Phillips, 6/6/2019, in the review of systems there are no reports of balance issues, falls, or dizziness and claimant was treated with Botox for his facial asymmetry and was to follow up in 3 months.*
>
> *Per medical records, claimant's daily use of anti-coagulant therapy would result in restrictions and limitations of no climbing except stairs or working from heights or other activity that would risk falls or imbalance due to risk of bleeding if an injury were to occur. Claimant could supervise this type of work but should be very careful lifting or using heavy equipment.*

Mr. Kenney's file was also reviewed by a Vocational Case Manager, who completed an Occupational Analysis in order to compare his job, Foreman A Transmission to the occupation in the National Economy, per the DOT of Maintenance-Mechanic Supervisor and Maintenance Superintendent as it is normally performed in the national economy. The analysis showed Mr. Kenney's occupation is most often performed at the light and medium levels of physical demand based on the Department of Labor descriptions found in the DOT, with opportunities at both levels.

The Department of Labor defines Light work as,

***"L-Light Work*** *- Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be*

*and is physically demanding of a worker even though the amount of force exerted is negligible."*

*Positional requirements in light environments include:*

***Frequent*** *sitting, standing, walking, reaching, handling and fingering*
***Occasional*** *bending/stooping and twisting*
***No*** *crawling, crouching/squatting, climbing, balancing or kneeling*

Following these reviews, the disability case manager determined Mr. Kenney was no longer Disabled as defined by the Policy and that no further benefits were payable beyond January 16, 2020.

During the review of Mr. Kenney's appeal, his claim was reviewed by Dr. Mark A. Sims, an independent physician Board Certified in Cardiovascular Disease and Internal Medicine. Dr. Sims attempted to contact Mr. Kenney's primary care provider, Dr. Westbrook and cardiologist, Dr. Adjei to discuss his case. Dr. Westbrook's office advised that Dr. Westbrook does not engage in disability assessments. Telephone contact with Dr. Adjei was not successful.

Following a complete review of Mr. Kenney's file, Dr. Sims concluded the available medical evidence supports diagnoses of paroxysmal atrial fibrillation, hypertension, and bradycardia. However, Dr. Sims opined no restrictions other than no work at unprotected heights due to treatment with Xarelto
are warranted. Further Dr. Sims stated,

> *This review is from a Cardiovascular Disease perspective. The claimant is a 46-year-old male who has reported date of disability of 3/16/18. The claimant has a diagnosis of neoplasm of unspecified behavior of brain. The period in review is from 01/17/20 to the present.*
>
> *The claimant does experience paroxysmal atrial fibrillation however the records provided for review are limited and do not address the issues of structural heart disease, recent recurrence of arrhythmia, other cardiovascular comorbidities such as coronary artery disease or LV dysfunction and do not provide a test based assessment of functional capacity such as stress testing or Cardiopulmonary stress testing.*
>
> *Due to a lack of data the claimant's cardiovascular-based functional capacity is not addressed by the limited records provided for review therefore cardiovascular based impairment is not supported. If additional data should become available that would alter/impact this assessment it should be considered.*
>
> *Medical information not in the file that if it became available, could be helpful are:*
>
> *1. Event monitoring*
> *2. Echocardiography*
> *3. Stress Testing*
> *4. NT ProBNP determinations*
>
> *Based on review of the totality of provided medical records.*

During the review of Mr. Kenney's appeal, his claim was also reviewed by Dr. Norman Burns, an independent physician Board Certified in Neurology. Dr. Burns attempted to contact Mr. Kenney's neurologist, Dr. Tonya Phillips, however, telephone contact was not successful.

Based on his review of the medical records, Dr. Burns indicated diagnoses include CP angle mass, vertigo, and hemifacial spasm. However, there was no documentation to support a neurologic diagnosis or impairment leading to restrictions or limitations from January 17, 2020 to present. Further Dr. Burns stated,

> *This review is from a Neurological perspective. The claimant is a 46 year old male who has a listed diagnosis of "neoplasm of unspecified behavior of brain." This review is to determine if the claimant was functionally impaired from 01/17/2020 to present. The claimant's date of disability was noted to be 03/16/2018.*
>
> *The claimant has a long history of right hemifacial spasm well controlled with serial Botox injections. The claimant has known right CP angle benign lipoma that is stable over an 8 year period. The claimant developed dizziness and vertigo.*
>
> *MRI noted a stable CP angle tumor with no change in 8 years. Neurosurgical evaluation did not warrant any surgical intervention. Botox treatments have continued.*
>
> *The medical documentation does not support any medical condition alone, or in combination, that would preclude the claimant from sustained occupational functioning on a full-time basis from 01/17/2020 to present*
>
> *The medical records do not support any neurologic diagnosis or impairment for the timeframe of 01/17/2020 to present. There were no medical records provided since June of 2019 (seen for Botox injections).*
>
> *Updated medical records from 01/17/2020 to present that document a neurological diagnosis and examination/evaluation findings would be helpful.*

Since telephone contact with Dr. Phillips was not successful, Dr. Burns faxed a question letter to Dr. Burns on July 02, 2020. A response was received via fax from Dr. Phillips on July 09, 2020 indicating that she has followed Mr. Kenney for several years for right hemifacial spasm. She indicated he has also had progressive difficulty with dizziness to the point that it affects his balance, his ability to drive, and his ability to work. Dr. Phillips stated that Mr. Kenney has difficulty climbing at any height as well as working on a computer for prolonged periods of time due to visual symptoms and vertigo. She noted he has a very large 2.2 cm right CP angle tumor which at this time is not felt to be resectable and is being monitored. He has been evaluated by neurosurgery. At this time she stated he is being treated symptomatically with Botox injection for his hemifacial spam which have been effective. Dr. Phillips indicated he has been given various medications for the dizziness none which have been very effective and cause more side effects. She stated his last visit was June 17, 2020 and he is followed every three months.

On July 07, 2020, we sent you a letter which included a copy of the clinical reviews performed in connection with Mr. Kenney's request for appeal. You were given an opportunity to review and

respond with any additional information that you would like considered before a final determination was made on the appeal. A deadline for response was given of July 28, 2020.

We received a letter from your office dated July 21, 2020 in response to the clinical reviews completed in connection with Mr. Kenney's request for appeal. In your letter you indicated that the medical reviews allege to be for the period of January 17, 2020 through June 20, 2020, however, medical records which occurred during that timeframe were not considered. You stated there is no reference to the consideration of the Residual Functional Capacity Evaluation by Dr. Phillips dated April 01, 2020. You also indicated that requests were made to Dr. Abdul-Nasser Adjei, however, Mr. Kenney changed cardiology physicians to Dr. Sastry V. Trayaga.

We also received a voice message from you on July 20, 2020. During a telephone conversation on July 21, 2020, you reported that you would require additional time and were in the process of obtaining additional medical information from Mr. Kenney's treating providers. At that time, we granted an extension and requested that any additional documentation you wished to have considered for Mr. Kenney's appeal be submitted no later than August 18, 2020.

On August 20, 2020, we contacted your office by phone to inquire as to whether you were still in the process of obtaining additional documentation to be considered for Mr. Kenney's appeal. A message was left with Brooklyn at that time. To date, we have not received a return call or any additional documentation from your office.

Mr. Kenney's file was referred for an addendum review by independent neurology physician, Dr. Norman Burns. Dr. Burns indicated there was no change to his prior assessment. The clinical review concluded the medical records do not support a neurologic impairment warranting restrictions or limitations for the time of January 17, 2020 and continuing. Mr. Kenney has a diagnosis of hemifacial spasms, which is specifically documented as "effective." Dr. Burns indicated there is no documentation of how the neurologic diagnosis leads to any physical or functional impairment. In addition, Mr. Kenney has a diagnosis of a CP angle tumor. This has been stable for 8 years with no surgical intervention needed. Dr. Burns indicated there is no documentation supporting an impairment from the neurologic diagnosis or how it would prevent the Mr. Kenney from performing his occupation.

The additional information received with Ms. Kenney's appeal has been considered. However, there were no new diagnostic test results, office treatment notes, treatment plans, or evaluations included to change the prior assessment.

Determinations made by Lincoln Financial Group are based on the provisions outlined in the OGE Energy Corp. LTD Policy. These provisions are not contingent on decisions made by either the Social Security Administration or other disability-determining entities. Therefore, an award of Social Security Disability Benefits is not determinative of entitlement to benefits under the specific terms and conditions of the Group Disability Income Policy.

**Conclusion**

We conducted a thorough and independent review of Mr. Kenney's entire claim. In summary, we acknowledge that he may have continued to experience some symptoms associated with his condition beyond January 16, 2020. However, the information does not contain exam findings,

diagnostic test results or other forms of medical documentation supporting his impairments and symptoms remained of such severity, frequency and duration that they resulted in restrictions or limitations rendering him unable to perform the duties of his occupation after that date.

Having carefully considered all of the information submitted in support of Mr. Kenney's claim, our position remains that proof of his continued disability in accordance with the Policy provisions after January 16, 2020 has not been provided. Therefore, no further benefits are payable.

This claim decision reflects an evaluation of the claim facts and Policy provisions.

**Policy Provisions**

In order to continue receiving benefits, you must satisfy the requirements of all Policy provisions that state, in part:

***Disability Benefit***

*When Liberty receives Proof that a Covered Person is Disabled due to Injury or Sickness and requires the Regular Attendance of a Physician, Liberty will pay the Covered Person a Monthly Benefit after the end of the Elimination Period, subject to any other provisions of this policy. The benefit will be paid for the period of Disability if the Covered Person gives to Liberty Proof of continued:*

*1. Disability;*
*2. Regular Attendance of a Physician; and*
*3. Appropriate Available Treatment.*

*The Proof must be given upon Liberty's request and at the Covered Person's expense. In determining*
*whether the Covered Person is Disabled, Liberty will not consider employment factors including, but*
*not limited to, interpersonal conflict in the workplace, recession, job obsolescence, paycuts, job sharing and loss of a professional or occupational license or certification.*

*For purposes of determining Disability, the Injury must occur and Disability must begin while the Employee is insured for this coverage.*

***"Disability"*** *or* ***"Disabled"*** *means:*

*Applicable to Class 1:*

*b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit,* ***"Disability"*** *or* ***"Disabled"*** *means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

***"Material and Substantial Duties"*** *means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*

***"Own Occupation"*** *means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.*

***" "Proof"*** *means the evidence in support of a claim for benefits and includes, but is not limited to, the following:*

*1. a claim form completed and signed (or otherwise formally submitted) by the Covered Person claiming benefits;*
*2. an attending Physician's statement completed and signed (or otherwise formally submitted) by the Covered Person's attending Physician; and*
*3. the provision by the attending Physician of standard diagnosis, chart notes, lab findings, test results, x-rays and/or other forms of objective medical evidence in support of a claim for benefits.*

*Proof must be submitted in a form or format satisfactory to Liberty.*

***Discontinuation of the Long Term Disability Benefit***

*The Monthly Benefit will cease on the earliest of:*

*1. the date the Covered Person fails to provide Proof of continued Disability or Partial Disability and Regular Attendance of a Physician;*
*2. the date the Covered Person fails to cooperate in the administration of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.*
*3. the date the Covered Person refuses to be examined or evaluated at reasonable intervals;*
*4. the date the Covered Person refuses to receive Appropriate Available Treatment;*
*5. the date the Covered Person refuses a job with the Sponsor where workplace modifications or accommodations were made to allow the Covered Person to perform the Material and Substantial Duties of the job;*
*6. the date the Covered Person is able to work in his Own Occupation on a part-time basis, but chooses not to;*
*7. the date the Covered Person's current Partial Disability earnings exceed 80.00% of his Indexed Basic Monthly Earnings;*
*Because the Covered Person's current earnings may fluctuate, Liberty will average earnings over three consecutive months rather than immediately terminating his benefit once 80.00% of Indexed Basic Monthly Earnings has been exceeded.*
*8. the date the Covered Person is no longer Disabled according to this policy;*
*9. the end of the Maximum Benefit Period; or*
*10. the date the Covered Person dies.*

Under the Employee Retirement Income Security Act (ERISA) appeal guidelines, you were entitled to appeal the decision made by Lincoln Financial Group, and to submit any additional information you wished to be considered as part of the appeal. Lincoln Financial Group has conducted a full and fair review of your appeal and accompanying materials, and has concluded that the denial of benefits will be maintained.

At this time, your administrative right to review has been exhausted; no further review will be conducted by Lincoln Financial Group and your claim will remain closed. You may request to receive, free of charge, copies of all documents relevant to your claim. You have the right to bring a civil action under section 502(a) of ERISA following an adverse benefit determination on review.

The OGE Energy Corp. Group Disability Income Policy contains the below provision:

***Legal Proceedings***

*A claimant or the claimant's authorized representative cannot start any legal action:*

*1. until 60 days after Proof of claim has been given; or*
*2. more than three years after the time Proof of claim is required.*

If your plan is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency. In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under applicable law. Your employer's plan has a contractual limitations period of three years, which means that a lawsuit must be brought within three years after the date written proof of claim or proof of continued disability was required. The date on which the contractual limitations period expires for this claim is October 21, 2023.

This information is provided for purposes of this claim only, as the time proof of claim is required may differ based on claim specifics and applicable policy language.

Nothing in this letter should be construed as a waiver of any Lincoln Financial Group rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

Decisions made by Lincoln Financial Group are based on the provisions outlined in the OGE Energy Corp. LTD Policy. These provisions are not contingent on decisions made by either the Social Security Administration or other disability-determining entities. No internal rules, guidelines, protocols, standard or other similar criteria were relied upon in rendering the claim determination.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłįį' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bąąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducci n, cont cteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelaci n.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya Valliere
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 422-7909

RRS
Reliable Review Services

| | |
|---|---|
| Date: | 9/16/2020 |
| To: | Tawnya Valliere |
| | LINCOLN FINANCIAL GROUP |
| Re: | RRS ID: 54114 |

| | |
|---|---|
| Claimant: | Wesley F Kenney |
| Claim #: | 8205360 |
| Line of Business: | Disability |
| Review Type: | LTD |
| Review Level: | Initial |
| Advisory Report | |

## Clinical History

This case was previously reviewed by me; RRS case 51671 dated 7/2/2020. Additional medical records were provided for review. This review is from a Neurology perspective. The claimant is a 47-year-old male who has a listed diagnosis of Neoplasm of unspecified behavior of brain. This review is to determine if the additional medical records changes my prior opinion. The claimant's first date of absence was noted to be 1/17/2020.

Letter from Dr. Kenney on 7/9/2020 stating the claimant has hemifacial spasm and dizziness. He has a right CP angle tumor, which cannot be resected. The Botox treatments have been successful for the hemifacial spasm.

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 9/11/2020 2:00 PM CDT | Nicole | I left a message for Dr. Phillips to call me back. |
| 9/14/2020 11:30 AM CDT | Nicole | I left a message for Dr. Phillips to call me back. |

## Questions and Reviewer's Response

### 1. Does this additional information change your prior assessment? Please explain.

No. The additional provided medical documentation does not change previous opinion. The medical records do not support a neurologic impairment warranting restrictions or limitations for the time of 1/17/2020 and continuing. The claimant has a diagnosis of hemifacial spams, which is specifically

RRS
Reliable Review Services

documented as "effective." There is no documentation of how the neurologic diagnosis leads to any physical or functional impairment. In addition, the claimant has a diagnosis of a CP angle tumor. This has been stable for 8 years with no surgical intervention needed. There is no documentation supporting an impairment from the neurologic diagnosis or how it would prevent the claimant from performing his occupation.

## Assessment/Rationale

The claimant is a 47-year-old male with a long history of right hemifacial spasm well controlled with serial Botox injections. The claimant developed dizziness and vertigo. MRI noted a stable CP angle tumor with no change in 8 years. Neurosurgical evaluation did not warrant any surgical intervention. Botox treatments have continued and most recent letter from Dr. Phillips documents them as "effective." The medical documentation does not support any medical condition alone, or in combination, that would preclude the claimant from sustained occupational functioning on a full-time basis from 01/17/2020 to present.

***The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.***

***I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.***

Norman Burns, MD
Board Certified
Neurology
MI - 4301075021

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|

RRS
Reliable Review Services

| | | |
|---|---|---|
| Undated | Peer Review | Not Signed |
| 07/05/2018, 07/18/2018, 08/26/2019, 08/23/2019, 09/23/2019 | Authorization For The Release Of Information Including Protected Health Information | Claimant |
| 06/29/2018, 11/08/2018, 01/29/2019, 08/17/2019, 08/19/2019, 11/11/2019 | Correspondence | Client |
| 06/15/2020 | Correspondence | Rex Chronister, Attorney At Law |
| Undated | Residual Functional Capacity Form | Not Signed |
| Undated | Peer Review | Not Signed |
| 01/22/2019, 05/31/2019 | Correspondence | Social Security Administration Retirement, Survivors And Disability Insurance |
| 02/11/2019, 06/17/2019 | Correspondence | Advocator Group |
| 01/20/2019 | Authorization For Release Of Long- Term Disability | Claimant |
| 05/20/2020 | Certified Mail Return Receipt Requested | Rex Chronister, Attorney At Law |
| 06/25/2018 | Attending Physician's Statement | Tonya Phillips, MD |
| 06/25/2018 | Authorization For Release Medical Information | Claimant |
| 06/25/2018 | Beneficiary Designation Form | Claimant |
| 06/25/2018 | Request For Federal Income Tax Withholding Form Sick Pay | Department Of The Treasury Internal Revenue Service |
| 06/25/2018 | Disability Claim Form | Claimant |
| 04/05/2018, 06/21/2018 | Office Visit | Tonya Phillips, MD |
| 04/12/2018 | MRI Brain With And Without Contrast | Clint Wood, MD |
| 07/05/2018 | Claimant Information Form | Claimant |
| Undated | Claimant Supplementary Statement | Claimant |
| 08/21/2018 | Social Security/Reimbursement Agreement | Client |
| 08/21/2018 | Request For Federal Income Tax | Claimant |
| 06/25/2018-08/17/2018 | Email :Correspondences | Client |
| 03/11/2018 | Earnings Statements | Oklahoma Gas And Electric Company |
| 06/22/2018 | Correspondence | OGE Energy Corp |
| Undated | Job Description | Employer |
| Undated | Long Term Disability | Transco Constrution |
| 06/22/2018 | Employer's Statement | Claimant |
| 11/07/2019 | Nursing Memorandum | Client |
| 12/12/2019 | Correspondence | Jennifer King, MD |

RRS
Reliable Review Services

| | | |
|---|---|---|
| 12/13/2019 | Correspondence | Tonya Phillips, MD |
| 07/24/2018 | Independent Peer Review | David Hoenig, MD |
| 12/13/2019, 12/31/2019, 07/07/2020 | ICP Memo | Jennifer King, MD |
| 08/04/2017, 04/05/2018, 04/12/2018, 05/25/2018, 06/21/2018, 08/29/2018, 11/30/2018, 06/06/2019 | Office Visit | Tonya Phillips, MD |
| 04/20/2018, 05/29/2018, 08/31/2018, 03/04/2019 | Delivery Verification | Accredo Specialty Pharmacy |
| 08/04/2017 | Botox Billing Summary | Signature Illegible |
| 08/07/2017 | Informed Consent For Therapeutic Botox | Signature Illegible |
| 08/04/2017 | Generic Waiver | Signature Illegible |
| 07/21/2017 | Meds Form | Tonya Phillips, MD |
| 08/07/2017 | Account Information | Accredo Specialty Pharmacy |
| 10/24/2019 | Authorization To Use And Disclose Protected Health Information | Claimant |
| 03/07/2019 | Office Visit | Abdul - Nasser Adjei, MD |
| Undated | Initial Payment Calculation Worksheet | Employer |
| 08/15/2018 | Direct Deposit Application | Claimant |
| 07/27/2018 | Occupational Analysis/Vocational Review | Rose Cacioppo, MA CRC, CDMS |
| . | | |
| . | | |
| ADDENDUM | ADDENDUM | |
| 07/21/2020 | Attorney Correspondence | CFF Law<br>Chronister, Fields, & Flake, PLLC |
| 04/01/2020 | Residual Functional Capacity Form | Tonya Phillips, MD |
| 07/02/2020 | Fax Correspondence To Dr. Phillips | Norman Burns, MD |
| 07/09/2020 | Correspondence | Tonya Phillips, MD |

# INVOICE

**Reliable Review Services**

**Invoice Number : 54114-1** **9/16/2020 3:32 PM CDT**

Claimant: Wesley F Kenney
Client Claim#: 8205360
RRS Claim#: 54114-1

**Customer:** LINCOLN FINANCIAL GROUP
8801 Indian Hills Drive
Omaha, NE 68114

| Description of Services | Hours | Rate | Other Fees | Amount Due |
|---|---|---|---|---|
| PEER REVIEW | 0.75 | 210 | $0.00 | 157.50 |

**Total Due: $157.50**

**Reviewer Details**

**Reviewer**

Norman Burns - Neurology

**Please include the invoice number with your payment and mail to:**

Reliable RS
PO Box 492890,
Redding CA 96049

**Tax Id:** 26-1114252

*Prompt payment within 30 days is greatly appreciated!*
Reliable RS, PO Box 492890, Redding CA 96049

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

| | |
|---|---|
| Date: | July 23, 2020 |
| To: | REX CHRONISTER<br>CFF LAW<br>309 N. 7TH STREET<br>PO BOX 66<br>FORT SMITH AR 72902 |
| Attn: | |
| Fax: | (479) 783-1571 |
| From: | Tawnya Valliere<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 422-7909 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 8205360<br>Claimant: Wesley Kenney<br><br>OGE Energy Corp. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

July 23, 2020

Rex W. Chronister
Cff Law
309 N. 7TH STREET
PO BOX 66
FORT SMITH, AR 72902

RE: Long Term Disability (LTD) Benefits
OGE Energy Corp.
Claim #: 8205360
Claimant: Wesley Kenney

Dear Rex Chronister:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the OGE Energy Corp. Group Disability Policy. We are writing regarding Mr. Wesley Kenney's claim for LTD benefits under the Policy.

In a letter dated July 07, 2020 you were afforded until July 28, 2020 to provide a response to our office in regard to the clinical reviews completed in connection with Mr. Kenney's Long Term Disability appeal.

In a telephone conversation on July 21, 2020, you reported that you would require additional time and were in the process of obtaining additional medical information from Mr. Kenney's treating providers.

For Lincoln to conduct a timely review of Mr. Kenney's appeal, we ask that you submit any additional information you wish to have considered by August 18, 2020.

If we do not hear from you and do not receive additional information by August 18, 2020, we will proceed with our appeal review and make a final determination based on the information currently contained in Mr. Kenney's file.

Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya Valliere
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 422-7909

Advocator Group
*When life changes.*℠

# Facsimile Transmittal Sheet

| TO: | FROM: |
|---|---|
| Liberty Mutual | Customer Resource Center |

FAX NUMBER:

| | |
|---|---|
| MO | 603-334-0366 |
| NC | 603-334-0380 |
| AZ | 603-422-0119 |
| NH | 603-334-0401 |
| Wells Fargo | 866-214-7839 |
| CPS | 603-334-0366 |

DATE:
7/22/2020

PHONE NUMBER:

TOTAL NUMBER OF PAGES INCLUDING COVER:

RE:
Fred Kenney
(8205360)

DIRECT FAX NUMBER:
877-899-1345

☐ URGENT ☒ FOR REVIEW ☐ PLEASE REPLY

NOTES/COMMENTS:

Should you require anything further, please contact us at (866) 692-9031 or via email at status@advocator.com. Thank you.

Sincerely,

Customer Resource Center
The Advocator Group

The information transmitted in this facsimile is for the exclusive use of the person or entity to which it is addressed and may contain legally privileged or confidential information. If you have received this information in error, please notify the sender at The Advocator Group at 1-877-261-1947 immediately, and destroy all copies of this facsimile transaction. Thank you.

101 Edgewater Drive, Suite 260 Wakefield, MA 01880 T. 877.261.1947 F. 877.899.1329 advocator.com

Advocator Group
*When life changes.℠*

July 22, 2020

Morgan Lesage
LTD Claims Examiner
Lincoln Financial Group
2510 W. Dunlap Avenue, Suite 300
Phoenix, AZ 85021

**RE: Fred Kenney**
**LTD: 8205360**

Dear Morgan Lesage:

Please be advised that Mr. Kenney's claim was denied by an Administrative Law Judge on 6/24/2020. Mr. Kenney has chosen not to appeal this decision or to start a new Initial Claim for SSDI. As a result, we have closed this file in our office.

Should you have any questions, please feel free to contact us at (866) 692-9031 or via email at status@advocator.com. Thank you.

Sincerely,

Customer Resource Center
The Advocator Group

101 Edgewater Drive, Suite 260 Wakefield, MA 01880 T. 877.261.1947 F. 877.899.1329 advocator.com

CHRONISTER, FIELDS & FLAKE, PLLC
REX W. CHRONISTER
ANDREW A. FLAKE
RON FIELDS
MEGEN CHRONISTER PREWITT
Attorneys at Law
P.O. Box 66
Fort Smith, AR 72902
Phone: 479-783-4060
Fax: 479-783-1571

CFF LAW

# FAX

| | | | |
|---|---|---|---|
| **To:** | Tawnya Valliere | **Fax:** | 603-422-7909 |
| **From:** | Rex W. Chronister | **Date:** | July 21, 2020 |
| **Re:** | Wesley Kenny | **Pages:** | |
| **Sent By:** | Mindy Chronister | **CC:** | |

☐ **Urgent** ☐ **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Recycle**

INFORMATION CONTAINED IN THIS FAX IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE. THIS MESSAGE IS AN ATTORNEY/CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT IF YOU HAVE RECEIVED THIS DOCUMENT IN ERROR, THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS MESSAGE IS PROHIBITED.

CFF | LAW

REX W. CHRONISTER
RON FIELDS
ANDREW FLAKE
MEGEN C. PREWITT

CHRONISTER, FIELDS & FLAKE, PLLC
ATTORNEYS AT LAW

Telephone 479-783-4060
Facsimile 479-783-1571

309 N. 7th Street
Post Office Box 66
Fort Smith, Arkansas 72902

July 21, 2020

**TRANSMITTED VIA FAX:** 603-422-7909

Lincoln Life Insurance Company of Boston
Attn: Ms. Tawnya Valliere
Group Benefits Disability Claims
PO Box 7213
London, Kentucky 40742-7213

Re: Welsey F. Kenny -- Long Term Disability Benefits
OGE Energy Corp.
Claim #: 8205360

Dear Ms. Valliere:

This will follow up the voicemail I left you concerning the above referenced matter. I apologize for my delay in getting back to you. However, I have been in and out of the office due to a total knee replacement on June 22 with a schedule opposite knee on July 22. I have reviewed the information you sent me regarding Mr. Kenny and would note the following:

Your medical review alleges to be for the period of January 17, 2020 through June 20, 2020. However, you have not considered one medical record which occurred during that time frame. The notation of documents relied upon are all prior to January 17, 2020 and there is no reference of consideration of the Residual Functional Capacity Evaluation (RFCE) of Dr. Phillip which was dated 4/1/20. Likewise, you have made multiple requests to Dr. Abdul-Nasser Adjei who WAS Mr. Kenny's cardiologists through March 2019. Mr. Kenny changed physicians to Dr. Sastry V. Trayaga whose address is 2205 West Main Street, Russeville, AR, 479-968-4311.

Without consideration of any medical evidence occurring January 27, 2020 through June 30, 2020 (and totally disregarding the RFCE of Dr. Phillip's) I am wondering how anyone could give an opinion regarding current medical status. You are ignoring the one relevant record and haven't contacted the current treating physician.

Based on the above, I would ask that you immediately follow up with the appropriate doctors and give due consideration to Dr. Phillips RFC. If you have any questions on this, please do not hesitate to contact me.

I thank you for your consideration.

Very truly yours,

REX W. CHRONISTER
Attorney at Law

RWC/mc
CC: Mr. Wesley Kenny

[illegible] 8772994020

Residual Functional [illegible] Form

Patient: Fred W. Kenney SS #: 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

Date of Birth: 9-4-73

Dear Doctor: Tonya Phillips

Please respond to the following questions regarding your patient's disability. This will be used as medical evidence for a Social Security disability claim or a private long-term disability claim.

**Please be specific with regards to your patient's medical ailments and how they affect his or her daily activities both at work and at home:**

**1. With regards to your contact with the patient, please describe the frequency and purpose:**

Patient is seen Q 3 months for Botox injections due to hemifacial spasms

**2. Please describe the patient's symptoms as completely as possible:**

Patient has severe dizzyness due to CP Angle Tumor

**3. Please state all clinical findings and any medical test results and/or laboratory results:**

MRI Brain 4-12-18 shows stable 2.2 cm mass in Ⓛ cerebellopontine angle ō signal.

**4. What is your diagnosis of the patients symptoms and test results?**

Patient has extreme dizziness

5. Please describe any treatment done so far and the results of treatment:
Patient was sent to Dr Knight for eval

6. What is your prognosis for this patient? fair

7. Would you expect the patient's disability or impairment to last one year or more, or has it already lasted one year?

Yes X No ____

8. Does the disability or impairment prevent the patient from standing for six to eight hours?

Yes ✓ No ____

Can the patient stand at all, and if so for how long? when patient get dizzy he will have to sit.

9. Does the disability or impairment prevent the patient from sitting upright for six to eight hours?

Yes ____ No ____ As long as patient does not move his head he is ok

Can the patient sit at all, and if so for how long?

**10. If the patient cannot stand and/or sit upright for six to eight hours, what is the reason?**

As long as he doesn't move his head but if becomes dizzy will have to sit

**11. Does the disability or impairment require the patient to lie down during the day?**

Yes ✓ No _____

If the answer is yes, please explain why:

**12. How far can the patient walk without stopping?** NA

**13. Please check the frequency with which the patient can perform the following activities:**

| Percentage of Time | Rarely 0-30% | Frequently 30-70% | Consistently 70-100% |
|---|---|---|---|
| Reach Up Above Shoulders | | | |
| Reach Down to Waist Level | | | |
| Reach Down Towards Floor | | | |
| Carefully Handle Objects | | | |
| Handle with Fingers | | | |

**14. In pounds, how much weight can the patient lift and carry during an eight-hour period?**

_____ Less than 5 _____ 5-10 _____ 11-20 _____ 21-50 _____ over 50 N/A

**15. In pounds, how much weight can the patient lift and carry regularly/daily?**

_____ Less than 5 _____ 5-10 _____ 11-20 _____ 21-50 _____ over 50

16. Does the patient's disability or impairment prevent the him or her from performing certain motions such as lifting, pulling, holding objects, etc.?

Yes

17. Does the patient have any difficulty performing the motions below? (Please include any range of motion information.)

Bending ✓

Squatting ✓

Kneeling ✓

Turning any parts of the body ✓

18. Would the patient's disability or impairment prevent him or her from traveling alone?
Yes ✓ No _____ Why?

19. Are there any other factors not addressed in the above questions that you believe may affect the patient's ability to work or function normally in daily life?

20. If the patient has any complaints of pain, please address the following questions:

What is the nature of the pain? N/A

How frequent is the pain?

How would you describe the level of pain?

How would you rate the patient's crediability with regards to claims of pain?

Is there an objective medical reason for the pain? n/a

**21. Given your experience with the patient, your diagnosis, and the patient's disability or impairment, do you believe he or she could continue or resume work at current or previous employment?**

Yes ____ No ✓

If not, please explain why: has extreme dizziness

Is there other work the patient could do given his or her skills and disability or impairment?

no

**22. How would you expect the patient's diagnosis/disability to change over time?**

✓ Disability is Not Likely to Change

____ Disability is Temporary, From: ________ To: ________

23. When would you expect the patient to be able to return to work, with and/or without any restrictions?

Ø

Please enclose all relevant medical, clinical, and laboratory records you have for this patient, and use the space below for any additional comment or information you feel is relevant.

Date Report Completed: 4-1-20

Signature of Physician:

Physician Name: Dr Tonya Phillips

Address: 3808 Gary Street Fort Smith Ark 72903

Telephone: 479-709-7050

Specialty: Neurology

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
| --- | --- | --- | --- | --- |
| July 9, 2020 at 5:34:46 PM EDT | 14794240049 | 89 | 4 | Received |

07-09-'20 16:36 FROM- BH SPOINTE CLINIC WA 14794240049 T-384 P0001/0004 F-106

2020/07/02 17:47:59 3 /3

MRN 02737460

Reliable Review Services
621 NW 53rd Street, STE 275
Boca Raton, FL 33487
Toll Free: 877-890-0123
**Fax: 561-995-4189**

**Reliable Review Services**

# Fax:

| | |
| --- | --- |
| **To:** Dr. Tonya Phillips | **From:** Reliable RS |
| **Fax:** 479-709-7051 | **Date:** July 2, 2020 |
| **Re:** Wesley F Kenney | **RRS ID:** 51671 |

As an Independent Peer Reviewer, Norman Burns, MD, on the case for your above named patient, I have contacted your office to discuss the case and was instructed to present my questions to you via fax. **Please respond by 7/16/2020.**

What is the neurologic diagnosis causing the impairment (if any)?
What objective findings support the impairment?
How does this prevent the claimant from performing his occupation?
What is the treatment plan?
When was the claimant last seen?
What were your findings?

Norman Burns, MD
Board Certified
Neurology
MI - 4301075021
July 2, 2020

RRS
Reliable Review Services

17:47:59

| | |
|---|---|
| Send to: | From: Reliable Review Services |
| Company: | Phone:<br>Email: NTroiano@reliablers.com |
| Fax: 914797097051 | Fax: 561-995-4189 |

Total Pages (including cover page): 3

**Comment:**

Hi Dr. Tonya Phillips,

This letter is being sent on behalf of Independent Peer Reviewer, Dr. Burns.

Please review for accuracy, comment, sign, and return no later than 7/16/2020.

Thank you,

**Nicole Troiano**
Client Coordinator
Reliable Review Services

621 NW 53rd Street, STE 275
Boca Raton, FL 33487
Phone: 561-237-3435
Fax: 561-995-4189

Email ntroiano@reliablers.com
Web. www.reliablers.com

RRS

**Baptist Health**
NEUROLOGY CLINIC
Fort Smith

3808 GARY STREET STE B
FORT SMITH AR 72903-5450

Fred W Kenney
518 County Road 2731
London AR 72847-8307

July 9, 2020

Fred W Kenney
518 County Road 2731
London AR 72847-8307

To whom it may concern,

Mr. Kenney is a 46-year-old that I have followed for several years for right hemifacial spasm. He is also had progressive difficulty with dizziness to the point that it affects his balance it affects his ability to drive and ability to work. He has difficulty climbing at any height as well as working on a computer for prolonged periods of time due to visual symptoms and vertigo. He has a very large 2.2 cm right CP angle tumor which at this time is not felt to be resectable and is being monitored. He has been evaluated by neurosurgery. At this time he is being treated symptomatically with Botox injection for his hemifacial spasm which have been effective. He has been given various medications for the dizziness none of which have been effective and cause more side effects. His last visit visit was June 17, 2020 and is followed every 3 months.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Tonya Lynn Phillips, MD

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

| | |
|---|---|
| Date: | July 7, 2020 |
| To: | REX CHRONISTER<br>CFF LAW<br>309 N. 7TH STREET<br>PO BOX 66<br>FORT SMITH AR 72902 |
| Attn: | |
| Fax: | (479) 783-1571 |
| From: | Tawnya Valliere<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 422-7909 |
| Total Pages<br>(Including Cover): | 18 |
| RE:<br><br>Claim #: 8205360<br>Claimant: Wesley Kenney<br><br>OGE Energy Corp. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

July 7, 2020

Rex W. Chronister
Cff Law
309 N. 7TH STREET
PO BOX 66
FORT SMITH, AR 72902

RE: Long Term Disability (LTD) Benefits
OGE Energy Corp.
Claim #: 8205360
Claimant: Wesley Kenney

Dear Rex Chronister:

Lincoln Financial Group is responsible for managing claims for Long Term Disability (LTD) benefits under the OGE Energy Corporation Long Term Disability Policy.

We are in the process of reviewing Mr. Wesley Kenney's appeal of our decision regarding the above-referenced claim. The purpose of this letter and enclosure is to provide you with an opportunity to review and comment on new/additional evidence that has been received before a decision is rendered on Mr. Kenney's appeal.

Please find attached a copy of the clinical reviews completed on June 30, 2020 by an independent physician Board Certified in Cardiovascular Medicine and Internal Medicine and on July 02, 2020 by an independent physician Board Certified in Neurology which is new/additional evidence in connection with Mr. Kenney's appeal.

You may review these assessments and provide a response to us, which we will consider in making our decision on Mr. Kenney's appeal. Please submit any written comments or documentation to us at the address in the upper right hand corner of this letter or you can fax it directly to 603-422-7909. If we do not receive your response within 21 days of the date of this letter, we will proceed with making a determination on Mr. Kenney's appeal. The 21-day period will expire on July 28, 2020. If you will not be responding to the review, please advise us in writing immediately.

Under ERISA, the period for making a benefit determination shall be tolled (suspended) from the date of this notice until we receive your timely response. Upon receipt of your response, we will promptly complete our review and render a determination on Mr. Kenney's appeal.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya Valliere
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 422-7909

Attachments: 8205360-MEDICAL-CP/PEER REVIEW-07.02.2020
8205360-MEDICAL-CP/PEER REVIEW-07.06.2020
8205360-MEDICAL-CP/PEER REVIEW-07.06.2020
8205360-MEDICAL-CORRESPONDENCE-07.02.2020

Reliable Review Services

| | |
|---|---|
| Date: | 6/30/2020 |
| To: | Tawnya Valliere |
| | LINCOLN FINANCIAL GROUP |
| Re: | RRS ID: 51670 |

| | |
|---|---|
| Claimant: | Wesley F Kenney |
| Claim #: | 8205360 |
| Line of Business: | Disability |
| Review Type: | LTD |
| Review Level: | Initial |
| Advisory Report | |

## Clinical History

This review is from a Cardiovascular Disease perspective. The claimant is a 46-year-old male who has reported date of disability of 3/16/18. The claimant has a diagnosis of neoplasm of unspecified behavior of brain. The period in review is from 01/17/20 to the present.

Diagnoses:
1. Cerebello-pontine neoplasm
2. Obesity.
3. Hypertension.
4. Bradycardia.
5. Paroxysmal atrial fibrillation.
6. Transient ischemic attack (TIA).
7. Obstructive sleep apnea (OSA)

Medications:
1. Aspirin 81 mg by mouth daily
2. Metoprolol tartrate 25 mg by mouth twice a day
3. Xarelto 20 mg by mouth daily
4. Symbicort 80/4.5 µg per inhalation-as directed.
5. Botox-as directed.

2/16/17: Cardiology office visit: The claimant was noted to be doing well. Electrocardiogram (ECG) was notable for sinus bradycardia. The claimant was also noted to be obese.

2/15/18: Cardiology office visit: Occasional atrial fib was noted.

3/29/18: Cardiology office visit: Increased dizziness was noted.

RRS
Reliable Review Services

Note: The visits from 216/17, 2/15/18, 3/29/18 were summarized from the note dated 3/7/19

3/7/19: Cardiology office visit: Abdul-Nasser Adjei M.D. notes pulse 74, BP 126/82, BMI 37.8. Review of systems was notable for the absence of recurrences since the claimant was last seen. He is currently on warfarin and will be switched to Xarelto. ECG was notable for normal sinus rhythm (74)-normal. The patient does note occasional exertional dyspnea. Physical exam was unremarkable. Assessment: Paroxysmal atrial fibrillation, hypertension, bradycardia, transient ischemic attack (TIA), dizziness, and obstructive sleep apnea (OSA).

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 6/24/2020 3:57 PM CDT | Pam: Receptionist | A message was left requesting a return call, from Dr. Westbrook. Pam returned my call at 5:07 PM informing me that Dr. Westbrook does not engage in disability assessments. In view of this a second call was not made. |
| 6/24/2020 4:00 PM CDT | Pam: Receptionist | I attempted to contact Dr. Abdul-Nasser Adjei. I left a detailed message noting the reason for my call and requested a return call. My name and contact number were provided and the best time to reach me was noted. A time frame for call back was provided. |
| 6/25/2020 10:52 AM CDT | Trish | I attempted to contact Dr. Abdul-Nasser Adjei. I left a detailed message noting the reason for my call and requested a return call. My name and contact number were provided and the best time to reach me was noted. A time frame for call back was provided. |

## Questions and Reviewer's Response

1. What diagnoses are supported by the medical evidence?

Diagnoses are supported by the medical evidence are Paroxysmal atrial fibrillation, hypertension, and bradycardia.

Based on review of the totality of provided medical records.

2.

Does the medical evidence support any diagnoses causing functional impairment from 01/17/2020 to the present? Please explain your medical rationale as to why or why not.

In my opinion, no restrictions other than no work at unprotected heights due to treatment with Xarelto are warranted. Noted the medical records provided for review are limited in terms of providing a test based assessment of the claimant's cardiovascular functional capacity and as such do not support impairment due to their limited depth and breadth. If additional data should become available that would alter this assessment it should be considered.

Based on review of the totality of provided medical records.

3.

If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported. Please comment on the expected duration for any supported restrictions and limitations.

Due to a lack of data the claimant's cardiovascular based functional capacity is not addressed by the limited records provided for review therefore cardiovascular based impairment is not supported. If additional data should become available that would alter/impact this assessment it should be considered.

Based on review of the totality of provided medical records.

4. Please outline comorbid conditions and if they contribute to disabling condition or cause any restrictions and limitations.

Comorbid conditions are obesity and TIA.

Based on review of the totality of provided medical records.

5. Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis during the period of 01/17/2020 forward? Please explain why or why not.

No, the medical documentation does not support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis during the

RRS
Reliable Review Services

period of 01/17/2020 forward. Due to the limited extent of provided medical records, which do not address the claimant's cardiovascular, based functional capacity.

Based on review of the totality of provided medical records.

6.

If AP contact may clarify any significant areas such as diagnosis, restrictions and limitations treatment opportunities, prognosis, or reason for work absence, the AP contact information is: PCP Dr. Michael Westbrook and Cardiologist Dr. Abdul-Nasser Adjei and Document 2 attempts within 5 business days with initial and final memorandum as indicated, as well as AP letter.

Please see documentation of AP contact section as well as the questions, which would have been posed. Dr. Westbrook does not do disability peer to peers and Dr. Adjei did not return my calls.

7. Please outline any medical information not in the file that if it became available, could be helpful in further clarifying the medical necessity for restrictions and limitations.

Medical information not in the file that if it became available, could be helpful are:

1. Event monitoring
2. Echocardiography
3. Stress Testing
4. NT ProBNP determinations

Based on review of the totality of provided medical records.

## Assessment/Rationale

This review is from a Cardiovascular Disease perspective. The claimant is a 46-year-old male who has reported date of disability of 3/16/18. The claimant has a diagnosis of neoplasm of unspecified behavior of brain. The period in review is from 01/17/20 to the present.

The claimant does experience paroxysmal atrial fibrillation however the records provided for review are limited and do not address the issues of structural heart disease, recent recurrence of arrhythmia, other cardiovascular comorbidities such as coronary artery disease or LV dysfunction and do not provide a test based assessment of functional capacity such as stress testing or Cardiopulmonary stress testing.

Due to a lack of data the claimant's cardiovascular-based functional capacity is not addressed by the limited records provided for review therefore cardiovascular based impairment is not supported. If

Reliable Review Services

additional data should become available that would alter/impact this assessment it should be considered.

*The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.*

*I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.*

Mark A Sims MD, MBA, MHA

Mark A Sims, M.D.
Board Certified
Cardiovascular Disease
Internal Medicine
Expertise in: Postural Orthostatic Tachycardia Syndrome
FL - ME31653

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| Undated | Peer Review | Not Signed |
| 07/05/2018, 07/18/2018, 08/26/2019, 08/23/2019, 09/23/2019 | Authorization For The Release Of Information Including Protected Health Information | Claimant |
| 06/29/2018, 11/08/2018, 01/29/2019, 08/17/2019, 08/19/2019, 11/11/2019 | Correspondence | Client |
| 06/15/2020 | Correspondence | Rex Chronister, Attorney At Law |
| Undated | Residual Functional Capacity Form | Not Signed |
| Undated | Peer Review | Not Signed |
| 01/22/2019, 05/31/2019 | Correspondence | Social Security Administration Retirement, |

Reliable Review Services

| | | |
|---|---|---|
| | | Survivors And Disability Insurance |
| 02/11/2019, 06/17/2019 | Correspondence | Advocator Group |
| 01/20/2019 | Authorization For Release Of Long- Term Disability | Claimant |
| 05/20/2020 | Certified Mail Return Receipt Requested | Rex Chronister, Attorney At Law |
| 06/25/2018 | Attending Physician's Statement | Tonya Phillips, MD |
| 06/25/2018 | Authorization For Release Medical Information | Claimant |
| 06/25/2018 | Beneficiary Designation Form | Claimant |
| 06/25/2018 | Request For Federal Income Tax Withholding Form Sick Pay | Department Of The Treasury Internal Revenue Service |
| 06/25/2018 | Disability Claim Form | Claimant |
| 04/05/2018, 06/21/2018 | Office Visit | Tonya Phillips, MD |
| 04/12/2018 | MRI Brain With And Without Contrast | Clint Wood, MD |
| 07/05/2018 | Claimant Information Form | Claimant |
| Undated | Claimant Supplementary Statement | Claimant |
| 08/21/2018 | Social Security / Reimbursement Agreement | Client |
| 08/21/2018 | Request For Federal Income Tax | Claimant |
| 06/25/2018-08/17/2018 | Email :Correspondences | Client |
| 03/11/2018 | Earnings Statements | Oklahoma Gas And Electric Company |
| 06/22/2018 | Correspondence | OGE Energy Corp |
| Undated | Job Description | Employer |
| Undated | Long term Disability | Transco XConstrution |
| 06/22/2018 | Employer's Statement | Claimant |
| 11/07/2019 | Nursing Memorandum | Client |
| 12/12/2019 | Correspondence | Jennifer King, MD |
| 12/13/2019 | Correspondence | Tonya Phillips, MD |
| 07/24/2018 | Independent Peer Review | David Hoenig, MD |
| 12/13/2019, 12/31/2019, 07/07/2020 | ICP Memo | Jennifer King, MD |
| 08/04/2017, 04/05/2018, 04/12/2018, 05/25/2018, 06/21/2018, 08/29/2018, 11/30/2018, 06/06/2019 | Office Visit | Tonya Phillips, MD |
| 04/20/2018, 05/29/2018, 08/31/2018, 03/04/2019 | Delivery Verification | Accredo Specialty Pharmacy |
| 08/04/2017 | Botox Billing Summary | Signature Illegible |
| 08/07/2017 | Informed Consent For Therapeutic Botox | Signature Illegible |
| 08/04/2017 | Generic Waiver | Signature Illegible |

RRS
Reliable Review Services

| | | |
|---|---|---|
| 07/21/2017 | Meds Form | Tonya Phillips, MD |
| 08/07/2017 | Account Information | Accredo Specialty Pharmacy |
| 10/24/2019 | Authorization To Use And Disclose Protected Health Information | Claimant |
| 03/07/2019 | Office Visit | Abdul - Nasser Adjei, MD |
| Undated | Initial Payment Calculation Worksheet | Employer |
| 08/15/2018 | Direct Deposit Application | Claimant |
| 07/27/2018 | Occupational Analysis / Vocational Review | Rose Cacioppo, MA CRC , CDMS |

Reliable Review Services
621 NW 53rd Street, STE 275
Boca Raton, FL 33487
Toll Free: 877-890-0123
**Fax: 561-995-4189**

RRS
Reliable Review Services

# Fax:

| | |
|---|---|
| **To**: Dr. Tonya Phillips | **From:** Reliable RS |
| **Fax:** 479-709-7051 | **Date:** July 2, 2020 |
| **Re:** Wesley F Kenney | **RRS ID:** 51671 |

As an Independent Peer Reviewer, Norman Burns, MD, on the case for your above named patient, I have contacted your office to discuss the case and was instructed to present my questions to you via fax. **Please respond by 7/16/2020.**

What is the neurologic diagnosis causing the impairment (if any)?
What objective findings support the impairment?
How does this prevent the claimant from performing his occupation?
What is the treatment plan?
When was the claimant last seen?
What were your findings?

Norman Burns, MD
Board Certified
Neurology
MI - 4301075021
July 2, 2020

Reliable Review Services

| | |
|---|---|
| Date: | 7/02/2020 |
| To: | Tawnya Valliere |
| | LINCOLN FINANCIAL GROUP |
| Re: | RRS ID: 51671 |

| | |
|---|---|
| Claimant: | Wesley F Kenney |
| Claim #: | 8205360 |
| Line of Business: | Disability |
| Review Type: | LTD |
| Review Level: | Initial |

Advisory Report

## Clinical History

This review is from a Neurological perspective. The claimant is a 46 year old male who has a listed diagnosis of "neoplasm of unspecified behavior of brain." This review is to determine if the claimant was functionally impaired from 01/17/2020 to present. The claimant's date of disability was noted to be 03/16/2018.

All of the medical records were reviewed and taken into consideration for this review, but only those closest to the dates under review were noted below.

The claimant was seen by Dr. Tonya Phillips (Neurologist) on 08/04/2017. The claimant was seen for Botox injections for hemifacial spasm.

The claimant was seen by Dr. Tonya Phillips on 04/05/2018. The claimant had right hemifacial spasm and had a right CP angle tumor. It was felt to be asymptomatic so no surgery was performed. The claimant received Botox for his hemifacial spasm which worked very well. A repeat MRI was ordered. A trial of Meclizine was noted.

An MRI on 04/12/2018 noted stable 2.2 cm right cerebellopontine mass consistent with lipoma.

The claimant was seen by Dr. Tonya Phillips on 05/25/2018 for Botox injections.

The claimant was seen by Dr. Tonya Phillips on 06/21/2018 for complaints of dizziness. The Meclizine had not helped. The claimant's neurosurgeon did not recommend surgery. The claimant was to continue Botox for his hemifacial spasm.

The claimant was seen by Dr. Tonya Phillips on 08/29/2018 for Botox injections.

RRS
Reliable Review Services

The claimant was seen by Dr. Tonya Phillips on 11/30/2018 for Botox.

The claimant was seen by Dr. Tonya Phillips on 03/01/2019 for Botox injections for hemifacial spasm of the right facial muscle. Episodes of vertigo visual disturbance were felt to be all migraine phenomenon and the claimant was noted to be doing better.

The claimant was seen by Dr. Abdul-Nasser Adjei (Cardiology) on 03/07/2019 for atrial fibrillation, essential hypertension, bradycardia, and complaints of dizziness. The claimant was noted to be doing well with no reoccurrences. The claimant was to follow up in 1 year.

On 05/31/2019, correspondence from SSA noted the claimant's claim was denied.

The claimant was seen by Dr. Tonya Phillips on 06/06/2019 for Botox injections.

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 6/29/2020 10:00 AM CDT | Nicole | I attempted to contact Dr. Tonya Phillips. I left a detailed message noting the reason for my call and requesting a return call. My contact number was provided and the best time to reach me was noted. A time frame for call back was provided. |
| 6/30/2020 11:30 AM CDT | Nicole | I attempted to contact Dr. Tonya Phillips. I left a detailed message noting the reason for my call and requesting a return call. My contact number was provided and the best time to reach me was noted. A time frame for call back was provided. |

## Questions and Reviewer's Response

1. What diagnoses are supported by the medical evidence?

Based on the provided medical records the diagnoses include CP angle mass, vertigo, and hemifacial spasm.

2. Does the medical evidence support any diagnoses causing functional impairment from 01/17/2020 to the present? Please explain your medical rationale as to why or why not.

The medical evidence does not support any diagnoses causing functional impairment from 01/17/2020 to present in my opinion.

RRS
Reliable Review Services

The medical records do not support any neurologic diagnosis or impairment for the timeframe of 01/17/2020 to present. There were no medical records provided since June of 2019 (seen for Botox injections).

There was no documentation to support a neurologic diagnosis or impairment leading to restrictions or limitations from 01/17/2020 to present.

3. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported. Please comment on the expected duration for any supported restrictions and limitations.

Functional impairment was not supported in my opinion. There were no medical records provided during the dates under review.

4. Please outline comorbid conditions and if they contribute to disabling condition or cause any restrictions and limitations.

No comorbid diagnoses were provided that would contribute to an impairing diagnosis.

5. Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis during the period of 01/17/2020 forward? Please explain why or why not.

The medical documentation does not support any medical condition alone, or in combination, that would preclude the claimant from sustained occupational functioning on a full-time basis from 01/17/2020 to present.

The medical records do not support any medical documentation and specifically no neurological diagnosis sufficient to support and/or warrant any restrictions for the time frame of 01/17/2020 to present. There were no current medical records, diagnostic testings, and/or other documentation for the time frame under review.

6. When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call with Dr. Tonya Phillips.

RRS
Reliable Review Services

I was unable to reach the claimant's attending provider.

7. Please outline any medical information not in the file that if it became available, could be helpful in further clarifying the medical necessity for restrictions and limitations.

Updated medical records from 01/17/2020 to present that document a neurological diagnosis and examination/evaluation findings would be helpful.

## Assessment/Rationale

This review is from a Neurological perspective. The claimant is a 46 year old male who has a listed diagnosis of "neoplasm of unspecified behavior of brain." This review is to determine if the claimant was functionally impaired from 01/17/2020 to present. The claimant's date of disability was noted to be 03/16/2018.

The claimant has a long history of right hemifacial spasm well controlled with serial Botox injections. The claimant has known right CP angle benign lipoma that is stable over an 8 year period. The claimant developed dizziness and vertigo.

MRI noted a stable CP angle tumor with no change in 8 years. Neurosurgical evaluation did not warrant any surgical intervention. Botox treatments have continued.

The medical documentation does not support any medical condition alone, or in combination, that would preclude the claimant from sustained occupational functioning on a full-time basis from 01/17/2020 to present

*The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.*

*I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.*

[signature]

RRS
Reliable Review Services

Norman Burns, MD
Board Certified
Neurology
MI - 4301075021

Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| Undated | Peer Review | Not Signed |
| 07/05/2018, 07/18/2018, 08/26/2019, 08/23/2019, 09/23/2019 | Authorization For The Release Of Information Including Protected Health Information | Claimant |
| 06/29/2018, 11/08/2018, 01/29/2019, 08/17/2019, 08/19/2019, 11/11/2019 | Correspondence | Client |
| 06/15/2020 | Correspondence | Rex Chronister, Attorney At Law |
| Undated | Residual Functional Capacity Form | Not Signed |
| Undated | Peer Review | Not Signed |
| 01/22/2019, 05/31/2019 | Correspondence | Social Security Administration Retirement, Survivors And Disability Insurance |
| 02/11/2019, 06/17/2019 | Correspondence | Advocator Group |
| 01/20/2019 | Authorization For Release Of Long- Term Disability | Claimant |
| 05/20/2020 | Certified Mail Return Receipt Requested | Rex Chronister, Attorney At Law |
| 06/25/2018 | Attending Physician's Statement | Tonya Phillips, MD |
| 06/25/2018 | Authorization For Release Medical Information | Claimant |
| 06/25/2018 | Beneficiary Designation Form | Claimant |
| 06/25/2018 | Request For Federal Income Tax Withholding Form Sick Pay | Department Of The Treasury Internal Revenue Service |
| 06/25/2018 | Disability Claim Form | Claimant |
| 04/05/2018, 06/21/2018 | Office Visit | Tonya Phillips, MD |
| 04/12/2018 | MRI Brain With And Without Contrast | Clint Wood, MD |
| 07/05/2018 | Claimant Information Form | Claimant |
| Undated | Claimant Supplementary Statement | Claimant |

RRS
Reliable Review Services

| | | |
|---|---|---|
| 08/21/2018 | Social Security/Reimbursement Agreement | Client |
| 08/21/2018 | Request For Federal Income Tax | Claimant |
| 06/25/2018-08/17/2018 | Email :Correspondences | Client |
| 03/11/2018 | Earnings Statements | Oklahoma Gas And Electric Company |
| 06/22/2018 | Correspondence | OGE Energy Corp |
| Undated | Job Description | Employer |
| Undated | Long Term Disability | Transco Constrution |
| 06/22/2018 | Employer's Statement | Claimant |
| 11/07/2019 | Nursing Memorandum | Client |
| 12/12/2019 | Correspondence | Jennifer King, MD |
| 12/13/2019 | Correspondence | Tonya Phillips, MD |
| 07/24/2018 | Independent Peer Review | David Hoenig, MD |
| 12/13/2019, 12/31/2019, 07/07/2020 | ICP Memo | Jennifer King, MD |
| 08/04/2017, 04/05/2018, 04/12/2018, 05/25/2018, 06/21/2018, 08/29/2018, 11/30/2018, 06/06/2019 | Office Visit | Tonya Phillips, MD |
| 04/20/2018, 05/29/2018, 08/31/2018, 03/04/2019 | Delivery Verification | Accredo Specialty Pharmacy |
| 08/04/2017 | Botox Billing Summary | Signature Illegible |
| 08/07/2017 | Informed Consent For Therapeutic Botox | Signature Illegible |
| 08/04/2017 | Generic Waiver | Signature Illegible |
| 07/21/2017 | Meds Form | Tonya Phillips, MD |
| 08/07/2017 | Account Information | Accredo Specialty Pharmacy |
| 10/24/2019 | Authorization To Use And Disclose Protected Health Information | Claimant |
| 03/07/2019 | Office Visit | Abdul - Nasser Adjei, MD |
| Undated | Initial Payment Calculation Worksheet | Employer |
| 08/15/2018 | Direct Deposit Application | Claimant |
| 07/27/2018 | Occupational Analysis/Vocational Review | Rose Cacioppo, MA CRC, CDMS |

Reliable Review Services
621 NW 53rd Street, STE 275
Boca Raton, FL 33487
Toll Free: 877-890-0123
**Fax: 561-995-4189**

RRS
Reliable Review Services

# Fax:

| | |
|---|---|
| **To**: Dr. Abdul-Nasser Adjei | **From:** Reliable RS |
| **Fax:** 479-573-2562 | **Date:** July 2, 2020 |
| **Re:** Wesley F Kenney | **RRS ID:** 51670 |

As an Independent Peer Reviewer, Mark A Sims, M.D., on the case for your above named patient, I have contacted your office to discuss the case and was instructed to present my questions to you via fax. **Please respond by 7/16/2020.**

1. What is the claimant's cardiovascular based functional capacity and does this apply 1/17/20 to the present?
2. What is the basis for the opinion regarding the claimant's functional capacity?
3. Does the claimant have a full-time work capacity if so at what physical demand level?
4. Do you expect improvement if so when?
5. Are any cardiovascular based diagnostic studies or therapeutic changes planned if so what and when?

Mark A Sims MD, MBA, MHA

Mark A Sims, M.D.
Board Certified
Cardiovascular Disease
Internal Medicine
Expertise in: Postural Orthostatic Tachycardia Syndrome
FL - ME31653
July 2, 2020

Reliable Review Services
621 NW 53rd Street, STE 275
Boca Raton, FL 33487
Toll Free: 877-890-0123
**Fax: 561-995-4189**

RRS
Reliable Review Services

# Fax :

| | |
|---|---|
| **To**: Dr. Tonya Phillips | **From:** Reliable RS |
| **Fax:** 479-709-7051 | **Date:** July 2, 2020 |
| **Re:** Wesley F Kenney | **RRS ID:** 51671 |

As an Independent Peer Reviewer, Norman Burns, MD, on the case for your above named patient, I have contacted your office to discuss the case and was instructed to present my questions to you via fax.
**Please respond by 7/16/2020.**

What is the neurologic diagnosis causing the impairment (if any)?
What objective findings support the impairment?
How does this prevent the claimant from performing his occupation?
What is the treatment plan?
When was the claimant last seen?
What were your findings?

NBurns

Norman Burns, MD
Board Certified
Neurology
MI - 4301075021
July 2, 2020

RRS
Reliable Review Services

| | |
|---|---|
| Date: | 7/02/2020 |
| To: | Tawnya Valliere |
| | LINCOLN FINANCIAL GROUP |
| Re: | RRS ID: 51671 |

| | |
|---|---|
| Claimant: | Wesley F Kenney |
| Claim #: | 8205360 |
| Line of Business: | Disability |
| Review Type: | LTD |
| Review Level: | Initial |

Advisory Report

## Clinical History

This review is from a Neurological perspective. The claimant is a 46 year old male who has a listed diagnosis of "neoplasm of unspecified behavior of brain." This review is to determine if the claimant was functionally impaired from 01/17/2020 to present. The claimant's date of disability was noted to be 03/16/2018.

All of the medical records were reviewed and taken into consideration for this review, but only those closest to the dates under review were noted below.

The claimant was seen by Dr. Tonya Phillips (Neurologist) on 08/04/2017. The claimant was seen for Botox injections for hemifacial spasm.

The claimant was seen by Dr. Tonya Phillips on 04/05/2018. The claimant had right hemifacial spasm and had a right CP angle tumor. It was felt to be asymptomatic so no surgery was performed. The claimant received Botox for his hemifacial spasm which worked very well. A repeat MRI was ordered. A trial of Meclizine was noted.

An MRI on 04/12/2018 noted stable 2.2 cm right cerebellopontine mass consistent with lipoma.

The claimant was seen by Dr. Tonya Phillips on 05/25/2018 for Botox injections.

The claimant was seen by Dr. Tonya Phillips on 06/21/2018 for complaints of dizziness. The Meclizine had not helped. The claimant's neurosurgeon did not recommend surgery. The claimant was to continue Botox for his hemifacial spasm.

The claimant was seen by Dr. Tonya Phillips on 08/29/2018 for Botox injections.

RRS
Reliable Review Services

The claimant was seen by Dr. Tonya Phillips on 11/30/2018 for Botox.

The claimant was seen by Dr. Tonya Phillips on 03/01/2019 for Botox injections for hemifacial spasm of the right facial muscle. Episodes of vertigo visual disturbance were felt to be all migraine phenomenon and the claimant was noted to be doing better.

The claimant was seen by Dr. Abdul-Nasser Adjei (Cardiology) on 03/07/2019 for atrial fibrillation, essential hypertension, bradycardia, and complaints of dizziness. The claimant was noted to be doing well with no reoccurrences. The claimant was to follow up in 1 year.

On 05/31/2019, correspondence from SSA noted the claimant's claim was denied.

The claimant was seen by Dr. Tonya Phillips on 06/06/2019 for Botox injections.

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 6/29/2020 10:00 AM CDT | Nicole | I attempted to contact Dr. Tonya Phillips. I left a detailed message noting the reason for my call and requesting a return call. My contact number was provided and the best time to reach me was noted. A time frame for call back was provided. |
| 6/30/2020 11:30 AM CDT | Nicole | I attempted to contact Dr. Tonya Phillips. I left a detailed message noting the reason for my call and requesting a return call. My contact number was provided and the best time to reach me was noted. A time frame for call back was provided. |

## Questions and Reviewer's Response

**1. What diagnoses are supported by the medical evidence?**

Based on the provided medical records the diagnoses include CP angle mass, vertigo, and hemifacial spasm.

**2. Does the medical evidence support any diagnoses causing functional impairment from 01/17/2020 to the present? Please explain your medical rationale as to why or why not.**

The medical evidence does not support any diagnoses causing functional impairment from 01/17/2020 to present in my opinion.

RRS
Reliable Review Services

The medical records do not support any neurologic diagnosis or impairment for the timeframe of 01/17/2020 to present. There were no medical records provided since June of 2019 (seen for Botox injections).

There was no documentation to support a neurologic diagnosis or impairment leading to restrictions or limitations from 01/17/2020 to present.

**3. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported. Please comment on the expected duration for any supported restrictions and limitations.**

Functional impairment was not supported in my opinion. There were no medical records provided during the dates under review.

**4. Please outline comorbid conditions and if they contribute to disabling condition or cause any restrictions and limitations.**

No comorbid diagnoses were provided that would contribute to an impairing diagnosis.

**5. Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis during the period of 01/17/2020 forward? Please explain why or why not.**

The medical documentation does not support any medical condition alone, or in combination, that would preclude the claimant from sustained occupational functioning on a full-time basis from 01/17/2020 to present.

The medical records do not support any medical documentation and specifically no neurological diagnosis sufficient to support and/or warrant any restrictions for the time frame of 01/17/2020 to present. There were no current medical records, diagnostic testings, and/or other documentation for the time frame under review.

**6. When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call with Dr. Tonya Phillips.**

I was unable to reach the claimant's attending provider.

**7. Please outline any medical information not in the file that if it became available, could be helpful in further clarifying the medical necessity for restrictions and limitations.**

Updated medical records from 01/17/2020 to present that document a neurological diagnosis and examination/evaluation findings would be helpful.

## Assessment/Rationale

This review is from a Neurological perspective. The claimant is a 46 year old male who has a listed diagnosis of "neoplasm of unspecified behavior of brain." This review is to determine if the claimant was functionally impaired from 01/17/2020 to present. The claimant's date of disability was noted to be 03/16/2018.

The claimant has a long history of right hemifacial spasm well controlled with serial Botox injections. The claimant has known right CP angle benign lipoma that is stable over an 8 year period. The claimant developed dizziness and vertigo.

MRI noted a stable CP angle tumor with no change in 8 years. Neurosurgical evaluation did not warrant any surgical intervention. Botox treatments have continued.

The medical documentation does not support any medical condition alone, or in combination, that would preclude the claimant from sustained occupational functioning on a full-time basis from 01/17/2020 to present

***The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.***

***I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.***

Norman Burns, MD
Board Certified
Neurology
MI - 4301075021

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| Undated | Peer Review | Not Signed |
| 07/05/2018, 07/18/2018, 08/26/2019, 08/23/2019, 09/23/2019 | Authorization For The Release Of Information Including Protected Health Information | Claimant |
| 06/29/2018, 11/08/2018, 01/29/2019, 08/17/2019, 08/19/2019, 11/11/2019 | Correspondence | Client |
| 06/15/2020 | Correspondence | Rex Chronister, Attorney At Law |
| Undated | Residual Functional Capacity Form | Not Signed |
| Undated | Peer Review | Not Signed |
| 01/22/2019, 05/31/2019 | Correspondence | Social Security Administration Retirement, Survivors And Disability Insurance |
| 02/11/2019, 06/17/2019 | Correspondence | Advocator Group |
| 01/20/2019 | Authorization For Release Of Long- Term Disability | Claimant |
| 05/20/2020 | Certified Mail Return Receipt Requested | Rex Chronister, Attorney At Law |
| 06/25/2018 | Attending Physician's Statement | Tonya Phillips, MD |
| 06/25/2018 | Authorization For Release Medical Information | Claimant |
| 06/25/2018 | Beneficiary Designation Form | Claimant |
| 06/25/2018 | Request For Federal Income Tax Withholding Form Sick Pay | Department Of The Treasury Internal Revenue Service |
| 06/25/2018 | Disability Claim Form | Claimant |
| 04/05/2018, 06/21/2018 | Office Visit | Tonya Phillips, MD |
| 04/12/2018 | MRI Brain With And Without Contrast | Clint Wood, MD |
| 07/05/2018 | Claimant Information Form | Claimant |
| Undated | Claimant Supplementary Statement | Claimant |

RRS
Reliable Review Services

| | | |
|---|---|---|
| 08/21/2018 | Social Security/Reimbursement Agreement | Client |
| 08/21/2018 | Request For Federal Income Tax | Claimant |
| 06/25/2018-08/17/2018 | Email :Correspondences | Client |
| 03/11/2018 | Earnings Statements | Oklahoma Gas And Electric Company |
| 06/22/2018 | Correspondence | OGE Energy Corp |
| Undated | Job Description | Employer |
| Undated | Long Term Disability | Transco Constrution |
| 06/22/2018 | Employer's Statement | Claimant |
| 11/07/2019 | Nursing Memorandum | Client |
| 12/12/2019 | Correspondence | Jennifer King, MD |
| 12/13/2019 | Correspondence | Tonya Phillips, MD |
| 07/24/2018 | Independent Peer Review | David Hoenig, MD |
| 12/13/2019, 12/31/2019, 07/07/2020 | ICP Memo | Jennifer King, MD |
| 08/04/2017, 04/05/2018, 04/12/2018, 05/25/2018, 06/21/2018, 08/29/2018, 11/30/2018, 06/06/2019 | Office Visit | Tonya Phillips, MD |
| 04/20/2018, 05/29/2018, 08/31/2018, 03/04/2019 | Delivery Verification | Accredo Specialty Pharmacy |
| 08/04/2017 | Botox Billing Summary | Signature Illegible |
| 08/07/2017 | Informed Consent For Therapeutic Botox | Signature Illegible |
| 08/04/2017 | Generic Waiver | Signature Illegible |
| 07/21/2017 | Meds Form | Tonya Phillips, MD |
| 08/07/2017 | Account Information | Accredo Specialty Pharmacy |
| 10/24/2019 | Authorization To Use And Disclose Protected Health Information | Claimant |
| 03/07/2019 | Office Visit | Abdul - Nasser Adjei, MD |
| Undated | Initial Payment Calculation Worksheet | Employer |
| 08/15/2018 | Direct Deposit Application | Claimant |
| 07/27/2018 | Occupational Analysis/Vocational Review | Rose Cacioppo, MA CRC, CDMS |

# INVOICE

**Reliable Review Services**

**Invoice Number : 51671-1** **7/2/2020 12:57 PM CDT**

Claimant: Wesley F Kenney
Client Claim#: 8205360
RRS Claim#: 51671-1

**Customer:** LINCOLN FINANCIAL GROUP
8801 Indian Hills Drive
Omaha, NE 68114

| Description of Services | Hours | Rate | Other Fees | Amount Due |
|---|---|---|---|---|
| PEER REVIEW | 3.25 | 210 | $0.00 | 682.50 |

**Total Due: $682.50**

**Reviewer Details**

**Reviewer**

Norman Burns - Neurology

**Please include the invoice number with your payment and mail to:**

Reliable RS
PO Box 492890,
Redding CA 96049

**Tax Id:** 26-1114252

*Prompt payment within 30 days is greatly appreciated!*
Reliable RS, PO Box 492890, Redding CA 96049

RRS
Reliable Review Services

Date: 6/30/2020
To: Tawnya Valliere
LINCOLN FINANCIAL GROUP
Re: RRS ID: 51670

---

Claimant: Wesley F Kenney
Claim #: 8205360
Line of Business: Disability
Review Type: LTD
Review Level: Initial
Advisory Report

## Clinical History

This review is from a Cardiovascular Disease perspective. The claimant is a 46-year-old male who has reported date of disability of 3/16/18. The claimant has a diagnosis of neoplasm of unspecified behavior of brain. The period in review is from 01/17/20 to the present.

Diagnoses:
1. Cerebello-pontine neoplasm
2. Obesity.
3. Hypertension.
4. Bradycardia.
5. Paroxysmal atrial fibrillation.
6. Transient ischemic attack (TIA).
7. Obstructive sleep apnea (OSA)

Medications:
1. Aspirin 81 mg by mouth daily
2. Metoprolol tartrate 25 mg by mouth twice a day
3. Xarelto 20 mg by mouth daily
4. Symbicort 80/4.5 µg per inhalation-as directed.
5. Botox-as directed.

2/16/17: Cardiology office visit: The claimant was noted to be doing well. Electrocardiogram (ECG) was notable for sinus bradycardia. The claimant was also noted to be obese.

2/15/18: Cardiology office visit: Occasional atrial fib was noted.

3/29/18: Cardiology office visit: Increased dizziness was noted.

RRS
Reliable Review Services

Note: The visits from 216/17, 2/15/18, 3/29/18 were summarized from the note dated 3/7/19

3/7/19: Cardiology office visit: Abdul-Nasser Adjei M.D. notes pulse 74, BP 126/82, BMI 37.8. Review of systems was notable for the absence of recurrences since the claimant was last seen. He is currently on warfarin and will be switched to Xarelto. ECG was notable for normal sinus rhythm (74)-normal. The patient does note occasional exertional dyspnea. Physical exam was unremarkable. Assessment: Paroxysmal atrial fibrillation, hypertension, bradycardia, transient ischemic attack (TIA), dizziness, and obstructive sleep apnea (OSA).

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 6/24/2020 3:57 PM CDT | Pam: Receptionist | A message was left requesting a return call, from Dr. Westbrook. Pam returned my call at 5:07 PM informing me that Dr. Westbrook does not engage in disability assessments. In view of this a second call was not made. |
| 6/24/2020 4:00 PM CDT | Pam: Receptionist | I attempted to contact Dr. Abdul-Nasser Adjei. I left a detailed message noting the reason for my call and requested a return call. My name and contact number were provided and the best time to reach me was noted. A time frame for call back was provided. |
| 6/25/2020 10:52 AM CDT | Trish | I attempted to contact Dr. Abdul-Nasser Adjei. I left a detailed message noting the reason for my call and requested a return call. My name and contact number were provided and the best time to reach me was noted. A time frame for call back was provided. |

## Questions and Reviewer's Response

### 1. What diagnoses are supported by the medical evidence?

Diagnoses are supported by the medical evidence are Paroxysmal atrial fibrillation, hypertension, and bradycardia.

Based on review of the totality of provided medical records.

**2.**

**Does the medical evidence support any diagnoses causing functional impairment from 01/17/2020 to the present? Please explain your medical rationale as to why or why not.**

In my opinion, no restrictions other than no work at unprotected heights due to treatment with Xarelto are warranted. Noted the medical records provided for review are limited in terms of providing a test based assessment of the claimant's cardiovascular functional capacity and as such do not support impairment due to their limited depth and breadth. If additional data should become available that would alter this assessment it should be considered.

Based on review of the totality of provided medical records.

**3.**

**If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported. Please comment on the expected duration for any supported restrictions and limitations.**

Due to a lack of data the claimant's cardiovascular based functional capacity is not addressed by the limited records provided for review therefore cardiovascular based impairment is not supported. If additional data should become available that would alter/impact this assessment it should be considered.

Based on review of the totality of provided medical records.

**4. Please outline comorbid conditions and if they contribute to disabling condition or cause any restrictions and limitations.**

Comorbid conditions are obesity and TIA.

Based on review of the totality of provided medical records.

**5. Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis during the period of 01/17/2020 forward? Please explain why or why not.**

No, the medical documentation does not support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis during the

RRS
Reliable Review Services

period of 01/17/2020 forward. Due to the limited extent of provided medical records, which do not address the claimant's cardiovascular, based functional capacity.

Based on review of the totality of provided medical records.

**6.**

**If AP contact may clarify any significant areas such as diagnosis, restrictions and limitations treatment opportunities, prognosis, or reason for work absence, the AP contact information is: PCP Dr. Michael Westbrook and Cardiologist Dr. Abdul-Nasser Adjei and Document 2 attempts within 5 business days with initial and final memorandum as indicated, as well as AP letter.**

Please see documentation of AP contact section as well as the questions, which would have been posed. Dr. Westbrook does not do disability peer to peers and Dr. Adjei did not return my calls.

**7. Please outline any medical information not in the file that if it became available, could be helpful in further clarifying the medical necessity for restrictions and limitations.**

Medical information not in the file that if it became available, could be helpful are:

1. Event monitoring
2. Echocardiography
3. Stress Testing
4. NT ProBNP determinations

Based on review of the totality of provided medical records.

## Assessment/Rationale

This review is from a Cardiovascular Disease perspective. The claimant is a 46-year-old male who has reported date of disability of 3/16/18. The claimant has a diagnosis of neoplasm of unspecified behavior of brain. The period in review is from 01/17/20 to the present.

The claimant does experience paroxysmal atrial fibrillation however the records provided for review are limited and do not address the issues of structural heart disease, recent recurrence of arrhythmia, other cardiovascular comorbidities such as coronary artery disease or LV dysfunction and do not provide a test based assessment of functional capacity such as stress testing or Cardiopulmonary stress testing.

Due to a lack of data the claimant's cardiovascular-based functional capacity is not addressed by the limited records provided for review therefore cardiovascular based impairment is not supported. If

additional data should become available that would alter/impact this assessment it should be considered.

***The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.***

***I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.***

Mark A. Sims MD, MBA, MHA

Mark A Sims, M.D.
Board Certified
Cardiovascular Disease
Internal Medicine
Expertise in: Postural Orthostatic Tachycardia Syndrome
FL - ME31653

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| Undated | Peer Review | Not Signed |
| 07/05/2018, 07/18/2018, 08/26/2019, 08/23/2019, 09/23/2019 | Authorization For The Release Of Information Including Protected Health Information | Claimant |
| 06/29/2018, 11/08/2018, 01/29/2019, 08/17/2019, 08/19/2019, 11/11/2019 | Correspondence | Client |
| 06/15/2020 | Correspondence | Rex Chronister, Attorney At Law |
| Undated | Residual Functional Capacity Form | Not Signed |
| Undated | Peer Review | Not Signed |
| 01/22/2019, 05/31/2019 | Correspondence | Social Security Administration Retirement, |

RRS
Reliable Review Services

| | | |
|---|---|---|
| | | Survivors And Disability Insurance |
| 02/11/2019, 06/17/2019 | Correspondence | Advocator Group |
| 01/20/2019 | Authorization For Release Of Long- Term Disability | Claimant |
| 05/20/2020 | Certified Mail Return Receipt Requested | Rex Chronister, Attorney At Law |
| 06/25/2018 | Attending Physician's Statement | Tonya Phillips, MD |
| 06/25/2018 | Authorization For Release Medical Information | Claimant |
| 06/25/2018 | Beneficiary Designation Form | Claimant |
| 06/25/2018 | Request For Federal Income Tax Withholding Form Sick Pay | Department Of The Treasury Internal Revenue Service |
| 06/25/2018 | Disability Claim Form | Claimant |
| 04/05/2018, 06/21/2018 | Office Visit | Tonya Phillips, MD |
| 04/12/2018 | MRI Brain With And Without Contrast | Clint Wood, MD |
| 07/05/2018 | Claimant Information Form | Claimant |
| Undated | Claimant Supplementary Statement | Claimant |
| 08/21/2018 | Social Security / Reimbursement Agreement | Client |
| 08/21/2018 | Request For Federal Income Tax | Claimant |
| 06/25/2018-08/17/2018 | Email :Correspondences | Client |
| 03/11/2018 | Earnings Statements | Oklahoma Gas And Electric Company |
| 06/22/2018 | Correspondence | OGE Energy Corp |
| Undated | Job Description | Employer |
| Undated | Long term Disability | Transco XConstrution |
| 06/22/2018 | Employer's Statement | Claimant |
| 11/07/2019 | Nursing Memorandum | Client |
| 12/12/2019 | Correspondence | Jennifer King, MD |
| 12/13/2019 | Correspondence | Tonya Phillips, MD |
| 07/24/2018 | Independent Peer Review | David Hoenig, MD |
| 12/13/2019, 12/31/2019, 07/07/2020 | ICP Memo | Jennifer King, MD |
| 08/04/2017, 04/05/2018, 04/12/2018, 05/25/2018, 06/21/2018, 08/29/2018, 11/30/2018, 06/06/2019 | Office Visit | Tonya Phillips, MD |
| 04/20/2018, 05/29/2018, 08/31/2018, 03/04/2019 | Delivery Verification | Accredo Specialty Pharmacy |
| 08/04/2017 | Botox Billing Summary | Signature Illegible |
| 08/07/2017 | Informed Consent For Therapeutic Botox | Signature Illegible |
| 08/04/2017 | Generic Waiver | Signature Illegible |

RRS
Reliable Review Services

| | | |
|---|---|---|
| 07/21/2017 | Meds Form | Tonya Phillips, MD |
| 08/07/2017 | Account Information | Accredo Specialty Pharmacy |
| 10/24/2019 | Authorization To Use And Disclose Protected Health Information | Claimant |
| 03/07/2019 | Office Visit | Abdul - Nasser Adjei, MD |
| Undated | Initial Payment Calculation Worksheet | Employer |
| 08/15/2018 | Direct Deposit Application | Claimant |
| 07/27/2018 | Occupational Analysis / Vocational Review | Rose Cacioppo, MA CRC , CDMS |

Reliable Review Services
621 NW 53rd Street, STE 275
Boca Raton, FL 33487
Toll Free: 877-890-0123
**Fax: 561-995-4189**

RRS
Reliable Review Services

# Fax :

| | |
|---|---|
| **To**: Dr. Abdul-Nasser Adjei | **From:** Reliable RS |
| **Fax:** 479-573-2562 | **Date:** July 2, 2020 |
| **Re:** Wesley F Kenney | **RRS ID:** 51670 |

As an Independent Peer Reviewer, Mark A Sims, M.D., on the case for your above named patient, I have contacted your office to discuss the case and was instructed to present my questions to you via fax. **Please respond by 7/16/2020.**

1. What is the claimant's cardiovascular based functional capacity and does this apply 1/17/20 to the present?
2. What is the basis for the opinion regarding the claimant's functional capacity?
3. Does the claimant have a full-time work capacity if so at what physical demand level?
4. Do you expect improvement if so when?
5. Are any cardiovascular based diagnostic studies or therapeutic changes planned if so what and when?

Mark A. Sims MD MBA MHA

Mark A Sims, M.D.
Board Certified
Cardiovascular Disease
Internal Medicine
Expertise in: Postural Orthostatic Tachycardia Syndrome
FL - ME31653
July 2, 2020

# INVOICE

**Reliable Review Services**

**Invoice Number : 51670-1** **6/30/2020 2:19 PM CDT**

Claimant: Wesley F Kenney
Client Claim#: 8205360
RRS Claim#: 51670-1

**Customer:** LINCOLN FINANCIAL GROUP
8801 Indian Hills Drive
Omaha, NE 68114

| Description of Services | Hours | Rate | Other Fees | Amount Due |
|---|---|---|---|---|
| PEER REVIEW | 3.75 | 210 | $0.00 | 787.50 |

**Total Due: $787.50**

**Reviewer Details**

**Reviewer**

Mark A Sims - Cardiovascular Disease

**Please include the invoice number with your payment and mail to:**

Reliable RS
PO Box 492890,
Redding CA 96049

**Tax Id:** 26-1114252

*Prompt payment within 30 days is greatly appreciated!*
Reliable RS, PO Box 492890, Redding CA 96049

**ICP Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| OGE ENERGY CORP. | WESLEY KENNEY | 8205360 |

| | | | |
|---|---|---|---|
| **Referred By:** | Tawnya Valliere | **Claimant DOB:** | 09/04/1973 |
| **Referral Date:** | 06/23/2020 | **Job Title:** | FOREMAN A TRANSMISSION |
| **Due Date:** | 07/07/2020 | **Medical/ Surgical Condition:** | brain tumor, right hemifacial muscle spasm |
| **Referral Type:** | Appeal Referral | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 03/15/2018 |
| **Report Date:** | | **DOD:** | 03/16/2018 |
| **Physical Demands:** | | **BBD:** | 09/12/2018 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Core Questions**
There are no core questions.

**Additional Questions**

Other 1. What diagnoses are supported by the medical evidence? 2.Does the medical evidence support any diagnoses causing functional impairment from 01/17/2020 to the present? Please explain your medical rationale as to why or why not. 3. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported. Please comment on the expected duration for any supported restrictions and limitations. 4. Please outline comorbid conditions and if they contribute to disabling condition or cause any restrictions and limitations. 5. Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis during the period of 01/17/2020 forward? Please explain why or why not. 6. When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call. (Dr. Tonya Phillips tel: 479-709-7050 fax: 479-709-7051) 7. Please outline any medical information not in the file that if it became available, could be helpful in further clarifying the medical necessity for restrictions and limitations.

Other THIS IS AN APPEAL - Please do not assign referral to Dr. David Hoenig who has previously reviewed this claim.

**Other Comments**
Other Comments - null

**ICP Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| OGE ENERGY CORP. | WESLEY KENNEY | 8205360 |

| | | | |
|---|---|---|---|
| **Referred By:** | Tawnya Valliere | **Claimant DOB:** | 09/04/1973 |
| **Referral Date:** | 06/23/2020 | **Job Title:** | FOREMAN A TRANSMISSION |
| **Due Date:** | 07/07/2020 | **Medical/ Surgical Condition:** | paroxysmal atrial fibrillation, essential htn, bradycardia, dizziness, sleep apnea, obesity |
| **Referral Type:** | Appeal Referral | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 03/15/2018 |
| **Report Date:** | | **DOD:** | 03/16/2018 |
| **Physical Demands:** | | **BBD:** | 09/12/2018 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Core Questions**
There are no core questions.

**Additional Questions**

Other 1. What diagnoses are supported by the medical evidence? 2.Does the medical evidence support any diagnoses causing functional impairment from 01/17/2020 to the present? Please explain your medical rationale as to why or why not. 3. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported. Please comment on the expected duration for any supported restrictions and limitations. 4. Please outline comorbid conditions and if they contribute to disabling condition or cause any restrictions and limitations. 5. Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis during the period of 01/17/2020 forward? Please explain why or why not. 6. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is: PCP – Dr. Michael Westbrook tel: 479-667-2923 fax: 479-667-2857 and Cardiologist – Dr. Abdul-Nasser Adjei tel: 479-709-7325 fax: 479-573-2562 and Document 2 attempts within 5 business days with initial and final memorandum as indicated, as well as AP letter. 7. Please outline any medical information

not in the file that if it became available, could be helpful in further clarifying the medical necessity for restrictions and limitations.

Other Unrelated to COVID-19

**Other Comments**
Other Comments - null

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

| | |
|---|---|
| Date: | June 23, 2020 |
| To: | REX CHRONISTER<br>CFF LAW<br>309 N. 7TH STREET<br>PO BOX 66<br>FORT SMITH AR 72902 |
| Attn: | |
| Fax: | (479) 783-1571 |
| From: | Tawnya Valliere<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 422-7909 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 8205360<br>Claimant: Wesley Kenney<br><br>OGE Energy Corp. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

June 23, 2020

Rex W. Chronister
Cff Law
309 N. 7TH STREET
PO BOX 66
FORT SMITH, AR 72902

RE: Long Term Disability (LTD) Benefits
OGE Energy Corp.
Claim #: 8205360
Claimant: Wesley Kenney

Dear Rex Chronister:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the OGE Energy Corporation Group Disability Policy. We are writing in reference to Mr. Wesley Kenney's claim for LTD benefits under the Policy.

We received your request for review of the recent claim determination on Mr. Kenney's claim on June 02, 2020. Additionally, on June 21, 2020, we received a signed Authorization by Mr. Kenney and a copy of the Residual Functional Capacity Form completed by Dr. Tonya Phillips.

We understand this is all of the information you intend to submit for our consideration of Mr. Kenney's LTD appeal. Consequently, his file has been forwarded to Lincoln's Appeal Review Unit for a full, and fair review.

I will be the dedicated Appeal Consultant for Mr. Kenney's LTD claim. If you have any questions regarding the status of the appeal, you may contact me at 1-888-437-7611 extension 15894.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya Valliere
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 422-7909

CHRONISTER, FIELDS & FLAKE, PLLC
REX W. CHRONISTER
ANDREW A. FLAKE
RON FIELDS
MEGEN CHRONISTER PREWITT
Attorneys at Law
P.O. Box 66
Fort Smith, AR 72902
Phone: 479-783-4060
Fax: 479-783-1571

CFF | LAW

# FAX

| | | | |
|---|---|---|---|
| **To:** | Tawnya Villaiere | **Fax:** | 603-422-7909 |
| **From:** | Rex W. Chronister | **Date:** | June 22, 2020 |
| **Re:** | Wesley Kenny | **Pages:** | |
| **Sent By:** | Mindy Chronister | **CC:** | |

☐ **Urgent** ☐ **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Recycle**

INFORMATION CONTAINED IN THIS FAX IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE. THIS MESSAGE IS AN ATTORNEY/CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT IF YOU HAVE RECEIVED THIS DOCUMENT IN ERROR, THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS MESSAGE IS PROHIBITED.

CFF | LAW

REX W. CHRONISTER
RON FIELDS
ANDREW FLAKE
MEGEN C. PREWITT

CHRONISTER, FIELDS & FLAKE, PLLC
ATTORNEYS AT LAW

Telephone 479-783-4060
Facsimile 479-783-1571

309 N. 7th Street
Post Office Box 66
Fort Smith, Arkansas 72902

June 15, 2020

Ms. Tawnya Valliere
Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
**TRANSMITTED VIA FAX:** 603-422-7909

Re: Long term Disability (LTD) Benefits
OGE Energy Copr.
Claim #: 8205360
Claimant: Wesley Kenny

Dear Ms. Valliere:

Referenced is made to your June 15th letter regarding the above matter. Attached you will find an executed Authorization by Mr. Kenny authorizing you to release information pertaining to the above matter. Likewise, attached you will find the Residual Functional Capacity evaluation performed by Dr. Tonya Phillips relevant to Mr. Kenny.

Should you have any questions or concerns, please do not hesitate to contact me. I thank you for your consideration.

Very truly yours,

REX W. CHRONISTER
Attorney at Law

RWC/mc
Enclosure

# AUTHORIZATION

Comes now, Wesley F. Kenny and hereby authorizes Lincoln Financial Group to discuss any and all information pertaining to his Social Security Disability Claim with his Attorney, Rex W. Chronister.

WESLEY F. KENNY

968-6253

Residual Functional Capacity Form

Patient: Fred W. Kenney SS #: 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

Date of Birth: 9-4-73

Dear Doctor: Tonya Phillips

Please respond to the following questions regarding your patient's disability. This will be used as medical evidence for a Social Security disability claim or a private long-term disability claim.

**Please be specific with regards to your patient's medical ailments and how they affect his or her daily activities both at work and at home:**

**1. With regards to your contact with the patient, please describe the frequency and purpose:**

Patient is seen Q3 months for Botox injections due to hemifacial spasms

**2. Please describe the patient's symptoms as completely as possible:**

Patient has severe dizzyness due to CP Angle Tumor

**3. Please state all clinical findings and any medical test results and/or laboratory results:**

MRI Brain 4-12-18 shows stable 2.2 cm mass in (R) cerebellopontine angle c̄ signal.

**4. What is your diagnosis of the patients symptoms and test results?**

Patient has extreme dizziness

**5. Please describe any treatment done so far and the results of treatment:**

Patient was sent to Dr Knight for eval

**6. What is your prognosis for this patient?** fair

**7. Would you expect the patient's disability or impairment to last one year or more, or has it already lasted one year?**

Yes X No ____

**8. Does the disability or impairment prevent the patient from standing for six to eight hours?**

Yes ✓ No ____

Can the patient stand at all, and if so for how long? when patient get dizzy he will have to sit.

**9. Does the disability or impairment prevent the patient from sitting upright for six to eight hours?**

Yes ____ No ____ As long as patient does not move his head he is ok

Can the patient sit at all, and if so for how long?

 

**10. If the patient cannot stand and/or sit upright for six to eight hours, what is the reason?**

As long as he doesn't move his head but if becomes dizzy will have to sit

**11. Does the disability or impairment require the patient to lie down during the day?**

Yes ✓ No ____

If the answer is yes, please explain why:

**12. How far can the patient walk without stopping?** NA

**13. Please check the frequency with which the patient can perform the following activities:**

| Percentage of Time | Rarely 0-30% | Frequently 30-70% | Consistently 70-100% |
|---|---|---|---|
| Reach Up Above Shoulders | | | |
| Reach Down to Waist Level | | | |
| Reach Down Towards Floor | | | |
| Carefully Handle Objects | | | |
| Handle with Fingers | | | |

**14. In pounds, how much weight can the patient lift and carry during an eight-hour period?**

____ Less than 5 ____ 5-10 ____ 11-20 ____ 21-50 ____ over 50 N/A

**15. In pounds, how much weight can the patient lift and carry regularly/daily?**

____ Less than 5 ____ 5-10 ____ 11-20 ____ 21-50 ____ over 50

**16. Does the patient's disability or impairment prevent the him or her from performing certain motions such as lifting, pulling, holding objects, etc.?**

Yes

**17. Does the patient have any difficulty performing the motions below? (Please include any range of motion information.)**

Bending ✓

Squatting ✓

Kneeling ✓

Turning any parts of the body ✓

**18. Would the patient's disability or impairment prevent him or her from traveling alone?**

Yes ✓ No _____ Why?

**19. Are there any other factors not addressed in the above questions that you believe may affect the patient's ability to work, or function normally in daily life?**

**20. If the patient has any complaints of pain, please address the following questions:**

What is the nature of the pain? NA

How frequent is the pain?

How would you describe the level of pain?

How would you rate the patient's creditability with regards to claims of pain?

Is there an objective medical reason for the pain? n/a

**21. Given your experience with the patient, your diagnosis, and the patient's disability or impairment, do you believe he or she could continue or resume work at current or previous employment?**

Yes ____ No ✓

If not, please explain why: has exterme dizziness

Is there other work the patient could do given his or her skills and disability or impairment?

no

**22. How would you expect the patient's diagnosis/disability to change over time?**

✓ Disability is Not Likely to Change

___ Disability is Temporary, From: ________ To: __________

23. When would you expect the patient to be able to return to work, with and/or without any restrictions?

Ø

Please enclose all relevant medical, clinical, and laboratory records you have for this patient, and use the space below for any additional comment or information you feel is relevant.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

| | |
|---|---|
| Date: | June 15, 2020 |
| To: | REX CHRONISTER<br>CFF LAW<br>309 N. 7TH STREET<br>PO BOX 66<br>FORT SMITH AR 72902 |
| Attn: | |
| Fax: | (479) 783-1571 |
| From: | Tawnya Valliere<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 422-7909 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 8205360<br>Claimant: Wesley Kenney<br><br>OGE Energy Corp. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

June 15, 2020

Rex W. Chronister
Cff Law
309 N. 7TH STREET
PO BOX 66
FORT SMITH, AR 72902

RE: Long Term Disability (LTD) Benefits
OGE Energy Corp.
Claim #: 8205360
Claimant: Wesley Kenney

Dear Rex Chronister:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the OGE Energy Corporation Group Disability Policy. We are writing regarding Wesley Kenney's claim for LTD benefits under the Policy.

We received your request for review of the recent claim determination on Mr. Kenney's LTD claim on June 02, 2020.

In your appeal request, you reported that you were enclosing a copy of the Residual Functional Capacity evaluation performed by Dr. Tonya Phillips on or about April 06, 2020 to be included as part of the appeal request. However, we did not receive the enclosure.

<u>We ask that you please send a copy of the Residual Functional Capacity evaluation and any other information you wish to submit, preferably by fax, to my attention using the contact information in the right upper corner of this letter no later than June 22, 2020.</u>

Additionally, we do not have proper authorization to release claim information to you at this time. Please provide a signed notice of representation and/or authorization for Mr. Kenney. This can also be faxed to our office at 603-422-7909.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya Valliere
Appeals Consultant

Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 422-7909

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **PHOENIX**

Office: 913 Manager: CHANDRA, JUANITA Case Mgr: VEGA, ERIKA

Claimant Name: WESLEY F KENNEY Claim #: 8205360

Occupation (Job Title): FOREMAN A TRANSMISSION Date Sent: 6/3/2020

Diagnosis: D49.6 Neoplasm of unspecified behavior of brain, R42 Dizziness and giddiness

Date of Disability: 3/16/2018 Date Benefits Began: 9/12/2018

Maximum Duration: 9/3/2038 Paid Through: 1/16/2020

Date of Denial or (DB451): 1/17/2020 Date Appeal Received: 6/3/2020

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: OGE ENERGY CORP.

Product: LTD Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations

- [x] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

OGE ENERGY CORP.

ER Contact Addresses (including email address):

321 N. HARVEY AVENUE OKLAHOMA CITY , OK, 73102

Phone No. 4055533361 FAX No.

Account Specific or Unique Contract Issues / Additional Info:

Appeal Referral

CFF | LAW

REX W. CHRONISTER
RON FIELDS
ANDREW FLAKE
MEGEN C. PREWITT

CHRONISTER, FIELDS & FLAKE, PLLC
ATTORNEYS AT LAW

Telephone 479-783-4060
Facsimile 479-783-1571

309 N. 7th Street
Post Office Box 66
Fort Smith, Arkansas 72902

May 20, 2020

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Lincoln Life Insurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
PO Box 7213
London, Kentucky 40742-7213

Re: Welsey F. Kenny -- Long Term Disability Benefits
OGE Energy Corp.
Claim #: 8205360

Dear Sirs:

Please consider our formal request for review of the denial issued to Mr. Wesley F. Kenny on or about January 18, 2020. According to the documentation you submitted, it was determined that Mr. Kenny did not meet the definition of disabled under the policy effective January 16, 2020. It appears that you determined that Mr. Kenny is not disabled because he can engage in light work which includes frequent sitting, standing, walking, reaching, handling and fingering, occasional bending, stooping and twisting with no crawling, crouching, squatting, climbing, balancing or kneeling.

This conclusion is unsupported by the medical documentation specifically including the Residual Functional Capacity evaluation performed by Dr. Tonya Phillips on or about April 6, 2020. I am enclosing a copy of this Residual Functional capacity form for your review. I would also note that your decision did not include any information from Dr. Phillips.

Per Dr. Phillips evaluation, Mr. Kenny has severe dizziness due to a non-malignant brain tumor. This was confirmed by an MRI of the brain on 4/12/18 which shows a 2.2 centimeter mass adjacent to the brain stem. This results in extreme dizziness. According to Dr. Phillips, Mr. Kenny would have difficulty performing any bending, squatting, kneeling or turning any part of the body. It would not be safe for him

to travel alone due to severe dizziness. He cannot engage in any lifting, pulling or holding of objects. He can only set upright if he does not move his head. He cannot stand unless he does not move his head. I would particularly note finding 21 on the RFC evaluation which indicates that Mr. Kenny cannot return to current or previous employment and based on his extreme dizziness there is no other work given his skills which he could perform. Finally, this disability is "not likely to change".

Based on the above, we would ask that you immediately undertake a review or Mr. Kenny's disability claim considering the additional information set forth in Dr. Phillips Residual Functional Capacity evaluation and immediately reinstate Mr. Kenny's disability with corresponding back pay through January 16, 2020.

Further, correspondence related to this claim should be forwarded to my office on behalf of Mr. Kenny. I thank you for your consideration.

Very truly yours,

REX W. CHRONISTER
Attorney at Law

RWC/mc
Enclosure

CC: Mr. Wesley Kenny

CFF LAW
CHRONISTER, FIELDS & FLAKE, PLLC
ATTORNEYS AT LAW

309 N. 7th Street
Post Office Box 66
Fort Smith, Arkansas 72902

7014 2120 0001 2627 2632

FIRST-CLASS

US POSTAGE
$ 006.90

Lincoln Life Insurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
PO Box 7213
London, Kentucky 40742-7213

40742-721313

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, January 29, 2020 11:17:04 AM |
| To: | SRAYKENNEY@GMAIL.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]OGE Energy Corp. Claim No. 8205360 Wesley Kenney |
| Attachments: | zrqgrtalpwl0yqq6bgdm_7783752.pdf; |

**Important**
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

**Importante**
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

January 29, 2020

Mr. Wesley F. Kenney
518 COUNTY RD 2731
LONDON, AR 72846

RE: Long Term Disability (LTD) Benefits
OGE Energy Corp.
Claim #: 8205360

Dear Mr. Wesley Kenney:

This letter is in regards to your Long Term Disability (LTD) claim. Please find the requsted letter attached below.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erika Vega
Ltd Specialist I
Phone No.: (800) 320-7585 Ext. 41649
Secure Fax No.: (603) 422-0119

Attachments: 8205360-REQUEST-CLAIMANT OTHER-01.28.2020

From: LFGNotifications@LFG.com
Sent: Tuesday, January 28, 2020 11:26:02 AM
To: SRAYKEENEY@GMAIL.COM;
CC:
BCC:
Subject: [Send Secure]OGE Energy Corp. Claim No. 8205360 Wesley Kenney
Attachments: ezuxcddo2xhxbfkuhws7_7776287.pdf;

**Important**
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

**Importante**
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

January 28, 2020

Mr. Wesley F. Kenney
518 COUNTY RD 2731
LONDON, AR 72846

RE: Long Term Disability (LTD) Benefits
OGE Energy Corp.
Claim #: 8205360

Dear Mr. Wesley Kenney:

This letter is in regards to your Long Term Disability Claim. Per your request please find the letter that was sent to you on January 17, 2020.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erika Vega
Ltd Specialist I
Phone No.: (800) 320-7585 Ext. 41649
Secure Fax No.: (603) 422-0119

Attachments: 8205360-CLOSE-FREEFORM-01.17.2020

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. WESLEY KENNEY
518 COUNTY RD 2731
LONDON AR 72846

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

January 18, 2020

Mr. Wesley F. Kenney
518 COUNTY RD 2731
LONDON, AR 72846

RE: Long Term Disability (LTD) Benefits
OGE Energy Corp.
Claim #: 8205360

Dear Mr. Wesley Kenney:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under OGE Energy Corp.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond January 16, 2020. Oge Energy Corporation's LTD Policy requires that to receive benefits you must meet the following definition of disability:

***"Disability"*** *or* ***"Disabled"*** *means:*

*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

*Applicable to Class 2:*

*a. if the Covered Person is eligible for the Maximum Own Occupation benefit,* ***"Disability"*** *or* ***"Disabled"*** *means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to perform the Material and Substantial Duties of his Own Occupation.*

*Applicable to Class 1:*

*b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit,* ***"Disability"*** *or* ***"Disabled"*** *means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

***"Disability"*** *or* ***"Disabled"*** *means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

***"Own Occupation"*** *means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.*

You have been receiving LTD benefits for your disability since September 12, 2018. You submitted a claim for a Brain Tumor and Right Hemifacial Muscle Spasms.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

We spoke with you on August 16, 2019 and you advised us that you were receiving treatment from Dr. Phillips and Dr. Adjei. We requested medical records for the period of December 1, 2018 to present. The following information has been received:

- Medical records from Dr. Phillips for the period of March 1, 2019 through June 6, 2019
- Office visit note from Dr. Adjei dated March 7, 2019 and Attending Physician Statement dated October 24, 2019.

In order to clarify the severity of your condition and your level of functionality, your file was referred for review and assessment by a consulting physician, specializing in Internal Medicine. The results of your review are summarized as follows:

**<u>Internal Medicine Review, Completed December 31, 2019</u>**

*Based on medical records, claimant has paroxysmal atrial fibrillation requiring long term use of an anticoagulant, dizziness, brain tumor and right hemifacial muscle spasm. Per office visit note on 3/7/2019 with Dr. Adjei, cardiologist, claimant's atrial fibrillation was stable on medication but still required daily anti-coagulant. Claimant's dizziness was reported as none occurring recently, and physical exam was normal except for facial asymmetry. Per claimant's office visit with Tonya Phillips, 6/6/2019, in the review of systems there are no reports of balance issues, falls, or dizziness and claimant was treated with Botox for his facial asymmetry and was to follow up in 3 months.*

*Medical records, claimant's chronic use of anti-coagulants for paroxysmal atrial fibrillation and dizziness are resulting in restrictions and limitations of no climbing except stairs or working from heights or other activity that would increase risk of falls or imbalance from 12/7/2019 into foreseeable future.*

**<u>Attempts to reach Attending Physician</u>**

The consulting physician attempted to contact Dr. Phillips on December 11, 2019 and December 12, 2019. On December 12, 2019 an individual returned the call for Dr. Phillips and restrictions from a

neurology point of view were discussed. It was recommended to speak with your cardiologist for any further restrictions.

On December 12, 2019 a voicemail was left with Dr. Adjei. On December 13, 2019 an individual returned the call and confirmed Dr. Adjei would not complete and disability forms or sign any letter as you are seen annually and does not want to recommend any restrictions or limitations.

**PHYSICAL DEMANDS**

This occupation is most often performed at the light and medium levels of physical demand based on the Department of Labor descriptions found in the DOT, with opportunities at both levels.

The Department of Labor defines Light work as,

"**L-Light Work** - Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible." Positional requirements in light environments include:

- **Frequent** sitting, standing, walking, reaching, handling and fingering
- **Occasional** bending/stooping and twisting
- **No** crawling, crouching/squatting, climbing, balancing or kneeling

**Conclusion**

We conducted a thorough review of your entire claim. Based on the medical documentation we received and confirmation you no longer meet the definition of disability outlined above and benefits are no longer payable beyond January 16, 2020 and we must close your claim.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with Liberty, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should Liberty receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

All office visit notes, test results, lab results, prescription histories, hospital records, discharge summaries, x-ray reports, consulting physician reports, pharmacy records, physical and occupational therapy notes, MRI results, CT scan results, mental health status evaluations, and treatment plans, and specific restrictions and limitations from March 2018 to the present from any and all other treating providers you have treated with for your medical condition.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosiníłį́į' dóó ná'ookąąh nííní'ą́ągo naaltsoos nííníltsoozígíí hazho'ó bik'idi'deeshtį́į́ł nínízingo doo bą́ą́h ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erika Vega
Ltd Specialist I
Phone No.: (800) 320-7585 Ext. 41649
Secure Fax No.: (603) 422-0119

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, January 28, 2020 11:26:02 AM |
| To: | SRAYKEENEY@GMAIL.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]OGE Energy Corp. Claim No. 8205360 Wesley Kenney |
| Attachments: | ezuxcddo2xhxbfkuhws7_7776287.pdf; |

---

**Important**
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

**Importante**
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

January 28, 2020

Mr. Wesley F. Kenney
518 COUNTY RD 2731
LONDON, AR 72846

RE: Long Term Disability (LTD) Benefits
OGE Energy Corp.
Claim #: 8205360

Dear Mr. Wesley Kenney:

This letter is in regards to your Long Term Disability Claim. Per your request please find the letter that was sent to you on January 17, 2020.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erika Vega
Ltd Specialist I
Phone No.: (800) 320-7585 Ext. 41649
Secure Fax No.: (603) 422-0119

Attachments: 8205360-CLOSE-FREEFORM-01.17.2020

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. WESLEY KENNEY
518 COUNTY RD 2731
LONDON AR 72846

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

January 18, 2020

Mr. Wesley F. Kenney
518 COUNTY RD 2731
LONDON, AR 72846

RE: Long Term Disability (LTD) Benefits
OGE Energy Corp.
Claim #: 8205360

Dear Mr. Wesley Kenney:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under OGE Energy Corp.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond January 16, 2020. Oge Energy Corporation's LTD Policy requires that to receive benefits you must meet the following definition of disability:

***"Disability"*** *or* ***"Disabled"*** *means:*

*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

*Applicable to Class 2:*

*a. if the Covered Person is eligible for the Maximum Own Occupation benefit,* ***"Disability"*** *or* ***"Disabled"*** *means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to perform the Material and Substantial Duties of his Own Occupation.*

*Applicable to Class 1:*

*b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit,* ***"Disability"*** *or* ***"Disabled"*** *means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

***"Disability"*** *or* ***"Disabled"*** *means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

***"Own Occupation"*** *means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.*

You have been receiving LTD benefits for your disability since September 12, 2018. You submitted a claim for a Brain Tumor and Right Hemifacial Muscle Spasms.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

We spoke with you on August 16, 2019 and you advised us that you were receiving treatment from Dr. Phillips and Dr. Adjei. We requested medical records for the period of December 1, 2018 to present. The following information has been received:

- Medical records from Dr. Phillips for the period of March 1, 2019 through June 6, 2019
- Office visit note from Dr. Adjei dated March 7, 2019 and Attending Physician Statement dated October 24, 2019.

In order to clarify the severity of your condition and your level of functionality, your file was referred for review and assessment by a consulting physician, specializing in Internal Medicine. The results of your review are summarized as follows:

**Internal Medicine Review, Completed December 31, 2019**

*Based on medical records, claimant has paroxysmal atrial fibrillation requiring long term use of an anticoagulant, dizziness, brain tumor and right hemifacial muscle spasm. Per office visit note on 3/7/2019 with Dr. Adjei, cardiologist, claimant's atrial fibrillation was stable on medication but still required daily anti-coagulant. Claimant's dizziness was reported as none occurring recently, and physical exam was normal except for facial asymmetry. Per claimant's office visit with Tonya Phillips, 6/6/2019, in the review of systems there are no reports of balance issues, falls, or dizziness and claimant was treated with Botox for his facial asymmetry and was to follow up in 3 months.*

*Medical records, claimant's chronic use of anti-coagulants for paroxysmal atrial fibrillation and dizziness are resulting in restrictions and limitations of no climbing except stairs or working from heights or other activity that would increase risk of falls or imbalance from 12/7/2019 into foreseeable future.*

**Attempts to reach Attending Physician**

The consulting physician attempted to contact Dr. Phillips on December 11, 2019 and December 12, 2019. On December 12, 2019 an individual returned the call for Dr. Phillips and restrictions from a

neurology point of view were discussed. It was recommended to speak with your cardiologist for any further restrictions.

On December 12, 2019 a voicemail was left with Dr. Adjei. On December 13, 2019 an individual returned the call and confirmed Dr. Adjei would not complete and disability forms or sign any letter as you are seen annually and does not want to recommend any restrictions or limitations.

**PHYSICAL DEMANDS**

This occupation is most often performed at the light and medium levels of physical demand based on the Department of Labor descriptions found in the DOT, with opportunities at both levels.

The Department of Labor defines Light work as,

"**L-Light Work** - Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible." Positional requirements in light environments include:

- **Frequent** sitting, standing, walking, reaching, handling and fingering
- **Occasional** bending/stooping and twisting
- **No** crawling, crouching/squatting, climbing, balancing or kneeling

**Conclusion**

We conducted a thorough review of your entire claim. Based on the medical documentation we received and confirmation you no longer meet the definition of disability outlined above and benefits are no longer payable beyond January 16, 2020 and we must close your claim.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with Liberty, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should Liberty receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

All office visit notes, test results, lab results, prescription histories, hospital records, discharge summaries, x-ray reports, consulting physician reports, pharmacy records, physical and occupational therapy notes, MRI results, CT scan results, mental health status evaluations, and treatment plans, and specific restrictions and limitations from March 2018 to the present from any and all other treating providers you have treated with for your medical condition.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shiká a'doowoł nínízingo saad hosíníłįį' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bąąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erika Vega
Ltd Specialist I
Phone No.: (800) 320-7585 Ext. 41649
Secure Fax No.: (603) 422-0119

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. WESLEY KENNEY
518 COUNTY RD 2731
LONDON AR 72846

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

January 18, 2020

Mr. Wesley F. Kenney
518 COUNTY RD 2731
LONDON, AR 72846

RE: Long Term Disability (LTD) Benefits
OGE Energy Corp.
Claim #: 8205360

Dear Mr. Wesley Kenney:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under OGE Energy Corp.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond January 16, 2020. Oge Energy Corporation’s LTD Policy requires that to receive benefits you must meet the following definition of disability:

***"Disability"*** *or* ***"Disabled"*** *means:*

*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

*Applicable to Class 2:*

*a. if the Covered Person is eligible for the Maximum Own Occupation benefit,* ***"Disability"*** *or* ***"Disabled"*** *means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to perform the Material and Substantial Duties of his Own Occupation.*

*Applicable to Class 1:*

*b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit,* ***"Disability"*** *or* ***"Disabled"*** *means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

***"Disability"*** *or* ***"Disabled"*** *means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

***"Own Occupation"*** *means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.*

You have been receiving LTD benefits for your disability since September 12, 2018. You submitted a claim for a Brain Tumor and Right Hemifacial Muscle Spasms.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

We spoke with you on August 16, 2019 and you advised us that you were receiving treatment from Dr. Phillips and Dr. Adjei. We requested medical records for the period of December 1, 2018 to present. The following information has been received:

- Medical records from Dr. Phillips for the period of March 1, 2019 through June 6, 2019
- Office visit note from Dr. Adjei dated March 7, 2019 and Attending Physician Statement dated October 24, 2019.

In order to clarify the severity of your condition and your level of functionality, your file was referred for review and assessment by a consulting physician, specializing in Internal Medicine. The results of your review are summarized as follows:

**Internal Medicine Review, Completed December 31, 2019**

*Based on medical records, claimant has paroxysmal atrial fibrillation requiring long term use of an anticoagulant, dizziness, brain tumor and right hemifacial muscle spasm. Per office visit note on 3/7/2019 with Dr. Adjei, cardiologist, claimant's atrial fibrillation was stable on medication but still required daily anti-coagulant. Claimant's dizziness was reported as none occurring recently, and physical exam was normal except for facial asymmetry. Per claimant's office visit with Tonya Phillips, 6/6/2019, in the review of systems there are no reports of balance issues, falls, or dizziness and claimant was treated with Botox for his facial asymmetry and was to follow up in 3 months.*

*Medical records, claimant's chronic use of anti-coagulants for paroxysmal atrial fibrillation and dizziness are resulting in restrictions and limitations of no climbing except stairs or working from heights or other activity that would increase risk of falls or imbalance from 12/7/2019 into foreseeable future.*

**Attempts to reach Attending Physician**

The consulting physician attempted to contact Dr. Phillips on December 11, 2019 and December 12, 2019. On December 12, 2019 an individual returned the call for Dr. Phillips and restrictions from a

neurology point of view were discussed. It was recommended to speak with your cardiologist for any further restrictions.

On December 12, 2019 a voicemail was left with Dr. Adjei. On December 13, 2019 an individual returned the call and confirmed Dr. Adjei would not complete and disability forms or sign any letter as you are seen annually and does not want to recommend any restrictions or limitations.

**PHYSICAL DEMANDS**

This occupation is most often performed at the light and medium levels of physical demand based on the Department of Labor descriptions found in the DOT, with opportunities at both levels.

The Department of Labor defines Light work as,

**"L-Light Work -** Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible."
Positional requirements in light environments include:

- **Frequent** sitting, standing, walking, reaching, handling and fingering
- **Occasional** bending/stooping and twisting
- **No** crawling, crouching/squatting, climbing, balancing or kneeling

**Conclusion**

We conducted a thorough review of your entire claim. Based on the medical documentation we received and confirmation you no longer meet the definition of disability outlined above and benefits are no longer payable beyond January 16, 2020 and we must close your claim.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with Liberty, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should Liberty receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

All office visit notes, test results, lab results, prescription histories, hospital records, discharge summaries, x-ray reports, consulting physician reports, pharmacy records, physical and occupational therapy notes, MRI results, CT scan results, mental health status evaluations, and treatment plans, and specific restrictions and limitations from March 2018 to the present from any and all other treating providers you have treated with for your medical condition.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłįį' dóó ná'ookąąh níínі'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bąąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducci n, cont cteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelaci n.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erika Vega
Ltd Specialist I
Phone No.: (800) 320-7585 Ext. 41649
Secure Fax No.: (603) 422-0119

**ICP Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| OGE ENERGY CORP. | WESLEY KENNEY | 8205360 |

| | | | |
|---|---|---|---|
| **Referred By:** | Erika Vega | **Claimant DOB:** | 09/04/1973 |
| **Referral Date:** | 12/07/2019 | **Job Title:** | Foreman A Transmission |
| **Due Date:** | 12/22/2019 | **Medical/ Surgical Condition:** | D49.6 / R42 |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 03/15/2018 |
| **Report Date:** | **12/13/2019 Addendum: 12/31/2019** | **DOD:** | 03/16/2018 |
| **Physical Demands:** | | **BBD:** | 09/12/2018 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Core Questions**

1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).
   **Paroxysmal atrial fibrillation requiring chronic anti-coagulant use: Z79.01**
   **Dizziness: R42**

2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).

**Brain tumor: D46.9; not limiting**
**Right hemifacial muscle spasm: G51. 31: not limiting**

3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 12/7/2019 to the present and ongoing, and comment on the expected duration.
a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation. **Per medical records, claimant's chronic use of anti-coagulants for paroxysmal atrial fibrillation and dizziness are resulting in restrictions and limitations of no climbing except stairs or working from heights or other activity that would increase risk of falls or imbalance from 12/7/2019 into foreseeable future.**

4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant

is not compliant with treatment that meets the standard of care? **Yes, treatment provided is standard care and claimant is compliant.**

5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)? **No**

6. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is:

**Name: dr. Tonya Philips Phone Number: 1 (479) 709 7050 ex ----- Fax Number: (479) 709-7310**
Document 2 attempts within 5 business days with initial and final memorandum as indicated, as well as AP letter: **see below**

**Additional Questions**
There are no additional questions.

**Other Comments**
Other Comments - null

Brief overview of clinical presentation and course:
**Per medical records, claimant has paroxysmal atrial fibrillation requiring long term use of an anticoagulant, dizziness, brain tumor and right hemifacial muscle spasm. Per office visit note on 3/7/2019 with Dr. Adjei, cardiologist, claimant's atrial fibrillation was stable on medication but still required daily anti-coagulant. Claimant's dizziness was reported as none occurring recently, and physical exam was normal except for facial asymmetry. Per claimant's office visit with Tonya Phillips, 6/6/2019, in the review of systems there are no reports of balance issues, falls, or dizziness and claimant was treated with Botox for his facial asymmetry and was to follow up in 3 months.**

Analysis and Support for Conclusions
**Per medical records, claimant's daily use of anti-coagulant therapy would result in restrictions and limitations of no climbing except stairs or working from heights or other activity that would risk falls or imbalance due to risk of bleeding if an injury were to occur. Claimant could supervise this type of work but should be very careful lifting or using heavy equipment**.

Records Reviewed:
Medical documents referred by Lincoln Financial Group as of today's date were reviewed, including the most recent medical treatment record in the file which is**: 6/6/2019**

**AP Contact:**
**Name: Dr. Tonya Philips Phone Number: 1 (479) 709 7050 ex ----- Fax Number: (479) 709-7310**

**Date of call: 12/11/2019 Time: 12:55 pm; left message with name, number and reason for call**
**Date of call: 12/12/2019 Time: 10:19 am; left message with name, number and reason for call**
**Date of call: 12/12/2019 Time: 11:14am; Jennifer returned my call for Dr. Phillips and we discussed restrictions from neurology point of view, but she told me that I should speak to claimant's cardiologist for any further restrictions**
**Date letter sent to AP: 12/12/2019**

**AP Contact:**
**Name: Dr. Abdul-Nasser Adjei phone: 479-709-7325 fax: 479-573-2562**
**Date of call: 12/12/2019 time: 1:41 pm; left message with name, number and reason for call**
**Date of call: 12/13/2019 time: 7:26 am Debbie returned my call; I returned her call at 7:41 am and was told Dr. Adjei will not fill out any disability forms or sign any letters; he sees the claimant annually and does not want to recommend any restrictions or limitations**
**Date letter sent to AP: did not send letter**

Electronically signed-
Jennifer A. King, MD
Physician Consultant
Board Certified Family Medicine

Lincoln
Financial Group®

**To:** **Tonya Phillips, MD**
Company:
Fax: 4797097051
Phone:

**From:**
Fax:
Phone:

**NOTES:**

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Thursday, December 12, 2019 3:54:42 PM
**Number of pages including this cover sheet:** 04

Jennifer A. King, MD

Secure fax provided by:
Lincoln Financial Group
Disability Claims
P.O. Box 7206
London, KY 40742-7206
841-1415

Date: December 12, 2019
Name: Tonya Phillips, MD
Fax: 479-709-7051

Re: Disability Benefits
Claimant Name: Fred Wesley Kenney
Claimant DOB: 9/4/1973
Claim Number: 8205360

Dear Dr. Phillips,

Thank you for having Jennifer return my call today. I am the physician who was asked by Lincoln Financial Group to review the medical records Mr. Kenney submitted in support of his request for disability benefits. I appreciated the chance to speak with Jennifer and I'm writing to summarize my understanding of our conversation and the medical records.

As she and I discussed, the medical records indicate his primary impairing diagnoses are unresectable brain tumor resulting in dizziness. As a result, medical restrictions and limitations would be no working from heights. OR other activity would ↑ risk for falls c̄ imbalance

To ensure that I have accurately summarized our conversation and reached valid conclusions, I would appreciate it if you would make any corrections or comments to this letter if necessary, sign below in the space provided, and return this letter back to me as soon as possible by return fax. The toll free and secure return fax number is (866) 841-1415.

Thank you for your help. Lincoln is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Respectfully yours,

-Electronically Signed-
Jennifer A. King,
Board Certified, Family Medicine

__ No changes/comments, OR
X With changes/comments as noted above

[signature] 12/13/19
Tonya Phillips, MD Date

****Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

**ICP Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| OGE ENERGY CORP. | WESLEY KENNEY | 8205360 |

| | | | |
|---|---|---|---|
| **Referred By:** | Erika Vega | **Claimant DOB:** | 09/04/1973 |
| **Referral Date:** | 12/07/2019 | **Job Title:** | Foreman A Transmission |
| **Due Date:** | 12/22/2019 | **Medical/ Surgical Condition:** | D49.6 / R42 |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 03/15/2018 |
| **Report Date:** | **12/13/2019** | **DOD:** | 03/16/2018 |
| **Physical Demands:** | | **BBD:** | 09/12/2018 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Core Questions**

1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).
   **Paroxysmal atrial fibrillation requiring chronic anti-coagulant use: Z79.01**
   **Dizziness: R42**

2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).

**Brain tumor: D46.9; not limiting**
**Right hemifacial muscle spasm: G51. 31: not limiting**

3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 12/7/2019 to the present and ongoing, and comment on the expected duration.
a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation. **Per medical records, claimant's chronic use of anti-coagulants for paroxysmal atrial fibrillation and dizziness are resulting in restrictions and limitations of no climbing except stairs or working from heights from 12/7/2019 into foreseeable future.**

4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care? **Yes, treatment provided is standard care and claimant is compliant.**

5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)? **No**

6. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is:

**Name: dr. Tonya Philips Phone Number: 1 (479) 709 7050 ex ----- Fax Number: (479) 709-7310**

Document 2 attempts within 5 business days with initial and final memorandum as indicated, as well as AP letter: **see below**

**Additional Questions**

There are no additional questions.

**Other Comments**

Other Comments - null

Brief overview of clinical presentation and course:

**Per medical records, claimant has paroxysmal atrial fibrillation requiring long term use of an anticoagulant, dizziness, brain tumor and right hemifacial muscle spasm. Per office visit note on 3/7/2019 with Dr. Adjei, cardiologist, claimant's atrial fibrillation was stable on medication but still required daily anti-coagulant. Claimant's dizziness was reported as none occurring recently, and physical exam was normal except for facial asymmetry. Per claimant's office visit with Tonya Phillips, 6/6/2019, in the review of systems there are no reports of balance issues, falls, or dizziness and claimant was treated with Botox for his facial asymmetry and was to follow up in 3 months.**

Analysis and Support for Conclusions

**Per medical records, claimant's daily use of anti-coagulant therapy would result in restrictions and limitations of no climbing except stairs or working from heights due to risk of bleeding if an injury were to occur. Claimant could supervise this type of work but should be very careful lifting or using heavy equipment**.

Records Reviewed:

Medical documents referred by Lincoln Financial Group as of today's date were reviewed, including the most recent medical treatment record in the file which is**: 6/6/2019**

**AP Contact:**
**Name: Dr. Tonya Philips Phone Number: 1 (479) 709 7050 ex ----- Fax Number: (479) 709-7310**

**Date of call: 12/11/2019 Time: 12:55 pm; left message with name, number and reason for call**
**Date of call: 12/12/2019 Time: 10:19 am; left message with name, number and reason for call**
**Date of call: 12/12/2019 Time: 11:14am; Jennifer returned my call for Dr. Phillips and we discussed restrictions from neurology point of view, but she told me that I should speak to claimant's cardiologist for any further restrictions**
**Date letter sent to AP: 12/12/2019**

**AP Contact:**
**Name: Dr. Abdul-Nasser Adjei phone: 479-709-7325 fax: 479-573-2562**
**Date of call: 12/12/2019 time: 1:41 pm; left message with name, number and reason for call**
**Date of call: 12/13/2019 time: 7:26 am Debbie returned my call; I returned her call at 7:41 am and was told Dr. Adjei will not fill out any disability forms or sign any letters; he sees the claimant annually and does not want to recommend any restrictions or limitations**
**Date letter sent to AP: did not send letter**

Electronically signed-
Jennifer A. King, MD
Physician Consultant
Board Certified Family Medicine

Jennifer A. King, MD

Secure fax provided by:
Lincoln Financial Group
Disability Claims
P.O. Box 7206
London, KY 40742-7206
841-1415

Date: December 12, 2019
Name: Tonya Phillips, MD
Fax: 479-709-7051

Re: Disability Benefits
Claimant Name: Fred Wesley Kenney
Claimant DOB: 9/4/1973
Claim Number: 8205360

Dear Dr. Phillips,

Thank you for having Jennifer return my call today. I am the physician who was asked by Lincoln Financial Group to review the medical records Mr. Kenney submitted in support of his request for disability benefits. I appreciated the chance to speak with Jennifer and I'm writing to summarize my understanding of our conversation and the medical records.

As she and I discussed, the medical records indicate his primary impairing diagnoses are unresectable brain tumor resulting in dizziness. As a result, medical restrictions and limitations would be no working from heights.

To ensure that I have accurately summarized our conversation and reached valid conclusions, I would appreciate it if you would make any corrections or comments to this letter if necessary, sign below in the space provided, and return this letter back to me as soon as possible by return fax. The toll free and secure return fax number is (866) 841-1415.

Thank you for your help. Lincoln is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Respectfully yours,

-Electronically Signed-
Jennifer A. King,
Board Certified, Family Medicine

__ No changes/comments, OR
__ With changes/comments as noted above

______________ ______
Tonya Phillips, MD Date

****Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

**To:** **Tonya Phillips, MD**
Company:
Fax: 4797097051
Phone:

**From Name:**
Company:
Fax:
Phone::
Email:

**Sent:** 12/12/2019 3:55:42 PM
Duration: 00:02:44
Number dialed: 4797097051
Remote ID: 4797097051
Result: Success
Pages: 4

Lincoln Financial Group®

**To:** **Tonya Phillips, MD**
Company:
Fax: 4797097051
Phone:
**From:**
Fax:
Phone:

**NOTES:**

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Thursday, December 12, 2019 3:54:42 PM
**Number of pages including this cover sheet:** 04

Confirmation receipt generated by King, Jennifer on 12/12/2019 2:08:22 PM

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

VAFA FERDOWSIAN
THE CONWAY CLINIC
1120 HOGAN LANE, STE B
CONWAY AR 72034

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

November 22, 2019

Vafa Ferdowsian
The Conway Clinic
1120 HOGAN LANE, STE B
CONWAY, AR 72034

RE: Long Term Disability (LTD) Benefits
OGE Energy Corp.
Claim #: 8205360
Claimant: Wesley Kenney
Claimant D.O.B.: September 4, 1973

Dear Vafa Ferdowsian:

We are the Disability Claim Administrator for your patient, Wesley Kenney.

To evaluate Mr. Kenney's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2019 through the present.

We ask that you provide this information by December 6, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 422-0119 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Kenney allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Kenney's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erika Vega
Ltd Specialist I
Phone No.: (800) 320-7585 Ext. 41649
Secure Fax No.: (603) 422-0119

Attachments: 8205360-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.25.2019

9-25-19

Attn:

Erika

Vega

LTD Specialist 1

603-422-0119

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Fred W. Kenney

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: 09/04/1973 Claim Number: 8205360 Date: 23 Sept 19

**A copy of this authorization will be considered as valid as the original.**

of this request, your benefits will be suspended. If we do not receive all of this requested information by October 29, 2019, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than October 29, 2019 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erika Vega
Ltd Specialist I
Phone No.: (800) 320-7585 Ext. 41649
Secure Fax No.: (603) 422-0119

Attachments: Authorization - Medical

11-12-'19 07:39 FROM- PZ CARDIO OR1 479-709-6839 T-209 P0001/0007 F-382

Baptist Health

Baptist Health Cardiology Center- Fort Smith
1500 Dodson Ave., Ste. 60
Fort Smith, AR 72901
Ph: (479)-709-7325

ATTN: ERIKA VEGA

Date: 11-12-19

To: Lincoln Fin. Group

Fax#: 1-603-559-1910

From: Name: DR NASSER Adjei — D. Mastial LPN

Dept: Cardiology

Dept Phone Number: 479-709-7325

Dept Fax Number: 479-709-6839

Page Count: (including fax cover sheet) 7

Comments:

Confidentiality Notice: The documents accompanying this transmission contain confidential information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been filled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of the contents of these documents, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents. When applicable, Federal law 42 CFR Part 2 prohibits unauthorized disclosure of these records.

11-12-'19 07:39 FROM- PZ CARDIO OR1 479-709-6839 T-209 P0002/0007 F-382

11/11/19 15:20:07 Lincoln Financial -> 479 573 2562 Lincoln Financial Gr Page 001

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1910

| | |
|---|---|
| Date: | November 11, 2019 |
| To: | ABDUL-NASSER ADJEI<br>1500 DODSON AVE<br>STE 60<br>FORT SMITH AR 72901 |
| Attn: | Dr. Abdul-Nasser Adjei |
| Fax: | (479) 573-2562 |
| From: | Julia Millay<br>Med & Dis Nurse Case Mgr<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 559-1910 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 8205360<br>Claimant: Wesley Kenney<br><br>OGE Energy Corp. |

11/11/19 DEFER to PCP for LTD benefit. ThankYou
Dr NASSER Adjei

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1910

November 11, 2019

Abdul-Nasser Adjei
1500 DODSON AVE
STE 60
FORT SMITH, AR 72901

RE: Long Term Disability (LTD) Benefits
OGE Energy Corp.
Claim #: 8205360
Claimant: Wesley Kenney
Claimant D.O.B.: September 4, 1973

Dear Abdul-Nasser Adjei:

We are the Disability Claim Administrator for your patient, Wesley Kenney.

At this time we are in need of the following information in order to evaluate your patient's functional capacity. Please review the following questions and respond directly on this letter.

- **Dr. Adjei, what restrictions have you placed on Mr. Kenney's activities from a cardiology prospective?**

  ________________________________________
  ________________________________________

- **What are the most recent abnormal exam findings that would support the restrictions you have placed?**

  ________________________________________
  ________________________________________

- **What is the current treatment plan to get Mr. Kenney back to work?**

  ________________________________________
  ________________________________________

- **What is the estimated return to work date?**

  ________________________________________
  ________________________________________

**Continued on page 2.**

- **What is the date of the most recent office visit?**

- **Please forward the most recent office visit with your response to this letter.**

**Dr. Adjei, thank you for your time and assistance with this matter.**

Please provide your responses directly on this letter, sign, and return all pages to my attention via facsimile or mail. I ask that you provide a response to this request by November 18, 2019.

Signature Date

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Julia Millay
Med & Dis Nurse Case Mgr
Phone No.: (531) 375-4167 Ext. 00000
Secure Fax No.: (603) 559-1910

Attachments: 8205360-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.25.2019

9-25-19

Attn:

Erika

Vega

LTD Specialist 1

603-422-0119

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Fred W. Kenney

Name of legal representative, if applicable (print) __________ Relationship __________

Signature of claimant or legal representative [signature]

Date of Birth: 09/04/1973 Claim Number: 8205360 Date: 23 Sept 19

**A copy of this authorization will be considered as valid as the original.**

of this request, your benefits will be suspended. If we do not receive all of this requested information by October 29, 2019, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than October 29, 2019 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erika Vega
Ltd Specialist I
Phone No.: (800) 320-7585 Ext. 41649
Secure Fax No.: (603) 422-0119

Attachments: Authorization - Medical

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1910

| | |
|---|---|
| Date: | November 11, 2019 |
| To: | DR. TONYA PHILLIPS<br>3808 GARY STREET<br>FORT SMITH AR 72903 |
| Attn: | Dr. Tonya Phillips |
| Fax: | (479) 709-7310 |
| From: | Julia Millay<br>Med & Dis Nurse Case Mgr<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 559-1910 |
| Total Pages<br>(Including Cover): | 6 |
| RE:<br><br>Claim #: 8205360<br>Claimant: Wesley Kenney<br><br>OGE Energy Corp. | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1. de septiembre de 2019, Liberty Life Assurance Company of Boston cambi su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibir un Endoso que debe adjuntarse a su p liza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1910

November 11, 2019

Dr. Tonya Phillips
3808 GARY STREET
FORT SMITH, AR 72903

RE: Long Term Disability (LTD) Benefits
OGE Energy Corp.
Claim #: 8205360
Claimant: Wesley Kenney
Claimant D.O.B.: September 4, 1973

Dear Dr. Tonya Phillips:

We are the Disability Claim Administrator for your patient, Wesley Kenney.

At this time we are in need of the following information in order to evaluate your patient's functional capacity. Please review the following questions and respond directly on this letter.

- **What restrictions or limitations have you placed on Mr. Kenney's activities from a neurology prospective?**

  ________________________________________

  ________________________________________

- **What are the most recent abnormal exam findings that would support the restrictions or limitations you have placed?**

  ________________________________________

  ________________________________________

- **What is the current treatment plan to get Mr. Kenney back to work?**

  ________________________________________

  ________________________________________

- **What is the estimated return to work date?**

  ________________________________________

  ________________________________________

**Continued on page 2.**

- **What is the date of the most recent office visit?**

  ______________________________________________

  ______________________________________________

- **Please forward the most recent office visit with your response to this letter.**

**Dr. Phillips, thank you for your time and assistance with this matter.**

Please provide your responses directly on this letter, sign, and return all pages to my attention via facsimile or mail. I ask that you provide a response to this request by November 18, 2019.

______________________________ ______________________________

Signature Date

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Julia Millay
Med & Dis Nurse Case Mgr
Phone No.: (531) 375-4167 Ext. 00000
Secure Fax No.: (603) 559-1910

Attachments: 8205360-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.25.2019

9-25-19

Attn:

Erika

Vega

LTD Specialist 1

603-422-0119

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Fred W. Kenney

Name of legal representative, if applicable (print) ________ Relationship ________

Signature of claimant or legal representative [signature]

Date of Birth: 09/04/1973 Claim Number: 8205360 Date: 23 Sept 19

**A copy of this authorization will be considered as valid as the original.**

of this request, your benefits will be suspended. If we do not receive all of this requested information by October 29, 2019, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than October 29, 2019 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erika Vega
Ltd Specialist I
Phone No.: (800) 320-7585 Ext. 41649
Secure Fax No.: (603) 422-0119

Attachments: Authorization - Medical

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1910

| | |
|---|---|
| Date: | November 11, 2019 |
| To: | ABDUL-NASSER ADJEI<br>1500 DODSON AVE<br>STE 60<br>FORT SMITH AR 72901 |
| Attn: | Dr. Abdul-Nasser Adjei |
| Fax: | (479) 573-2562 |
| From: | Julia Millay<br>Med & Dis Nurse Case Mgr<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 559-1910 |
| Total Pages<br>(Including Cover): | 6 |
| RE:<br><br>Claim #: 8205360<br>Claimant: Wesley Kenney<br><br>OGE Energy Corp. | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1. de septiembre de 2019, Liberty Life Assurance Company of Boston cambi su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibir un Endoso que debe adjuntarse a su p liza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-1910

November 11, 2019

Abdul-Nasser Adjei
1500 DODSON AVE
STE 60
FORT SMITH, AR 72901

RE: Long Term Disability (LTD) Benefits
OGE Energy Corp.
Claim #: 8205360
Claimant: Wesley Kenney
Claimant D.O.B.: September 4, 1973

Dear Abdul-Nasser Adjei:

We are the Disability Claim Administrator for your patient, Wesley Kenney.

At this time we are in need of the following information in order to evaluate your patient's functional capacity. Please review the following questions and respond directly on this letter.

- **Dr. Adjei, what restrictions have you placed on Mr. Kenney's activities from a cardiology prospective?**

  __________________________________________________________
  __________________________________________________________

- **What are the most recent abnormal exam findings that would support the restrictions you have placed?**

  __________________________________________________________
  __________________________________________________________

- **What is the current treatment plan to get Mr. Kenney back to work?**

  __________________________________________________________
  __________________________________________________________

- **What is the estimated return to work date?**

  __________________________________________________________
  __________________________________________________________

**Continued on page 2.**

- **What is the date of the most recent office visit?**

  ________________________________________

  ________________________________________

- **Please forward the most recent office visit with your response to this letter.**

**Dr. Adjei, thank you for your time and assistance with this matter.**

Please provide your responses directly on this letter, sign, and return all pages to my attention via facsimile or mail. I ask that you provide a response to this request by November 18, 2019.

____________________________ ________________________
Signature Date

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Julia Millay
Med & Dis Nurse Case Mgr
Phone No.: (531) 375-4167 Ext. 00000
Secure Fax No.: (603) 559-1910

Attachments: 8205360-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.25.2019

9-25-19

Attn:

Erika

Vega

LTD Specialist 1

603-422-0119

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Fred W. Kenney

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: 09/04/1973 Claim Number: 8205360 Date: 23 Sept 19

**A copy of this authorization will be considered as valid as the original.**

of this request, your benefits will be suspended. If we do not receive all of this requested information by October 29, 2019, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than October 29, 2019 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erika Vega
Ltd Specialist I
Phone No.: (800) 320-7585 Ext. 41649
Secure Fax No.: (603) 422-0119

Attachments: Authorization - Medical

sharecare

LIBERTY LIFE ASSURANCE COMPANY
PO BOX 7209
LONDON KY 40742-7209

288351
Oct 24 2019 3:42 PM
Fred Kenney

AR303
Nov 07 2019 12:10 AM

7

## CONFIDENTIAL - MEDICAL RECORDS

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

claim#8205360

All portions of this form *must* be completed to constitute a valid authorization for release of health information under the Health Insurance Portability and Accountability Act (HIPAA) privacy regulations. If any field is left blank, the authorization will be considered defective.

*ROI*

| Patient's Name: Fred Wesley Kenney | Date of Birth: 9-4-73 | Medical Record Number: |
|---|---|---|
| Address: 518 CR 2731 City: London State: AR Zip: 72847 | Telephone Number: 479-209-1114 | Email Address: sraykenney@gmail.com |

I authorize the use and disclosure of health information about me as described below:

Facility Authorized to Release my Health Information: Baptist Cardiology

Address: 1500 Dodson Ave City: Ft Smith State: AR Zip: 72901 Telephone Number: 709-7325

Agency or Individual(s) Authorized to Receive my Health Information: Liberty Life Assurance Company Lincoln Financial group

Address: P.O. Box 7209 City: London State: Ky Zip: 40742, Fax # 603-422-0119 Telephone Number: 800-320-7585

Health Information that may be used / disclosed is limited to the following:
☐ Progress Notes ☐ Emergency Room Record
☐ Discharge Summary ☐ History and Physical ☐ Consultation(s) ☐ Lab ☐ Pathology Report
☐ Operative Note(s) ☐ Imaging/X-Ray Films ☐ X-Ray Reports ☐ Entire Record ☐ Fetal Heart Monitor Strips
**Sensitive Information:** ☐ Alcohol Abuse ☐ Drug Abuse ☐ Communicable diseases, including HIV status
☐ Genetic Testing ☐ Psychiatric/Behavioral Diagnoses
☐ Other *(specify)* any or all

Health Information that may be used / disclosed is limited to the following periods of healthcare:
From (date): any or all To (date): any or all Account Number:
From (date): any or all To (date): any or all Account Number:

Health information to be released to the above named agency / individual is to be used / disclosed for the following purpose(s):
☐ Treatment/Consultation ☐ At Request of Patient ☐ Research ☐ Marketing ☐ Billing or Claims Payment
☐ At Request of Employer ☐ Other any or all

"Health Information" identifies you (the patient) by name, and includes other demographic information about you. "Health Information" may include, but is not limited to: medical records, X-Ray films, slides, tracings, strips, etc.

I hereby discharge the releasing facility, its agents and employees from any and all liabilities, responsibilities, damages, and claims which might arise from the release of information authorized herein, including Sensitive Information as indicated above, which was compiled during my visit, encounter or hospitalization, or make copies thereof in accordance with the policies of this facility.

Protected Health Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and is no longer protected by this privacy rule. If research-related Health Information is used or disclosed for continued research purposes, an expiration date or event does not apply.

If no specific date or event is noted below, this authorization will automatically *expire 60 days* after the date of signature. I understand that I have a right to revoke this authorization at any time, in writing, as stated in the Notice of Privacy Practices, except where the facility has already made disclosures in reliance upon my prior authorization.

Treatment, payment, enrollment or eligibility for benefits may not be conditioned on obtaining an authorization if the HIPAA prohibits such conditioning. If conditioning is permitted, refusal to sign the authorization may result in denial of care or coverage.

NOTICE TO RECEIVING AGENCY OR INDIVIDUAL: This information is to be treated in accordance with (HIPAA) privacy regulations.

| Patient's Signature or Legal Representative: [signature] | | Date/Time: 24Oct19 10:14 |
|---|---|---|
| Relationship to Patient / Authority to Act on Patient's Behalf | Interpreter, if Utilized | Date/Time |
| Witness Signature: [signature] Date/Time: 10-24-19 | Expiration Date or Event: 60 day | |

☐ *Signature validated against driver's license or signature in Medical Record. There may be a charge for copying Medical Records.
☐ Electronic copy requested.

Authorization to Use and Disclose Protected Health Information
HIM-1401 Page 1 of 1
(Revised 11/10, 02/12, 05/14, 08/14, 04/15, 09/16, 04/17, 01/18)
SPARKS REGIONAL MEDICAL CENTER

Patient Label

Liberty Life Assurance
PO Box 7209
London, KY 40742

**KENNEY, FRED W (id #11625, dob: 09/04/1973)**

## Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 03/07/2019**

### Patient

| | | | |
|---|---|---|---|
| **Name** | KENNEY, FRED (45yo, M) ID# 11625 | **Appt. Date/Time** | 03/07/2019 02:30PM |
| **DOB** | 09/04/1973 | **Service Dept.** | FSPB_Cardiology Center at Sparks |
| **Provider** | ABDUL-NASSER ADJEI, MD | | |
| **Insurance** | Med Primary: BCBS-AR<br>Insurance # : OGE880351683<br>Policy/Group # : YN9885<br>Med Secondary: AMERICAN POSTAL WORKERS UNION HEALTH PLAN<br>Insurance # : W47694796<br>Prescription: ESI1 - Member is eligible. details<br>Prescription: ESI1 - Member is eligible. details | | |

### Chief Complaint

Followup: Essential hypertension
Followup: Bradycardia
Followup: Paroxysmal atrial fibrillation
Followup: Dizziness

1 yr

### Patient's Care Team

**Primary Care Provider:** MICHAEL R WESTBROOK MD: 107 N 9TH ST, OZARK, AR 72949-2796, Ph (479) 667-2923, Fax (479) 667-2857 NPI: 1295794857

### Patient's Pharmacies

**MEDI-QUIK PHARMACY (ERX): 810 W. COMMERCIAL, OZARK AR 72949, Ph (479) 667-4145, Fax (479) 667-4879**

### Vitals

| | | | | | |
|---|---|---|---|---|---|
| **BP:** | 126/82 sitting R arm 03/07/2019 02:20 pm | **HR:** | 74 03/07/2019 02:20 pm | **Ht:** | 6 ft 6 in (198.12 cm) 03/07/2019 02:20 pm |
| **Wt:** | 328 lbs (148.78 kg) 03/07/2019 02:20 pm | **BMI:** | 37.9 03/07/2019 02:20 pm | **Pulse:** | 74 bpm 03/07/2019 02:21 pm |
| **RR:** | 16 03/07/2019 02:21 pm | | | | |

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg tablet,delayed release**<br>1 tablet(s) every 24 hours. | 11/08/18 | entered |
| **Botox 100 unit injection**<br>INJECT 100 UNITS INTRAMUSCULARLY INTO FACIAL AREAS EVERY 3 MONTHS | 02/18/19 | filled |
| **metoprolol tartrate 25 mg tablet**<br>TAKE 1/2 TABLET BY MOUTH TWICE A DAY | 02/28/19 | filled |
| **Symbicort 80 mcg-4.5 mcg/actuation HFA aerosol inhaler** | 01/16/19 | filled |
| **Xarelto 20 mg tablet**<br>TAKE 1 TABLET, BY MOUTH, EACH DAY | 02/07/19 | filled |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 03/07/19 | entered |

**KENNEY, FRED W (id #11625, dob: 09/04/1973)**

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Paroxysmal atrial fibrillation
- Essential hypertension
- Bradycardia
- Dizziness - Onset: 03/29/2018
- Transient cerebral ischemia
- Sleep apnea
- Obesity

## Family History

Discussed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |

## Social History

Discussed Social History
**General Social Hx**
Smoking Status: Never smoker (Notes: chews tobacco)
Alcohol intake: Occasional
Illicit drugs: none
Diet: Regular
Caffeine intake: Occasional

## Surgical History

Reviewed Surgical History
- Carpal Tunnel - BOTH HANDS
- Procedure on eye - LASER SX BILATERAL EYES
- Other - CYSTES ON BACK
- Sinus surgery procedure
- Appendectomy

## Past Medical History

Discussed Past Medical History

## HPI

42 years old gentleman with a history of paroxysmal atrial fibrillation and a history of transient ischemic attack.

He comes in for a follow-up visit.

He has been doing very well. He's not had any recurrence of any trouble since the last time I saw him.

He is compliant to his warfarin and is keeping the metoprolol for rate control. He initially wanted to try one of the oral anticoagulant agents but it was very expensive. We will try it again and see if he would qualify for any of the drug programs so we can place him on Xarelto since he's had trouble with controlling his INR. Otherwise we would consider having him a home INR monitoring machine.

Overall he has been doing great.

EKG today shows a sinus rhythm and normal.

FEBRUARY 16, 2017:

AGE 43
Mr. Kenney is back today for follow up. Past medical history reviewed from previous encounter.

He tells me he has been doing pretty good. He denies any recent palpitations, shortness of breath or dizziness. He has been able to do his daily activities without any difficulty.

EKG today shows sinus bradycardia rate of 56.

FEBRUARY 15, 2018:

AGE 44
Mr. Kenney is here today for follow up. Past medical history has been reviewed from previous encounter as listed above.

He tells me he has been doing "good." He can occasionally sense when he is in atrial fibrillation, but mostly he is unaware. No reports of dizziness, dyspnea, palpitations, or syncope. No reported angina.

EKG today shows sinus bradycardia with rate of 58.

MARCH 29, 2018:

AGE 44
Mr. Kenney is here today for follow up. Past medical history has been reviewed from previous encounter as listed above.

He states the dizziness within the last month has been getting worse.

No reports of dyspnea, angina, or near syncope.

EKG today shows sinus rhythm rate of 81.

MARCH 07, 2019:

AGE 45
Mr. Kenney is here today for follow up. Past medical history has been reviewed from previous encounter as listed above.

He complains of 'sharp' chest pain and indigestion. He has not been as active.

He has undergone botox in the face for facial asymmetry.

Holter monitor from 03/2018 showed sinus rhythm with no supraventricular or ventricular arrhythmias.

No reports of near syncope or palpitations.

EKG today shows sinus rhythm with incomplete right bundle branch block. Rate of 74.

ROS

**Cardiovascular:** Cardiovascular: **shortness of breath when walking** and **light-headed on standing**. cardiovascular symptoms: **chest pain** (**radiated to back**) and **dyspnea on exertion**.

**Gastrointestinal:** Gastrointestinal: **heartburn**.

**Additionally reports:**

**I have personally reviewed and agree with what has been documented in the ROS. A. Nasser Adjei, MD 03/07/2019**

Physical Exam

**KENNEY, FRED W (id #11625, dob: 09/04/1973)**

Patient is a 45-year-old male.

**Constitutional:** General Appearance: appears stated age and **obese**. Level of Distress: comfortable.

**Psychiatric:** Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgment.

**Eyes:** Lids and Conjunctivae: no discharge, pallor, xanthelasma, or arcus senilis and non-injected and anicteric. Pupils: PERRLA.

**ENMT:** Lips, Teeth, and Gums: normal dentition. Ears: no lesions on external ear, EACs clear, TMs clear, and TM mobility normal. Nose: no lesions on external nose, septal deviation, sinus tenderness, or nasal discharge and nares patent and nasal passages clear. Oropharynx: no cyanosis or pallor.

**Neck:** Neck: suppleness, FROM, trachea midline, and no masses. Carotid Arteries: no bruits or thrills and bilateral normal upstroke. Jugular Veins: normal jugular venous pressure and Kussmaul's sign absent. Cervical Lymph Nodes: non tender or not enlarged. Thyroid: not enlarged, non tender, or no nodules.

**Lungs:** Respiratory Effort: unlabored. Chest Exam: no thoracic deformity or chest wall tenderness and normal curvature. Percussion: resonant. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:** Precordial Exam: no heaves or precordial thrills and non displaced focal PMI. Rate And Rhythm: regular. Heart Sounds: no rub, gallop, or click and normal S1 and physiologically split S2. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: no cyanosis, edema, or peripheral signs of emboli.

**Peripheral Pulses:** Pulses: full and equal in all extremities except if noted. Brachial Pulse: normal. Radial Pulse: normal and normal allen's test. Ulnar Pulse: normal. Femoral Pulse: normal and no bruits appreciated. Posterior Tibialis Pulse normal. Dorsalis Pedis Pulse: normal. Popliteal Pulse: normal.

**Abdomen:** Inspection and Palpation: non distended or tender, no bruit or masses, and soft and normal aorta. Liver: non tender or no hepatomegaly. Spleen: non tender or no splenomegaly.

**Musculoskeletal:** Inspection: no joint tenderness or swelling and no erythema.

**Neurologic:** Gait: normal gait. Motor: normal strength and tone; **Facial asymmetry**. Sensation no lateralizing focal sensory or motor deficits and normal speech.

**Skin:** Inspection and Palpation: warm and dry. Nails: no clubbing. Procedure access site no hematoma, bruit, or oozing.

## Assessment / Plan

**1. Paroxysmal atrial fibrillation** -

Continue with metoprolol and Xarelto. Holter monitor did not show any recurrent afib.

I48.0: Paroxysmal atrial fibrillation

**2. Essential hypertension** -

Blood pressure today is reasonable. Continue with metoprolol.

I10: Essential (primary) hypertension
- ELECTROCARDIOGRAM

**3. Bradycardia** -

Holter monitor from 03/2018 showed sinus rhythm with no supraventricular or ventricular arrhythmias. Continue with metoprolol.

R00.1: Bradycardia, unspecified

**4. Dizziness** -

No recent dizziness.

R42: Dizziness and giddiness

**5. Transient cerebral ischemia** -

Remote history

G45.9: Transient cerebral ischemic attack, unspecified

**6. Sleep apnea** -

Chronic.

**KENNEY, FRED W (id #11625, dob: 09/04/1973)**

G47.30: Sleep apnea, unspecified

**7. Obesity** -

We discussed weight loss with lifestyle modification including dietary changes with smaller bites, limiting high sugar intake, and decreasing fat containing foods. Increase water consumption and fruits and vegetables. Exercise daily with at least 20 minutes of cardiovascular activity, 3-4 days a week and this activity should cause the patient to sweat and elevate heart rate.

E66.9: Obesity, unspecified

ELECTROCARDIOGRAM

Review of electrocardiogram taken on 03/07/2019 at BAPTIST HEALTH CARDIOLOGY-FORT SMITH shows:
Rate & Rhythm:
Rate & Rhythm: normal sinus rhythm 74rate.
Interpretation:
12 lead ECG: incomplete RBBB.

**Goals**

## Return to Office

- to see Tonya Phillips, MD for Botox 30 at FSPB_Sparks Clinic Neurology on or around 05/31/2019
- Tonya Phillips, MD for Botox 30 at FSPB_Sparks Clinic Neurology on 05/31/2019 at 08:00 AM
- Abdul-Nasser Adjei, MD for Follow Up Visit 15 at FSPB_Cardiology Center at Sparks on 03/05/2020 at 02:00 PM

## Encounter Sign-Off

Encounter signed-off by Abdul-Nasser Adjei, MD, 03/07/2019.

Encounter performed and documented by Abdul-Nasser Adjei, MD
Encounter reviewed & signed by Abdul-Nasser Adjei, MD on 03/07/2019 at 3:37pm

Lincoln Financial Group®

*Date:* ***November 7, 2019***

*Subject:* Nursing Memorandum

---

*Claim#: 8205360*

*Claimant: Wesley Kenney*

*Clinical Assessment: The Ee with a large CP angle tumor to the brain affecting the 8th cranial nerve, and clonic hemifacial spasm. Prior review took place with NDC on 3/12/19 with r&ls supported. Since that time the EE has been seen by Dr. Tonya Phillips (neurology), Dr. Adjei Abdul-Nasser (cardiology). The EE was seen on 3/1/19 and underwent Botox injections to the face bilaterally for hemifacial spasm. The AP reports that episodes of vertigo and visual disturbance may be all migraine phenomenon doing better but certainly do worry about the possibility of TIA. The assessment was clonic hemifacial spasm right. EE seen by Dr. Abdul-Nasser on 3/7/19 in follow up for essential hypertension, bradycardia, paroxysmal atrial fibrillation and dizziness. EKG at the visit showing sinus rhythm and normal. The EE reporting no recent palpitations, shortness of breath or dizziness. Able to do his daily activities without any difficulty. The exam showing facial asymmetry. The assessment was paroxysmal atrial fibrillation, essential hypertension, bradycardia, dizziness, transient cerebral ischemia, sleep apnea and obesity. The most recent note in medical is dated 6/6/19 with ap Phillips. The EE seen for Botox injections. The Review of systems indicating no dizziness. The EE to follow up around 9/6/19. Co-morbid of obesity is noted. Based on medical evidence ongoing r&ls are unclear due to lack of abnormal exam findings. NDC recommends contact with Dr. Phillips and Dr. Abdul-Nassar to obtain ongoing r&ls from a neurology and cardiac standpoint, ongoing treatment plan and estimated return to work date. CCM notified.*

*Julia M. RN*

*Nurse Disability Consultant, Lincoln Financial Group*

sharecare
8344 Clairemont Mesa Boulevard, Suite 201, San Diego, CA 92111 | hds.sharecare.com | 800.560.3800 | F: 858.430.4962

Attn: LIBERTY LIFE ASSURANCE COMPANY
LIBERTY LIFE ASSURANCE COMPANY
PO BOX 7209
LONDON, KY 40742-7209
6034220119

Monday, October 28, 2019

**Patient Name : Fred Kenney**
**Invoice Number : 288351**

Sharecare Health Data Services, LLC ("Sharecare") is the record management service for the provider named on the enclosed invoice. We have received your request for records on the above-named patient. Upon receipt of payment or guarantee of payment, we will release records accordingly.

To Expedite Handling or to contact us, please visit the Customer Support page on our website:

hds.sharecare.com/customer-service-support/

If we do not receive a **response within 30 days** from the invoice date, the request for records will be **canceled**.

This message is intended for the use of the person to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.

sharecare

Invoice Number: 288351
Date: 10/28/2019
Tax ID: 90-0998358

Bill To:

LIBERTY LIFE ASSURANCE COMPANY
PO BOX 7209
LONDON, KY 40742-7209

Send Medical Records To:

LIBERTY LIFE ASSURANCE COMPANY
PO BOX 7209
LONDON, KY 40742-7209

Records will be released upon receipt of payment

| Patient Name | Reference | Record Type | Pages |
|---|---|---|---|
| Fred Kenney | 8205360 | Medical | 6 |

| Provider: |
|---|
| Cardiology Center at Sparks 1500 Dodson Ave Ste 60 Fort Smith, AR 72901-5182 |

| Description | Quantity | Rate | Sub-Total |
|---|---|---|---|
| Pages 1-25 | 6 | $0.50 | $3.00 |
| Processing | 1 | $15.00 | $15.00 |
| | | Sub-Total: | $18.00 |
| | | Delivery Fee: | $0.43 |
| | | Tax: | $0.00 |
| | | Payment/Credits: | $0.00 |
| | | Balance Due: | $18.43 |

Pay Online at https://myplatform.hds.sharecare.com//hds/#!/patients

We accept VISA, MasterCard, American Express, and Discover.
We DO NOT accept Flex Health Spending cards.

**Please remit payment to:**

Main Office:
Sharecare Health Data Services, LLC
8344 Clairemont Mesa Blvd. Suite 201
San Diego, CA 92111

(800) 560-3800 Toll-free
(858) 430-4962 Fax

Account Number: LIBERTY-7209
Patient Name: Fred Kenney
Invoice Number: 288351
Payment Terms: Net 0
Balance Due: $18.43

Attn: Claim#8205360

**Jennifer Soule| ROI Specialist, Central Region/Mid States**
W 877-614-8880– F 858-430-4611
CS 1.800.560.3800 - jennifer.soule@sharecare.com
**Sharecare, Inc.** | Health Data Services
Follow us on **Facebook** | **Twitter** | **Instagram** | **LinkedIn**

All portions of this form *must* be completed to constitute a valid authorization for release of health information under the Health Insurance Portability and Accountability Act (HIPAA) privacy regulations. If any field is left blank, the authorization will be considered defective.

*ROI*

| | | | |
|---|---|---|---|
| Patient's Name Fred Wesley Kenney | | Date of Birth 9-4-73 | Medical Record Number |
| Address 518 CR 2731 City London State AR Zip 72847 | | Telephone Number 479-209-1114 | Email Address sraykenney@gmail.com |

I authorize the use and disclosure of health information about me as described below:

| | | | |
|---|---|---|---|
| Facility Authorized to Release my Health Information Baptist Cardiology | | | |
| Address 1500 Dodson Ave City Ft Smith AR 72901 State | Zip | | Telephone Number 709-7325 |
| Agency or Individual(s) Authorized to Receive my Health Information Liberty Life Assurance Company Lincoln Financial group | | | |
| Address P.O. Box 7209 City London Ky 40742, Fax # 603-422-0119 State | Zip | | Telephone Number 800-320-7585 |

Health Information that may be used / disclosed is limited to the following: ☐ Progress Notes ☐ Emergency Room Record
☐ Discharge Summary ☐ History and Physical ☐ Consultation(s) ☐ Lab ☐ Pathology Report
☐ Operative Note(s) ☐ Imaging/X-Ray Films ☐ X-Ray Reports ☐ Entire Record ☐ Fetal Heart Monitor Strips
**Sensitive Information:** ☐ Alcohol Abuse ☐ Drug Abuse ☐ Communicable diseases, including HIV status
☐ Genetic Testing ☐ Psychiatric/Behavioral Diagnoses
☐ Other *(specify)* any or all

Health Information that may be used / disclosed is limited to the following periods of healthcare:
From (date): any or all To (date): any or all Account Number:
From (date): any or all To (date): any or all Account Number:

Health information to be released to the above named agency / individual is to be used / disclosed for the following purpose(s):
☐ Treatment/Consultation ☐ At Request of Patient ☐ Research ☐ Marketing ☐ Billing or Claims Payment
☐ At Request of Employer ☐ Other any or all

"Health Information" identifies you (the patient) by name, and includes other demographic information about you. "Health Information" may include, but is not limited to: medical records, X-Ray films, slides, tracings, strips, etc.

I hereby discharge the releasing facility, its agents and employees from any and all liabilities, responsibilities, damages, and claims which might arise from the release of information authorized herein, including Sensitive Information as indicated above, which was compiled during my visit, encounter or hospitalization, or make copies thereof in accordance with the policies of this facility.

Protected Health Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and is no longer protected by this privacy rule. If research-related Health Information is used or disclosed for continued research purposes, an expiration date or event does not apply.

If no specific date or event is noted below, this authorization will automatically <u>expire 60 days</u> after the date of signature. I understand that I have a right to revoke this authorization at any time, in writing, as stated in the Notice of Privacy Practices, except where the facility has already made disclosures in reliance upon my prior authorization.

Treatment, payment, enrollment or eligibility for benefits may not be conditioned on obtaining an authorization if the HIPAA prohibits such conditioning. If conditioning is permitted, refusal to sign the authorization may result in denial of care or coverage.

NOTICE TO RECEIVING AGENCY OR INDIVIDUAL: This information is to be treated in accordance with (HIPAA) privacy regulations.

| | | |
|---|---|---|
| Patient's Signature or Legal Representative [signature] | | Date/Time 24Oct19. 10:14 |
| Relationship to Patient / Authority to Act on Patient's Behalf | Interpreter, If Utilized | Date/Time |
| Witness Signature [signature] Date/Time 10-24-19 | Expiration Date or Event 60 day | |

☐ *Signature validated against driver's license or signature in Medical Record. There may be a charge for copying Medical Records.*
☐ Electronic copy requested.

Authorization to Use and Disclose Protected Health Information
HIM-1401 Page 1 of 1
(Revised 11/10, 02/12, 05/14, 08/14, 04/15, 09/16, 04/17, 01/18)
SPARKS REGIONAL MEDICAL CENTER

Patient Label

## Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 03/07/2019**

### Patient

| | | | |
|---|---|---|---|
| **Name** | KENNEY, FRED (45yo, M) ID# 11625 | **Appt. Date/Time** | 03/07/2019 02:30PM |
| **DOB** | 09/04/1973 | **Service Dept.** | FSPB_Cardiology Center at Sparks |
| **Provider** | ABDUL-NASSER ADJEI, MD | | |
| **Insurance** | Med Primary: BCBS-AR<br>Insurance # : OGE880351683<br>Policy/Group # : YN9885<br>Med Secondary: AMERICAN POSTAL WORKERS UNION HEALTH PLAN<br>Insurance # : W47694796<br>Prescription: ESI1 - Member is eligible. details<br>Prescription: ESI1 - Member is eligible. details | | |

### Chief Complaint

Followup: Essential hypertension
Followup: Bradycardia
Followup: Paroxysmal atrial fibrillation
Followup: Dizziness

1 yr

### Patient's Care Team

**Primary Care Provider:** MICHAEL R WESTBROOK MD: 107 N 9TH ST, OZARK, AR 72949-2796, Ph (479) 667-2923, Fax (479) 667-2857 NPI: 1295794857

### Patient's Pharmacies

**MEDI-QUIK PHARMACY (ERX): 810 W. COMMERCIAL, OZARK AR 72949, Ph (479) 667-4145, Fax (479) 667-4879**

### Vitals

| | | | | | |
|---|---|---|---|---|---|
| **BP:** | 126/82 sitting R arm 03/07/2019 02:20 pm | **HR:** | 74 03/07/2019 02:20 pm | **Ht:** | 6 ft 6 in (198.12 cm) 03/07/2019 02:20 pm |
| **Wt:** | 328 lbs (148.78 kg) 03/07/2019 02:20 pm | **BMI:** | 37.9 03/07/2019 02:20 pm | **Pulse:** | 74 bpm 03/07/2019 02:21 pm |
| **RR:** | 16 03/07/2019 02:21 pm | | | | |

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg tablet,delayed release**<br>1 tablet(s) every 24 hours. | 11/06/18 | entered |
| **Botox 100 unit injection**<br>INJECT 100 UNITS INTRAMUSCULARLY INTO FACIAL AREAS EVERY 3 MONTHS | 02/18/19 | filled |
| **metoprolol tartrate 25 mg tablet**<br>TAKE 1/2 TABLET BY MOUTH TWICE A DAY | 02/28/19 | filled |
| **Symbicort 80 mcg-4.5 mcg/actuation HFA aerosol inhaler** | 01/16/19 | filled |
| **Xarelto 20 mg tablet**<br>TAKE 1 TABLET, BY MOUTH, EACH DAY | 02/07/19 | filled |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 03/07/19 | entered |

**KENNEY, FRED W (id #11625, dob: 09/04/1973)**

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Paroxysmal atrial fibrillation
- Essential hypertension
- Bradycardia
- Dizziness - Onset: 03/29/2018
- Transient cerebral ischemia
- Sleep apnea
- Obesity

## Family History

Discussed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |

## Social History

Discussed Social History
**General Social Hx**
Smoking Status: Never smoker (Notes: chews tobacco)
Alcohol intake: Occasional
Illicit drugs: none
Diet: Regular
Caffeine Intake: Occasional

## Surgical History

Reviewed Surgical History
- Carpal Tunnel - BOTH HANDS
- Procedure on eye - LASER SX BILATERAL EYES
- Other - CYSTES ON BACK
- Sinus surgery procedure
- Appendectomy

## Past Medical History

Discussed Past Medical History

## HPI

42 years old gentleman with a history of paroxysmal atrial fibrillation and a history of transient ischemic attack.

He comes in for a follow-up visit.

He has been doing very well. He's not had any recurrence of any trouble since the last time I saw him.

He is compliant to his warfarin and is keeping the metoprolol for rate control. He initially wanted to try one of the oral anticoagulant agents but it was very expensive. We will try it again and see if he would qualify for any of the drug programs so we can place him on Xarelto since he's had trouble with controlling his INR. Otherwise we would consider having him a home INR monitoring machine.

Overall he has been doing great.

EKG today shows a sinus rhythm and normal.

FEBRUARY 16, 2017:

AGE 43
Mr. Kenney is back today for follow up. Past medical history reviewed from previous encounter.

He tells me he has been doing pretty good. He denies any recent palpitations, shortness of breath or dizziness. He has been able to do his daily activities without any difficulty.

**KENNEY, FRED W (id #11625, dob: 09/04/1973)**

EKG today shows sinus bradycardia rate of 56.

FEBRUARY 15, 2018:

AGE 44
Mr. Kenney is here today for follow up. Past medical history has been reviewed from previous encounter as listed above.

He tells me he has been doing "good." He can occasionally sense when he is in atrial fibrillation, but mostly he is unaware. No reports of dizziness, dyspnea, palpitations, or syncope. No reported angina.

EKG today shows sinus bradycardia with rate of 58.

MARCH 29, 2018:

AGE 44
Mr. Kenney is here today for follow up. Past medical history has been reviewed from previous encounter as listed above.

He states the dizziness within the last month has been getting worse.

No reports of dyspnea, angina, or near syncope.

EKG today shows sinus rhythm rate of 81.

MARCH 07, 2019:

AGE 45
Mr. Kenney is here today for follow up. Past medical history has been reviewed from previous encounter as listed above.

He complains of 'sharp' chest pain and indigestion. He has not been as active.

He has undergone botox in the face for facial asymmetry.

Holter monitor from 03/2018 showed sinus rhythm with no supraventricular or ventricular arrhythmias.

No reports of near syncope or palpitations.

EKG today shows sinus rhythm with incomplete right bundle branch block. Rate of 74.

ROS

**Cardiovascular:** Cardiovascular: **shortness of breath when walking** and **light-headed on standing.** cardiovascular symptoms: **chest pain (radiated to back)** and **dyspnea on exertion.**

**Gastrointestinal:** Gastrointestinal: **heartburn.**

**Additionally reports:**

**I have personally reviewed and agree with what has been documented in the ROS. A. Nasser Adjei, MD03/07/2019**

Physical Exam

**KENNEY, FRED W (id #11625, dob: 09/04/1973)**

Patient is a 45-year-old male.

**Constitutional:** General Appearance: appears stated age and **obese.** Level of Distress: comfortable.

**Psychiatric:** Mental Status: alert and normal affect. Orientation: oriented to time, place, and person. Insight: good judgment.

**Eyes:** Lids and Conjunctivae: no discharge, pallor, xanthelasma, or arcus senilis and non-injected and anicteric. Pupils: PERRLA.

**ENMT:** Lips, Teeth, and Gums: normal dentition. Ears: no lesions on external ear, EACs clear, TMs clear, and TM mobility normal. Nose: no lesions on external nose, septal deviation, sinus tenderness, or nasal discharge and nares patent and nasal passages clear. Oropharynx: no cyanosis or pallor.

**Neck:** Neck: suppleness, FROM, trachea midline, and no masses. Carotid Arteries: no bruits or thrills and bilateral normal upstroke. Jugular Veins: normal jugular venous pressure and Kussmaul's sign absent. Cervical Lymph Nodes: non tender or not enlarged. Thyroid: not enlarged, non tender, or no nodules.

**Lungs:** Respiratory Effort: unlabored. Chest Exam: no thoracic deformity or chest wall tenderness and normal curvature. Percussion resonant. Auscultation: no wheezing, rales, or rhonchi and clear.

**Cardiovascular:** Precordial Exam: no heaves or precordial thrills and non displaced focal PMI. Rate And Rhythm: regular. Heart Sounds: no rub, gallop, or click and normal S1 and physiologically split S2. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: no cyanosis, edema, or peripheral signs of emboli.

**Peripheral Pulses:** Pulses: full and equal in all extremities except if noted. Brachial Pulse: normal. Radial Pulse: normal and normal allen's test. Ulnar Pulse: normal. Femoral Pulse: normal and no bruits appreciated. Posterior Tibialis Pulse normal. Dorsalis Pedis Pulse: normal. Popliteal Pulse: normal.

**Abdomen:** Inspection and Palpation: non distended or tender, no bruit or masses, and soft and normal aorta. Liver: non tender or no hepatomegaly. Spleen: non tender or no splenomegaly.

**Musculoskeletal:** Inspection: no joint tenderness or swelling and no erythema.

**Neurologic:** Gait: normal gait. Motor: normal strength and tone; **Facial asymmetry.** Sensation no lateralizing focal sensory or motor deficits and normal speech.

**Skin:** Inspection and Palpation: warm and dry. Nails: no clubbing. Procedure access site no hematoma, bruit, or oozing.

## Assessment / Plan

**1. Paroxysmal atrial fibrillation -**

Continue with metoprolol and Xarelto. Holter monitor did not show any recurrent afib.

I48.0: Paroxysmal atrial fibrillation

**2. Essential hypertension -**

Blood pressure today is reasonable. Continue with metoprolol.

I10: Essential (primary) hypertension
- ELECTROCARDIOGRAM

**3. Bradycardia -**

Holter monitor from 03/2018 showed sinus rhythm with no supraventricular or ventricular arrhythmias. Continue with metoprolol.

R00.1: Bradycardia, unspecified

**4. Dizziness -**

No recent dizziness.

R42: Dizziness and giddiness

**5. Transient cerebral ischemia -**

Remote history

G45.9: Transient cerebral ischemic attack, unspecified

**6. Sleep apnea -**

Chronic.

**KENNEY, FRED W (id #11625, dob: 09/04/1973)**

G47.30: Sleep apnea, unspecified

**7. Obesity -**

We discussed weight loss with lifestyle modification including dietary changes with smaller bites, limiting high sugar intake, and decreasing fat containing foods. Increase water consumption and fruits and vegetables. Exercise daily with at least 20 minutes of cardiovascular activity, 3-4 days a week and this activity should cause the patient to sweat and elevate heart rate.

E66.9: Obesity, unspecified

ELECTROCARDIOGRAM

Review of electrocardiogram taken on 03/07/2019 at BAPTIST HEALTH CARDIOLOGY-FORT SMITH shows:
Rate & Rhythm:
Rate & Rhythm: normal sinus rhythm 74rate.
Interpretation:
12 lead ECG: incomplete RBBB.

**Goals**

Return to Office

- to see Tonya Phillips, MD for Botox 30 at FSPB_Sparks Clinic Neurology on or around 05/31/2019
- Tonya Phillips, MD for Botox 30 at FSPB_Sparks Clinic Neurology on 05/31/2019 at 08:00 AM
- Abdul-Nasser Adjei, MD for Follow Up Visit 15 at FSPB_Cardiology Center at Sparks on 03/05/2020 at 02:00 PM

Encounter Sign-Off

Encounter signed-off by Abdul-Nasser Adjei, MD, 03/07/2019.

Encounter performed and documented by Abdul-Nasser Adjei, MD
Encounter reviewed & signed by Abdul-Nasser Adjei, MD on 03/07/2019 at 3:37pm

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

ABDUL-NASSER ADJEI
1500 DODSON AVE
STE 60
FORT SMITH AR 72901

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

October 19, 2019

Abdul-Nasser Adjei
1500 DODSON AVE
STE 60
FORT SMITH, AR 72901

RE: Long Term Disability (LTD) Benefits
OGE Energy Corp.
Claim #: 8205360
Claimant: Wesley Kenney
Claimant D.O.B.: September 4, 1973

Dear Abdul-Nasser Adjei:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under OGE Energy Corp.'s Group Disability Policy. We are writing in reference to Wesley Kenney's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by October 24, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Erika Vega
Ltd Specialist I
Phone No.: (800) 320-7585 Ext. 41649
Secure Fax No.: (603) 422-0119

Attachments: 8205360-REQUEST-PROVIDER-09.25.2019

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

ABDUL-NASSER ADJEI
1500 DODSON AVE
STE 60
FORT SMITH AR 72901

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

September 26, 2019

Abdul-Nasser Adjei
1500 DODSON AVE
STE 60
FORT SMITH, AR 72901

RE: Long Term Disability (LTD) Benefits
OGE Energy Corp.
Claim #: 8205360
Claimant: Wesley Kenney
Claimant D.O.B.: September 4, 1973

Dear Abdul-Nasser Adjei:

We are the Disability Claim Administrator for your patient, Wesley Kenney.

To evaluate Mr. Kenney's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2018 through the present

- Completion of the Enclosed Forms:

__ Other

We ask that you provide this information by October 10, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 422-0119 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we

have enclosed a HIPAA compliant authorization signed by Mr. Kenney allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Kenney's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erika Vega
Ltd Specialist I
Phone No.: (800) 320-7585 Ext. 41649
Secure Fax No.: (603) 422-0119

Attachments: 8205360-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.25.2019

9-25-19

Attn:

Erika

Vega

LTD Specialist 1

603-422-0119

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Fred W. Kenney

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature]

Date of Birth: 09/04/1973 Claim Number: 8205360 Date: 23 Sept 19

**A copy of this authorization will be considered as valid as the original.**

of this request, your benefits will be suspended. If we do not receive all of this requested information by October 29, 2019, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than October 29, 2019 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erika Vega
Ltd Specialist I
Phone No.: (800) 320-7585 Ext. 41649
Secure Fax No.: (603) 422-0119

Attachments: Authorization - Medical

sharecare

8344 Clairemont Mesa Boulevard, Suite 201, San Diego, CA 92111 | hds.sharecare.com | 800.560.3800 | F: 858.430.4962

Attn: ERIKA VEGA
LIBERTY LIFE ASSURANCE COMPANY
PO BOX 7209
LONDON, KY 40742-7209
6034220119

Monday, October 07, 2019

**Patient Name : Wesley Kenney**
**Invoice Number : 253011**

Sharecare Health Data Services, LLC ("Sharecare") is the record management service for the provider named on the enclosed invoice. We have received your request for records on the above-named patient. Upon receipt of payment or guarantee of payment, we will release records accordingly.

To Expedite Handling or to contact us, please visit the Customer Support page on our website:

hds.sharecare.com/customer-service-support/

If we do not receive a **response within 30 days** from the invoice date, the request for records will be **canceled**.

This message is intended for the use of the person to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.

sharecare

Invoice Number: 253011
Date: 10/07/2019
Tax ID: 90-0998358

Bill To:

LIBERTY LIFE ASSURANCE COMPANY
PO BOX 7209
LONDON, KY 40742-7209

Send Medical Records To:

LIBERTY LIFE ASSURANCE COMPANY
PO BOX 7209
LONDON, KY 40742-7209

Records will be released upon receipt of payment

| Patient Name | Reference | Record Type | Pages |
|---|---|---|---|
| Wesley Kenney | 8205360 | Medical | 15 |

| Provider: |
|---|
| Sparks Clinic - Neurology 3808 Gary St Fort Smith, AR 72903-5450 |

| Description | Quantity | Rate | Sub-Total |
|---|---|---|---|
| Pages 1-25 | 15 | $0.50 | $7.50 |
| Processing | 1 | $15.00 | $15.00 |
| | | Sub-Total: | $22.50 |
| | | Delivery Fee: | $0.43 |
| | | Tax: | $0.00 |
| | | Payment/Credits: | $0.00 |
| | | Balance Due: | $22.93 |

Pay Online at https://myplatform.hds.sharecare.com//hds/#!/patients

We accept VISA, MasterCard, American Express, and Discover.
We DO NOT accept Flex Health Spending cards.

**Please remit payment to:**

Main Office:
Sharecare Health Data Services, LLC
8344 Clairemont Mesa Blvd. Suite 201
San Diego, CA 92111

(800) 560-3800 Toll-free
(858) 430-4962 Fax

Account Number: LIBERTY-7209
Patient Name: Wesley Kenney
Invoice Number: 253011
Payment Terms: Net 0
Balance Due: $22.93

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

| | |
|---|---|
| Date: | September 30, 2019 |
| To: | TONYA PHILLIPS |
| Attn: | Urgent-Medical Records |
| Fax: | (479) 709-7310 |
| From: | Erika Vega<br>Ltd Specialist I<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 422-0119 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 8205360<br>Claimant: Wesley Kenney<br>OGE Energy Corp. |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1. de septiembre de 2019, Liberty Life Assurance Company of Boston cambi su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibir un Endoso que debe adjuntarse a su p liza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

September 30, 2019

Tonya Phillips

RE: Long Term Disability (LTD) Benefits
OGE Energy Corp.
Claim #: 8205360
Claimant: Wesley Kenney
Claimant D.O.B.: September 4, 1973

Dear Tonya Phillips:

We are the Disability Claim Administrator for your patient, Wesley Kenney.

To evaluate Mr. Kenney's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2018 through the present

We ask that you provide this information by September 30, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 422-0119 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Kenney allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Kenney's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erika Vega
Ltd Specialist I
Phone No.: (800) 320-7585 Ext. 41649
Secure Fax No.: (603) 422-0119

9-25-19

Attn:

Erika

Vega

LTD Specialist 1

603-422-0119

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Fred W. Kenney

Name of legal representative, if applicable (print) ______ Relationship ______

Signature of claimant or legal representative [signature]

Date of Birth: 09/04/1973 Claim Number: 8205360 Date: 23 Sept 19

**A copy of this authorization will be considered as valid as the original.**

of this request, your benefits will be suspended. If we do not receive all of this requested information by October 29, 2019, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than October 29, 2019 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erika Vega
Ltd Specialist I
Phone No.: (800) 320-7585 Ext. 41649
Secure Fax No.: (603) 422-0119

Attachments: Authorization - Medical

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

ABDUL-NASSER ADJEI
1500 DODSON AVE
STE 60
FORT SMITH AR 72901

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

September 26, 2019

Abdul-Nasser Adjei
1500 DODSON AVE
STE 60
FORT SMITH, AR 72901

RE: Long Term Disability (LTD) Benefits
OGE Energy Corp.
Claim #: 8205360
Claimant: Wesley Kenney
Claimant D.O.B.: September 4, 1973

Dear Abdul-Nasser Adjei:

We are the Disability Claim Administrator for your patient, Wesley Kenney.

To evaluate Mr. Kenney's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2018 through the present

- Completion of the Enclosed Forms:

__ Other

We ask that you provide this information by October 10, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 422-0119 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we

have enclosed a HIPAA compliant authorization signed by Mr. Kenney allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Kenney's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erika Vega
Ltd Specialist I
Phone No.: (800) 320-7585 Ext. 41649
Secure Fax No.: (603) 422-0119

Attachments: 8205360-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.25.2019

9-25-19

Attn:

Erika

Vega

LTD Specialist 1

603-422-0119

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Fred W. Kenney

Name of legal representative, if applicable (print) ______ Relationship ______

Signature of claimant or legal representative [signature]

Date of Birth: 09/04/1973 Claim Number: 8205360 Date: 23 Sept 19

**A copy of this authorization will be considered as valid as the original.**

of this request, your benefits will be suspended. If we do not receive all of this requested information by October 29, 2019, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than October 29, 2019 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erika Vega
Ltd Specialist I
Phone No.: (800) 320-7585 Ext. 41649
Secure Fax No.: (603) 422-0119

Attachments: Authorization - Medical

9-25-19

Attn:

Erika

Vega

LTD Specialist 1

603-422-0119

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Fred W. Kenney

Name of legal representative, if applicable (print) ________________ Relationship ________________

Signature of claimant or legal representative [signature]

Date of Birth: 09/04/1973 Claim Number: 8205360 Date: 23 Sept 19

**A copy of this authorization will be considered as valid as the original.**

of this request, your benefits will be suspended. If we do not receive all of this requested information by October 29, 2019, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than October 29, 2019 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erika Vega
Ltd Specialist I
Phone No.: (800) 320-7585 Ext. 41649
Secure Fax No.: (603) 422-0119

Attachments: Authorization - Medical

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. WESLEY KENNEY
518 COUNTY RD 2731
LONDON AR 72846

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

September 17, 2019

RE: Long Term Disability (LTD) Benefits
OGE Energy Corp.
Claim #: 8205360

Dear Mr. Wesley Kenney:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under OGE Energy Corp.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by October 29, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Erika Vega
Ltd Specialist I
Phone No.: (800) 320-7585 Ext. 41649
Secure Fax No.: (603) 422-0119

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. WESLEY KENNEY
518 COUNTY RD 2731
LONDON AR 72846

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

August 17, 2019

Mr. Wesley F. Kenney
518 COUNTY RD 2731
LONDON, AR 72846

RE: Long Term Disability (LTD) Benefits
OGE Energy Corp.
Claim #: 8205360

Dear Mr. Wesley Kenney:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under OGE Energy Corp.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On 8/16/2019, we requested medical records from Dr. Phillips and Dr. Adjei. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from December 1, 2018 through the present from Dr. Phillips and Dr. Adjei

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please complete the forms indicated below and return them to our office by October 29, 2019:

_X_ Authorization - Medical
___ Other

OGE Energy Corp.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by September 29, 2019, 45 days from the date

of this request, your benefits will be suspended. If we do not receive all of this requested information by October 29, 2019, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than October 29, 2019 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erika Vega
Ltd Specialist I
Phone No.: (800) 320-7585 Ext. 41649
Secure Fax No.: (603) 422-0119

Attachments: Authorization - Medical

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________

Name of legal representative, if applicable (print) ______________________ Relationship ____________

Signature of claimant or legal representative ______________________

Date of Birth: 09/04/1973 Claim Number: 8205360 Date: ______________

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Fred W. Kenney

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: 09/04/1973 Claim Number: 8205360 Date: 26 Aug 19

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

August 17, 2019

Mr. Wesley F. Kenney
518 COUNTY RD 2731
LONDON, AR 72846

RE: Long Term Disability (LTD) Benefits
OGE Energy Corp.
Claim #: 8205360

Dear Mr. Wesley Kenney:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under OGE Energy Corp.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On 8/16/2019, we requested medical records from Dr. Phillips and Dr. Adjei. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from December 1, 2018 through the present from Dr. Phillips and Dr. Adjei

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent toyour disability within the timeframe stated above.

Please complete the forms indicated below and return them to our office by October 29, 2019:

X Authorization - Medical
__ Other

OGE Energy Corp.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by September 29, 2019, 45 days from the date

ReleasePoint

**Medical Record Overview**

**Date:** **August 22, 2019**

**Patient Name:** KENNEY, WESLEY

**Records From:** SPARKS CLINIC NEUROLOGY -FORT SMITH
3808 GARY STREET
FORT SMITH, AR 72903
(479) 709-7050

**RP ID:** 5617591

**Client ID:** 8205360

**Source:** LIBMTC

**Request Scope:** From December 1, 2018 to Present

**Req By:** 09-435421

**Chart Range:** 03/01/2019 - 06/06/2019

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Mar 1 2019 | Jun 6 2019 | 9 | 2 |
| Other Records | | | 1 | 11 |
| Request Corr. | | | 4 | 12 |
| | | **Total Page Count:** | 14 | |

**Notes From QC:**

Patient name on chart is Kenney , Fred

Progress Notes - 06/06/2019

FSPB_Fort Smith HMA PBC MGMNT LLC • 1120 Lexington Ave. FORT SMITH AR 72901-5136 AKA Fred W Kenney or Wesley Kenney

**KENNEY, FRED W (id #11625, dob: 09/04/1973)**

## Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 06/06/2019**

### Patient

| | | | |
|---|---|---|---|
| **Name** | KENNEY, FRED (45yo, M) ID# 11625 | **Appt. Date/Time** | 06/06/2019 08:30AM |
| **DOB** | 09/04/1973 | **Service Dept.** | FSPB_Sparks Clinic Neurology |
| **Provider** | TONYA PHILLIPS, MD | | |
| **Insurance** | Med Primary: BCBS-AR<br>Insurance # : OGE880351683<br>Policy/Group # : YN9885<br>Med Secondary: AMERICAN POSTAL WORKERS UNION HEALTH PLAN<br>Insurance # : A00090507<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

### Chief Complaint

Botox Injections

### Patient's Care Team

**Primary Care Provider:** MICHAEL R WESTBROOK MD: 107 N 9TH ST, OZARK, AR 72949-2796, Ph (479) 667-2923, Fax (479) 667-2857 NPI: 1295794857

### Patient's Pharmacies

**WALGREENS DRUG STORE 15243 (ERX): 3202 W MAIN ST, RUSSELLVILLE AR 72801, Ph (479) 880-0181, Fax (479) 880-0187**

MEDI-QUIK PHARMACY (ERX): 810 W. COMMERCIAL, OZARK AR 72949, Ph (479) 667-4145, Fax (479) 667-4879

### Vitals

| | | | | | |
|---|---|---|---|---|---|
| **BP:** | 126/82 06/06/2019 07:57 am | **HR:** | 74 06/06/2019 07:57 am | **Ht:** | 6 ft 6 in (198.12 cm) 06/06/2019 07:57 am |
| **Wt:** | 328 lbs (148.78 kg) 06/06/2019 07:58 am | **BMI:** | 37.9 06/06/2019 07:58 am | | |

### Allergies

Reviewed Allergies

NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **amoxicillin 875 mg-potassium clavulanate 125 mg tablet** | 05/13/19 | filled |
| **aspirin 81 mg tablet,delayed release**<br>1 tablet(s) every 24 hours. | 11/08/18 | entered |
| **Botox 100 unit injection**<br>INJECT 100 UNITS INTRAMUSCULARLY INTO FACIAL AREAS EVERY 3 MONTHS | 05/30/19 | filled |
| **fluticasone propionate 50 mcg/actuation nasal spray,suspension** | 05/13/19 | filled |
| **metoprolol tartrate 25 mg tablet**<br>TAKE 1/2 TABLET BY MOUTH TWICE A DAY | 05/26/19 | filled |
| **Symbicort 80 mcg-4.5 mcg/actuation HFA aerosol inhaler** | 01/16/19 | filled |
| **Xarelto 20 mg tablet**<br>TAKE 1 TABLET, BY MOUTH, EACH DAY | 05/30/19 | filled |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 03/07/19 | entered |

**Progress Notes - 06/06/2019**

FSPB_Fort Smith HMA PBC MGMNT LLC • 1120 Lexington Ave, FORT SMITH AR 72901-5136

**KENNEY, FRED W (id #11625, dob: 09/04/1973)**

Vaccines

None recorded.

Problems

Reviewed Problems
- Obesity
- Essential hypertension
- Paroxysmal atrial fibrillation
- Bradycardia
- Transient cerebral ischemia
- Dizziness - Onset: 03/29/2018
- Sleep apnea

Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |

Social History

Reviewed Social History
**General Social Hx**
Smoking Status: Never smoker (Notes: chews tobacco)
Alcohol intake: Occasional
Illicit drugs: none
Diet: Regular
Caffeine intake: Occasional

Surgical History

Reviewed Surgical History
- Carpal Tunnel - BOTH HANDS
- Procedure on eye - LASER SX BILATERAL EYES
- Other - CYSTES ON BACK
- Sinus surgery procedure
- Appendectomy

Past Medical History

Reviewed Past Medical History
Heart Disease: **Y - Afib**

ROS

**Constitutional:** Constitutional: no significant weight gain or loss; no fever, chills, night sweats, exercise intolerance, or sleep disturbances: insomnia; and normal appetite.

**Eyes:** Eyes: no irritation, floaters, discharge, dry eyes, pain in the eyes, visual changes, sensitivity to light (photophobia), or seeing double (diplopia).

**ENMT:** Ears: no vertigo, difficulty hearing, ear pain, or ringing in the ears (tinnitus). Nose: no difficulty smelling, frequent nosebleeds, or nose/sinus problems. Mouth/Throat: no snoring, sore throat, difficulty swallowing (dysphagia), anterior neck pain/tenderness, unusual taste of foods, bleeding gums, change in voice, dry mouth, mouth ulcers, oral abnormalities, or teeth problems.

**Cardiovascular:** Cardiovascular: no shortness of breath when walking or breath when lying down and no palpitations, lightheadedness, chest pain, arm pain on exertion, known heart murmur, calf or jaw pain, or ankle edema.

**Respiratory:** Respiratory: no cough, wheezing, shortness of breath, rapid breathing, sputum production, or coughing up blood.

**Gastrointestinal:** Gastrointestinal: no nausea, vomiting, diarrhea, constipation, heartburn, or abdominal pain and not vomiting blood and normal appetite.

**Genitourinary:** Genitourinary: no incontinence, hematuria, pain during urination, difficulty urinating, increased frequency, feelings of urgency, flank pain, or urinary tract infections.

**Musculoskeletal:** Musculoskeletal: no muscle aches, weakness, or cramps and no arthralgias/joint pain, back pain, swelling in the extremities, or difficulty walking.

**Integumentary:** Skin: no excessive sweating or facial or body hair (hirsutism) and no jaundice, rashes, discoloration, dry skin, abnormal mole, hair thinning, or growths / lesions.

**Neurologic:** Neurologic: no loss of consciousness or balance or falls and no weakness, numbness, tingling, tremors, seizures, dizziness, headaches, slurred speech, memory lapses or changes, or difficulty finding desired words; **blepharospasm**.

**Psychiatric:** Psych: no irritability, depression, anxiety, paranoia, panic attacks, sleep disturbances, or thoughts about suicide and

feeling safe in relationship.

**Endocrine:** Endocrine: no fatigue, cold intolerance, heat intolerance, or unusual body odor.

**Hematologic/Lymphatic:** Hematologic/Lymphatic no bruising, swollen glands, clotting problems, or bleeding disorders.

**Allergic/Immunologic:** Allergy/Immunologic: no itching, hives, runny nose, nasal congestion, frequent sneezing, or sinus pressure.

## Procedure Documentation

**Botox For Eyes/Face:**

**Botox Injection – Eyes/Face**

Informed consent was signed by the patient.

***Injection Sites:***
The injections were carried out as follows
**Botox Dose** 20 **Units**, Right **Side** , Orbicularis Oculi **Muscle** , **SE Range** : 4, **Dose per Site**: 5, **Total Dose**: 20, **Note** :

**Botox Dose** 10 **Units,** Bilateral **Side** , Temporalis **Muscle** , **SE Range** : 2, **Dose per Site**: 5, **Total Dose**: 10, **Note** :

**Botox Dose** 10 **Units**, Bilateral **Side** , Nasalis **Muscle** , **SE Range** : 2, **Dose per Site**: 5, **Total Dose**: 10, **Note** :

**Botox Dose** 10 **Units**, Left **Side** , Zygomaticus Major **Muscle** , **SE Range** : 1, **Dose per Site**: 10, **Total Dose**: 10, **Note** :

**Botox Dose Units**, **Side** , **Muscle** , **SE Range** : , **Dose per Site**: , **Total Dose**: , **Note** :

**Botox Dose Units**, **Side** , **Muscle** , **SE Range** : , **Dose per Site**: , **Total Dose**: , **Note** :

**Botox Dose Units, Side , Muscle , SE Range : , Dose per Site: , Total Dose: , Note :**

**Botox Dose Units, Side , Muscle , SE Range : , Dose per Site: , Total Dose: , Note :**

**Botox Dose Units, Side , Muscle , SE Range : , Dose per Site: , Total Dose: , Note :**

**Botox Dose Units, Side , Muscle , SE Range : , Dose per Site: , Total Dose: , Note :**

Estimated Blood Loss: Less than 1 ml.

Facial Muscle spasticity treatment response:

Patient is aware of signs and symptoms of toxicity. Patient will return to clinic in 3, months.

## Assessment / Plan

**1. Clonic hemifacial spasm of right facial muscle**
G51.31: Clonic hemifacial spasm, right

**Goals**

Return to Office

- to see Tonya Phillips, MD for Botox 30 at FSPB_Sparks Clinic Neurology on or around 09/06/2019
- Abdul-Nasser Adjei, MD for Follow Up Visit 15 at FSPB_Cardiology Center at Sparks on 03/05/2020 at 02:00 PM

## Encounter Sign-Off

Progress Notes - 03/01/2019

FSPB_Fort Smith HMA PBC MGMNT LLC • 1120 Lexington Ave. FORT SMITH AR 72901-6136

**KENNEY, FRED W (id #11625, dob: 09/04/1973)**
Encounter signed-off by Tonya Phillips, MD, 06/06/2019.

Encounter performed and documented by Tonya Phillips, MD
Encounter reviewed & signed by Tonya Phillips, MD on 06/06/2019 at 8:05am

**Encounter Date: 03/01/2019**

Patient

| | | | |
|---|---|---|---|
| **Name** | KENNEY, FRED (45yo, M) ID# 11625 | **Appt. Date/Time** | 03/01/2019 11:00AM |
| **DOB** | 09/04/1973 | **Service Dept.** | FSPB_Sparks Clinic Neurology |
| **Provider** | TONYA PHILLIPS, MD | | |
| **Insurance** | Med Primary: BCBS-AR<br>Insurance # : OGE880351683<br>Policy/Group # : YN9885<br>Med Secondary: AMERICAN POSTAL WORKERS UNION HEALTH PLAN<br>Insurance # : W47694796<br>Prescription: ESI1 - Member is eligible. details<br>Prescription: ESI1 - Member is eligible. details | | |

Chief Complaint

Botox Injections

Patient's Pharmacies

**MEDI-QUIK PHARMACY (ERX): 810 W. COMMERCIAL, OZARK AR 72949, Ph (479) 667-4145, Fax (479) 667-4879**

Vitals

03/01/2019 10:27 am

| | | |
|---|---|---|
| **BP:** 136/84 | **HR:** 72 | **Ht:** 6 ft 6 in (198.12 cm) |
| **Wt:** 324.6 lbs (147.24 kg) | **BMI:** 37.5 | |

Allergies

Reviewed Allergies
NKDA

Medications

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg tablet,delayed release**<br>1 tablet(s) every 24 hours. | 11/08/18 | entered |
| **azithromycin 250 mg tablet** | 04/02/18 | filled |
| **Botox 100 unit injection**<br>INJECT 100 UNITS INTRAMUSCULARLY INTO FACIAL AREAS EVERY 3 MONTHS | 02/18/19 | filled |
| **meclizine 25 mg tablet**<br>1 tablet(s) 3 times a day. | 04/05/18 | filled |
| **metoprolol tartrate 25 mg tablet**<br>TAKE 1/2 TABLET BY MOUTH TWICE A DAY | 02/28/19 | filled |
| **oseltamivir 75 mg capsule** | 03/21/18 | filled |
| **sulfacetamide sodium**<br>3 gtts qid | 11/08/18 | entered |
| **sulfacetamide sodium 10 % eye drops** | 04/03/18 | filled |
| **Symbicort 80 mcg-4.5 mcg/actuation HFA aerosol inhaler** | 01/16/19 | filled |
| **Xarelto 20 mg tablet**<br>TAKE 1 TABLET, BY MOUTH, EACH DAY | 02/07/19 | filled |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Obesity
- Essential hypertension
- Paroxysmal atrial fibrillation
- Bradycardia
- Transient cerebral ischemia
- Dizziness - Onset: 03/29/2018
- Sleep apnea

## Family History

Discussed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |

## Social History

Discussed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## Past Medical History

Discussed Past Medical History
Heart Disease: **Y - Afib**

## HPI

Mr. Kenny is 45-year-old I followed for years for clonic hemifacial spasm. He has a large CP angle tumor that is not felt to be at this time reasonable to resect.he relates that in November and December he had another bout of vertigo. He had an episode about a year ago we repeated his MRI which was stable. He states that he had a lot of headaches during that time has a history of migraines. He did not notice any palpitations or change in heart rate he does have A. fib he is on anticoagulation but he states he had one episode where he lost vision in the right eye for a couple hours he denies any visual symptoms associated with his migraines in the past but has had some TIAs in the past and was diagnosed with A. fib he is seen his cardiologist next week. He states that he is doing well he has not had any since December with the exception of occasional brief episode and not really having the headaches anymore.

## ROS

**Constitutional:** Constitutional: no significant weight gain or loss; no fever, chills, night sweats, exercise intolerance, or sleep disturbances; insomnia; and normal appetite.

**Eyes:** Eyes: no irritation, floaters, discharge, dry eyes, pain in the eyes, visual changes, sensitivity to light (photophobia), or seeing double (diplopia).

**ENMT:** Ears: no vertigo, difficulty hearing, ear pain, or ringing in the ears (tinnitus). Nose: no difficulty smelling, frequent nosebleeds, or nose/sinus problems. Mouth/Throat: no snoring, sore throat, difficulty swallowing (dysphagia), anterior neck pain/tenderness, unusual taste of foods, bleeding gums, change in voice, dry mouth, mouth ulcers, oral abnormalities, or teeth problems.

**Cardiovascular:** Cardiovascular: no shortness of breath when walking or breath when lying down and no palpitations, lightheadedness, chest pain, arm pain on exertion, known heart murmur, calf or jaw pain, or ankle edema.

**Respiratory:** Respiratory: no cough, wheezing, shortness of breath, rapid breathing, sputum production, or coughing up blood.

**Gastrointestinal:** Gastrointestinal: no nausea, vomiting, diarrhea, constipation, heartburn, or abdominal pain and not vomiting blood and normal appetite.

**Genitourinary:** Genitourinary: no incontinence, hematuria, pain during urination, difficulty urinating, increased frequency, feelings of urgency, flank pain, or urinary tract infections.

**Musculoskeletal:** Musculoskeletal: no muscle aches, weakness, or cramps and no arthralgias/joint pain, back pain, swelling in the extremities, or difficulty walking.

**Integumentary:** Skin: no excessive sweating or facial or body hair (hirsutism) and no jaundice, rashes, discoloration, dry skin, abnormal mole, hair thinning, or growths / lesions.

**Progress Notes - 03/01/2019**



**KENNEY, FRED W (id #11625, dob: 09/04/1973)**

**Neurologic:** Neurologic: no loss of consciousness or balance or falls and no weakness, numbness, tingling, tremors, seizures, dizziness, headaches, slurred speech, memory lapses or changes, or difficulty finding desired words; **blepharospasm**.

**Psychiatric:** Psych: no irritability, depression, anxiety, paranoia, panic attacks, sleep disturbances, or thoughts about suicide and feeling safe in relationship.

**Endocrine:** Endocrine: no fatigue, cold intolerance, heat intolerance, or unusual body odor.

**Hematologic/Lymphatic:** Hematologic/Lymphatic no bruising, swollen glands, clotting problems, or bleeding disorders.

**Allergic/Immunologic:** Allergy/Immunologic: no itching, hives, runny nose, nasal congestion, frequent sneezing, or sinus pressure.

Procedure Documentation

**Botox For Eyes/Face:**

**Botox Injection – Eyes/Face**

Informed consent was signed by the patient.

***Injection Sites:***
The injections were carried out as follows
**Botox Dose** 20 **Units,** Right **Side** , Orbicularis Oculi **Muscle** , **SE Range** : 4, **Dose per Site**: 5, **Total Dose**: 20, **Note** :

**Botox Dose** 10 **Units,** Bilateral **Side** , Temporalis **Muscle** , **SE Range** : 2, **Dose per Site**: 5, **Total Dose**: 10, **Note** :

**Botox Dose** 10 **Units,** Bilateral **Side** , Nasalis **Muscle** , **SE Range** : 2, **Dose per Site**: 5, **Total Dose**: 10, **Note** :

**Botox Dose** 10 **Units,** Left **Side** , Zygomaticus Major **Muscle** , **SE Range** : 1, **Dose per Site**: 10, **Total Dose**: 10, **Note** :

**Botox Dose Units, Side , Muscle , SE Range** : , **Dose per Site**: , **Total Dose**: , **Note** :

**Botox Dose Units, Side , Muscle , SE Range : , Dose per Site: , Total Dose: , Note :**

**Botox Dose Units, Side , Muscle , SE Range : , Dose per Site: , Total Dose: , Note :**

**Botox Dose Units, Side , Muscle , SE Range : , Dose per Site: , Total Dose: , Note :**

**Botox Dose Units, Side , Muscle , SE Range : , Dose per Site: , Total Dose: , Note :**

**Botox Dose Units, Side , Muscle , SE Range : , Dose per Site: , Total Dose: , Note :**

Estimated Blood Loss: Less than 1 ml.

Facial Muscle spasticity treatment response:

Patient is aware of signs and symptoms of toxicity. Patient will return to clinic in 3, months.

## Assessment / Plan

45-year-old with hemifacial spasm for Botox today. Episodes of vertigo visual disturbance may be all migraine phenomenon he is doing better but certainly do worry the possibility of TIA we did discuss an MRI of the dizziness cardiologist next weeks would like to just talk with him and then if we need to do anything further he can notify us if he certainly has any other episodes that we may need to do further evaluation and/or consideration of starting preventative for migraine.

1. **Clonic hemifacial spasm of right facial muscle**
   G51.31: Clonic hemifacial spasm, right

Progress Notes - 03/01/2019

FSPB_Fort Smith HMA PBC MGMNT LLC • 1120 Lexington Ave, FORT SMITH AR 72901-5132

**KENNEY, FRED W (id #11625, dob: 09/04/1973)**

**Goals**

Return to Office

- Abdul-Nasser Adjei, MD for Follow Up Visit 15 at FSPB_Cardiology Center at Sparks on 03/07/2019 at 02:30 PM
- to see Tonya Phillips, MD for Botox 30 at FSPB_Sparks Clinic Neurology on or around 05/31/2019
- Tonya Phillips, MD for Botox 30 at FSPB_Sparks Clinic Neurology on 05/31/2019 at 08:00 AM

Encounter Sign-Off

Encounter signed-off by Tonya Phillips, MD, 03/01/2019.

Encounter performed and documented by Tonya Phillips, MD
Encounter reviewed & signed by Tonya Phillips, MD on 03/01/2019 at 10:43am

Other Records

KENNEY, FRED W (id #11625, dob: 09/04/1973)

Mar/4/2019 7:37:46 AM southpointe family medical 479-424-0048 2/6

Delivery Verification

ACCREDO HEALTH GRP INC INDIANAPOLIS
DEPT. 288
2825W PERIMETER RD
STE 112
INDIANAPOLIS IN 46241
844.457.9196

Patient ID: 12025535
Patient: FRED KENNEY
Ship Addr: 3808 GARY ST STE 8
FORT SMITH, AR 72903-5480
Phone #: 479.790.7050
Alt #: 479.719.1136
Ship Date: 02/22/19
Dispensing Branch: 207
Shipment ID: 25594475

Therapy: BOTX

All items sold by the Accredo Specialty Pharmacy are FSA eligible HAS items.

Prescription Drugs

| Rx | Product Description | QTY | NDC |
|---|---|---|---|
| 000000001425414 | BOTOX 100 UNITS/VIAL | 1 EA | 00023-1145-01 |

Patient Copy

Customer Service: 844.457.9195

© 2012 Accredo Health Group, Inc. An Express Scripts Company. All Rights Reserved.

Request Corr.

sharecare

RELEASEPOINT- SAINT PETERS
PO BOX 1390
ST PETERS MO 63376-0121

187473
Aug 20 2019 10:49 AM
Wesley Kenney

AR319
Aug 22 2019 5:37 PM

14

## CONFIDENTIAL - MEDICAL RECORDS

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

Request Corr.



Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

AKA Fred W Kenney

SPARKS CLINIC NEUROLOGY -FORT SMITH
3808 GARY STREET
ATTN: MEDICAL RECORDS
FORT SMITH, AR 72903

Date: Aug 19, 2019
**Re: Long Term Disability Benefits**
Claim# 8205360 5617591
Claimant: KENNEY, WESLEY
Claimant DOB: 09/04/1973
Provider Portal: https://portal.releasepoint.com
Access Key: PHI440

Dear 479.202.0058JENNIFER,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From December 1, 2018 to Present**
- Seen By: SPARKS CLINIC NEUROLOGY -FORT SMITH

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Anna Cao
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 884-4921

Request Corr.



Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0421

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Fred W. Kenney

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: 09/04/1973 Claim Number: 8205360 Date: 5 July 18

**A copy of this authorization will be considered as valid as the original.** AKA Wesley Kenney

Request Corr.



Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LincolnBenefits.com

11/8/2018

✓

To Whom It May Concern,

Liberty Life Assurance Company of Boston, a Lincoln Financial Group company, authorizes ReleasePoint to act on its behalf for the purpose of obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (415) 491-0277. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Kathryn Leombruno

Kathryn Leombruno
Director, Claims Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincolnbenefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

# Quality Assurance Report

## Request Information

Report Date: August 22, 2019

**RP ID:** 5617591

Patient Name: KENNEY, WESLEY

Provider Name: SPARKS CLINIC NEUROLOGY -FORT SMITH

## Quality Assurance Information

Scope Requested: **From December 1, 2018 to Present**

Special Request:
- Seen By: SPARKS CLINIC NEUROLOGY -FORT SMITH

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:
Patient name on chart is Kenney , Fred.

Chart Reviewed By: ESEMI

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. WESLEY KENNEY
518 COUNTY RD 2731
LONDON AR 72846

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

August 17, 2019

Mr. Wesley F. Kenney
518 COUNTY RD 2731
LONDON, AR 72846

RE: Long Term Disability (LTD) Benefits
OGE Energy Corp.
Claim #: 8205360

Dear Mr. Wesley Kenney:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under OGE Energy Corp.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On 8/16/2019, we requested medical records from Dr. Phillips and Dr. Adjei. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from December 1, 2018 through the present from Dr. Phillips and Dr. Adjei

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please complete the forms indicated below and return them to our office by October 29, 2019:

_X_ Authorization - Medical
___ Other

OGE Energy Corp.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by September 29, 2019, 45 days from the date

of this request, your benefits will be suspended. If we do not receive all of this requested information by October 29, 2019, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than October 29, 2019 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erika Vega
Ltd Specialist I
Phone No.: (800) 320-7585 Ext. 41649
Secure Fax No.: (603) 422-0119

Attachments: Authorization - Medical

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________

Date of Birth: 09/04/1973 Claim Number: 8205360 Date: ____________

**A copy of this authorization will be considered as valid as the original.**

# Facsimile Transmittal Sheet

| TO: | FROM: |
|---|---|
| Liberty Mutual | Customer Resource Center |
| **FAX NUMBER:** | **DATE:** |
| MO 603-334-0366<br>NC 603-334-0380<br>AZ 603-422-0119<br>Wells Fargo 866-214-7839 | 6/19/2019 |
| **PHONE NUMBER:** | **TOTAL NUMBER OF PAGES INCLUDING COVER:** |
| | |
| **RE:** | **DIRECT FAX NUMBER:** |
| Fred Kenney<br>(8205360) | 877-899-1345 |

☐ URGENT ☒ FOR REVIEW ☐ PLEASE REPLY

**NOTES/COMMENTS:**

Sincerely,

Customer Resource Center

The information transmitted in this facsimile is for the exclusive use of the person or entity to which it is addressed and may contain legally privileged or confidential information. If you have received this information in error, please notify the sender at The Advocator Group at 1-877-261-1947 immediately, and destroy all copies of this facsimile transaction. Thank you.

101 Edgewater Drive, Suite 260 Wakefield, MA 01880 T. 877.261.1947 F. 877.899.1329 advocator.com

Advocator Group
*When life changes.*℠

June 19, 2019

Morgan Lesage
LTD Claims Examiner
Lincoln Financial Group
2510 W. Dunlap Avenue, Suite 300
Phoenix, AZ 85021

**RE: Fred Kenney**
**LTD: 8205360**

Dear Morgan Lesage:

Please be advised that we filed Mr. Kenney's *Request for Hearing* forms with the Social Security Administration (SSA) today. The Reconsideration claim was recently denied on 5/31/2019.

We will continue to keep you updated regarding the status of this claim. If you have any questions, please feel free to contact us toll-free at 877-261-1947 x 8993 or via email at status@advocator.com. Thank you.

Sincerely,

Customer Resource Center
The Advocator Group

20190610 00037036 006 03

SOCIAL SECURITY ADMINISTRATION
**RETIREMENT, SURVIVORS, AND DISABILITY INSURANCE**
**Notice of Reconsideration**

DATE: May 31, 2019

FRED WESLEY KENNEY
518 CR 2731
LONDON AR 72847

Claim Number: 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
Claim for: Disability Insurance Benefits

Upon receipt of your request for reconsideration we had your claim independently reviewed by a physician and disability examiner in the State agency which works with us in making disability determinations. The evidence in your case has been thoroughly evaluated; this includes the medical evidence and any additional information received since the original decision. We find that the previous determination denying your claim was proper under the law. The attached page identifies the legal requirements for this type of claim.

**THE DECISION ON YOUR CASE**

The following report(s) was/were used to decide this claim in addition to those listed on our previous notice.

CARDIOLOGY CENTER OF SPARKS report received 12/17/2018 and 04/18/2019
TONYA L. PHILLIPS, MD report received 03/15/2019
MICHAEL R. WESTBROOK, MD report received 12/12/2018 and 04/08/2019
ARCHWAY CHIROPRACTIC CLINIC report received 12/07/2018
ARKANSAS NEUROSCIENCE INSTITUTE report received 12/13/2018
SPARKS NEUROLOGY report received 12/13/2018
CHI ST. VINCENT HEALTH SYSTEMS - No records received
TONYA L. PHILLIPS, MD - No records received

You said that you were unable to work on 03/15/2018 because of brain tumor, atrial fibrillation, stroke, asthma, neck problems and back problems.

The evidence shows that while your conditions may limit your activities, your limitations are not severe enough to be considered disabling according to Social Security disability guidelines at this time. After reviewing all the information in your file, we still find your condition cannot be considered disabling.

Based on your age and your education, you can do some types of work.

To be considered disabled, a person must be unable to do any substantial gainful work due to a medical condition which has lasted or is expected to last for at least 12 months in a row. The condition must be severe enough to keep a person from working not only in his or her usual job, but in any other substantial gainful work. We look at the person's age, education, training and work experience when we decide whether he or she can work.

The determination on your claim was made by an agency of the State. It was not made by your own doctor or by other people or agencies writing reports about you. However, any evidence they gave us was used in making this determination. Doctors and other people in the State

agency who are trained in disability evaluation reviewed the evidence and made the determination based on Social Security law and regulations.

If you believe that the reconsideration determination is not correct, you may request a hearing before an administrative law judge of the Office of Hearings and Appeals. If you want a hearing, you must request it not later than 60 days from the date you receive this noti You may make your request through any Social Security office or on the Internet at http://www.socialsecurity.gov/disability/appeal. As part of the appeal process, you also to tell us about your current medical condition. We provide a form for doing that, the Disability Report-Appeal. You may contact one of our offices or call 1-800-772-1213 to request this form. Or, you may complete the report online after you complete the online Request for Hearing by Administrative Law Judge. Read the enclosed leaflet for a full explanation of your right to appeal.

You can have a friend, lawyer or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security Office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before she or he can collect it. And, if you hire a lawyer, we will withhold up to 25 percent of any past due Social Security benefits to pay toward the fee.

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. If you disagree with this decision and you file a new application instead of appealing:

- o you might lose some benefits, or not qualify for any benefits, and
- o we could deny the new application using this decision, if the facts and issues are the same.

So, if you disagree with this decision, you should file an appeal within 60 days.

This decision refers only to your claim for benefits under the Social Security Disability Insurance Program. If you applied for other benefits, you will receive a separate notice when a decision is made on that claim(s).

If you have any questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at (877) 445-0827. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

2708 EAST PARKWAY
Russellville, AR 72802

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly.

**Suspect Social Security Fraud?**

If you suspect Social Security fraud, please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

*Social Security Administration*

Enclosures: SSA Pub. No. 70-10281

02/SME231032/alt763724 0088

20190610 00037036 006 03

**SOCIAL SECURITY ADMINISTRATION**
OFFICE OF CENTRAL OPERATIONS
1500 WOODLAWN DR
BALTIMORE MD 21241-1500

**OFFICIAL BUSINESS**

NEOPOST
06/04/2019
US POSTAGE $000.45⁹
FIRST-CLASS MAIL
PRSRT
US OFFICIAL MAIL
$300 Penalty
For Private Use
ZIP 72201
041L12100110

2 ERGUM11 01880

**Lincoln/Kenney 307**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. WESLEY KENNEY
518 COUNTY RD 2731
LONDON AR 72846

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

April 26, 2019

Mr. Wesley F. Kenney
518 COUNTY RD 2731
LONDON, AR 72846

RE: Long Term Disability (LTD) Benefits
OGE Energy Corp.
Claim #: 8205360

Dear Mr. Wesley Kenney:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under OGE Energy Corp.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, Erika Vega has been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Katie Pacheco
Dis Claims Ltd Case Mgr II
On Behalf Of: Erika Vega
Phone No.: (800) 320-7585 Ext.
Secure Fax No.: (603) 422-0119

# Billing Statement:

ReleasePoint

**Invoice Date: 03/02/2019** **Invoice #: 709444**
**Liberty Mutual**

**Invoice for Requests for Medical Information completed between Feb 1 2019 and Feb 28 2019**

**LIBMTC** **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 4948402<br>8205360 | KENNEY, FRED W.<br>SPARKS CLINIC NEUROLOGY -FORT ... | Complete | 02/12/19<br>M LESAGE | 8.00 | 42.56 | 0.00 | 0.00<br>18 | **50.56** |

**ReleasePoint**

**Total Amount Due:** **50.56**

**405 W. Foothill Blvd.**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

ReleasePoint

## Medical Record Overview

**Date:** **February 12, 2019**

**Patient Name:** KENNEY, FRED W.

**Records From:** SPARKS CLINIC NEUROLOGY -FORT SMITH
3808 GARY STREET
FORT SMITH, AR 72903
(479) 709-7050

**RP ID:** 4948402

**Client ID:** 8205360

**Source:** LIBMTC

**Request Scope:** From July 1, 2018 to Present

**Req By:** M LESAGE
09-435421

**Chart Range:** 08/29/2018 - 11/30/2018

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Aug 29 2018 | Nov 30 2018 | 10 | 2 |
| Other Records | | | 5 | 12 |
| Request Corr. | | | 3 | 17 |

**Total Page Count:** 18

**Notes From QC:**

Enclosed are all records supplied by medical facility for requested dates of service

**KENNEY, FRED W (id #11625, dob: 09/04/1973)**

**Encounter Date: 11/30/2018**

Patient

| | | | |
|---|---|---|---|
| **Name** | KENNEY, FRED (45yo, M) ID# 11625 | **Appt. Date/Time** | 11/30/2018 08:00AM |
| **DOB** | 09/04/1973 | **Service Dept.** | FSPB_Sparks Clinic Neurology |
| **Provider** | TONYA PHILLIPS, MD | | |
| **Insurance** | Med Primary: BCBS-AR<br>Insurance # : OGE880351683<br>Policy/Group # : YN9885<br>Med Secondary: AMERICAN POSTAL WORKERS UNION HEALTH PLAN<br>Insurance # : W47694796<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

Chief Complaint

Botox Injections

Patient's Pharmacies

**MEDI-QUIK PHARMACY (ERX): 810 W. COMMERCIAL, OZARK AR 72949, Ph (479) 667-4145, Fax (479) 667-4879**

Vitals

11/30/2018 07:38 am

**BP:** 136/84 **HR:** 72 **Ht:** 6 ft 6 in (198.12 cm)

**Wt:** 324.6 lbs (147.24 kg) **BMI:** 37.5

Allergies

Reviewed Allergies

NKDA

Medications

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg tablet,delayed release**<br>1 tablet(s) every 24 hours. | 11/08/18 | entered |
| **Botox 100 unit injection**<br>INJECT 100 UNITS INTRAMUSCULARLY INTO FACIAL AREAS EVERY 3 MONTHS | 11/08/18 | entered |
| **meclizine 25 mg tablet**<br>1 tablet(s) 3 times a day., start 04/05/2018 | 04/05/18 | filled |
| **metoprolol tartrate 25 mg tablet**<br>Take 0.5 tablet(s) twice a day by oral route. | 11/08/18 | entered |
| **sulfacetamide sodium**<br>3 gtts qid | 11/08/18 | entered |
| **sulfacetamide sodium 10 % eye drops**<br>start 04/03/2018 | 04/03/18 | filled |
| **Symbicort 80 mcg-4.5 mcg/actuation HFA aerosol inhaler**<br>start 03/10/2018 | 03/10/18 | filled |
| **Xarelto 20 mg tablet**<br>TAKE 1 TABLET, BY MOUTH, EACH DAY, start 05/16/2018 | 05/16/18 | filled |

Vaccines

None recorded.

Problems

Reviewed Problems

- Obesity
- Essential hypertension

- Paroxysmal atrial fibrillation
- Bradycardia
- Transient cerebral ischemia
- Dizziness - Onset: 03/29/2018
- Sleep apnea

## Family History

Discussed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |

## Social History

Discussed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## Past Medical History

Reviewed Past Medical History
Heart Disease: **Y - Afib**

## Documents for Discussion

**Discussed the following documents:**

- MRI, BRAIN, W/WO CONTRAST - 04/12/18
- NEUROLOGY NOTE - TONYA L PHILLIPS MD - 11/20/18
- Patient Case - 11/27/18
  Notes - Called accredo to check status of botox and spoke with Analy and she said botox will be shipped and we should recive by 11-29-18
- CCD Export Record - 11/08/18

## Procedure Documentation

**Botox For Eyes/Face:**

**Botox Injection – Eyes/Face**

Informed consent was signed by the patient.

***Injection Sites:***
The injections were carried out as follows
**Botox Dose** 20 **Units,** Right **Side ,** Orbicularis Oculi **Muscle , SE Range :** 4, **Dose per Site:** 5, **Total Dose:** 20, **Note :**

**Botox Dose** 10 **Units,** Bilateral **Side ,** Temporalis **Muscle , SE Range :** 2, **Dose per Site:** 5, **Total Dose:** 10, **Note :**

**Botox Dose** 10 **Units,** Bilateral **Side ,** Nasalis **Muscle , SE Range :** 2, **Dose per Site:** 5, **Total Dose:** 10, **Note :**

**Botox Dose** 10 **Units**, Left **Side** , Zygomaticus Major **Muscle** , **SE Range** : 1, **Dose per Site**: 10, **Total Dose**: 10, **Note** :

**Botox Dose Units, Side , Muscle , SE Range : , Dose per Site: , Total Dose: , Note :**

**Botox Dose Units, Side , Muscle , SE Range : , Dose per Site: , Total Dose: , Note :**

**Botox Dose Units, Side , Muscle , SE Range : , Dose per Site: , Total Dose: , Note :**

**Botox Dose Units, Side , Muscle , SE Range : , Dose per Site: , Total Dose: , Note :**

**Botox Dose Units, Side , Muscle , SE Range : , Dose per Site: , Total Dose: , Note :**

**Botox Dose Units, Side , Muscle , SE Range : , Dose per Site: , Total Dose: , Note :**

Estimated Blood Loss: Less than 1 ml.

Facial Muscle spasticity treatment response:

Patient is aware of signs and symptoms of toxicity. Patient will return to clinic in 3, months.

## Assessment / Plan

**1. Clonic hemifacial spasm of right facial muscle**
G51.31: Clonic hemifacial spasm, right

Return to Office

- to see Tonya Phillips, MD for Botox 30 at FSPB_Sparks Clinic Neurology on or around 03/02/2019

## Encounter Sign-Off

Encounter signed-off by Tonya Phillips, MD, 11/30/2018.

Encounter performed and documented by Tonya Phillips, MD
Encounter reviewed & signed by Tonya Phillips, MD on 11/30/2018 at 8:06am

## Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 08/29/2018**

### Patient

| | | | |
|---|---|---|---|
| **Name** | KENNEY, FRED (44yo, M) ID# 429556 | **Appt. Date/Time** | 08/29/2018 03:30PM |
| **DOB** | 09/04/1973 | **Service Dept.** | FSPB_Sparks Clinic Neurology |
| **Provider** | TONYA PHILLIPS, MD | | |
| **Insurance** | Med Primary: BCBS-AR<br>Insurance # : OGE880351683<br>Policy/Group # : YN9885<br>Med Secondary: AMERICAN POSTAL WORKERS UNION HEALTH PLAN<br>Insurance # : W47694796<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

### Chief Complaint

Botox Injections

### Patient's Care Team

**Primary Care Provider:** MICHAEL R WESTBROOK MD: 107 N 9TH ST, OZARK, AR 72949-2796, Ph (479) 667-2923, Fax (479) 667-2857 NPI: 1295794857

### Patient's Pharmacies

**MEDI-QUIK PHARMACY (ERX): 810 W. COMMERCIAL, OZARK AR 72949, Ph (479) 667-4145, Fax (479) 667-4879**

### Vitals

**Ht:** 6 ft 6 in (198.12 cm) 08/29/2018 03:14 pm

**Wt:** 324.6 lbs (147.24 kg) 08/29/2018 03:15 pm

**BP:** 144/86 08/29/2018 03:15 pm

**Pulse:** 72 bpm 08/29/2018 03:15 pm

**BMI:** 37.5 08/29/2018 03:15 pm

### Allergies

Reviewed Allergies

NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route. | 02/04/15 | entered |
| **Botox 100 unit injection**<br>INJECT 100 UNITS INTRAMUSCULARLY INTO FACIAL AREAS EVERY 3 MONTHS | 07/17/18 | changed |
| **meclizine 25 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route for 30 days. | 04/05/18 | filled |
| **metoprolol tartrate 25 mg tablet**<br>Take 0.5 tablet(s) twice a day by oral route. | 08/10/18 | prescribed |
| **sulfacetamide sodium**<br>3 gtts qid | 04/05/18 | entered |
| **sulfacetamide sodium 10 % eye drops** | 04/03/18 | filled |
| **Symbicort 80 mcg-4.5 mcg/actuation HFA aerosol inhaler** | 03/10/18 | filled |
| **Xarelto 20 mg tablet**<br>TAKE 1 TABLET, BY MOUTH, EACH DAY | 05/16/18 | filled |

### Problems

Reviewed Problems
- Obesity
- Essential hypertension
- Paroxysmal atrial fibrillation
- Bradycardia
- Transient cerebral ischemia
- Dizziness - Onset: 03/29/2018
- Sleep apnea

## Family History

Reviewed Family History
Non-contributory.

## Social History

Reviewed Social History
Smoking Status: Never smoker (Notes: chews tobacco)

## Surgical History

Reviewed Surgical History
- Cardiovascular Procedure - 03/29/2018 - 48 Hour Holter Monitor- NSR, No SVT or VT arrhythmias.

No Surgeries

## Past Medical History

Reviewed Past Medical History
Notes: hemifacial spasm atrial fibrillation

## Screening

None recorded.

## ROS

**Constitutional:** Constitutional: no significant weight gain or loss and no fever, night sweats, or exercise intolerance.

**Eyes:** Eyes: no irritation, dry eyes, or vision change.

**ENMT:** Ears: no difficulty hearing or ear pain. Nose: no frequent nosebleeds or nose/sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems.

**Cardiovascular:** Cardiovascular: no shortness of breath when walking or breath when lying down and no palpitations, chest pain, arm pain on exertion, or known heart murmur.

**Respiratory:** Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.

**Gastrointestinal:** Gastrointestinal: no vomiting, diarrhea, dyspepsia, GERD, or abdominal pain and normal appetite and not vomiting blood.

**Genitourinary:** Genitourinary: no incontinence, hematuria, difficulty urinating, or increased frequency.

**Musculoskeletal:** Musculoskeletal: no muscle aches or weakness and no arthralgias/joint pain, back pain, or swelling in the extremities.

**Integumentary:** Skin: no jaundice, rashes, or abnormal mole.

**Neurologic:** Neurologic: no weakness, seizures, headaches, or loss of consciousness and**dizziness; twitching.**

**Psychiatric:** Psych: no depression, sleep disturbances, or alcohol abuse and feeling safe in relationship.

**Endocrine:** Endocrine: no fatigue.

**Hematologic/Lymphatic:** Hematologic/Lymphatic no swollen glands and**easy bruising.**

**Allergic/Immunologic:** Allergy/Immunologic: no itching, hives, runny nose, sinus pressure, or frequent sneezing.

**Additionally reports: I have reviewed and agree with documentation on ROS**

## Physical Exam

None recorded.

## Procedure Documentation

**Botox For Eyes/Face:**

**Botox Injection – Eyes/Face**

Informed consent was signed by the patient.

***Injection Sites:***
The injections were carried out as follows
**Botox Dose** 20 **Units,** Right **Side** , Orbicularis Oculi **Muscle** , **SE Range** : 4, **Dose per Site**: 5, **Total Dose**: 20, **Note :**

**Botox Dose** 10 **Units,** Right **Side** , Temporalis **Muscle** , **SE Range** : 1, **Dose per Site**: 10, **Total Dose**: 10, **Note :**

**Botox Dose** 10 **Units,** Left **Side** , Temporalis **Muscle** , **SE Range** : 1, **Dose per Site**: 10, **Total Dose**: 10, **Note :**

**Botox Dose** 20 **Units,** Bilateral **Side** , Nasalis **Muscle** , **SE Range** : 4, **Dose per Site**: 5, **Total Dose**: 20, **Note :**

**Botox Dose Units, Side , Muscle , SE Range : , Dose per Site: , Total Dose: , Note :**

**Botox Dose Units, Side , Muscle , SE Range : , Dose per Site: , Total Dose: , Note :**

**Botox Dose Units, Side , Muscle , SE Range : , Dose per Site: , Total Dose: , Note :**

**Botox Dose Units, Side , Muscle , SE Range : , Dose per Site: , Total Dose: , Note :**

**Botox Dose Units, Side , Muscle , SE Range : , Dose per Site: , Total Dose: , Note :**

**Botox Dose Units, Side , Muscle , SE Range : , Dose per Site: , Total Dose: , Note :**

Estimated Blood Loss: Less than 1 ml.

Facial Muscle spasticity treatment response:

Patient is aware of signs and symptoms of toxicity. Patient will return to clinic in , .

## Assessment / Plan

**1. Clonic hemifacial spasm**
G51.3: Clonic hemifacial spasm

### Return to Office

- Abdul-Nasser Adjei, MD for Follow-up at FSPB_Cardiology Center at Sparks on 09/27/2018 at 09:30 AM
- Tonya Phillips, MD for Botox 30 at FSPB_Sparks Clinic Neurology on 11/30/2018 at 08:00 AM

## Encounter Sign-Off

Encounter signed-off by Tonya Phillips, MD, 08/29/2018.

Encounter performed and documented by Tonya Phillips, MD
Encounter reviewed & signed by Tonya Phillips, MD on 08/29/2018 at 3:30pm

Progress Notes

FSPB_Fort Smith HMA PBC MGMNT LLC • 1120 Lexington Ave, FORT SMITH AR 72901-5136

KENNEY, FRED W (id #11625, dob: 09/04/1973)

Dec/4/2018 6:14:35 AM southpointe family medical 479-424-0049 9/11

## Delivery Verification

ACCREDO HEALTH GRP INC INDIANAPOLIS
DEPT. 268
2825W PERIMETER RD
STE 112
INDIANAPOLIS IN 46241
844.457.8195

Patient ID: 12025535
Patient: FRED KENNEY
Ship Addr: 3808 GARY ST STE B
FORT SMITH, AR 72903-5450
Phone #: 479.709.7050
Alt #: 479.719.1135
Ship Date: 11/28/18
Dispensing Branch: 297
Shipment ID: 55547824

Therapy: BOTX

All items sold by the Accredo Specialty Pharmacy are FSA eligible IIAS items.

Prescription Drugs

| Rx | Product Description | QTY | NDC |
|---|---|---|---|
| 000000001425414 | BOTOX 100 UNITS/VIAL | 1 EA | 00023-1145-01 |

Patient Copy

Progress Notes

FSPB_Fort Smith HMA PBC MGMNT LLC • 1120 Lexington Ave, FORT SMITH AR 72901-5136

KENNEY, FRED W (id #429556, dob: 09/04/1973)

Aug/31/2018 6:15:30 AM southpointe family medical 479-424-0049 2/5

Delivery Verification

ACCREDO HEALTH GRP INC INDIANAPOLIS
DEPT. 268
2825W PERIMETER RD
STE 112
INDIANAPOLIS IN 46241
844.457.9195

Patient ID: 12025535
Patient: FRED KENNEY
Ship Addr: 3808 GARY ST STE B
FORT SMITH, AR 72903-5450
Phone #: 479.709.7050
Alt #: 479.719.1135
Ship Date: 08/24/18
Dispensing Branch: 297
Shipment ID: 64326130

Therapy: BOTX

All items sold by the Accredo Specialty Pharmacy are FSA eligible IIAS items.

Prescription Drugs

| Rx | Product Description | QTY | NDC |
|---|---|---|---|
| 000000001425414 | BOTOX 100 UNITS/VIAL | 1 EA | 00023-1145-01 |

Patient Copy



© 2012 Accredo Health Group, Inc. | An Express Scripts Company. All Rights Reserved.

Other Records

FSPB_Fort Smith HMA PBC MGMNT LLC • 1120 Lexington Ave, FORT SMITH AR 72901-5136

KENNEY, FRED W (id #11625, dob: 09/04/1973)

Dec/4/2018 6:14:35 AM southpointe family medical 479-424-0049 7/11

2

**Your Account Information**

Name: SPARKS CLINIC NEUROL
DR. TONYA PHILLIPS

Shipping ID: 40607015

Shipping Address: 3808 GARY ST STE B
FORT SMITH, AR 72903-5450

0003329572819

accredo®
Specialty Pharmacy

844.457.9195
24/7 access to pharmacists who are ready to help you with your medications.

Whatever your question or concern, your call is important to us. We appreciate the opportunity to be your pharmacy partner throughout your therapy.

Your Accredo team can:

- Schedule a refill shipment
- Provide clinical support
- Answer billing or insurance questions.

See Shipment Request Form for easy order scheduling by fax.

## Patients

This shipment contains drugs for the patients listed in this section. To see all of the items included in this shipment, see the attached DVRs.

**The following patients do not need to sign and return their DVRs:**
FRED KENNEY

## About Your Order

We value our customers and want to continue to provide excellent customer service. You can help us by verifying the accuracy of your shipments upon receipt. Please call your pharmacy team at the toll free number listed in the top right hand corner to report any concerns or discrepancies.

## Patient Counseling

**Make sure to read the enclosed information about your prescriptions before you take your medicine. If you have questions, you may contact one of our registered pharmacists, 24 hours a day, 7 days a week, at 844.457.9195 or the toll free number on your label.**
Call your doctor for medical advice about side effects. You may report side effects to the Food and Drug Administration (FDA) at 800.FDA.1088.

No olvide leer la información incluida acerca de sus medicinas recetadas antes de tomarlas. Si tiene alguna pregunta, puede ponerse en contacto con uno de nuestros farmacéuticos licenciados, las 24 horas del día, los 7 días de la semana, al 844.457.9195. Llame a su médico para orientación médica acerca de los efectos secundarios. Usted puede informar los efectos secundarios a la Administración Federal de Alimentos y Drogas al 800.FDA.1088.

## What You May Need To Know

Accredo Health Group offers the care and convenience you deserve. You can always fill your specialty medication and check the status of your order through our interactive voice response (IVR) system. Please reference your welcome materials for dialing information or please call the toll free number on your prescription label. Please note that there are certain specialty medications that cannot be ordered through IVR. (IVR access is available at the discretion of your health plan.)

Accredo Health Group (Accredo) will be closed the following holidays:
New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, and Christmas Day. If the holiday falls on Saturday Accredo will be closed the Friday before the holiday. If the holiday falls on a Sunday, Accredo will be closed the Monday after the holiday. Accredo reserves the right to change the date closed and will notify patients of any such change.



A licensed pharmacist is available 24 hours a day, 7 days a week plus holidays for urgent issues relating to your medication. Please call 844.457.9195 or the toll-free number located on your prescription label.

**BOTOX® (Boe-tox) and BOTOX® Cosmetic**
**Generic name: (onabotulinumtoxin A) for Injection**

2A3 v10

Patient: FRED KENNEY

INFORMATION FOR THE PATIENT

MEDICATION GUIDE

**What is the most important information I should know about BOTOX and BOTOX Cosmetic?**

**BOTOX and BOTOX Cosmetic may cause serious side effects that can be life threatening, including:**

- **Problems breathing or swallowing**
- **Spread of toxin effects**

**These problems can happen hours, days, to weeks after an injection of BOTOX or BOTOX Cosmetic.**

**Call your doctor or get medical help right away if you have any of these problems after treatment with BOTOX or BOTOX Cosmetic:**

- **Problems swallowing, speaking, or breathing.** These problems can happen hours, days, to weeks after an injection of BOTOX or BOTOX Cosmetic usually because the muscles that you use to breathe and swallow can become weak after the injection. Death can happen as a complication if you have severe problems with swallowing or breathing after treatment with BOTOX or BOTOX Cosmetic.
  - People with certain breathing problems may need to use muscles in their neck to help them breathe. These people may be at greater risk for serious breathing problems with BOTOX or BOTOX Cosmetic.
  - Swallowing problems may last for several months. People who cannot swallow well may need a feeding tube to receive food and water. If swallowing problems are severe, food or liquids may go into your lungs. People who already have swallowing or breathing problems before receiving BOTOX or BOTOX Cosmetic have the highest risk of getting these problems.

- **Spread of toxin effects.** In some cases, the effect of botulinum toxin may affect areas of the body away from the injection site and cause symptoms of a serious condition called botulism. The symptoms of botulism include:
  - loss of strength and muscle weakness all over the body
  - double vision, blurred vision and drooping eyelids
  - hoarseness or change or loss of voice (dysphonia)
  - trouble saying words clearly (dysarthria)
  - loss of bladder control
  - trouble breathing
  - trouble swallowing

These symptoms can happen hours, days, to weeks after you receive an injection of BOTOX or BOTOX Cosmetic.

These problems could make it unsafe for you to drive a car or do other dangerous activities. See "What should I avoid while receiving BOTOX or BOTOX Cosmetic?"

There has not been a confirmed serious case of spread of toxin effect away from the injection site when BOTOX has been used at the recommended dose to treat chronic migraine, severe underarm sweating, blepharospasm, or strabismus, or when BOTOX Cosmetic has been used at the recommended dose to treat frown lines, crow's feet lines, and/or forehead lines.

**What are BOTOX and BOTOX Cosmetic?**

BOTOX is a prescription medicine that is injected into muscles and used:

- to treat overactive bladder symptoms such as a strong need to urinate with leaking or wetting accidents (urge urinary incontinence), a strong need to urinate right away (urgency), and urinating often (frequency) in adults when another type of medicine (anticholinergic) does not work well enough or cannot be taken.
- to treat leakage of urine (incontinence) in adults with overactive bladder due to neurologic disease when another type of medicine (anticholinergic) does not work well enough or cannot be taken.
- to prevent headaches in adults with chronic migraine who have 15 or more days each month with headache lasting 4 or more hours each day.
- to treat increased muscle stiffness in elbow, wrist, and finger muscles in adults with upper limb spasticity.
- to treat increased muscle stiffness in ankle and toe muscles in adults with lower limb spasticity.
- to treat the abnormal head position and neck pain that happens with cervical dystonia (CD) in adults.
- to treat certain types of eye muscle problems (strabismus) or abnormal spasm of the eyelids (blepharospasm) in people 12 years and older.

BOTOX is also injected into the skin to treat the symptoms of severe underarm sweating (severe primary axillary hyperhidrosis) when medicines used on the skin (topical) do not work well enough.

BOTOX Cosmetic is a prescription medicine for adults that is injected into muscles and used for a short period of time (temporary) to improve the look of:

- moderate to severe frown lines between the eyebrows (glabellar lines)
- moderate to severe crow's feet lines
- moderate to severe forehead lines

You may receive treatment for frown lines, crow's feet lines, and forehead lines at the same time.

It is not known whether BOTOX is safe or effective in people younger than:

- 18 years of age for treatment of urinary incontinence
- 18 years of age for treatment of chronic migraine
- 18 years of age for treatment of spasticity
- 16 years of age for treatment of cervical dystonia
- 18 years of age for treatment of hyperhidrosis
- 12 years of age for treatment of strabismus or blepharospasm

BOTOX Cosmetic is not recommended for use in children younger than 18 years of age.

It is not known whether BOTOX and BOTOX Cosmetic are safe or effective to prevent headaches in people with migraine who have 14 or fewer headache days each month (episodic migraine).

It is not known whether BOTOX and BOTOX Cosmetic are safe or effective for other types of muscle spasms or for severe sweating anywhere other than your armpits.

It is not known if BOTOX Cosmetic is safe and effective for use more than 1 time every 3 months.

**Who should not receive BOTOX or BOTOX Cosmetic?**

**Do not receive BOTOX or BOTOX Cosmetic if you:**

- are allergic to any of the ingredients in BOTOX or BOTOX Cosmetic. See the end of this Medication Guide for a list of ingredients in BOTOX and BOTOX Cosmetic.
- had an allergic reaction to any other botulinum toxin product such as *Myobloc®*, *Dysport®*, or *Xeomin®*
- have a skin infection at the planned injection site
- are being treated for urinary incontinence and have a urinary tract infection (UTI)
- are being treated for urinary incontinence and find that you cannot empty your bladder on your own (only applies to people who are not routinely catheterizing)

*continued...*

SHIPPING INFORMATION FOR YOUR ORDER

Your order was prepared for shipment taking into consideration the travel time and the forecasted temperatures at both our pharmacy and at your chosen delivery address. The package may be packed in a styrofoam cooler with gel packs designed to maintain an acceptable temperature range for your medication during the delivery process and may not be cold or frozen upon receipt. Or your package may be shipped in a cardboard box, bubble bag, or mylar film bag with no gel packs if temperatures do not require them for safe transit and delivery. Either way, please know that your order was evaluated for appropriate packing to ensure your medication is received in a safe manner.

When gel packs are included with your order, they may vary in number and may be chilled or frozen at the time of shipping to ensure proper insulation of the medication throughout the delivery process. Since the correct type and combination of gels packs depend on the external temperature during transit, your packaging may not be the same every time you receive this medication. The temperature of the gel pack upon receipt may NOT represent the temperature of your medication.

Under certain circumstances a prescription drug's effectiveness may be affected by exposure to extremes of heat, cold, or humidity; please inspect your medication prior to use to ensure that it is void of any unexpected changes. For products that are supposed to be clear, check for clumping, frosting, or change in color or clarity. For products that are suspensions, creams or lotions, ensure they go back into the expected form when agitated or mixed.

Upon receipt, store your medication according to the instructions on the package label. If you have any questions, please call the toll-free number on your prescription label.

Other Records

FSPB_Fort Smith HMA PBC MGMNT LLC • 1120 Lexington Ave, FORT SMITH AR 72901-5136

KENNEY, FRED W (id #429556, dob: 09/04/1973)
Aug/31/2018 6:15:30 AM southpointe family medical 479-424-0049 3/5

2

**Your Account Information**
**Name:** SPARKS CLINIC NEUROL
DR. TONYA PHILLIPS
**Shipping ID:** 39480157
**Shipping Address:** 3808 GARY ST STE B
FORT SMITH, AR 72903-5450

0003307637858

accredo®
Specialty Pharmacy

844.457.9195
24/7 access to pharmacists who are ready to help you with your medications.

Whatever your question or concern, your call is important to us. We appreciate the opportunity to be your pharmacy partner throughout your therapy.

Your Accredo team can:

- Schedule a refill shipment
- Provide clinical support
- Answer billing or insurance questions.

See Shipment Request Form for easy order scheduling by fax.

## Patients

This shipment contains drugs for the patients listed in this section. To see all of the items included in this shipment, see the attached DVRs.

**The following patients do not need to sign and return their DVRs:**
FRED KENNEY

## About Your Order

We value our customers and want to continue to provide excellent customer service. You can help us by verifying the accuracy of your shipments upon receipt. Please call your pharmacy team at the toll free number listed in the top right hand corner to report any concerns or discrepancies.

## Patient Counseling

**Make sure to read the enclosed information about your prescriptions before you take your medicine. If you have questions, you may contact one of our registered pharmacists, 24 hours a day, 7 days a week, at 844.457.9195 or the toll free number on your label.**
Call your doctor for medical advice about side effects. You may report side effects to the Food and Drug Administration (FDA) at 800.FDA.1088.

No olvide leer la información incluida acerca de sus medicinas recetadas antes de tomarlas. Si tiene alguna pregunta, puede ponerse en contacto con uno de nuestros farmacéuticos licenciados, las 24 horas del día, los 7 días de la semana, al 844.457.9195. Llame a su médico para orientación médica acerca de los efectos secundarios. Usted puede informar los efectos secundarios a la Administración Federal de Alimentos y Drogas al 800.FDA.1088.

## What You May Need To Know

Accredo Health Group offers the care and convenience you deserve. You can always fill your specialty medication and check the status of your order through our interactive voice response (IVR) system. Please reference your welcome materials for dialing information or please call the toll free number on your prescription label. Please note that there are certain specialty medications that cannot be ordered through IVR. (IVR access is available at the discretion of your health plan.)

Accredo Health Group (Accredo) will be closed the following holidays:
New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, and Christmas Day. If the holiday falls on Saturday Accredo will be closed the Friday before the holiday. If the holiday falls on a Sunday, Accredo will be closed the Monday after the holiday. Accredo reserves the right to change the date closed and will notify patients of any such change.



A licensed pharmacist is available 24 hours a day, 7 days a week plus holidays for urgent issues relating to your medication. Please call 844.457.9195 or the toll-free number located on your prescription label.

 © 2012 Accredo Health Group, Inc. | An Express Scripts Company. All Rights Reserved

Other Records

FSPB_Fort Smith HMA PBC MGMNT LLC • 1120 Lexington Ave, FORT SMITH AR 72901-5136

KENNEY, FRED W (id #429556, dob: 09/04/1973)
Aug/31/2016 6:15:30 AM southpointe family medical 479-424-0049 4/5

No. 1544 / Version 6.01

# Rx Information for: OnabotulinumtoxinA (Botox)

ON a BOT ue LYE num TOX in A

Patient: FRED KENNEY

## What is onabotulinumtoxinA (Botox)?

OnabotulinumtoxinA (Botox), is made from the bacteria that causes botulism. Botulinum toxin blocks nerve activity in the muscles.

Botox is used in adults to treat cervical dystonia (severe spasms in the neck muscles), or muscle stiffness in the elbows, wrists, fingers, ankles, or toes. Botox is also used to treat severe underarm sweating (hyperhidrosis).

Botox is also used in adults to treat overactive bladder and incontinence (urine leakage) caused by nerve disorders such as spinal cord injury or multiple sclerosis.

Botox is also used to prevent chronic migraine headaches in adults who have migraines for more than 15 days per month, each lasting 4 hours or longer. Botox should not be used to treat a common tension headache.

Botox is also used to treat certain eye muscle conditions caused by nerve disorders in adults and children who are at least 12 years old. This includes uncontrolled blinking or spasm of the eyelids, and a condition in which the eyes do not point in the same direction.

Botox Cosmetic is used to temporarily lessen the appearance of facial wrinkles in adults.

Botox may also be used for purposes not listed in this medication guide.

## What should I discuss with my healthcare provider before I receive Botox?

You should not be treated with Botox if you are allergic to botulinum toxin, or if you have:

- an infection in the area where the medicine will be injected; or
- (for overactive bladder and incontinence) if you have a current bladder infection or if you are unable to urinate and you do not routinely use a catheter.

Tell your doctor if you have ever had:

- other botulinum toxin injections such as Dysport or Myobloc (especially in the last 4 months);
- amyotrophic lateral sclerosis (ALS, or "Lou Gehrig's disease");
- myasthenia gravis;
- Lambert-Eaton syndrome;
- a side effect after prior use of botulinum toxin;
- a breathing disorder such as asthma or emphysema;
- problems with swallowing;
- facial muscle weakness (droopy eyelids, weak forehead, trouble raising your eyebrows);
- a change in the normal appearance of your face;
- bleeding problems;
- heart disease; or
- surgery (especially on your face).

Botox is made from donated human plasma and may contain viruses or other infectious agents. Donated plasma is tested and treated to reduce the risk of contamination, but there is still a small possibility it could transmit disease. Ask your doctor about any possible risk.

It is not known whether this medicine will harm an unborn baby. Tell your doctor if you are pregnant or plan to become pregnant.

It may not be safe to breast-feed while using this medicine. Ask your doctor about any risk.

## How is Botox given?

Botox injections should be given only by a trained medical professional, even when used for cosmetic purposes.

This medicine is injected into a muscle by a healthcare provider. Botox injections should be spaced at least 3 months apart.

Botox injections may be given into more than one area at a time, depending on the condition being treated.

While receiving injections for eye muscle conditions, you may need to use eye drops, ointment, a special contact lens or other device to protect the surface of your eye. Follow your doctor's instructions.

If you are being treated for excessive sweating, shave your underarms about 24 hours before your injection. Do not apply antiperspirant or deodorant for 24 hours before or after you receive the injection. Avoid exercise and hot foods or beverages within 30 minutes before the injection.

It may take up to 2 weeks after injection before neck muscle spasm symptoms begin to improve. You may notice the greatest improvement after 6 weeks.

It may take only 1 to 3 days after injection before eye muscle spasm symptoms begin to improve. You may notice the greatest improvement after 2 to 6 weeks.

The effects of a Botox injection are temporary. Your symptoms may return completely within 3 months. After repeat injections, it may take less and less time before your symptoms return, especially if your body develops antibodies to the botulinum toxin.

Do not seek botulinum toxin injections from more than one medical professional at a time. If you switch healthcare providers, tell your new provider how long it has been since your last botulinum toxin injection.

Using this medication more often than prescribed will not make it more effective and may result in serious side effects.

## What happens if I miss a dose?

Since botulinum toxin has a temporary effect and is given at widely spaced intervals, missing a dose is not likely to be harmful.

*continued on the reverse side*

Customer Service: 844.457.8195

© 2012 Accredo Health Group, Inc. | An Express Scripts Company. All Rights Reserved.

Request Corr.

FSPB_Fort Smith HMA PBC MGMNT LLC • 1120 Lexington Ave, FORT SMITH AR 72901-5136

KENNEY, FRED W (id #11625, dob: 09/04/1973)

**Admin Documents**

From WFI Incorporated 1.626.628.9628 Tue Jan 29 13:29:54 2019 MST Page 1 of 3

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

Jan 29, 2019

SPARKS CLINIC NEUROLOGY -FORT SMITH
3808 GARY STREET
ATTN: MEDICAL RECORDS
FORT SMITH, AR 72903

Re: Long Term Disability Benefits
Claim# 8205360 948402
Claimant: KENNEY, FRED W.
Claimant DOB: 09/04/1973

Dear 479.202.0058JENNIFER,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From July 1, 2018 to Present**

ALL medical records for the time frame Dr. Tonya Phillips - Seen By: SPARKS CLINIC NEUROLOGY -FORT SMITH

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4923 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Heather Bermeo

Disability Information Specialist
Phone No.: (213) 266-7865
Fax No: (213) 884-4923

Remit to:
Sharecare Health Data Services
8344 Clairemont Mesa Blvd Suite 201
San Diego, CA 92111
P: 858.244.1811F: 858.430.4962
TAX ID NO. 90-0998358

Request Corr.

FSPB_Fort Smith HMA PBC MGMNT LLC • 1120 Lexington Ave, FORT SMITH AR 72901-5136

KENNEY, FRED W (id #11625, dob: 09/04/1973)

From WFI Incorporated 1.626.628.9628 Tue Jan 29 13:29:54 2019 MST Page 2 of 3

5R191180014

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0421

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Fred W. Kenney

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature]

Date of Birth: 09/04/1973 Claim Number: 8205360 Date: 5 July 18

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

11/8/2018

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LincolnBenefits.com

To Whom It May Concern,

Liberty Life Assurance Company of Boston, a Lincoln Financial Group company, authorizes ReleasePoint to act on its behalf for the purpose of obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

- Electronic mail to: charts@releasepoint.com
- Secure fax to: (415) 491-0277. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*[signature]*

Kathryn Leombruno
Director, Claims Operations
Lincoln Financial Group Claims

©2016 Lincoln National Corporation www.lincolnbenefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

## Encounters and Procedures

Clinical Encounter Summaries

# Quality Assurance Report

## Request Information

Report Date: February 12, 2019

**RP ID:** 4948402

Patient Name: KENNEY, FRED W.

Provider Name: SPARKS CLINIC NEUROLOGY -FORT SMITH

## Quality Assurance Information

Scope Requested: **From July 1, 2018 to Present**

Special Request:
ALL medical records for the time frame Dr. Tonya Phillips - Seen By: SPARKS CLINIC NEUROLOGY -FORT SMITH

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:
Enclosed are all records supplied by medical facility for requested dates of service

Chart Reviewed By: JTERN

# Facsimile Transmittal Sheet

| TO: | FROM: |
|---|---|
| Liberty Mutual | Customer Resource Center |

| FAX NUMBER: | | DATE: |
|---|---|---|
| MO | 603-334-0366 | 2/11/2019 |
| NC | 603-334-0380 | |
| AZ | 603-422-0119 | |
| Wells Fargo | 866-214-7839 | |

| PHONE NUMBER: | TOTAL NUMBER OF PAGES INCLUDING COVER: |
|---|---|
| | |

| RE: | DIRECT FAX NUMBER: |
|---|---|
| Fred Kenney (8205360) | 877-899-1345 |

☐ URGENT ☒ FOR REVIEW ☐ PLEASE REPLY

NOTES/COMMENTS:

Sincerely,

Customer Resource Center

The information transmitted in this facsimile is for the exclusive use of the person or entity to which it is addressed and may contain legally privileged or confidential information. If you have received this information in error, please notify the sender at The Advocator Group at 1-877-261-1947 immediately, and destroy all copies of this facsimile transaction. Thank you.

101 Edgewater Drive, Suite 260 Wakefield, MA 01880 T. 877.261.1947 F. 877.899.1329 advocator.com

Advocator Group
When life changes.℠

February 11, 2019

Morgan Lesage
LTD Claims Examiner
Lincoln Financial Group
2510 W. Dunlap Avenue, Suite 300
Phoenix, AZ 85021

**RE: Fred Kenney**
**LTD: 8205360**

Dear Morgan Lesage:

Please be advised that we filed Mr. Kenney's *Reconsideration application* with the Social Security Administration (SSA) today. The Initial claim was recently denied on 1/22/2019.

We will continue to keep you updated regarding the status of this claim. If you have any questions, please feel free to contact us toll-free at 877-261-1947 x 8993 or via email at status@advocator.com. Thank you.

Sincerely,

Customer Resource Center
The Advocator Group

101 Edgewater Drive, Suite 260 Wakefield, MA 01880 T. 877.261.1947 F. 877.899.1329 advocator.com

Advocator Group

<u>**AUTHORIZATION FOR RELEASE OF LONG-TERM DISABILITY FILE**</u>

I hereby authorize Lincoln Financial Group to release all information from my long-term disability file to The Advocator Group at 101 Edgewater Drive, Suite 260, Wakefield, MA 01880, (877) 261-1947; (877) 899-1329 (fax).

The information disclosed will be used solely for my claim for disability benefits under Title II of the Social Security Act.

This authorization shall include the release of my complete file.

A photocopy or fax of this release shall have the same authority and effect as the original.

X [signature]
Fred W Kenney
518 COUNTY RD 2731
LONDON, AR 72846
SSN: 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

X 30 Jan 19
Date

Jan 29 2019 07:57PM HP Fax page 1

1-29-19

1234 pages

334-7247

Attn:

Morgan

Lesage

SOCIAL SECURITY ADMINISTRATION
RETIREMENT, SURVIVORS, AND DISABILITY INSURANCE

DATE: January 22, 2019

FRED WESLEY KENNEY
518 CR 2731
LONDON AR 72847

Claim Number: 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

We are writing about your claim for Social Security disability benefits. Based on a review of your health problems you do not qualify for benefits on this claim. This is because you are not disabled under our rules.

**The Decision on Your Case**

The following report(s) was/were used to decide this claim:

MICHAEL R. WESTBROOK, MD report received 12/12/2018
SPARKS NEUROLOGY report received 12/13/2018
CARDIOLOGY CENTER OF SPARKS report received 12/17/2018
ARKANSAS NEUROSCIENCE INSTITUTE report received 12/13/2018
CHI ST. VINCENT HEALTH SYSTEMS - No records received
ARCHWAY CHIROPRACTIC CLINIC report received 12/07/2018
VETERANS AFFAIRS (VA) - NO RESPONSE RECEIVED.

You said that you became disabled on 03/15/2018 because of brain tumor, atrial fibrillation, multiple stroke, asthma, and back and neck problems.

The evidence shows that while your conditions may limit your activities, your limitations are not severe enough to be considered disabling according to Social Security disability guidelines at this time.

Based on your age and your education, you can do some types of work.

We have determined that your condition is not severe enough to keep you from working. We considered the medical and other information, your age, education, training, and work experience in determining how your condition affects your ability to work.

If your condition gets worse and keeps you from working, write, call or visit any Social Security office about filing another application.

**ABOUT THE DECISION**

Doctors and other trained staff looked at this case and made this decision. They work for the state but used our rules.

Please remember that there are many types of disability programs, both government and private, which use different rules. A person may be receiving benefits under another program and still not be entitled under our rules. This may be true in this case.

XXX-XX-0034 KENNEY, FRED WESLEY 01030661

RULES FOR SOCIAL SECURITY DISABILITY

You must meet certain rules to qualify for disabled worker's Social Security benefits. You must have the required work credits and your health problems must:

. keep you from doing any kind of substantial work (described below), and

. last, or be expected to last, for at least 12 months in a row, or result in death.

INFORMATION ABOUT SUBSTANTIAL WORK

Generally, substantial work is physical or mental work a person is paid to do. Work can be substantial even if it is part-time. To decide if a person's work is substantial, we consider the nature of the job duties, the skills and experience needed to do the job, and how much the person actually earns.

Usually, we find that work is substantial if gross earnings average over $1220 per month after we deduct allowable amounts. This monthly amount is higher for Social Security disability benefits due to blindness.

A person's work may be different than before his/her health problems began. It may not be as hard to do and the pay may be less. However, we may still find that the work is substantial under our rules.

If a person is self-employed, we consider the kind and value of his/her work, including his/her part in the management of the business, as well as income, to decide if the work is substantial.

**IF YOU DISAGREE WITH THE DECISION**

If you disagree with this decision, you have the right to appeal. We will review your case and consider any new facts you have. A person who did not make the first decision will decide your case.

. You have 60 days to ask for an appeal.

. The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

. You must have a good reason for waiting more than 60 days to ask for an appeal.

. You have to ask for an appeal in writing. We will ask you to complete a form SSA-561-U2, called "Request for Reconsideration." You may contact one of our offices or call 1-800-772-1213 to request this form. Or, you may complete this form online at http://www.socialsecurity.gov/disability/appeal. Contact one of our offices if you want help.

. In addition, you should complete a "Disability Report-Appeal" to tell us about your medical condition since you filed your claim. You may contact one of our offices or call 1-800-772-1213 to request this form. Or, you may complete this report online after you complete the online Request for Reconsideration.

**NEW APPLICATION**

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. If you disagree with this decision and you file a new application instead of appealing:

. you might lose some benefits, or not qualify for any benefits, and

. we could deny the new application using this decision, if the facts and issues are the same.

XXX-XX-0034 KENNEY, FRED WESLEY 02030661

So, if you disagree with this decision, you should ask for an appeal within 60 days.

IF YOU WANT HELP WITH YOUR APPEAL

You can have a friend, lawyer, or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a lawyer, we will withhold up to 25 percent of any past due Social Security benefits to pay toward the fee.

**Other Information**

This decision refers only to your claim for benefits under the Social Security Disability Insurance Program. If you have not already received a decision about your payments under the Supplemental Security Income program, you will receive a separate notice shortly.

**IF YOU HAVE ANY QUESTIONS**

If you have any questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at (877) 445-0827. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

2706 EAST PARKWAY
Russellville, AR 72802

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly.

**Suspect Social Security Fraud?**

If you suspect Social Security fraud, please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

Social Security Administration

02/SOH039074/axf014093 0001 766
DMA Case: Y

5N239180055

Liberty Mutual. INSURANCE

**LIBERTY MUTUAL GROUP**
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

Claimant: Wesley Kenney Date of Birth: 09/04/1973

Employer: OGE Energy Corp. Policy/Plan Sponsor No. 09 - 435421

**A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Liberty Life immediately if awarded Social Security Benefits.**
4) **I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.**
6) **I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits will be estimated if:**

1) **I do not sign and return this form to Liberty Life within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.**

(Insured/Employee signature) [signature]

(Address) 518 CR 2731 London AR. 72847

(Date) 21 Aug 18

***Please retain a copy for your records or one can be provided upon request.***

5N239180055

Form **W-4S**

Department of the Treasury
Internal Revenue Service

**Request for Federal Income Tax Withholding From Sick Pay**

▶ Give this form to the third-party payer of your sick pay.
▶ Go to www.irs.gov/FormW4S for the latest information.

OMB No. 1545-0074

**2018**

| Type or print your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Fred W. | Kenney | 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 |

Home address (number and street or rural route): 518 CR 2731

City or town, state, and ZIP code: London, AR 72847

Claim or identification number (if any) . . . . . . . . . . . . . . . . . .

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See Worksheet below.) . . . . . . . . . $ 88.00

Employee's signature ▶ Date ▶ 22 Aug 18

5P232180051

# DIRECT DEPOSIT APPLICATION

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-7297

**Return To:** Morgan Lesage

**EMPLOYEE/CLAIMANT NAME:** Wesley Kenney
**CLAIM NO:** 8205360
**EMPLOYER/SPONSOR:** OGE Energy Corp. **DATE OF BIRTH:** 09/04/1973

**CHECK ONE:** ☑ New ☐ Change
**YOUR TELEPHONE NUMBER:** (479) 209-1114
**ADDRESS:** 518 COUNTY ROAD 2731 **CITY:** LONDON **STATE:** AR **ZIP:** 72847

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☑ Checking ☐ Savings **BANK NAME:** Bank of the OZARKS
**9 DIGIT ABA ROUTING NUMBER:** 082907273 **BANK ADDRESS:** PO Box 196
**YOUR ACCOUNT NUMBER:** 2001009410 **CITY:** OZARK **STATE:** AR **ZIP:** 72949
**BANK PHONE:** (479) 667-2181

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ YES ☑ NO

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ YES ☑ NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: [signature] Date: 8-15-18

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

5P232180051



**Initial Payment Calculation Worksheet**

**Claimant's Name** WESLEY F KENNEY **DOB** 9/4/1973

**Customer** OGE ENERGY CORP.

**LTD Claim #** 8205360 **Work State:** AR

**Associated Claims** NA Type NA ______ Type ______

**Benefit End date of associated claims** NA ______

**Contractual EP** > the end of STD benefits or 180 days

**LTD Benefit begin date** 9/12/2018 **DOD** 3/16/2018 **AGE** 44

**Max Benefit date** 9/3/2038 Age 65

**Does policy include COLA provision** No

**Sources used to verify BME amount**

earnings in doc list PPE 3/11/18 $44.09 hourly x 80 hours x 26 weeks / 12 months = $7642.27 BME

**BME amount** $7,642.27 **Benefit percentage** 60.00

**Gross modal benefit** $4,585.36

**Benefit Begin date** 9/12/2018

**Approved thru date** 9/11/2020 24 months own occupation

**Offsets entered**

| **Type** | **Amount** |
|---|---|
| NA | NA |
| | |
| | |

**Deductions entered** **Effective:** NA **Through** NA

| **Type** | **Amount** | **Type** | **Amount** |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Tax Withholding** **Federal** $88.00 **State** ______
W-4s in doc list

**Completed by:** **Sheila Canney** **Approved by:** ______

**Lincoln/Kenney 342**

Emp ID: 00041026

EARNINGS STATEMENT - Oklahoma Gas and Electric Company

Name: Fred Wesley Kenney
Address: PO Box 12
Ozark AR 72949

Company: Power Delivery
CoCd: 0200
Org Unit: Trans Construction & R/W Clear
Pay Area: P3 Utility Operations - ES

Net Pay Amount: 3,263.44
Pay Period: 02/26/2018 - 03/11/2018
Check Date: 03/16/2018
Pay Period Number: 06/2018

| CHECK SUMMARY: | Earnings | + Tax Item | - Pre-Tax Ded | = Taxable Gross | - Total Tax | - Aft-Tax Ded | + Non-Tax Item | - Tax Item | = Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Current: | 3,527.20 | 0.00 | 529.08 | 2,998.12 | 434.68 | 0.00 | 700.00 | 0.00 | 3,263.44 |
| YTD : | 26,031.46 | 18.90 | 4,352.22 | 21,698.14 | 4,177.04 | 121.54 | 5,774.62 | 18.90 | 23,155.28 |

W-4 INFORMATION

| Authority | Status | Exemptions | Additional WH Amount |
|---|---|---|---|
| Federal | Married | 00 | 0.00 |
| Arkansas | Married | 00 | 0.00 |

EARNINGS

| Wage Type Description | Hours | Rate | Curr Amount | YTD Amount |
|---|---|---|---|---|
| Base Pay | 70.00 | 44.09 | 3,086.30 | 18,738.25 |
| Teamshare Incentive | | | | 4,471.44 |
| 1-1/2X-Overtime | | | | 132.28 |
| 2X-Overtime | | | | 264.54 |
| Vacation | | | | 176.36 |
| Sick Employee | | | | 661.35 |
| Holiday | | | | 1,058.16 |
| Floating Holiday | 10.00 | 44.09 | 440.90 | 529.08 |
| Total Earnings: | | | 3,527.20 | 26,031.46 |

NON-TAXABLE ITEMS

| Wage Type Description | Hours | Rate | Curr Amount | YTD Amount |
|---|---|---|---|---|
| Cell Phone Stipend No Tax | | | | 126.00 |
| Empl Exp Reimbursement | | | | 1,348.62 |
| Per diem | 7.00 | 600.00 | 700.00 | 4,300.00 |
| Total Non-Taxable Items: | | | 700.00 | 5,774.62 |

TAXABLE ITEMS

| Wage Type Description | Hours | Rate | Curr Amount | YTD Amount |
|---|---|---|---|---|
| EE GTLI Taxable | | | | 18.90 |
| Total Tax Items: | | | | 18.90 |

TAXABLE EARNINGS AND TAXES

| Authority | Tax Type | Tax Base Curr | Tax Base YTD | Taxes Curr | Taxes YTD |
|---|---|---|---|---|---|
| Federal | W/H EE | 2,998.12 | 21,698.14 | | 1,235.92 |
| Federal | OASDI EE | 3,527.20 | 25,602.86 | 218.69 | 1,587.38 |
| Federal | MedcarEE | 3,527.20 | 25,602.86 | 51.14 | 371.24 |
| Arkansas | W/H EE | 2,998.12 | 21,698.14 | 164.85 | 982.50 |
| Total: | | | | 434.68 | 4,177.04 |

LEAVE BALANCES

| Description | Begin | Request | Remain |
|---|---|---|---|
| Vacation | 91.41 | 0.00 | 91.41 |
| Sick leave | 171.02 | 15.00 | 156.02 |
| Carry-over Vacation | 17.33 | 0.00 | 17.33 |
| Floating holiday | 16.00 | 12.00 | 4.00 |
| Birthday holiday | 8.00 | 0.00 | 8.00 |
| Holidays | 32.00 | 8.00 | 24.00 |

NET PAY DISTRIBUTION

| | | |
|---|---|---|
| COMMUNICATIONS FEDERAL CU | ********4510 | 160.00 |
| BANK OF OZARK | ********9410 | 3,103.44 |
| Amount to be paid | | 3,263.44 |

EMPLOYEE PRE-TAX DEDUCTIONS

| Wage Type | Curr Amount | YTD Amount |
|---|---|---|
| Medical deduction | | 355.00 |
| Dental deduction | | 92.50 |
| Pre-tax Basic RSPL | 211.63 | 1,538.07 |
| Pre-tax Supp RSP | 317.45 | 2,307.13 |
| Pre-tax RSP OT & Bonus | | 59.52 |
| Total EE Pre-Tax : | 529.08 | 4,352.22 |

EMPLOYEE AFTER-TAX DEDUCTIONS

| Wage Type | Curr Amount | YTD Amount |
|---|---|---|
| Employee Contrib Life | | 59.62 |
| Spouse's Life Insurance | | 3.10 |
| Dependent Life Insurance | | 1.56 |
| Employee AD&D Insurance | | 8.70 |
| Long-term disab deduct | | 43.56 |
| United Way-Metro | | 5.00 |
| Total EE After-Tax: | | 121.54 |

EMPLOYER PAID BENEFITS

| Wage Type | Curr Amount | YTD Amount |
|---|---|---|
| ER Medical Contribution | | 769.40 |
| ER Dental Contribution | | 227.35 |
| ER Non-contrib AD&D | | 3.00 |
| Co Matching RSPL | 211.63 | 1,538.07 |
| ER Long Term Disability | | 34.38 |
| ER Non-contrib Life-New | | 41.67 |
| Total ER Paid Benefits: | 211.63 | 2,613.87 |

Emp ID: 00041026

EARNINGS STATEMENT - Oklahoma Gas and Electric Company

Name: Fred Wesley Kenney
Address: PO Box 12
Ozark AR 72949

Company: Power Delivery
CoCd: 0200
Org Unit: Trans Construction & R/W Clear
Pay Area: P3 Utility Operations - ES

Net Pay Amount: 3,263.44
Pay Period: 02/26/2018 - 03/11/2018
Check Date: 03/16/2018
Pay Period Number: 06/2018

| CHECK SUMMARY: | Earnings + | Tax Item - | Pre-Tax Ded = | Taxable Gross - | Total Tax - | Aft-Tax Ded + | Non-Tax Item - | Tax Item = | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Current: | 3,527.20 | 0.00 | 529.08 | 2,998.12 | 434.68 | 0.00 | 700.00 | 0.00 | 3,263.44 |
| YTD : | 26,031.46 | 18.90 | 4,352.22 | 21,698.14 | 4,177.04 | 121.54 | 5,774.62 | 18.90 | 23,155.28 |

CURRENT YEAR VACATION BALANCES

| | | | |
|---|---|---|---|
| Vacation Earned | 133.33 | 0.00 | 133.33 |
| Vacation Unearned | 66.67 | 0.00 | 66.67 |
| Total Vacation | 200.00 | 0.00 | 200.00 |

**n0107774**

**From:** Canney, Sheila
**Sent:** Friday, August 17, 2018 3:39:28 PM
**To:** 'beadledw@oge.com'
**Cc:** 'cantresk@oge.com'
**Subject:** LTD Salary Verification - Wesley Kenney - LTD Claim 8205360

Good afternoon,

I'm a Payment Specialist in the Financial Services Department within Disability Claims at Liberty Life Assurance Company and am contacting you for salary verification regarding the LTD claim for Wesley Kenney DOB 9/4/73.

Please provide the following:

! A copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 9/4/73.

! Confirm the standard number of hours this employee was scheduled to work per pay period prior to disability.

Please contact me with any questions.

Thank you,

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company**

**Sheila Canney**
Payment Specialist II

Claims Support Services

**Lincoln Financial Group**

**Sheila.Canney@lfg.com** **Please note my email address has changed, please use this address moving forward so I do not inadvertenty miss your message.**

888-437-7611 X – 16445 - Office

603-430-1838 - Fax

**LincolnFinancial.com**

Follow us on: Facebook, Twitter,
YouTube, Instagram and LinkedIn.

**n0107774**

| | |
|---|---|
| **From:** | Beadle, Dylisa |
| **Sent:** | Friday, August 17, 2018 3:49:59 PM |
| **To:** | Canney, Sheila |
| **Cc:** | Cantrell, Scharon |
| **Subject:** | RE: LTD Salary Verification - Wesley Kenney - LTD Claim 8205360 |
| **Attachments:** | SKM_C45818081715180.pdf |

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good afternoon,

See the attached pay statement for Wes and he was scheduled for 40 hours per week. Please let me know if you need anything additional.

Dylisa

**From:** Canney, Sheila [mailto:Sheila.Canney@lfg.com]
**Sent:** Friday, August 17, 2018 2:39 PM
**To:** Beadle, Dylisa <beadledw@oge.com>
**Cc:** Cantrell, Scharon <CantreSK@oge.com>
**Subject:** LTD Salary Verification - Wesley Kenney - LTD Claim 8205360

**EXTERNAL EMAIL -** Use caution with links and attachments **- REPORT ANYTHING SUSPICIOUS TO** SuspiciousEmail@oge.com

Good afternoon,

I'm a Payment Specialist in the Financial Services Department within Disability Claims at Liberty Life Assurance Company and am contacting you for salary verification regarding the LTD claim for Wesley Kenney DOB 9/4/73.

Please provide the following:

! A copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 9/4/73.

! Confirm the standard number of hours this employee was scheduled to work per pay period prior to disability.

Please contact me with any questions.

Thank you,

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company**

**Sheila Canney**
Payment Specialist II

Claims Support Services

**Lincoln Financial Group**

**Sheila.Canney@lfg.com** **Please note my email address has changed, please use this address moving forward so I do not inadvertenty miss your message.**

888-437-7611 X – 16445 - Office

603-430-1838 - Fax

**LincolnFinancial.com**

Follow us on: Facebook, Twitter,
YouTube, Instagram and LinkedIn.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**Confidentiality Warning:** This message and any attachments are intended only for the use of the recipient(s), are confidential, and may be privileged. If you are not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, circulation or other use of all or any portion of this message and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return email and delete this message and any attachments from your system.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Wed, 8 Aug 2018 13:11:49 +0000
**To:** beadledw@oge.com;cantresk@oge.com
**Subject:** Claim #8205360, WESLEY KENNEY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 3/16/2018. The claim has been approved through 9/11/2020. The case manager for this claim is Morgan Lesage. The claim number is 8205360.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 320-7585.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Wed, 8 Aug 2018 13:11:49 +0000
**To:** beadledw@oge.com;cantresk@oge.com
**Subject:** Claim #8205360, WESLEY KENNEY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 3/16/2018. The claim has been approved through 9/11/2020. The case manager for this claim is Morgan Lesage. The claim number is 8205360.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 320-7585.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. WESLEY KENNEY
518 COUNTY RD 271
LANDON AR 72846

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-7297

August 8, 2018

Mr. Wesley F. Kenney
518 COUNTY RD 271
LANDON, AR 72846

RE: Long Term Disability (LTD) Benefits
OGE Energy Corp.
Claim #: 8205360

Dear Mr. Wesley Kenney:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under OGE Energy Corp.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

***"Disability"*** *or* ***"Disabled"*** *means:*

1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

*Applicable to Class 2:*

a. *if the Covered Person is eligible for the Maximum Own Occupation benefit,* ***"Disability"*** *or* ***"Disabled"*** *means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to perform the Material and Substantial Duties of his Own Occupation.*

*Applicable to Class 1:*

b. i. *if the Covered Person is eligible for the 24 Month Own Occupation benefit,* ***"Disability"*** *or* ***"Disabled"*** *means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

2. *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

   ***"Disability"*** *or* ***"Disabled"*** *means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is March 16, 2018 and your benefits begin on September 12, 2018. Benefit payment will be sent under separate cover.

The Policy provides benefits at 60% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

You will continue to receive benefits provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

In addition to your LTD benefits you may also qualify for disability benefits from the Social Security Administration. The Policy requires that you apply for Social Security benefits should your disability be expected to extend for twelve months. The enclosed Social Security fact sheet explains the advantages of obtaining an award. To apply, contact your local Social Security office or call 1-800-772-1213. Once you have applied, please let us know and provide a copy of your proof of application.

Federal and state tax withholding requirements are based upon the disability Policy established by your employer. In this case, both federal and state income tax withholding is voluntary. To elect federal income tax withholding from your benefits, please return a completed Form W-4S. You cannot elect less than $88.00 per month to be deducted for federal taxes. To elect state income tax withholding, provide us with the applicable state tax withholding form, which can be obtained from your local federal building or online at www.irs.gov.

We ask that you complete the forms indicated below and return them to our office by August 21, 2018.

X Direct Deposit Application (Optional)
X SS Reimbursement Agreement
__ Advantages of Social Security Disability Benefits Form
X W-4S 2018 (optional)
__ Other

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid Liberty Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Liberty Mutual Insurance offers you the convenience of managing multiple aspects of your benefits online or through your mobile device, including viewing the status of your claim or leave. Visit www.mylibertyconnection.com on your computer or mobile device.

Sincerely,

Morgan Lesage
Ltd Specialist I
Phone No.: (800) 320-7585 Ext. 41502
Secure Fax No.: (603) 334-7297

Attachments: Direct Deposit Application
SS Reimbursement Agreement
Advantages of Social Security Disability Benefits Form
W-4S 2018

# DIRECT DEPOSIT APPLICATION

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-7297

**Return To:** Morgan Lesage

EMPLOYEE/CLAIMANT NAME: Wesley Kenney
CLAIM NO: 8205360
EMPLOYER/SPONSOR: OGE Energy Corp. DATE OF BIRTH: 09/04/1973

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ____________
**ADDRESS:** ____________ **CITY:** ____________ **STATE:** ______ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ____________

**9 DIGIT ABA ROUTING NUMBER:** ____________ **BANK ADDRESS:** ____________

**YOUR ACCOUNT NUMBER:** ____________ **CITY:** ______ **STATE:** ______ **ZIP:** ______

**BANK PHONE:** ( ) ____________

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ____________ Date: ____________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-7297

Liberty Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Liberty's bank will transfer your benefit payment directly into your bank account. Liberty recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Liberty Life Assurance Group Disability will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Liberty Mutual INSURANCE

**LIBERTY MUTUAL GROUP**
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Wesley Kenney **Date of Birth:** 09/04/1973

**Employer:** OGE Energy Corp. **Policy/Plan Sponsor No.** 09 - 435421

**A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Liberty Life immediately if awarded Social Security Benefits.**
4) **I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.**
6) **I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits <u>will be estimated</u> if:**

1) **I do not sign and return this form to Liberty Life within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** ______________________

**(Address)** ______________________

**(Date)** ______________________

***Please retain a copy for your records or one can be provided upon request.***

# Advantages of Social Security Disability Benefits

- **Increased Disability Benefits**
  - **Though you and your dependents' initial Social Security benefit would be offset from your Long Term Disability payment, your future Social Security cost of living (COLA) increases would not. Therefore you would maximize your combined benefits because they would increase each year.**
- **Increased Retirement Benefits**
  - **For any period within a year that you are not paying into Social Security (FICA) out of your earnings, zeros are being factored into your earnings record. If found eligible for SSDI for any period of time when there were zeros, they will be excluded from the calculation of future benefits. As a result, the amount of your eventual Social Security Retirement Benefit could be *substantially higher*.**
- **Cost of Living Adjustment (COLA) Raises**
  - **SSA will provide you and any eligible dependents an increase annually. These increases will not affect your Long Term Disability benefits.**
- **Tax Free Income**
  - **The majority of Social Security beneficiaries who receive Social Security Disability income are either entirely or partially tax free based on certain criteria set by SSA.**
- **Medicare Coverage**
  - **After you have received Social Security Disability benefits for 24 months, regardless of your age, you also become eligible for Medicare benefits. This includes Part A Hospital benefits, and Part B Medical benefits, which added to any other health insurance coverage you might have, will increase your overall health insurance protection.**
  - **Once you establish Medicare Eligibility your premiums for any other health insurance you might have could decrease. With Medicare coverage available to help pay medical expenses, such premiums may be adjusted downwards.**
  - **Medicare Part A is at no cost while Medicare Part B has an associated premium. You can access http://www.socialsecurity.gov/medicare/ for more information and costs associated with the program.**
- **COBRA Extension**
  - **If you receive Social Security Disability benefits the length of your COBRA benefits may be extended an additional 11 months.**
- **Return To Work Incentives**
  - **Social Security will provide you opportunities to Return To Work while still paying you disability benefits.**

Form **W-4S**

Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

▶ **Give this form to the third-party payer of your sick pay.**
▶ **Go to www.irs.gov/FormW4S for the latest information.**

OMB No. 1545-0074

**2018**

| Type or print your first name and middle initial | Last name | Your social security number |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . .

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . $

Employee's signature ▶ Date ▶

**Separate here and give the top part of this form to the payer. Keep the lower part for your records.**

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| | | | |
|---|---|---|---|
| 1. | Enter amount of adjusted gross income that you expect in 2018 | 1 | |
| 2. | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2018 | 2 | |
| 3. | Subtract line 2 from line 1 | 3 | |
| 4. | Tax. Figure your tax on line 3 by using the **2018** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2017 Form 1040, 1040A, or 1040EZ instructions | 4 | |
| 5. | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) | 5 | |
| 6. | Subtract line 5 from line 4 | 6 | |
| 7. | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2018 or paid or to be paid with 2018 estimated tax payments | 7 | |
| 8. | Subtract line 7 from line 6 | 8 | |
| 9. | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply | 9 | |
| 10. | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under Amount to be withheld below. If it does, enter this amount on Form W-4S above | 10 | |

## General Instructions

**Purpose of form**. Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note**: If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition**. Sick pay is a payment that you receive:

•Under a plan to which your employer is a party, and

•In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld**. Enter on this form the amount that you want withheld from each payment. The amount that you enter:

•Must be in whole dollars (for example, $35, not $34.50).

•Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period your payroll period.

• Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form**. Form **W-4S** is not valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

**Changing your withholding**. Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

**Line 2—Deductions**

**Itemized deductions**. Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2018, the standard deduction amounts are:

| **Filing Status** | **Standard Deduction** |
|---|---|
| Married filing jointly or qualifying widow(er) | $24,000* |
| Head of household | $18,000* |
| Single or Married filing separately | $12,000* |

*If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see Limited standard deduction for dependents, later.

**Additional standard deduction for the elderly or blind.** An additional standard deduction of $1,300 is allowed for a married individual (filing jointly or separately) or qualifying widow(er) who is 65 or older or blind, $2,600 if 65 or older and blind. If both spouses are 65 or older or blind, an additional $2,600 is allowed on a joint return ($2,600 on a separate return if your spouse is your dependent). If both spouses are 65 or older and blind, an additional $5,200 is allowed on a joint return ($5,200 on a separate return if your spouse is your dependent). An additional $1,600 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,200 if 65 or older and blind. See Pub. 505, Worksheet 2-4.

**Limited standard deduction for dependents.** If you are a dependent of another person, your standard deduction is the greater of (a) $1,050 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

**Certain individuals not eligible for standard deduction.** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

**Line 5—Credits**

Include on this line any tax credits that you're entitled to claim, such as the child tax and higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See Pub. 505, Table 1-2, for credits.

**Line 7—Tax Withholding and Estimated Tax**

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2018 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2018 Tax Rate Schedules

### Schedule X—Single

| If line 3 is: Over - | But not over - | The tax is: | of the amount over - |
|---|---|---|---|
| $0 | $9,525 | **$0 + 10%** | **$0** |
| 9,525 | 38,700 | **952.50 + 12%** | **9,525** |
| 38,700 | 82,500 | **4,453.50 + 22%** | **38,700** |
| 82,500 | 157,500 | **14,089.50 + 24%** | **82,500** |
| 157,500 | 200,000 | **32,089.50 + 32%** | **157,500** |
| 200,000 | 500,000 | **45,689.50 + 35%** | **200,000** |
| 500,000 | and greater | **150,689.50 + 37%** | **500,000** |

### Schedule Z—Head of household

| If line 3 is: Over - | But not over - | The tax is: | of the amount over - |
|---|---|---|---|
| $0 | $13,600 | **$0 + 10%** | **$0** |
| 13,600 | 51,800 | **1,360 + 12%** | **13,600** |
| 51,800 | 82,500 | **5,944 + 22%** | **51,800** |
| 82,500 | 157,500 | **12,698 + 24%** | **82,500** |
| 157,500 | 200,000 | **30,698 + 32%** | **157,500** |
| 200,000 | 500,000 | **44,298 + 35%** | **200,000** |
| 500,000 | and greater | **149,298 + 37%** | **500,000** |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 3 is: Over - | But not over - | The tax is: | of the amount over - |
|---|---|---|---|
| $0 | $19,050 | **$0 + 10%** | **$0** |
| 19,050 | 77,400 | **1,905 + 12%** | **19,050** |
| 77,400 | 165,000 | **8,907 + 22%** | **77,400** |
| 165,000 | 315,000 | **28,179 + 24%** | **165,000** |
| 315,000 | 400,000 | **64,179 + 32%** | **315,000** |
| 400,000 | 600,000 | **91,379 + 35%** | **400,000** |
| 600,000 | and greater | **161,379 + 37%** | **600,000** |

### Schedule Y-2—Married filing separately

| If line 3 is: Over - | But not over - | The tax is: | of the amount over - |
|---|---|---|---|
| $0 | $9,525 | **$0 + 10%** | **$0** |
| 9,525 | 38,700 | **952.50 + 12%** | **9,525** |
| 38,700 | 82,500 | **4,453.50 + 22%** | **38,700** |
| 82,500 | 157,500 | **14,089.50 + 24%** | **82,500** |
| 157,500 | 200,000 | **32,089.50 + 32%** | **157,500** |
| 200,000 | 300,000 | **45,689.50 + 35%** | **200,000** |
| 300,000 | and greater | **80,689.50 + 37%** | **300,000** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law.

Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

**Lincoln/Kenney 361**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. WESLEY KENNEY
518 COUNTY RD 271
LANDON AR 72846

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-7297

August 1, 2018

Mr. Wesley F. Kenney
518 COUNTY RD 271
LANDON, AR 72846

RE: Long Term Disability (LTD) Benefits
OGE Energy Corp.
Claim #: 8205360

Dear Mr. Wesley Kenney:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under OGE Energy Corp.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Morgan Lesage
Ltd Specialist I
Phone No.: (800) 320-7585 Ext. 41502
Secure Fax No.: (603) 334-7297

**Liberty Life Assurance Company of Boston, a Lincoln Financial Group Company**

Rose M. Cacioppo, MA, CRC, CDMS
Group Benefits Claims
P.O. Box 7202
London, KY 40742
Phone: (888) 440-6118, Ext. 10301
Fax: (603)422-7997
E-Mail: Rose.Cacioppo@lfg.com

# OCCUPATIONAL ANALYSIS / VOCATIONAL REVIEW

| | |
|---|---|
| **Claimant Name:** | Wesley Kenney |
| **Claim Number:** | 8205360 |
| **Disability Case Manager:** | Sean McGrath |
| **Date of Report:** | 7/27/2018 |

## FILE REVIEW / SUMMARY

### DEMOGRAPHICS

Mr. Kenney is a 44-year-old 'Foreman A Transmission' (job title) employed by OGE Energy Corp. since 11/20/2000. Mr. Kenney discontinued work on 3/16/2018 due to brain cancer.

In preparation for this report, I have reviewed the electronic claim file and researched standard vocational resources (e.g. Dictionary of Occupational Titles (DOT), Occupational Outlook Handbook (OOH), Occupational Information Network (O*NET) / Standard Occupational Classification (SOC) coding system, etc.) and Internet job boards.

### JOB

The details of Mr. Kenney's job were obtained from his job description that was found in his claim file. In this job, Mr. Kenney's job description reads:

> "Responsible for supervising, planning, and coordinating activities associated with the construction, maintenance, and restoration of the Company's transmission system. Assists Distribution Construction with construction, maintenance and restoration of service as needed. Acts as role model for the IIF (Incident and Injury Free) culture while ensuring maximum productivity of the crew and company equipment.
>
> Supervises daily activities of team. Sets priorities to accomplish task or process completion. Decisions guided by policies, procedures and business plan. Typically does not perform same work as subordinates.

Coordinates the construction, maintenance and restoration of the Company's transmission system: Prepares request for line clearances through appropriate operating authority; coordinates the availability and delivery of materials and equipment for individual job assignments;'

## ASSESSMENT / ANALYSIS

**OCCUPATION**

Based on a review of all available information, Mr. Kenney's occupation is best captured by the following title: Maintenance Supervisor-Superintendent (Machine).

The closest DOT matches to the job information provided are Maintenance-Mechanic Supervisor (638.131-022) and Maintenance Superintendent (189.167-046), with associated O*NET title and code First-Line Supervisors of Mechanics, Installers and Repairers (49-1011.00). There is no associated OOH title for this occupation. The following description best represents this occupation and can be found in O*NET:

> "Directly supervise and coordinate the activities of mechanics, installers, and repairers.
>
> Sample of reported job titles: Crew Leader, Electrical Foreman, Facilities Manager, Facility Maintenance Supervisor, Maintenance Foreman, Maintenance Manager, Maintenance Planner, Maintenance Supervisor, Production Crew Supervisor, Superintendent
>
> - Determine schedules, sequences, and assignments for work activities, based on work priority, quantity of equipment, and skill of personnel.
> - Inspect and monitor work areas, examine tools and equipment, and provide employee safety training to prevent, detect, and correct unsafe conditions or violations of procedures and safety rules.
> - Investigate accidents or injuries and prepare reports of findings.
> - Monitor employees' work levels and review work performance.
> - Requisition materials and supplies, such as tools, equipment, or replacement parts.
> - Inspect, test, and measure completed work, using devices such as hand tools or gauges to verify conformance to standards or repair requirements.
> - Conduct or arrange for worker training in safety, repair, or maintenance techniques, operational procedures, or equipment use.
> - Develop, implement, or evaluate maintenance policies and procedures.
> - Compute estimates and actual costs of factors such as materials, labor, or outside contractors.
> - Examine objects, systems, or facilities and analyze information to determine needed installations, services, or repairs."

Additional research was performed in October 2015 on Indeed.com. Twenty five job postings were reviewed related to maintenance mechanic supervisor and maintenance superintendent.

The Internet research concluded this occupation is most often performed at the light and medium physical demand levels.

**PHYSICAL DEMANDS**

The DOT codes, Internet research, and a 2013 O*NET survey of incumbents were consulted regarding the physical demands of this occupation. Based on this information, this occupation is most often performed at the light and medium levels of physical demand based on Department of Labor descriptions found in the DOT. Opportunity exists at both levels.

In particular, some jobs within this occupation require tasks primarily focused on inspection, contractor and worker oversight, budgetary preparation and improvement, preventative maintenance planning, etc. These jobs would not typically require hands-on maintenance provision but would involve inspection, onsite discussions with workers and subordinate supervisors, etc. necessitating a light physical demand. Light work as defined by the Department of Labor as,

> **"L-Light Work** - Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible."

Positional requirements in light environments include:

- **Frequent** sitting, standing, walking, reaching, handling and fingering
- **Occasional** bending/stooping and twisting
- **No** crawling, crouching/squatting, climbing, balancing or kneeling

Other jobs within the occupation require the supervisor/manager/superintendent to actually perform maintenance tasks when they are short-staffed, show workers the best way to perform the maintenance, etc. These jobs would require a medium physical demand as the maintenance work is actually performed. Medium work is defined by the Department of Labor as,

> **"M-Medium Work** - Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Light Work."

Positional requirements in medium environments include:

- **Frequent** standing, walking, reaching, handling, fingering, bending/stooping, twisting, kneeling and crouching/squatting
- **Occasional** sitting, climbing, balancing and crawling

## ACTION PLAN / OUTCOME

**SUMMARY AND CONCLUSIONS**
With a reasonable degree of vocational certainty, the typical physical demands of Mr. Kenney's occupation of Maintenance Supervisor-Superintendent are most often light and medium in physical demand. Positional requirements are outlined above. Based on the standard vocational resources outlined above, coupled with my vocational expertise, part-time opportunity does exist in this occupation.

I have not met with Mr. Kenney for the purpose of this review. All opinions are based on a review of medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

*Electronically Signed*

Rose M. Cacioppo, MA, CRC, CDMS
Vocational Case Manager
Group Benefits Claims
Liberty Life Assurance Company of Boston, a Lincoln Financial Group Company

MLS Group of Companies, LLC

MLS National Medical Evaluation Services
Phone: 888.657.4634 | Fax: 248.356.6757 | www.mls-ime.com

URAC ACCREDITED INDEPENDENT REVIEW ORGANIZATION

July 24, 2018

Re: Wesley F Kenney
Claim Number: 8205360

INDEPENDENT PEER REVIEW

To Whom It May Concern:

LIST OF MEDICAL DOCUMENTATION

All medical records have been reviewed.

| | | |
|---|---|---|
| Progress notes | T. Philips MD | 06/25/18 |
| Progress notes | FSPB Sparks Clinic Neurology | 08/04/17-06/21/18 |
| MRI | Sparks Regional Medical Center | 04/12/18 |
| Misc. | | 07/21/17-07/02/18 |
| ROI | | 06/25/18 |

SUMMARY OF MEDICAL DOCUMENTATION

On 06/25/2018, Dr. Phillips completes an Attending Physician Statement. The claimant is unable to function due to severe dizziness.

On 04/05/2018, the claimant sees Dr. Phillips. He has been followed for several years for right hemifacial spasm. He was evaluated eight to nine years ago and found to have a right CP angle lipoma. He was evaluated by Neurosurgery and not felt that it was likely causing any problems. Since that was discovered, he has had a little difficulty with what he describes as being dizzy and imbalance. This has been present for the last several months. Botox is helpful for hemifacial spasm. Neurological examination shows normal mentation. Cranial nerves are normal except for an abnormal facial expression. Motor examination is normal. The plan is for imaging studies and laboratory studies. Meclizine is prescribed. The plan is for Botox.

On 06/21/2018, the claimant sees Dr. Phillips. He is there for dizziness follow-up. He saw a neurosurgeon since the last visit and he did relate that he felt like it was causing some nerve root compression. Whether or not it was causing the dizziness he did not know. Dizziness has not improved. He started Meclizine. Position changes seem to make things worse. He had a cardiac evaluation. He states that the neurosurgeon told him

that he would not want to do the surgery. He would have to see another surgeon. He does have occasional headaches. Dizziness does not seem to correlate with the headaches. He is off balance and feels that this has made it difficult to do his job where he works around electrical and he is very concerned about balance problems. It has also been difficult to drive. Neurological examination shows unsteadiness. There is a normal gait and tandem gait. Reflexes are normal. Mentation is normal. Cranial nerves are normal, except for abnormal facial expression. Motor examination is normal. On assessment, it would be difficult to maintain his current employment.

On 04/12/2018, the claimant has an MRI of the brain. There is a stable right cerebropontine angle, a 2.2 cm mass, compatible with a dermoid versus lipoma. There is some splaying of the seventh and eighth cranial nerves that run through the mass.

On 08/04/2017, the claimant sees Dr. Phillips. He is there for Botox injections.

On 05/25/2018, the claimant sees Dr. Phillips. He is there for Botox injections.

CONCLUSION

1. **Please note all diagnoses supported by the medical evidence (including co-morbids).**

Based on the documentation provided, and from a neurological perspective only, the diagnosis supported by the medical evidence is a CP angle mass.

2. **Please clarify which diagnoses are causing impairment from 3/16/18 forward.**

Based on the documentation provided, and from a neurological perspective only, the diagnosis causing impairment from 03/16/2018 and forward is a CP angle mass.

3. **For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, from performing full time activities throughout an 8 hour day.**

Based on the documentation provided, and from a neurological perspective only, the claimant has restrictions and limitations as a result of the CP angle mass. The claimant has symptoms of dizziness. On exam, there is documentation of unsteadiness. As a result, as a matter of safety only, the claimant had the following restrictions and limitations: He could not climb, he could not work around heights and he would not be able to safely work around electrical or mechanical hazards. There are no other restrictions or limitations. The duration of the restrictions and limitations is not known due to the nature of his condition. Reassessment in six months from the date of this report is reasonable. The prognosis is not known due to the nature of his condition.

4. **If helpful to clarify the basis for restrictions and limitations being reasonably supported or not, please explain the results of diagnostic testing such as MRI and/or, CT Scans, EMG testing, etc., and correlate with documented physical examination findings and reported symptoms in the medical records.**

The claimant has an MRI of the brain that demonstrates a CP angle mass that is either a dermoid or lipoma with splaying of the seventh and eighth cranial nerves. This may result in the claimant's unsteadiness.

5. **Please review the treating provider's treatment plan. Based on available medical records, please indicate whether or not it is consistent with the current standard of care. If not, please provide an evidence based rationale to support if it is or is not consistent with the current standard of care.**

The treatment plan appears to be consistent with the current standard of care.

6. **Please outline any medical information not in the file that if it became available, could be helpful in further clarifying the medical necessity for restrictions/limitations. Please indicate the provider/s name, etc., and the time frame for such information if known.**

No further information is needed to help clarify restrictions and limitations.

*I certify that I have no Conflict of Interest with this review. I attest to having no past or present relationship or affiliation with the beneficiary of this Independent Review or a significant past or present relationship with the attending provider and/or the treatment facility under review (if applicable). I*

*further certify that I have no familial or material, professional or business relationship with the referring entity or incentive to promote the use of a certain product, service or outcome associated with the review of this case.*

*I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties. I also attest to having the appropriate license/board certification for practitioners who typically manage the medical condition/procedure/treatment or issue that is the subject of this review as well as the knowledge and clinical experience to review this case including at least 5 years full-time equivalent experience providing direct clinical care to patients.*

Sincerely,



David Hoenig, M.D.
Board Certified: American Board of Psychiatry and Neurology, Neurology
Board Certified: American Board of Psychiatry and Neurology, Pain Medicine
American Academy of Neurology
American Society of Interventional Pain Physicians
California Society of Interventional Pain Physicians
International Association for the study of Pain
International Spine Intervention Society
North American Neuromodulation Society
World Institute of Pain

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

**Invoice** **360376**

**Date of Invoice** **07/24/2018**

**MLS Group of Companies**
P.O. Box 492417
Redding CA 96049
248-945-9001 Fax: 248-356-6757

LIBERTY MUTUAL INSURANCE CO - NH 92,
P.O. Box 1525

Dover, NH 03821
**Attention:** Sean McGrath

**Case Id:** 8205360
**Referral Id:** 32618007392
**Name:** Kenney, Wesley F.
**Employer:**
**Physician:** David Hoenig
**Specialty:** Neurology
**Svc Date:** 7/27/18

| Item | Rate |
|---|---|
| Peer Review 2 hr 50 pg | 420.00 |

| | |
|---|---|
| **Invoice Total** | $420.00 |
| **Receipt Total** | 0.00 |
| **Invoice Balance** | **$420.00** |

Please visit our new web-site address located at www.mls-ime.com

Thank you
MLS Tax ID #: 38-3341904

Please make checks payable to
MLS Group of Companies

5R191180093

Liberty Mutual. INSURANCE

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0421

**Return To:** Sean McGrath

**EMPLOYEE/CLAIMANT NAME:** Wesley Kenney
**CLAIM NO:** 8205360
**EMPLOYER/SPONSOR:** OGE Energy Corp. **DATE OF BIRTH:** 09/04/1973

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 03/16/2018 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Dr. Tonya Phillips
Specialty: Neurologist
Address: Sparks Hospital, Ft. Smith AR
1001 Towson Ave. 72901
Telephone No.: (479) 709 7175 Fax No.: ( )

Name: Dr. Krist
Specialty: Neuro surgeon
Address: St. Vincent Hospital, Little Rock, AR
2 Saint Vincent Cir 72205
Telephone No.: (501) 552-3000 Fax No.: ( )

Name: Dr. Adjei
Specialty: Cardiologist
Address: Sparks Hospital, Ft. Smith AR
1001 Towson Ave.
Telephone No.: (479) 709-7325 Fax No.: ( )

Name: Dr. Westbrook
Specialty: M.D.
Address: Westbrook Clinic, Ozark, AR
107 N 4th St. 72949
Telephone No.: (479) 667-2923 Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Blue Cross Blue Shield
Specialty:
Address: ~~810 W. Commercial~~ P.O. Box 3028
~~Ozark AR 72949~~ Tulsa, OK 74101
Telephone No.: (800) 672-2567 Fax No.: ( )

Name: APWU
Specialty: insurance
Address: P.O. Box 1358
Glen Burnie, MD 21060
Telephone No.: (800) 222-APWU Fax No.: ( )

**PHARMACY(S):**

Name: ~~[illegible]~~ Mediquick
Specialty: ~~[illegible]~~ medicine
Address: 810 W. Commercial
Ozark, AR 72949
Telephone No.: (479) 667-4145 Fax No.: ( )

Name: Express Scripts
Specialty: medicine
Address:
Telephone No.: (800) 282-2881 Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** [signature] **DATE:** 5 July 18

5R191180093

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0421

Return to: Sean McGrath

**EMPLOYEE/CLAIMANT NAME:** Wesley Kenney **CLAIM #:** 8205360
**EMPLOYER:** OGE Energy Corp. **DATE OF BIRTH:** 09/04/1973

| | | |
|---|---|---|
| Full Name (Last, First, Middle Int.): Kenney FRED W | Social Security #: 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 | Email Address: SRAYKENNEY@GMAIL.COM |
| Street Address: 518 CR 2731 | City: LONDON | State: AR Zip Code: 72847 |
| Telephone Number (include area code): 479 209 1114 | Cell Phone Number (include area code): 479 209 1114 | Marital Status: MARRIED |
| Spouse's Full Name and Date of Birth: 10/2[illegible] SheRRY RAY Kenney | Number of Children: 2 | Dates of Birth of Children: 9/5/97 1/26/05 |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name: Sherry Kenney Relationship to you? WIFE Tel #: 479-719-1135

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? NO

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☑ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☑ | ☐ | Short Term Disability or State Disability thru OG-E | $ 3528 MONTH | JUNE 2018 | | |
| ☐ | ☑ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☑ | Other income/money/benefit (describe) | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Fred Wesley Kenney

**DATE:** **EMPLOYEE'S SIGNATURE:** [signature]

DP 409

5R191180014

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0421

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Fred W. Kenney

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature]

Date of Birth: 09/04/1973 Claim Number: 8205360 Date: 5 July 18

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0421

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Fred W Kenney

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: 09/04/1973 Claim Number: 8205360 Date: 5 July 18

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual.
INSURANCE

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0421

**Return To:** Sean McGrath

EMPLOYEE/CLAIMANT NAME: Wesley Kenney
CLAIM NO: 8205360
EMPLOYER/SPONSOR: OGE Energy Corp.  DATE OF BIRTH: 09/04/1973

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 03/16/2018 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Dr. Tonya Phillips
Specialty: Neurologist
Address: Sparks Hospital, Ft. Smith AR
1001 Towson Ave. 72901
Telephone No.: (479) 709 7175 Fax No.: ( )

Name: Dr. Krist
Specialty: Neuro surgeon
Address: St. Vincent Hospital, Little Rock, AR
2 Saint Vincent Cir 72205
Telephone No.: (501) 552-3000 Fax No.: ( )

Name: Dr. Adjai
Specialty: Cardiologist
Address: Sparks Hospital, Ft. Smith AR
1001 Towson Ave.
Telephone No.: (479) 709-7325 Fax No.: ( )

Name: Dr. Westbrook
Specialty: M.D.
Address: Westbrook Clinic, Ozark, AR
107 N 4th St. 72949
Telephone No.: (479) 667-2923 Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Blue Cross Blue Shield
Specialty:
Address: ~~810 W. Commercial~~ P.O. Box 3028
~~Ozark, AR 72949~~ Tulsa, OK 74101
Telephone No.: (800) 672-2567 Fax No.: ( )

Name: APWU
Specialty: insurance
Address: P.O. Box 1358
Glen Burnie, MD 21060
Telephone No.: (800) 222-APWU Fax No.: ( )

**PHARMACY(S):**

Name: ~~[illegible]~~ Mediquick
Specialty: ~~[illegible]~~ medicine
Address: 810 W. Commercial
Ozark, AR 72949
Telephone No.: (479) 667-4145 Fax No.: ( )

Name: Express - Scripts
Specialty: medacine
Address:
Telephone No.: (800) 282-2881 Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: [signature] DATE: 5 July 18

page 2

Jul 05 2018 08:09PM HP Fax

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0421

**Return to:** Sean McGrath

**EMPLOYEE/CLAIMANT NAME:** Wesley Kenney **CLAIM #:** 8205360
**EMPLOYER:** OGE Energy Corp. **DATE OF BIRTH:** 09/04/1973

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) Kenney FRED W | Social Security # 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 | Email Address SRAYKENNEY@GMAIL.COM | |
| Street Address 518 CR 2731 | City LONDON | State AR | Zip Code 72847 |
| Telephone Number (include area code) 479 209 1114 | Cell Phone Number (include area code) 479 209 1114 | Marital Status MARRIED | |
| Spouse's Full Name and Date of Birth 10/26/73 Sherry Ray Kenney | Number of Children 2 | Dates of Birth of Children 9/5/97 | 1/26/05 |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Sherry Kenney Relationship to you? WIFE Tel #. 479-719-1135

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? NO

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party; Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| | ✓ | Wages/ Income/ Money/ Unemployment | $ | | | |
| | ✓ | Social Security (disability or retirement) | $ | | | |
| | ✓ | Social Security (for your spouse/dependents) | $ | | | |
| ✓ | | Short Term Disability or State Disability thru OGE | $ 3528 MONTH | JUNE 2018 | | |
| | ✓ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| | ✓ | Workers' Compensation | $ | | | |
| | ✓ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| | ✓ | Other income/money/benefit (describe) | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Fred Wesley Kenney

**DATE:** ______ **EMPLOYEE'S SIGNATURE:** [signature]

DP 409

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0421

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Fred W Kenney

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: 09/04/1973 Claim Number: 8205360 Date: 5 July 18

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0421

| | |
|---|---|
| Date: ~~June 29,~~ 2018 7-2-18 | |
| From ~~To:~~ | TONYA PHILLIPS |
| Attn: | Medical Records |
| Fax: | (479) 709-7051 |
| To ~~From:~~ | Sean McGrath<br>Ltd Specialist II<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 559-0421 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 8205360<br>Claimant: Wesley Kenney<br><br>OGE Energy Corp. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0421

June 29, 2018

Tonya Phillips

RE: Long Term Disability (LTD) Benefits
OGE Energy Corp.
Claim #: 8205360
Claimant: Wesley Kenney
Claimant D.O.B.: September 4, 1973

Dear Tonya Phillips:

We are the Disability Claim Administrator for your patient, Wesley Kenney.

To evaluate Mr. Kenney's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 1, 2017 through April 1, 2018

We ask that you provide this information by July 13, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0421 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sean McGrath
Ltd Specialist II
Phone No.: (800) 320-7585 Ext. 41628
Secure Fax No.: (603) 559-0421

**KENNEY, FRED W (id #429556, dob: 09/04/1973)**

Patient

| | | | |
|---|---|---|---|
| **Name** | KENNEY, FRED (43yo, M) ID# 429556 | **Appt. Date/Time** | 08/04/2017 06:30AM |
| **DOB** | 09/04/1973 | **Service Dept.** | FSPB_Sparks Clinic Neurology |
| **Provider** | TONYA PHILLIPS, MD | | |
| **Insurance** | Med Primary: BCBS-AR<br>Insurance # : OGE880351683<br>Policy/Group # : YN9885<br>Med Secondary: AMERICAN POSTAL WORKERS UNION HEALTH PLAN<br>Insurance # : W47694796<br>Prescription: ESI1 - Member is eligible.<br>Prescription: ESI1 - Member is eligible. | | |

Chief Complaint

Botox Injections

Patient's Care Team

**Primary Care Provider:** MICHAEL R WESTBROOK MD: 107 N 9TH ST, OZARK, AR 72949-2796, Ph (479) 667-2923, Fax (479) 667-2857 NPI: 1295794857

Patient's Pharmacies

**MEDI-QUIK PHARMACY (ERX): 810 W. COMMERCIAL, OZARK AR 72949, Ph (479) 667-4145, Fax (479) 667-4879**

Vitals

08/04/2017 08:41 am

**Ht:** 6 ft 6 in (198.12 cm) **Wt:** 303 lbs (137.44 kg) **BP:** 118/272

**Pulse:** 52 bpm **BMI:** 35

Allergies

Reviewed Allergies

NKDA

Medications

Reviewed Medications

| | | |
|---|---|---|
| **amoxicillin 875 mg-potassium clavulanate 125 mg tablet** | 05/05/17 | filled |
| **aspirin 81 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route. | 02/04/15 | entered |
| **Botox 100 unit injection** | 07/26/17 | filled |
| **metoprolol tartrate 25 mg tablet**<br>Take 0.5 tablet(s) twice a day by oral route. | 07/31/17 | filled |
| **Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler**<br>Inhale by inhalation route as directed for 90 days. | 03/19/15 | filled |
| **Symbicort 80 mcg-4.5 mcg/actuation HFA aerosol inhaler** | 06/26/17 | filled |
| **Xarelto 20 mg tablet**<br>TAKE 1 TABLET, BY MOUTH, EACH DAY | 07/11/17 | filled |

Problems

Reviewed Problems

- Obesity
- Essential hypertension
- Paroxysmal atrial fibrillation
- Bradycardia
- Transient cerebral ischemia
- Sleep apnea

Family History

Reviewed Family History

**KENNEY, FRED W (id #429556, dob: 09/04/1973)**

Non-contributory.

Social History

Reviewed Social History
Smoking Status: Never smoker (Notes: chews tobacco)

Surgical History

Reviewed Surgical History
No Surgeries

Past Medical History

Reviewed Past Medical History
Notes: hemifacial spasm atrial fibrillation

Screening

None recorded.

HPI

Fred returns today for follow-up of his hemifacial spasm. He is here for Botox today. He felt the last injection he had a little more lower facial drooping of instead of the spasms we would like to avoid the lower face. Proceed with just orbicullaris oculi and nasalis

ROS

**Constitutional:** Constitutional: no significant weight gain or loss and no fever, night sweats, or exercise intolerance.

**Eyes:** Eyes: no irritation, dry eyes, or vision change.

**ENMT:** Ears: no difficulty hearing or ear pain. Nose: no frequent nosebleeds or nose/sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems.

**Cardiovascular:** Cardiovascular: no shortness of breath when walking or breath when lying down and no palpitations, chest pain, arm pain on exertion, or known heart murmur.

**Respiratory:** Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.

**Gastrointestinal:** Gastrointestinal: no vomiting, diarrhea, dyspepsia, GERD, or abdominal pain and normal appetite and not vomiting blood.

**Genitourinary:** Genitourinary: no incontinence, hematuria, difficulty urinating, or increased frequency.

**Musculoskeletal:** Musculoskeletal: no muscle aches or weakness and no arthralgias/joint pain, back pain, or swelling in the extremities.

**Integumentary:** Skin: no jaundice, rashes, or abnormal mole.

**Neurologic:** Neurologic: no weakness, numbness, seizures, dizziness, headaches, or loss of consciousness;**twitching**.

**Psychiatric:** Psych: no depression, sleep disturbances, or alcohol abuse and feeling safe in relationship.

**Endocrine:** Endocrine: no fatigue.

**Hematologic/Lymphatic:** Hematologic/Lymphatic no swollen glands and **easy bruising**.

**Allergic/Immunologic:** Allergy/Immunologic: no itching, hives, runny nose, sinus pressure, or frequent sneezing.

**Additionally reports: I have reviewed and agree with documentation on ROS**

Physical Exam

None recorded.

Procedure Documentation

**Botox For Eyes/Face:**
**Botox Injection – Eyes/Face**

Informed consent was signed by the patient.

*Injection Sites:*
The injections were carried out as follows
**Botox Dose** 20 **Units**, Right **Side** , Orbicularis Oculi **Muscle** , **SE Range** : , **Dose per Site**: , **Total Dose**: , **Note** :

**Botox Dose** 10 **Units**, Right **Side** , Temporalis **Muscle** , **SE Range** : , **Dose per Site**: , **Total Dose**: , **Note** :

---

**Botox Dose** 10 **Units**, Left **Side** , Temporalis **Muscle** , **SE Range** : , **Dose per Site**: , **Total Dose**: , **Note** :

**Botox Dose** 20 **Units**, Bilateral **Side** , Nasalis **Muscle** , **SE Range** : , **Dose per Site**: , **Total Dose**: , **Note** :

**Botox Dose Units**, **Side** , **Muscle** , **SE Range** : , **Dose per Site**: , **Total Dose**: , **Note** :

**Botox Dose Units**, **Side** , **Muscle** , **SE Range** : , **Dose per Site**: , **Total Dose**: , **Note** :

**Botox Dose Units**, **Side** , **Muscle** , **SE Range** : , **Dose per Site**: , **Total Dose**: , **Note** :

**Botox Dose Units**, **Side** , **Muscle** , **SE Range** : , **Dose per Site**: , **Total Dose**: , **Note** :

**KENNEY, FRED W (id #429556, dob: 09/04/1973)**

**Botox Dose Units, Side , Muscle , SE Range : , Dose per Site: , Total Dose: , Note :**

---

**Botox Dose Units, Side , Muscle , SE Range : , Dose per Site: , Total Dose: , Note :**

Estimated Blood Loss: Less than 1 ml.

Facial Muscle spasticity treatment response:

Patient is aware of signs and symptoms of toxicity. Patient will return to clinic in , .

Assessment / Plan

1. **Hemifacial spasm**
   G51.3: Clonic hemifacial spasm

Return to Office

- to see Tonya Phillips, MD for Botox 30 at FSPB_Sparks Clinic Neurology on or around 11/04/2017
- Abdul-Nasser Adjei, MD for FOLLOW UP VISITS 10 at FSPB_Cardiology Center at Sparks on 02/15/2018 at 08:20 AM

Encounter Sign-Off

Encounter signed-off by Tonya Phillips, MD, 08/04/2017.

Encounter performed and documented by Tonya Phillips, MD
Encounter reviewed & signed by Tonya Phillips, MD on 08/04/2017 at 6:53am

KENNEY, FRED W (id #429556, dob: 09/04/1973)

Procedure Documentation #23103309 Aug/7/2017 10:01:03 AM southpointe family medical 479-424-0049 2/12

BOTOX BILLING SUMMARY

Patient Name: Fred Kenney Date of Birth: 9/4/1973

Date of Procedure: August 4, 2017 Physician: Phillips

Insurance: BCBS AR PreCert # 38753936 3/28/17-4/27/18

(64612) Chemodenervation; for Blepharospasm
64615 Chemodenervation; for Chronic Migraines
64616 Chemodenervation; for Cervical Dystonia

G51.3 Hemifacial Spasm

64642 Chemodenervation of one extremity; 1 to 4 muscles
+64643 Each additional extremity, 1 to 4 muscles
64644 Chemodenervation of one extremity; 5 or more muscles
+64645 Each additional extremity, 5 or more muscles
64646 Chemodenervation of Trunk (Neck); 1 to 5 muscles
64647 Chemodenervation of Trunk (Neck); 6 or more muscles

Guidance Codes:
95873 "E" Stem (List separately in addition to code for primary procedure)
95874 EMG Needle (List separately in addition to code for primary procedure)

brought own Botox

J0585 ______ # of Units Billed ______ # of Unites Injected ______ Unavoidable Wastage

NDC# 00023-1145-01

DIAGNOSES CODES:
G43.709 Chronic Migraine without aura, not intractable, without status migrainosus (346.70)
G43.719 Chronic Migraine without aura, intractable, without status migrainosus (346.71)
G43.701 Chronic Migraine without aura, not intractable, with status migrainosus (346.72)
G43.711 Chronic Migraine without aura, intractable, with status migrainosus (346.73)
G24.3 Spasmodic Torticollis (333.83)
G24.5 Blepharospasm (333.81)

For Upper Limb Spasticity:

No P.A Required for
Procedure Code
Ref# 30753936
Accredo 1-800-803-2523
7-26-17 2:47pm Called Accredo pharmacy + new Rx for Botox 100u vial #1 c 3 RF. — TLH Lamacch

Sparks Health System
Date 8-4-17
Time 6:30 AM

☐ Pre operative verification performed (includes: pt name, DOB, correct procedure and site)

☐ Site marking performed per policy with pt involvement

☑ Site marking not applicable per policy

☑ Time out performed per policy

Sign: [signature] MD/DO/DPM

[signature] Jennifer Lamacchia TECH/(LPN)/RN

KENNEY, FRED W (id #429556, dob: 09/04/1973)

7-21-17 10:15Am called rays + to send Botox — [illegible]

3/12

Aug/7/2017 10:01:03 AM southpointe family medical 479-424-0049

Sparks Clinic

Informed Consent for Therapeutic Botox® Injections (continued)

*It is important that you read all the above information carefully and have all of your questions answered prior to signing this document.*

*I have read a copy of the forgoing consent for the procedure. I have an understanding of the procedure and have had all my questions answered. I accept financial responsibility for any outstanding balance. I hereby authorize my physician to perform the procedure of therapeutic Botox® Injections for:*

- [x] hemifacial spasms
- [ ] Chronic Migraine
- [ ] Diminishing Spasticity
- [ ] Urinary leakage, urgency, frequency and neurogenic bladder

PATIENT NAME (please print) Fred Kenney

I have not been treated with any Botox® product in the last 12 weeks. FK (initial)

PATIENT SIGNATURE [signature] Date: 4Aug17

PHYSICIAN SIGNATURE [signature] Date: 8/4/17

KENNEY, FRED W (id #429556, dob: 09/04/1973)

4/12

Aug/7/2017 10:01:03 AM southpointe family medical 479-424-0049

Sparks Neurology Center
1504 Dodson Avenue
Fort Smith, AR 72901
(479) 709-7175

8-4-17

Patient Name Fred Kenney 9-4-73

Insurance ID# BCBS - AR

## GENERIC WAIVER

Note: You need to make a choice about receiving these health care items or services.

Insurance may not pay for the item(s) or service(s) that are described below. Insurance does not pay for all of your health care costs. Policies only pay for covered items and services when the insurance payer's rules are met. The fact that Insurance does not pay for a particular item or service does not mean that you should not receive it. There may be a good reason your doctor recommended it.

Items or Services: 64612 $ 336.00

Because: Due to diagnosis and/or treatment plan, insurance may not pay.

The purpose of this form is to help make an informed choice about whether or not you want to receive these items or services, knowing that you will have to pay for them yourself. Before you make a decision about your options, you should read this entire notice carefully.

- Ask us to explain, if you don't understand why your insurance may not pay. OR
- Call your Insurance Benefit carrier and speak with a benefits coordinator regarding coverage of the item for your plan.
- Ask us how much these items or services will cost you (Estimated Cost: $ 336.00).

PLEASE CHOOSE ONE OPTION: SIGN & DATE

____ YES. I want to receive these items or services.
I understand that my Insurance may not pay for these items or services. I agree to be personally and fully responsible for payment.

____ NO. I have decided not to receive these items or services.
I have made an informed decision to NOT receive the above items or services due to my responsibility of the full expense.

Signature: [signature] Date: 4 Aug 17

KENNEY, FRED W (id #429556, dob: 09/04/1973)



Sparks Clinic

Informed Consent for Therapeutic Botox® Injections

Instructions

This document is provided to help inform you concerning therapeutic Botox® injections, its benefits and its risks. Please review all information in this document and ask any questions prior to signing the last page.

Indications

☐ Indication 1: Botox® is a prescription medicine that is injected to prevent headaches in adults with Chronic Migraine. It is indicated for patients who have 15 or more days each month with headache lasting 4 or more hours each day in people 18 years or older. Botox® is the only FDA-approved preventive treatment that is injected by a doctor every 3 months (12 weeks) for people with Chronic Migraine. Botox® treatment is proven to significantly reduce headache days every month. Botox® treatment is injected into 7 key areas of the head and neck. It is imperative to keep up with your preventive therapy and schedule your treatment sessions once every 12 weeks. Botox® is a preventative treatment, and it may take several weeks to see a response.

☐ Indication 2: Botox® is a treatment method available for diminishing or "curing" spasticity. Botox treatments have a temporary effect and serial treatments may be required to maintain results, or attain further improvement.

☐ Indication 3: Botox® is injected into the bladder muscle for the treatment of urinary leakage, urinary urgency, urinary infrequency and neurogenic bladder.

☒ Indication 4: hemi facial spasm

Risks

Every procedure involves a certain amount of risk, and it is important that you understand the risks involved. Although the majority of patients do not experience these complications, you should discuss them with your physician to make sure you understand all risks and potential complications.

- Bleeding: It is possible, though unusual to experience a bleeding episode at the injection site during or after the procedure.
- Bruising: Following this procedure, it is not uncommon to bruise at the injection site.
- Infection: Infection is unusual. Should an infection occur, additional treatment including antibiotics may be necessary.
- Paralysis of nearby muscle: This could lead to droopy eyelid (ptosis), double vision, or inability to close the eye.
- Facial Asymmetry: One side of the face looks different than the other.
- Botox® contains human-derived albumin and carries a theoretical risk of virus transmission. There have been no reports of disease transmission through Botox®.

Sparks Clinic

Informed Consent for Therapeutic Botox® Injections (continued)

- It is not recommended that pregnant or nursing women receive Botox® treatments. Studies have not been performed to determine if Botox® could produce fetal harm or be excreted in human milk.
- Unsatisfactory Results: There is a possibility of unsatisfactory results from this procedure. It is important to remember this procedure is a preventative treatment and make take sessions before noticing results.

**Possible side effects of Botox® when used for bladder conditions**

- Urinary tract infection
- Painful Urination
- Inability to empty your bladder. A disposable catheter may need to be used up to a few times daily until the bladder is able to start emptying again.

**Disclaimer**

Informed consent documents are used to communicate information about the proposed treatment of a disease or condition along with disclosure of risks and alternative forms of treatment. The informed consent process attempts to define principles of risk disclosure that should generally meet the needs of most patients in most circumstances.

However, informed consent documents should not be considered all inclusive in defining other methods of care and risks encountered. Your physician may provide you with additional or different information which is based on all the facts in your particular case and state of medical knowledge.

Informed consent documents are not intended to define or serve as the standard of medical care. Standards of medical care are determined on the basis of all of the facts involved in an individual case and are subject to change as scientific knowledge and technology advance as practice patterns evolve.

Insurance may not pay for therapeutic Botox injections.

Insurance may not pay for all of your health care costs. If your insurance carrier does not pay for this service, you will be responsible for paying the full balance or the remaining balance.

KENNEY, FRED W (id #429556, dob: 09/04/1973)

Aug/7/2017 10:01:03 AM southpointe family medical 479-424-0049 7/12

**EnterpriseRx**

**HARPS PHARMACY# 174**
**Third Party Rejection Label**
**Version D.0**

Store 812719
Phone: (479) 452-0993
Fax: (888) 233-8309
NCPDP Provider ID: 0418946

**Patient**
FRED KENNEY
7200 SOUTH HWY 45
FORT SMITH, AR 72916
09/04/1973 - 43 Yrs - M
Contact Number: (479) 567-0819

**Prescriber**
TONYA L PHILLIPS
3609 S GARY
FORT SMITH, AR 72901
Phone: (479)709-7050 Fax: (479) 709-7051
NPI: 1952323297

**Prescription**

| | |
|---|---|
| Written: | BOTOX 100UNIT SOLR |
| Dispensed: | BOTOX 100UNIT SOLR |
| NDC #: | 00023-1145-01 |
| Pack Size: | 1 |
| Available: | 6 |
| Distributor: | ALLERGAN |
| Rx Number: | 6067122 |
| Days Supply: | 90 |
| Disp QTY: | 1 |
| SIG: | DOCTOR TO ADMINISTER EVERY 3 MONTHS AS DIRECTED |

**Third Party**

| | |
|---|---|
| Plan: | MEDCO TRX |
| Code: | 99824 |
| Group Number: | OGERX4U |
| BIN Number: | 610014 |
| PCN: | TRX |
| Service Provider ID: | 1417057738 |
| Service Date: | 07/21/2017 |
| CardHolder ID: | 00041028 |
| Help Desk: | (800) 922-1557 |

**Claim Response**

| | |
|---|---|
| Header Response Status: | Accepted |
| Transaction Response: | Rejected |
| Transaction Code: | B1 |

| | |
|---|---|
| Authorization Num: | |
| Times Submitted: | 1 |
| Claim Format: | NCPDP STANDARD D.0 B1 |

**Reject Codes**
4W - Must Fill Through Specialty

**DUR**
*Reason for Service* *Clinical Significance* *Previous Fill Date* *Previous Fill Quantity* *Other Pharmacy* *Other Prescriber* *Database*

Not Covered at this location. !!

**Response Messages**
ADJUDICATION_REJECT

800-903-8224

**Lincoln/Kenney 391**

KENNEY, FRED W (id #429556, dob: 09/04/1973)

Aug/7/2017 10:01:03 AM southpointe family medical 479-424-0049 8/12

2

**Your Account Information**

**Name:** SPARKS CLINIC NEUROL
DR. TONYA PHILLIPS
**Shipping ID:** 35002888
**Shipping Address:** 3808 GARY ST STE B
FORT SMITH, AR 72903-5450

0003214770409

accredo®
Specialty Pharmacy

**844.457.9195**
24/7 access to pharmacists who are ready to help you with your medications.

Whatever your question or concern, your call is important to us. We appreciate the opportunity to be your pharmacy partner throughout your therapy.

Your Accredo team can:

- Schedule a refill shipment
- Provide clinical support
- Answer billing or insurance questions.

See Shipment Request Form for easy order scheduling by fax.

## Patients

This shipment contains drugs for the patients listed in this section. To see all of the items included in this shipment, see the attached DVRs.

**The following patients do not need to sign and return their DVRs:**
FRED KENNEY

## About Your Order

We value our customers and want to continue to provide excellent customer service. You can help us by verifying the accuracy of your shipments upon receipt. Please call your pharmacy team at the toll free number listed in the top right hand corner to report any concerns or discrepancies.

## Patient Counseling

**Make sure to read the enclosed information about your prescriptions before you take your medicine. If you have questions, you may contact one of our registered pharmacists, 24 hours a day, 7 days a week, at 844.457.9195 or the toll free number on your label.**
Call your doctor for medical advice about side effects. You may report side effects to the Food and Drug Administration (FDA) at 800.FDA.1088.

No olvide leer la información incluida acerca de sus medicinas recetadas antes de tomarlas. Si tiene alguna pregunta, puede ponerse en contacto con uno de nuestros farmacéuticos licenciados, las 24 horas del día, los 7 días de la semana, al **844.457.9195.** Llame a su médico para orientación médica acerca de los efectos secundarios. Usted puede informar los efectos secundarios a la Administración Federal de Alimentos y Drogas al 800.FDA.1088.

## What You May Need To Know

Accredo Health Group offers the care and convenience you deserve. You can always fill your specialty medication and check the status of your order through our interactive voice response (IVR) system. Please reference your welcome materials for dialing information or please call the toll free number on your prescription label. Please note that there are certain specialty medications that cannot be ordered through IVR. (IVR access is available at the discretion of your health plan.)

Accredo Health Group (Accredo) will be closed the following holidays:
New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, and Christmas Day. If the holiday falls on Saturday Accredo will be closed the Friday before the holiday. If the holiday falls on a Sunday, Accredo will be closed the Monday after the holiday. Accredo reserves the right to change the date closed and will notify patients of any such change.



KENNEY, FRED W (id #429556, dob: 09/04/1973)

A licensed pharmacist is available 24 hours a day, 7 days a week plus holidays for urgent issues relating to your medication. Please call 844.457.9195 or the toll-free number located on your prescription label.

Customer Service: 844.457.9195 © 2012 Accredo Health Group, Inc. | An Express Scripts Company. All Rights Reserved. Page 1 of 8

Aug/7/2017 10:01:03 AM southpointe family medical 479-424-0049 9/12

No. 1544 / Version 5.01

**Rx Information for: OnabotulinumtoxinA (Botox)**

ON a BOT ue LYE num TOX in A

Patient: FRED KENNEY

**What is onabotulinumtoxinA (Botox)?**

OnabotulinumtoxinA (Botox), also called botulinum toxin type A, is made from the bacteria that causes botulism. Botulinum toxin blocks nerve activity in the muscles.

Botox is used to treat cervical dystonia (severe spasms in the neck muscles). Botox is also used to treat muscle spasms (stiffness) in the upper limbs (elbows, wrists, fingers) or lower limbs (ankles, toes). Botox is also used to treat severe underarm sweating (hyperhidrosis).

Botox is also used to treat certain eye muscle conditions caused by nerve disorders. This includes uncontrolled blinking or spasm of the eyelids, and a condition in which the eyes do not point in the same direction.

Botox is also used to treat overactive bladder and incontinence (urine leakage) caused by nerve disorders such as spinal cord injury or multiple sclerosis.

Botox is also used to prevent chronic migraine headaches in adults who have migraines for more than 15 days per month, each lasting 4 hours or longer. Botox should not be used to treat a common tension headache.

Botox Cosmetic is used to temporarily lessen the appearance of facial wrinkles.

Botox may also be used for other purposes not listed in this medication guide.

**What should I discuss with my healthcare provider before I receive Botox?**

You should not receive this medication if you are allergic to botulinum toxin, or if you have:

- an infection in the area where the medicine will be injected; or
- (for overactive bladder and incontinence) if you have a current bladder infection or if you are unable to urinate and you do not routinely use a catheter.

To make sure Botox is safe for you, tell your doctor if you have:

- amyotrophic lateral sclerosis (ALS, or "Lou Gehrig's disease");
- myasthenia gravis;
- Lambert-Eaton syndrome;
- a breathing disorder such as asthma or emphysema;
- problems with swallowing;
- facial muscle weakness (droopy eyelids, weak forehead, trouble raising your eyebrows);
- a change in the normal appearance of your face;
- bleeding problems;
- heart disease;
- if you have had or will have surgery (especially on your face);
- if you have recently used a blood thinner (warfarin, Coumadin, and others) or been treated with an injectable antibiotic
- if you have ever had a side effect after receiving a botulinum toxin in the past.

Botox is made from human plasma (part of the blood) which may contain viruses and other infectious agents. Donated plasma is tested and treated to reduce the risk of it containing infectious agents, but there is still a small possibility it could transmit disease. Talk with your doctor about the risks and benefits of using this medication.

It is not known whether this medicine will harm an unborn baby. Tell your doctor if you are pregnant or plan to become pregnant.

Botox can pass into breast milk and may harm a nursing baby. Tell your doctor if you are breast-feeding a baby.

**How is Botox given?**

Botulinum toxin injections should be given only by a trained medical professional, even when used for cosmetic purposes.

This medicine is injected into a muscle. A doctor, nurse, or other healthcare provider will give you this injection. Botox injections should be spaced at least 3 months apart.

Your injection may be given into more than one area at a time, depending on the condition being treated.

While receiving botulinum toxin injections for an eye muscle conditions, you may need to use eye drops, ointment, a special contact lens or other device to protect the surface of your eye. Follow your doctor's instructions.

If you are being treated for excessive sweating, shave your underarms about 24 hours before you will receive your injection. Do not apply underarm antiperspirants or deodorants for 24 hours before you receive the injection. Avoid exercise and hot foods or beverages within 30 minutes before the injection.

It may take up to 2 weeks after injection before neck muscle spasm symptoms begin to improve. You may notice the greatest improvement at 6 weeks after injection.

It may take only 1 to 3 days after injection before eye muscle spasm symptoms begin to improve. You may notice the greatest improvement at 2 to 6 weeks after injection.

The effects of a Botox injection are temporary. Your symptoms may return completely within 3 months after an injection. After repeat injections, it may take less and less time before your symptoms return, especially if your body develops antibodies to the botulinum toxin.

Do not seek botulinum toxin injections from more than one medical professional at a time. If you switch healthcare providers, be sure to tell your new provider how long it has been since your last botulinum toxin injection.

KENNEY, FRED W (id #429556, dob: 09/04/1973)

| | |
|---|---|
| treated with an injectable antibiotic); • if you have ever received other botulinum toxin injections such as Dysport or Myobloc (especially in the last 4 months); or | Using this medication more often than prescribed will not make it more effective and may result in serious side effects. |

continued on the reverse side

Customer Service: 844.457.9155 © 2012 Accredo Health Group, Inc. | An Express Scripts Company. All Rights Reserved

Aug/7/2017 10:01:03 AM southpointe family medical 479-424-0049 10/12

**BOTOX® (Boe-tox) and BOTOX® Cosmetic** 2A3 v38
**Generic name: (onabotulinumtoxin A) for Injection**

Patient: FRED KENNEY

INFORMATION FOR THE PATIENT

**MEDICATION GUIDE**

**What is the most important information I should know about BOTOX and BOTOX Cosmetic?**

**BOTOX and BOTOX Cosmetic may cause serious side effects that can be life threatening, including:**
- **Problems breathing or swallowing**
- **Spread of toxin effects**

**These problems can happen hours, days, to weeks after an injection of BOTOX or BOTOX Cosmetic. Call your doctor or get medical help right away if you have any of these problems after treatment with BOTOX or BOTOX Cosmetic:**

1. **Problems swallowing, speaking, or breathing. These problems can happen hours, days, to weeks after an injection of BOTOX or BOTOX Cosmetic** usually because the muscles that you use to breathe and swallow can become weak after the injection. Death can happen as a complication if you have severe problems with swallowing or breathing after treatment with **BOTOX** or **BOTOX Cosmetic.**
   - People with certain breathing problems may need to use muscles in their neck to help them breathe. These people may be at greater risk for serious breathing problems with **BOTOX** or **BOTOX Cosmetic.**
   - Swallowing problems may last for several months. People who cannot swallow well may need a feeding tube to receive food and water. If swallowing problems are severe, food or liquids may go into your lungs. People who already have swallowing or breathing problems before receiving **BOTOX** or **BOTOX Cosmetic** have the highest risk of getting these problems.

2. **Spread of toxin effects.** In some cases, the effect of botulinum toxin may affect areas of the body away from the injection site and cause symptoms of a serious condition called botulism. The symptoms of botulism include:
   - loss of strength and muscle weakness all over the body
   - double vision
   - blurred vision and drooping eyelids
   - hoarseness or change or loss of voice (dysphonia)
   - trouble saying words clearly (dysarthria)
   - loss of bladder control
   - trouble breathing
   - trouble swallowing

These symptoms can happen hours, days, to weeks after you receive an injection of **BOTOX** or **BOTOX Cosmetic.**

These problems could make it unsafe for you to drive a car or do other dangerous activities. See "What should I avoid while receiving **BOTOX** or **BOTOX Cosmetic?**"

There has not been a confirmed serious case of spread of toxin effect away from the injection site when **BOTOX** has been used at the recommended dose to treat chronic migraine, severe underarm sweating, blepharospasm, or strabismus, or when **BOTOX Cosmetic** has been used at the recommended dose to treat frown lines and/or crow's feet lines.

**What are BOTOX and BOTOX Cosmetic?**

**BOTOX** is a prescription medicine that is injected into muscles and used:
- to treat overactive bladder symptoms such as a strong need to urinate with leaking or wetting accidents (urge urinary incontinence), a strong need to urinate right away (urgency), and urinating often (frequency) in adults when another type of medicine (anticholinergic) does not work well enough or
- to treat leakage of urine (incontinence) in adults with overactive bladder due to neurologic disease when another type of medicine (anticholinergic) does not work well enough or cannot be taken.
- to prevent headaches in adults with chronic migraine who have 15 or more days each month with headache lasting 4 or more hours each day.
- to treat increased muscle stiffness in elbow, wrist, and finger muscles in adults with upper limb spasticity.
- to treat increased muscle stiffness in ankle and toe muscles in adults with lower limb spasticity.
- to treat the abnormal head position and neck pain that happens with cervical dystonia (CD) in adults.
- to treat certain types of eye muscle problems (strabismus) or abnormal spasm of the eyelids (blepharospasm) in people 12 years and older.

**BOTOX** is also injected into the skin to treat the symptoms of severe underarm sweating (severe primary axillary hyperhidrosis) when medicines used on the skin (topical) do not work well enough.

**BOTOX Cosmetic** is a prescription medicine that is injected into muscles and used to improve the look of moderate to severe frown lines between the eyebrows (glabellar lines) in adults for a short period of time (temporary).

**BOTOX Cosmetic** is a prescription medicine that is injected into the area around the side of the eyes to improve the look of crow's feet lines in adults for a short period of time (temporary).

You may receive treatment for frown lines and crow's feet lines at the same time.

It is not known whether **BOTOX** is safe or effective in people younger than:
- 18 years of age for treatment of urinary incontinence
- 18 years of age for treatment of chronic migraine
- 18 years of age for treatment of spasticity
- 16 years of age for treatment of cervical dystonia
- 18 years of age for treatment of hyperhidrosis
- 12 years of age for treatment of strabismus or blepharospasm

**BOTOX Cosmetic** is not recommended for use in children younger than 18 years of age.

It is not known whether **BOTOX** and **BOTOX Cosmetic** are safe or effective to prevent headaches in people with migraine who have 14 or fewer headache days each month (episodic migraine).

It is not known whether **BOTOX** and **BOTOX Cosmetic** are safe or effective for other types of muscle spasms or for severe sweating anywhere other than your armpits.

**Who should not take BOTOX or BOTOX Cosmetic?**

Do not take **BOTOX** or **BOTOX Cosmetic** if you:
- are allergic to any of the ingredients in **BOTOX** or **BOTOX Cosmetic.** See the end of this Medication Guide for a list of ingredients in **BOTOX** and **BOTOX Cosmetic.**
- had an allergic reaction to any other botulinum toxin product such as *Myobloc®*, *Dysport®*, or *Xeomin®*
- have a skin infection at the planned injection site
- are being treated for urinary incontinence and have a urinary tract infection (UTI)
- are being treated for urinary incontinence and find that you cannot empty your bladder on your own (only applies to people who are not routinely catheterizing)

KENNEY, FRED W (id #429556, dob: 09/04/1973)

cannot be taken.

continued...

Customer Service: 844.457.9195 © 2012 Accredo Health Group, Inc. | An Express Scripts Company. All Rights Reserved. Page 3 of 4

Aug/7/2017 10:01:03 AM southpointe family medical 479-424-0049 11/12

**Delivery Verification**

ACCREDO HEALTH GRP INC INDIANAPOLIS
DEPT. 268
2825W PERIMETER RD
STE 112
INDIANAPOLIS IN 46241
844.457.9195

Patient ID: 12025535
Patient: FRED KENNEY
Ship Addr: 3808 GARY ST STE B
FORT SMITH, AR 72903-5450
Phone #: 479.709.7050
Alt #: 000.000.0000
Ship Date: 08/02/17
Dispensing Branch: 297
Shipment ID: 49311885

Therapy: BOTX

All items sold by the Accredo Specialty Pharmacy are FSA eligible IIAS items.

Prescription Drugs

| Rx | Product Description | QTY | NDC |
|---|---|---|---|
| 000000001075495 | BOTOX 100 UNITS/VIAL | 1 EA | 00023-1145-01 |

Patient Copy

KENNEY, FRED W (id #429556, dob: 09/04/1973)



© 2012 Accredo Health Group, Inc. | An Express Scripts Company. All Rights Reserved.

**KENNEY, FRED W (id #429556, dob: 09/04/1973)**

Patient

| | | | |
|---|---|---|---|
| **Name** | KENNEY, FRED (44yo, M) ID# 429556 | **Appt. Date/Time** | 05/25/2018 08:30AM |
| **DOB** | 09/04/1973 | **Service Dept.** | FSPB_Sparks Clinic Neurology |
| **Provider** | TONYA PHILLIPS, MD | | |
| **Insurance** | Med Primary: BCBS-AR<br>Insurance # : OGE880351683<br>Policy/Group # : YN9885<br>Med Secondary: AMERICAN POSTAL WORKERS UNION HEALTH PLAN<br>Insurance # : W47694796<br>Prescription: ESI1 - Member is eligible.<br>Prescription: ESI1 - Member is eligible. | | |

Chief Complaint

Botox Injections

Patient's Care Team

**Primary Care Provider:** MICHAEL R WESTBROOK MD: 107 N 9TH ST, OZARK, AR 72949-2796, Ph (479) 667-2923, Fax (479) 667-2857 NPI: 1295794857

Patient's Pharmacies

**MEDI-QUIK PHARMACY (ERX): 810 W. COMMERCIAL, OZARK AR 72949, Ph (479) 667-4145, Fax (479) 667-4879**

Vitals

**Ht:** 6 ft 6 in (198.12 cm) **Wt:** 317.8 lbs (144.15 kg) **BP:** 130/84

**Pulse:** 68 bpm **BMI:** 36.7

Allergies

Reviewed Allergies
NKDA

Medications

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route. | 02/04/15 | entered |
| **Botox 100 unit injection**<br>Take by injection route. | 05/10/18 | filled |
| **meclizine 25 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route for 30 days. | 04/05/18 | filled |
| **metoprolol tartrate 25 mg tablet**<br>Take 0.5 tablet(s) twice a day by oral route. | 02/16/18 | filled |
| **sulfacetamide sodium**<br>3 gtts qid | 04/05/18 | entered |
| **sulfacetamide sodium 10 % eye drops** | 04/03/18 | filled |
| **Symbicort 80 mcg-4.5 mcg/actuation HFA aerosol inhaler** | 03/10/18 | filled |
| **Xarelto 20 mg tablet**<br>TAKE 1 TABLET, BY MOUTH, EACH DAY | 05/16/18 | filled |

Problems

Reviewed Problems

- Obesity
- Essential hypertension
- Paroxysmal atrial fibrillation

**KENNEY, FRED W (id #429556, dob: 09/04/1973)**

- Bradycardia
- Transient cerebral ischemia
- Dizziness - Onset: 03/29/2018
- Sleep apnea

Family History

Reviewed Family History
Non-contributory.

Social History

Reviewed Social History
Smoking Status: Never smoker (Notes: chews tobacco)

Surgical History

Reviewed Surgical History
Cardiovascular Procedure - 03/29/2018 - 48 Hour Holter Monitor- NSR, No SVT or VT arrhythmias.

No Surgeries

Past Medical History

Reviewed Past Medical History
Notes: hemifacial spasm atrial fibrillation

Screening

None recorded.

HPI

Fred returns today for follow-up of his hemifacial spasm on the right for Botox injection. He did have his repeat MRI brain which did show a stable 2 cm CPAP ankle tumor which does appear to be a lipoma and does appear to compress the seventh and eighth nerve. He does have an appointment to see Dr. Krisch on June 15 and look at other options at that time.

ROS

**Constitutional:** Constitutional: no significant weight gain or loss and no fever, night sweats, or exercise intolerance.

**Eyes:** Eyes: no irritation, dry eyes, or vision change.

**ENMT:** Ears: no difficulty hearing or ear pain. Nose: no frequent nosebleeds or nose/sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems.

**Cardiovascular:** Cardiovascular: no shortness of breath when walking or breath when lying down and no palpitations, chest pain, arm pain on exertion, or known heart murmur.

**Respiratory:** Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.

**Gastrointestinal:** Gastrointestinal: no vomiting, diarrhea, dyspepsia, GERD, or abdominal pain and normal appetite and not vomiting blood.

**Genitourinary:** Genitourinary: no incontinence, hematuria, difficulty urinating, or increased frequency.

**Musculoskeletal:** Musculoskeletal: no muscle aches or weakness and no arthralgias/joint pain, back pain, or swelling in the extremities.

**Integumentary:** Skin: no jaundice, rashes, or abnormal mole.

**Neurologic:** Neurologic: no weakness, seizures, headaches, or loss of consciousness and**dizziness; twitching**.

**Psychiatric:** Psych: no depression, sleep disturbances, or alcohol abuse and feeling safe in relationship.

**Endocrine:** Endocrine: no fatigue.

**Hematologic/Lymphatic:** Hematologic/Lymphatic no swollen glands and **easy bruising**.

**Allergic/Immunologic:** Allergy/Immunologic: no itching, hives, runny nose, sinus pressure, or frequent sneezing.

**Additionally reports: I have reviewed and agree with documentation on ROS**

Physical Exam

None recorded.

Procedure Documentation

**Botox For Eyes/Face:**

**KENNEY, FRED W (id #429556, dob: 09/04/1973)**

**Botox Injection – Eyes/Face**

Informed consent was signed by the patient.

***Injection Sites:***
The injections were carried out as follows
**Botox Dose** 20 **Units**, Right **Side** , Orbicularis Oculi **Muscle** , **SE Range** : 4, **Dose per Site**: 5, **Total Dose**: 20, **Note** :

---

**Botox Dose** 10 **Units**, Right **Side** , Temporalis **Muscle** , **SE Range** : 1, **Dose per Site**: 10, **Total Dose**: 10, **Note** :

**Botox Dose** 10 **Units**, Left **Side** , Temporalis **Muscle** , **SE Range** : 1, **Dose per Site**: 10, **Total Dose**: 10, **Note** :

**Botox Dose** 20 **Units**, Bilateral **Side** , Nasalis **Muscle** , **SE Range** : 4, **Dose per Site**: 5, **Total Dose**: 20, **Note** :

**Botox Dose Units**, **Side** , **Muscle** , **SE Range** : , **Dose per Site**: , **Total Dose**: , **Note** :

**Botox Dose Units**, **Side** , **Muscle** , **SE Range** : , **Dose per Site**: , **Total Dose**: , **Note** :

**Botox Dose Units**, **Side** , **Muscle** , **SE Range** : , **Dose per Site**: , **Total Dose**: , **Note** :

**Botox Dose Units, Side , Muscle , SE Range : , Dose per Site: , Total Dose: , Note :**

**Botox Dose Units, Side , Muscle , SE Range : , Dose per Site: , Total Dose: , Note :**

**Botox Dose Units, Side , Muscle , SE Range : , Dose per Site: , Total Dose: , Note :**

Estimated Blood Loss: Less than 1 ml.

Facial Muscle spasticity treatment response:

Patient is aware of signs and symptoms of toxicity. Patient will return to clinic in , .

## Assessment / Plan

**1. Hemifacial spasm**
G51.3: Clonic hemifacial spasm

## Return to Office

- Tonya Phillips, MD for Est 30 at FSPB_Sparks Clinic Neurology on 06/25/2018 at 06:30 AM
- Abdul-Nasser Adjei, MD for Follow-up at FSPB_Cardiology Center at Sparks on 09/27/2018 at 09:30 AM

## Encounter Sign-Off

Encounter signed-off by Tonya Phillips, MD, 05/25/2018.

Encounter performed and documented by Tonya Phillips, MD
Encounter reviewed & signed by Tonya Phillips, MD on 05/25/2018 at 8:12am

KENNEY, FRED W (id #429556, dob: 09/04/1973)

Image Documentation #28636164

May/29/2018 10:06:41 AM southpointe family medical 479-424-0049 2/4

Delivery Verification

ACCREDO HEALTH GRP INC INDIANAPOLIS
DEPT. 268
2825W PERIMETER RD
STE 112
INDIANAPOLIS IN 46241
844.457.9195

**Patient ID:** 12025535
**Patient:** FRED KENNEY
**Ship Addr:** 3808 GARY ST STE B
FORT SMITH, AR 72903-5450
**Phone #:** 479.709.7050
**Alt #:** 479.719.1135
**Ship Date:** 05/15/18
**Dispensing Branch:** 297
**Shipment ID:** 53009473

**Therapy:** BOTX

All items sold by the Accredo Specialty Pharmacy are FSA eligible IIAS items.

**Prescription Drugs**

| Rx | Product Description | QTY | NDC |
|---|---|---|---|
| 000000001075495 | BOTOX 100 UNITS/VIAL | 1 EA | 00023-1145-01 |

Patient Copy

Lincoln/Kenney 401

KENNEY, FRED W (id #429556, dob: 09/04/1973)

Customer Service: 844.457.9195 © 2012 Accredo Health Group, Inc. | An Express Scripts Company. All Rights Reserved. Page 1 of 5

May/29/2018 10:06:41 AM southpointe family medica 479-424-0049 3/4

2

accredo®
Specialty Pharmacy

**Your Account Information**

**Name:** SPARKS CLINIC NEUROL
DR. TONYA PHILLIPS

**Shipping ID:** 38280952

**Shipping Address:** 3808 GARY ST STE B
FORT SMITH, AR 72903-5450

0003284127164

**844.457.9195**
24/7 access to pharmacists who are ready to help you with your medications.

Whatever your question or concern, your call is important to us. We appreciate the opportunity to be your pharmacy partner throughout your therapy.

Your Accredo team can:

- Schedule a refill shipment
- Provide clinical support
- Answer billing or insurance questions.

See Shipment Request Form for easy order scheduling by fax.

## Patients

This shipment contains drugs for the patients listed in this section. To see all of the items included in this shipment, see the attached DVRs.

**The following patients do not need to sign and return their DVRs:**
FRED KENNEY

## About Your Order

We value our customers and want to continue to provide excellent customer service. You can help us by verifying the accuracy of your shipments upon receipt. Please call your pharmacy team at the toll free number listed in the top right hand corner to report any concerns or discrepancies.

## Patient Counseling

**Make sure to read the enclosed information about your prescriptions before you take your medicine. If you have questions, you may contact one of our registered pharmacists, 24 hours a day, 7 days a week, at 844.457.9195 or the toll free number on your label.**
Call your doctor for medical advice about side effects. You may report side effects to the Food and Drug Administration (FDA) at 800.FDA.1088.

No olvide leer la información incluida acerca de sus medicinas recetadas antes de tomarlas. Si tiene alguna pregunta, puede ponerse en contacto con uno de nuestros farmacéuticos licenciados, las 24 horas del día, los 7 días de la semana, al **844.457.9195. Llame a su médico para orientación médica acerca de los efectos secundarios.** Usted puede informar los efectos secundarios a la Administración Federal de Alimentos y Drogas al 800.FDA.1088.

## What You May Need To Know

Accredo Health Group offers the care and convenience you deserve. You can always fill your specialty medication and check the status of your order through our interactive voice response (IVR) system. Please reference your welcome materials for dialing information or please call the toll free number on your prescription label. Please note that there are certain specialty medications that cannot be ordered through IVR. (IVR access is available at the discretion of your health plan.)

Accredo Health Group (Accredo) will be closed the following holidays:
New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, and Christmas Day. If the holiday falls on Saturday Accredo will be closed the Friday before the holiday. If the holiday falls on a Sunday, Accredo will be closed the Monday after the holiday. Accredo reserves the right to change the date closed and will notify patients of any such change.



A licensed pharmacist is available 24 hours a day, 7 days a week plus holidays for urgent issues relating to your medication. Please call 844.457.9195 or the toll-free number located on your prescription label

[illegible] HMA [illegible] LLC • 3808 Gary Ste. B, FORT SMITH AR 72903-5450

**KENNEY, FRED W (id #429556, dob: 09/04/1973)**

[illegible] on your prescription label.

Customer Service: 844.457.9166

@ 2012 Accredo Health Group, Inc. | An Express Scripts Company. All Rights Reserved.

Page 1 of 5

**KENNEY, FRED W (id #429556, dob: 09/04/1973)**

Patient

| | | | |
|---|---|---|---|
| **Name** | KENNEY, FRED (44yo, M) ID# 429556 | **Appt. Date/Time** | 06/21/2018 06:30AM |
| **DOB** | 09/04/1973 | **Service Dept.** | FSPB_Sparks Clinic Neurology |
| **Provider** | TONYA PHILLIPS, MD | | |
| **Insurance** | Med Primary: BCBS-AR<br>Insurance # : OGE880351683<br>Policy/Group # : YN9885<br>Med Secondary: AMERICAN POSTAL WORKERS UNION HEALTH PLAN<br>Insurance # : W47694796<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. | | |

Chief Complaint

Followup: Dizziness

Patient's Care Team

**Primary Care Provider:** MICHAEL R WESTBROOK MD: 107 N 9TH ST, OZARK, AR 72949-2796, Ph (479) 667-2923, Fax (479) 667-2857 NPI: 1295794857

Patient's Pharmacies

**MEDI-QUIK PHARMACY (ERX): 810 W. COMMERCIAL, OZARK AR 72949, Ph (479) 667-4145, Fax (479) 667-4879**

Vitals

**Ht:** 6 ft 6 in (198.12 cm) 06/21/2018 06:37 am

**Wt:** 315.4 lbs (143.06 kg) 06/21/2018 06:28 am

**BP:** 144/97 sitting R leg 06/21/2018 06:28 am

**Pulse:** 72 bpm 06/21/2018 06:29 am

**BMI:** 36.4 06/21/2018 06:28 am

Allergies

Reviewed Allergies

NKDA

Medications

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route. | 02/04/15 | entered |
| **Botox 100 unit injection**<br>Take by injection route. | 05/10/18 | filled |
| **meclizine 25 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route for 30 days. | 04/05/18 | filled |
| **metoprolol tartrate 25 mg tablet**<br>Take 0.5 tablet(s) twice a day by oral route. | 02/16/18 | filled |
| **sulfacetamide sodium**<br>3 gtts qid | 04/05/18 | entered |
| **sulfacetamide sodium 10 % eye drops** | 04/03/18 | filled |
| **Symbicort 80 mcg-4.5 mcg/actuation HFA aerosol inhaler** | 03/10/18 | filled |
| **Xarelto 20 mg tablet**<br>TAKE 1 TABLET, BY MOUTH, EACH DAY | 05/16/18 | filled |

Problems

**KENNEY, FRED W (id #429556, dob: 09/04/1973)**

Reviewed Problems
- Obesity
- Essential hypertension
- Paroxysmal atrial fibrillation
- Bradycardia
- Transient cerebral ischemia
- Dizziness - Onset: 03/29/2018
- Sleep apnea

## Family History

Discussed Family History
Non-contributory.

## Social History

Discussed Social History
Smoking Status: Never smoker (Notes: chews tobacco)

## Surgical History

Reviewed Surgical History
Cardiovascular Procedure - 03/29/2018 - 48 Hour Holter Monitor- NSR, No SVT or VT arrhythmias.

No Surgeries

## Past Medical History

Discussed Past Medical History
Notes: hemifacial spasm atrial fibrillation

## Screening

None recorded.

## HPI

Fred returns today for follow-up of his vertigo, hemifacial spasm, CP angle lipoma. He did see a neurosurgeon Dr. Krisch since I saw him last he did relate that he felt like it was causing some nerve root compression whether or not it was causing the dizziness he did not know. The dizziness has not improved. He start meclizine. His had cardiac evaluation. He just feels like it's constant at this time but at times worse than others. Positional changes do seem to make things worse. His MRI did show a very large Lopez lipoma which likely is causing seventh nerve compression but difficult to tell if it is contributing and does not appear that it's enlarged. He states he the neurosurgeon told him that he would not want to do the surgery that he would Have to see another neurosurgeon he's not anxious to do that at this time. He does have occasional headaches but the dizziness does not seem to correlate with the headaches it is pretty much there all the time and just worse than others. He is off balance he feels that his become difficult to do his job where he works around of electrical and very concerned about the balance problems as well as the dizziness which is been difficult to drive because of the constant dizziness and nausea.

## ROS

**Constitutional:** Constitutional: no significant weight gain or loss and no fever, night sweats, or exercise intolerance.

**Eyes:** Eyes: no irritation, dry eyes, or vision change.

**ENMT:** Ears: no difficulty hearing or ear pain. Nose: no frequent nosebleeds or nose/sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems.

**Cardiovascular:** Cardiovascular: no shortness of breath when walking or breath when lying down and no palpitations, chest pain, arm pain on exertion, or known heart murmur.

**Respiratory:** Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.

**Gastrointestinal:** Gastrointestinal: no vomiting, diarrhea, dyspepsia, GERD, or abdominal pain and normal appetite and not vomiting blood.

**Genitourinary:** Genitourinary: no incontinence, hematuria, difficulty urinating, or increased frequency.

**Musculoskeletal:** Musculoskeletal: no muscle aches or weakness and no arthralgias/joint pain, back pain, or swelling in the extremities.

**Integumentary:** Skin: no jaundice, rashes, or abnormal mole.

**Neurologic:** Neurologic: no weakness, seizures, headaches, or loss of consciousness and**dizziness; twitching.**

**Psychiatric:** Psych: no depression, sleep disturbances, or alcohol abuse and feeling safe in relationship.

**KENNEY, FRED W (id #429556, dob: 09/04/1973)**

**Endocrine:** Endocrine: no fatigue.

**Hematologic/Lymphatic:** Hematologic/Lymphatic no swollen glands and **easy bruising.**

**Allergic/Immunologic:** Allergy/Immunologic: no itching, hives, runny nose, sinus pressure, or frequent sneezing.

**Additionally reports: I have reviewed and agree with documentation on ROS**

## Physical Exam

Patient is a 44-year-old male.

**Constitutional:** Weight: well-nourished. Ambulation: ambulates independently. Gait/Posture: tiptoe normal, heel walk normal, tandem gait normal, no ataxia, and **unsteady station**.

**Neurological:** Coordination: no clonus, dysmetria or tremor, or pronator drift and normal finger-to-nose and rapid alternating movements normal. Sensation: normal temperature, vibration, position, soft touch, and sharp stim. Reflexes on the Right: biceps 2/4, triceps 2/4, brachial radialis 2/4, patellar 2/4, and achilles 2/4. Reflexes on the Left: biceps 2/4, triceps 2/4, brachial radialis 2/4, patellar 2/4, and achilles 2/4.

**Skin:** General Inspection: no cyanosis or clubbing. Extremity Edema Right none. Extremity Edema Left none.

**Mental Status:** Orientation oriented to person, place, problem, and time. Mood/Affect: appropriate mood and affect. Memory: recent memory intact and remote memory intact.

**Cranial Nerves:** CN II pupil normal size and reactive to light and dark and PERRL , EOMI, VA, facial strength full with no asymmetry, visual fields full, gross hearing intact, fundoscopic exam grossly normal, optic nerve normal appearance, normal optic vessels, and no cataracts. CN III, IV, VI: no nystagmus, extraocular muscle strength normal, and normal ocular motility pursuits. CN V Right: normal sensation. CN V Left: normal sensation. CN VII Right **abnormal facial expression.** CN VII Left: normal facial expression. CN VIII Right: normal hearing to finger rub. CN VIII Left: normal hearing to finger rub. CN IX, X: normal swallowing and palatal movement. CN XI Right: normal sternocleidomastoid and trapezii. CN XI Left: normal sternocleidomastoid and trapezii. CN XII: no fasciculation of the tongue and tongue protrudes midline. Frontal Release Signs: snout absent, glabellar absent, right palmomental absent, and left palmomental absent.

**Motor Exam:** Right Upper Extremity: normal bulk and tone. Left Upper Extremity: normal bulk and tone. Right Shoulder Strength: FROM, abduction 5/5, internal rotation 5/5, and external rotation 5/5. Left Shoulder Strength: FROM, abduction 5/5, internal rotation 5/5, and external rotation 5/5. Right Elbow Strength: FROM, flexion 5/5, extension 5/5, and pronation 5/5. Left Elbow Strength: FROM, flexion 5/5, extension 5/5, and pronation 5/5. Right Wrist: FROM, flexion 5/5, and extension 5/5. Left Wrist: FROM, flexion 5/5, and extension 5/5. Left Hand: FROM and hand grip 5/5. Right Hand: FROM and hand grip 5/5. Right Lower Extremity: normal bulk. Left Lower Extremity: normal bulk. Right Hip: FROM, flexion 5/5, abduction 5/5, and adduction 5/5. Left Hip: FROM, flexion 5/5, abduction 5/5, and adduction 5/5. Right Knee: FROM, flexion 5/5, and extension 5/5. Left Knee: FROM, flexion 5/5, and extension 5/5. Right Ankle: FROM, flexion 5/5, and extension 5/5. Left Ankle: FROM, flexion 5/5, and extension 5/5. Right Great Toe Strength extension 5/5. Left Great Toe Strength extension 5/5.

## Assessment / Plan

44-year-old with large CP angle tumor which could be a difficult surgical removal. Dr. Krisch did not feel that he would be able to do that I think the only on options would be to a large tertiary care center and then again he may have more impairment. At this point time much the dizziness, vertigo is from that it's very difficult to ascertain but have not found any other etiologies. This point time I think be difficult to maintain his current employment because of that and if the certainly worsens then recommend seeing another neurosurgeon for the possibility of resection. He will continue his Botox for his hemifacial spasm. Worsening problems or difficulties to notify us.

1. **Cerebellopontine angle tumor**
   D49.6: Neoplasm of unspecified behavior of brain

2. **Vertigo**
   R42: Dizziness and giddiness

3. **Hemifacial spasm**
   G51.3: Clonic hemifacial spasm

## Return to Office

- Tonya Phillips, MD for Botox 30 at FSPB_Sparks Clinic Neurology on 08/29/2018 at 03:30 PM
- Abdul-Nasser Adjei, MD for Follow-up at FSPB_Cardiology Center at Sparks on 09/27/2018 at 09:30 AM

## Encounter Sign-Off

Encounter signed-off by Tonya Phillips, MD, 06/21/2018.

Encounter performed and documented by Tonya Phillips, MD

[illegible] FORT SMITH AR 72903-5450

**KENNEY, FRED W (id #429556, dob: 09/04/1973)**

Encounter reviewed & signed by Tonya Phillips, MD on 06/21/2018 at 6:40am

MRI, BRAIN, W/WO CONTRAST for KENNEY, FRED W 09/04/1973 (44yo M) #429556
E#429556

| Ordering Provider | TONYA PHILLIPS, MD | Performing facility | SPARKS REGIONAL MEDICAL CTR (RADIOLOGY) |
|---|---|---|---|
| Reported Date | 04/12/2018 09:37 | Accession ID | 5134731053 |
| Performed Date | 04/12/2018 07:00 | | |

Sparks Regional Medical Center

Patient: KENNEY, FRED W MRN: 647214

DOB: 9/4/1973 Sex: Male

Location: ARSR RAD

Ordering Physician: PHILLIPS, TONYA L MD

Magnetic Resonance Imaging

Accession
630-18-102-00639
CDT

Exam Date/Time
4/12/2018 07:50

Reason for Exam
Neoplasm of unspecified behavior of brain

Report
MRI BRAIN WITH AND WITHOUT CONTRAST

HISTORY: Neoplasm of unspecified behavior of brain

COMPARISON: April 10, 2009

TECHNIQUE: Multiplanar multisequence MR images were obtained through the brain both with and without IV contrast.

FINDINGS: There is no evidence of restricted diffusion to suggest acute infarction. Ventricles and sulci are within normal limits without significant atrophy or hydrocephalus. There is no mass effect or midline shift. No abnormal parenchymal signal intensity. No abnormal blooming artifact on gradient echo sequence. No abnormal parenchymal enhancement or intraparenchymal mass. No abnormal meningeal enhancement. T2 flow-voids are grossly intact. Stable appearing 2.2 cm mass in the right cerebellopontine angle is present that demonstrates increased signal on T1 and T2-weighted sequences. There is no restricted diffusion in the lesion. No definite postcontrast enhancement is seen. 7th and 8th cranial nerves are traversing the lesion and are separated compared to the contralateral side indicating some mass effect. Chronic paranasal sinus disease present.

IMPRESSION:
1. Stable 2.2 cm mass in the right cerebellopontine angle with signal characteristics compatible with dermoid versus lipoma. There is some splaying of the 7th and 8th cranial nerves that run through the mass compared to the contralateral side. This also appears stable compared to prior examination. Patient will be brought back on Monday for fat-suppressed sequence to help differentiate between dermoid and lipoma.
2. Chronic paranasal sinus disease present.

Created on Workstation ID: 1481RD061

Dictating Physician: Clint Wood, MD

MRI, BRAIN, W/WO CONTRAST for KENNEY, FRED W 09/04/1973 (44yo M) #429556
E#429556
Created and electronically signed by Clint Wood, MD on 4/12/2018
9:35

Magnetic Resonance Imaging

Accession
630-18-102-00639
CDT

Exam Date/Time
4/12/2018 07:50

Report
AM

***** Final *****

Dictated by: Wood, Clint E MD
Dictated DT/TM: 04/12/2018 09:37 am CDT
Signed by: Wood, Clint E MD
Signed (Electronic Signature): 04/12/2018 09:37 am CDT

**Community Health Systems**

Sparks Regional Medical Center
1001 Towson Avenue
Fort Smith, AR 72902

| | |
|---|---|
| To: | Phillips, Tonya L |
| Fax Number: | 1 479 709 7051 |
| Pages: | 5 |
| Date/Time: | 04/17/2018 08:25:53 |

**Confidentiality Notice** The documents accompanying this transmission contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been filled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of the contents of these documents, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

When applicable Federal law 42 CFR Part 2 prohibits unauthorized disclosure of these records.

**Sparks Regional Medical Center**

1001 Towson Ave.
Fort Smith, AR 72901-2406

(479) 441-4000

| | | | |
|---|---|---|---|
| **Patient:** | **KENNEY, FRED W** | Location: | ARSR RAD |
| MRN: | 647214 | Attending: | PHILLIPS,TONYA L MD |
| Account #: | 8335194 | DOB/Sex: | 9/4/1973 Male |
| Adm Date: | 4/12/2018 | Service Code: | RAD OUTPATIENT RADIOLOGY |
| Primary Care: | PHILLIPS,TONYA L MD | | |
| | | Copy to: | PHILLIPS,TONYA L MD |

## *Magnetic Resonance Imaging*

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 630-18-102-00639 | 4/12/2018 07:50 CDT | MRI Brain WWO | PHILLIPS,TONYA L MD | 44 years |

**Reason for Exam**
(MRI Brain WWO) Neoplasm of unspecified behavior of brain

**Addendum**
Right cerebellopontine angle mass homogeneously suppresses on fat-suppressed sequence which is compatible with lipoma.

Created on Workstation ID: 1481RD061

Dictating Physician: Clint Wood, MD

Created and electronically signed by Clint Wood, MD on 4/17/2018 8:22 AM

***** Final *****

Dictated by: Wood, Clint E MD
Dictated DT/TM: 04/17/2018 08:25 am CDT
Signed by: Wood, Clint E MD
Signed (Electronic Signature): 04/17/2018 08:25 am CDT

**Report**
MRI BRAIN WITH AND WITHOUT CONTRAST

HISTORY: Neoplasm of unspecified behavior of brain

COMPARISON: April 10, 2009

TECHNIQUE: Multiplanar multisequence MR images were obtained through the brain both with and without IV contrast.

FINDINGS: There is no evidence of restricted diffusion to suggest acute infarction. Ventricles and sulci are within normal limits without significant atrophy or hydrocephalus. There is no mass effect or midline shift. No abnormal parenchymal signal intensity. No abnormal blooming artifact on gradient echo sequence. No abnormal

**Patient:** **KENNEY, FRED W**
MRN: 647214
Account #: 8335194
Adm Date: 4/12/2018
Primary Care: PHILLIPS,TONYA L MD

Location: ARSR RAD
Attending: PHILLIPS,TONYA L MD
DOB/Sex: 9/4/1973 Male
Service Code: RAD OUTPATIENT RADIOLOGY

Copy to: PHILLIPS,TONYA L MD

## *Magnetic Resonance Imaging*

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 630-18-102-00639 | 4/12/2018 07:50 CDT | MRI Brain WWO | PHILLIPS,TONYA L MD | 44 years |

**Report**
parenchymal enhancement or intraparenchymal mass. No abnormal meningeal enhancement. T2 flow-voids are grossly intact. Stable appearing 2.2 cm mass in the right cerebellopontine angle is present that demonstrates increased signal on T1 and T2-weighted sequences. There is no restricted diffusion in the lesion. No definite postcontrast enhancement is seen. 7th and 8th cranial nerves are traversing the lesion and are separated compared to the contralateral side indicating some mass effect. Chronic paranasal sinus disease present.

IMPRESSION:
1. Stable 2.2 cm mass in the right cerebellopontine angle with signal characteristics compatible with dermoid versus lipoma. There is some splaying of the 7th and 8th cranial nerves that run through the mass compared to the contralateral side. This also appears stable compared to prior examination. Patient will be brought back on Monday for fat-suppressed sequence to help differentiate between dermoid and lipoma.
2. Chronic paranasal sinus disease present.

Created on Workstation ID: 1481RD061

Dictating Physician: Clint Wood, MD

Created and electronically signed by Clint Wood, MD on 4/12/2018 9:35 AM

***** Final *****

Dictated by: Wood, Clint E MD
Dictated DT/TM: 04/12/2018 09:37 am CDT
Signed by: Wood, Clint E MD
Signed (Electronic Signature): 04/12/2018 09:37 am CDT
Report last revised on 4/17/2018 08:25 CDT by Wood,Clint E MD

**Sparks Regional Medical Center**

1001 Towson Ave
Fort Smith, AR 72901-2406

(479) 441-4000

| | | | |
|---|---|---|---|
| **Patient:** | **KENNEY, FRED W** | Location: | ARSR RAD |
| MRN: | 647214 | Attending: | PHILLIPS,TONYA L MD |
| Account #: | 8335194 | DOB/Sex: | 9/4/1973 Male |
| Adm Date: | 4/12/2018 | Service Code: | RAD OUTPATIENT RADIOLOGY |
| Primary Care: | PHILLIPS,TONYA L MD | | |
| | | Copy to: | PHILLIPS,TONYA L MD |

## *Magnetic Resonance Imaging*

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 630-18-102-00639 | 4/12/2018 07:50 CDT | MRI Brain WWO | PHILLIPS,TONYA L MD | 44 years |

**Reason for Exam**
(MRI Brain WWO) Neoplasm of unspecified behavior of brain

**Addendum**
Right cerebellopontine angle mass homogeneously suppresses on fat-suppressed sequence which is compatible with lipoma.

Created on Workstation ID: 1481RD061

Dictating Physician: Clint Wood, MD

Created and electronically signed by Clint Wood, MD on 4/17/2018 8:22 AM

***** Final *****

Dictated by: Wood, Clint E MD
Dictated DT/TM: 04/17/2018 08:25 am CDT
Signed by: Wood, Clint E MD
Signed (Electronic Signature): 04/17/2018 08:25 am CDT

**Report**
MRI BRAIN WITH AND WITHOUT CONTRAST

HISTORY: Neoplasm of unspecified behavior of brain

COMPARISON: April 10, 2009

TECHNIQUE: Multiplanar multisequence MR images were obtained through the brain both with and without IV contrast.

FINDINGS: There is no evidence of restricted diffusion to suggest acute infarction. Ventricles and sulci are within normal limits without significant atrophy or hydrocephalus. There is no mass effect or midline shift. No abnormal parenchymal signal intensity. No abnormal blooming artifact on gradient echo sequence. No abnormal

| | |
|---|---|
| **Patient:** **KENNEY, FRED W** | Location: ARSR RAD |
| MRN: 647214 | Attending: PHILLIPS,TONYA L MD |
| Account #: 8335194 | DOB/Sex: 9/4/1973 Male |
| Adm Date: 4/12/2018 | Service Code: RAD OUTPATIENT RADIOLOGY |
| Primary Care: PHILLIPS,TONYA L MD | Copy to: PHILLIPS,TONYA L MD |

## *Magnetic Resonance Imaging*

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 630-18-102-00639 | 4/12/2018 07:50 CDT | MRI Brain WWO | PHILLIPS,TONYA L MD | 44 years |

**Report**

parenchymal enhancement or intraparenchymal mass. No abnormal meningeal enhancement. T2 flow-voids are grossly intact. Stable appearing 2.2 cm mass in the right cerebellopontine angle is present that demonstrates increased signal on T1 and T2-weighted sequences. There is no restricted diffusion in the lesion. No definite postcontrast enhancement is seen. 7th and 8th cranial nerves are traversing the lesion and are separated compared to the contralateral side indicating some mass effect. Chronic paranasal sinus disease present.

IMPRESSION:
1. Stable 2.2 cm mass in the right cerebellopontine angle with signal characteristics compatible with dermoid versus lipoma. There is some splaying of the 7th and 8th cranial nerves that run through the mass compared to the contralateral side. This also appears stable compared to prior examination. Patient will be brought back on Monday for fat-suppressed sequence to help differentiate between dermoid and lipoma.
2. Chronic paranasal sinus disease present.

Created on Workstation ID: 1481RD061

Dictating Physician: Clint Wood, MD

Created and electronically signed by Clint Wood, MD on 4/12/2018 9:35 AM

***** Final *****

Dictated by: Wood, Clint E MD
Dictated DT/TM: 04/12/2018 09:37 am CDT
Signed by: Wood, Clint E MD
Signed (Electronic Signature): 04/12/2018 09:37 am CDT
Report last revised on 4/17/2018 08:25 CDT by Wood,Clint E MD

# ATTENDING PHYSICIAN'S STATEMENT

This form is to be completed
without expense to Liberty Mutual and returned
along with your original claim for benefits or
by the date requested by the Liberty Mutual Claims Dept.

Liberty Mutual.

Group Market Disability Claims
Liberty Life Assurance
Company of Boston
P.O. Box 7209
London, KY 40742-7209
Phone No.: 1-800-320-7585
Fax No.: 1-603-422-0119

Return to: ______

PART A: TO BE COMPLETED BY EMPLOYEE

EMPLOYEE/CLAIMANT NAME: Fred W. Kenney

CLAIM NO.: ______ S.S. NO.: 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

EMPLOYER/SPONSOR: OG+E DATE OF BIRTH: 9-4-73

## AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

I authorize any licensed physician, medical provider, hospital, medical facility, HMO, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, mental health and any non-medical information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder or its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, and persons or organizations providing medical treatment or services in connection with any claim, or as may be otherwise permitted or required by law.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by written notification to the Company in the Liberty Mutual group of companies to which I submit a claim and/or the Plan Sponsor.

25 June 18 — Date

[signature] — Claimant's Signature (or Authorized Representative)

PART B: TO BE COMPLETED BY ATTENDING PHYSICIAN

## PHYSICIAN'S INSTRUCTIONS

PLEASE NOTE: IF ANY PORTION OF THIS FORM IS NOT COMPLETED, WE WILL BE REQUIRED TO REQUEST THE INFORMATION WHICH WILL RESULT IN A DELAY IN DETERMINATION OF YOUR PATIENT'S DISABILITY BENEFITS.

THE CLINICAL INFORMATION, IN COMBINATION WITH THE PHYSICAL FACTORS OF YOUR PATIENT'S JOB AND THE CONTRACTUAL PROVISIONS UNDER WHICH HE/SHE IS COVERED, WILL BE USED TO ESTABLISH THE MOST APPROPRIATE WORK ABSENCE DURATION.

1. DIAGNOSIS D49.6
   - Primary R47 ICD9 ______
   - Secondary G51.3 ICD9 ______
   - ICD9 ______

Has patient ever had the same or a similar condition? Yes ______ No ______
If "Yes", state when and describe.

What is your prognosis? fair

For Pregnancy:
EDC ______ Date of Delivery ______ Type ______

2. DATES OF TREATMENT
   - (a) Date of First Visit 10/7/16 (mo/day/yr)
   - (b) Date of Last Visit 6/21/18 (mo/day/yr)
   - (c) Frequency of Visits ____ Weekly ____ Monthly ✓ Other (specify) every 3 months
   - (d) Date of First Treatment ______ (mo/day/yr)
   - (e) Date Symptoms First Appeared / Accident Occurred 4-5-18 (mo/day/yr)
   - (f) Date Patient Advised to Cease Work 4-5-18
   - (g) Estimated Return to Work Date 8/29/19

PHYSICIAN, PLEASE COMPLETE THE REVERSE SIDE OF THIS FORM.

DP 6837 Rev. 02/10

PART B, cont.: TO BE COMPLETED BY ATTENDING PHYSICIAN

3. Please describe in detail your PROPOSED TREATMENT PLAN. Please list all medications the patient is taking for this condition. Include your prognosis as a result of this treatment plan. IDENTIFY ANY RESTRICTIONS you have imposed on your patient at this time.
Patient was sent to a neurosurgeon + Dr Krisnt felt unable to operate on CP angle tumor

4. PHYSICAL IMPAIRMENT

- ___ Class 1 - No limitation of functional capacity; capable of heavy work.
- ___ Class 2 - Medium manual activity.
- ___ Class 3 - Slight limitation of functional capacity; capable of light work.
- ___ Class 4 - Moderate limitation of functional capacity; capable of clerical/administrative activity.
- ✓ Class 5 - Severe limitation of functional capacity; incapable of minimum activity.

REMARKS: Unable to function due to severe dizziness

5. MENTAL/NERVOUS IMPAIRMENT

- ___ Class 1 - Patient is able to function under stress and engage in interpersonal relations (no limitations).
- ___ Class 2 - Patient is able to function in most stressful situations and engage in most interpersonal relations (slight limitations).
- X Class 3 - Patient is able to engage in only limited stressful situations and engage only in limited interpersonal relations (moderate limitations).
- ___ Class 4 - Patient is unable to engage in stressful situations or engage in interpersonal relations (marked limitations).
- ___ Class 5 - Patient has significant loss of psychological, physiological, personal, and social adjustment (severe limitations).

REMARKS:

6. CARDIAC IMPAIRMENT (if applicable)

Functional Capacity: X Class 1: No Limitation ___ Class 2: Slight Limitation
(per American Heart Assn) ___ Class 3: Marked Limitation ___ Class 4: Complete Limitation
Blood Pressure (last visit): ________ (systolic/diastolic)

7. Date of Next Scheduled Visit

Are you still treating the patient? X Yes ___ No
If patient has been referred to another physician, please indicate the name of physician, address, telephone number, and reason for referral. Dr Krisnt phone 501-552-6413

Was patient referred to you by another physician? X Yes ✓ No

8. Has patient been hospital confined? ___ Yes ✓ No
Dates of Confinement: From ________ to ________
Was surgery performed? ___ Yes ___ No If "Yes", please indicate procedure(s) performed:
CPT Code: ________ Date Performed ________
Name and Address of Hospital:

9. After you have completed this form, please attach copies of the following materials:
Office notes for the period of treatment or for the last two years
Test Results showing medical evidence
Hospital discharge summary (if applicable)
Consulting physician's reports (if applicable)

10. REMARKS

| | |
|---|---|
| Tonya Phillips<br>Attending Physician's Name (PLEASE PRINT) | MD / Neurology<br>Degree/Specialty |
| | 27-1013535<br>SS No. or Tax ID No. |
| 3808 Gary Street<br>Street Address | 479-709-7050<br>Telephone No. |
| | 479-709-7051<br>Fax No. |
| Fort Smith AR 72903<br>City/State/Zip Code | [signature]<br>Signature |
| | 6/25/18<br>Date |

# AUTHORIZATION TO RELEASE MEDICAL INFORMATION

I, Fred W. Kenney, hereby authorize Liberty Mutual Group to release to OGE Energy Corp. or its representative, any and all information requested regarding my condition and disability, including my long term disability claim, Social Security, prospects of recovery and rehabilitation, or any related information.

**THE INFORMATION I AUTHORIZE FOR RELEASE MAY INCLUDE INFORMATION THAT COULD BE CONSIDERED INFORMATION ABOUT COMMUNICABLE OR VENEREAL DISEASES WHICH MAY INCLUDE, BUT ARE NOT LIMITED TO, DISEASES SUCH AS HEPATITIS, SYPHILIS, GONORRHEA AND THE HUMAN IMMUNODEFICIENCY VIRUS ALSO KNOWN AS ACQUIRED IMMUNE DEFICIENCY SYNDROME (AIDS).**

A copy of this authorization shall be considered as effective and valid as the original.

Signature [signature]

Date 25 June 18

# OGE Energy Corp.
## Group Long-Term Disability Plan
## BENEFICIARY DESIGNATION FORM

Name and address of Insured employee: Fred W. Kenney
518 CR 2731
London AR 72847

I, as an Insured under the Group Long-Term Disability Plan held by OGE Energy Corp. hereby request that the beneficiary of such plan be designated as follows:

**PLEASE PRINT NAMES IN FULL AND GIVE ADDRESS AND RELATIONSHIP OF EACH PERSON TO THE INSURED.**

**Primary Beneficiary:** Sherry Kenney (SPouse)
518 CR 2731
London AR 72847

if surviving the Insured. (If more than one person is named, benefits will be paid in equal shares to the survivors unless indicated otherwise).

**OTHERWISE TO:**

**Contingent Beneficiary:** ______________________

if surviving the Insured. (If more than one person is named, benefits will be paid in equal shares to the survivors unless indicated otherwise).

If no beneficiary survives the Insured, the proceeds will be paid as provided in the Plan. If no provision is made in the plan, then proceeds will be paid to the estate of the Insured.

Unless otherwise stated, the Insured reserves the right to further change the beneficiary without the beneficiary's consent.

Signed at: London (City) AR (State) on 25 June 18 (Date)

Vickie Drich Harris (Witness to Insured's signature)

[signature] (Signature of Insured)

H:\FSA_H\BENEFITS\Forms-Blanks\LTDBeneDesigForm.sf

Lincoln/Kenney 418

Form **W-4S**

Department of the Treasury
Internal Revenue Service

**Request for Federal Income Tax Withholding From Sick Pay**

▶ Give this form to the third-party payer of your sick pay.
▶ Go to www.irs.gov/FormW4S for the latest information.

OMB No. 1545-0074

**2018**

| Type or print your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Fred W. | Kenney | 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 |

Home address (number and street or rural route)
518 CR 2731

City or town, state, and ZIP code
London AR 72847

Claim or identification number (if any)

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See Worksheet below.) $ 88.00

Employee's signature ▶ [signature] Date ▶ 25 June 18

Separate here and give the top part of this form to the payer. Keep the lower part for your records.

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| | | | |
|---|---|---|---|
| 1 | Enter amount of adjusted gross income that you expect in 2018 | 1 | |
| 2 | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2018 | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | |
| 4 | Tax. Figure your tax on line 3 by using the 2018 Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. Do not use any tax tables, worksheets, or schedules in the 2017 Form 1040, 1040A, or 1040EZ instructions | 4 | |
| 5 | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) | 5 | |
| 6 | Subtract line 5 from line 4 | 6 | |
| 7 | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2018 or paid or to be paid with 2018 estimated tax payments | 7 | |
| 8 | Subtract line 7 from line 6 | 8 | |
| 9 | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply | 9 | |
| 10 | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above | 10 | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S is not valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

Liberty Mutual.

# DISABILITY CLAIM FORM

PLEASE CHECK BENEFITS APPLIED FOR: ☐ STD ☒ LTD

Liberty Life Assurance Company of Boston

Group Market Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7209
London, KY 40742-7209
Phone No.: 1-800-210-7595
Fax No.: 1-603-421-0119

**TO BE COMPLETED BY EMPLOYEE**
*(PLEASE COMPLETE ALL APPLICABLE SPACES)*

Employee's Name: Fred W. Kenney
Employee's Social Security No.: 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

Street Address: 518 CR 2731
City: London
State: AR
Zip Code: 72847

Home Telephone No.: 478 885-2508
Work Telephone No.: (478) 209-1114
Sex: ☒ M ☐ F
Date of Birth: 9-4-73

Employer's Name: OG+E
Marital Status: ☐ Single ☒ Married ☐ Widowed ☐ Divorced
Spouse's Name: Sherry Kenney
Spouse's Date of Birth: 10-26-73

List Names and Dates of Birth of Unmarried Children Who Have Not Finished High School (under age 19): Scarlett Kenney, 1-26-05
No. of Dependents: 2

Treated By: (Please include all treating physicians; use additional paper if needed)
HOSPITAL: Name: Sparks
Street Address / City/State/Zip Code

DOCTOR: Name: Dr. Tonya Phillips
Street Address: 3808 Gary St, City/State/Zip Code: Ft. Smith, AR 72903
Doctor's Phone No.: 478 709-7050

Date Injury/Illness Began: 10-7-16
Date First Treated: 10-7-16
Date Last Worked: 15 Mar 18
Date Returned to Work: —

Is your illness or injury related to your occupation? ☐ Yes ☒ No
If "Yes", then please explain:

Have you or do you intend to file a Workers' Compensation claim? ☐ Yes ☒ No

Describe how and where injury occurred or describe the onset and nature of your illness.
Severe dizzeness due to brain tumor.

Identify other income you are receiving or for which you have applied:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages, Salary, or Separation Pay | $ | | | |
| ☐ | ☒ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☒ | State Disability | $ | | | |
| ☐ | ☒ | Retirement (normal, early, or disability) | $ | | | |
| ☐ | ☒ | Workers' Compensation | $ | | | |
| ☐ | ☒ | Group Disability | $ | | | |
| ☐ | ☒ | Other (please describe) ______ | $ | | | |

If your request for disability benefits is approved, all or a part of your benefits may be considered taxable income if they are attributable to: 1) employer contributions toward the disability plan or, 2) your contributions, on a pre tax basis, toward the disability plan.

Apply a voluntary federal income tax withholding to each benefit payment? ☒ Yes ☐ No If "Yes", select one of the following:

☐ Withhold a specific whole dollar amount based upon the disability payment mode (weekly, bi-weekly, semi-monthly, monthly), or:
$____ weekly ($20.00 min.) $____ bi-weekly ($40.00 min.) $____ semi-monthly ($44.00 min.) $ 88 monthly ($88.00 min.)

☐ Use the completed and signed IRS Form W-4S I have attached which specifies any withholding request.

Apply a voluntary state income tax withholding to each benefit payment? ☒ Yes ☐ No If "Yes", select one of the following:

☐ Withhold $ 10.00 ($10.00 minimum) for the State of AR, or

☐ Use the completed and signed state employee withholding certificate I have attached which specifies any withholding request.

Signature: [signature] Date: 25 June 18

DP 403P Rev. 02/10
Fully Insured

PLEASE REVIEW REVERSE SIDE AND SIGN WHERE INDICATED

## PLEASE READ CAREFULLY, SIGN AND DATE BELOW

The information I have provided is true and complete to the best of my knowledge and belief. I agree that a Photostat copy of this form will be as valid as the original. I understand that any person who knowingly or with intent to injure, defraud, or deceive an insurance company, files a statement containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

CALIFORNIA EMPLOYEES: For your protection, California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

COLORADO EMPLOYEES: It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies.

DELAWARE EMPLOYEES: It shall be a fraudulent insurance act for a person to knowingly, by act or omission, with intent to injure, defraud or deceive: prepare, present or cause to be presented to any insurer, any oral or written statement including computer-generated documents as part of, or in support of, a claim for payment or other benefit pursuant to an insurance policy, containing false, incomplete or misleading information concerning any fact material to such claims.

FLORIDA EMPLOYEES: I understand that any person who knowingly and with intent to injure, defraud, or deceive any insurance company files a statement or claim or an application containing any false, incomplete, or misleading information is guilty of a felony of third degree.

KENTUCKY EMPLOYEES: I understand that any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purposes of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

MINNESOTA EMPLOYEES: A person who submits an application or files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

NEW JERSEY EMPLOYEES: Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

NEW YORK EMPLOYEES: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand and the stated value of the claim for each such violation.

NORTH CAROLINA EMPLOYEES: Any person who with the intent to injure, defraud, or deceive an insurer or insurance claimant: presents or causes to be presented a written or oral statement, including computer-generated documents as part of, in support of, or in opposition to a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning any fact or matter material to the claim, or assists, abets, solicits or conspires with another person to prepare or make any written or oral statement that is intended to be presented to an insurer or insurance claimant in connection with, in support of, or in opposition to a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning fact or matter material to the claim is guilty of a felony.

OHIO EMPLOYEES: I understand that any person who, with intent to defraud, or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

OKLAHOMA EMPLOYEES: I understand that any person who knowingly, and with intent to injure, defraud, or deceive any insurer, makes a claim for the proceeds of an insurance policy containing any false, incomplete, or misleading information is guilty of a felony.

PENNSYLVANIA EMPLOYEES: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

EMPLOYEE SIGNATURE: [signature] DATE SIGNED: 25 June 18

KENNEY, FRED W (id #429556, dob: 09/04/1973)

Patient

| | | | |
|---|---|---|---|
| **Name** | KENNEY, FRED (44yo, M) ID# 429556 | **Appt. Date/Time** | 04/05/2018 06:30AM |
| **DOB** | 09/04/1973 | **Service Dept.** | FSPB_Sparks Clinic Neurology |
| **Provider** | TONYA PHILLIPS, MD | | |
| **Insurance** | Med Primary: BCBS-AR<br>Insurance # : OGE880351683<br>Policy/Group # : YN9885<br>Med Secondary: AMERICAN POSTAL WORKERS UNION HEALTH PLAN<br>Insurance # : W47694796<br>Prescription: ESI1 - Member is eligible.<br>Prescription: ESI1 - Member is eligible. | | |

Chief Complaint

Established Patient

laying 126/82 p-80 sitting 118/78 p -80 standing 116/78 p -78

Patient's Care Team

**Primary Care Provider:** MICHAEL R WESTBROOK MD: 107 N 9TH ST, OZARK, AR 72949-2796, Ph (479) 667-2923, Fax (479) 667-2857 NPI: 1295794857

Patient's Pharmacies

**MEDI-QUIK PHARMACY (ERX): 810 W. COMMERCIAL, OZARK AR 72949, Ph (479) 667-4145, Fax (479) 667-4879**

Vitals

04/05/2018 06:49 am

**Ht:** 6 ft 6 in (198.12 cm) **Wt:** 318.4 lbs (144.42 kg) **BP:** 136/86

**Pulse:** 78 bpm **BMI:** 36.8

Allergies

Reviewed Allergies
NKDA

Medications

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route. | 02/04/15 | entered |
| **azithromycin** | 04/05/18 | entered |
| **Botox 100 unit injection**<br>Take by injection route. | 02/16/18 | entered |
| **meclizine 25 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route for 30 days. | 04/05/18 | prescribed |
| **metoprolol tartrate 25 mg tablet**<br>Take 0.5 tablet(s) twice a day by oral route. | 02/16/18 | filled |
| **sulfacetamide sodium**<br>3 gtts qid | 04/05/18 | entered |
| **Symbicort 80 mcg-4.5 mcg/actuation HFA aerosol inhaler** | 03/10/18 | filled |
| **Xarelto 20 mg tablet**<br>TAKE 1 TABLET, BY MOUTH, EACH DAY | 03/14/18 | filled |

**KENNEY, FRED W (id #429556, dob: 09/04/1973)**

## Problems

Reviewed Problems
- Obesity
- Essential hypertension
- Paroxysmal atrial fibrillation
- Bradycardia
- Transient cerebral ischemia
- Dizziness - Onset: 03/29/2018
- Sleep apnea

## Family History

Discussed Family History
Non-contributory.

## Social History

Discussed Social History
Smoking Status: Never smoker (Notes: chews tobacco)

## Surgical History

Reviewed Surgical History
No Surgeries

## Past Medical History

Discussed Past Medical History
Notes: hemifacial spasm atrial fibrillation

## Screening

None recorded.

## HPI

Mr. Kenny is a 44-year-old I have followed for several years with right hemifacial spasm. He was evaluated 8-9 years ago and found to have a right CP angle lipoma. It was 2 cm on in size. He was evaluated by neurosurgery in Little Rock and not felt that it was likely causing any problems are causing any compression. There is some mild effacement of the brainstem but did not. The affecting any nerve roots. He states that since on that was discovered he's had a little difficulty with what he describes as being dizzy and imbalance for a swimmy headed he feels like over the last several months he's had more problems. He is been receiving Botox for his hemifacial spasm which his work quite well. He does have a triad is reasonable evaluated by cardiology to Holter monitoring felt like his heart rate was fine. He states he just feels a little unsteady is not when working he did recently diagnosed with a sinusitis and is been on antibiotics. He feels like the symptoms were worse even before the sinusitis. He denies any ringing in his ears denies any hearing changes denies any significant worsening as far as numbness or tingling of his face. He denies any visual symptoms. His medications he has not had a follow-up scan since 2010. He is tried over-the-counter Dramamine but that does not seem to be working. He is been off for the last 3 weeks because of these symptoms.

## ROS

**Constitutional:** Constitutional: no significant weight gain or loss and no fever, night sweats, or exercise intolerance.

**Eyes:** Eyes: no irritation, dry eyes, or vision change.

**ENMT:** Ears: no difficulty hearing or ear pain. Nose: no frequent nosebleeds or nose/sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems.

**Cardiovascular:** Cardiovascular: no shortness of breath when walking or breath when lying down and no palpitations, chest pain, arm pain on exertion, or known heart murmur.

**Respiratory:** Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.

**Gastrointestinal:** Gastrointestinal: no vomiting, diarrhea, dyspepsia, GERD, or abdominal pain and normal appetite and not vomiting blood.

**Genitourinary:** Genitourinary: no incontinence, hematuria, difficulty urinating, or increased frequency.

**Musculoskeletal:** Musculoskeletal: no muscle aches or weakness and no arthralgias/joint pain, back pain, or swelling in the extremities.

**Integumentary:** Skin: no jaundice, rashes, or abnormal mole.

**Neurologic:** Neurologic: no weakness, seizures, headaches, or loss of consciousness and**dizziness; twitching**.

**Psychiatric:** Psych: no depression, sleep disturbances, or alcohol abuse and feeling safe in relationship.

**Endocrine:** Endocrine: no fatigue.

**Hematologic/Lymphatic:** Hematologic/Lymphatic no swollen glands and**easy bruising**.

**Allergic/Immunologic:** Allergy/Immunologic: no itching, hives, runny nose, sinus pressure, or frequent sneezing.

**Additionally reports: I have reviewed and agree with documentation on ROS**

## Physical Exam

Patient is a 44-year-old male.

**Constitutional:** Weight: well-nourished. Ambulation: ambulates independently. Gait/Posture: gait normal, tiptoe normal, heel walk normal, tandem gait normal, no ataxia, and station normal.

**Neurological:** Coordination: no clonus, dysmetria or tremor, or pronator drift and normal finger-to-nose and rapid alternating movements normal. Sensation: normal temperature, vibration, position, soft touch, and sharp stim. Reflexes on the Right: biceps 2/4, triceps 2/4, brachial radialis 2/4, patellar 2/4, and achilles 2/4. Reflexes on the Left: biceps 2/4, triceps 2/4, brachial radialis 2/4, patellar 2/4, and achilles 2/4.

**Skin:** General Inspection: no cyanosis or clubbing. Extremity Edema Right none. Extremity Edema Left none.

**Mental Status:** Orientation oriented to person, place, problem, and time. Mood/Affect: appropriate mood and affect. Memory: recent memory intact and remote memory intact.

**Cranial Nerves:** CN II pupil normal size and reactive to light and dark and PERRL , EOMI, VA, facial strength full with no asymmetry, visual fields full, gross hearing intact, fundoscopic exam grossly normal, optic nerve normal appearance, normal optic vessels, and no cataracts. CN III, IV, VI: no nystagmus, extraocular muscle strength normal, and normal ocular motility pursuits. CN V Right: normal sensation. CN V Left: normal sensation. CN VII Right **abnormal facial expression.** CN VII Left: normal facial expression. CN VIII Right: normal hearing to finger rub. CN VIII Left: normal hearing to finger rub. CN IX, X: normal swallowing and palatal movement. CN XI Right: normal sternocleidomastoid and trapezii. CN XI Left: normal sternocleidomastoid and trapezii. CN XII: no fasciculation of the tongue and tongue protrudes midline. Frontal Release Signs: snout absent, glabellar absent, right palmomental absent, and left palmomental absent.

**Motor Exam:** Right Upper Extremity: normal bulk and tone. Left Upper Extremity: normal bulk and tone. Right Shoulder Strength: FROM, abduction 5/5, internal rotation 5/5, and external rotation 5/5. Left Shoulder Strength: FROM, abduction 5/5, internal rotation 5/5, and external rotation 5/5. Right Elbow Strength: FROM, flexion 5/5, extension 5/5, and pronation 5/5. Left Elbow Strength: FROM, flexion 5/5, extension 5/5, and pronation 5/5. Right Wrist: FROM, flexion 5/5, and extension 5/5. Left Wrist: FROM, flexion 5/5, and extension 5/5. Left Hand: FROM and hand grip 5/5. Right Hand: FROM and hand grip 5/5. Right Lower Extremity: normal bulk. Left Lower Extremity: normal bulk. Right Hip: FROM, flexion 5/5, abduction 5/5, and adduction 5/5. Left Hip: FROM, flexion 5/5, abduction 5/5, and adduction 5/5. Right Knee: FROM, flexion 5/5, and extension 5/5. Left Knee: FROM, flexion 5/5, and extension 5/5. Right Ankle: FROM, flexion 5/5, and extension 5/5. Left Ankle: FROM, flexion 5/5, and extension 5/5. Right Great Toe Strength extension 5/5. Left Great Toe Strength extension 5/5.

## Assessment / Plan

44-year-old with right facial spasm as well as a right CP angle tumor consistent with lipoma which typically does not enlarge but I do think he needs follow-up scans to make sure that that is not causing worsening symptoms. At this point in time if we do see some enlargement has not had a follow-up scan in 8 years. Then need to refer back to Dr. Krisch. We will go ahead and check additional laboratory I called in some meclizine he has a follow-up appointment re: scheduled but we'll call him with his test results in the interim if worsening problems or difficulties to notify us.

**1. Cerebellopontine angle tumor**

D49.6: Neoplasm of unspecified behavior of brain

- MRI, BRAIN + BRAIN STEM, W/WO CONTRAST

Appointment Date: 04/12/2018 Appointment Time: 7:00am check in at sparks hospital ER.

**2. Hemifacial spasm**

G51.3: Clonic hemifacial spasm

- CBC COMPLETE AUTOMATED - Specimen source: Blood venous
- CMP - Specimen source: Blood venous
- T4 - Specimen source: Blood venous
- TSH - Specimen source: Blood venous

**3. Vertigo**

R42: Dizziness and giddiness

- meclizine 25 mg tablet - Take 1 tablet(s) 3 times a day by oral route for 30 days. Qty: 90 tablet(s) Refills: 3 Pharmacy: MEDI-QUIK PHARMACY

**KENNEY, FRED W (id #429556, dob: 09/04/1973)**

Return to Office

- Tonya Phillips, MD for Botox 30 at FSPB_Sparks Clinic Neurology on 05/25/2018 at 09:00 AM
- Abdul-Nasser Adjei, MD for Follow-up at FSPB_Cardiology Center at Sparks on 09/27/2018 at 09:30 AM

Encounter Sign-Off

Encounter signed-off by Tonya Phillips, MD, 04/05/2018.

Encounter performed and documented by Tonya Phillips, MD
Encounter reviewed & signed by Tonya Phillips, MD on 04/05/2018 at 7:30am

**KENNEY, FRED W (id #429556, dob: 09/04/1973)**

Patient

| | | | |
|---|---|---|---|
| **Name** | KENNEY, FRED (44yo, M) ID# 429556 | **Appt. Date/Time** | 06/21/2018 06:30AM |
| **DOB** | 09/04/1973 | **Service Dept.** | FSPB_Sparks Clinic Neurology |
| **Provider** | TONYA PHILLIPS, MD | | |
| **Insurance** | Med Primary: BCBS-AR<br>Insurance # : OGE880351683<br>Policy/Group # : YN9885<br>Med Secondary: AMERICAN POSTAL WORKERS UNION HEALTH PLAN<br>Insurance # : W47694796<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. | | |

Chief Complaint

Followup: Dizziness

Patient's Care Team

**Primary Care Provider:** MICHAEL R WESTBROOK MD: 107 N 9TH ST, OZARK, AR 72949-2796, Ph (479) 667-2923, Fax (479) 667-2857 NPI: 1295794857

Patient's Pharmacies

**MEDI-QUIK PHARMACY (ERX): 810 W. COMMERCIAL, OZARK AR 72949, Ph (479) 667-4145, Fax (479) 667-4879**

Vitals

| | | |
|---|---|---|
| **Ht:** 6 ft 6 in (198.12 cm) 06/21/2018 06:27 am | **Wt:** 315.4 lbs (143.06 kg) 06/21/2018 06:28 am | **BP:** 144/97 sitting R leg 06/21/2018 06:28 am |
| **Pulse:** 72 bpm 06/21/2018 06:28 am | **BMI:** 36.4 06/21/2018 06:28 am | |

Allergies

Reviewed Allergies
NKDA

Medications

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route. | 02/04/15 | entered |
| **Botox 100 unit injection**<br>Take by injection route. | 05/10/18 | filled |
| **meclizine 25 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route for 30 days. | 04/05/18 | filled |
| **metoprolol tartrate 25 mg tablet**<br>Take 0.5 tablet(s) twice a day by oral route. | 02/16/18 | filled |
| **sulfacetamide sodium**<br>3 gtts qid | 04/05/18 | entered |
| **sulfacetamide sodium 10 % eye drops** | 04/03/18 | filled |
| **Symbicort 80 mcg-4.5 mcg/actuation HFA aerosol inhaler** | 03/10/18 | filled |
| **Xarelto 20 mg tablet**<br>TAKE 1 TABLET, BY MOUTH, EACH DAY | 05/16/18 | filled |

Problems

**KENNEY, FRED W (id #429556, dob: 09/04/1973)**

Reviewed Problems
- Obesity
- Essential hypertension
- Paroxysmal atrial fibrillation
- Bradycardia
- Transient cerebral ischemia
- Dizziness - Onset: 03/29/2018
- Sleep apnea

## Family History

Discussed Family History
Non-contributory.

## Social History

Discussed Social History
Smoking Status: Never smoker (Notes: chews tobacco)

## Surgical History

Reviewed Surgical History
Cardiovascular Procedure - 03/29/2018 - 48 Hour Holter Monitor- NSR, No SVT or VT arrhythmias.

No Surgeries

## Past Medical History

Discussed Past Medical History
Notes: hemifacial spasm atrial fibrillation

## Screening

None recorded.

## HPI

Fred returns today for follow-up of his vertigo, hemifacial spasm, CP angle lipoma. He did see a neurosurgeon Dr. Krisch since I saw him last he did relate that he felt like it was causing some nerve root compression whether or not it was causing the dizziness he did not know. The dizziness has not improved. He start meclizine. His had cardiac evaluation. He just feels like it's constant at this time but at times worse than others. Positional changes do seem to make things worse. His MRI did show a very large Lopez lipoma which likely is causing seventh nerve compression but difficult to tell if it is contributing and does not appear that it's enlarged. He states he the neurosurgeon told him that he would not want to do the surgery that he would Have to see another neurosurgeon he's not anxious to do that at this time. He does have occasional headaches but the dizziness does not seem to correlate with the headaches it is pretty much there all the time and just worse than others. He is off balance he feels that his become difficult to do his job where he works around of electrical and very concerned about the balance problems as well as the dizziness which is been difficult to drive because of the constant dizziness and nausea.

## ROS

**Constitutional:** Constitutional: no significant weight gain or loss and no fever, night sweats, or exercise intolerance.

**Eyes:** Eyes: no irritation, dry eyes, or vision change.

**ENMT:** Ears: no difficulty hearing or ear pain. Nose: no frequent nosebleeds or nose/sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems.

**Cardiovascular:** Cardiovascular: no shortness of breath when walking or breath when lying down and no palpitations, chest pain, arm pain on exertion, or known heart murmur.

**Respiratory:** Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.

**Gastrointestinal:** Gastrointestinal: no vomiting, diarrhea, dyspepsia, GERD, or abdominal pain and normal appetite and not vomiting blood.

**Genitourinary:** Genitourinary: no incontinence, hematuria, difficulty urinating, or increased frequency.

**Musculoskeletal:** Musculoskeletal: no muscle aches or weakness and no arthralgias/joint pain, back pain, or swelling in the extremities.

**Integumentary:** Skin: no jaundice, rashes, or abnormal mole.

**Neurologic:** Neurologic: no weakness, seizures, headaches, or loss of consciousness and**dizziness; twitching**.

**Psychiatric:** Psych: no depression, sleep disturbances, or alcohol abuse and feeling safe in relationship.

KENNEY, FRED W (id #429556, dob: 09/04/1973)

**Endocrine:** Endocrine: no fatigue.

**Hematologic/Lymphatic:** Hematologic/Lymphatic no swollen glands and **easy bruising**.

**Allergic/Immunologic:** Allergy/Immunologic: no itching, hives, runny nose, sinus pressure, or frequent sneezing.

**Additionally reports: I have reviewed and agree with documentation on ROS**

## Physical Exam

Patient is a 44-year-old male.

**Constitutional:** Weight: well-nourished. Ambulation: ambulates independently. Gait/Posture: tiptoe normal, heel walk normal, tandem gait normal, no ataxia, and **unsteady station.**

**Neurological:** Coordination: no clonus, dysmetria or tremor, or pronator drift and normal finger-to-nose and rapid alternating movements normal. Sensation: normal temperature, vibration, position, soft touch, and sharp stim. Reflexes on the Right: biceps 2/4, triceps 2/4, brachial radialis 2/4, patellar 2/4, and achilles 2/4. Reflexes on the Left: biceps 2/4, triceps 2/4, brachial radialis 2/4, patellar 2/4, and achilles 2/4.

**Skin:** General Inspection: no cyanosis or clubbing. Extremity Edema Right none. Extremity Edema Left none.

**Mental Status:** Orientation oriented to person, place, problem, and time. Mood/Affect: appropriate mood and affect. Memory: recent memory intact and remote memory intact.

**Cranial Nerves:** CN II pupil normal size and reactive to light and dark and PERRL , EOMI, VA, facial strength full with no asymmetry, visual fields full, gross hearing intact, fundoscopic exam grossly normal, optic nerve normal appearance, normal optic vessels, and no cataracts. CN III, IV, VI: no nystagmus, extraocular muscle strength normal, and normal ocular motility pursuits. CN V Right: normal sensation. CN V Left: normal sensation. CN VII Right **abnormal facial expression.** CN VII Left: normal facial expression. CN VIII Right: normal hearing to finger rub. CN VIII Left: normal hearing to finger rub. CN IX, X: normal swallowing and palatal movement. CN XI Right: normal sternocleidomastoid and trapezii. CN XI Left: normal sternocleidomastoid and trapezii. CN XII: no fasciculation of the tongue and tongue protrudes midline. Frontal Release Signs: snout absent, glabellar absent, right palmomental absent, and left palmomental absent.

**Motor Exam:** Right Upper Extremity: normal bulk and tone. Left Upper Extremity: normal bulk and tone. Right Shoulder Strength: FROM, abduction 5/5, internal rotation 5/5, and external rotation 5/5. Left Shoulder Strength: FROM, abduction 5/5, internal rotation 5/5, and external rotation 5/5. Right Elbow Strength: FROM, flexion 5/5, extension 5/5, and pronation 5/5. Left Elbow Strength: FROM, flexion 5/5, extension 5/5, and pronation 5/5. Right Wrist: FROM, flexion 5/5, and extension 5/5. Left Wrist: FROM, flexion 5/5, and extension 5/5. Left Hand: FROM and hand grip 5/5. Right Hand: FROM and hand grip 5/5. Right Lower Extremity: normal bulk. Left Lower Extremity: normal bulk. Right Hip: FROM, flexion 5/5, abduction 5/5, and adduction 5/5. Left Hip: FROM, flexion 5/5, abduction 5/5, and adduction 5/5. Right Knee: FROM, flexion 5/5, and extension 5/5. Left Knee: FROM, flexion 5/5, and extension 5/5. Right Ankle: FROM, flexion 5/5, and extension 5/5. Left Ankle: FROM, flexion 5/5, and extension 5/5. Right Great Toe Strength extension 5/5. Left Great Toe Strength extension 5/5.

## Assessment / Plan

44-year-old with large CP angle tumor which could be a difficult surgical removal. Dr. Krisch did not feel that he would be able to do that I think the only on options would be to a large tertiary care center and then again he may have more impairment. At this point time much the dizziness, vertigo is from that it's very difficult to ascertain but have not found any other etiologies. This point time I think be difficult to maintain his current employment because of that and if the certainly worsens then recommend seeing another neurosurgeon for the possibility of resection. He will continue his Botox for his hemifacial spasm. Worsening problems or difficulties to notify us.

1. **Cerebellopontine angle tumor**
   D49.6: Neoplasm of unspecified behavior of brain

2. **Vertigo**
   R42: Dizziness and giddiness

3. **Hemifacial spasm**
   G51.3: Clonic hemifacial spasm

## Return to Office

- Tonya Phillips, MD for Botox 30 at FSPB_Sparks Clinic Neurology on 08/29/2018 at 03:30 PM
- Abdul-Nasser Adjei, MD for Follow-up at FSPB_Cardiology Center at Sparks on 09/27/2018 at 09:30 AM

## Encounter Sign-Off

Encounter signed-off by Tonya Phillips, MD, 06/21/2018.

Encounter performed and documented by Tonya Phillips, MD

KENNEY, FRED W (id #429556, dob: 09/04/1973)

Encounter reviewed & signed by Tonya Phillips, MD on 06/21/2018 at 6:40am

MRI, BRAIN, W/WO CONTRAST for KENNEY, FRED W 09/04/1973 (44yo M) #429556
E#429556

| Ordering Provider | TONYA PHILLIPS, MD | Performing facility | SPARKS REGIONAL MEDICAL CTR (RADIOLOGY) |
|---|---|---|---|
| Reported Date | 04/12/2018 09:37 | Accession ID | 5134731053 |
| Performed Date | 04/12/2018 07:00 | | |

Sparks Regional Medical Center

Patient: KENNEY, FRED W MRN: 647214

DOB: 9/4/1973 Sex: Male

Location: ARSR RAD

Ordering Physician: PHILLIPS, TONYA L MD

Magnetic Resonance Imaging

Accession
630-18-102-00639
CDT

Exam Date/Time
4/12/2018 07:50

Reason for Exam
Neoplasm of unspecified behavior of brain

Report
MRI BRAIN WITH AND WITHOUT CONTRAST

HISTORY: Neoplasm of unspecified behavior of brain

COMPARISON: April 10, 2009

TECHNIQUE: Multiplanar multisequence MR images were obtained through the brain both with and without IV contrast.

FINDINGS: There is no evidence of restricted diffusion to suggest acute infarction. Ventricles and sulci are within normal limits without significant atrophy or hydrocephalus. There is no mass effect or midline shift. No abnormal parenchymal signal intensity. No abnormal blooming artifact on gradient echo sequence. No abnormal parenchymal enhancement or intraparenchymal mass. No abnormal meningeal enhancement. T2 flow-voids are grossly intact. Stable appearing 2.2 cm mass in the right cerebellopontine angle is present that demonstrates increased signal on T1 and T2-weighted sequences. There is no restricted diffusion in the lesion. No definite postcontrast enhancement is seen. 7th and 8th cranial nerves are traversing the lesion and are separated compared to the contralateral side indicating some mass effect. Chronic paranasal sinus disease present.

IMPRESSION:
1. Stable 2.2 cm mass in the right cerebellopontine angle with signal characteristics compatible with dermoid versus lipoma. There is some splaying of the 7th and 8th cranial nerves that run through the mass compared to the contralateral side. This also appears stable compared to prior examination. Patient will be brought back on Monday for fat-suppressed sequence to help differentiate between dermoid and lipoma.
2. Chronic paranasal sinus disease present.

Created on Workstation ID: 1481RD061

Dictating Physician: Clint Wood, MD

MRI, BRAIN, W/WO CONTRAST for KENNEY, FRED W 09/04/1973 (44yo M) #429556
E#429556
Created and electronically signed by Clint Wood, MD on 4/12/2018
9:35

Magnetic Resonance Imaging

Accession
630-18-102-00639
CDT

Exam Date/Time
4/12/2018 07:50

Report
AM

***** Final *****

Dictated by: Wood, Clint E MD
Dictated DT/TM: 04/12/2018 09:37 am CDT
Signed by: Wood, Clint E MD
Signed (Electronic Signature): 04/12/2018 09:37 am CDT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0421

| | |
|---|---|
| Date: | June 29, 2018 |
| To: | TONYA PHILLIPS |
| Attn: | Medical Records |
| Fax: | (479) 709-7051 |
| From: | Sean McGrath<br>Ltd Specialist II<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 559-0421 |
| Total Pages<br>(Including Cover): | 2 |
| RE:<br><br>Claim #: 8205360<br>Claimant: Wesley Kenney<br><br>OGE Energy Corp. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0421

June 29, 2018

Tonya Phillips

RE: Long Term Disability (LTD) Benefits
OGE Energy Corp.
Claim #: 8205360
Claimant: Wesley Kenney
Claimant D.O.B.: September 4, 1973

Dear Tonya Phillips:

We are the Disability Claim Administrator for your patient, Wesley Kenney.

To evaluate Mr. Kenney's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 1, 2017 through April 1, 2018

We ask that you provide this information by July 13, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0421 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sean McGrath
Ltd Specialist II
Phone No.: (800) 320-7585 Ext. 41628
Secure Fax No.: (603) 559-0421

«Sequence_Number»

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209

WESLEY KENNEY
518 COUNTY RD 271
LANDON, AR 72846-0000

*4000000200029213*

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

June 28, 2018

WESLEY KENNEY
518 COUNTY RD 271
LANDON, AR 72846-0000

RE: OGE ENERGY CORP.
Long Term Disability Benefits
Claim #: 8205360

MR. KENNEY

We acknowledge receipt of your request for consideration of disability benefits.

Liberty Life Assurance Company is required to inform you of certain state mandated regulations, one of which is fraud notification.

For your protection, Arkansas law requires us to provide the following statement: Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

Sincerely,

Sean McGrath
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 28 Jun 2018 12:53:06 +0000
**To:** beadledw@oge.com;cantresk@oge.com
**Subject:** Claim #8205360, WESLEY KENNEY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The claim number is 8205360.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 320-7585.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 28 Jun 2018 12:53:06 +0000
**To:** beadledw@oge.com;cantresk@oge.com
**Subject:** Claim #8205360, WESLEY KENNEY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The claim number is 8205360.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 320-7585.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. WESLEY KENNEY
518 COUNTY RD 271
LANDON AR 72846

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0421

June 28, 2018

Mr. Wesley F. Kenney
518 COUNTY RD 271
LANDON, AR 72846

RE: Long Term Disability (LTD) Benefits
OGE Energy Corp.
Claim #: 8205360

Dear Mr. Wesley Kenney:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under OGE Energy Corp.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have been informed that you have been unable to work since March 16, 2018 due to your condition.

Please note that receipt of benefits prior to the Long Term Disability benefit begin date does not automatically mean that your Long Term Disability claim will be approved. The provisions and requirements in the Long Term Disability Policy differ from those of other income replacement contracts.

In order to consider your application for benefits, we are in need of additional information.

The Policy requires that you provide proof of disability as follows:

> *"**Disability**" or "**Disabled**" means:*
>
> 1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
> *Applicable to Class 2:*
>
> a. *if the Covered Person is eligible for the Maximum Own Occupation benefit, "**Disability**" or "**Disabled**" means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to perform the Material and Substantial Duties of his Own Occupation.*

*Applicable to Class 1:*

*b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, **"Disability"** or **"Disabled"** means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

***"Disability"** or **"Disabled"** means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

***Notice and Proof of Claim***

*1. **Notice***

*a. Notice of claim must be given to Liberty within 30 days of the date of the loss on which the claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.*

*b. When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Liberty written Proof of claim without waiting for the forms.*

*2. **Proof***

*a. Satisfactory Proof of loss must be given to Liberty no later than 30 days after the end of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.*

*Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

Please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, and treatment plans for the period of reported disability.

We are requesting that you complete and return the following form(s):

X Authorization - Medical
X Claimant Information Form
X Claimant Supplementary Statement
__ Other

This information is needed in order to make an initial determination on your claim.

OGE Energy Corp.'s LTD Policy requires that you provide proof of disability in order to receive benefits. This proof must be provided by August 11, 2018. Without the information specified above, we will be unable to evaluate your claim eligibility. In the absence of this information, we will make a claim determination based on the information in our file, which may result in a claim denial.

We will notify you of the status of the claim when a decision has been made. If you have any questions regarding your application for benefits, please contact me.

Liberty Mutual Insurance offers you the convenience of managing multiple aspects of your benefits online or through your mobile device, including viewing the status of your claim or leave. Visit www.mylibertyconnection.com on your computer or mobile device.

Sincerely,

Sean McGrath
Ltd Specialist II
Phone No.: (800) 320-7585 Ext. 41628
Secure Fax No.: (603) 559-0421

Attachments: Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0421

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ________________

Signature of claimant or legal representative ______________________________

Date of Birth: 09/04/1973 Claim Number: 8205360 Date: ______________________

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0421

**Return To:** Sean McGrath

EMPLOYEE/CLAIMANT NAME: Wesley Kenney
CLAIM NO: 8205360
EMPLOYER/SPONSOR: OGE Energy Corp. DATE OF BIRTH: 09/04/1973

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 03/16/2018 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

**MEDICAL INSURANCE CARRIER(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

**PHARMACY(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______ **DATE:** ______

**Lincoln/Kenney 445**

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0421

**Return to:** Sean McGrath

**EMPLOYEE/CLAIMANT NAME:** Wesley Kenney **CLAIM #:** 8205360
**EMPLOYER:** OGE Energy Corp. **DATE OF BIRTH:** 09/04/1973

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:** ____________ **EMPLOYEE'S SIGNATURE:** ____________________

DP 409

4797097123 Southpoint Family Practi 13:12:41 06-25-2018 1 /12

603 477-0119

# ATTENDING PHYSICIAN'S STATEMENT

Liberty Mutual.

This form is to be completed
without expense to Liberty Mutual and returned
along with your original claim for benefits or
by the date requested by the Liberty Mutual Claims Dept.

Group Market Disability Claims
Liberty Life Assurance
Company of Boston
P.O. Box 7209
London, KY 40742-7209
Phone No.: 1-800-320-7581
Fax No.: 1-603-422-0119

Return to:

PART A: TO BE COMPLETED BY EMPLOYEE

EMPLOYEE/CLAIMANT NAME: Fred W. Kenney
CLAIM NO.:
SS NO.: 430 53 0034
EMPLOYER/SPONSOR: OG+E
DATE OF BIRTH: 9-4-73

## AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

I authorize any licensed physician, medical provider, hospital, medical facility, HMO, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all medical information with respect to my physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, mental health and any non-medical information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder or its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, and persons or organizations providing medical treatment or services in connection with any claim, or as may be otherwise permitted or required by law.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

I understand that any person who knowingly and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by written notification to the Company in the Liberty Mutual group of companies to which I submit a claim and/or the Plan Sponsor.

25 June 18 — Date

[signature] — Claimant's Signature (or Authorized Representative)

## PHYSICIAN'S INSTRUCTIONS

PLEASE NOTE: IF ANY PORTION OF THIS FORM IS NOT COMPLETED, WE WILL BE REQUIRED TO REQUEST THE INFORMATION WHICH WILL RESULT IN A DELAY IN DETERMINATION OF YOUR PATIENT'S DISABILITY BENEFITS.

THE CLINICAL INFORMATION, IN COMBINATION WITH THE PHYSICAL FACTORS OF YOUR PATIENT'S JOB AND THE CONTRACTUAL PROVISIONS UNDER WHICH HE/SHE IS COVERED, WILL BE USED TO ESTABLISH THE MOST APPROPRIATE WORK ABSENCE DURATION.

PART B: TO BE COMPLETED BY ATTENDING PHYSICIAN

1. DIAGNOSIS D49.6
   Primary R42 ICD9
   Secondary G51.3 ICD9
   ICD9

Has patient ever had the same or a similar condition? Yes ______ No ______
If "Yes", state when and describe.

What is your prognosis? fair

For Pregnancy:
EDC ______ Date of Delivery ______ Type ______

2. DATES OF TREATMENT
   (a) Date of First Visit 10/7/16 (mo/day/yr)
   (b) Date of Last Visit 6/21/18 (mo/day/yr)
   (c) Frequency of Visits ___ Weekly ___ Monthly ___ Other (specify) every 3 months
   (d) Date of First Treatment (mo/day/yr)
   (e) Date Symptoms First Appeared / Accident Occurred 4-5-18 (mo/day/yr)
   (f) Date Patient Advised to Cease Work 4-5-18
   (g) Estimated Return to Work Date 8/29/19

PHYSICIAN, PLEASE COMPLETE THE REVERSE SIDE OF THIS FORM.

DF 6029 Rev 02/10

Lincoln/Kenney 447

PART B, cont.: TO BE COMPLETED BY ATTENDING PHYSICIAN

3. Please describe in detail your PROPOSED TREATMENT PLAN. Please list all medications the patient is taking for this condition. Include your prognosis as a result of this treatment plan. IDENTIFY ANY RESTRICTIONS you have imposed on your patient at this time.
Patient was sent to a neurosurgeon + Dr Krisht felt unable to operate on CP angle tumor

4. PHYSICAL IMPAIRMENT

___ Class 1 - No limitation of functional capacity; capable of heavy work.
___ Class 2 - Medium manual activity.
___ Class 3 - Slight limitation of functional capacity; capable of light work.
___ Class 4 - Moderate limitation of functional capacity; capable of clerical/administrative activity.
✓ Class 5 - Severe limitation of functional capacity; incapable of minimum activity.

REMARKS: unable to function due to severe dizziness

5. MENTAL/NERVOUS IMPAIRMENT

___ Class 1 - Patient is able to function under stress and engage in interpersonal relations (no limitations).
___ Class 2 - Patient is able to function in most stressful situations and engage in most interpersonal relations (slight limitations).
X Class 3 - Patient is able to engage in only limited stressful situations and engage only in limited interpersonal relations (moderate limitations).
___ Class 4 - Patient is unable to engage in stressful situations or engage in interpersonal relations (marked limitations).
___ Class 5 - Patient has significant loss of psychological, physiological, personal, and social adjustment (severe limitations).

REMARKS:

6. CARDIAC IMPAIRMENT (if applicable)

Functional Capacity: X Class 1: No Limitation ___ Class 2: Slight Limitation
(per American Heart Assn) ___ Class 3: Marked Limitation ___ Class 4: Complete Limitation
Blood Pressure (last visit): ___ (systolic/diastolic)

7. Date of Next Scheduled Visit:

Are you still treating the patient? X Yes ___ No
If patient has been referred to another physician, please indicate the name of physician, address, telephone number, and reason for referral. Dr Krisht phone 501-552-6413

Was patient referred to you by another physician? X Yes ✓ No

8. Has patient been hospital confined? ___ Yes ✓ No
Dates of Confinement: From ___ to ___
Was surgery performed? ___ Yes ___ No If "Yes", please indicate procedure(s) performed:
CPT Code: ___ Date Performed ___
Name and Address of Hospital:

9. After you have completed this form, please attach copies of the following materials:
Office notes for the period of treatment or for the last two years
Test Results showing medical evidence
Hospital discharge summary (if applicable)
Consulting physician's reports (if applicable)

10. REMARKS

Tonya Phillips
Attending Physician's Name (PLEASE PRINT)

3808 Gary Street
Street Address

Fort Smith AR 72903
City/State/Zip Code

MD | Neurology
Degree/Specialty

27-1013935
SS No. or Tax ID No.

479,709-7050
Telephone No.

479,709-7051
Fax No.

[signature]
Signature

6/25/18
Date

## KENNEY, FRED W (id #429556, dob: 09/04/1973)

### Patient

| | | | |
|---|---|---|---|
| **Name** | KENNEY, FRED (44yo, M) ID# 429556 | **Appt. Date/Time** | 04/05/2018 06:30AM |
| **DOB** | 09/04/1973 | **Service Dept.** | FSPB_Sparks Clinic Neurology |
| **Provider** | TONYA PHILLIPS, MD | | |
| **Insurance** | Med Primary: BCBS-AR<br>Insurance # : OGE880351683<br>Policy/Group # : YN9885<br>Med Secondary: AMERICAN POSTAL WORKERS UNION HEALTH PLAN<br>Insurance # : W47694796<br>Prescription: ESI1 - Member is eligible.<br>Prescription: ESI1 - Member is eligible. | | |

### Chief Complaint

Established Patient

laying 126/82 p-80 sitting 118/78 p -80 standing 116/78 p -78

### Patient's Care Team

**Primary Care Provider:** MICHAEL R WESTBROOK MD: 107 N 9TH ST, OZARK, AR 72949-2796, Ph (479) 667-2923, Fax (479) 667-2857 NPI: 1295794857

### Patient's Pharmacies

**MEDI-QUIK PHARMACY (ERX): 810 W. COMMERCIAL, OZARK AR 72949, Ph (479) 667-4145, Fax (479) 667-4879**

### Vitals

[illegible] 08:49 am

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 6 in (198.12 cm) | **Wt:** | 318.4 lbs (144.42 kg) | **BP:** | 136/86 |
| **Pulse:** | 78 bpm | **BMI:** | 36.8 | | |

### Allergies

Reviewed Allergies

NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route. | 02/04/15 | entered |
| **azithromycin** | 04/05/18 | entered |
| **Botox 100 unit injection**<br>Take by injection route. | 02/16/18 | entered |
| **meclizine 25 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route for 30 days. | 04/05/18 | prescribed |
| **metoprolol tartrate 25 mg tablet**<br>Take 0.5 tablet(s) twice a day by oral route. | 02/16/18 | filled |
| **sulfacetamide sodium**<br>3 gtts qid | 04/05/18 | entered |
| **Symbicort 80 mcg-4.5 mcg/actuation HFA aerosol inhaler** | 03/10/18 | filled |
| **Xarelto 20 mg tablet**<br>TAKE 1 TABLET, BY MOUTH, EACH DAY | 03/14/18 | filled |

KENNEY, FRED W (id #429556, dob: 09/04/1973)

## Problems

Reviewed Problems

- Obesity
- Essential hypertension
- Paroxysmal atrial fibrillation
- Bradycardia
- Transient cerebral ischemia
- Dizziness - Onset: 03/29/2018
- Sleep apnea

## Family History

Discussed Family History
Non-contributory.

## Social History

Discussed Social History
Smoking Status: Never smoker (Notes: chews tobacco)

## Surgical History

Reviewed Surgical History
No Surgeries

## Past Medical History

Discussed Past Medical History
Notes: hemifacial spasm atrial fibrillation

## Screening

None recorded.

## HPI

Mr. Kenny is a 44-year-old I have followed for several years with right hemifacial spasm. He was evaluated 8-9 years ago and found to have a right CP angle lipoma. It was 2 cm on in size. He was evaluated by neurosurgery in Little Rock and not felt that it was likely causing any problems are causing any compression. There is some mild effacement of the brainstem but did not. The affecting any nerve roots. He states that since on that was discovered he's had a little difficulty with what he describes as being dizzy and imbalance for a swimmy headed he feels like over the last several months he's had more problems. He is been receiving Botox for his hemifacial spasm which his work quite well. He does have a triad is reasonable evaluated by cardiology to Holter monitoring felt like his heart rate was fine. He states he just feels a little unsteady is not when working he did recently diagnosed with a sinusitis and is been on antibiotics. He feels like the symptoms were worse even before the sinusitis. He denies any ringing in his ears denies any hearing changes denies any significant worsening as far as numbness or tingling of his face. He denies any visual symptoms. His medications he has not had a follow-up scan since 2010. He is tried over-the-counter Dramamine but that does not seem to be working. He is been off for the last 3 weeks because of these symptoms.

## ROS

**Constitutional:** Constitutional: no significant weight gain or loss and no fever, night sweats, or exercise intolerance.

**Eyes:** Eyes: no irritation, dry eyes, or vision change.

**ENMT:** Ears: no difficulty hearing or ear pain. Nose: no frequent nosebleeds or nose/sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems.

**Cardiovascular:** Cardiovascular: no shortness of breath when walking or breath when lying down and no palpitations, chest pain, arm pain on exertion, or known heart murmur.

**Respiratory:** Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.

**Gastrointestinal:** Gastrointestinal: no vomiting, diarrhea, dyspepsia, GERD, or abdominal pain and normal appetite and not vomiting blood.

**Genitourinary:** Genitourinary: no incontinence, hematuria, difficulty urinating, or increased frequency.

**Musculoskeletal:** Musculoskeletal: no muscle aches or weakness and no arthralgias/joint pain, back pain, or swelling in the extremities.

**Integumentary:** Skin: no jaundice, rashes, or abnormal mole.

**Neurologic:** Neurologic: no weakness, seizures, headaches, or loss of consciousness and**dizziness; twitching**.

KENNEY, FRED W (id #429556, dob: 09/04/1973)

**Psychiatric:** Psych: no depression, sleep disturbances, or alcohol abuse and feeling safe in relationship.

**Endocrine:** Endocrine: no fatigue.

**Hematologic/Lymphatic:** Hematologic/Lymphatic no swollen glands and **easy bruising**.

**Allergic/Immunologic:** Allergy/Immunologic: no itching, hives, runny nose, sinus pressure, or frequent sneezing.

**Additionally reports: I have reviewed and agree with documentation on ROS**

## Physical Exam

Patient is a 44-year-old male.

**Constitutional:** Weight: well-nourished. Ambulation: ambulates independently. Gait/Posture: gait normal, tiptoe normal, heel walk normal, tandem gait normal, no ataxia, and station normal.

**Neurological:** Coordination: no clonus, dysmetria or tremor, or pronator drift and normal finger-to-nose and rapid alternating movements normal. Sensation: normal temperature, vibration, position, soft touch, and sharp stim. Reflexes on the Right: biceps 2/4, triceps 2/4, brachial radialis 2/4, patellar 2/4, and achilles 2/4. Reflexes on the Left: biceps 2/4, triceps 2/4, brachial radialis 2/4, patellar 2/4, and achilles 2/4.

**Skin:** General Inspection: no cyanosis or clubbing. Extremity Edema Right none. Extremity Edema Left none.

**Mental Status:** Orientation oriented to person, place, problem, and time. Mood/Affect: appropriate mood and affect. Memory: recent memory intact and remote memory intact.

**Cranial Nerves:** CN II pupil normal size and reactive to light and dark and PERRL , EOMI, VA, facial strength full with no asymmetry, visual fields full, gross hearing intact, fundoscopic exam grossly normal, optic nerve normal appearance, normal optic vessels, and no cataracts. CN III, IV, VI: no nystagmus, extraocular muscle strength normal, and normal ocular motility pursuits. CN V Right: normal sensation. CN V Left: normal sensation. CN VII Right **abnormal facial expression**. CN VII Left: normal facial expression. CN VIII Right: normal hearing to finger rub. CN VIII Left: normal hearing to finger rub. CN IX, X: normal swallowing and palatal movement. CN XI Right: normal sternocleidomastoid and trapezii. CN XI Left: normal sternocleidomastoid and trapezii. CN XII: no fasciculation of the tongue and tongue protrudes midline. Frontal Release Signs: snout absent, glabellar absent, right palmomental absent, and left palmomental absent.

**Motor Exam:** Right Upper Extremity: normal bulk and tone. Left Upper Extremity: normal bulk and tone. Right Shoulder Strength: FROM, abduction 5/5, internal rotation 5/5, and external rotation 5/5. Left Shoulder Strength: FROM, abduction 5/5, internal rotation 5/5, and external rotation 5/5. Right Elbow Strength: FROM, flexion 5/5, extension 5/5, and pronation 5/5. Left Elbow Strength: FROM, flexion 5/5, extension 5/5, and pronation 5/5. Right Wrist: FROM, flexion 5/5, and extension 5/5. Left Wrist: FROM, flexion 5/5, and extension 5/5. Left Hand: FROM and hand grip 5/5. Right Hand: FROM and hand grip 5/5. Right Lower Extremity: normal bulk. Left Lower Extremity: normal bulk. Right Hip: FROM, flexion 5/5, abduction 5/5, and adduction 5/5. Left Hip: FROM, flexion 5/5, abduction 5/5, and adduction 5/5. Right Knee: FROM, flexion 5/5, and extension 5/5. Left Knee: FROM, flexion 5/5, and extension 5/5. Right Ankle: FROM, flexion 5/5, and extension 5/5. Left Ankle: FROM, flexion 5/5, and extension 5/5. Right Great Toe Strength extension 5/5. Left Great Toe Strength extension 5/5.

## Assessment / Plan

44-year-old with right facial spasm as well as a right CP angle tumor consistent with lipoma which typically does not enlarge but I do think he needs follow-up scans to make sure that that is not causing worsening symptoms. At this point in time if we do see some enlargement has not had a follow-up scan in 8 years. Then need to refer back to Dr. Krisch. We will go ahead and check additional laboratory I called in some meclizine he has a follow-up appointment re: scheduled but we'll call him with his test results in the interim if worsening problems or difficulties to notify us.

**1. Cerebellopontine angle tumor**

D49.6: Neoplasm of unspecified behavior of brain

- MRI, BRAIN + BRAIN STEM, W/WO CONTRAST

  Appointment Date: 04/12/2018 Appointment Time: 7:00am check in at sparks hospital ER.

**2. Hemifacial spasm**

G51.3: Clonic hemifacial spasm

- CBC COMPLETE AUTOMATED - Specimen source: Blood venous
- CMP - Specimen source: Blood venous
- T4 - Specimen source: Blood venous
- TSH - Specimen source: Blood venous

**3. Vertigo**

R42: Dizziness and giddiness

- meclizine 25 mg tablet - Take 1 tablet(s) 3 times a day by oral route for 30 days. Qty: 90 tablet(s) Refills: 3
  Pharmacy: MEDI-QUIK PHARMACY

KENNEY, FRED W (id #429556, dob: 09/04/1973)

Return to Office

- Tonya Phillips, MD for Botox 30 at FSPB_Sparks Clinic Neurology on 05/25/2018 at 09:00 AM
- Abdul-Nasser Adjei, MD for Follow-up at FSPB_Cardiology Center at Sparks on 09/27/2018 at 09:30 AM

Encounter Sign-Off

Encounter signed-off by Tonya Phillips, MD, 04/05/2018.

Encounter performed and documented by Tonya Phillips, MD
Encounter reviewed & signed by Tonya Phillips, MD on 04/05/2018 at 7:30am

KENNEY, FRED W (id #429556, dob: 09/04/1973)

## Patient

| | | | |
|---|---|---|---|
| **Name** | KENNEY, FRED (44yo, M) ID# 429556 | **Appt. Date/Time** | 06/21/2018 06:30AM |
| **DOB** | 09/04/1973 | **Service Dept.** | FSPB_Sparks Clinic Neurology |
| **Provider** | TONYA PHILLIPS, MD | | |
| **Insurance** | Med Primary: BCBS-AR<br>Insurance # : OGE880351683<br>Policy/Group # : YN9885<br>Med Secondary: AMERICAN POSTAL WORKERS UNION HEALTH PLAN<br>Insurance # : W47694796<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. | | |

## Chief Complaint

Followup: Dizziness

## Patient's Care Team

**Primary Care Provider:** MICHAEL R WESTBROOK MD: 107 N 9TH ST, OZARK, AR 72949-2796, Ph (479) 667-2923, Fax (479) 667-2857 NPI: 1295794857

## Patient's Pharmacies

**MEDI-QUIK PHARMACY (ERX): 810 W. COMMERCIAL, OZARK AR 72949, Ph (479) 667-4145, Fax (479) 667-4879**

## Vitals

**Ht:** 6 ft 6 in (198.12 cm) 06/21/2018 06:27 am

**Wt:** 315.4 lbs (143.06 kg) 06/21/2018 06:28 am

**BP:** 144/97 sitting R leg 06/21/2018 06:28 am

**Pulse:** 72 bpm 06/21/2018 06:28 am

**BMI:** 36.4 06/21/2018 06:28 am

## Allergies

Reviewed Allergies

NKDA

## Medications

Reviewed Medications

| | |
|---|---|
| **aspirin 81 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route. | 02/04/15 entered |
| **Botox 100 unit injection**<br>Take by injection route. | 05/10/18 filled |
| **meclizine 25 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route for 30 days | 04/05/18 filled |
| **metoprolol tartrate 25 mg tablet**<br>Take 0.5 tablet(s) twice a day by oral route. | 02/16/18 filled |
| **sulfacetamide sodium**<br>3 gtts qid | 04/05/18 entered |
| **sulfacetamide sodium 10 % eye drops** | 04/03/18 filled |
| **Symbicort 80 mcg-4.5 mcg/actuation HFA aerosol inhaler** | 03/10/18 filled |
| **Xarelto 20 mg tablet**<br>TAKE 1 TABLET, BY MOUTH, EACH DAY | 05/16/18 filled |

## Problems

KENNEY, FRED W (id #429556, dob: 09/04/1973)

Reviewed Problems
- Obesity
- Essential hypertension
- Paroxysmal atrial fibrillation
- Bradycardia
- Transient cerebral ischemia
- Dizziness - Onset: 03/29/2018
- Sleep apnea

## Family History

Discussed Family History
Non-contributory.

## Social History

Discussed Social History
Smoking Status: Never smoker (Notes: chews tobacco)

## Surgical History

Reviewed Surgical History
Cardiovascular Procedure - 03/29/2018 - 48 Hour Holter Monitor- NSR, No SVT or VT arrhythmias.

No Surgeries

## Past Medical History

Discussed Past Medical History
Notes: hemifacial spasm atrial fibrillation

## Screening

None recorded.

## HPI

Fred returns today for follow-up of his vertigo, hemifacial spasm, CP angle lipoma. He did see a neurosurgeon Dr. Krisch since I saw him last he did relate that he felt like it was causing some nerve root compression whether or not it was causing the dizziness he did not know. The dizziness has not improved. He start meclizine. His had cardiac evaluation. He just feels like it's constant at this time but at times worse than others. Positional changes do seem to make things worse. His MRI did show a very large Lopez lipoma which likely is causing seventh nerve compression but difficult to tell if it is contributing and does not appear that it's enlarged. He states he the neurosurgeon told him that he would not want to do the surgery that he would Have to see another neurosurgeon he's not anxious to do that at this time. He does have occasional headaches but the dizziness does not seem to correlate with the headaches it is pretty much there all the time and just worse than others. He is off balance he feels that his become difficult to do his job where he works around of electrical and very concerned about the balance problems as well as the dizziness which is been difficult to drive because of the constant dizziness and nausea.

## ROS

**Constitutional:** Constitutional: no significant weight gain or loss and no fever, night sweats, or exercise intolerance.

**Eyes:** Eyes: no irritation, dry eyes, or vision change.

**ENMT:** Ears: no difficulty hearing or ear pain. Nose: no frequent nosebleeds or nose/sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems.

**Cardiovascular:** Cardiovascular: no shortness of breath when walking or breath when lying down and no palpitations, chest pain, arm pain on exertion, or known heart murmur.

**Respiratory:** Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.

**Gastrointestinal:** Gastrointestinal: no vomiting, diarrhea, dyspepsia, GERD, or abdominal pain and normal appetite and not vomiting blood.

**Genitourinary:** Genitourinary: no incontinence, hematuria, difficulty urinating, or increased frequency.

**Musculoskeletal:** Musculoskeletal: no muscle aches or weakness and no arthralgias/joint pain, back pain, or swelling in the extremities.

**Integumentary:** Skin: no jaundice, rashes, or abnormal mole.

**Neurologic:** Neurologic: no weakness, seizures, headaches, or loss of consciousness and**dizziness; twitching.**

**Psychiatric:** Psych: no depression, sleep disturbances, or alcohol abuse and feeling safe in relationship.

KENNEY, FRED W (id #429556, dob: 09/04/1973)

**Endocrine:** Endocrine: no fatigue.

**Hematologic/Lymphatic:** Hematologic/Lymphatic no swollen glands and **easy bruising**.

**Allergic/Immunologic:** Allergy/Immunologic: no itching, hives, runny nose, sinus pressure, or frequent sneezing.

**Additionally reports: I have reviewed and agree with documentation on ROS**

## Physical Exam

Patient is a 44-year-old male.

**Constitutional:** Weight: well-nourished. Ambulation: ambulates independently. Gait/Posture: tiptoe normal, heel walk normal, tandem gait normal, no ataxia, and **unsteady station**.

**Neurological:** Coordination: no clonus, dysmetria or tremor, or pronator drift and normal finger-to-nose and rapid alternating movements normal. Sensation: normal temperature, vibration, position, soft touch, and sharp stim. Reflexes on the Right: biceps 2/4, triceps 2/4, brachial radialis 2/4, patellar 2/4, and achilles 2/4. Reflexes on the Left: biceps 2/4, triceps 2/4, brachial radialis 2/4, patellar 2/4, and achilles 2/4.

**Skin:** General Inspection: no cyanosis or clubbing. Extremity Edema Right none. Extremity Edema Left none.

**Mental Status:** Orientation oriented to person, place, problem, and time. Mood/Affect: appropriate mood and affect. Memory: recent memory intact and remote memory intact.

**Cranial Nerves:** CN II pupil normal size and reactive to light and dark and PERRL , EOMI, VA, facial strength full with no asymmetry, visual fields full, gross hearing intact, fundoscopic exam grossly normal, optic nerve normal appearance, normal optic vessels, and no cataracts. CN III, IV, VI: no nystagmus, extraocular muscle strength normal, and normal ocular motility pursuits. CN V Right: normal sensation. CN V Left: normal sensation. CN VII Right **abnormal facial expression**. CN VII Left: normal facial expression. CN VIII Right: normal hearing to finger rub. CN VIII Left: normal hearing to finger rub. CN IX, X: normal swallowing and palatal movement. CN XI Right: normal sternocleidomastoid and trapezii. CN XI Left: normal sternocleidomastoid and trapezii. CN XII: no fasciculation of the tongue and tongue protrudes midline. Frontal Release Signs: snout absent, glabellar absent, right palmomental absent, and left palmomental absent.

**Motor Exam:** Right Upper Extremity: normal bulk and tone. Left Upper Extremity: normal bulk and tone. Right Shoulder Strength: FROM, abduction 5/5, internal rotation 5/5, and external rotation 5/5. Left Shoulder Strength: FROM, abduction 5/5, internal rotation 5/5, and external rotation 5/5. Right Elbow Strength: FROM, flexion 5/5, extension 5/5, and pronation 5/5. Left Elbow Strength: FROM, flexion 5/5, extension 5/5, and pronation 5/5. Right Wrist: FROM, flexion 5/5, and extension 5/5. Left Wrist: FROM, flexion 5/5, and extension 5/5. Left Hand: FROM and hand grip 5/5. Right Hand: FROM and hand grip 5/5. Right Lower Extremity: normal bulk. Left Lower Extremity: normal bulk. Right Hip: FROM, flexion 5/5, abduction 5/5, and adduction 5/5. Left Hip: FROM, flexion 5/5, abduction 5/5, and adduction 5/5. Right Knee: FROM, flexion 5/5, and extension 5/5. Left Knee: FROM, flexion 5/5, and extension 5/5. Right Ankle: FROM, flexion 5/5, and extension 5/5. Left Ankle: FROM, flexion 5/5, and extension 5/5. Right Great Toe Strength extension 5/5. Left Great Toe Strength extension 5/5.

## Assessment / Plan

44-year-old with large CP angle tumor which could be a difficult surgical removal. Dr. Krisch did not feel that he would be able to do that I think the only on options would be to a large tertiary care center and then again he may have more impairment. At this point time much the dizziness, vertigo is from that it's very difficult to ascertain but have not found any other etiologies. This point time I think be difficult to maintain his current employment because of that and if the certainly worsens then recommend seeing another neurosurgeon for the possibility of resection. He will continue his Botox for his hemifacial spasm. Worsening problems or difficulties to notify us.

1. **Cerebellopontine angle tumor**
   D49.6: Neoplasm of unspecified behavior of brain

2. **Vertigo**
   R42: Dizziness and giddiness

3. **Hemifacial spasm**
   G51.3: Clonic hemifacial spasm

## Return to Office

- Tonya Phillips, MD for Botox 30 at FSPB_Sparks Clinic Neurology on 08/29/2018 at 03:30 PM
- Abdul-Nasser Adjei, MD for Follow-up at FSPB_Cardiology Center at Sparks on 09/27/2018 at 09:30 AM

## Encounter Sign-Off

Encounter signed-off by Tonya Phillips, MD, 06/21/2018.

Encounter performed and documented by Tonya Phillips, MD

KENNEY, FRED W (id #429556, dob: 09/04/1973)

Encounter reviewed & signed by Tonya Phillips, MD on 06/21/2018 at 6:40am

MRI, BRAIN, W/WO CONTRAST for KENNEY, FRED W 09/04/1973 (44yo M) #429556
E#429556

| | | | |
|---|---|---|---|
| Ordering Provider | TONYA PHILLIPS, MD | Performing facility | SPARKS REGIONAL MEDICAL CTR (RADIOLOGY) |
| Reported Date | 04/12/2018 09:37 | Accession ID | 5134731053 |
| Performed Date | 04/12/2018 07:00 | | |

Sparks Regional Medical Center

Patient: KENNEY, FRED W MRN: 647214

~~DOB: 9/4/1973 Sex: Male~~

Location: ARSR RAD

Ordering Physician: PHILLIPS, TONYA L MD

Magnetic Resonance Imaging

Accession
630-18-102-00639
CDT

Exam Date/Time
4/12/2018 07:50

Reason for Exam
Neoplasm of unspecified behavior of brain

Report
MRI BRAIN WITH AND WITHOUT CONTRAST

HISTORY: Neoplasm of unspecified behavior of brain

COMPARISON: April 10, 2009

TECHNIQUE: Multiplanar multisequence MR images were obtained through the brain both with and without IV contrast.

FINDINGS: There is no evidence of restricted diffusion to suggest acute infarction. Ventricles and sulci are within normal limits without significant atrophy or hydrocephalus. There is no mass effect or midline shift. No abnormal parenchymal signal intensity. No abnormal blooming artifact on gradient echo sequence. No abnormal parenchymal enhancement or intraparenchymal mass. No abnormal meningeal enhancement. T2 flow-voids are grossly intact. Stable appearing 2.2 cm mass in the right cerebellopontine angle is present that demonstrates increased signal on T1 and T2-weighted sequences. There is no restricted diffusion in the lesion. No definite postcontrast enhancement is seen. 7th and 8th cranial nerves are traversing the lesion and are separated compared to the contralateral side indicating some mass effect. Chronic paranasal sinus disease present.

IMPRESSION:
1. Stable 2.2 cm mass in the right cerebellopontine angle with signal characteristics compatible with dermoid versus lipoma. There is some splaying of the 7th and 8th cranial nerves that run through the mass compared to the contralateral side. This also appears stable compared to prior examination. Patient will be brought back on Monday for fat-suppressed sequence to help differentiate between dermoid and lipoma.
2. Chronic paranasal sinus disease present.

Created on Workstation ID: 1481RD061

Dictating Physician: Clint Wood, MD

MRI, BRAIN, W/WO CONTRAST for KENNEY, FRED W 09/04/1973 (44yo M) #429556
E#429556
Created and electronically signed by Clint Wood, MD on 4/12/2018
9:35

Magnetic Resonance Imaging

| Accession | Exam Date/Time |
|---|---|
| 630-18-102-00639 | 4/12/2018 07:50 |
| CDT | |

Report
AM

***** Final *****

Dictated by: Wood, Clint E MD
Dictated DT/TM: 04/12/2018 09:37 am CDT
Signed by: Wood, Clint E MD
Signed (Electronic Signature): 04/12/2018 09:37 am CDT

Hi Cynthia,

Please see below:

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

Kind Regards,

**Marijane Everett**
Sr. Account Service Manager
Lincoln Financial Group

Direct Dial: 913.693.7117
Cell: 913.309.7614
Email:
Marijane.Everett@LFG.com

LincolnFinancial.com

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup
https://twitter.com/lincolnfingroup
http://www.youtube.com/lincolnfinancialgrp
https://www.instagram.com/lincolnfingroup/
http://www.linkedin.com/company/lincoln-financial-group

**From:** Everett, Marijane
**Sent:** Monday, June 25, 2018 8:28 AM
**To:** '0913SCU' <0913SCU@LibertyMutual.com>
**Subject:** RE: LTD Claim Notice Wesley Kenney

Hi Cynthia,

No problem – they did this last time too. I will reach out to the ER and provide you with the SSN as soon as I receive it back.

Kind Regards,

**Marijane Everett**
Sr. Account Service Manager
Lincoln Financial Group

Direct Dial: 913.693.7117
Cell: 913.309.7614
Email:
Marijane.Everett@LFG.com

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup
https://twitter.com/lincolnfingroup

LincolnFinancial.com http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

**From:** 0913SCU [mailto:0913SCU@LibertyMutual.com]
**Sent:** Monday, June 25, 2018 8:23 AM
**To:** Everett, Marijane <Marijane.Everett@lfg.com>
**Subject:** FW: LTD Claim Notice Wesley Kenney
**Importance:** High

Good Morning,

A full SSN is needed to create a claim, could you please provide the SSN only the last four digits are listed on the attached paper work. Thank you.

**Sincerely**

**Cynthia Newton**
Senior Customer Information Representative

Claim Intake and Contact Center
**Liberty Life Assurance Company of Boston is now a Lincoln Financial Group Company**
100 Liberty Way. Dover, N.H. 03820
Office: 603-970-2235

LincolnFinancial.com

Follow us on: Facebook, Twitter,
YouTube, Instagram and LinkedIn.

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

**From:** Everett, Marijane [mailto:Marijane.Everett@lfg.com]
**Sent:** Friday, June 22, 2018 11:29 AM
**To:** 0913SCU <0913SCU@LibertyMutual.com>
**Subject:** FW: LTD Claim Notice Wesley Kenney

Hello,

Please see attached and below for a new claim under the OGE policy. If you have any questions or if you need anything else please let me know. Additionally, when the claim has been created can you provide me with the claim #?

Kind Regards,

**Marijane Everett**
Sr. Account Service Manager
Lincoln Financial Group

Direct Dial: 913.693.7117
Cell: 913.309.7614
Email: Marijane.Everett@LFG.com

**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup
https://twitter.com/lincolnfingroup
http://www.youtube.com/lincolnfinancialgrp
https://www.instagram.com/lincolnfingroup/
http://www.linkedin.com/company/lincoln-financial-group

**From:** Beadle, Dylisa [mailto:beadledw@oge.com]
**Sent:** Friday, June 22, 2018 9:23 AM
**To:** Everett, Marijane <Marijane.Everett@lfg.com>
**Cc:** Carr, Rhonda <CarrRR@oge.com>; Chan, Sandy <chansd@oge.com>; Snyder, Kathy <snyderkm@oge.com>; Floyd, Brooke <floydbk@oge.com>
**Subject:** LTD Claim Notice Wesley Kenney

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good morning Marijane,
Attached is the claim notice, employer statement, job description and LTD verification for Wesley Kenney. Can you please pass along?

Thank you

Dylisa Beadle
Leave Coordinator

405-553-3361 (Office)
405-557-8695 (Fax)
beadledw@oge.com

**Confidentiality Warning:** This message and any attachments are intended only for the use of the recipient(s), are confidential, and may be privileged. If you are not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, circulation or other use of all or any portion of this message and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return email and delete this message and any attachments from your system.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**OGE Energy Corp.** PO Box 321
Oklahoma City, Oklahoma 73101-0321
405-553-3000
www.oge.com

OG&E

June 22, 2018

Group Market Disability Claims
Liberty Life Assurance Company of Boston
PO Box 7209
London, KY 40742-7209

RE: Wesley Kenney
SSN: xxx-xx-0034

To Whom It May Concern:

This is to give you notice of a claim for Long Term Disability Benefits for Mr. Kenney who is an employee of OGE Energy Corp. His last day worked was March 15th, 2018 and we have calculated the 180th calendar day of disability as September 14th, 2018. If he is unable to return to work the first day of Long Term Disability will be September 15th, 2018.

We have enclosed the following: Employer's statement
Job Description
Payroll verification of LTD coverage for 2 years

LTD application forms have been sent to the claimant to be completed by the employee and the employee's doctor. They will be forwarded to you promptly when completed and received. Let me know if you need any additional information.

Sincerely,

Dylisa W Beadle
Leave Coordinator
Phone: (405) 553-3361
Fax: (405) 557-8695
E-mail: Beadledw@oge.com

Attachments

cc: Rhonda Carr
Kathy Snyder
Sandy Chan
Brooke Floyd

OG&E
OGE Energy Corp.

# Foreman A Transmission Job Description

| Job Title: | Job #: | Structure: |
|---|---|---|
| Foreman A Transmission | 105468 | JOURNEY |

| Job family: | Exemption Classification: |
|---|---|
| | NON-EXEMPT |

**Members contribute to the Company's commitment to excellence, achieving key results, delivering an exceptional customer experience, focus on continuous improvement, striving for industry-leading operational performance, and valuing the safety of people above all else as the foundation of our incident and injury free culture.**

**Job Family Summary:**

Responsible for supervising, planning, and coordinating activities associated with the construction, maintenance, and restoration of the Company's transmission system. Assists Distribution Construction with construction, maintenance and restoration of service as needed. Acts as role model for the IIF (Incident and Injury Free) culture while ensuring maximum productivity of the crew and company equipment.

**Level of Responsibility:**

Supervises daily activities of team. Sets priorities to accomplish task or process completion. Decisions guided by policies, procedures and business plan. Typically does not perform same work as subordinates.

**Primary Duties:**

- Coordinates the construction, maintenance and restoration of the Company's Transmission System: Prepares requests for line clearances through appropriate operating authority; Coordinates the availability and delivery of materials and equipment for individual job assignments; Coordinates scheduled work with other departments, districts and various outside entities as required; Coordinates work between small work groups within the crew to ensure efficient operations and maximum utilization of manpower and equipment; Establishes temporary headquarters at job sites and secures accounts with venders for efficient daily operation; Maintains close working relationship with property owners to assure economical operations and to maintain good public relations; Conducts tailboard conferences to coordinate the job assignments.
- Provides continuous on the job training in addition to that provided in formal Company training courses; Provides fair and accurate evaluations and performance review of skill progression of crew members

Disclaimer: This job description is proprietary property of OGE Energy Inc. (the Company) and may not be shared outside of the Company without written approval and consent. The information contained within this job description should not be interpreted as a comprehensive inventory of all duties, responsibilities and qualifications required of members in the job. The Company reserves the right to change, modify or alter any of the content outlined in this job description at any time without prior notice. This job description is not a guarantee of future employment with the Company.

Last Updated: 06/29/2017

OGE Energy Corp.

**Foreman A Transmission**
**Job Description**

based on actual on the job observation and experience; Responsible for accurate and complete timesheets for the crew; Conducts monthly safety meetings and demonstrates leadership in IIF (Incident and Injury Free) culture.
- Assures compliance with environmental issues and regulations within the Company.
- Assists District Construction with construction, maintenance and restoration of services to the overhead distribution system as required.
- Maintains a positive working relationship with all departments of the Company to assure timely and efficient efforts relating to the construction, maintenance or restoration of service to the customer.
- Investigates and prepares reports of property damage caused by or to Company facilities, equipment or activities.
- Performs various supervisory functions for subordinates consistent with Company Policy.
- Makes recommendations and assists in the preparation of the Transmission Construction Department payroll and equipment budget.
- Evaluates training procedures to assure that work is performed in the safest and most economical manner possible.
- Projects a positive Company image by maintaining a good appearance and working relationship with all customers.
- Responsible for keeping equipment in properly maintained condition by coordinating repair work with fleet services.
- Obtains all materials including local purchases and assures payment in timely manner.
- Plans and coordinates the activities of Linemen and Construction Operators involved in construction, maintenance and restoration of the transmission system.
- Responsible for equipment per crew valued in excess of $1 million.

**May perform other related duties.**

**Working Conditions:**

- Requires considerable travel throughout the OGE System, with extended periods away from home.
- May be required to work non-standard work schedules which includes periodic availability for emergency duty throughout OG&E Service territory.
- Maybe exposed to extreme working conditions and inclement weather.
- Exposure to high places, dusty conditions, and wear proper Personal Protective Equipment (PPE).
- 
- **Physical Demands**
- Lifting and carrying up to 50 pounds.
- Pushing up to 115 pounds of force.
- Pulling up to 83 pounds of force.
- Prolonged walking with frequent stair climbing.

Disclaimer: This job description is proprietary property of OGE Energy Inc. (the Company) and may not be shared outside of the Company without written approval and consent. The information contained within this job description should not be interpreted as a comprehensive inventory of all duties, responsibilities and qualifications required of members in the job. The Company reserves the right to change, modify or alter any of the content outlined in this job description at any time without prior notice. This job description is not a guarantee of future employment with the Company.

Last Updated: 06/29/2017

OGE Energy Corp.

# Foreman A Transmission Job Description

- Prolonged standing on various surfaces.
- Frequent stooping and crouching.
- Occasional kneeling and crawling.
- Frequent fine motor coordination and grasping.
- Frequent work in awkward positions in confined spaces.
- Frequent reaching overhead and reaching forward.
- Occasional pole climbing.
-
- For additional information about physical demands, go to oge.com/physicaldemands

**Knowledge, Skill and Abilities:**

- Demonstrated leadership in IIF (Incident and Injury Free) culture.
- Demonstrated leadership ability including strong coaching skills, ability to influence others, and commitment to achieve measurable results.
- Demonstrated strong knowledge of metering, voltage regulation, and line & substation switching.
- Ability to communicate effectively in speech and writing with internal and external customers.
- Demonstrated strong organizational skills and ability to perform a variety of complex tasks.
- Demonstrated ability to interact effectively and professionally with others, including team members, leaders, customers, and land owners.
- Demonstrated knowledge of and ability to follow Standards Operating Procedures (SOPs).
- Demonstrated ability to use basic computer software applications (e.g., Excel, Word, and Outlook).

**Experience/Education Requirements:**

- High School Diploma or GED.
- Six (6) years of Lineman experience to include Two (2) years as a Journey Lineman on a Distribution or Transmission crew.
- Supervisory experience or experience stepping up as an Acting Foreman within Transmission Construction.
- Valid Class A Commercial Driver's License with DOT certification required.

Disclaimer: This job description is proprietary property of OGE Energy Inc. (the Company) and may not be shared outside of the Company without written approval and consent. The information contained within this job description should not be interpreted as a comprehensive inventory of all duties, responsibilities and qualifications required of members in the job. The Company reserves the right to change, modify or alter any of the content outlined in this job description at any time without prior notice. This job description is not a guarantee of future employment with the Company.

Last Updated: 06/29/2017

OGE Energy Corp.

# Foreman A Transmission
# Medical/DOT Requirements

**Medical/DOT Requirements:**

DOT Drug Test/Physical
DOT Driver Qual History - 7 years
Audiogram Baseline

PersNo 41026 Wesley Kenney
Transco Active
XConstructn Sr Craft SSN
Start 12/01/2000 to 12/31/9999 Chng 11/27/2000 AR

Plan LTD Long-Term Disability

Plan data | Administration | Insurance cov. | Costs | Beneficiaries

**General plan data**

| | | |
|---|---|---|
| Benefit area | 01 | Benefits |
| Plan type | LTD | Long-Term Disab |
| Benefit plan | LTD | Long-Term Disability |
| Insurance Option | LTD | Long Term Disabilty |

**Planning Parameters**

| | | |
|---|---|---|
| Coverage Variant | LTD | Long Term Disabilty |
| Cost Rule Variant | LTD | Long Term Disabity |

Liberty Mutual.

# EMPLOYER'S STATEMENT

Liberty Life Assurance Company of Boston
Group Market Disability Claims
2510 West Dunlap, Suite 300
Phoenix, AZ 85021
Phone Number: (800) 320-7585
Fax Number: (800) 320-7583

Employee's Name: Wesley Kenney  Social Security Number: xxx-xx-0034  Telephone Number: 479-209-1114  Date of Birth: 9/4/1973
Address: 518 County Rd 271  City: London  State: Arkansas  Zip Code: 72846

Location/Branch at which Employee works:  Policy Number:  Employee's Date of Hire: 11/20/2000
Location/Branch Telephone Number:  STD Effective Date of Policy:  LTD Effective Date of Policy: 12/1/2000
Employee's Class: ☒ Class 1 ☐ Class 2 ☐ Class 3 ☐ Other, please specify:

Percentage of STD Premium contribution Employee pays: % Employer Pays: %  Employee's Benefit Percent:
Percentage of LTD Premium contribution Employee pays: 55 % Employer Pays: 45 %  STD: %  LTD: 60.00 %

Date Employee Last Worked: 3/15/2018  Date Employee Returned to Work - Full Time:  Part Time:

Reason for Stopping Work: ○ Accident ● Sickness ○ Resigned ○ Retired ○ Granted LOA ○ Vacation ○ Terminated ○ Laid Off ○ Other

Is condition due to occupational cause? ○ Yes ● No ○ Undetermined

If "yes", please indicate status of Workers' Compensation claim: ○ Accepted ○ Pending ○ Denied ● Not Filed

NOTE: Please attach a copy of Workers' Compensation claim and Approval/Denial Notification if applicable.

Work Schedule at Time Last Worked - Number of Days per week: 5  Hours per day: 8
Earnings (excluding commissions and bonuses): $3,527.00  ● Bi-Weekly ○ Monthly ○ Weekly ○ Semi-Monthly

How is Employee Paid? ☐ Salary ☒ Hourly ☐ Salary & Commissions ☐ Bonuses ☐ Commissions Only

Occupation: Foreman
Job Description: (Attach separate file if necessary) Enclosed separately

Percentage of day Sitting: %  Standing: %  Walking: %  (Total % should = 100) Total:
Lifting Requirements: Max lbs.  Min lbs.

Has or will this employee receive any of the following for the entire or a portion of the absence covered by this claim?

| Yes/No | TYPE | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied For |
|---|---|---|---|---|---|
| ☐ Yes ☐ No | Wages, Salary or Holiday Pay | | | | |
| ☐ Yes ☐ No | Vacation | | | | |
| ☐ Yes ☐ No | Sick Leave | | | | |
| ☐ Yes ☐ No | Separation Pay | | | | |
| ☐ Yes ☐ No | Disability Pension | | | | |
| ☐ Yes ☐ No | Retirement Pension | | | | |
| ☐ Yes ☐ No | Unemployment Insurance | | | | |
| ☐ Yes ☐ No | Social Security | | | | |
| ☐ Yes ☐ No | Workers' Compensation (this condition) | | | | |
| ☐ Yes ☐ No | LTD, STD Benefits | | | | |
| ☒ Yes ☐ No | Other (please describe below): Using personal sick and vacation | | | | |

Employer's Name: OG&E  Telephone Number: (405) 553-3361  Fax Number: (405) 557-8695
Address: PO Box 321  City: Oklahoma City  State: OK  Zip Code: 73101-0321

Worker's Compensation Carrier: Self Insured  Worker's Compensation Carrier Contact: Felicha Davis
Street Address: PO Box 321  Worker's Compensation Carrier Contact's Telephone Number: 405-553-3329
City: Oklahoma City  State: OK  Zip Code: 73101-0321
Employer (Taxpayer) ID Number (EIN) or Public Employer Social Security Number: 731481638

Name and Title of person completing this form: Dylisa W Beadle - Leave Coordinator  (Typing your name in this box is your electronic signature)
Telephone Number of Person completing this form: (405) 553-3361  Date Signed: 6/22/2018

# CERTIFICATE OF COVERAGE

Liberty Life Assurance Company of Boston welcomes your employer as a client.

**Sponsor:** **OGE Energy Corp.**

**Plan Number:** **GF3-890-435421-01**

**Effective Date:** **January 1, 2005**

When this plan refers to "you" or "your" it means the Employee insured under this plan. This is your Disability Income certificate of coverage as long as you are eligible for insurance and remain insured.

A few words about this certificate of coverage...

It is written in plain English. A few terms and provisions are written as required by insurance law. **PLEASE READ IT CAREFULLY.** If you have any questions about any terms and provisions, please contact the Insurance Administrator at your work location or write to Liberty. Liberty will assist you in any way we can to help you understand your benefits.

Also, if the terms of your certificate of coverage and the policy differ, the policy will govern. Your coverage may be terminated or modified in whole or in part under the terms and provisions of the policy.

**WARNING: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.**

Jan Sca—

**Executive Vice President**

# TABLE OF CONTENTS

SECTION 1. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .SCHEDULE OF BENEFITS

SECTION 2. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .DEFINITIONS

SECTION 3. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .ELIGIBILITY AND EFFECTIVE DATES

SECTION 4. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .DISABILITY INCOME BENEFITS

SECTION 5. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .EXCLUSIONS

SECTION 6. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TERMINATION PROVISIONS

SECTION 7. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .GENERAL PROVISIONS

# SECTION 1 - SCHEDULE OF BENEFITS

## ELIGIBILITY REQUIREMENTS FOR INSURANCE BENEFITS

**What is the Minimum Hourly Requirement?**

Employees working a minimum of 30 regularly scheduled hours per week

**Who is Eligible for Long Term Disability Benefits?**

All Active full-time Employees except Executives electing Long Term Disability Coverage

Note: temporary and seasonal Employees and Employees who are not United States citizens or legal residents working in the United States are not covered under this plan

**What is the Eligibility Waiting Period?**

1. If you are employed by the Sponsor on the plan effective date - First day of the month following date of hire
2. If you begin employment for the Sponsor after the plan effective date - First day of the month following date of hire

**Are Employee Contributions Required?**

Long Term Disability Benefits: Yes

## LONG TERM DISABILITY COVERAGE

**What is the Elimination Period?**

The greater of:

a. the end of your Short Term Disability Benefits; or

b. 180 days.

**What is the Amount of Insurance Benefits?**

60% of Basic Monthly Earnings not to exceed a Maximum Monthly Benefit of $6,000 less Other Income Benefits and Other Income Earnings as outlined in Section 4.

**What is the Maximum Basic Monthly Earnings on which the Benefit is Based?** $10,000

**What is the Own Occupation Duration?**

24 Month Own Occupation

**What is the Minimum Monthly Benefit?**

The Minimum Monthly Benefit is $100.

# SECTION 1 - SCHEDULE OF BENEFITS
(Continued)

## LONG TERM DISABILITY COVERAGE (Continued)

**What is the Maximum Benefit Period?**

| Age at Disability | Maximum Benefit Period |
|---|---|
| Less than age 60 | to age 65 |
| 60 - 64 | 5 years |
| 65 - 69 | To age 70 (but not less than 1 year) |
| 70 and over | 1 year |

## SECTION 2 - DEFINITIONS

In this section Liberty defines some basic terms needed to understand this plan.

**"Active Employment"** means you must be actively at work for the Sponsor:

1. on a full-time basis and paid regular earnings;
2. for at least the minimum number of hours shown in the Schedule of Benefits; and either perform such work:

   a. at the Sponsor's usual place of business; or
   b. at a location to which the Sponsor's business requires you to travel.

You will be considered actively at work if you were actually at work on the day immediately preceding:

1. a weekend (except where one or both of these days are scheduled work days);
2. holidays (except when the holiday is a scheduled work day);
3. paid vacations;
4. any non-scheduled work day;
5. an excused leave of absence (except medical leave for your own disabling condition and lay-off); and
6. an emergency leave of absence (except emergency medical leave for your own disabling condition).

**"Administrative Office"** means Liberty Life Assurance Company of Boston, 9 Riverside Road, Weston, MA 02493.

**"Annual Enrollment Period"** or **"Enrollment Period"** means the period before each plan anniversary so designated by the Sponsor and Liberty during which you may enroll for coverage under this plan.

**"Any Occupation"** means any occupation that you are or become reasonably fitted by training, education, experience, age, physical and mental capacity.

**"Appropriate Available Treatment"** means care or services which are:

1. generally acknowledged by Physicians to cure, correct, limit, treat or manage the disabling condition;
2. accessible within your geographical region;
3. provided by a Physician who is licensed and qualified in a discipline suitable to treat the disabling Injury or Sickness;
4. in accordance with generally accepted medical standards of practice.

**"Basic Monthly Earnings"** means your monthly rate of earnings from the Sponsor in effect immediately prior to the date Disability or Partial Disability begins. However, such earnings will not include bonuses, commissions, overtime pay and extra compensation.

**"Consumer Price Index"** means the government publication "The Consumer Price Index for Urban Wage Earners and Clerical Workers" provided monthly by the U.S. Department of Labor, or its successor or in the event of no successor a similar Index of comparable purpose chosen by Liberty.

## SECTION 2 - DEFINITIONS
(Continued)

**"Disability"** or **"Disabled"** means:

1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:

   i. if you are eligible for the 24 Month Own Occupation benefit, **"Disability"** or **"Disabled"** means that during the Elimination Period and the next 24 months of Disability you, as a result of Injury or Sickness, are unable to perform the Material and Substantial Duties of your Own Occupation; and

   ii. thereafter, you are unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.

2. With respect to persons employed as pilots, co-pilots and crewmembers of an aircraft:

   **"Disability" or "Disabled"** means as a result of Injury or Sickness you are unable to perform the Material and Substantial Duties of Any Occupation.

**"Disability Benefits under a Retirement Plan"** means money which:

1. is payable under a Retirement Plan due to Disability as defined in that plan; and

2. does not reduce the amount of money which would have been paid as retirement benefits at the normal retirement age under the plan if the Disability had not occurred. (If the payment does cause such a reduction, it will be deemed a Retirement Benefit as defined in this plan.)

**"Eligibility Date"** means the date you become eligible for insurance under this plan. The Eligibility Requirements are shown in the Schedule of Benefits.

**"Eligible Survivor"** means your spouse, if living, otherwise your children under age 25.

**"Eligibility Waiting Period"** means the continuous length of time you must be in Active Employment in an eligible class to reach your Eligibility Date.

**"Elimination Period"** means a period of consecutive days of Disability or Partial Disability for which no benefit is payable. The Elimination Period is shown in the Schedule of Benefits and begins on the first day of Disability.

If you return to work for any 30 or fewer days during the Elimination Period and cannot continue, Liberty will count only those days you are Disabled or Partially Disabled to satisfy the Elimination Period.

**"Employee"** means a person in Active Employment with the Sponsor.

**"Enrollment Form"** is the document completed by you, if required, when enrolling for coverage. This form must be satisfactory to Liberty.

**"Evidence of Insurability"** means a statement of proof of your medical history upon which acceptance for insurance will be determined by Liberty.

## SECTION 2 - DEFINITIONS
(Continued)

**"Extended Treatment Plan"** means continued care that is consistent with the American Psychiatric Association's standard principles of Treatment, and is in lieu of confinement in a Hospital or Institution. It must be approved in writing by a Physician.

**"Family and Medical Leave"** means a leave of absence for the birth, adoption or foster care of a child, or for the care of your child, spouse or parent or for your own serious health condition as those terms are defined by the Federal Family and Medical Leave Act of 1993 (FMLA) and any amendments, or by applicable state law.

**"Family Status Change"** means any one of the following events that may occur:

1. your marriage or divorce;
2. the birth of a child to you;
3. the adoption of a child by you;
4. the death of your spouse or child;
5. the commencement or termination of employment of your spouse;
6. the change from part-time employment to full-time employment by you or your spouse;
7. the change from full-time employment to part-time employment by you or your spouse; or
8. the taking of unpaid leave of absence by you or your spouse.

**"Gross Monthly Benefit"** means your Monthly Benefit before any reduction for Other Income Benefits and Other Income Earnings.

**"Hospital"** or **"Institution"** means a facility licensed to provide Treatment for the condition causing your Disability.

**"Indexed Basic Monthly Earnings"** means your Basic Monthly Earnings in effect just prior to the date Disability or Partial Disability began adjusted on the first anniversary of benefit payments and each anniversary thereafter.

**"Initial Enrollment Period"** means one of the following periods during which you may first enroll for coverage under this plan:

1. if you are eligible for insurance on the plan effective date, a period before the plan effective date set by the Sponsor and Liberty.

2. if you become eligible for insurance after the plan effective date, the period which ends 31 days after your Eligibility Date.

**"Injury"** means bodily impairment resulting directly from an accident and independently of all other causes. For the purpose of determining benefits under this plan:

1. any Disability which begins more than 60 days after an Injury will be considered a Sickness; and

2. any Injury which occurs before you are covered under this plan, but which accounts for a medical condition that arises while you are covered under this plan will be treated as a Sickness.

**"Last Monthly Benefit"** means the gross Monthly Benefit payable to you prior to your death without any reduction for earnings received from employment.

## SECTION 2 - DEFINITIONS
(Continued)

**"Material and Substantial Duties"** means responsibilities that are normally required to perform your Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.

**"Mental Illness"** means a psychiatric or psychological condition classified as such in the most current edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM) regardless of the underlying cause of the Mental Illness. If the DSM is discontinued, Liberty will use the replacement chosen or published by the American Psychiatric Association.

**"Monthly Benefit"** means the monthly amount payable by Liberty to you if you are Disabled or Partially Disabled.

**"Non-Verifiable Symptoms"** means your subjective complaints to a Physician which cannot be diagnosed using tests, procedures or clinical examinations typically accepted in the practice of medicine. Such symptoms may include, but are not limited to, dizziness, fatigue, headache, loss of energy, numbness, pain, ringing in the ear, and stiffness.

**"Own Occupation"** means your occupation that you were performing when your Disability or Partial Disability began. For the purposes of determining Disability under this plan, Liberty will consider your occupation as it is normally performed in the national economy.

**"Partial Disability" or "Partially Disabled"** means you, as a result of Injury or Sickness, are able to:

1. perform one or more, but not all, of the Material and Substantial Duties of your Own Occupation or Any Occupation on an Active Employment or a part-time basis; or
2. perform all of the Material and Substantial Duties of your Own Occupation or Any Occupation on a part-time basis; and
3. earn between 20% and 80% of your Basic Monthly Earnings.

**"Physician"** means a person who:

1. is licensed to practice medicine and is practicing within the terms of his license; or
2. is a licensed practitioner of the healing arts in a category specifically favored under the health insurance laws of the state where the Treatment is received and is practicing within the terms of his license.

It does not include you, any family member or domestic partner.

## SECTION 2 - DEFINITIONS
(Continued)

**"Proof"** means the evidence in support of a claim for benefits and includes, but is not limited to, the following:

1. a claim form completed and signed (or otherwise formally submitted) by you claiming benefits;
2. an attending Physician's statement completed and signed (or otherwise formally submitted) by your attending Physician; and
3. the provision by the attending Physician of standard diagnosis, chart notes, lab findings, test results, x-rays and/or other forms of objective medical evidence in support of a claim for benefits.

Proof must be submitted in a form or format satisfactory to Liberty.

**"Regular Attendance"** means your personal visits to a Physician which are medically necessary according to generally accepted medical standards to effectively manage and treat your Disability or Partial Disability.

**"Retirement Benefit under a Retirement Plan"** means money which:

1. is payable under a Retirement Plan either in a lump sum or in the form of periodic payments;
2. does not represent contributions made by you (payments which represent your contributions are deemed to be received over your expected remaining life regardless of when such payments are actually received); and
3. is payable upon:
   a. early or normal retirement; or
   b. Disability, if the payment does reduce the amount of money which would have been paid under the plan at the normal retirement age.

**"Retirement Plan"** means a plan which provides retirement benefits to you and which is not funded wholly by your contributions. The term shall not include a profit-sharing plan, informal salary continuation plan, registered retirement savings plan, stock ownership plan, 401(K) or a non-qualified plan of deferred compensation.

**"Schedule of Benefits"** means the section of this plan which shows, among other things, the Eligibility Requirements, Eligibility Waiting Period, Elimination Period, Amount of Insurance, Minimum Benefit, and Maximum Benefit Period.

**"Sickness"** means illness, disease, pregnancy or complications of pregnancy.

**"Sponsor"** means the entity to whom this plan is issued.

**"Sponsor's Retirement Plan"** is deemed to include any Retirement Plan:

1. which is part of any Federal, State, Municipal or Association retirement system; or
2. for which you are eligible as a result of employment with the Sponsor.

## SECTION 2 - DEFINITIONS
(Continued)

**"Substance Abuse"** means alcohol and/or drug abuse, addiction or dependency.

**"Treatment"** means consulting, receiving care or services provided by or under the direction of a Physician including diagnostic measures, being prescribed drugs and/or medicines, whether you choose to take them or not, and taking drugs and/or medicines.

# SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES

**Who is Eligible for Benefits?**

The Eligibility Requirements for Insurance Benefits are shown in the Schedule of Benefits.

**What is Your Eligibility Date for Insurance Benefits?**

If you are in an eligible class will qualify for insurance on the later of:

1. this plan's effective date; or
2. the day after you complete the Eligibility Waiting Period shown in the Schedule of Benefits.

**What Happens During the Initial Enrollment Period?**

You may enroll in any one coverage or coverage option shown in the Schedule of Benefits. If you do not choose any coverage or coverage option, you will not be enrolled for any coverage. If your Initial Enrollment Period takes place during or after the Annual Enrollment Period, but before the plan anniversary your coverage option will apply for (a) the rest of the plan year in which you first become eligible; and (b) the next plan year.

**What Happens During the Annual Enrollment Period?**

You may keep your coverage at the same level or make one of the following changes in coverage for the next plan year:

1. a decrease in coverage;
2. an increase in coverage by one level with Evidence of Insurability subject to the Pre-Existing Condition Exclusion defined herein.

If you fail to enroll for a change in your coverage option during any Annual Enrollment Period you will continue to be insured for the same coverage option during the next plan year and no change in that coverage can be made during the next plan year, unless you experience a Family Status Change.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**What Happens when You Experience a Family Status Change?**

You may keep your coverage at the same level or make one of the following changes in coverage:

1. a decrease in coverage;
2. an increase in coverage by one level without Evidence of Insurability subject to the Pre-Existing Condition Exclusion defined herein.

You must apply for the change in coverage within 31 days of the date of the Family Status Change. Such change in coverage must be due to or consistent with the reason that the change in coverage was permitted. A change in coverage is consistent with a Family Status Change only if it is necessary or appropriate as the result of the Family Status Change.

**What is Your Effective Date of Insurance?**

Your insurance will be effective at 12:01 A.M. Standard Time in the governing jurisdiction on the day determined as follows, but only if your application or enrollment for insurance is made with Liberty through the Sponsor in a form or format satisfactory to Liberty.

1. For Coverage Applied for During Initial Enrollment Periods:

   a. you will be insured for non-contributory coverage on your Eligibility Date.

   b. you will be insured for contributory coverage on the date the you make application for insurance if you enroll on or before the 31st day after your Eligibility Date; or

   c. if you do not enroll for contributory coverage on or before the 31st day after your Eligibility Date, or you have terminated your insurance while continuing to be eligible you must submit an application and Evidence of Insurability to Liberty for approval, at your expense. You will be insured on the date Liberty gives its approval.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**What is Your Effective Date of Insurance?** (Continued)

2. For Contributory Coverage Applied for During Annual Enrollment Periods

   You will be insured for the selected contributory coverage on the later of these dates:

   a. the first day of the next plan anniversary; or
   b. the date Liberty gives its approval, if you:

      i. increase your coverage option; or
      ii. terminated your insurance while continuing to be eligible.

      In the case of i. and ii. above, you must submit an application and Evidence of Insurability to Liberty for approval. This will be at your expense.

3. For Coverage Applied for due to a Family Status Change

   You will be insured for the selected coverage on the later of the following dates, provided you apply or enroll for the change in coverage before the 31st day following the Family Status Change:

   a. the date of the Family Status Change;
   b. the date you apply or enroll for the change in coverage; or
   c. the date Liberty gives its approval, if you:

      i. increase your coverage option; or
      ii. terminated your insurance while continuing to be eligible.

      In the case of i. and ii. above, you must submit an application and Evidence of Insurability to Liberty for approval. This will be at your expense.

**When will Your Effective Date for Insurance be Delayed?**

Your effective date of any initial, increased or additional insurance will be delayed if you are not in Active Employment because of Injury or Sickness. The initial, increased or additional insurance will begin on the date you return to Active Employment.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**What Happens to Your Coverage During a Family and Medical Leave?**

Your coverage may be continued under this plan for an approved family or medical leave of absence for up to 12 weeks following the date coverage would have terminated, subject to the following:

1. the authorized leave is in writing;

2. the required premium is paid;

3. your benefit level, or the amount of earnings upon which your benefit may be based, will be that in effect on the date before the leave begins; and

4. continuation of coverage will cease immediately if any one of the following events should occur:

   a. you return to work;
   b. this plan terminates;
   c. you are no longer in an eligible class;
   d. nonpayment of premium when due by the Sponsor or you;
   e. your employment terminates.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**What Happens During Leave of Absence?**

The Sponsor may continue your coverage(s) by paying the required premiums, if you are given a leave of absence.

Your coverage will not continue beyond the end of the plan month following the plan month in which the leave of absence begins. In continuing such coverage under this provision, the Sponsor agrees to treat all covered Employees equally.

**What Happens During Lay-off?**

The Sponsor may continue your coverage(s) by paying the required premiums, if you are temporarily laid off.

Your coverage will not continue beyond the end of the plan month in which the lay-off begins. In continuing such coverage under this provision, the Sponsor agrees to treat all covered Employees equally.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**What Happens if There is a Transfer of Insurance Carriers?**

In order to prevent loss of coverage for you because of transfer of insurance carriers, this plan will provide coverage for you as follows:

**If You are not in Active Employment Due to Injury or Sickness**

Subject to premium payments, this plan will cover you if:

1. at the time of transfer you were covered under the prior carrier's plan; and
2. you are not in Active Employment due to Injury or Sickness on the effective date of this plan.

Benefits will be determined based on the lesser of:

1. the amount of the Disability benefit that would have been payable under the prior plan and subject to any applicable plan limitations; or
2. the amount of Disability benefits payable under this plan. If benefits are payable under the prior plan for the Disability, no benefits are payable under this plan.

**If You are Disabled Due to a Pre-Existing Condition**

If you were insured under the prior carrier's plan at the time of transfer and were in Active Employment and insured under this plan on its effective date, benefits may be payable for a Disability due to a Pre-Existing Condition.

If you can satisfy this plan's Pre-Existing Condition Exclusion, the benefit will be determined according to this plan.

If you cannot satisfy this plan's Pre-Existing Condition Exclusion, then:

1. Liberty will apply the Pre-Existing Condition Exclusion of the prior carrier's plan; and
2. if you would have satisfied the prior carrier's pre-existing condition exclusion, giving consideration towards continuous time coverage under this plan and the prior carrier's plan, the benefit will be determined according to this plan. However, the Maximum Monthly Benefit amount payable under this plan shall not exceed the maximum monthly benefit payable under the prior carrier's plan.

No benefit will be paid if you cannot satisfy the Pre-Existing Condition Exclusions of either plan.

# SECTION 4 - DISABILITY INCOME BENEFITS

## LONG TERM DISABILITY COVERAGE

### Disability Benefit

### When is Your Disability Benefit Payable?

When Liberty receives Proof that you are Disabled due to Injury or Sickness and require the Regular Attendance of a Physician, Liberty will pay you a Monthly Benefit after the end of the Elimination Period, subject to any other provisions of this plan. The benefit will be paid for the period of Disability if you give to Liberty Proof of continued:

1. Disability;
2. Regular Attendance of a Physician; and
3. Appropriate Available Treatment.

The Proof must be given upon Liberty's request and at your expense. In determining whether you are Disabled, Liberty will not consider employment factors including, but not limited to, interpersonal conflict in the workplace, recession, job obsolescence, paycuts, job sharing and loss of a professional or occupational license or certification.

For purposes of determining Disability, the Injury must occur and Disability must begin while you are insured for this coverage.

The Monthly Benefit will not:

1. exceed your Amount of Insurance; or
2. be paid for longer than the Maximum Benefit Period.

The Amount of Insurance and the Maximum Benefit Period are shown in the Schedule of Benefits.

### How is Your Amount of Disability Monthly Benefit Figured?

To figure the amount of your Monthly Benefit:

1. Take the lesser of:
   a. your Basic Monthly Earnings multiplied by the benefit percentage shown in the Schedule of Benefits; or
   b. the Maximum Monthly Benefit shown in the Schedule of Benefits; and then
2. Deduct Other Income Benefits and Other Income Earnings, (shown in the Other Income Benefits and Other Income Earnings provision of this plan), from this amount.

The Monthly Benefit payable will not be less than the Minimum Monthly Benefit shown in the Schedule of Benefits. However, if an overpayment is due to Liberty, the Minimum Monthly Benefit otherwise payable under this provision will be applied toward satisfying the overpayment.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

LONG TERM DISABILITY COVERAGE (Continued)

**Partial Disability**

**When is Your Partial Disability Benefit Payable?**

When Liberty receives Proof that you are Partially Disabled and have experienced a loss of earnings due to Injury or Sickness and require the Regular Attendance of a Physician, you may be eligible to receive a Monthly Benefit, subject to any other provisions of this plan. To be eligible to receive Partial Disability benefits, you may be employed in your Own Occupation or another occupation, must satisfy the Elimination Period and must be earning between 20% and 80% of your Basic Monthly Earnings.

A Monthly Benefit will be paid for the period of Partial Disability if you give to Liberty Proof of continued:

1. Partial Disability;
2. Regular Attendance of a Physician; and
3. Appropriate Available Treatment.

The Proof must be given upon Liberty's request and at your expense. In determining whether you are Partially Disabled, Liberty will not consider employment factors including, but not limited to, interpersonal conflict in the workplace, recession, job obsolescence, paycuts, job sharing and loss of a professional or occupational license or certification.

For purposes of determining Partial Disability, the Injury must occur and Partial Disability must begin while you are insured for this coverage.

**How is Your Loss of Earnings Partial Disability Benefit Figured using the Proportionate Loss with Work Incentive Monthly Calculation?**

For the first 12 months, the work incentive benefit will be an amount equal to your Basic Monthly Earnings multiplied by the benefit percentage shown in the Schedule of Benefits, without any reductions from earnings. The work incentive benefit will only be reduced, if the Monthly Benefit payable plus any earnings exceed 100% of your Basic Monthly Earnings. If the combined total is more, the Monthly Benefit will be reduced by the excess amount so that the Monthly Benefit plus your earnings does not exceed 100% of your Basic Monthly Earnings.

Thereafter, to figure the amount of Monthly Benefit the formula (A divided by B) x C will be used.

A = Your Basic Monthly Earnings minus your earnings received while you are Partially Disabled. This figure represents the amount of lost earnings.

B = Your Basic Monthly Earnings.

C = The Monthly Benefit as figured in the Disability provision of this plan plus your earnings received while you are Partially Disabled, (but, not including adjustments under the Cost of Living Adjustment Benefit, if included).

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Partial Disability** (Continued)

**How is Your Loss of Earnings Partial Disability Benefit Figured using the Proportionate Loss with Work Incentive Monthly Calculation?** (Continued)

On the first anniversary of benefit payments and each anniversary thereafter, for the purpose of calculating the benefit, the term "Basic Monthly Earnings" is:

1. replaced by "Indexed Basic Monthly Earnings"; and
2. increased annually by 20%, or the current annual percentage increase in the Consumer Price Index, whichever is less.

The Monthly Benefit payable will not be less than the Minimum Monthly Benefit shown in the Schedule of Benefits. However, if an overpayment is due to Liberty, the Minimum Monthly Benefit otherwise payable under this provision will be applied toward satisfying the overpayment.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Mental Illness, Substance Abuse and/or Non-Verifiable Symptoms Limitation**

**What Limitations will Apply for Mental Illness, Substance Abuse and/or Non-Verifiable Symptoms?**

The benefit for Disability due to Mental Illness, Substance Abuse and/or Non-Verifiable Symptoms will not exceed a combined period of 24 months of Monthly Benefit payments while you are insured under this plan.

If you are in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the combined period of 24 months, the Monthly Benefit will be paid during the confinement.

If you are not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but are fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to you for up to a combined period of 36 months.

In no event will the Monthly Benefit be payable beyond the Maximum Benefit Period shown in the Schedule of Benefits.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

### LONG TERM DISABILITY COVERAGE (Continued)

**Rehabilitation Incentive Benefit**

**When is Your Rehabilitation Incentive Benefit Payable?**

Liberty will pay an increased Monthly Benefit while you are fully participating in a Rehabilitation Program. Liberty must first approve the Rehabilitation Program in writing before you can be considered for this benefit. If Liberty does not approve a Rehabilitation Program, the regular Disability benefit will be payable provided you are Disabled under the terms of this plan. To be eligible for a Rehabilitation Incentive Benefit, you must:

1. be Disabled and receiving benefits under this plan; and
2. be fully participating in a Rehabilitation Program approved by Liberty.

**What is Your Increased Monthly Benefit?**

If you are eligible for a Rehabilitation Incentive Benefit, the benefit percentage, shown in the Schedule of Benefits, will be increased to 80%. The increased benefit will begin on the first day of the month after Liberty receives written Proof of your full participation in the Rehabilitation Program.

**What is Your Decreased Monthly Benefit?**

If you, at any time, decline to fully participate in an approved Rehabilitation Program recommended by Liberty, the benefit percentage shown in the Schedule of Benefits will be reduced to 40% beginning on the first day of the month following your declination to fully participate in the approved Rehabilitation Program. If Liberty recommends rehabilitation, benefits will be paid at the reduced amount from the date recommendation is made until Liberty receives your written agreement to fully participate in the Rehabilitation Program.

**When will Your Rehabilitation Incentive Benefit be Discontinued?**

The Rehabilitation Incentive Benefit will cease:

1. when you are no longer fully participating in a Rehabilitation Program approved by Liberty;
2. in accordance with the provisions entitled "When will Your Long Term Disability Benefit be Discontinued?"; or
3. when the Rehabilitation Program ends.

# SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

## LONG TERM DISABILITY COVERAGE (Continued)

**Rehabilitation Incentive Benefit** (Continued)

For the purpose of this provision, "**Rehabilitation Program**" means a comprehensive individually tailored, goal oriented program to return you, if you are Disabled, to gainful employment. The services offered may include, but are not limited to, the following:

1. physical therapy;
2. occupational therapy;
3. work hardening programs;
4. functional capacity evaluations;
5. psychological and vocational counseling;
6. rehabilitative employment; and
7. vocational rehabilitation services.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Three Month Survivor Benefit**

**What Happens to Your Benefit if You Die?**

Liberty will pay a lump sum benefit to the Eligible Survivor when Proof is received that you died:

1. after Disability had continued for 180 or more consecutive days; and
2. while receiving a Monthly Benefit.

The lump sum benefit will be an amount equal to three times your Last Monthly Benefit.

If the survivor benefit is payable to your children, payment will be made in equal shares to the children, including step children and legally adopted children. However, if any of said children are minors or incapacitated, payment will be made on their behalf to the court appointed guardian of the children's property. This payment will be valid and effective against all claims by others representing or claiming to represent the children.

If there is no Eligible Survivor, the benefit is payable to the estate.

If an overpayment is due to Liberty at the time of your death, the benefit payable under this provision will be applied toward satisfying the overpayment.

## LONG TERM DISABILITY COVERAGE (Continued)

### Workplace Modification Benefit

### When is Your Workplace Modification Benefit Payable?

If you are Disabled or Partially Disabled and receiving a benefit from Liberty, a benefit may be payable to the Sponsor as part of your benefit for modifications to the workplace to accommodate your return to work or to assist you in remaining at work.

Liberty will reimburse the Sponsor for up to 100% of reasonable costs the Sponsor incurs for the modification, up to the greater of:

1. $1,000; or
2. the equivalent of two months of your Monthly Benefit.

To qualify for this benefit:

1. the Disability or Partial Disability must prevent you from performing some or all of the Material and Substantial Duties of your occupation; and
2. any proposed modifications must be approved in writing and signed by you, the Sponsor and Liberty; and
3. the Sponsor must agree to make the modifications to the workplace to reasonably accommodate your return to work or to assist you in remaining at work.

The Sponsor's costs for the approved modifications will be reimbursed after:

1. the proposed modifications have been made;
2. written proof of the expenses incurred by the Sponsor has been provided to Liberty; and
3. Liberty has received proof that you have returned to and/or remain at work.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Other Income Benefits and Other Income Earnings**

**What are Your Other Income Benefits and Other Income Earnings?**

**Other Income Benefits** means:

1. The amount for which you are eligible under:
   a. Workers' or Workmen's Compensation Laws;
   b. Occupational Disease Law;
   c. Title 46, United States Code Section 688 (The Jones Act);
   d. any work loss provision in mandatory "No-Fault" auto insurance;
   e. Railroad Retirement Act;
   f. any governmental compulsory benefit act or law; or
   g. any other act or law of like intent.

2. The amount of any Disability benefits which you are eligible to receive under:
   a. any other group insurance plan of the Sponsor;
   b. any governmental retirement system as a result of your employment with the Sponsor; or
   c. any individual insurance plan where the premium is wholly or partially paid by the Sponsor. However, Liberty will only reduce the Monthly Benefit if your Monthly Benefit under this plan, plus any benefits that you are eligible to receive under such individual insurance plan exceed 100% of your Basic Monthly Earnings. If this sum exceeds 100% of Basic Monthly Earnings, your Monthly Benefit under this plan will be reduced by such excess amount.

3. The amount of benefits you receive under the Sponsor's Retirement Plan as follows:
   a. the amount of any Disability Benefits under a Retirement Plan, or Retirement Benefits under a Retirement Plan you voluntarily elect to receive as retirement payment under the Sponsor's Retirement Plan; and
   b. the amount you receive as retirement payments when you reach the later of age 62, or normal retirement age as defined in the Sponsor's plan.

4. The amount of Disability and/or Retirement Benefits under the United States Social Security Act, the Canada Pension Plan, the Quebec Pension Plan, or any similar plan or act, which:
   a. you receive or are eligible to receive; and
   b. your spouse, child or children receive or are eligible to receive because of your Disability; or
   c. your spouse, child or children receive or are eligible to receive because of your eligibility for retirement benefits.

5. Any amount you receive from any unemployment benefits.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Other Income Benefits and Other Income Earnings** (Continued)

**What are Your Other Income Benefits and Other Income Earnings?** (Continued)

**Other Income Earnings** means:

1. any amount you receive from any formal or informal sick leave or salary continuation plan(s); and

2. the amount of earnings you earn or receive from any form of employment including severance.

Other Income Benefits, except retirement benefits, must be payable as a result of the same Disability for which Liberty pays a benefit. The sum of Other Income Benefits and Other Income Earnings will be deducted in accordance with the provisions of this plan.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

### LONG TERM DISABILITY COVERAGE (Continued)

**Estimation of Benefits**

**How will Your Benefits be Estimated?**

Liberty will reduce your Disability or Partial Disability benefits by the amount of Other Income Benefits that we estimate are payable to you and your dependents.

Your Disability benefit will not be reduced by the estimated amount of Other Income Benefits if you:

1. provide satisfactory proof of application for Other Income Benefits;
2. sign a reimbursement agreement under which, in part, you agree to repay Liberty for any overpayment resulting from the award or receipt of Other Income Benefits;
3. if applicable, provide satisfactory proof that all appeals for Other Income Benefits have been made on a timely basis to the highest administrative level unless Liberty determines that further appeals are not likely to succeed; and
4. if applicable, submit satisfactory proof that Other Income Benefits have been denied at the highest administrative level unless Liberty determines that further appeals are not likely to succeed.

Liberty will not estimate or reduce for any benefits under the Sponsor's pension or retirement benefit plan according to applicable law, until you actually receive them.

In the event that Liberty overestimates the amount payable to you from any plans referred to in the Other Income Benefits and Other Income Earnings provision of this plan, Liberty will reimburse you for such amount upon receipt of written proof of the amount of Other Income Benefits awarded (whether by compromise, settlement, award or judgement) or denied (after appeal through the highest administrative level).

**When May Liberty Provide Social Security Assistance?**

Liberty may help you in applying for Social Security Disability Income Benefits. In order to be eligible for assistance you must be receiving a Monthly Benefit from Liberty. Such assistance will be provided only if Liberty determines that assistance would be beneficial.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**What Happens if You Receive a Lump Sum Payment?**

Other Income Benefits from a compromise, settlement, award or judgement which are paid to you in a lump sum and are meant to compensate you for any one or more of the following:

1. loss of past or future wages;
2. impaired earnings capacity;
3. lessened ability to compete in the open labor market;
4. any degree of permanent impairment; and
5. any degree of loss of bodily function or capacity;

will be prorated on a monthly basis as follows:

1. over the period of time such benefits would have been paid if not in a lump sum; or
2. if such period of time cannot be determined, the lesser of:
   a. the remainder of the Maximum Benefit Period; or
   b. 5 years.

**What Happens if You Receive any Cost of Living Increases?**

After the first deduction for each of the Other Income Benefits, the Monthly Benefit will not be further reduced due to any cost of living increases payable under the Other Income Benefits and Other Income Earnings provision of this plan. This provision does not apply to increases received from any form of employment.

**What Happens if Your Benefit Period is Less than a Month?**

For any period for which a Long Term Disability benefit is payable that does not extend through a full month, the benefit will be paid on a prorated basis. The rate will be 1/30th for each day for such period of Disability.

**When will Your Long Term Disability Benefits be Discontinued?**

The Monthly Benefit will cease on the earliest of:

1. the date you fail to provide Proof of continued Disability or Partial Disability and Regular Attendance of a Physician;
2. the date you fail to cooperate in the administration of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due;

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**When will Your Long Term Disability Benefits be Discontinued?** (Continued)

The Monthly Benefit will cease on the earliest of: (Continued)

3. the date you refuse to be examined or evaluated at reasonable intervals;

4. the date you refuse to receive Appropriate Available Treatment;

5. the date you refuse a job with the Sponsor where workplace modifications or accommodations were made to allow you to perform the Material and Substantial Duties of the job;

6. the date you are able to work in your Own Occupation on a part-time basis, but choose not to;

7. the date your current Partial Disability earnings exceed 80% of your Indexed Basic Monthly Earnings;

   Because your current earnings may fluctuate, Liberty may average earnings over three consecutive months rather than immediately terminating your benefit once 80% of Indexed Basic Monthly Earnings has been exceeded.

8. the date you are no longer Disabled according to this plan;

9. the end of the Maximum Benefit Period; or

10. the date you die.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

### LONG TERM DISABILITY COVERAGE (Continued)

**Successive Periods of Disability**

**What Happens if You Return to Work and Become Disabled Again?**

With respect to this plan, "**Successive Periods of Disability**" means a Disability which is related or due to the same cause(s) as a prior Disability for which a Monthly Benefit was payable.

A Successive Period of Disability will be treated as part of the prior Disability if, after receiving Disability benefits under this plan, you:

1. return to your Own Occupation on an Active Employment basis for less than six continuous months; and

2. perform all the Material and Substantial Duties of your Own Occupation.

To qualify for the Successive Periods of Disability benefit, you must experience more than a 20% loss of Basic Monthly Earnings.

Benefit payments will be subject to the terms of this plan for the prior Disability.

If you return to your Own Occupation on an Active Employment basis for six continuous months or more, the Successive Period of Disability will be treated as a new period of Disability. You must complete another Elimination Period.

If you become eligible for coverage under any other group long term disability coverage, this Successive Periods of Disability provision will cease to apply to you.

# SECTION 5 - EXCLUSIONS

## GENERAL EXCLUSIONS

**What Disabilities are Not Covered?**

This plan will not cover any Disability due to:

1. war, declared or undeclared, or any act of war;
2. intentionally self-inflicted injuries, while sane or insane;
3. active Participation in a Riot;
4. the committing of or attempting to commit a felony or misdemeanor;
5. cosmetic surgery unless such surgery is in connection with an Injury or Sickness sustained while you are covered under this plan;
6. a gender change, including, but not limited to, any operation, drug therapy or any other procedure related to a gender change.

No benefit will be payable during any period of incarceration.

With respect to this provision, **Participation** shall include promoting, inciting, conspiring to promote or incite, aiding, abetting, and all forms of taking part in, but shall not include actions taken in defense of public or private property, or actions taken in your defense, if such actions of defense are not taken against persons seeking to maintain or restore law and order including, but not limited to, police officers and fire fighters.

With respect to this provision, **Riot** shall include all forms of public violence, disorder or disturbance of the public peace, by three or more persons assembled together, whether or not acting with a common intent and whether or not damage to persons or property or unlawful act or acts is the intent or the consequence of such disorder.

## SECTION 5 - EXCLUSIONS
(Continued)

**LONG TERM DISABILITY COVERAGE**

**Pre-Existing Condition Exclusion**

**What Other Disabilities are Not Covered?**

This plan will not cover any Disability or Partial Disability:

1. which is caused or contributed to by, or results from a Pre-Existing Condition; and
2. which begins in the first 12 months immediately after your effective date of coverage.

**"Pre-Existing Condition"** means a condition resulting from an Injury or Sickness for which you were diagnosed or received Treatment within six months prior to your effective date of coverage.

# SECTION 6 - TERMINATION PROVISIONS

**When will Your Insurance End?**

You will cease to be insured on the earliest of the following dates:

1. the date this plan terminates, but without prejudice to any claim originating prior to the time of termination;

2. the date you are no longer in an eligible class;

3. the date your class is no longer included for insurance;

4. the last day for which any required Employee contribution has been made;

5. the date employment terminates. Cessation of Active Employment will be deemed termination of employment, except the insurance will be continued for an Employee absent due to Disability during:

    a. the Elimination Period; and
    b. any period during which premium is being waived.

6. the date you cease active work due to a labor dispute, including any strike, work slowdown, or lockout.

Liberty reserves the right to review and terminate all classes insured under this plan if any class(es) cease(s) to be covered.

# SECTION 7 - GENERAL PROVISIONS

**Is Assignment Allowed?**

No assignment of any present or future right or benefit under this plan will be allowed.

**How will Liberty Conform With State Statutes?**

Any provision of this plan which, on its effective date, is in conflict with the statutes of the governing jurisdiction of this plan is hereby amended to conform to the minimum requirements of such statute.

**What are Liberty's Examination Rights?**

Liberty, at its own expense, may have the right and opportunity to have the claimant, whose Injury or Sickness is the basis of a claim, examined or evaluated at reasonable intervals deemed necessary by Liberty. This right may be used as often as reasonably required.

**Who has the Authority for Interpretation of this Plan?**

Liberty shall possess the authority to construe the terms of this plan and to determine benefit eligibility hereunder. Liberty's decisions regarding construction of the terms of this plan and benefit eligibility shall be conclusive and binding.

**When can this Plan be Contested?**

The validity of this plan shall not be contested, except for non-payment of premiums, after it has been in force for two years from the date of issue. The validity of this plan shall not be contested on the basis of a statement made relating to insurability by you after such insurance has been in force for two years during your lifetime, and shall not be contested unless the statement is contained in a written instrument signed by you.

**When can Legal Proceedings Begin?**

A claimant or the claimant's authorized representative cannot begin any legal action:

1. until 60 days after Proof of claim has been given; or
2. more than three years after the time Proof of claim is required.

**What Happens if Your Age is Misstated?**

If your age has been misstated, an equitable adjustment will be made in the premium. If the amount of the benefit is dependent upon your age, the amount of the benefit will be the amount you would have been entitled to if your correct age were known.

A refund of premium will not be made for a period more than 12 months before the date Liberty is advised of the error.

## SECTION 7 - GENERAL PROVISIONS
(Continued)

**When Must Liberty be Notified of a Claim?**

1. Notice of claim must be given to Liberty within 30 days of the date of the loss on which the claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.

2. When written notice of claim is applicable and has been received by Liberty, you will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, you can send to Liberty written Proof of claim without waiting for the forms.

**When Must Liberty Receive Proof of Claim?**

1. Satisfactory Proof of loss must be given to Liberty no later than 30 days after the end of the Elimination Period.

2. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.

3. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.

Liberty reserves the right to determine if your Proof of loss is satisfactory.

**Who are Claims Paid To?**

The benefit is payable to you. But, if a benefit is payable to your estate, or if you are a minor, or you are not competent, Liberty has the right to pay up to $2,000 to any of your relatives or any other person whom Liberty considers entitled thereto by reason of having incurred expense for the maintenance, medical attendance or burial. If Liberty in good faith pays the benefit in such a manner, any such payment shall fulfill Liberty's responsibility for the amount paid.

**What are Liberty's Rights of Recovery?**

Liberty has the right to recover any overpayment of benefits caused by, but not limited to, the following:

1. fraud;
2. any error made by Liberty in processing a claim; or
3. your receipt of any Other Income Benefits.

Liberty may recover an overpayment by, but not limited to, the following:

1. requesting a lump sum payment of the overpaid amount;
2. reducing any benefits payable under this plan;
3. taking any appropriate collection activity available including any legal action needed; and
4. placing a lien, if not prohibited by law, in the amount of the overpayment on the proceeds of any Other Income Benefits, whether on a periodic or lump sum basis.

It is required that full reimbursement be made to Liberty.

## SECTION 7 - GENERAL PROVISIONS
(Continued)

**How will Statements Made In Your Application Affect Your Coverage?**

In the absence of fraud, all statements made in any application are considered representations and not warranties (absolute guarantees). No representation by:

1. the Sponsor in applying for this plan will make it void unless the representation is contained in the signed Application; or

2. you in enrolling for insurance under this plan will be used to reduce or deny a claim unless a copy of the Enrollment Form, signed by you if required, is or has been given to you.

**What are Liberty's Rights of Subrogation and Reimbursement?**

When your Injury or Sickness appears to be someone else's fault, benefits otherwise payable under this plan for loss of time as a result of that Injury or Sickness will not be paid unless you or your legal representative agree(s):

1. to repay Liberty for such benefits to the extent they are for losses for which compensation is paid to you by or on behalf of the person at fault;

2. to allow Liberty a lien on such compensation and to hold such compensation in trust for Liberty; and

3. to execute and give to Liberty any instruments needed to secure the rights under 1. and 2. above.

Further, when Liberty has paid benefits to or on your behalf, Liberty will be subrogated to all rights of recovery that you have against the person at fault. These subrogation rights will extend only to recovery of the amount Liberty has paid. You must execute and deliver any instruments needed and do whatever else is necessary to secure those rights to Liberty.

**How does the Policy Affect Workers' Compensation?**

This plan and the coverages provided are not in lieu of, nor will they affect any requirements for coverage under any Workers' Compensation Law or other similar law.

Happy New Year! With the past couple of years causing adjustments to regular business practices, we hope that 2022 sees a return to some sort of normalcy. Just in case it doesn't, we are including a link so that you may update and assess your rendition online. Don't hesitate to reach out if we can be of any further assistance. Thank you and have a great year!

Zach Johnson
Sebastian County Assessor

https://www.countyservice.net

Saint Mary's Regional Medical
1808 West Main Street
Russellville AR 72801

HEART CATH/PTCA

| | | | |
|---|---|---|---|
| **PATIENT:** | KENNEY,FRED WESLEY | **LOC:** | EA.OINF |
| **ACCOUNT:** | EA0403037328 | **RM#:** | |
| **DICTATED BY:** | Sastry V Prayaga | **MR#:** | E001325715 |
| **ATTENDING:** | Sastry V Prayaga | **DOB:** | 09/04/1973 |
| **ADMIT DATE:** | 04/07/20 | **DDD:** | 04/07/20 |
| | | **PCP:** | Prayaga, Sastry V |

DATE OF STUDY: 04/07/2020

Mr. Fred Wesley Kenny is a morbidly obese gentleman with significant complaint of recurrent TIA or stroke-like symptoms and also having shortness of breath. Myocardial perfusion study was abnormal with 2 findings that raised concern.
1. Transient ischemic dilatation.
2. Some perfusion defect in the anterior wall.

Cardiac catheterization was recommended. Benefits and risks were discussed. Informed consent was obtained. Following procedures were performed:
1. Selective coronary angiogram.
2. Left ventriculography and left heart catheterization.

DESCRIPTION OF PROCEDURE: Right radial arterial access was obtained. A 6 slender glide sheath was placed. A Tiger catheter was used for the left ventriculography, followed by selective coronary angiogram with the following findings:
1. Left ventriculogram: LV ejection fraction is around 55%. Ventricular wall motion is normal. Left ventricle end-diastolic pressure is around 14 to 16 mmHg. No gradient across the aortic valve.
2. Left main coronary artery is a large caliber vessel, widely patent with no significant disease. It trifurcates into circumflex, ramus and LAD.
3. Left anterior descending artery is a large caliber vessel, widely patent with moderate diffuse slow flow. There is no occlusive coronary disease.
4. Ramus intermedius is a medium caliber vessel, moderate to severe slow flow. No occlusive coronary artery disease.
5. Left circumflex artery is a small branch, nondominant with no plaque burden that we can identify.
6. Right coronary artery, large caliber vessel, widely patent with no plaque burden, and severe slow flow.

FINAL IMPRESSION:
1. False positive stress test likely because of the moderate to severe microvascular dysfunction with severe slow flow. Normal coronary arteries. The patient's symptoms may be because of the uncorrected sleep apnea and/or microvascular dysfunction.

RECOMMEND:
1. Aggressive weight reduction.
2. Titration sleep study to titrate and recalibrate his CPAP.

TRANSINT:HBE191853 C: 04/07/2020 11:50:47 Voice Confirmation ID: 1557272
T: 04/07/2020 11:50:39 D: 04/07/2020 11:38:26
DOCUMENT ID: 3656922

<Electronically signed by Sastry V Prayaga>04/08/20 1740

## Physical Exam

Patient is a 47-year-old male.

GENERAL: Alert, awake and oriented times three. Skin is warm, no rashes. HEENT, no icterus, no anemia, no facial asymmetry.
NECK, supple, JVP is not elevated. No lymphadenopathy.
NEURO, right and left upper extremity strength and hand grip is equal. Normal speech. Right facial paralysis.
LUNGS, clear to auscultation.
HEART, normal S1 and S2, regular heart rhythm.
ABDOMEN, soft, obese and nontender. Normal bowel sounds.EXTREMITIES, palpable radial pulses and no peripheral edema. Palpable pedal pulses.

## Assessment / Plan

1. CVA, recurrent even on Xarelto.
2. Dyspnea. NYHA, Class II-III.
3. Atypical chest pain likely secondary to microvascular dysfunction.
4. Sleep apnea.
5. Paroxysmal A-fib.
6. Chronic dizziness.

Continue with current medical therapy. Return to the clinic in six months.

## Return to Office

- Venkata Sastry Prayaga, MD for RECHECK 30 MIN at CARDIOLOGY ASSOCIATES OF NORTH CENTRAL ARKANSAS on 03/04/2021 at 10:00 AM

## Encounter Sign Off

Encounter signed off by Venkata Sastry Prayaga, MD, 09/11/2020.
Encounter performed by Venkata Sastry Prayaga, MD
Encounter scribed for Venkata Sastry Prayaga, MD by Donna Owens Cma,Ms
Encounter signed by Donna Owens Cma,Ms as scribe at 09/10/2020 at 3:55pm
Encounter reviewed & signed by Venkata Sastry Prayaga, MD on 09/11/2020 at 8:45am

**Encounter Date: 03/17/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | KENNEY, FRED (46yo, M) ID# 976233 | **Appt. Date/Time** | 03/17/2020 01:30PM |
| **DOB** | 09/04/1973 | **Service Dept.** | CARDIOLOGY ASSOCIATES OF NORTH CENTRAL ARKANSAS |
| **Provider** | VENKATA SASTRY PRAYAGA, MD | | |
| **Insurance** | Med Primary: BCBS-AR (PPO)<br>Insurance # : G2E572007618<br>PCP : WESTBROOK, MICHAEL R<br>Referring Provider Name : WESTBROOK, MICHAEL R<br>Employer Name : UNKNOWN<br>Med Secondary: CIGNA<br>Insurance # : A00090507<br>PCP : WESTBROOK, MICHAEL R<br>Referring Provider Name : BROOKS, JEFFREY H<br>Employer Name : UNKNOWN<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

follow-up on test results

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** WESTBROOK, MICHAEL R: 107 N 9TH ST, OZARK, AR 72949, Ph (479) 667-2923, Fax (479) 667-2857
**Referring Provider (Primary Insurance):** WESTBROOK, MICHAEL R: 107 N 9TH ST, OZARK, AR 72949, Ph (479) 667-2923, Fax (479) 667-2857
**Referring Provider (Secondary Insurance):** BROOKS, JEFFREY H: 2501 CRESTWOOD RD SUITE 302, NORTH LITTLE ROCK, AR 72116, Ph (501) 771-4631

## Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
WALGREENS DRUG STORE #15243 (ERX): 3202 W MAIN ST, RUSSELLVILLE AR 72801, Ph (479) 880-0181, Fax (479) 880-0187

## Vitals

03/17/2020 01:20 pm

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 6 in | **Wt:** | 340 lbs With clothes | **BMI:** | 39.3 |
| **BP:** | 130/90 sitting | **Pulse:** | 93 bpm | **RR:** | 18 |
| **O2Sat:** | 96% Room Air at Rest | | | | |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg chewable tablet** Chew 1 tablet(s) every day by oral route. | 02/13/20 | entered |
| **Botox 100 unit injection** One injection every three months for uncontrolable muscle movements from brain tumor | 03/10/20 | filled |
| **calcipotriene 0.005 % topical cream** use as needed/as directed | 11/12/19 | filled |
| **fluocinonide 0.1 % topical cream** APPLY A THIN LAYER TWICE DAILY | 01/21/20 | filled |
| **fluticasone propionate 50 mcg/actuation nasal spray,suspension** Spray 1 spray(s) every day by nasal route for 30 days. | 02/28/20 | filled |
| **metoprolol tartrate 25 mg tablet** Take 0.5 tablet(s) twice a day by oral route for 90 days. | 01/16/20 | filled |
| **Symbicort 80 mcg-4.5 mcg/actuation HFA aerosol inhaler** use as directed | 03/09/20 | filled |
| **Xarelto 20 mg tablet** Take 1 tablet(s) every day by oral route for 90 days. | 01/13/20 | filled |

## Problems

Reviewed Problems
- History of cerebrovascular accident - Onset: 02/13/2020
- Insomnia - Onset: 02/13/2020
- Sleep apnea - Onset: 02/13/2020
- Dizziness - Onset: 02/13/2020
- Atrial fibrillation - Onset: 02/13/2020

Benign brain tumor near brain stem, unoperable

## Family History

Reviewed Family History
Mother - Carcinoma of lung
Father is healthy

## Social History

Reviewed Social History
**Cardiology**
Occupation: Disabled
Marital status: Married
Race: Caucasian
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Chewing tobacco: none
Alcohol intake: Occasional
How many days in the past year have you had a heavy drinking consumption (4+ female, 5+ male)?: 10
Diet: Regular
Exercise level: None
Advance directive: N
Illicit drug use: None
Smokeless Tobacco Status: Currently uses moist powdered tobacco (Notes: 4 cans per week)
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 02/13/2020

## Surgical History

Reviewed Surgical History
- Carpal tunnel surgery - Bilateral
- Appendectomy
- Sinus Surgery

Cyst removed from back

## Past Medical History

Reviewed Past Medical History
Lung Disorder/Disease: **Y - Asthma**
Muscle, Joint, or Bone Problems: **Y - Arthritis**
Neurological Conditions: **Y - Brain tumor**
Sleep Disorders: **Y - Insomnia, Sleep apnea**
Stroke: **Y**

## Screening

None recorded.

## HPI

Mr. Fred Kenney is a 46 year old gentleman with a history of dizziness for several years that has worsened over the past few weeks. He has a history of a brain tumor that is inoperable according to him. He has sleep apnea and is on cpap. He says that he has had several strokes and is on Xarelto. Also a history of atrial fibrillation.

Abnormal myocardial perfusion study on 02/24/2020 showed transient ischemic dilatation up to 34% and anterior wall defect mid to distal area including apex. Normal holter.

Currently patient is here to discuss results of his stress test and holter. He reports chest and shortness of breath. Worsening dizziness.

## ROS

**Additionally reports: All 14 systems reviewed and negative except for as mentioned in the History of Present Illness.**
**ROS as noted in the HPI**

## Physical Exam

Patient is a 46-year-old male.

GENERAL: Alert, awake and oriented times three. Skin is warm, no rashes. HEENT, no icterus, no anemia, no facial asymmetry.
NECK, supple, JVP is not elevated. No lymphadenopathy.
NEURO, right and left upper extremity strength and hand grip is equal. Normal speech. Right facial paralysis.
LUNGS, clear to auscultation.
HEART, normal S1 and S2, regular heart rhythm.
ABDOMEN, soft, obese and nontender. Normal bowel sounds.EXTREMITIES, palpable radial pulses and no peripheral edema. Palpable pedal pulses.

## Assessment / Plan

1. CVA, recurrent even on Xarelto.
2. Dyspnea. NYHA, Class II-III.
3. Chest pain.
4. Sleep apnea.
5. Paroxysmal A-fib.

Patient with abnormal stress, dyspnea and chest pain. Recommend a left heart catheterization and selective coronary angiogram. I explained the benefits of left heart catheterization and potential need for coronary intervention and answered pertinent questions. Continue with current medical therapy. Return to the clinic in six weeks.

.. **Cardiovascular stress test abnormal**

R94.39: Abnormal result of other cardiovascular function study

- LEFT HEART CATHETERIZATION (SURG)

  Date of Surgery: 04/07/2020 Diet: NPO

  Time: 0700/0900
- CBC W AUTOMATED DIFF
- BASIC METABOLIC PANEL
- PROTHROMBIN TIME + INR
- LIPID PANEL

### Return to Office

- Venkata Sastry Prayaga, MD for RECHECK 30 MIN at CARDIOLOGY ASSOCIATES OF NORTH CENTRAL ARKANSAS on 09/09/2020 at 01:00 PM

## Encounter Sign-Off

Encounter signed-off by Venkata Sastry Prayaga, MD, 03/18/2020.
Encounter performed by Venkata Sastry Prayaga, MD
Encounter scribed for Venkata Sastry Prayaga, MD by Donna Owens Cma,Ms
Encounter signed by Donna Owens Cma,Ms as scribe at 03/17/2020 at 4:41pm
Encounter reviewed & signed by Venkata Sastry Prayaga, MD on 03/18/2020 at 8:33am

**Encounter Date: 02/13/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | KENNEY, FRED (46yo, M) ID# 976233 | **Appt. Date/Time** | 02/13/2020 02:00PM |
| **DOB** | 09/04/1973 | **Service Dept.** | CARDIOLOGY ASSOCIATES OF NORTH CENTRAL ARKANSAS |
| **Provider** | VENKATA SASTRY PRAYAGA, MD | | |
| **Insurance** | Med Primary: BCBS-AR (PPO)<br>Insurance # : G2E572007618<br>PCP : WESTBROOK, MICHAEL R<br>Referring Provider Name : WESTBROOK, MICHAEL R<br>Employer Name : UNKNOWN<br>Med Secondary: CIGNA<br>Insurance # : A00090507<br>PCP : WESTBROOK, MICHAEL R<br>Referring Provider Name : BROOKS, JEFFREY H<br>Employer Name : UNKNOWN<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

**Transition of Care Encounter**

Dizziness for several years but has gotten worse, fatigue, Dyspnea

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** WESTBROOK, MICHAEL R: 107 N 9TH ST, OZARK, AR 72949, Ph (479) 667-2923, Fax (479) 667-2857
**Referring Provider (Primary Insurance):** WESTBROOK, MICHAEL R: 107 N 9TH ST, OZARK, AR 72949, Ph (479) 667-2923, Fax (479) 667-2857
**Referring Provider (Secondary Insurance):** BROOKS, JEFFREY H: 2501 CRESTWOOD RD SUITE 302, NORTH LITTLE ROCK, AR 72116, Ph (501) 771-4631

## Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
WALGREENS DRUG STORE #15243 (ERX): 3202 W MAIN ST, RUSSELLVILLE AR 72801, Ph (479) 880-0181, Fax (479) 880-0187

## Vitals

**Ht:** 6 ft 6 in Stated 02/13/2020 02:29 pm

**Wt:** 332 lbs With clothes 02/13/2020 02:29 pm

**BMI:** 38.4 02/13/2020 02:29 pm

**BP:** 128/78 sitting L arm 02/13/2020 02:47 pm
132/84 supine L arm 02/13/2020 03:01 pm
122/90 sitting L arm 02/13/2020 03:02 pm
118/82 standing L arm 02/13/2020 03:02 pm

**BP Cuff Size:** adult 02/13/2020 02:30 pm
large adult 02/13/2020 03:01 pm
large adult 02/13/2020 03:02 pm
large adult 02/13/2020 03:02 pm

**Pulse:** 88 bpm regular 02/13/2020 02:48 pm
88 bpm regular 02/13/2020 03:02 pm
100 bpm regular 02/13/2020 03:02 pm
106 bpm regular 02/13/2020 03:03 pm

**RR:** 16 02/13/2020 02:48 pm

**O2Sat:** 96% Room Air at Rest 02/13/2020 03:01 pm
94% Room Air at Rest 02/13/2020 03:03 pm
95% Room Air at Rest 02/13/2020 03:03 pm

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg chewable tablet** Chew 1 tablet(s) every day by oral route. | 02/13/20 | entered |
| **Botox 100 unit injection** One injection every three months for uncontrolable muscle movements from brain tumor | 12/09/19 | filled |
| **calcipotriene 0.005 % topical cream** use as needed/as directed | 11/12/19 | filled |
| **fluocinonide 0.1 % topical cream** APPLY A THIN LAYER TWICE DAILY | 01/21/20 | filled |
| **fluticasone propionate 50 mcg/actuation nasal spray,suspension** Spray 1 spray(s) every day by nasal route for 30 days. | 02/01/20 | filled |
| **metoprolol tartrate 25 mg tablet** Take 0.5 tablet(s) twice a day by oral route for 90 days. | 01/16/20 | filled |
| **Symbicort 80 mcg-4.5 mcg/actuation HFA aerosol inhaler** use as directed | 12/10/19 | filled |
| **Xarelto 20 mg tablet** Take 1 tablet(s) every day by oral route for 90 days. | 01/13/20 | filled |

## Problems

Reviewed Problems
- History of cerebrovascular accident - Onset: 02/13/2020
- Insomnia - Onset: 02/13/2020
- Sleep apnea - Onset: 02/13/2020
- Dizziness - Onset: 02/13/2020
- Atrial fibrillation - Onset: 02/13/2020

Benign brain tumor near brain stem, unoperable

## Family History

Discussed Family History
Mother - Carcinoma of lung
Father is healthy

## Social History

Reviewed Social History
**Cardiology**
Occupation: Disabled
Marital status: Married
Race: Caucasian
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Chewing tobacco: none
Alcohol intake: Occasional
How many days in the past year have you had a heavy drinking consumption (4+ female, 5+ male)?: 10
Diet: Regular
Exercise level: None
Advance directive: N
Illicit drug use: None
Smokeless Tobacco Status: Currently uses moist powdered tobacco (Notes: 4 cans per week)
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 02/13/2020

## Surgical History

Reviewed Surgical History
- Carpal tunnel surgery - Bilateral
- Appendectomy
- Sinus Surgery

Cyst removed from back

## Past Medical History

Reviewed Past Medical History
Lung Disorder/Disease: **Y - Asthma**
Muscle, Joint, or Bone Problems: **Y - Arthritis**
Neurological Conditions: **Y - Brain tumor**
Sleep Disorders: **Y - Insomnia, Sleep apnea**
Stroke: **Y**

## Screening

None recorded.

## HPI

Mr. Fred Kenney is a 46 year old gentleman with a history of dizziness for several years that has worsened over the past few weeks. He has a history of a brain tumor that is inoperable according to him. He has sleep apnea and is on cpap. He says that he has had several strokes and is on Xarelto. Also a history of atrial fibrillation. There is no know family history of heart disease or strokes. He does not smoke but he uses moist tobacco daily.

Diagnostic Imaging: Electrocardiogram done in the clinic today shows sinus rhythm with no ischemic changes.

## ROS

**Additionally reports: All 14 systems reviewed and negative except for as mentioned in the History of Present Illness.**
**ROS as noted in the HPI**

## Physical Exam

Patient is a 46-year-old male.

GENERAL: Alert, awake and oriented times three. Skin is warm, no rashes. HEENT, no icterus, no anemia, no facial asymmetry.
NECK, supple, JVP is not elevated. No lymphadenopathy.
NEURO, right and left upper extremity strength and hand grip is equal. Normal speech. Right facial paralysis.
LUNGS, clear to auscultation.
HEART, normal S1 and S2, regular heart rhythm.
ABDOMEN, soft, obese and nontender. Normal bowel sounds.EXTREMITIES, palpable radial pulses and no peripheral edema. Palpable pedal pulses.

## Assessment / Plan

1. CVA, recurrent even on Xarelto.
2. Dyspnea. NYHA, Class II-III.
3. Sleep apnea.
4. Paroxysmal A-fib.

Recommand a holter, echocardiogram and lexiscan/cardiolite stress test. Continue with current medical therapy. Return to the clinic in one month.

.. **Dyspnea**
R06.00: Dyspnea, unspecified
- PHARMACOLOGIC STRESS TEST
  Appointment Date: 02/24/2020 Appointment Time: 0630
  Authorization #: auth not required spoke to Autumm S 02/14/2020 10:15am
- US, ECHOCARDIOGRAM
  Appointment Date: 02/24/2020 Appointment Time: 0630
  Authorization #: auth not required spoke to Autumm S 02/14/2020 10:15am

:. **Atrial fibrillation**
I48.91: Unspecified atrial fibrillation
- ATRIAL FIBRILLATION: CARE INSTRUCTIONS
- HOLTER MONITOR
  Appointment Date: 02/24/2020 Appointment Time: to follow stress
  Authorization #: auth not required Duration: 24 hour

## Return to Office

- Venkata Sastry Prayaga, MD for RECHECK 30 MIN at CARDIOLOGY ASSOCIATES OF NORTH CENTRAL ARKANSAS on 03/19/2020 at 03:00 PM

## Encounter Sign-Off

Encounter signed-off by Venkata Sastry Prayaga, MD, 02/14/2020.
Encounter performed by Venkata Sastry Prayaga, MD
Encounter scribed for Venkata Sastry Prayaga, MD by Donna Owens Cma,Ms
Encounter signed by Donna Owens Cma,Ms as scribe at 02/14/2020 at 10:16am
Encounter reviewed & signed by Venkata Sastry Prayaga, MD on 02/14/2020 at 11:12am

# Facesheet

## Demographics

| | |
|---|---|
| Patient Name | KENNEY, FRED |
| Address | 814 CATABERRY RUN ROAD |
| City/State/Zip | OZARK, AR 72949 |
| Home Phone | (479) 209-1114 |
| Mobile Phone | (479) 209-1114 |
| Insurance | Med Primary: BCBS-AR - FEP<br>Insurance # : R61209747<br>PCP : WESTBROOK, MICHAEL R<br>Referring Provider Name : WESTBROOK, MICHAEL R<br>Employer Name : UNKNOWN<br>Prescription: check now |
| Default Pharmacy | MEDI-QUIK PHARMACY (ERX)<br>810 W. COMMERCIAL<br>OZARK<br>AR 72949<br>Ph (479) 667-4145<br>Fax (479) 667-4879 |
| Portal Registration | Portal declined 02/13/2020--does not have an email. |

**Height / Weight / BMI / BP**

| | |
|---|---|
| Height | 6 ft 6 in 03/04/2021 |
| Weight | 320 lbs 0 oz 03/04/2021 |
| BMI | 37 03/04/2021 |
| Blood Pressure | 122 / 80 03/04/2021 |

**Problems**
- Insomnia - Onset: 02/13/2020
- Atrial fibrillation - Onset: 02/13/2020
- Dizziness - Onset: 02/13/2020
- Sleep apnea - Onset: 02/13/2020
- History of cerebrovascular accident - Onset: 02/13/2020

Benign brain tumor near brain stem, unoperable

**Surgical History**
- Carpal tunnel surgery - Bilateral
- Appendectomy
- Sinus Surgery
- Left heart catheterization (surg) - 04/07/2020

Cyst removed from back

**Medications**

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>INL 2 PUFFS ITL PRF WHZ | 02/25/21 | filled |
| **allopurinoL 100 mg tablet** TK 1 T PO QD | 02/25/21 | filled |
| **aspirin 81 mg chewable tablet** Chew 1 tablet(s) every day by oral route. | 02/13/20 | entered |
| **azelastine 137 mcg (0.1 %) nasal spray aerosol** | 03/23/21 | filled |
| **Botox 100 unit injection**<br>One injection every three months for uncontrolable muscle movements from brain tumor | 01/13/21 | filled |
| **calcipotriene 0.005 % topical cream** use as needed/as directed | 11/12/19 | filled |

Fax transmission job no. c0e4b5c2-4c66-4232-e053-0100007fc647 from athena was interrupted at 2021-04-26 14:08:06 EDT after delivering 18 out of 37 pages. This fax is a continuation from page 19

CARDIOLOGY ASSOCIATES OF NORTH CENTRAL ARKANSAS • 2205 W. Main, RUSSELLVILLE AR 72801-3353

**KENNEY, FRED (id #976233, dob: 09/04/1973)**

# Facesheet

**Demographics**

| | |
|---|---|
| Patient Name | KENNEY, FRED |
| Address | 814 CATABERRY RUN ROAD |
| City/State/Zip | OZARK, AR 72949 |
| Home Phone | (479) 209-1114 |
| Mobile Phone | (479) 209-1114 |
| Insurance | Med Primary: BCBS-AR - FEP<br>Insurance # : R61209747<br>PCP : WESTBROOK, MICHAEL R<br>Referring Provider Name : WESTBROOK, MICHAEL R<br>Employer Name : UNKNOWN<br>Prescription: check now |
| Default Pharmacy | MEDI-QUIK PHARMACY (ERX)<br>810 W. COMMERCIAL<br>OZARK<br>AR 72949<br>P~ (479) 667-4145<br>Fax (479) 667-4879 |
| Portal Registration | Portal declined 02/13/2020--does not have an email |

**Height / Weight / BMI / BP**

| | |
|---|---|
| Height | 6 ft 6 in [illegible] |
| Weight | 320 lbs 0 oz [illegible] |
| BMI | 37 [illegible] |
| Blood Pressure | 122 / 80 [illegible] |

**Problems**

- Insomnia - Onset: 02/13/2020
- Atrial fibrillation - Onset: 02/13/2020
- Dizziness - Onset: 02/13/2020
- Sleep apnea - Onset: 02/13/2020
- History of cerebrovascular accident - Onset: 02/13/2020

Benign brain tumor near brain stem, unoperable

**Surgical History**

- Carpal tunnel surgery - Bilateral
- Appendectomy
- Sinus Surgery
- Left heart catheterization (surg) - 04/07/2020

Cyst removed from back

**Medications**

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>INL 2 PUFFS ITL PRF WHZ | 02/25/21 | filed |
| **allopurinol 100 mg tablet** TK 1 T PO QD | 02/25/21 | filed |
| **aspirin 81 mg chewable tablet** Chew 1 tablet(s) every day by oral route. | 02/13/20 | entered |
| **azelastine 137 mcg (0.1 %) nasal spray aerosol** | 03/23/21 | filed |
| **Botox 100 unit injection**<br>One injection every three months for uncontrolable muscle movements from brain tumor | 01/13/21 | filed |
| **calcipotriene 0.005 % topical cream** use as needed/as directed | 11/12/19 | filed |

| | | |
|---|---|---|
| **colchicine 0.6 mg tablet** | 04/10/20 | filled |
| **Flovent HFA 110 mcg/actuation aerosol inhaler** | 03/23/21 | filled |
| **fluticasone propionate 50 mcg/actuation nasal spray,suspension** SHAKE LQ AND U 2 SPRAYS IEN QD | 02/25/21 | filled |
| **metoprolol tartrate 25 mg tablet** Take 0.5 tablet(s) twice a day by oral route for 90 days. | 03/17/21 | prescribed |
| **Symbicort 80 mcg-4.5 mcg/actuation HFA aerosol inhaler** use as directed | 09/05/20 | filled |
| **Xarelto 20 mg tablet** TAKE 1 TABLET, BY MOUTH, EACH DAY | 02/01/21 | filled |
| **ZyrTEC 10 mg tablet** Take 1 tablet(s) every day by oral route. | 03/04/21 | entered |

**Vaccines**
None recorded.

**Allergies / Adverse Reactions**
NKDA

**Past Medical History**

| | |
|---|---|
| Lung Disorder/Disease | Y, Asthma |
| Muscle, Joint, or Bone Problems | Y, Arthritis |
| Neurological Conditions | Y, Brain tumor |
| Sleep Disorders | Y, Insomnia, Sleep apnea |
| Stroke | Y |

**Social History**
**Cardiology**
Occupation: Disabled
Marital status: Married
Race: Caucasian
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Chewing tobacco: none
Alcohol intake: Occasional
How many days in the past year have you had a heavy drinking consumption (4+ female, 5+ male)?: 10
Diet: Regular
Exercise level: None
Advance directive: N
Illicit drug use: None
Smokeless Tobacco Status: Currently uses moist powdered tobacco (Notes: 4 cans per week)
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 09/09/2020

**Family History**
Mother - Carcinoma of lung
Father is healthy

**Patient History - Other**
None recorded.

**Screening**
None recorded.

## Imaging Results

Saint Mary's Regional Medical
1808 West Main Street
Russellville AR 72801

ECHOCARDIOGRAM

| | | | |
|---|---|---|---|
| **PATIENT:** | KENNEY,FRED WESLEY | **LOC:** | EA.OINF |
| **ACCOUNT:** | EA0403037328 | **RM#:** | |
| **DICTATED BY:** | Sastry V Prayaga | **MR#:** | E001325715 |
| **ATTENDING:** | Sastry V Prayaga | **DOB:** | 09/04/1973 |
| **ADMIT DATE:** | 04/07/20 | **DDT:** | |
| | | **PCP:** | Prayaga, Sastry V |

DATE OF STUDY: 04/07/2020

ECHOCARDIOGRAM REPORT

Mr. Fred Wesley Kenny is a morbidly obese gentleman with significant complaint of recurrent TIA or stroke-like symptoms and also having shortness of breath. Myocardial perfusion study was abnormal with 2 findings that raised concern.
1. Transient ischemic dilatation.
2. Some perfusion defect in the anterior wall.

Cardiac catheterization was recommended. Benefits and risks were discussed. Informed consent was obtained. Following procedures were performed:
1. Selective coronary angiogram.
2. Left ventriculography and left heart catheterization.

DESCRIPTION OF PROCEDURE: Right radial arterial access was obtained. A 6 slender glide sheath was placed. A Tiger catheter was used for the left ventriculography, followed by selective coronary angiogram with the following findings:
1. Left ventriculogram: LV ejection fraction is around 55%. Ventricular wall motion is normal. Left ventricle end-diastolic pressure is around 14 to 16 mmHg. No gradient across the aortic valve.
2. Left main coronary artery is a large caliber vessel, widely patent with no significant disease. It trifurcates into circumflex, ramus and LAD.
3. Left anterior descending artery is a large caliber vessel, widely patent with moderate diffuse slow flow. There is no occlusive coronary disease.
4. Ramus intermedius is a medium caliber vessel, moderate to severe slow flow. No occlusive coronary artery disease.
5. Left circumflex artery is a small branch, nondominant with no plaque burden that we can identify.
6. Right coronary artery, large caliber vessel, widely patent with no plaque burden, and severe slow flow.

FINAL IMPRESSION:
1. False positive stress test likely because of the moderate to severe microvascular dysfunction with severe slow flow. Normal coronary arteries. The patient's symptoms may be because of the uncorrected sleep apnea and/or microvascular dysfunction.

RECOMMEND:
1. Aggressive weight reduction.
2. Titration sleep study to titrate and recalibrate his CPAP.

TRANSINT:HBE191853 C: 04/07/2020 11:50:47 Voice Confirmation ID: 1537272
T: 04/07/2020 11:50:39 D: 04/07/2020 11:38:26
DOCUMENT ID: 3656922

Saint Mary's Regional Medical

ECHOCARDIOGRAM

| | | |
|---|---|---|
| **PATIENT:** | KENNEY,FRED WESLEY | **LOC:** EA.OINF |
| **ACCOUNT:** | EA0403037328 | **RM#:** |
| **DICTATED BY:** | Sastry V Prayaga | **MR#:** E001325715 |
| **ATTENDING:** | Sastry V Prayaga | **DOB:** 09/04/1973 |
| **ADMIT DATE:** | 04/07/20 | **DDT:** |
| | | **PCP:** Prayaga, Sastry V |

<Electronically signed by Sastry V Prayaga> 04/07/20 1205

Saint Mary's Regional Medical
1808 West Main Street
Russellville AR 72801

ECHOCARDIOGRAM

| | | | |
|---|---|---|---|
| **PATIENT:** | KENNEY,FRED WESLEY | **LOC:** | EA.NM |
| **ACCOUNT:** | EA0402965156 | **RM#:** | |
| **DICTATED BY:** | Sastry V Prayaga | **MR#:** | E001325715 |
| **ATTENDING:** | Sastry V Prayaga | **DOB:** | 09/04/1973 |
| **ADMIT DATE:** | 02/24/20 | **DDT:** | 02/24/20 |
| | | **PCP:** | Prayaga, Sastry V |

DATE OF STUDY: 02/24/2020

Echocardiogram Report

INDICATION: Atrial fibrillation and dyspnea.

Echocardiogram is of suboptimal quality due to poor acoustic windows. Wall motion cannot be assessed. The patient is in sinus rhythm throughout the study. Following are the important findings:
1. Left ventricle: There is mild concentric left ventricular hypertrophy. Grossly, left ventricular systolic function appears to be normal. Diastolic function is mildly impaired. Filling pressures are also normal.
2. Right ventricle: Grossly of normal dimensions and systolic function.
3. Both atria are of grossly normal size.
4. The aortic valve is suboptimally visualized. There is no stenosis or regurgitation by Doppler.
5. Mitral valve: No stenosis or regurgitation by Doppler. Again, the valve is suboptimally visualized.
6. Tricuspid valve shows incomplete TR signal to assess the RV systolic pressure. There is no pericardial effusion.

FINAL IMPRESSION:
1. Suboptimal acoustic windows and unable to assess the wall motion.
2. Grossly normal systolic function with an estimated left ventricular ejection fraction of around 55% with a mild diastolic dysfunction. There is mild concentric left ventricular hypertrophy. None of the valves are adequately visualized.

TRANSINT:IH30365 C: 03/10/2020 18:36:16 Voice Confirmation ID: 1529840
T: 03/10/2020 18:36:13 D: 03/10/2020 18:26:22
DOCUMENT ID: 3644520

<Electronically signed by Sastry V Prayaga>03/11/20 1015

**KENNEY, FRED (id #976233, dob: 09/04/1973)**

PHARMACOLOGIC STRESS TEST (#16485898, 02/24/2020 12:00am)

Saint Mary's Regional Medical
1808 West Main Street
Russellville AR 72801

MYOCARDIAL PERFUSION

| | | |
|---|---|---|
| **PATIENT:** KENNEY,FRED WESLEY | | **LOC:** EA.NM |
| **ACCOUNT:** EA0402965156 | | **RM#:** |
| **DICTATED BY:** Sastry V Prayaga | | **MR#:** E001325715 |
| **ATTENDING:** Sastry V Prayaga | | **DOB:** 09/04/1973 |
| **ADMIT DATE:** 02/24/20 | | **DDT:** 02/24/20 |
| | | **PCP:** Prayaga, Sastry V |

**DATE OF PROCEDURE:** 02/24/2020

Myocardial Perfusion Study Report

REASON FOR THE MYOCARDIAL PERFUSION STUDY: Dyspnea and atrial fibrillation.

Image quality was appropriate for interpretation. Study done with adenosine Cardiolite protocol. End-diastolic volume is 128 mL, and systolic volume is 54 mL, ejection fraction is 58%. There is transient ischemic dilatation up to 34%. There is reversibility of perfusion defect in the mid to distal anterior wall including the apex of moderate intensity. There are no rest defects.

FINAL IMPRESSION: Abnormal myocardial perfusion study with transient ischemic dilatation up to 34% and anterior wall defect mid to distal area including apex. Further evaluation of ischemia recommended.

TRANSINT:HBE137869 C: 03/07/2020 18:47:43
T: 03/07/2020 18:47:35 D: 03/06/2020 22:54:16
DOCUMENT ID: 3641997
Voice Confirmation ID: 1528310

<Electronically signed by Sastry V Prayaga> 03/09/20 1057

Saint Mary's Regional Medical
1808 West Main Street
Russellville AR 72801

HOLTER MONITOR

| | | | |
|---|---|---|---|
| **PATIENT:** | KENNEY,FRED WESLEY | **LOC:** | EA.NM |
| **ACCOUNT:** | EA0402965156 | **RM#:** | |
| **DICTATED BY:** | Sastry V Prayaga | **MR#:** | E001325715 |
| **ATTENDING:** | Sastry V Prayaga | **DOB:** | 09/04/1973 |
| **ADMIT DATE:** | 02/24/20 | **DDT:** | 02/24/20 |
| | | **PCP:** | Prayaga, Sastry V |

DATE OF STUDY: 02/24/2020

HOLTER MONITORING REPORT

INDICATION FOR THE HOLTER MONITORING: Atrial fibrillation.

Holter monitoring was done for 24 hours.

FOLLOWING ARE THE IMPORTANT FINDINGS: Baseline heart rhythm is sinus rhythm. Minimum heart rate is 44 beats per minute. Maximum heart rate is 132 beats per minute, average heart rate is 79 beats per minute. The patient stayed in tachycardia 9% of the time, bradycardia 9% of the time. There are rare premature atrial complexes and premature ventricular complexes. There are no arrhythmias. There were patient's symptoms that were noted where he was feeling weak, dizzy sometimes short of breath, but none of the patient's symptoms correlated with the Holter monitor, meaning that his underlying heart rhythm was normal sinus rhythm when he had these symptoms. There were no arrhythmias.

FINAL IMPRESSION: Holter monitoring essentially normal with no arrhythmias, but the patient having symptoms that did not correlate with the underlying heart rhythm. Alternate etiologies are recommended to be evaluated.

TRANSINT:HBE156217 C: 03/04/2020 10:14:25 Voice Confirmation ID: 1525678
T: 03/04/2020 08:58:56 D: 03/03/2020 20:03:30
DOCUMENT ID: 3639304

<Electronically signed by Sastry V Prayaga>03/04/20 1802

## ADENOSINE STRESS TEST (PROC) (#16392706, 02/24/2020 12:00am)

Saint Mary's Regional Medical
1808 West Main Street
Russellville AR 72801

EXERCISE STRESS TEST

| | | | |
|---|---|---|---|
| **PATIENT:** | KENNEY,FRED WESLEY | **LOC:** | EA.NM |
| **ACCOUNT:** | EA0402965156 | **RM#:** | |
| **DICTATED BY:** | Dai-Yuan Wang | **MR#:** | E001325715 |
| **ATTENDING:** | Sastry V Prayaga | **DOB:** | 09/04/1973 |
| **ADMIT DATE:** | 02/24/20 | **DDT:** | 02/24/20 |
| | | **PCP:** | Prayaga, Sastry V |

DATE OF STUDY: 02/24/2020

REFERRING PHYSICIAN: Dr. Prayaga.

INDICATION: Shortness of breath and atrial fibrillation.

A 46-year-old gentleman presented with shortness of breath and atrial fibrillation. Myocardial perfusion study for evaluation of his symptoms and risk stratification. Adenosine was infused in routine fashion and the patient tolerated the procedure well. No immediate complication was noted. The test is clinically negative with a Cardiolite report to follow.

TRANSINT:HBE123534 C: 02/25/2020 08:14:58 Voice Confirmation ID: 1523135
T: 02/25/2020 08:14:52 D: 02/25/2020 07:39:44
DOCUMENT ID: 3633323

<Electronically signed by Dai-Yuan Wang, MD> 02/25/20 0822

**KENNEY, FRED (id #976233, dob: 09/04/1973)**

ELECTROCARDIOGRAM (#16321792, 02/13/2020 12:00am)




## Lab Results

BASIC METABOLIC PANEL 04/07/2020 (#16680145, Final, 04/07/2020 7:10am)

| | | | |
|---|---|---|---|
| Ordering Provider | SASTRY PRAYAGA | Performing Lab | SAINT MARYS REGIONAL MEDICAL CENTER (SMRMC LABORATORY) 1808 W MAIN ST RUSSELLVILLE AR 72801 |
| Specimen/Accession ID | 0407:C00048S | Specimen Source | |
| Specimen Coll. Date | 04/07/2020 07:10 | Result Status | Final |
| Specimen Rec. Date | 04/07/2020 07:13 | Report Status | |
| Specimen Reported Date | | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| SODIUM | 138 | 136-145 | mmol/L | Normal | Final | Main Lab |
| POTASSIUM | 4.2 | 3.5-5.1 | mmol/L | Normal | Final | Main Lab |
| CHLORIDE | 105 | 98-107 | mmol/L | Normal | Final | Main Lab |
| CARBON DIOXIDE | 27 | 21-32 | mmol/L | Normal | Final | Main Lab |
| ANION GAP | 10 | 5-15 | mmol/L | Normal | Final | Main Lab |
| BLOOD UREA NITROGEN | 14.0 | 7.0-18.0 | mg/dL | Normal | Final | Main Lab |
| CREATININE | 1.20 | 0.60-1.30 | mg/dL | Normal | Final | Main Lab |
| GFR AFRICAN AMERICAN | > 59 | >59 | mL/min | | Final | Main Lab |
| GFR NON AFRICAN AMERICAN | > 59 | >59 | mL/min | | Final | Main Lab |
| BUN/CREATININE RATIO | 11.7 | 10.0-17.0 | | Normal | Final | Main Lab |
| GLUCOSE | 104 | 74-106 | mg/dL | Normal | Final | Main Lab |
| CALCIUM | 9.4 | 8.5-10.1 | mg/dL | Normal | Final | Main Lab |
| CALCIUM CORRECTED FOR ALB | 9.6 | 8.2-10.0 | mg/dL | Normal | Final | Main Lab |
| ALBUMIN | 3.7 | 3.4-5.0 | g/dL | Normal | Final | Main Lab |

## PROTHROMBIN TIME + INR 04/03/2020 (#16666525, Final, 04/03/2020 8:05am)

| | | | |
|---|---|---|---|
| Ordering Provider | SASTRY PRAYAGA | Performing Lab | SAINT MARYS REGIONAL MEDICAL CENTER (SMRMC LABORATORY) 1808 W MAIN ST RUSSELLVILLE AR 72801 |
| Specimen/Accession ID | 0403:CG00004R | Specimen Source | |
| Specimen Coll. Date | 04/03/2020 08:05 | Result Status | Final |
| Specimen Rec. Date | 04/03/2020 08:05 | Report Status | |
| Specimen Reported Date | | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| **PT PATIENT** | **11.3** | **9.2-11.2** | **Seconds** | **High** | **Final** | **Main Lab** |
| **INTERNATIONAL NORMAL RATIO** | **1.12** | **0.90-1.10** | | **High** | **Final** | **Main Lab** |

## LIPID PANEL 04/03/2020 (#16666353, Final, 04/03/2020 8:05am)

| | | | |
|---|---|---|---|
| Ordering Provider | SASTRY PRAYAGA | Performing Lab | SAINT MARYS REGIONAL MEDICAL CENTER (SMRMC LABORATORY) 1808 W MAIN ST RUSSELLVILLE AR 72801 |
| Specimen/Accession ID | 0403:C00047R | Specimen Source | |

| | | | |
|---|---|---|---|
| Specimen Coll. Date | 04/03/2020 08:05 | Result Status | Final |
| Specimen Rec. Date | 04/03/2020 08:05 | Report Status | |
| Specimen Reported Date | | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| **TRIGLYCERIDES** | **316** | **30-150** | **mg/dL** | **High** | **Final** | **Main Lab** |
| | **Results may be falsely decreased if patient received N-Acetylcysteine (NAC) or Metamizole prior to specimen collection.** | | | | | |
| **CHOLESTEROL** | **243** | **0-200** | **mg/dL** | **High** | **Final** | **Main Lab** |
| **LDL CHOLESTEROL DIRECT** | **162** | **5-100** | **mg/dL** | **High** | **Final** | **Main Lab** |
| VLDL CHOLESTEROL | 63.2 | | mg/dL | | Final | Main Lab |
| **HDL CHOLESTEROL** | **34.0** | **40-59** | **mg/dL** | **Low** | **Final** | **Main Lab** |
| | **Results may be falsely decreased if patient received N-Acetylcysteine (NAC) or Metamizole prior to specimen collection.** | | | | | |

## BASIC METABOLIC PANEL 04/03/2020 (#16666352, Final, 04/03/2020 8:05am)

| | | | |
|---|---|---|---|
| Ordering Provider | SASTRY PRAYAGA | Performing Lab | SAINT MARYS REGIONAL MEDICAL CENTER (SMRMC LABORATORY)<br>1808 W MAIN ST<br>RUSSELLVILLE AR 72801 |
| Specimen/Accession ID | 0403:C00047R | Specimen Source | |
| Specimen Coll. Date | 04/03/2020 08:05 | Result Status | Final |
| Specimen Rec. Date | 04/03/2020 08:05 | Report Status | |
| Specimen Reported Date | | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| SODIUM | 139 | 136-145 | mmol/L | Normal | Final | Main Lab |
| POTASSIUM | 4.3 | 3.5-5.1 | mmol/L | Normal | Final | Main Lab |
| CHLORIDE | 104 | 98-107 | mmol/L | Normal | Final | Main Lab |
| CARBON DIOXIDE | 31 | 21-32 | mmol/L | Normal | Final | Main Lab |
| ANION GAP | 8 | 5-15 | mmol/L | Normal | Final | Main Lab |
| BLOOD UREA NITROGEN | 13.0 | 7.0-18.0 | mg/dL | Normal | Final | Main Lab |
| CREATININE | 1.20 | 0.60-1.30 | mg/dL | Normal | Final | Main Lab |
| GFR AFRICAN AMERICAN | > 59 | >59 | mL/min | | Final | Main Lab |
| GFR NON AFRICAN AMERICAN | > 59 | >59 | mL/min | | Final | Main Lab |
| BUN/CREATININE RATIO | 10.8 | 10.0-17.0 | | Normal | Final | Main Lab |
| **GLUCOSE** | **153** | **74-106** | **mg/dL** | **High** | **Final** | **Main Lab** |
| CALCIUM | 9.2 | 8.5-10.1 | mg/dL | Normal | Final | Main Lab |
| CALCIUM CORRECTED FOR ALB | 9.4 | 8.2-10.0 | mg/dL | Normal | Final | Main Lab |
| ALBUMIN | 3.7 | 3.4-5.0 | g/dL | Normal | Final | Main Lab |

## CBC W AUTOMATED DIFF 04/03/2020 (#16666152, Final, 04/03/2020 8:05am)

**KENNEY, FRED (id #976233, dob: 09/04/1973)**

| | | | |
|---|---|---|---|
| Ordering Provider | SASTRY PRAYAGA | Performing Lab | SAINT MARYS REGIONAL MEDICAL CENTER (SMRMC LABORATORY)<br>1808 W MAIN ST<br>RUSSELLVILLE AR 72801 |
| Specimen/Accession ID | 0403:H00038R | Specimen Source | |
| Specimen Coll. Date | 04/03/2020 08:05 | Result Status | Final |
| Specimen Rec. Date | 04/03/2020 08:05 | Report Status | |
| Specimen Reported Date | | | |

| Report | Result | Ref. Range | Units | | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD COUNT | 7.21 | 4.50-11.00 | K/mm3 | Normal | Final | Main Lab |
| RED BLOOD CELL COUNT | 5.25 | 4.70-6.10 | M/mm3 | Normal | Final | Main Lab |
| HEMOGLOBIN | 14.0 | 14.0-17.0 | gm/dL | Normal | Final | Main Lab |
| HEMATOCRIT | 43.4 | 42.9-49.1 | % | Normal | Final | Main Lab |
| MEAN CORPUSCULAR VOLUME | 82.7 | 80.0-100.0 | fL | Normal | Final | Main Lab |
| **MEAN CORPUSCULAR HEMOGLOBIN** | **26.7** | **27.0-32.0** | **pg** | **Low** | **Final** | **Main Lab** |
| MEAN CORPUSCULAR HGB CONTENT | 32.3 | 32.0-36.0 | gm/dL | Normal | Final | Main Lab |
| RED CELL DISTRIBUTION WIDTH | 13.6 | 11.5-14.5 | % | Normal | Final | Main Lab |
| PLATELET COUNT | 329 | 130-400 | K/mm3 | Normal | Final | Main Lab |
| NEUTROPHILS PERCENT-AUTO | 52.0 | 35.0-80.0 | % | Normal | Final | Main Lab |
| **IMMATURE GRANULO PERCENT-AUTO** | **0.7** | **0-0.5** | **%** | **High** | **Final** | **Main Lab** |
| LYMPHOCYTES PERCENT-AUTO | 32.7 | 18.0-44.0 | % | Normal | Final | Main Lab |
| MONOCYTES PERCENT-AUTO | 6.7 | 4.7-12.5 | % | Normal | Final | Main Lab |
| **EOSINOPHILS PERCENT-AUTO** | **6.9** | **0.0-4.0** | **%** | **High** | **Final** | **Main Lab** |
| BASOPHILS PERCENT-AUTO | 1.0 | 0.0-1.2 | % | Normal | Final | Main Lab |
| NUCLEATED RBC PERCENT- AUTO | 0.0 | 0-0.2 | /100WBC | Normal | Final | Main Lab |
| NEUTROPHILS ABSOLUTE-AUTO | 3.75 | 1.80-7.70 | K/mm3 | Normal | Final | Main Lab |
| **IMMATURE GRANULO ABSOLUTE-AUTO** | **0.05** | **0.00-0.03** | **K/mm3** | **High** | **Final** | **Main Lab** |
| LYMPHOCYTES ABSOLUTE-AUTO | 2.36 | 0.80-4.80 | K/mm3 | Normal | Final | Main Lab |
| MONOCYTES ABSOLUTE-AUTO | 0.48 | 0.20-0.90 | K/mm3 | Normal | Final | Main Lab |
| EOSINOPHILS ABSOLUTE-AUTO | 0.50 | 0.00-0.80 | K/mm3 | Normal | Final | Main Lab |
| BASOPHILS ABSOLUTE-AUTO | 0.07 | 0.00-0.13 | K/mm3 | Normal | Final | Main Lab |
| NUCLEATED RBC ABSOLUTE-AUTO | 0.00 | 0.00-0.01 | K/mm3 | Normal | Final | Main Lab |

**KENNEY, FRED (id #976233, dob: 09/04/1973)**

BMP, BLOOD 04/03/2020 (#16666760, 04/03/2020)

PHYSICIAN

St Mary's Regional Medical Center Laboratory
1808 West Main St  Russellville, AR 72801
Phone: 479 968 2841
Medical Director: Christina Jetton, M.D.

Laboratory Report  Lq _

PATIENT: KENNEY,FRED WESLEY  ACCT #: EA0403037328 LOC: EA.OLNr  U #: E[illegible]
DOB: 09/04/73  AGE/SX: 46/M  ROOM:  REG: 04/07/20
SUBM Dr: Prayaga, Saatry V  STATUS: PRE [illegible]  BED:

**Specimen:** 0403:C00047R  **Collected:** 04/03/20-0805  **Status:** COMP  **Req:** 01430530
**Received:** 04/03/20-0805  **Subm Dr:** Prayaga, Saatry V
**Verified:** 04/03/20-0836  **Explicit Fax:**
**Othr Dr:**

**Ordered:** BMP, Lipid Pane
**Queries:**

| | | | | |
|---|---|---|---|---|
| *BMP* | | | | |
| *Lytes* | | | | |
| Na | 139 | | 136-145 mmol/L | ML |
| K | [illegible] | | 3.5-5.1 mmol/L | ML |
| Cl | 104 | | 98-107 mmol/L | ML |
| CO2 | [illegible] | | 21-32 mmol/L | ML |
| Anion Gap | 8 | | 5-15 mmol/L | ML |
| BUN | 13.0 | | 7.0-18.0 mg/dL | ML |
| Creatinine | 1.20 | | 0.60-1.30 mg/dL | ML |
| GFR African Am | > 59 | | >59 mL/min | ML |
| GFR Non African | > 59 | | >59 mL/min | ML |
| BUN/Creatinine | 10.8 | | 10.0-17.0 | ML |
| Glucose | **153** | *H* | 74-106 mg/dL | ML |
| Ca | 9.2 | | 8.5-10.1 mg/dL | ML |
| Ca Corr for Alb | 9.4 | | 8.2-10.2 mg/dL | ML |
| Alb | 3.7 | | 3.4-5.0 g/dL | ML |
| *Lipid Panel* | | | | |
| Trig | **316** | *H* | 30-150 mg/dL | ML |
| | *Results may be falsely decreased if patient received N-Acetylcysteine (NAC) or Metamizole prior to specimen collection.* | | | |
| Chol | **243** | *H* | 0-200 mg/dL | ML |
| LDL (Direct) | **152** | *H* | 5-100 mg/dL | ML |
| VLDL | 63.2 | | mg/dL | ML |
| HDL | **34.0** | *L* | 40-60 mg/dL | ML |
| | *Results may be falsely decreased if patient received N-Acetylcysteine (NAC) or Metamizole prior to specimen collection.* | | | |

# ML  Main Lab
Saint Mary's Regional Medical Center
1808 West Main St., Russellville, AR 72801
Christina Jetton, MD

St Mary's Regional Medical Center Laboratory
1808 West Main St Russellville, AR 72801
Phone: 479 968 2841
Medical Director: Christina Jetton, M.D.

Laboratory Report Pg 2

PATIENT: KENNEY, FRED WESLEY ACCT #: EA0403037328 LOC: EA.OINF U #: E001328726
DOB: 09/04/73 AGE/SX: 46/M ROOM: REG: 04/07/20
ATTEND: Prayaga, Sastry V STATUS: PRE CLI BED:

Specimen: 0403:CG00004R Collected: 04/03/20-0805 Status: COMP Req: 01130533
Received: 04/03/20-0805 Subm Dr: Prayaga, Sastry V
Verified: 04/03/20-0855 Explicit Fax:
Othr Dr:

Ordered: PT
Queries:

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| PT | | | | |
| PT Patient | 11.3 | H | 9.2 11.2 Seconds | ML |
| INR | 1.12 | H | 0.90 1.10 | ML |

# ML Main Lab
Saint Mary's Regional Medical Center
1808 West Main St., Russellville, AR 72801
Christina Jetton, MD

*confidential*

# fax

| | |
|---|---|
| *To:* | **Prayaga, Sastry V** |
| *Organization:* | CPLEA |
| *Fax Number:* | 9,9684399 |
| *Phone Number:* | |
| *From:* | |
| *Pages:* | 3 |
| *Date/Time:* | 4/3/2020, 8:31:18 AM |
| *Subject:* | Confidential Report |

This attached correspondence is intended only for the use of the individual or entity to which it is addressed and contains information that is confidential. If you have received this communication by mistake, please call immediately by telephone and mail the original message to us. Thank you for your assistance.

Statement Accompanying Disclosures
As the recipient of this information, you are prohibited from using this information for any purpose other than the stated purpose. You may disclose this information to another party ONLY:
-With written authorization from the patient or his/her legal representative;
-As required by state law; or
-If urgently needed for the patient's continued care.

You must destroy this information after its stated need has been fulfilled.

If this disclosure contains information relating to alcohol or drug abuse education, training, treatment, rehabilitation, or research, the following shall apply:

This information has been disclosed to you from record whose confidentiality is protected by federal law. Federal regulations (Title 42 CFR Part2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is NOT sufficient for this purpose.

PHYSICIAN

[illegible]

CARDIOLOGY ASSOCIATES OF NORTH CENTRAL ARKANSAS • 2205 W. Main, RUSSELLVILLE AR 72801-3353

**KENNEY, FRED (id #976233, dob: 09/04/1973)**

Date 4/8/2020 Time 8:35:13 AM Nortax Page 3 of 3

St Mary's Regional Medical Center Laboratory
1808 West Main St Russellville, AR 72801
Phone: 479 968 2841
Medical Director: Christina Jetton, M.D.

Laboratory Report

PATIENT: KENNEY, FRED WESLEY ACCT #: EA0403037328 LOC: EA.OLNF U #: E001328715
DOB: 09/04/73 AGE/SX: 46/M ROOM: REG: 04/03/20
ATTEND Dr: Prayaga, Sudhy V STATUS: PRE CLI BED:

Specimen: 0403:H00038R Collected: 04/03/20-0803 Status: COMP Req: 01130530
Received: 04/03/20-0805 Subm Dr: Prayaga, Sudhy V
Verified: 04/03/20-0814 Explicit Fax:
Othr Dr:

Ordered: CBC w Auto Diff
Queries:

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| *CBC w Auto Diff* | | | | |
| *CBC wo Diff* | | | | |
| WBC | 7.21 | | 4.50 11.00 K/mm3 | ML |
| RBC | 5.23 | | 4.70-6.10 M/mm3 | ML |
| HGB | 14.0 | | 14.0 17.0 gm/dL | ML |
| HCT | 43.4 | | 42.0-49.1 % | ML |
| MCV | 83.7 | | 80.0 100.0 fL | ML |
| MCH | **26.7** | *L* | 27.0-32.0 uug | ML |
| MCHC | 32.3 | | 32.0-36.0 gm/dL | ML |
| RDW | 13.6 | | 11.5 14.5 % | ML |
| PLT | 329 | | 130-400 K/mm3 | ML |
| Neut % | 52.0 | | 35.0 80.0 % | ML |
| Imm Gran % | **0.7** | *H* | 0-0.6 % | ML |
| Lymph % | 32.7 | | 18.0 44.0 % | ML |
| Mono % | 6.7 | | 4.7-12.5 % | ML |
| Eos % | **6.9** | *H* | 0.0-4.0 % | ML |
| Baso % | 1.0 | | 0.0-1.2 % | ML |
| NRBC Auto % | 0.0 | | 0-0.2 /100WBC | ML |
| Neut # | 3.75 | | 1.80 7.70 K/mm3 | ML |
| Imm Gran # | **0.05** | *H* | 0.00-0.03 K/mm3 | ML |
| Lymph # | 2.36 | | 0.80 4.80 K/mm3 | ML |
| Mono # | 0.48 | | 0.20-0.90 K/mm3 | ML |
| Eos # | 0.50 | | 0.00 0.50 K/mm3 | ML |
| Baso # | 0.07 | | 0.00 0.10 K/mm3 | ML |
| NRBC Auto# | 0.00 | | 0.00 0.01 K/mm3 | ML |

\# ML Main Lab
Saint Mary's Regional Medical Center
1808 West Main St., Russellville, AR 72801
Christina Jetton, MD

## Medication List

**albuterol sulfate HFA 90 mcg/actuation aerosol inhaler** 02/25/21 filled
INL 2 PUFFS ITL PRF WHZ

| | | |
|---|---|---|
| **allopurinoL 100 mg tablet** TK 1 T PO QD | 02/25/21 | filled |
| **aspirin 81 mg chewable tablet** Chew 1 tablet(s) every day by oral route. | 02/13/20 | entered |
| **azelastine 137 mcg (0.1 %) nasal spray aerosol** | 03/23/21 | filled |
| **Botox 100 unit injection**<br>One injection every three months for uncontrolable muscle movements from brain tumor | 01/13/21 | filled |
| **calcipotriene 0.005 % topical cream** use as needed/as directed | 11/12/19 | filled |
| **colchicine 0.6 mg tablet** | 04/10/20 | filled |
| **Flovent HFA 110 mcg/actuation aerosol inhaler** | 03/23/21 | filled |
| **fluticasone propionate 50 mcg/actuation nasal spray,suspension**<br>SHAKE LQ AND U 2 SPRAYS IEN QD | 02/25/21 | filled |
| **metoprolol tartrate 25 mg tablet**<br>Take 0.5 tablet(s) twice a day by oral route for 90 days. | 03/17/21 | prescribed |
| **Symbicort 80 mcg-4.5 mcg/actuation HFA aerosol inhaler** use as directed | 09/05/20 | filled |
| **Xarelto 20 mg tablet** TAKE 1 TABLET, BY MOUTH, EACH DAY | 02/01/21 | filled |
| **ZyrTEC 10 mg tablet** Take 1 tablet(s) every day by oral route. | 03/04/21 | entered |

Emp ID: 00041026

# EARNINGS STATEMENT

| | | |
|---|---|---|
| Name: Fred Wesley Kenney<br>Address: PO Box 12<br>Ozark AR 72949 | Company: Power Delivery<br>CoCd: 0200<br>Org Unit: Trans Construction & R/W Clear<br>Pay Area: P3 Utility Operations - ES | Net Pay Amount: 271.50<br>Pay Period: 09/10/2018 - 09/23/2018<br>Check Date: 09/28/2018<br>Pay Period Number: 20/2018 |

| CHECK SUMMARY: | Earnings | + Tax Item | - Pre-Tax Ded | = Taxable Gross | - Total Tax | - Aft-Tax Ded | + Non-Tax Item | - Tax Item | = Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Current: | 441.00 | 0.00 | 89.50 | 351.50 | 30.82 | 49.18 | 0.00 | 0.00 | 271.50 |
| YTD : | 57,409.39 | 56.70 | 7,477.69 | 49,988.40 | 7,876.83 | 476.78 | 6,426.62 | 56.70 | 48,004.71 |

## W-4 INFORMATION

| Authority | Status | Exemptions | Additional WH Amount |
|---|---|---|---|
| Federal | Married | 00 | 0.00 |
| Arkansas | Married | 00 | 0.00 |

## EARNINGS

| Wage Type Description | Hours | Rate | Curr Amount | YTD Amount |
|---|---|---|---|---|
| Base Pay | | | | 20,501.85 |
| Teamshare Incentive | | | | 4,471.44 |
| 1-1/2X-Overtime | | | | 132.28 |
| 2X-Overtime | | | | 264.54 |
| Vacation | | | | 176.36 |
| Sick Employee | | | | 661.35 |
| Holiday | | | | 1,058.16 |
| Floating Holiday | | | | 529.08 |
| FMLA Vacation | | | | 5,551.82 |
| FMLA Sick Employee | | | | 7,463.55 |
| FMLA Short Term Disablity | 20.00 | 22.05 | 441.00 | 15,354.44 |
| FMLA Holiday | | | | 705.44 |
| FMLA Birthday | | | | 352.72 |
| FMLA Floating Holiday | | | | 176.36 |
| Total Earnings: | | | 441.00 | 57,409.39 |

## NON-TAXABLE ITEMS

| Wage Type Description | Hours | Rate | Curr Amount | YTD Amount |
|---|---|---|---|---|
| Cell Phone Stipend No Tax | | | | 378.00 |
| Empl Exp Reimbursement | | | | 1,348.62 |
| Per diem | | | | 4,700.00 |
| Total Non-Taxable Items: | | | | 6,426.62 |

## TAXABLE ITEMS

| Wage Type Description | Hours | Rate | Curr Amount | YTD Amount |
|---|---|---|---|---|
| EE GTLI Taxable | | | | 56.70 |
| Total Tax Items: | | | | 56.70 |

## TAXABLE EARNINGS AND TAXES

| Authority | Tax Type | Tax Base Curr | Tax Base YTD | Taxes Curr | Taxes YTD |
|---|---|---|---|---|---|
| Federal | W/H EE | 351.50 | 49,988.40 | | 1,235.92 |
| Federal | OASDI EE | 351.50 | 55,855.09 | 21.80 | 3,463.02 |
| Federal | MedcarEE | 351.50 | 55,855.09 | 5.10 | 809.90 |
| Arkansas | W/H EE | 351.50 | 49,988.40 | 3.92 | 2,367.99 |
| Total: | | | | 30.82 | 7,876.83 |

## NET PAY DISTRIBUTION

| | | |
|---|---|---|
| BANK OF OZARK | ********9410 | 271.50 |
| Amount to be paid | | 271.50 |

## EMPLOYEE PRE-TAX DEDUCTIONS

| Wage Type | Curr Amount | YTD Amount |
|---|---|---|
| Medical deduction | 71.00 | 1,278.00 |
| Dental deduction | 18.50 | 333.00 |
| Pre-tax Basic RSPL | | 3,182.59 |
| Pre-tax Supp RSP | | 2,624.58 |
| Pre-tax RSP OT & Bonus | | 59.52 |
| Total EE Pre-Tax : | 89.50 | 7,477.69 |

## EMPLOYEE AFTER-TAX DEDUCTIONS

| Wage Type | Curr Amount | YTD Amount |
|---|---|---|
| Employee Contrib Life | 42.50 | 280.98 |
| Spouse's Life Insurance | 1.55 | 13.95 |
| Dependent Life Insurance | 0.78 | 7.02 |
| Employee AD&D Insurance | 4.35 | 39.15 |
| Long-term disab deduct | | 130.68 |
| United Way-Metro | | 5.00 |
| Total EE After-Tax: | 49.18 | 476.78 |

## EMPLOYER PAID BENEFITS

| Wage Type | Curr Amount | YTD Amount |
|---|---|---|
| ER Medical Contribution | 153.88 | 2,769.84 |
| ER Dental Contribution | 45.47 | 818.46 |
| ER Non-contrib AD&D | | 9.00 |
| Co Matching RSPL | | 3,182.59 |
| ER Long Term Disability | | 103.14 |
| ER Non-contrib Life-New | | 125.01 |
| Total ER Paid Benefits: | 199.35 | 642.86 |

2

Walgreens



Confidential Patient Information
Prescription Profile
01/01/2018 through 01/30/2020

Report date/time: 01/30/2020 11:23 AM

PLAINTIFF-000536

Patient Info: FRED KENNEY
518 CR 2731
LONDON, AR 72847

Store Info: 3202 W MAIN ST
RUSSELLVILLE, AR 72801
(479)880-0181

Patient Phone: (479)209-1114
Date of Birth: 09/04/1973
Gender: M
Allergy Conditions:
Health Conditions: We have health conditions on file

217-554-8949

| Prescription Number | Medication | NDC | RPh | Prescriber | Ins. Plan(s) Claim Ref#(s) | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|---|---|
| 0484613-15243 | XARELTO 20MG TABLETS<br>Your insurance saved you $569.99 | 50458-0579-30 | MLP | ADJEI, A. | PERX / N7TMQCL | 05/01/19 | 30.000 | 0.00 |
| 0484613-15243 | XARELTO 20MG TABLETS<br>Your insurance saved you $569.99 | 50458-0579-30 | MLP | ADJEI, A. | PERX / UWPE1WX | 05/30/19 | 30.000 | 0.00 |
| 0484613-15243 | XARELTO 20MG TABLETS<br>Your insurance saved you $1697.9 | 50458-0579-30 | BLP | ADJEI, A. | PERX / MDPRKWF | 07/03/19 | 90.000 | 0.00 |
| 0484613-15243 | XARELTO 20MG TABLETS<br>Your insurance saved you $569.99 | 50458-0579-30 | BLP | ADJEI, A. | PERX / O73FAFD | 09/29/19 | 30.000 | 0.00 |
| 0484613-15243 | XARELTO 20MG TABLETS<br>Your insurance saved you $1697.9 | 50458-0579-30 | JKL | ADJEI, A. | PERX / SL1NRN9 | 10/30/19 | 90.000 | 0.00 |
| | | | | | Total Fillings: 5 | Subtotal: | 270.000 | 0.00 |
| 0484615-15243 | METOPROLOL TARTRATE 25MG TABLETS<br>Your insurance saved you $11.99 | 57237-0100-99 | MLP | ADJEI, A. | PERX / EQPMWXA | 05/01/19 | 30.000 | 0.00 |
| | | | | | Total Fillings: 1 | Subtotal: | 30.000 | 0.00 |

Confidential Patient Information
Prescription Profile
01/01/2018 through 01/30/2020

Report date/time: 01/30/2020 11:23 AM



Patient Info: FRED KENNEY
518 CR 2731
LONDON, AR 72847

Patient Phone: (479)209-1114
Date of Birth: 09/04/1973
Gender: M

Store Info: 3202 W MAIN ST
RUSSELLVILLE, AR 72801
(479)880-0181

| Prescription Number | Medication | NDC | RPh | Prescriber | Ins. Plan(s) Claim Ref#(s) | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|---|---|
| 0487552-15243 | FLUTICASONE 50MCG NASAL SP (120) RX<br>Your insurance saved you $66.83 | 60505-0829-01 | JYL | COOK, S. | PERX /<br>F3WMLX9 | 05/13/19 | 16.000 | 8.16 |
| 0487552-15243 | FLUTICASONE 50MCG NASAL SP (120) RX<br>Your insurance saved you $66.83 | 60505-0829-01 | BLP | COOK, S. | PERX /<br>S9XHPQF | 06/15/19 | 16.000 | 8.16 |
| 0487552-15243 | FLUTICASONE 50MCG NASAL SP (120) RX<br>Your insurance saved you $69.3 | 60505-0829-01 | BLP | COOK, S. | PERX /<br>0E9R3H9 | 07/13/19 | 16.000 | 5.69 |
| 0487552-15243 | FLUTICASONE 50MCG NASAL SP (120) RX<br>Your insurance saved you $69.3 | 60505-0829-01 | MLP | COOK, S. | PERX /<br>5EQDHXF | 08/13/19 | 16.000 | 5.69 |
| 0487552-15243 | FLUTICASONE 50MCG NASAL SP (120) RX<br>Your insurance saved you $69.3 | 60505-0829-01 | BLP | COOK, S. | PERX /<br>3EH9HFX | 09/07/19 | 16.000 | 5.69 |
| 0487552-15243 | FLUTICASONE 50MCG NASAL SP (120) RX<br>Your insurance saved you $69.3 | 60505-0829-01 | EJC | COOK, S. | PERX /<br>Q3E3LFX | 10/05/19 | 16.000 | 5.69 |
| 0487552-15243 | FLUTICASONE 50MCG NASAL SP (120) RX<br>Your insurance saved you $69.3 | 60505-0829-01 | IVE | COOK, S. | PERX /<br>O9DNDLD | 11/04/19 | 16.000 | 5.69 |

Total Fillings: 7 Subtotal: 112.000 44.77

4

Walgreens



Confidential Patient Information
Prescription Profile
01/01/2018 through 01/30/2020

Report date/time: 01/30/2020 11:23 AM

PLAINTIFF-000538

Patient Info: FRED KENNEY
518 CR 2731
LONDON, AR 72847

Store Info: 3202 W MAIN ST
RUSSELLVILLE, AR 72801
(479)880-0181

Patient Phone: (479)209-1114
Date of Birth: 09/04/1973
Gender: M

| Prescription Number | Medication | NDC | RPh | Prescriber | Ins. Plan(s) Claim Ref#(s) | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|---|---|
| 0487724-15243 | AMOX-CLAV 875MG TABLETS<br>Your insurance saved you $33.31 | 65862-0503-20 | JYL | COOK, S. | PERX /<br>OQNT1M1 | 05/13/19 | 14.000 | 21.68 |
| | | | | | Total Fillings: 1 | Subtotal: | 14.000 | 21.68 |
| 0490957-15243 | METOPROLOL TARTRATE 25MG TABLETS<br>Your insurance saved you $11.99 | 00378-0018-05 | MLP | ADJEI, A. | PERX /<br>37MN1HQ | 05/26/19 | 30.000 | 0.00 |
| 0490957-15243 | METOPROLOL TARTRATE 25MG TABLETS<br>Your insurance saved you $10.22 | 00378-0018-05 | EJC | ADJEI, A. | PERX /<br>OTNDKXH | 06/27/19 | 30.000 | 1.77 |
| 0490957-15243 | METOPROLOL TARTRATE 25MG TABLETS<br>Your insurance saved you $10.56 | 00378-0018-05 | PDL | ADJEI, A. | PERX /<br>7WEM1D9 | 07/30/19 | 30.000 | 1.43 |
| | | | | | Total Fillings: 3 | Subtotal: | 90.000 | 3.20 |
| 0513956-15243 | METOPROLOL TARTRATE 25MG TABLETS<br>Your insurance saved you $10.56 | 00378-0018-05 | MLP | ADJEI, A. | PERX /<br>FHXNNKF | 08/30/19 | 30.000 | 1.43 |
| 0513956-15243 | METOPROLOL TARTRATE 25MG TABLETS<br>Your insurance saved you $10.56 | 00378-0018-05 | PDL | ADJEI, A. | PERX /<br>E73QWFQ | 09/25/19 | 30.000 | 1.43 |

Walgreens



Confidential Patient Information
Prescription Profile
01/01/2018 through 01/30/2020

Report date/time: 01/30/2020 11:23 AM

Patient Info: FRED KENNEY
518 CR 2731
LONDON, AR 72847

Store Info: 3202 W MAIN ST
RUSSELLVILLE, AR 72801
(479)880-0181

Patient Phone: (479)209-1114
Date of Birth: 09/04/1973
Gender: M

| Prescription Number | Medication | NDC | RPh | Prescriber | Ins. Plan(s) Claim Ref#(s) | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|---|---|
| 0[illegible]13956-15243 | METOPROLOL TARTRATE 25MG TABLETS | 00378-0018-05 | PDL | ADJEI, A. | PERX / | 10/23/19 | 30.000 | 1.43 |
| | Your insurance saved you $10.56 | | | | MNMNENH | | | |
| | | | | | Total Fillings: 3 | Subtotal: | 90.000 | 4.29 |
| 0[illegible]40796-15243 | FLUTICASONE 50MCG NASAL SP (120) RX | 60505-0829-01 | IVE | LEWIS, W. | PERX / | 01/02/20 | 16.000 | 5.64 |
| | Your insurance saved you $69.35 | | | | FTLDE1C | | | |
| 0[illegible]40796-15243 | FLUTICASONE 50MCG NASAL SP (120) RX | 60505-0829-01 | IVE | LEWIS, W. | PERX / | 01/29/20 | 16.000 | 74.99 |
| 0540796-15243 | FLUTICASONE 50MCG NASAL SP (120) RX | 60505-0829-01 | IVE | LEWIS, W. | PERX / | 12/05/19 | 16.000 | 5.69 |
| | Your insurance saved you $69.3 | | | | 2TF3E9E | | | |
| | | | | | Total Fillings: 3 | Subtotal: | 48.000 | 86.32 |
| 0[illegible]50992-15243 | XARELTO 20MG TABLETS | 50458-0579-30 | IVE | ADJEI, A. | PERX / | 01/13/20 | 90.000 | 0.00 |
| | Your insurance saved you $1697.9 | | | | 01ALWPN | | | |
| | | | | | Total Fillings: 1 | Subtotal: | 90.000 | 0.00 |

6

Walgreens



Confidential Patient Information
Prescription Profile
01/01/2018 through 01/30/2020

Report date/time: 01/30/2020 11:23 AM

PLAINTIFF-000540

Patient Info: FRED KENNEY
518 CR 2731
LONDON, AR 72847
Patient Phone: (479)209-1114
Date of Birth: 09/04/1973
Gender: M

Store Info: 3202 W MAIN ST
RUSSELLVILLE, AR 72801
(479)880-0181

| Prescription Number | Medication | NDC | RPh | Prescriber | Ins. Plan(s) Claim Ref#(s) | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|---|---|

Total Scripts: 24 Total Price: 160.26
Using generics saved you a total of 0.00
Using more generics could have saved you a total of 0.00
Your insurance saved you a total of 7532.50
Your cash quantity discount saved you a total of 0.00

The Manager and Staff at Walgreens
Thank You For Your Patronage
For your convenience, this information is available online at www.walgreens.com
Ask our pharmacy staff for more information.

Please be aware that certain insurance claim information may not be included in this report. Please speak with a pharmacy staff member if you have questions regarding payments for your prescriptions.

DATE: 01/27/2020
TIME: 11:26:36

MEDI-QUIK PHARMACY

PAGE: 1

**Patient Profile**

01/01/2005 THRU 01/27/2020

Patient: **FRED KENNEY**
518 COUNTY RD
LONDON , AR 72847

**DOB: 09/04/1973**

Allergies:

No Known Allergies

Insurance:

| Code/Bin# | | Description | Group | Patient ID | PCN# |
|---|---|---|---|---|---|
| BCOK 1 | 610435 | BC OF OK | OGE1400 | 880351683 | PC 01 |
| CMS 1 | 610524 | CMS | 40026289 | 432163281 | PC 01 1016 |
| PAID 1 | 610014 | PAID 1-800-922-1557 | APWCGPP | A00090507 | PC 00 |
| MDCO 1 | 610014 | MEDCO MEDICARE PART D | APWU000 | W47694796 | PC 02 |
| HSA 1 | 610020 | HEALTHSOURCE OF AR | XARELTO01 | 30967379008 | PC 01 |

| Rx Date | Rx # | NDC # | Drug Name | Days | Qty | Qty Used | Qty Avail |
|---|---|---|---|---|---|---|---|
| 2019-04-03<br>ABDUL-NASSER ADJEI MD<br>Sig:<br>TAKE 1 TABLET, BY MOUTH, EACH DAY | 1316392 | 50458-0579-30 | XARELTO 20<br>Written:01-18-2019 | 30 | 30.00 | 90.00 | 270.00 |
| 2019-04-03<br>ABDUL-NASSER ADJEI MD<br>Sig:<br>TAKE 1/2 TABLET BY MOUTH TWICE A DAY | 1307415 | 57664-506-52 | METOPROLOL TARTRATE 25MG<br>Written:11-30-2018 | 30 | 30.00 | 60.00 | 120.00 |
| 2019-03-07<br>ABDUL-NASSER ADJEI MD<br>Sig:<br>TAKE 1 TABLET, BY MOUTH, EACH DAY | 1316392 | 50458-0579-30 | XARELTO 20<br>Written:01-18-2019 | 30 | 30.00 | 90.00 | 270.00 |
| 2019-02-28<br>ABDUL-NASSER ADJEI MD<br>Sig:<br>TAKE 1/2 TABLET BY MOUTH TWICE A DAY | 1307415 | 57237-100-01 | METOPROLOL TARTRATE 25MG<br>Written:11-30-2018 | 30 | 30.00 | 60.00 | 120.00 |
| 2019-02-07<br>ABDUL-NASSER ADJEI MD<br>Sig:<br>TAKE 1 TABLET, BY MOUTH, EACH DAY | 1316392 | 50458-0579-30 | XARELTO 20<br>Written:01-18-2019 | 30 | 30.00 | 90.00 | 270.00 |
| 2019-02-07<br>ABDUL-NASSER ADJEI MD<br>Sig:<br>TAKE 1 TABLET, BY MOUTH, EACH DAY | 1318224 | 50458-0579-30 | XARELTO 20<br>Written:01-29-2019 | 30 | 0.00 | 0.00 | 360.00 |
| 2018-12-18<br>ABDUL-NASSER ADJEI MD<br>Sig:<br>TAKE 1 TABLET, BY MOUTH, EACH DAY | 1262118 | 50458-0579-30 | XARELTO 20<br>Written:03-14-2018 | 30 | 30.00 | 300.00 | 90.00 |
| 2018-11-30<br>ABDUL-NASSER ADJEI MD<br>Sig:<br>TAKE 1/2 TABLET BY MOUTH TWICE A DAY | 1307382 | 57664-0506-58 | METOPROLOL TARTRATE 25MG<br>Written:11-30-2018 | 90 | 90.00 | 90.00 | 0.00 |
| 2018-11-17<br>ABDUL-NASSER ADJEI MD<br>Sig:<br>TAKE 1 TABLET, BY MOUTH, EACH DAY | 1262118 | 50458-0579-30 | XARELTO 20<br>Written:03-14-2018 | 30 | 30.00 | 300.00 | 90.00 |

**Patient Profile**
01/01/2005 THRU 01/27/2020

Patient: **FRED KENNEY** **DOB: 09/04/1973**
518 COUNTY RD
LONDON , AR 72847

| Rx Date | Rx # | NDC # | Drug Name | Days | Qty | Qty Used | Qty Avail |
|---|---|---|---|---|---|---|---|
| 2018-10-18 | 1262118 | 50458-0579-30 | XARELTO 20 | 30 | 30.00 | 300.00 | 90.00 |
| ABDUL-NASSER ADJEI MD | | | Written: 03-14-2018 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, EACH DAY | | | | | | | |
| 2018-09-13 | 1262118 | 50458-0579-30 | XARELTO 20 | 30 | 30.00 | 300.00 | 90.00 |
| ABDUL-NASSER ADJEI MD | | | Written: 03-14-2018 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, EACH DAY | | | | | | | |
| 2018-09-05 | 1287133 | 57664-0506-58 | METOPROLOL TARTRATE 25MG | 90 | 90.00 | 90.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written: 08-10-2018 | | | | |
| Sig: TAKE 1/2 TABLET(S) TWICE A DAY BY ORAL ROUTE. | | | | | | | |
| 2018-08-15 | 1262118 | 50458-0579-30 | XARELTO 20 | 30 | 30.00 | 300.00 | 90.00 |
| ABDUL-NASSER ADJEI MD | | | Written: 03-14-2018 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, EACH DAY | | | | | | | |
| 2018-08-10 | 1287081 | 57664-0506-58 | METOPROLOL TARTRATE 25MG | 30 | 30.00 | 30.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written: 08-10-2018 | | | | |
| Sig: TAKE 1/2 TABLET(S) TWICE A DAY BY ORAL ROUTE. | | | | | | | |
| 2018-07-11 | 1262118 | 50458-0579-30 | XARELTO 20 | 30 | 30.00 | 300.00 | 90.00 |
| ABDUL-NASSER ADJEI MD | | | Written: 03-14-2018 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, EACH DAY | | | | | | | |
| 2018-07-11 | 1222400 | 57664-0506-58 | METOPROLOL TARTRATE 25MG | 30 | 30.00 | 330.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written: 07-31-2017 | | | | |
| Sig: TAKE 1/2 TABLET(S) TWICE A DAY BY ORAL ROUTE. | | | | | | | |
| 2018-06-11 | 1262118 | 50458-0579-30 | XARELTO 20 | 30 | 30.00 | 300.00 | 90.00 |
| ABDUL-NASSER ADJEI MD | | | Written: 03-14-2018 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, EACH DAY | | | | | | | |
| 2018-06-11 | 1222400 | 57664-0506-58 | METOPROLOL TARTRATE 25MG | 30 | 30.00 | 330.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written: 07-31-2017 | | | | |
| Sig: TAKE 1/2 TABLET(S) TWICE A DAY BY ORAL ROUTE. | | | | | | | |
| 2018-05-16 | 1262118 | 50458-0579-30 | XARELTO 20 | 30 | 30.00 | 300.00 | 90.00 |
| ABDUL-NASSER ADJEI MD | | | Written: 03-14-2018 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, EACH DAY | | | | | | | |
| 2018-05-12 | 1222400 | 57664-0506-58 | METOPROLOL TARTRATE 25MG | 30 | 30.00 | 330.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written: 07-31-2017 | | | | |
| Sig: TAKE 1/2 TABLET(S) TWICE A DAY BY ORAL ROUTE. | | | | | | | |
| 2018-04-12 | 1222400 | 57664-0506-58 | METOPROLOL TARTRATE 25MG | 30 | 30.00 | 330.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written: 07-31-2017 | | | | |
| Sig: TAKE 1/2 TABLET(S) TWICE A DAY BY ORAL ROUTE. | | | | | | | |

**Patient Profile**
01/01/2005 THRU 01/27/2020

Patient: **FRED KENNEY**
518 COUNTY RD
LONDON , AR 72847

**DOB: 09/04/1973**

| Rx Date | Rx # | NDC # | Drug Name | Days | Qty | Qty Used | Qty Avail |
|---|---|---|---|---|---|---|---|
| 2018-04-12<br>ABDUL-NASSER ADJEI MD<br>Sig:<br>TAKE 1 TABLET, BY MOUTH, EACH DAY | 1262118 | 50458-0579-30 | XARELTO 20<br>Written:03-14-2018 | 30 | 30.00 | 300.00 | 90.00 |
| 2018-04-05<br>TONYA PHILLIPS MD<br>Sig:<br>TAKE 1 TABLET(S) 3 TIMES A DAY BY ORAL ROUTE FOR 30 DAYS. | 1265699 | 65162-442-11 | MECLIZINE HCL 25MG<br>Written:04-05-2018 | 30 | 90.00 | 90.00 | 270.00 |
| 2018-03-16<br>ABDUL-NASSER ADJEI MD<br>Sig:<br>TAKE 1/2 TABLET(S) TWICE A DAY BY ORAL ROUTE. | 1222400 | 57664-0506-58 | METOPROLOL TARTRATE 25MG<br>Written:07-31-2017 | 30 | 30.00 | 330.00 | 0.00 |
| 2018-03-14<br>ABDUL-NASSER ADJEI MD<br>Sig:<br>TAKE 1 TABLET, BY MOUTH, EACH DAY | 1262118 | 50458-0579-30 | XARELTO 20<br>Written:03-14-2018 | 30 | 30.00 | 300.00 | 90.00 |
| 2018-02-16<br>ABDUL-NASSER ADJEI MD<br>Sig:<br>TAKE 1/2 TABLET(S) TWICE A DAY BY ORAL ROUTE. | 1222400 | 42543-001-10 | METOPROLOL TARTRATE 25MG<br>Written:07-31-2017 | 30 | 30.00 | 330.00 | 0.00 |
| 2018-02-07<br>ABDUL-NASSER ADJEI MD<br>Sig:<br>TAKE 1 TABLET, BY MOUTH, EACH DAY | 1200076 | 50458-0579-30 | XARELTO 20<br>Written:03-12-2017 | 30 | 30.00 | 360.00 | 60.00 |
| 2018-01-18<br>ABDUL-NASSER ADJEI MD<br>Sig:<br>TAKE 1/2 TABLET(S) TWICE A DAY BY ORAL ROUTE. | 1222400 | 57664-0506-58 | METOPROLOL TARTRATE 25MG<br>Written:07-31-2017 | 30 | 30.00 | 330.00 | 0.00 |
| 2018-01-09<br>ABDUL-NASSER ADJEI MD<br>Sig:<br>TAKE 1 TABLET, BY MOUTH, EACH DAY | 1200076 | 50458-0579-30 | XARELTO 20<br>Written:03-12-2017 | 30 | 30.00 | 360.00 | 60.00 |
| 2017-12-21<br>ABDUL-NASSER ADJEI MD<br>Sig:<br>TAKE 1/2 TABLET(S) TWICE A DAY BY ORAL ROUTE. | 1222400 | 42543-001-10 | METOPROLOL TARTRATE 25MG<br>Written:07-31-2017 | 30 | 30.00 | 330.00 | 0.00 |
| 2017-12-07<br>ABDUL-NASSER ADJEI MD<br>Sig:<br>TAKE 1 TABLET, BY MOUTH, EACH DAY | 1200076 | 50458-0579-30 | XARELTO 20<br>Written:03-12-2017 | 30 | 30.00 | 360.00 | 60.00 |
| 2017-11-24<br>ABDUL-NASSER ADJEI MD<br>Sig:<br>TAKE 1/2 TABLET(S) TWICE A DAY BY ORAL ROUTE. | 1222400 | 57664-0506-58 | METOPROLOL TARTRATE 25MG<br>Written:07-31-2017 | 30 | 30.00 | 330.00 | 0.00 |
| 2017-11-08<br>ABDUL-NASSER ADJEI MD<br>Sig:<br>TAKE 1 TABLET, BY MOUTH, EACH DAY | 1200076 | 50458-0579-30 | XARELTO 20<br>Written:03-12-2017 | 30 | 30.00 | 360.00 | 60.00 |

DATE: 01/27/2020
TIME: 11:26:36

MEDI-QUIK PHARMACY



**Patient Profile**
01/01/2005 THRU 01/27/2020

Patient: **FRED KENNEY**
518 COUNTY RD
LONDON , AR 72847

**DOB: 09/04/1973**

| Rx Date | Rx # | NDC # | Drug Name | Days | Qty | Qty Used | Qty Avail |
|---|---|---|---|---|---|---|---|
| 2017-10-27 | 1222400 | 57664-0506-58 | METOPROLOL TARTRATE 25MG | 30 | 30.00 | 330.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written:07-31-2017 | | | | |
| Sig: TAKE 1/2 TABLET(S) TWICE A DAY BY ORAL ROUTE. | | | | | | | |
| 2017-10-04 | 1200076 | 50458-0579-30 | XARELTO 20 | 30 | 30.00 | 360.00 | 60.00 |
| ABDUL-NASSER ADJEI MD | | | Written:03-12-2017 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, EACH DAY | | | | | | | |
| 2017-09-23 | 1222400 | 57664-0506-58 | METOPROLOL TARTRATE 25MG | 30 | 30.00 | 330.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written:07-31-2017 | | | | |
| Sig: TAKE 1/2 TABLET(S) TWICE A DAY BY ORAL ROUTE. | | | | | | | |
| 2017-09-07 | 1200076 | 50458-0579-30 | XARELTO 20 | 30 | 30.00 | 360.00 | 60.00 |
| ABDUL-NASSER ADJEI MD | | | Written:03-12-2017 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, EACH DAY | | | | | | | |
| 2017-08-04 | 1200076 | 50458-0579-30 | XARELTO 20 | 30 | 30.00 | 360.00 | 60.00 |
| ABDUL-NASSER ADJEI MD | | | Written:03-12-2017 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, EACH DAY | | | | | | | |
| 2017-07-28 | 1222156 | 57237-100-99 | METOPROLOL TARTRATE 25MG | 30 | 60.00 | 60.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written:07-28-2017 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, TWICE A DAY | | | | | | | |
| 2017-07-11 | 1200076 | 50458-0579-30 | XARELTO 20 | 30 | 30.00 | 360.00 | 60.00 |
| ABDUL-NASSER ADJEI MD | | | Written:03-12-2017 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, EACH DAY | | | | | | | |
| 2017-06-13 | 1200076 | 50458-0579-30 | XARELTO 20 | 30 | 30.00 | 360.00 | 60.00 |
| ABDUL-NASSER ADJEI MD | | | Written:03-12-2017 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, EACH DAY | | | | | | | |
| 2017-05-30 | 1213119 | 57237-100-99 | METOPROLOL TARTRATE 25MG | 30 | 60.00 | 60.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written:05-30-2017 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, TWICE A DAY | | | | | | | |
| 2017-05-15 | 1200076 | 50458-0579-30 | XARELTO 20 | 30 | 30.00 | 360.00 | 60.00 |
| ABDUL-NASSER ADJEI MD | | | Written:03-12-2017 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, EACH DAY | | | | | | | |
| 2017-05-05 | 1209408 | 43598-221-14 | AMOCLAN 875MG | 7 | 14.00 | 14.00 | 14.00 |
| MIKE R. WESTBROOK MD | | | Written:05-05-2017 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, TWICE A DAY FOR 7 DAYS | | | | | | | |
| 2017-04-14 | 1200076 | 50458-0579-30 | XARELTO 20 | 30 | 30.00 | 360.00 | 60.00 |
| ABDUL-NASSER ADJEI MD | | | Written:03-12-2017 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, EACH DAY | | | | | | | |

10

**Patient Profile**
01/01/2005 THRU 01/27/2020

Patient: **FRED KENNEY** **DOB: 09/04/1973**
518 COUNTY RD
LONDON , AR 72847

| Rx Date | Rx # | NDC # | Drug Name | Days | Qty | Qty Used | Qty Avail |
|---|---|---|---|---|---|---|---|
| 2017-04-01 | 1141978 | 57237-100-99 | METOPROLOL TARTRATE 25MG | 30 | 60.00 | 540.00 | 180.00 |
| ABDUL-NASSER ADJEI MD | | | Written: 04-01-2016 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, TWICE A DAY | | | | | | | |
| 2017-03-13 | 1200076 | 50458-0579-30 | XARELTO 20 | 30 | 30.00 | 360.00 | 60.00 |
| ABDUL-NASSER ADJEI MD | | | Written: 03-12-2017 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, EACH DAY | | | | | | | |
| 2017-02-11 | 1194745 | 50458-0579-30 | XARELTO 20 | 30 | 30.00 | 30.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written: 02-11-2017 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, EACH DAY | | | | | | | |
| 2017-02-02 | 1141978 | 57237-100-99 | METOPROLOL TARTRATE 25MG | 30 | 60.00 | 540.00 | 180.00 |
| ABDUL-NASSER ADJEI MD | | | Written: 04-01-2016 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, TWICE A DAY | | | | | | | |
| 2017-01-10 | 1133344 | 50458-0579-30 | XARELTO 20 | 30 | 30.00 | 360.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written: 02-15-2016 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, EACH DAY | | | | | | | |
| 2016-12-17 | 1133344 | 50458-0579-30 | XARELTO 20 | 30 | 30.00 | 360.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written: 02-15-2016 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, EACH DAY | | | | | | | |
| 2016-12-01 | 1141978 | 57237-100-99 | METOPROLOL TARTRATE 25MG | 30 | 60.00 | 540.00 | 180.00 |
| ABDUL-NASSER ADJEI MD | | | Written: 04-01-2016 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, TWICE A DAY | | | | | | | |
| 2016-11-17 | 1133344 | 50458-0579-30 | XARELTO 20 | 30 | 30.00 | 360.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written: 02-15-2016 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, EACH DAY | | | | | | | |
| 2016-10-17 | 1133344 | 50458-0579-30 | XARELTO 20 | 30 | 30.00 | 360.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written: 02-15-2016 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, EACH DAY | | | | | | | |
| 2016-09-29 | 1141978 | 57237-100-99 | METOPROLOL TARTRATE 25MG | 30 | 60.00 | 540.00 | 180.00 |
| ABDUL-NASSER ADJEI MD | | | Written: 04-01-2016 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, TWICE A DAY | | | | | | | |
| 2016-09-16 | 1133344 | 50458-0579-30 | XARELTO 20 | 30 | 30.00 | 360.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written: 02-15-2016 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, EACH DAY | | | | | | | |
| 2016-08-29 | 1141978 | 57237-100-99 | METOPROLOL TARTRATE 25MG | 30 | 60.00 | 540.00 | 180.00 |
| ABDUL-NASSER ADJEI MD | | | Written: 04-01-2016 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, TWICE A DAY | | | | | | | |

**Patient Profile**
01/01/2005 THRU 01/27/2020

Patient: **FRED KENNEY** **DOB: 09/04/1973**
518 COUNTY RD
LONDON , AR 72847

| Rx Date | Rx # | NDC # | Drug Name | Days | Qty | Qty Used | Qty Avail |
|---|---|---|---|---|---|---|---|
| 2016-08-19 ABDUL-NASSER ADJEI MD Sig: TAKE 1 TABLET, BY MOUTH, EACH DAY | 1133344 | 50458-0579-30 | XARELTO 20 Written:02-15-2016 | 30 | 30.00 | 360.00 | 0.00 |
| 2016-07-30 ABDUL-NASSER ADJEI MD Sig: TAKE 1 TABLET, BY MOUTH, TWICE A DAY | 1141978 | 57237-100-99 | METOPROLOL TARTRATE 25MG Written:04-01-2016 | 30 | 60.00 | 540.00 | 180.00 |
| 2016-07-16 ABDUL-NASSER ADJEI MD Sig: TAKE 1 TABLET, BY MOUTH, EACH DAY | 1133344 | 50458-0579-30 | XARELTO 20 Written:02-15-2016 | 30 | 30.00 | 360.00 | 0.00 |
| 2016-06-25 ABDUL-NASSER ADJEI MD Sig: TAKE 1 TABLET, BY MOUTH, TWICE A DAY | 1141978 | 57237-100-99 | METOPROLOL TARTRATE 25MG Written:04-01-2016 | 30 | 60.00 | 540.00 | 180.00 |
| 2016-06-16 ABDUL-NASSER ADJEI MD Sig: TAKE 1 TABLET, BY MOUTH, EACH DAY | 1133344 | 50458-0579-30 | XARELTO 20 Written:02-15-2016 | 30 | 30.00 | 360.00 | 0.00 |
| 2016-05-28 ABDUL-NASSER ADJEI MD Sig: TAKE 1 TABLET, BY MOUTH, TWICE A DAY | 1141978 | 57237-100-99 | METOPROLOL TARTRATE 25MG Written:04-01-2016 | 30 | 60.00 | 540.00 | 180.00 |
| 2016-05-18 ABDUL-NASSER ADJEI MD Sig: TAKE 1 TABLET, BY MOUTH, EACH DAY | 1133344 | 50458-0579-30 | XARELTO 20 Written:02-15-2016 | 30 | 30.00 | 360.00 | 0.00 |
| 2016-04-29 ABDUL-NASSER ADJEI MD Sig: TAKE 1 TABLET, BY MOUTH, TWICE A DAY | 1141978 | 57237-100-99 | METOPROLOL TARTRATE 25MG Written:04-01-2016 | 30 | 60.00 | 540.00 | 180.00 |
| 2016-04-18 ABDUL-NASSER ADJEI MD Sig: TAKE 1 TABLET, BY MOUTH, EACH DAY | 1133344 | 50458-0579-30 | XARELTO 20 Written:02-15-2016 | 30 | 30.00 | 360.00 | 0.00 |
| 2016-03-31 ABDUL-NASSER ADJEI MD Sig: TAKE ONE TABLET TWICE DAILY BY MOUTH WITH FOOD | 1141882 | 57237-100-99 | METOPROLOL TARTRATE 25MG Written:03-31-2016 | 30 | 60.00 | 60.00 | 0.00 |
| 2016-03-18 ABDUL-NASSER ADJEI MD Sig: TAKE 1 TABLET, BY MOUTH, EACH DAY | 1133344 | 50458-0579-30 | XARELTO 20 Written:02-15-2016 | 30 | 30.00 | 360.00 | 0.00 |
| 2016-02-26 ABDUL-NASSER ADJEI MD Sig: TAKE ONE TABLET TWICE DAILY BY MOUTH WITH FOOD | 1076882 | 57237-100-99 | METOPROLOL TARTRATE 25MG Written:03-24-2015 | 30 | 60.00 | 660.00 | 60.00 |

12

**Patient Profile**
01/01/2005 THRU 01/27/2020

Patient: **FRED KENNEY** **DOB: 09/04/1973**
518 COUNTY RD
LONDON , AR 72847

| Rx Date | Rx # | NDC # | Drug Name | Days | Qty | Qty Used | Qty Avail |
|---|---|---|---|---|---|---|---|
| 2016-02-15 | 1133290 | 0143-9951-01 | AMOXICILLIN 875MG | 10 | 20.00 | 20.00 | 0.00 |
| STANLEY REYENGA MD | | | Written:02-15-2016 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, TWICE A DAY | | | | | | | |
| 2016-02-15 | 1133344 | 50458-0579-30 | XARELTO 20 | 30 | 30.00 | 360.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written:02-15-2016 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, EACH DAY | | | | | | | |
| 2016-01-29 | 1076882 | 57664-0506-58 | METOPROLOL TARTRATE 25MG | 30 | 60.00 | 660.00 | 60.00 |
| ABDUL-NASSER ADJEI MD | | | Written:03-24-2015 | | | | |
| Sig: TAKE ONE TABLET TWICE DAILY BY MOUTH WITH FOOD | | | | | | | |
| 2016-01-16 | 1122900 | 0093-1723-01 | WARFARIN SODIUM 7.5MG | 30 | 30.00 | 30.00 | 30.00 |
| ABDUL-NASSER ADJEI MD | | | Written:12-21-2015 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, EACH DAY | | | | | | | |
| 2015-12-20 | 1122840 | 0093-1723-01 | WARFARIN SODIUM 7.5MG | 30 | 30.00 | 30.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written:12-18-2015 | | | | |
| Sig: TAKE 1 TABLET(S) EVERY DAY BY ORAL ROUTE FOR 90 DAYS. | | | | | | | |
| 2015-12-01 | 1081282 | 0093-1723-01 | WARFARIN SODIUM 7.5MG | 30 | 30.00 | 60.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written:04-20-2015 | | | | |
| Sig: TAKE 1 TABLET(S) EVERY DAY BY ORAL ROUTE FOR 90 DAYS. | | | | | | | |
| 2015-11-27 | 1076882 | 57664-0506-58 | METOPROLOL TARTRATE 25MG | 30 | 60.00 | 660.00 | 60.00 |
| ABDUL-NASSER ADJEI MD | | | Written:03-24-2015 | | | | |
| Sig: TAKE ONE TABLET TWICE DAILY BY MOUTH WITH FOOD | | | | | | | |
| 2015-10-24 | 1076882 | 57664-0506-58 | METOPROLOL TARTRATE 25MG | 30 | 60.00 | 660.00 | 60.00 |
| ABDUL-NASSER ADJEI MD | | | Written:03-24-2015 | | | | |
| Sig: TAKE ONE TABLET TWICE DAILY BY MOUTH WITH FOOD | | | | | | | |
| 2015-09-24 | 1076882 | 57664-0506-58 | METOPROLOL TARTRATE 25MG | 30 | 60.00 | 660.00 | 60.00 |
| ABDUL-NASSER ADJEI MD | | | Written:03-24-2015 | | | | |
| Sig: TAKE ONE TABLET TWICE DAILY BY MOUTH WITH FOOD | | | | | | | |
| 2015-08-22 | 1076882 | 57664-0506-58 | METOPROLOL TARTRATE 25MG | 30 | 60.00 | 660.00 | 60.00 |
| ABDUL-NASSER ADJEI MD | | | Written:03-24-2015 | | | | |
| Sig: TAKE ONE TABLET TWICE DAILY BY MOUTH WITH FOOD | | | | | | | |
| 2015-07-24 | 1076882 | 57664-0506-58 | METOPROLOL TARTRATE 25MG | 30 | 60.00 | 660.00 | 60.00 |
| ABDUL-NASSER ADJEI MD | | | Written:03-24-2015 | | | | |
| Sig: TAKE ONE TABLET TWICE DAILY BY MOUTH WITH FOOD | | | | | | | |
| 2015-07-10 | 1094661 | 0143-9951-01 | AMOXICILLIN 875MG | 7 | 14.00 | 14.00 | 0.00 |
| AMY STINSON MD | | | Written:07-10-2015 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, EVERY 12 HOURS FOR 7 DAYS | | | | | | | |

13

**Patient Profile**
01/01/2005 THRU 01/27/2020

Patient: **FRED KENNEY** **DOB: 09/04/1973**
518 COUNTY RD
LONDON , AR 72847

| Rx Date | Rx # | NDC # | Drug Name | Days | Qty | Qty Used | Qty Avail |
|---|---|---|---|---|---|---|---|
| 2015-07-10 | 0045197 | 0603-3891-32 | HDCD/APAP 7.5-325 | 6 | 45.00 | 45.00 | 0.00 |
| AMY STINSON MD | | | Written:07-10-2015 | | | | |
| Sig: TAKE 1 OR 2 TABLETS EVERY 6 HOURS AS NEEDED FOR PAIN | | | | | | | |
| 2015-06-26 | 1076882 | 57664-0506-58 | METOPROLOL TARTRATE 25MG | 30 | 60.00 | 660.00 | 60.00 |
| ABDUL-NASSER ADJEI MD | | | Written:03-24-2015 | | | | |
| Sig: TAKE ONE TABLET TWICE DAILY BY MOUTH WITH FOOD | | | | | | | |
| 2015-05-25 | 1076882 | 57664-0506-58 | METOPROLOL TARTRATE 25MG | 30 | 60.00 | 660.00 | 60.00 |
| ABDUL-NASSER ADJEI MD | | | Written:03-24-2015 | | | | |
| Sig: TAKE ONE TABLET TWICE DAILY BY MOUTH WITH FOOD | | | | | | | |
| 2015-04-21 | 1076882 | 57664-0506-58 | METOPROLOL TARTRATE 25MG | 30 | 60.00 | 660.00 | 60.00 |
| ABDUL-NASSER ADJEI MD | | | Written:03-24-2015 | | | | |
| Sig: TAKE ONE TABLET TWICE DAILY BY MOUTH WITH FOOD | | | | | | | |
| 2015-04-20 | 1081282 | 00555-0834-02 | WARFARIN 7.5MG | 30 | 30.00 | 60.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written:04-20-2015 | | | | |
| Sig: TAKE 1 TABLET(S) EVERY DAY BY ORAL ROUTE FOR 90 DAYS. | | | | | | | |
| 2015-03-24 | 1076882 | 57664-0506-58 | METOPROLOL TARTRATE 25MG | 30 | 60.00 | 660.00 | 60.00 |
| ABDUL-NASSER ADJEI MD | | | Written:03-24-2015 | | | | |
| Sig: TAKE ONE TABLET TWICE DAILY BY MOUTH WITH FOOD | | | | | | | |
| 2015-03-13 | 1068628 | 57664-0506-58 | METOPROLOL TARTRATE 25MG | 30 | 30.00 | 90.00 | 630.00 |
| ABDUL-NASSER ADJEI MD | | | Written:02-05-2015 | | | | |
| Sig: TAKE 1/2 TABLET BY MOUTH TWICE DAILY | | | | | | | |
| 2015-02-20 | 1068628 | 57664-0506-58 | METOPROLOL TARTRATE 25MG | 30 | 30.00 | 90.00 | 630.00 |
| ABDUL-NASSER ADJEI MD | | | Written:02-05-2015 | | | | |
| Sig: TAKE 1/2 TABLET BY MOUTH TWICE DAILY | | | | | | | |
| 2015-02-05 | 1068628 | 57664-0506-58 | METOPROLOL TARTRATE 25MG | 30 | 30.00 | 90.00 | 630.00 |
| ABDUL-NASSER ADJEI MD | | | Written:02-05-2015 | | | | |
| Sig: TAKE 1/2 TABLET BY MOUTH TWICE DAILY | | | | | | | |
| 2015-02-05 | 1068630 | 68382-056-10 | WARFARIN SODIUM 5MG | 30 | 30.00 | 30.00 | 330.00 |
| ABDUL-NASSER ADJEI MD | | | Written:02-05-2015 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, DAILY | | | | | | | |
| 2015-02-05 | 1064268 | 57664-0506-58 | METOPROLOL TARTRATE 25MG | 60 | 0.00 | 0.00 | 30.00 |
| ABDUL-NASSER ADJEI MD | | | Written:01-12-2015 | | | | |
| Sig: TAKE 1/2 TABLET (12.5MG) BY ORAL ROUTE 2 TIMES EVERY DAY | | | | | | | |
| 2015-01-10 | 1032258 | 57664-0506-58 | METOPROLOL TARTRATE 25MG | 60 | 60.00 | 450.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written:07-01-2014 | | | | |
| Sig: TAKE 1/2 TABLET (12.5MG) BY ORAL ROUTE 2 TIMES EVERY DAY | | | | | | | |

**Patient Profile**
01/01/2005 THRU 01/27/2020

Patient: **FRED KENNEY**
518 COUNTY RD
LONDON , AR 72847

**DOB: 09/04/1973**

| Rx Date | Rx # | NDC # | Drug Name | Days | Qty | Qty Used | Qty Avail |
|---|---|---|---|---|---|---|---|
| 2014-11-28 ABDUL-NASSER ADJEI MD Sig: TAKE 1/2 TABLET (12.5MG) BY ORAL ROUTE 2 TIMES EVERY DAY | 1032258 | 57664-0506-58 | METOPROLOL TARTRATE 25MG Written:07-01-2014 | 90 | 90.00 | 450.00 | 0.00 |
| 2014-10-11 ABDUL-NASSER ADJEI MD Sig: TAKE 1/2 TABLET (12.5MG) BY ORAL ROUTE 2 TIMES EVERY DAY | 1032258 | 57664-0506-58 | METOPROLOL TARTRATE 25MG Written:07-01-2014 | 90 | 90.00 | 450.00 | 0.00 |
| 2014-08-29 ABDUL-NASSER ADJEI MD Sig: TAKE 1/2 TABLET (12.5MG) BY ORAL ROUTE 2 TIMES EVERY DAY | 1032258 | 57664-0506-58 | METOPROLOL TARTRATE 25MG Written:07-01-2014 | 90 | 90.00 | 450.00 | 0.00 |
| 2014-07-14 ABDUL-NASSER ADJEI MD Sig: TAKE 1/2 TABLET (12.5MG) BY ORAL ROUTE 2 TIMES EVERY DAY | 1032258 | 57664-0506-58 | METOPROLOL TARTRATE 25MG Written:07-01-2014 | 90 | 90.00 | 450.00 | 0.00 |
| 2014-07-01 ABDUL-NASSER ADJEI MD Sig: TAKE 1/2 TABLET (12.5MG) BY ORAL ROUTE 2 TIMES EVERY DAY | 1032258 | 57664-0506-58 | METOPROLOL TARTRATE 25MG Written:07-01-2014 | 30 | 30.00 | 450.00 | 0.00 |
| 2014-06-13 ABDUL-NASSER ADJEI MD Sig: TAKE 1/2 TABLET TWICE A DAY | 1005108 | 57664-0506-58 | METOPROLOL TARTRATE 25MG Written:12-28-2013 | 30 | 30.00 | 90.00 | 0.00 |
| 2014-01-11 ABDUL-NASSER ADJEI MD Sig: TAKE 1/2 TABLET TWICE A DAY | 1005108 | 57664-0506-58 | METOPROLOL TARTRATE 25MG Written:12-28-2013 | 30 | 30.00 | 90.00 | 0.00 |
| 2013-12-28 ABDUL-NASSER ADJEI MD Sig: TAKE 1/2 TABLET TWICE A DAY | 1005108 | 57664-0506-58 | METOPROLOL TARTRATE 25MG Written:12-28-2013 | 30 | 30.00 | 90.00 | 0.00 |
| 2013-03-04 KEITH F. HOLDER MD Sig: TAKE 1 TABLET, BY MOUTH, EVERY 6 HOURS AS NEEDED FOR PAIN | 0287082 | 0406-0358-05 | HDCD/APAP 7.5-500 Written:03-01-2013 | 8 | 30.00 | 30.00 | 0.00 |
| 2013-01-23 MIKE R. WESTBROOK MD Sig: TAKE 1 CAPSULE, BY MOUTH, TWICE A DAY | 0962140 | 00004-0800-85 | TAMIFLU 75MG Written:01-23-2013 | 5 | 10.00 | 10.00 | 0.00 |
| 2013-01-17 JAMES E. KELLY III MD Sig: TAKE 1 CAPSULE, BY MOUTH, 4 TIMES DAILY FOR 7 DAYS | 0961190 | 62756-294-13 | CFLEX 500MG Written:01-17-2013 | 7 | 28.00 | 28.00 | 0.00 |
| 2012-11-15 JAMES E. KELLY III MD Sig: TAKE 2 TABLETS EVERY 4 HOURS AS NEEDED FOR PAIN (MAY CAUSE DROWSINESS) | 0283841 | 00603-3890-28 | HDCD-APAP 5-325 5-325MG Written:09-17-2012 | 7 | 50.00 | 50.00 | 0.00 |

57

**Patient Profile**
01/01/2005 THRU 01/27/2020

Patient: **FRED KENNEY** **DOB: 09/04/1973**
518 COUNTY RD
LONDON , AR 72847

| Rx Date | Rx # | NDC # | Drug Name | Days | Qty | Qty Used | Qty Avail |
|---|---|---|---|---|---|---|---|
| 2012-11-15 | 0952842 | 76439-0102-50 | CFLEX 500MG | 7 | 28.00 | 28.00 | 0.00 |
| JAMES E. KELLY III MD | | | Written: 11-15-2012 | | | | |
| Sig: TAKE 1 CAPSULE, BY MOUTH, 4 TIMES DAILY FOR 7 DAYS | | | | | | | |
| 2012-10-17 | 0949008 | 76439-0104-50 | ACILLIN 500MG | 10 | 20.00 | 20.00 | 0.00 |
| TRAVIS GOODNIGHT M.D. | | | Written: 10-17-2012 | | | | |
| Sig: TAKE 1 CAPSULE, BY MOUTH, TWICE A DAY | | | | | | | |
| 2012-10-12 | 0282775 | 0603-3891-28 | HD/APAP 7.5/325 7.5-325 | 5 | 20.00 | 20.00 | 20.00 |
| DAVID A. DIAS MD | | | Written: 10-12-2012 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, EVERY 6 HOURS AS NEEDED FOR PAIN (MAY CAUSE DROWSINESS) | | | | | | | |
| 2012-07-21 | 0922740 | 57664-0506-58 | METOPROLOL TARTRATE 25MG | 30 | 30.00 | 30.00 | 180.00 |
| ABDUL-NASSER ADJEI MD | | | Written: 03-20-2012 | | | | |
| Sig: TAKE1/2 TABLET (25MG) BY ORAL ROUTE 2 TIMES EVERY DAY | | | | | | | |
| 2012-06-23 | 0929568 | 51672-4032-03 | WARFARIN 5MG | 15 | 50.00 | 100.00 | 250.00 |
| ABDUL-NASSER ADJEI MD | | | Written: 05-14-2012 | | | | |
| Sig: TAKE 2 TABLETS ON TUESDAYS AND 1 AND 1/2 TABLETS ON OTHER 6 DAYS | | | | | | | |
| 2012-05-16 | 0929803 | 57664-0506-58 | METOPROLOL TARTRATE 25MG | 30 | 60.00 | 60.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written: 05-16-2012 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, TWICE A DAY | | | | | | | |
| 2012-05-14 | 0929568 | 51672-4032-03 | WARFARIN 5MG | 15 | 50.00 | 100.00 | 250.00 |
| ABDUL-NASSER ADJEI MD | | | Written: 05-14-2012 | | | | |
| Sig: TAKE 2 TABLETS ON TUESDAYS AND 1 AND 1/2 TABLETS ON OTHER 6 DAYS | | | | | | | |
| 2012-04-06 | 0277127 | 0591-0349-05 | HDCD/APAP 5/500MG | 7 | 40.00 | 40.00 | 0.00 |
| TRAVIS GOODNIGHT M.D. | | | Written: 04-06-2012 | | | | |
| Sig: TAKE 1 OR 2 TABLETS EVERY 6 HOURS AS NEEDED FOR PAIN | | | | | | | |
| 2012-04-05 | 0924930 | 51672-4032-03 | WARFARIN 5MG | 15 | 50.00 | 50.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written: 04-05-2012 | | | | |
| Sig: TAKE 2 TABLETS ON TUESDAYS AND 1 AND 1/2 TABLETS ON OTHER 6 DAYS | | | | | | | |
| 2012-03-20 | 0922723 | 57664-0506-58 | METOPROLOL TARTRATE 25MG | 30 | 60.00 | 60.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written: 03-20-2012 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, TWICE A DAY | | | | | | | |
| 2012-02-25 | 0919707 | 51672-4032-03 | WARFARIN 5MG | 15 | 50.00 | 50.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written: 02-25-2012 | | | | |
| Sig: TAKE 2 TABLETS ON TUESDAYS AND 1 AND 1/2 TABLETS ON OTHER 6 DAYS | | | | | | | |
| 2012-02-13 | 0917975 | 50458-580-30 | XARELTO 10MG | 30 | 30.00 | 30.00 | 180.00 |
| ABDUL-NASSER ADJEI MD | | | Written: 02-13-2012 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, EVERY EVENING WITH SUPPER | | | | | | | |

**Patient Profile**

01/01/2005 THRU 01/27/2020

Patient: **FRED KENNEY**
518 COUNTY RD
LONDON , AR 72847

**DOB: 09/04/1973**

| Rx Date | Rx # | NDC # | Drug Name | Days | Qty | Qty Used | Qty Avail |
|---|---|---|---|---|---|---|---|
| 2012-01-16 | 0913944 | 57664-0506-58 | METOPROLOL TARTRATE 25MG | 30 | 60.00 | 60.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written:01-16-2012 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, TWICE A DAY | | | | | | | |
| 2012-01-16 | 0913943 | 51672-4032-03 | WARFARIN 5MG | 15 | 50.00 | 50.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written:01-16-2012 | | | | |
| Sig: TAKE 2 TABLETS ON TUESDAYS AND 1 AND 1/2 TABLETS ON OTHER 6 DAYS | | | | | | | |
| 2011-12-16 | 0877401 | 51672-4032-03 | WARFARIN 5MG | 15 | 50.00 | 450.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written:03-18-2011 | | | | |
| Sig: TAKE 2 TABLETS ON TUESDAYS AND 1 AND 1/2 TABLETS ON OTHER 6 DAYS | | | | | | | |
| 2011-11-15 | 0906318 | 57664-0506-58 | METOPROLOL TARTRATE 25MG | 30 | 60.00 | 60.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written:11-15-2011 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, TWICE A DAY | | | | | | | |
| 2011-11-14 | 0877401 | 51672-4032-03 | WARFARIN 5MG | 15 | 50.00 | 450.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written:03-18-2011 | | | | |
| Sig: TAKE 2 TABLETS ON TUESDAYS AND 1 AND 1/2 TABLETS ON OTHER 6 DAYS | | | | | | | |
| 2011-10-11 | 0877401 | 51672-4032-03 | WARFARIN 5MG | 15 | 50.00 | 450.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written:03-18-2011 | | | | |
| Sig: TAKE 2 TABLETS ON TUESDAYS AND 1 AND 1/2 TABLETS ON OTHER 6 DAYS | | | | | | | |
| 2011-09-20 | 0864200 | 57664-0506-58 | METOPROLOL TARTRATE 25MG | 30 | 60.00 | 360.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written:12-02-2010 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, TWICE A DAY | | | | | | | |
| 2011-09-06 | 0877401 | 51672-4032-03 | WARFARIN 5MG | 15 | 50.00 | 450.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written:03-18-2011 | | | | |
| Sig: TAKE 2 TABLETS ON TUESDAYS AND 1 AND 1/2 TABLETS ON OTHER 6 DAYS | | | | | | | |
| 2011-08-06 | 0877401 | 51672-4032-03 | WARFARIN 5MG | 15 | 50.00 | 450.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written:03-18-2011 | | | | |
| Sig: TAKE 2 TABLETS ON TUESDAYS AND 1 AND 1/2 TABLETS ON OTHER 6 DAYS | | | | | | | |
| 2011-07-20 | 0864200 | 57664-0506-58 | METOPROLOL TARTRATE 25MG | 30 | 60.00 | 360.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written:12-02-2010 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, TWICE A DAY | | | | | | | |
| 2011-07-06 | 0877401 | 51672-4032-03 | WARFARIN 5MG | 15 | 50.00 | 450.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written:03-18-2011 | | | | |
| Sig: TAKE 2 TABLETS ON TUESDAYS AND 1 AND 1/2 TABLETS ON OTHER 6 DAYS | | | | | | | |
| 2011-05-31 | 0877401 | 51672-4032-03 | WARFARIN 5MG | 15 | 50.00 | 450.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written:03-18-2011 | | | | |
| Sig: TAKE 2 TABLETS ON TUESDAYS AND 1 AND 1/2 TABLETS ON OTHER 6 DAYS | | | | | | | |

DATE: 01/27/2020 MEDI-QUIK PHARMACY PAGE: 12

TIME: 11:26:36

**Patient Profile**

01/01/2005 THRU 01/27/2020

Patient: **FRED KENNEY** **DOB: 09/04/1973**
518 COUNTY RD
LONDON , AR 72847

| Rx Date | Rx # | NDC # | Drug Name | Days | Qty | Qty Used | Qty Avail |
|---|---|---|---|---|---|---|---|
| 2011-05-20 | 0864200 | 57664-0506-58 | METOPROLOL TARTRATE 25MG | 30 | 60.00 | 360.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written:12-02-2010 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, TWICE A DAY | | | | | | | |
| 2011-04-27 | 0877401 | 51672-4032-03 | WARFARIN 5MG | 15 | 50.00 | 450.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written:03-18-2011 | | | | |
| Sig: TAKE 2 TABLETS ON TUESDAYS AND 1 AND 1/2 TABLETS ON OTHER 6 DAYS | | | | | | | |
| 2011-03-31 | 0877401 | 51672-4032-03 | WARFARIN 5MG | 15 | 50.00 | 450.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written:03-18-2011 | | | | |
| Sig: TAKE 2 TABLETS ON TUESDAYS AND 1 AND 1/2 TABLETS ON OTHER 6 DAYS | | | | | | | |
| 2011-03-12 | 0876644 | 51672-4032-03 | WARFARIN 5MG | 30 | 60.00 | 60.00 | 300.00 |
| ABDUL-NASSER ADJEI MD | | | Written:03-12-2011 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, EACH DAY | | | | | | | |
| 2011-03-12 | 0864200 | 57664-0506-58 | METOPROLOL TARTRATE 25MG | 30 | 60.00 | 360.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written:12-02-2010 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, TWICE A DAY | | | | | | | |
| 2011-02-21 | 0864199 | 51672-4032-03 | WARFARIN 5MG | 30 | 30.00 | 150.00 | 30.00 |
| ABDUL-NASSER ADJEI MD | | | Written:12-02-2010 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, EACH DAY | | | | | | | |
| 2011-01-31 | 0864199 | 51672-4032-03 | WARFARIN 5MG | 30 | 30.00 | 150.00 | 30.00 |
| ABDUL-NASSER ADJEI MD | | | Written:12-02-2010 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, EACH DAY | | | | | | | |
| 2011-01-21 | 0864200 | 57664-0506-58 | METOPROLOL TARTRATE 25MG | 30 | 60.00 | 360.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written:12-02-2010 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, TWICE A DAY | | | | | | | |
| 2011-01-12 | 0864199 | 51672-4032-03 | WARFARIN 5MG | 30 | 30.00 | 150.00 | 30.00 |
| ABDUL-NASSER ADJEI MD | | | Written:12-02-2010 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, EACH DAY | | | | | | | |
| 2010-12-21 | 0864199 | 51672-4032-03 | WARFARIN 5MG | 30 | 30.00 | 150.00 | 30.00 |
| ABDUL-NASSER ADJEI MD | | | Written:12-02-2010 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, EACH DAY | | | | | | | |
| 2010-12-21 | 0864838 | 00071-0158-23 | LIPITOR 80MG | 30 | 30.00 | 30.00 | 90.00 |
| ABDUL-NASSER ADJEI MD | | | Written:12-07-2010 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, AT BEDTIME | | | | | | | |
| 2010-12-21 | 0864839 | 66582-414-31 | ZETIA 10MG | 30 | 30.00 | 30.00 | 150.00 |
| ABDUL-NASSER ADJEI MD | | | Written:12-07-2010 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, EACH DAY | | | | | | | |

**Patient Profile**
01/01/2005 THRU 01/27/2020

Patient: **FRED KENNEY**
518 COUNTY RD
LONDON , AR 72847

**DOB: 09/04/1973**

| Rx Date | Rx # | NDC # | Drug Name | Days | Qty | Qty Used | Qty Avail |
|---|---|---|---|---|---|---|---|
| 2010-12-02 | 0864199 | 51672-4032-03 | WARFARIN 5MG | 30 | 30.00 | 150.00 | 30.00 |
| ABDUL-NASSER ADJEI MD | | | Written:12-02-2010 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, EACH DAY | | | | | | | |
| 2010-12-02 | 0864200 | 57664-0506-58 | METOPROLOL TARTRATE 25MG | 30 | 60.00 | 360.00 | 0.00 |
| ABDUL-NASSER ADJEI MD | | | Written:12-02-2010 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, TWICE A DAY | | | | | | | |
| 2007-05-19 | 0718145 | 76439-0104-50 | ACILLIN 500MG | 7 | 28.00 | 28.00 | 0.00 |
| MONTE L. BUTLER DDS | | | Written:05-19-2007 | | | | |
| Sig: TAKE 1 CAPSULE, BY MOUTH, 4 TIMES DAILY UNTIL ALL TAKEN START 2 DAYS BEFORE SURGERY | | | | | | | |
| 2007-05-19 | 0227909 | 0603-3897-28 | HDCD/IBU 7.5/200 | 5 | 20.00 | 20.00 | 20.00 |
| MONTE L. BUTLER DDS | | | Written:05-19-2007 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, EVERY 4 TO 6 HOURS AS NEEDED FOR PAIN | | | | | | | |

Total Dispensings: 145

MEDI-QUIK PHARMACY
810 W. COMMERCIAL
OZARK, AR 72949
FED. Id #: 71-0462950

Pharmacist: ____________________

6

DATE: 01/27/2020
TIME: 11:26:52

MEDI-QUIK PHARMACY



**Patient Profile**
01/01/2005 THRU 01/27/2020

Patient: **WESLEY KENNEY**
814 CATABERRY RUN
OZARK , AR 72949

**DOB: 09/04/1973**

Allergies:
No Known Allergies

Insurance:

| Code/Bin# | | Description | Group | Patient ID | PCN# |
|---|---|---|---|---|---|
| BCOK 1 | 610435 | BC OF OK | 1400 | 430530034 | PC 01 |
| PAID 1 | 610014 | PAID 1-800-922-1557 | OGERX4U | 00041026 | PC 01 |

| Rx Date | Rx # | NDC # | Drug Name | Days | Qty | Qty Used | Qty Avail |
|---|---|---|---|---|---|---|---|
| 2014-07-21 | 1035114 | 00143-9951-01 | ACILLIN 875MG | 10 | 20.00 | 20.00 | 0.00 |
| STANLEY REYENGA MD | | | Written:07-21-2014 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, TWICE A DAY | | | | | | | |
| 2014-07-21 | 1035115 | 16571-402-50 | CETIRIZINE HCL 10MG | 10 | 10.00 | 10.00 | 0.00 |
| STANLEY REYENGA MD | | | Written:07-21-2014 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, AT BEDTIME | | | | | | | |
| 2014-05-27 | 1026974 | 60505-2581-0 | AZITHROMYCIN 250MG | 5 | 6.00 | 6.00 | 0.00 |
| MIKE R. WESTBROOK MD | | | Written:05-27-2014 | | | | |
| Sig: TAKE 2 TABLETS BY MOUTH NOW, THEN TAKE 1 TABLET DAILY TILL ALL ARE TAKEN. TAKE WITH FOOD TO AVOID STOMACH UPSET.......... | | | | | | | |
| 2014-05-27 | 1026975 | 0113-0054-52 | NASAL DECONGESTANT 12HR 12HR | 5 | 10.00 | 10.00 | 4.00 |
| MIKE R. WESTBROOK MD | | | Written:05-27-2014 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, TWICE A DAY | | | | | | | |
| 2013-09-25 | 0965971 | 50383-700-16 | FLUTICASONE PROPIONATE 50MCG | 30 | 16.00 | 64.00 | 32.00 |
| MIKE R. WESTBROOK MD | | | Written:02-19-2013 | | | | |
| Sig: TWO SPRAYS IN EACH NOSTRIL EACH DAY | | | | | | | |
| 2013-06-26 | 0965971 | 50383-700-16 | FLUTICASONE PROPIONATE 50MCG | 30 | 16.00 | 64.00 | 32.00 |
| MIKE R. WESTBROOK MD | | | Written:02-19-2013 | | | | |
| Sig: TWO SPRAYS IN EACH NOSTRIL EACH DAY | | | | | | | |
| 2013-04-09 | 0965971 | 50383-700-16 | FLUTICASONE PROPIONATE 50MCG | 30 | 16.00 | 64.00 | 32.00 |
| MIKE R. WESTBROOK MD | | | Written:02-19-2013 | | | | |
| Sig: TWO SPRAYS IN EACH NOSTRIL EACH DAY | | | | | | | |
| 2013-02-19 | 0965971 | 50383-700-16 | FLUTICASONE PROPIONATE 50MCG | 30 | 16.00 | 64.00 | 32.00 |
| MIKE R. WESTBROOK MD | | | Written:02-19-2013 | | | | |
| Sig: TWO SPRAYS IN EACH NOSTRIL EACH DAY | | | | | | | |
| 2012-05-25 | 0923280 | 00173-0696-00 | ADVAIR DISKU 250/50 | 30 | 60.00 | 120.00 | 240.00 |
| STANLEY REYENGA MD | | | Written:03-26-2012 | | | | |
| Sig: USE SHAKE WELL, INHALE 1 PUFF INTO LUNGS TWICE A DAY | | | | | | | |
| 2012-04-25 | 0923280 | 00173-0696-00 | ADVAIR DISKU 250/50 | 30 | 60.00 | 120.00 | 240.00 |
| STANLEY REYENGA MD | | | Written:03-26-2012 | | | | |
| Sig: USE SHAKE WELL, INHALE 1 PUFF INTO LUNGS TWICE A DAY | | | | | | | |

20

**Patient Profile**
01/01/2005 THRU 01/27/2020

Patient: **WESLEY KENNEY** **DOB: 09/04/1973**
814 CATABERRY RUN
OZARK , AR 72949

| Rx Date | Rx # | NDC # | Drug Name | Days | Qty | Qty Used | Qty Avail |
|---|---|---|---|---|---|---|---|
| 2012-03-24 STANLEY REYENGA MD | 0923238 | 00173-0696-00 | ADVAIR DISKU 250/50 Written:03-24-2012 | 30 | 60.00 | 60.00 | 0.00 |
| Sig: USE SHAKE WELL, INHALE 1 PUFF INTO LUNGS TWICE A DAY | | | | | | | |
| 2012-02-15 STANLEY REYENGA MD | 0894241 | 00173-0696-00 | ADVAIR DISKU 250/50 Written:08-09-2011 | 30 | 60.00 | 360.00 | 0.00 |
| Sig: USE SHAKE WELL, INHALE 1 PUFF INTO LUNGS TWICE A DAY | | | | | | | |
| 2012-01-16 STANLEY REYENGA MD | 0894241 | 00173-0696-00 | ADVAIR DISKU 250/50 Written:08-09-2011 | 30 | 60.00 | 360.00 | 0.00 |
| Sig: USE SHAKE WELL, INHALE 1 PUFF INTO LUNGS TWICE A DAY | | | | | | | |
| 2011-12-16 STANLEY REYENGA MD | 0894241 | 00173-0696-00 | ADVAIR DISKU 250/50 Written:08-09-2011 | 30 | 60.00 | 360.00 | 0.00 |
| Sig: USE SHAKE WELL, INHALE 1 PUFF INTO LUNGS TWICE A DAY | | | | | | | |
| 2011-11-15 STANLEY REYENGA MD | 0894241 | 00173-0696-00 | ADVAIR DISKU 250/50 Written:08-09-2011 | 30 | 60.00 | 360.00 | 0.00 |
| Sig: USE SHAKE WELL, INHALE 1 PUFF INTO LUNGS TWICE A DAY | | | | | | | |
| 2011-10-11 STANLEY REYENGA MD | 0894241 | 00173-0696-00 | ADVAIR DISKU 250/50 Written:08-09-2011 | 30 | 60.00 | 360.00 | 0.00 |
| Sig: USE SHAKE WELL, INHALE 1 PUFF INTO LUNGS TWICE A DAY | | | | | | | |
| 2011-09-08 STANLEY REYENGA MD | 0894241 | 00173-0696-00 | ADVAIR DISKU 250/50 Written:08-09-2011 | 30 | 60.00 | 360.00 | 0.00 |
| Sig: USE SHAKE WELL, INHALE 1 PUFF INTO LUNGS TWICE A DAY | | | | | | | |
| 2011-08-09 STANLEY REYENGA MD | 0894207 | 00173-0696-00 | ADVAIR DISKU 250/50 Written:08-09-2011 | 30 | 60.00 | 60.00 | 0.00 |
| Sig: USE SHAKE WELL, INHALE 1 PUFF INTO LUNGS TWICE A DAY | | | | | | | |
| 2011-07-12 STANLEY REYENGA MD | 0873148 | 00173-0696-00 | ADVAIR DISKU 250/50 Written:02-14-2011 | 30 | 60.00 | 240.00 | 0.00 |
| Sig: USE SHAKE WELL, INHALE 1 PUFF INTO LUNGS TWICE A DAY | | | | | | | |
| 2011-06-13 STANLEY REYENGA MD | 0873148 | 00173-0696-00 | ADVAIR DISKU 250/50 Written:02-14-2011 | 30 | 60.00 | 240.00 | 0.00 |
| Sig: USE SHAKE WELL, INHALE 1 PUFF INTO LUNGS TWICE A DAY | | | | | | | |
| 2011-04-12 STANLEY REYENGA MD | 0873148 | 00173-0696-00 | ADVAIR DISKU 250/50 Written:02-14-2011 | 30 | 60.00 | 240.00 | 0.00 |
| Sig: USE SHAKE WELL, INHALE 1 PUFF INTO LUNGS TWICE A DAY | | | | | | | |
| 2011-03-21 MIKE R. WESTBROOK MD | 0877555 | 53489-119-05 | DOXYCYCLINE HYCLATE 100MG Written:03-21-2011 | 7 | 14.00 | 14.00 | 0.00 |
| Sig: TAKE 1 CAPSULE, BY MOUTH, TWICE A DAY | | | | | | | |

12

**Patient Profile**
01/01/2005 THRU 01/27/2020

Patient: **WESLEY KENNEY** **DOB: 09/04/1973**
814 CATABERRY RUN
OZARK , AR 72949

| Rx Date | Rx # | NDC # | Drug Name | Days | Qty | Qty Used | Qty Avail |
|---|---|---|---|---|---|---|---|
| 2011-03-12<br>STANLEY REYENGA MD | 0873148 | 00173-0696-00 | ADVAIR DISKU 250/50<br>Written:02-14-2011 | 30 | 60.00 | 240.00 | 0.00 |
| Sig: USE SHAKE WELL, INHALE 1 PUFF INTO LUNGS TWICE A DAY | | | | | | | |
| 2011-02-12<br>STANLEY REYENGA MD | 0872960 | 00173-0696-00 | ADVAIR DISKU 250/50<br>Written:02-12-2011 | 30 | 60.00 | 60.00 | 0.00 |
| Sig: USE SHAKE WELL, INHALE 1 PUFF INTO LUNGS TWICE A DAY | | | | | | | |
| 2011-01-13<br>STANLEY REYENGA MD | 0848815 | 00173-0696-00 | ADVAIR DISKU 250/50<br>Written:07-16-2010 | 30 | 60.00 | 360.00 | 0.00 |
| Sig: USE SHAKE WELL, INHALE 1 PUFF INTO LUNGS TWICE A DAY | | | | | | | |
| 2010-12-10<br>STANLEY REYENGA MD | 0848815 | 00173-0696-00 | ADVAIR DISKU 250/50<br>Written:07-16-2010 | 30 | 60.00 | 360.00 | 0.00 |
| Sig: USE SHAKE WELL, INHALE 1 PUFF INTO LUNGS TWICE A DAY | | | | | | | |
| 2010-11-12<br>STANLEY REYENGA MD | 0848815 | 00173-0696-00 | ADVAIR DISKU 250/50<br>Written:07-16-2010 | 30 | 60.00 | 360.00 | 0.00 |
| Sig: USE SHAKE WELL, INHALE 1 PUFF INTO LUNGS TWICE A DAY | | | | | | | |
| 2010-10-14<br>STANLEY REYENGA MD | 0848815 | 00173-0696-00 | ADVAIR DISKU 250/50<br>Written:07-16-2010 | 30 | 60.00 | 360.00 | 0.00 |
| Sig: USE SHAKE WELL, INHALE 1 PUFF INTO LUNGS TWICE A DAY | | | | | | | |
| 2010-09-13<br>STANLEY REYENGA MD | 0848815 | 00173-0696-00 | ADVAIR DISKU 250/50<br>Written:07-16-2010 | 30 | 60.00 | 360.00 | 0.00 |
| Sig: USE SHAKE WELL, INHALE 1 PUFF INTO LUNGS TWICE A DAY | | | | | | | |
| 2010-08-13<br>STANLEY REYENGA MD | 0848815 | 00173-0696-00 | ADVAIR DISKU 250/50<br>Written:07-16-2010 | 30 | 60.00 | 360.00 | 0.00 |
| Sig: USE SHAKE WELL, INHALE 1 PUFF INTO LUNGS TWICE A DAY | | | | | | | |
| 2010-07-15<br>STANLEY REYENGA MD | 0848713 | 00173-0696-00 | ADVAIR DISKU 250/50<br>Written:07-15-2010 | 30 | 60.00 | 60.00 | 0.00 |
| Sig: USE SHAKE WELL, INHALE 1 PUFF INTO LUNGS TWICE A DAY | | | | | | | |
| 2010-06-15<br>STANLEY REYENGA MD | 0823535 | 00173-0696-00 | ADVAIR DISKU 250/50<br>Written:12-16-2009 | 30 | 60.00 | 360.00 | 0.00 |
| Sig: USE SHAKE WELL, INHALE 1 PUFF INTO LUNGS TWICE A DAY | | | | | | | |
| 2010-04-23<br>STANLEY REYENGA MD | 0839023 | 45802-0425-78 | FEXOFENADINE HCL 60MG<br>Written:04-23-2010 | 14 | 28.00 | 28.00 | 0.00 |
| Sig: TAKE 1 TABLET, BY MOUTH, TWICE A DAY | | | | | | | |
| 2010-04-23<br>STANLEY REYENGA MD | 0839024 | 59762-3060-01 | AZITHROMYCIN 250MG<br>Written:04-23-2010 | 5 | 6.00 | 6.00 | 0.00 |
| Sig: TAKE 2 TABLETS BY MOUTH NOW, THEN TAKE 1 TABLET DAILY TILL ALL ARE TAKEN. TAKE WITH FOOD TO AVOID STOMACH UPSET.......... | | | | | | | |

22

**Patient Profile**
01/01/2005 THRU 01/27/2020

Patient: **WESLEY KENNEY**
814 CATABERRY RUN
OZARK , AR 72949

**DOB: 09/04/1973**

| Rx Date | Rx # | NDC # | Drug Name | Days | Qty | Qty Used | Qty Avail |
|---|---|---|---|---|---|---|---|
| 2010-04-16<br>STANLEY REYENGA MD<br>Sig:<br>USE SHAKE WELL, INHALE 1 PUFF INTO LUNGS TWICE A DAY | 0823535 | 00173-0696-00 | ADVAIR DISKU 250/50<br>Written:12-16-2009 | 30 | 60.00 | 360.00 | 0.00 |
| 2010-03-16<br>STANLEY REYENGA MD<br>Sig:<br>USE SHAKE WELL, INHALE 1 PUFF INTO LUNGS TWICE A DAY | 0823535 | 00173-0696-00 | ADVAIR DISKU 250/50<br>Written:12-16-2009 | 30 | 60.00 | 360.00 | 0.00 |
| 2010-02-26<br>STANLEY REYENGA MD<br>Sig:<br>TAKE 1 CAPSULE, BY MOUTH, 3 TIMES DAILY | 0832226 | 76439-0104-50 | ACILLIN 500MG<br>Written:02-26-2010 | 10 | 30.00 | 30.00 | 0.00 |
| 2010-02-26<br>STANLEY REYENGA MD<br>Sig:<br>TAKE 1 TABLET, BY MOUTH, TWICE A DAY | 0832227 | 45802-0425-78 | FEXOFENADINE HCL 60MG<br>Written:02-26-2010 | 10 | 20.00 | 20.00 | 0.00 |
| 2010-02-12<br>STANLEY REYENGA MD<br>Sig:<br>USE SHAKE WELL, INHALE 1 PUFF INTO LUNGS TWICE A DAY | 0823535 | 00173-0696-00 | ADVAIR DISKU 250/50<br>Written:12-16-2009 | 30 | 60.00 | 360.00 | 0.00 |
| 2010-01-15<br>STANLEY REYENGA MD<br>Sig:<br>USE SHAKE WELL, INHALE 1 PUFF INTO LUNGS TWICE A DAY | 0823535 | 00173-0696-00 | ADVAIR DISKU 250/50<br>Written:12-16-2009 | 30 | 60.00 | 360.00 | 0.00 |
| 2009-12-16<br>STANLEY REYENGA MD<br>Sig:<br>USE SHAKE WELL, INHALE 1 PUFF INTO LUNGS TWICE A DAY | 0823535 | 00173-0696-00 | ADVAIR DISKU 250/50<br>Written:12-16-2009 | 30 | 60.00 | 360.00 | 0.00 |
| 2009-11-12<br>STANLEY REYENGA MD<br>Sig:<br>USE SHAKE WELL, INHALE 1 PUFF INTO LUNGS TWICE A DAY | 0808009 | 00173-0696-00 | ADVAIR DISKU 250/50<br>Written:08-17-2009 | 30 | 60.00 | 240.00 | 0.00 |
| 2009-10-16<br>STANLEY REYENGA MD<br>Sig:<br>USE SHAKE WELL, INHALE 1 PUFF INTO LUNGS TWICE A DAY | 0808009 | 00173-0696-00 | ADVAIR DISKU 250/50<br>Written:08-17-2009 | 30 | 60.00 | 240.00 | 0.00 |
| 2009-09-16<br>STANLEY REYENGA MD<br>Sig:<br>USE SHAKE WELL, INHALE 1 PUFF INTO LUNGS TWICE A DAY | 0808009 | 00173-0696-00 | ADVAIR DISKU 250/50<br>Written:08-17-2009 | 30 | 60.00 | 240.00 | 0.00 |
| 2009-08-17<br>STANLEY REYENGA MD<br>Sig:<br>USE SHAKE WELL, INHALE 1 PUFF INTO LUNGS TWICE A DAY | 0808009 | 00173-0696-00 | ADVAIR DISKU 250/50<br>Written:08-17-2009 | 30 | 60.00 | 240.00 | 0.00 |
| 2009-07-15<br>MIKE R. WESTBROOK MD<br>Sig:<br>SHAKE WELL, INHALE 1 PUFF INTO LUNGS TWICE A DAY | 0804168 | 00173-0695-00 | ADVAIR DISKU 100/50<br>Written:07-15-2009 | 30 | 60.00 | 60.00 | 300.00 |

23

DATE: 01/27/2020
TIME: 11:26:53

MEDI-QUIK PHARMACY



**Patient Profile**

01/01/2005 THRU 01/27/2020

Patient: **WESLEY KENNEY**
814 CATABERRY RUN
OZARK , AR 72949

**DOB: 09/04/1973**

| Rx Date | Rx # | NDC # | Drug Name | Days | Qty | Qty Used | Qty Avail |
|---|---|---|---|---|---|---|---|
| 2009-07-13 | 0803903 | 59310-0579-22 | ALBUTEROL HFA | 15 | 1.00 | 1.00 | 0.00 |
| STANLEY REYENGA MD | | | Written:07-13-2009 | | | | |
| Sig: USE 2 PUFFS 4 TIMES DAILY | | | | | | | |
| 2009-07-06 | 0803044 | 0143-2112-05 | DOXYCYCLINE HYCLATE 100MG | 10 | 20.00 | 20.00 | 0.00 |
| STANLEY REYENGA MD | | | Written:07-06-2009 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, TWICE A DAY | | | | | | | |
| 2009-07-06 | 0803045 | 59310-0579-22 | ALBUTEROL HFA | 15 | 1.00 | 1.00 | 0.00 |
| STANLEY REYENGA MD | | | Written:07-06-2009 | | | | |
| Sig: USE 2 PUFFS 4 TIMES DAILY | | | | | | | |
| 2009-02-10 | 0783466 | 59762-3060-01 | AZITHROMYCIN 250MG | 5 | 6.00 | 6.00 | 0.00 |
| MIKE R. WESTBROOK MD | | | Written:02-10-2009 | | | | |
| Sig: TAKE 2 TABLETS BY MOUTH NOW, THEN TAKE 1 TABLET DAILY TILL ALL ARE TAKEN. TAKE WITH FOOD TO AVOID STOMACH UPSET.......... | | | | | | | |
| 2008-03-07 | 0745160 | 00378-1533-56 | AZITHROMYCIN 250MG | 5 | 6.00 | 6.00 | 0.00 |
| STANLEY REYENGA MD | | | Written:03-07-2008 | | | | |
| Sig: TAKE 2 TABLETS BY MOUTH NOW, THEN TAKE 1 TABLET DAILY TILL ALL ARE TAKEN. TAKE WITH FOOD TO AVOID STOMACH UPSET.......... | | | | | | | |
| 2006-09-18 | 0696359 | 17270-721-01 | ALBUTEROL ORAL AEROSOL | 10 | 17.00 | 17.00 | 0.00 |
| MIKE R. WESTBROOK MD | | | Written:09-18-2006 | | | | |
| Sig: SHAKE WELL AND INHALE ONE OR TWO PUFFS INTO LUNGS EVERY 6 HOURS AS NEEDED | | | | | | | |
| 2006-09-18 | 0696358 | 00378-1533-56 | AZITHROMYCIN 250MG | 5 | 6.00 | 6.00 | 0.00 |
| MIKE R. WESTBROOK MD | | | Written:09-18-2006 | | | | |
| Sig: TAKE 2 TABLETS BY MOUTH NOW, THEN TAKE 1 TABLET DAILY TILL ALL ARE TAKEN. TAKE WITH FOOD TO AVOID STOMACH UPSET.......... | | | | | | | |
| 2005-06-01 | 0660817 | 55111-368-05 | NAPROXEN 500MG | 15 | 30.00 | 30.00 | 30.00 |
| MIKE R. WESTBROOK MD | | | Written:06-01-2005 | | | | |
| Sig: TAKE 1 TABLET, BY MOUTH, WITH FOOD TWICE A DAY | | | | | | | |

Total Dispensings: 54

MEDI-QUIK PHARMACY
810 W. COMMERCIAL
OZARK, AR 72949
FED. Id #: 71-0462950

Pharmacist: ____________________

24

Baptist Health

BH Fort Smith Family and Specialty Clinics
3808 Gary Street
Fort Smith AR 72903-5450
Abstract Report

Kenney, Fred W
MRN: 02737460, DOB: 9/4/1973, Sex: M
Visit date: 6/17/2020

Enc Date: 6/17/2020
Hosp Acct:
MRN: 02737460
Patient: KENNEY, FRED W
CSN: 86859321

## ENCOUNTER

| | | | |
|---|---|---|---|
| Patient Class: | | Unit: | |
| Hosp Service: | No service for patient encounter. | Room: | Room/bed info not found |
| Admitting MD: | | Admit Date: | No admission date for patient encounter. |
| Attending MD: | | Adm Dx: | |
| Referring MD: | Westbrook, Michael Rich* | Isolation: | There are no current isolations documented for this patient. |
| PCP: | Westbrook, Michael Rich* | Disch Date: | No discharge date for patient encounter. |
| | | Adm Source: | |

## PATIENT

| | | | |
|---|---|---|---|
| Name: | KENNEY, FRED W | DOB: | 9/4/1973 47 y.o. |
| Address: | 814 CATABERRY RUN ROAD OZARK AR 72949 | SSN: | xxx-xx-0034 |
| County: | FRANKLIN | Sex: | Male |
| Race: | White or Caucasian [1] | M. Status: | Married [2] |
| Religion: | Baptist [4] | Nursing Home: | |

Home Phone 479-209-1114
Home Phone 479-667-0813 Mobile 479-209-1114 No relevant phone numbers on file.

| Name | Home Phone | Work Phone | Mobile Phone | Relationship | Lgl Grd |
|---|---|---|---|---|---|
| KENNEY, SHERRY | | | 479-719-1135 | Spouse | No |

## GUARANTOR

| | | | |
|---|---|---|---|
| Guarantor: | KENNEY,FRED W | DOB: | 9/4/1973 |
| Address: | 814 CATABERRY RUN ROAD | Sex: | Male |
| Rel to Pt: | Self | Home #: | 479-209-1114 |
| Guar ID: | 981380 | Work #: | |
| Employer: | OG&E | Status: | FULL TIME |

## COVERAGE

### PRIMARY INSURANCE

| | | | |
|---|---|---|---|
| Payor: | BLUE CARD | Fin Class: | |
| Plan: | BCBS BLUE CARD | Sub Name: | |
| Ins Address: | PO BOX 2181 | Rel. to Sub: | |
| City: | LITTLE ROCK | Sub ID: | |
| State, Zip: | AR 72203-0000 | Gp Number: | |
| | | Ins Phone #: | |

### SECONDARY INSURANCE

| | | | |
|---|---|---|---|
| Payor: | | Fin Class: | |
| Plan: | APWU HEALTH | Sub Name: | |
| Ins Address: | | Rel. to Sub: | |
| City: | | Sub ID: | |
| State, Zip: | | Gp Number: | 9141000205 |
| | | Ins Phone #: | |

Baptist Health

BH Fort Smith Family and Specialty Clinics
3808 Gary Street
Fort Smith AR 72903-5450
Abstract Report

Kenney, Fred W
MRN: 02737460, DOB: 9/4/1973, Sex: M
Visit date: 6/17/2020

**Kenney, Fred W (CSN #:86859321) (47 y.o. M) PCP: WESTBROOK, M (479-667-2923)**

Review status set to Review Complete by Phillips, Tonya Lynn, MD on 6/17/2020

**Allergies as of 6/17/2020**

No Known Allergies

**Admission Information**

Current Information

| Attending Provider | Admitting Provider | Admission Type | Admission Status |
|---|---|---|---|
| | | | Unknown Status |

| Admission Date/Time | Discharge Date/Time | Hospital Service | Auth/Cert Status |
|---|---|---|---|
| | | | |

| Hospital Area | Unit | Room/Bed | Referring Provider |
|---|---|---|---|
| | | | Westbrook, Michael Richard, MD |

**Discharge Summaries**

No notes of this type exist for this encounter.

**ED Provider Notes**

No notes of this type exist for this encounter.

**ED Notes**

No notes of this type exist for this encounter.

**History & Physicals**

No notes of this type exist for this encounter.

**Short Stay Summaries**

No notes of this type exist for this encounter.

## Progress Notes

**Progress Notes by Phillips, Tonya Lynn, MD at 6/17/2020 9:00 AM**

Author: Phillips, Tonya Lynn, MD    Service: —    Author Type: Physician
Filed: 6/17/2020 8:53 AM    Encounter Date: 6/17/2020    Status: Signed
Editor: Phillips, Tonya Lynn, MD (Physician)

**Progress Notes (continued)**

**Progress Notes by Phillips, Tonya Lynn, MD at 6/17/2020 9:00 AM (continued)**




BOTOX PROCEDURE NOTE
HEMIFACIAL SPASM

Informed consent obtained from patient.
Risk of Botox injections discussed with patient and include but are not limited to: bleeding, infection, pain, allergic reaction, focal weakness including ptosis, facial droop, generalized weakness, and effects of distant spread of toxin.
It has been greater than 90 days since last Botox injection.
no side effects from previous Botox administration.
Botox reconstituted with 1cc 0.9% sodium chloride / 100 units botulinum toxin.
Each site cleansed with alcohol prior to injection.

BOTOX DOSING MY MUSCLE AREA:

ORBITAL PORTION:
Injections performed on the right side for blepharospasm associated with hemifacial spasm
10 units frontalis
10 units procerus
0 units corrugator - L

**Progress Notes (continued)**

**Progress Notes by Phillips, Tonya Lynn, MD at 6/17/2020 9:00 AM (continued)**

5 units corrugator - R
20 units orbicularis oculi orbital portion
5 units orbicularis oculi upper eyelid - 2 sites 2.5 units each, medial and lateral injections only, sparing central pretarsal portion

FACIAL PORTION:
Injections performed on the right side for hemifacial spasm
0 units levator labii superioris
10 units zygomaticus minor
0 units zygomaticus major
0 units Orbicularis oris
0 units risorius
0 units depressor anguli oris
0 units depressor labii inferioris

-------------------------------
60 units - total used
40 units - wasted

Patient tolerated well without complication[TP.1]

Electronically signed by Phillips, Tonya Lynn, MD on 6/17/2020 8:53 AM

Attribution Key
TP.1 - Phillips, Tonya Lynn, MD on 6/17/2020 8:45 AM

**Consult Notes**

No notes of this type exist for this encounter.

**Operative Notes**

No notes of this type exist for this encounter.

**Anesthesia Notes**

No notes of this type exist for this encounter.

**Procedure Notes**

No notes of this type exist for this encounter.

**All Results**

No results found

No questionnaires available.

No questionnaires available.

**Patient Answers for HPI/ROS**

There are no answers from the patient available.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

Baptist Health

BH Fort Smith Family and Specialty Clinics
3808 Gary Street
Fort Smith AR 72903-5450
Abstract Report

Kenney, Fred W
MRN: 02737460, DOB: 9/4/1973, Sex: M
Visit date: 9/17/2020

Enc Date: 9/17/2020
Hosp Acct:
MRN: 02737460
Patient: KENNEY, FRED W
CSN: 88863779

ENCOUNTER

| | | | |
|---|---|---|---|
| Patient Class: | | Unit: | |
| Hosp Service: | No service for patient encounter. | Room: | Room/bed info not found |
| Admitting MD: | | Admit Date: | No admission date for patient encounter. |
| Attending MD: | | Adm Dx: | |
| Referring MD: | Westbrook, Michael Rich* | Isolation: | There are no current isolations documented for this patient. |
| PCP: | Westbrook, Michael Rich* | Disch Date: | No discharge date for patient encounter. |
| | | Adm Source: | |

PATIENT

| | | | |
|---|---|---|---|
| Name: | KENNEY, FRED W | DOB: | 9/4/1973 47 y.o. |
| Address: | 814 CATABERRY RUN ROAD OZARK AR 72949 | SSN: | xxx-xx-0034 |
| County: | FRANKLIN | Sex: | Male |
| Race: | White or Caucasian [1] | M. Status: | Married [2] |
| Religion: | Baptist [4] | Nursing Home: | |

Home Phone 479-209-1114
Home Phone 479-667-0813
Mobile 479-209-1114
No relevant phone numbers on file.

| Name | Home Phone | Work Phone | Mobile Phone | Relationship | Lgl Grd |
|---|---|---|---|---|---|
| KENNEY, SHERRY | | | 479-719-1135 | Spouse | No |

GUARANTOR

| | | | |
|---|---|---|---|
| Guarantor: | KENNEY,FRED W | DOB: | 9/4/1973 |
| Address: | 814 CATABERRY RUN ROAD | Sex: | Male |
| Rel to Pt: | Self | Home #: | 479-209-1114 |
| Guar ID: | 981380 | Work #: | |
| Employer: | OG&E | Status: | FULL TIME |

COVERAGE

PRIMARY INSURANCE

| | | | |
|---|---|---|---|
| Payor: | BLUE CARD | Fin Class: | |
| Plan: | BCBS BLUE CARD | Sub Name: | |
| Ins Address: | PO BOX 2181 | Rel. to Sub: | |
| City: | LITTLE ROCK | Sub ID: | |
| State, Zip: | AR 72203-0000 | Gp Number: | |
| | | Ins Phone #: | |

SECONDARY INSURANCE

| | | | |
|---|---|---|---|
| Payor: | | Fin Class: | |
| Plan: | APWU HEALTH | Sub Name: | |
| Ins Address: | | Rel. to Sub: | |
| City: | | Sub ID: | |
| State, Zip: | | Gp Number: | 9141000205 |
| | | Ins Phone #: | |

Baptist Health

BH Fort Smith Family and Specialty Clinics
3808 Gary Street
Fort Smith AR 72903-5450
Abstract Report

Kenney, Fred W
MRN: 02737460, DOB: 9/4/1973, Sex: M
Visit date: 9/17/2020

**Kenney, Fred W (CSN #:88863779) (47 y.o. M) PCP: WESTBROOK, M (479-667-2923)**

Review status set to Review Complete by Phillips, Tonya Lynn, MD on 9/17/2020

**Allergies as of 9/17/2020**

No Known Allergies

**Admission Information**

Current Information

| Attending Provider | Admitting Provider | Admission Type | Admission Status |
|---|---|---|---|
| | | Elective | Unknown Status |

| Admission Date/Time | Discharge Date/Time | Hospital Service | Auth/Cert Status |
|---|---|---|---|
| | | | |

| Hospital Area | Unit | Room/Bed | Referring Provider |
|---|---|---|---|
| | | | Westbrook, Michael Richard, MD |

**Discharge Summaries**

No notes of this type exist for this encounter.

**ED Provider Notes**

No notes of this type exist for this encounter.

**ED Notes**

No notes of this type exist for this encounter.

**History & Physicals**

No notes of this type exist for this encounter.

**Short Stay Summaries**

No notes of this type exist for this encounter.

**Progress Notes**

**Progress Notes by Phillips, Tonya Lynn, MD at 9/17/2020 9:00 AM**

Author: Phillips, Tonya Lynn, MD　Service: —　Author Type: Physician
Filed: 9/17/2020 8:34 AM　Encounter Date: 9/17/2020　Status: Signed
Editor: Phillips, Tonya Lynn, MD (Physician)

**Progress Notes (continued)**

**Progress Notes by Phillips, Tonya Lynn, MD at 9/17/2020 9:00 AM (continued)**




BOTOX PROCEDURE NOTE
HEMIFACIAL SPASM

Informed consent obtained from patient.
Risk of Botox injections discussed with patient and include but are not limited to: bleeding, infection, pain, allergic reaction, focal weakness including ptosis, facial droop, generalized weakness, and effects of distant spread of toxin.
It has been greater than 90 days since last Botox injection.
no side effects from previous Botox administration.
Botox reconstituted with 1cc 0.9% sodium chloride / 100 units botulinum toxin.
Each site cleansed with alcohol prior to injection.

BOTOX DOSING MY MUSCLE AREA:

ORBITAL PORTION:
Injections performed on the right side for blepharospasm associated with hemifacial spasm
10 units frontalis
10 units procerus
0 units corrugator - L

**Progress Notes (continued)**

**Progress Notes by Phillips, Tonya Lynn, MD at 9/17/2020 9:00 AM (continued)**

5 units corrugator - R
20 units orbicularis oculi orbital portion
5 units orbicularis oculi upper eyelid - 2 sites 2.5 units each, medial and lateral injections only, sparing central pretarsal portion

FACIAL PORTION:
Injections performed on the right side for hemifacial spasm
0 units levator labii superioris
10 units zygomaticus minor
0 units zygomaticus major
0 units Orbicularis oris
0 units risorius
0 units depressor anguli oris
0 units depressor labii inferioris

---

60 units - total used
40 units - wasted

Patient tolerated well without complication[TP.1]

Electronically signed by Phillips, Tonya Lynn, MD on 9/17/2020 8:34 AM

Attribution Key
TP.1 - Phillips, Tonya Lynn, MD on 9/17/2020 8:27 AM

**Consult Notes**

No notes of this type exist for this encounter.

**Operative Notes**

No notes of this type exist for this encounter.

**Anesthesia Notes**

No notes of this type exist for this encounter.

**Procedure Notes**

No notes of this type exist for this encounter.

**All Results**

No results found

No questionnaires available.

No questionnaires available.

**Patient Answers for HPI/ROS**

There are no answers from the patient available.

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

**Letter by Phillips, Tonya Lynn, MD on 7/9/2020** 12073

**Baptist Health**
NEUROLOGY CLINIC
Fort Smith

3808 GARY STREET STE B
FORT SMITH AR 72903-5450

Fred W Kenney
518 County Road 2731
London AR 72847-8307

July 9, 2020

Fred W Kenney
518 County Road 2731
London AR 72847-8307

SCANNED

To whom it may concern,

Mr. Kenney is a 46-year-old that I have followed for several years for right hemifacial spasm. He is also had progressive difficulty with dizziness to the point that it affects his balance it affects his ability to drive and ability to work. He has difficulty climbing at any height as well as working on a computer for prolonged periods of time due to visual symptoms and vertigo. He has a very large 2.2 cm right CP angle tumor which at this time is not felt to be resectable and is being monitored. He has been evaluated by neurosurgery. At this time he is being treated symptomatically with Botox injection for his hemifacial spasm which have been effective. He has been given various medications for the dizziness none of which have been effective and cause more side effects. His last visit visit was June 17, 2020 and is followed every 3 months.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Tonya Lynn Phillips, MD