**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**FRED KENNEY,**

**Plaintiff,**

**v.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, f/k/a LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, d/b/a LINCOLN FINANCIAL GROUP,**

**Defendant.**

**Case No. 4:23-cv-00285-JM**

**District Judge James M. Moody, Jr.
Magistrate Judge J. Thomas Ray**

**JOINT MOTION FOR EXTENSION OF TIME TO FILE THE PARTIES' BRIEFS**

Plaintiff, Fred Kenney ("Plaintiff"), and Defendant, The Lincoln National Life Insurance Company, f/k/a Lincoln Life Assurance Company of Boston, d/b/a Lincoln Financial Group ("Defendant") (combined "Parties) hereby move this Court for an order extending the deadlines for the Parties to file their respective briefs, pursuant to the Court's July 5, 2023 order (D.E. 17), an additional forty-five (45) days and to revise the Court's briefing schedule order based upon this extension. The Parties are currently working together to determine whether a settlement can be reached in this matter and submit that the requested extension will enable those negotiations to conclude prior to expending further resources of the Parties or this Court. Accordingly, the Parties propose the following amended schedule:

| | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Plaintiff's Brief Due: | July 24, 2023 | **September 7, 2023** |
| Defendant's Brief Due: | August 7, 2023 | **September 21, 2023** |

Plaintiff's Reply Brief Due: August 14, 2023 **September 28, 2023**

Therefore, the Parties request that the Court grant a forty-five (45) day extension of the upcoming deadlines to file their briefs and revise the Court's briefing schedule order (D.E. 17) in accordance with the above proposal.

DATED: July 19, 2023

Respectfully submitted,

Joe P. Leniski, Jr.
ABA #2022269
HERZFELD, SUETHOLZ, GASTEL,
LENISKI, and WALL PLLC
The Freedom Center
223 Rosa Parks Avenue, Suite 300
Nashville, Tennessee 37203
Telephone: (615) 800-6225
Email: joey@hsglawgroup.com

James A. Streett
ABA #2007092
STREETT LAW FIRM, P.A.
107 West Main
Russellville, AR 72801
Telephone: 479-968-2030
Facsimile: 479-968-6253
Email: james@streettlaw.com

*Attorneys for Plaintiff*

Iwana Rademaekers
Texas Bar # 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorney for Defendant*