**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**FRED KENNEY,**

**Plaintiff,**

**v.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, f/k/a LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, d/b/a LINCOLN FINANCIAL GROUP,**

**Defendant.**

**Case No. 4:23-cv-00285-JM**

**District Judge James M. Moody, Jr.
Magistrate Judge J. Thomas Ray**

**ORDER GRANTING THE PARTIES' JOINT MOTION FOR EXTENSION OF TIME TO FILE PARTIES' BRIEFS**

The Parties have filed a Joint Motion for Extension of Time to File the Parties' Briefs and Amend the Briefing Schedule Order (D.E. 18). For the reasons set forth therein, the Motion is hereby **GRANTED,** and the briefing schedule order previously issued by the Court (D.E. 17) is amended as follows:

| | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff's Brief Due: | July 24, 2023 | **September 7, 2023** |
| Defendant's Brief Due: | August 7, 2023 | **September 21, 2023** |
| Plaintiff's Reply Brief Due: | August 14, 2023 | **September 28, 2023** |

**IT IS SO ORDERED**.

Hon. James M. Moody, Jr.
U.S. District Court Judge