**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

| | |
|---|---|
| **FRED KENNEY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, f/k/a LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, d/b/a LINCOLN FINANCIAL GROUP,**<br><br>**Defendant.** | **Case No. 4:23-cv-00285-JM**<br><br>**District Judge James M. Moody, Jr.**<br>**Magistrate Judge J. Thomas Ray** |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE THE PARTIES' BRIEFS**

Plaintiff, Fred Kenney ("Plaintiff"), and Defendant, The Lincoln National Life Insurance Company, f/k/a Lincoln Life Assurance Company of Boston, d/b/a Lincoln Financial Group ("Defendant") (collectively "Parties) hereby move this Court for an order extending the deadlines for the Parties to file their respective briefs, pursuant to the Court's July 24, 2023 order (D.E. 19).

As previously briefed to the Court, the Parties are currently exploring the possibility of settlement and, in furtherance thereof, Defendant has requested that Plaintiff attempt to ascertain from the Social Security Administration whether additional retroactive Social Security Disability Dependent Benefits may be payable to Plaintiff's previously minor daughter for purposes of determining the applicability of the offset provisions of Plaintiff's ERISA disability policy with Defendant, if any. Plaintiff's daughter who, in the interim, has become a legal adult, has made this determination request to the Social Security Administration and has been advised to expect a response from SSA within approximately the next 60 days.

Therefore, as the forgoing represents material information relative to both the parties' attempt to resolve this case through pre-trial settlement and/or, if not successful, to the Court's adjudication of the potential past-due benefits payable under this ERISA Policy, the Parties request that the Court grant an additional 60 day extension to the upcoming deadlines to file their respective briefs such that Plaintiff's moving brief shall be due on or before November 7, 2023.

DATED: August 17, 2023

Respectfully submitted,

Joe P. Leniski, Jr.
ABA #2022269
HERZFELD, SUETHOLZ, GASTEL, LENISKI, and WALL PLLC
The Freedom Center
223 Rosa Parks Avenue, Suite 300
Nashville, Tennessee 37203
Telephone: (615) 800-6225
Email: joey@hsglawgroup.com

James A. Streett
ABA #2007092
STREETT LAW FIRM, P.A.
107 West Main
Russellville, AR 72801
Telephone: 479-968-2030
Facsimile: 479-968-6253
Email: james@streettlaw.com

*Attorneys for Plaintiff*

Iwana Rademaekers
Texas Bar # 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorney for Defendant*