**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**FRED KENNEY,**

**Plaintiff,**

**v.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, f/k/a LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, d/b/a LINCOLN FINANCIAL GROUP,**

**Defendant.**

**Case No. 4:23-cv-00285-JM**

**District Judge James M. Moody, Jr.**
**Magistrate Judge J. Thomas Ray**

# ORDER

The Parties have filed a Joint Motion for Extension of Time to File Party Briefs and Amend the Briefing Schedule Order (D.E. 20). The Motion is hereby **GRANTED** in part and **DENIED** in part, and the briefing schedule order previously issued by the Court (D.E. 19) is amended as follows:

| | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff's Brief Due: | September 7, 2023 | **October 7, 2023** |
| Defendant's Brief Due: | September 21, 2023 | **October 21, 2023** |
| Plaintiff's Reply Brief Due: | September 28, 2023 | **October 28, 2023** |

**IT IS SO ORDERED** this 22nd day of August 2023.

Hon. James M. Moody, Jr.
U.S. District Court Judge