**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

**FRED KENNEY,**

**PLAINTIFF**

**v.** **CIVIL ACTION NO. 4:23-cv-00285-JM**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, f/k/a LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, d/b/a LINCOLN FINANCIAL GROUP,**

**DEFENDANT**

## JOINT NOTICE OF SETTLEMENT

Plaintiff Fred Kenney and Defendant The Lincoln National Life Insurance Company hereby give notice that this case has settled. The parties are working on finalizing settlement documents at this time. The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Dated this 3rd day of October 2023.

Respectfully submitted,

By: /s/ Joe P. Leniski, Jr.
Joe P. Leniski, Jr., ABA #2022269
HERZFELD, SUETHOLZ, GASTEL, LENISKI, and WALL PLLC
The Freedom Center
223 Rosa Parks Avenue, Suite 300
Nashville, Tennessee 37203
Telephone: (615) 800-6225
Email: joey@hsglawgroup.com

And

James A. Streett
STREETT LAW FIRM, P.A.

107 West Main
Russellville, AR 72801
Telephone: 479-968-2030
Facsimile: 479-968-6253
Email: james@streettlaw.com

ATTORNEYS FOR PLAINTIFF

**- AND -**

By: /s/ Iwana Rademaekers

Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT